1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4     THE HONORABLE GEORGE H. WU, JUDGE PRESIDING

5

6  UNITED STATES OF AMERICA,        )
                                    )
7                  Plaintiff,       )
                                    )
8          v.                       ) NO. CR 21-338-GW
                                    )
9  ROBERT QUIDO STELLA,             )
                                    )
10                 Defendant.       )
   _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16              Los Angeles, California

17     Day 1 of Jury Trial, Page 1 through 251, Inclusive

18

19          Tuesday, May 16, 2023, 8:52 A.M.

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              First Street Courthouse
                                350 West First Street
23                              Room 4311
                                Los Angeles, CA  90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

2

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:    E. MARTIN ESTRADA
                            UNITED STATES ATTORNEY
 3                          BY:  CATHARINE RICHMOND
                            AND  LYNDSI CAMILLE ALLSOP
 4                          ASSISTANT UNITED STATES ATTORNEYS
                            United States Courthouse
 5                          312 North Spring Street
                            Los Angeles, California  90012
 6
      FOR THE DEFENDANT:    CUAUHTOMAC ORTEGA
 7                          FEDERAL PUBLIC DEFENDER
                            BY:  GABRIELA RIVERA, DEPUTY
 8                          AND  ADITHYA MANI, DEPUTY
                            321 East Second Street
 9                          Los Angeles, California 90012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        **I N D E X**

2     PROCEEDINGS                                    PAGE

3     **PROSPECTIVE JURORS SWORN**                     **13**

4     **HARDSHIP INQUIRY**                             **14**

5     **VOIR DIRE OF PROSPECTIVE JURORS**              **56**

6     **JURORS SWORN**                                **246**

7     **ALTERNATE JURORS SWORN**                      **247**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Day 1 of Jury Trial, May 16, 2023*

```
 1    LOS ANGELES, CALIFORNIA; TUESDAY, MAY 16, 2023; 8:52 A.M.

 2                            —oOo—

 3         (The following was held outside the prospective jurors'

 4                          presence:)

 5              THE CLERK:  Please be seated and come to order.

 6    This United States District Court is now in session, the

 7    Honorable George H. Wu, Judge presiding.

 8              THE COURT:  All right.  Let me call the matter of

 9    United States v. Stella.  Let me have the appearances

10    starting with government counsel first.

11              MS. RICHMOND:  Good morning, Your Honor.

12    Catharine Richmond on behalf of the United States.  Joining

13    me at counsel table is my cocounsel AUSA Lyndsi Allsop and

14    our case agent HSI Special Agent Victoria Scott.

15              THE COURT:  All right.  And for the defense?

16              MS. RIVERA:  Good morning, Your Honor.

17    Gabriela Rivera on behalf of Mr. Robert Stella who is

18    present and in court and with me is cocounsel Adithya Mani.

19              THE COURT:  All right.  Good morning.

20              We're here, obviously, for trial.  Let me ask,

21    Javier.  Do we have any sense of when the jurors are going

22    to come up?

23              THE CLERK:  Whenever you're ready, I can give them

24    a call.

25              THE COURT:  Well, let me hand out to the counsel.
```

1   This is the proposed initial set of jury instructions.

2   There was, I noted, a disagreement between the parties as to

3   certain of the instructions but let me just indicate to the

4   defense.

5          You know, if I have a choice between a Ninth

6   Circuit Model Instruction and somebody else's, I always take

7   the Ninth Circuit's simply for the fact there is, you know,

8   less likelihood of being reversed because the Ninth Circuit

9   has kind of put its stamp of approval on it.

10          And even if I do get reversed, then I could just

11   say to the Ninth Circuit:  Well, you told me to do it in

12   which case they can blame themselves.

13          So I chose the Ninth Circuit rather than the other

14   ones like the O'Malley, et cetera, because sometimes the

15   O'Malley ones are a little screwy.  So that's the reason

16   I've rejected your proposals and have gone with the

17   government's.

18          But other than that, these ones are pretty much

19   standard.  Take a quick look at it.  If you have any

20   problems, let me know.

21          But what I'll probably do is sometime during the

22   break between when we get the questionnaire forms and we've

23   reviewed them, then I'll talk to you about it if you have

24   any specific objections to any of the language that's in the

25   preliminary set.

*Day 1 of Jury Trial, May 16, 2023*

| | |
|---|---|
| 1 | Other than that, is there anything else we need to |
| 2 | discuss before we bring in the jury? |
| 3 | MS. RICHMOND:  No.  We have the printed |
| 4 | questionnaires.  Would the Court like those so it's the |
| 5 | Court distributing them, not the government? |
| 6 | THE COURT:  Sure, that's fine. |
| 7 | MS. RICHMOND:  May I approach the clerk? |
| 8 | THE COURT:  Sure.  You can give them to my clerk. |
| 9 | *(Pause in the proceedings.)* |
| 10 | THE COURT:  And it's understood that after we hand |
| 11 | out the forms, the jurors complete them, then the jurors |
| 12 | will come back at 1:00 o'clock and we'll start at 1:00 |
| 13 | o'clock with the voir dire. |
| 14 | Also, we need pens. |
| 15 | MS. RICHMOND:  Pens? |
| 16 | THE COURT:  Yes. |
| 17 | MS. RICHMOND:  We'll call down to our office and |
| 18 | have them brought up.  This my assistant Angelica Cook |
| 19 | Garcia, so she'll be the one that will be running back and |
| 20 | forth. |
| 21 | Angelica, would you mind?  Thank you. |
| 22 | THE COURT:  All right.  Anything else we need to |
| 23 | discuss? |
| 24 | *(No response.)* |
| 25 | THE COURT:  No? |

1        MS. RICHMOND:  Your Honor, there's one thing we

2  would like to raise.  In reviewing the evidence I realized

3  that -- let me first back myself up.

4        All of the child pornography has been produced to

5  the defense since the beginning of the case; and per the

6  Court's instructions, we had showed the defense the exhibits

7  of child pornography we had intended to introduce at trial.

8        In speaking with my case agent last night, I

9  realized I told her to show the wrong files as to Victim 1

10  to the defense.

11        THE COURT:  Okay.

12        MS. RICHMOND:  So it's the exact same conduct.

13  It's the child getting out of the shower and drying off and

14  then a still from that video.  It's a 16-second video and it

15  matches the date in the Indictment.

16        It's my fault.  Mea culpa.  I self-flagellate.  So

17  they've had access to this video.  It's the exact same

18  conduct.  Just a different date.

19        THE COURT:  Okay.  Let me ask the defense.  Any

20  response?

21        MS. RIVERA:  Yes, Your Honor.  We haven't even

22  seen this exhibit yet.  In part, I understand it's available

23  this morning.  We haven't been able to view it.  We reviewed

24  the CSAM exhibits.

25        Obviously, these are images that we aren't able to

1    have possession of.  They haven't been produced to us.

2    They've been made available to us during contraband reviews

3    where we go offsite to review them.

4          We reviewed what we thought were the exhibits, I

5    think two weeks ago, and we've relied on that in preparing

6    for our case and so, you know, we sort of relied on it

7    perhaps to our detriment.

8          Again, I haven't been able to review this new

9    exhibit and so --

10          THE COURT:  My understanding was the exhibits are

11   virtually identical; right?

12          MS. RICHMOND:  They are.  The only difference is

13   the color of the towel basically and the date.

14          MS. RIVERA:  Your Honor, it sounds to me like the

15   video-clip is actually significantly longer.  The video-clip

16   that we were show previously was four seconds.  It sounds

17   like this one might be 12 or 16 seconds.

18          But in any event, if they are virtually identical,

19   then I'm not really sure why we wouldn't just rely on the

20   ones that we've already reviewed and prepared for trial

21   based upon.

22          MS. RICHMOND:  Because the image --

23          THE COURT:  I presume because the Indictment

24   refers to one that she is proffering now whereas the one

25   that she provided was not the one that was proffered or

1    identified in the Indictment.

2            That's what I think; right?

3            MS. RICHMOND:  Yes, I just mixed up the dates.

4    There are two basically identical videos and identical

5    screenshots.  It's my fault.  I apologize.  I told the agent

6    to show the wrong ones but it's the exact same thing, just

7    different days.

8            THE COURT:  Okay.  And longer.

9            MS. RICHMOND:  And longer.

10           MS. RIVERA:  Your Honor, just to say that, you

11   know, I understand these things happen.  You know, it's just

12   that we did review these exhibits, what purported to be the

13   exhibits weeks ago and have prepared for trial based on

14   having reviewed those exhibits.

15           And so to the extent that we review that exhibit

16   today, the new exhibits proposed for Count 1, to the extent

17   that we think they're materially different, I just want to

18   preserve an objection.

19           THE COURT:  Obviously, you can preserve that.  But

20   all I would simply ask is this.  I presume that sometime at

21   some point in time you're going to be able to look at them

22   this morning; and if you feel that there's some sort of

23   significant difference between the two, you can put that on

24   the record and I'll make a ruling once it's brought to my

25   attention.

| | |
|---|---|
| 1 | MS. RIVERA:  Thank you, Your Honor. |
| 2 | THE COURT:  All right.  Anything else? |
| 3 | MS. RICHMOND:  Not in the government. |
| 4 | THE COURT:  Okay. |
| 5 | Javier, will you tell the jurors to come up?  And |
| 6 | also for the record, I'll be indicating to the jury that we |
| 7 | expect the case to go to the jury by Friday. |
| 8 | MS. RIVERA:  Understood, Your Honor. |
| 9 | There was one more, I think, small housekeeping |
| 10 | matter raised yesterday and we just wanted to follow up on |
| 11 | that today with respect to the -- I don't want to call it -- |
| 12 | well, with respect to the differences in the Indictment, the |
| 13 | ages of the minors in Counts 1 through Count 3, and that's |
| 14 | just to say that we, you know, have sort of conferred by |
| 15 | email with government counsel about that. |
| 16 | And we, at this point, are not requesting a |
| 17 | continuance of the trial based on the errors in the |
| 18 | Indictment but we do, you know, preserve any objections to |
| 19 | the Indictment as written. |
| 20 | THE COURT:  Sure. |
| 21 | But it's my understanding that the ages that are |
| 22 | in the Indictment are the ages that are going to be used for |
| 23 | this case; and so even though that the actual ages may have |
| 24 | been younger, the allegations are based on the ages as |
| 25 | identified in the Indictment and that is going to be what is |

```
1    going to be referred to, if they refer to it at all.
2              In other words, you're not going to be going lower
3    than what is contained in the Indictment.
4              MS. RICHMOND:  The government had planned simply
5    to establish the fact that the children depicted were under
6    18 which is what the statute requires.
7              THE COURT:  Okay.
8              MS. RICHMOND:  And that should solve the
9    difference in the Indictment and the actual fact of the age
10   at the time of production.
11             THE COURT:  Okay.  That's fine.  That's the
12   Court's understanding as well.
13             MS. RIVERA:  All right.  Thank you, Your Honor.
14             THE COURT:  Okay.
15                  (Court and the clerk conferred.)
16             THE COURT:  Okay.  That's fine.  My clerk is
17   telling me between 10 and 15 minutes.
18             MS. RICHMOND:  May we review the CSAM with the
19   defense attorneys during this time?
20             THE COURT:  That's fine.
21             MS. RICHMOND:  Thank you.
22       (A conference among the attorneys held, not reported.)
23                            (Recess.)
24     (The following was held outside the prospective jurors'
25                        presence:)
```

1    THE CLERK:  Please remain seated and come to
2    order.
3    THE COURT:  All right.  Let me ask counsel.
4    Anything I need to do before I bring the jury in?
5    MS. RICHMOND:  Not from the government, Your
6    Honor.
7    MS. RIVERA:  Nothing from the defense, Your Honor.
8    THE COURT:  All right.
9    Let me ask the persons who are in the audience.
10    Can you all move to the last row of the -- on the -- my
11    right-hand side, your left-hand side, including the -- all
12    right.
13    *(Pause in the proceedings.)*
14    THE COURT:  If you want to, you can sit next to,
15    you know, next to the government's counsel.  I mean, it
16    would be better than sitting back where you are because we
17    need to have room for the jurors.
18    UNIDENTIFIED FEMALE:  Thank you.
19    THE COURT:  All right.  Will you check them,
20    Javier?  Are they all ready to come in?
21    THE CLERK:  Uh-huh.
22    THE COURT:  All right.  Well, bring them in.
23    *(Pause in the proceedings.)*
24    THE CLERK:  All rise for the jury.
25    *(The prospective jurors entered the courtroom.)*

13

1        THE COURT:  You may be seated.

2        All right.  Good morning, ladies and gentlemen.

3   Can you all hear me?

4        *(The prospective jurors answered in the affirmative.)*

5        THE COURT:  Okay.  Great.  You have been brought

6   here for a criminal case and let me just read to you what

7   this case is about.

8        In this case the government has charged the

9   defendant Robert Stella with six counts.  You will be

10  deciding three of those counts.

11       Counts 1, 2, and 3 are as follows:  The government

12  alleges that the defendant produced child pornography on

13  March the 5th, 2018, as to Minor Victim 1; on April 5th,

14  2018, as to Minor Victim 2; and on March 14th, 2018, as to

15  Minor Victim No. 3.

16       The defendant Mr. Stella has denied these three

17  counts and has pled not guilty.

18       Let me have the clerk swear in the panel.

19       THE CLERK:  Please stand and raise your right

20  hand.

21              **PROSPECTIVE JURORS SWORN**

22       THE CLERK:  Ladies and gentlemen, do you solemnly

23  swear that you will make true answers to such questions as

24  may be put to you touching upon your qualifications to serve

25  as jurors upon the trial of the cause now before this Court,

1    so help you God?

2              THE PROSPECTIVE JURORS:  I do.

3              THE CLERK:  Thank you.  Please be seated.

4                        **HARDSHIP INQUIRY**

5              THE COURT:  All right.

6              The first thing that you may be asking is how long

7    is this case going to last.  I can't give you a set date as

8    to when I think the case will be over but I can tell you the

9    date upon which we believe that the case will go to the

10   jury.

11             Whether or not the jury comes back with a verdict

12   right away or takes longer, I can't estimate it because it

13   depends on the composition of the jury and also, obviously,

14   the evidence that is offered during the course of the trial.

15             But we do expect that the case will be given to

16   the jury on May the 19th.  That's this Friday.  And, again,

17   how long it takes the jury to reach a verdict, I can't give

18   you an estimate but that's when we expect the case to go to

19   the jury.

20             Let me ask:  Is there any one of you who feels

21   that if you were called to serve on this particular jury

22   that that would pose a hardship for you?

23             And before you answer that particular question,

24   let me just indicate as follows:

25             All of us are citizens of this country and so

1   therefore we all have certain duties, one of which is, in

2   addition to paying taxes, obeying the laws and things of

3   that sort, is to serve on juries when called for.

4           And so, therefore, it is a very serious duty and

5   it's one that we really have to comply with and fill.  I,

6   for example, consider myself to have somewhat of an

7   important job; but if I get a jury summons -- I don't get it

8   from federal court because I'm a federal court judge -- but

9   if I get it from state court, I trounce over usually to the

10  facility -- state facility that's across the street because

11  it's nearer to my office and their facilities aren't as nice

12  as ours.

13          But I sit and wait to get called as a juror and

14  actually one time I did get called as a juror but eventually

15  I got kicked off because they didn't want a judge on the

16  panel, I think, either that or it was my personality.  I

17  can't tell the difference.

18          So I do consider it to be very important and it's

19  a duty that we all have.  However, I do also understand that

20  there may be situations where a person has -- it would be a

21  hardship, for example, if you are starting on a new job.

22  You haven't been employed for a while and your employer does

23  not pay for jury duty.

24          And if it's not that situation *per se* but, if as a

25  result of not being paid, you can't afford to make a car

16

1   payment or a mortgage payment or, you know, rent payment, I

2   would consider that to be a hardship.

3          So in other words, it's something that is fairly

4   significant.

5          Also, for example, if you have some sort of

6   medical condition that -- let's say you have as doctor's

7   appointment for a consult that is a condition that's

8   potentially life-threatening or limb threatening like, for

9   example, you think you maybe have trouble with eyes.  You're

10  losing eyesight, something like that.  So if it's something

11  like that, I would consider also obviously fairly serious so

12  I would excuse you.

13         However, if you set up a consult for liposuction,

14  I probably will not be that impressed.  So, in other words,

15  it's something that is fairly serious.

16         And also let me indicate that if I find that you

17  have a hardship, I will not excuse you from jury duty.  All

18  I will simply do is excuse you from this case.

19         What that means is I'll send you back down.  You

20  go back down to the jury room.  Whether or not you get sent

21  out to another trial is something that I have no knowledge

22  of or control over.

23         In other words, if they need you for another case,

24  you'll be sent out.  If they don't need you, well, then,

25  they don't need you.  But I do not excuse you from jury

1    service.  I simply excuse from you this particular trial.

2          Let me ask:  Do any of you have any questions as

3    to what would constitute a hardship?

4                        *(No response.)*

5          THE COURT:  No one?

6          For example, let me give you one more.  If you

7    have a situation, sometimes I have prospective jurors who

8    are students and they have some sort of an exam or something

9    of that sort that they cannot miss because, obviously, if

10   they miss the exam, they won't be able to complete the

11   course or something of that sort.

12         I would consider that to be a hardship as well.

13   So, in other words, we're talking about something that's

14   fairly serious.

15         Also, this will be the only time that I ask this

16   question.  So if you feel that you might have a hardship,

17   then I want you to raise your hand.

18         For those of you who feel you have a hardship,

19   what I want you to do is raise your hand and then form a

20   line behind the -- there's no swinging thing behind there

21   but just where the railing is.

22         And what I will do is I will have a discussion

23   with each of you and the attorneys on a sidebar.  And what a

24   sidebar is, is a situation where I'm trying to have a

25   discussion.

1            The sidebar actually is located to my right where
2    that little black thing is which is a microphone; and what I
3    try to do is have a conversation outside of the hearing of
4    other persons in the courtroom.
5            So, therefore, if I hold a sidebar, don't strain
6    to listen if you're in the audience because, again, that
7    would defeat the purpose of having a sidebar.
8            So I'll have a discussion with the prospective
9    jurors who feel that it is a hardship and I will let you
10   know shortly thereafter whether or not I find there's a
11   hardship.
12           And, again, if I find a hardship, I excuse you
13   from this case.  If I do not find a hardship, then you're
14   kind of like -- I don't want to use the word "stuck" but
15   you'll be here.
16           Okay.  Does anybody else have any questions at
17   this point?
18                        *(No response.)*
19           THE COURT:  No?  Okay.  Let me ask is there
20   anybody who feels it would be a hardship for you to serve as
21   a juror in this case?
22                *(The prospective jurors responded.)*
23           THE COURT:  Okay.  Form a line behind the railing.
24           And it doesn't matter which order you are.  I will
25   address each of you in turn and, again, if you think even

1  remotely that it might be a hardship, please form -- join

2  the line because, again, this is the only time I'll ask this

3  question because it's very difficult for me to excuse jurors

4  once you're on the panel.

5         All right.  Anyone else?  No one else?  Did I

6  scare you all?

7         Again -- yes.  You need to speak louder.

8         THE PROSPECTIVE JURORS:  What if it's not a

9  financial hardship?

10         THE COURT:  Well, like, for example, if you have a

11  situation, sometimes I understand that people may have, for

12  example, a child.  They have child care issues that they

13  cannot -- you have no relatives, no friends.  Nobody likes

14  you or your family.

15         In that situation, you know, if it's that serious,

16  I can understand that that might be a hardship.  So join the

17  line if you have that situation.

18         Anyone else?

19                    *(No response.)*

20         THE COURT:  No one?  Okay.  Let me have counsel at

21  sidebar and let me have the first prospective juror.

22              *(The following was held at the bench:)*

23         THE COURT:  Good morning.  We just need to wait

24  for the attorneys.  No, no.  You need to approach.

25         All right.  Speak into the microphone.  So what's

```
1   your name?

2             THE PROSPECTIVE JUROR:  Freebird Deem.

3             THE COURT:  Okay.  What's your situation?

4             MS. RICHMOND:  I'm so sorry.  Would you mind

5   speaking up just the tiniest bit?  I can't hear you.  I

6   don't want to stand closer to you.

7             THE PROSPECTIVE JUROR:  No worries.

8             Over the next few weeks --

9             THE COURT:  Wait a second.  Ms. Deem.

10            MS. RICHMOND:  Ms. Deem.

11            THE COURT:  Okay.  What's your situation?

12            THE PROSPECTIVE JUROR:  I've got finals over the

13  next few weeks.  Classes don't end until June 13.

14            THE COURT:  Okay.  Let me ask.  When you say you

15  have classes, as I've indicated, the case will go to the

16  jury on Friday and so obviously there may be some

17  deliberations that goes over the next week.

18            So are you saying that these are classes, if you

19  miss the classes, you can't make them up or you can't get

20  notes from other people and so, therefore, you will have a

21  problem with the classes?

22            THE PROSPECTIVE JUROR:  It's Friday and then

23  possibly a week.

24            THE COURT:  Okay.  So you have classes on Friday.

25            THE PROSPECTIVE JUROR:  No.  I'm just asking is it
```

1   just Friday and then the following week?

2           THE COURT:  No, no.  Let's put it this way.  The

3   trial will start today.  The evidence will be presented.

4   You're going to hear arguments of counsel and the case will

5   go to the jury.

6           In other words, we expect the deliberation to

7   start on Friday or Monday morning.  How long it takes the

8   jury to reach a verdict, I can't give you an estimate.

9           It may come back the same day or it may come back

10  a couple of days but I don't expect the deliberations will

11  last like an additional week or something of that sort.

12  That would be somewhat unusual but that's my best estimate

13  at this point in time.

14          So if it's a situation, like do you have -- when

15  do you have your classes?  Is it just every Friday when your

16  classes are?

17          THE PROSPECTIVE JUROR:  No.  So I don't have a

18  class on Friday.  I have class Monday, Wednesday.

19          THE COURT:  Okay.  Of this week or next week?

20          THE PROSPECTIVE JUROR:  The following week.  Like

21  this week and next week.

22          THE COURT:  So in other words, are you missing

23  class right now?

24          THE PROSPECTIVE JUROR:  Right now?

25          THE COURT:  Yes.

*Day 1 of Jury Trial, May 16, 2023*

1          THE PROSPECTIVE JUROR:  No.

2          THE COURT:  You're missing classes tomorrow?

3          THE PROSPECTIVE JUROR:  I have work tomorrow.

4          THE COURT:  You have work tomorrow?

5          THE PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Is your hardship class or is your

7  hardship work or is it both?

8          THE PROSPECTIVE JUROR:  It's both.  If I miss

9  work, I can't pay rent.

10          THE COURT:  Okay.  And so you have classes on

11  Wednesday, Thursday, and then next Monday, Tuesday,

12  Wednesday?

13          THE PROSPECTIVE JUROR:  No.  Monday and Wednesday.

14          THE COURT:  So basic class is on Monday and

15  Wednesday?

16          THE PROSPECTIVE JUROR:  Yes.

17          THE COURT:  So let me ask.  As to your classes, if

18  you miss those classes, is it a situation you're not going

19  to be able to make it up?

20          THE PROSPECTIVE JUROR:  If I miss next week, no.

21  That would be fine.  But the week after I have to be there

22  because it's finals.

23          THE COURT:  Okay.  So let me ask.  If you were

24  here this week, in other words, right now it's the 16th

25  and, you know, so we go into the 19th that's on Friday and

1    then we start again the next week.  If you're here Monday,

2    Tuesday, Wednesday, will that be had hardship?  In other

3    words, will you not be able to make up those classes?

4                THE PROSPECTIVE JUROR:  So it's not on the

5    weekend; right?

6                THE COURT:  No, we don't hold trials on weekends.

7                THE PROSPECTIVE JUROR:  Okay.  Then that would be

8    fine.

9                THE COURT:  That would be fine?  Okay.

10               THE PROSPECTIVE JUROR:  Yeah.  As long as I can

11   get to work this weekend, then.

12               THE COURT:  Okay.  But that's the other problem.

13   That when you say "get to work," you're going to be here

14   sitting on a trial.  You won't be able to go to work.

15               THE PROSPECTIVE JUROR:  Saturday and Sunday?

16               THE COURT:  No.  Saturday and Sunday is not a

17   problem.  I thought you said go to work.

18               THE PROSPECTIVE JUROR:  No.

19               THE COURT:  So, in other words, your work schedule

20   is only on the weekends.

21               THE PROSPECTIVE JUROR:  Mainly.  For tomorrow but

22   it's a different job so I could probably find coverage.

23               THE COURT:  Okay.  So in other words, if we don't

24   go in sessions on the weekends, that's not going to be a

25   problem for you as to work?

1          THE PROSPECTIVE JUROR:  Yes.  If it's just into

2    next week.

3          THE COURT:  Okay.  So it sounds to me you probably

4    can serve as a juror in this case, then?

5          THE PROSPECTIVE JUROR:  All right.

6          THE COURT:  Okay.  But let me also indicate this.

7    If it's a situation where some point in time later on like,

8    you know, that you discover that you -- I guess, the exams

9    aren't until the Friday toward the end of the month.

10          THE PROSPECTIVE JUROR:  Uh-huh.

11          THE COURT:  So as long as you get out for those

12    finals, you're not going to have a problem?

13          THE PROSPECTIVE JUROR:  Right.

14          THE COURT:  Let me ask.  Do you any questions of

15    the prospective juror?

16          MS. RIVERA:  Just whether you think you might be

17    concerned about your schedule and how quickly deliberations

18    may go, whether or not that will be a concern for you if you

19    find yourself in the deliberation room.

20          THE PROSPECTIVE JUROR:  I mean, if it's for a

21    while, like if it ends up being a couple of weeks, it would

22    be an issue because of work and school.  But if it's like

23    maybe two weeks, then I can figure it out.

24          MS. RIVERA:  If you find yourself in the

25    deliberation room next Monday, are you going to find

1   yourself able to put out of your mind the fact that you

2   might be missing work and you might be missing classes or

3   will that effect your deliberations?

4           THE PROSPECTIVE JUROR:  I'm confused on what the

5   deliberation is.

6           THE COURT:  All right.

7           Let me just -- so this is the calendar.  It makes

8   it a lot easier.  So in other words, today is -- we are in

9   May and today is May the 16th.

10          THE PROSPECTIVE JUROR:  Uh-huh.

11          THE COURT:  I print small so I can read what I

12  write.

13          THE PROSPECTIVE JUROR:  That's okay.

14          THE COURT:  I'm bragging.  Okay.  So we expect

15  this case to go to the jury on Friday.  That's the 19th.

16          THE PROSPECTIVE JUROR:  Okay.

17          THE COURT:  So the jury deliberations, which we

18  refer to as deliberations, that means that the case has been

19  presented to the jury.

20          In other words, the jury has seen and heard all

21  the evidence.  They've seen and heard the arguments of

22  counsel and Court's instructions on the law.  So, in other

23  words, they're going to go into the jury room and they're

24  going to deliberate to see if they can reach a verdict.

25  That's what deliberations are.  Okay.

1          So as I indicated, we expect the case to go to the

2    jury on the 19th of May, May 19th.  Okay?  And so the

3    deliberations, you know, can go over to the next week which

4    would be starting on the 22nd which is Monday and the

5    23rd is a Tuesday, and Wednesday is the 24th.

6          You know, I can't estimate as to when -- give you

7    an estimate as to when the jury will come back with a

8    verdict but the case will be given to the jury on -- we

9    expect on the Friday.

10          THE PROSPECTIVE JUROR:  Okay.

11          THE COURT:  So you're saying that you have like

12    exams, like stuff like that at the beginning of June?

13          THE PROSPECTIVE JUROR:  Yeah.

14          THE COURT:  So as long as you get out by

15    June 1st or by May the 31st you'll have no problem as

16    far as school I concerned?

17          THE PROSPECTIVE JUROR:  Correct.

18          THE COURT:  Also, you'll probably will have no

19    problem as to your work because you'll be able to work on

20    the weekends because we don't have sessions on the weekends

21    so that's not going to a problem; is that right?

22          THE PROSPECTIVE JUROR:  Right.

23          THE COURT:  All right.  Anything else?

24          MS. RIVERA:  No.  Thank you, Your Honor.

25          THE COURT:  All right.  Thank you.

```
 1              Go back and sit down.  Thanks.
 2              THE PROSPECTIVE JUROR:  Thank you.
 3              MS. RICHMOND:  Your Honor, I should have said this
 4    before.  I have a hearing problem and so the jurors, if I
 5    ask them to speak up, maybe you could because it's difficult
 6    for me to hear with the white noise.  I'm not standing very
 7    close but with COVID.
 8              THE COURT:  Is it this ear or both ears?
 9              MS. RICHMOND:  It's actually this ear which is why
10    I'm standing on this side.
11              THE COURT:  All right.  Next prospective juror.
12              Good morning, sir.  Can you speak into the
13    microphone?  What's your name?
14              THE PROSPECTIVE JUROR:  David Wolfson.
15              THE COURT:  Wolfson?
16              THE PROSPECTIVE JUROR:  Yes.  It should be the
17    last on the list.
18              THE COURT:  No, we're not alphabetical.  That
19    would be too easy.  Just a second.
20              What's your situation?
21              THE PROSPECTIVE JUROR:  My job doesn't pay me if I
22    don't work so I need to pay my bills if I don't work for
23    several days.
24              THE COURT:  Who else is in your household who's a
25    wage earner?
```

```
 1              THE PROSPECTIVE JUROR:  No one.

 2              THE COURT:  So you're by yourself?

 3              THE PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  Who do you work for?

 5              THE PROSPECTIVE JUROR:  I work a plumbing company.

 6   It's called Roy Smith Plumbing.

 7              THE COURT:  They pay absolutely nothing for jury?

 8              THE PROSPECTIVE JUROR:  No.

 9              THE COURT:  They don't pay anything?

10              THE PROSPECTIVE JUROR:  No.

11              THE COURT:  Okay.  And when you say you're going

12   to have a hardship, what are you talking about in terms of

13   bills that you're not going to be able to make?

14              THE PROSPECTIVE JUROR:  Rent, you know, insurance,

15   credit card bills, things like that.  Groceries.

16              THE COURT:  You're basically living paycheck to

17   paycheck?

18              THE PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And so let me just ask.  Do you ever

20   take vacations?

21              THE PROSPECTIVE JUROR:  No.

22              THE COURT:  You don't?  Okay.

23              And how long have you had this job?

24              THE PROSPECTIVE JUROR:  Two years.

25              THE COURT:  Two years?  All right.  What did you
```

1    do before you were a dispatcher?

2            THE PROSPECTIVE JUROR:  I was working in

3    insurance.

4            THE COURT:  Okay.  Doing what?

5            THE PROSPECTIVE JUROR:  Trying to sell insurance.

6            THE COURT:  Okay.

7            All right.  Let me ask Counsel.  Any questions?

8            MS. RICHMOND:  Not from the government.

9            THE COURT:  Okay.  Why don't you go back and sit

10    down and I'll let you know in a couple of minutes.  Okay?

11            Next prospective juror?

12                    (Pause in the proceedings.)

13            THE COURT:  We need to wait for the attorney.

14            All right.  What's your name?

15            THE PROSPECTIVE JUROR:  Orlando Cancel.

16            THE COURT:  How do you spell your last name?

17            THE PROSPECTIVE JUROR:  Cancel, C-a-n-c-e-l.

18            THE COURT:  Just like the original word.  Okay.

19            And what's your situation?

20            THE PROSPECTIVE JUROR:  So I have a final exam

21    tomorrow and on Thursday.

22            THE COURT:  Okay.  What school?

23            THE PROSPECTIVE JUROR:  Southern California

24    Institute of Technology.

25            THE COURT:  Okay.  Where is that?

1          THE PROSPECTIVE JUROR:  It's a technical school in
2   Anaheim.
3          THE COURT:  All right.  What are the courses?
4          THE PROSPECTIVE JUROR:  Organizational behavior
5   and power systems.
6          THE COURT:  Okay.  Let me ask.  Is this a
7   situation where -- have you asked your professors if they
8   will allow you to take the exam later on if you're actually
9   on a jury?
10          THE PROSPECTIVE JUROR:  No, I haven't asked.
11          THE COURT:  Okay.  Why don't you ask them that?
12   We'll take a couple of breaks and so if you can ask them,
13   see if you're actually on this jury whether or not you can
14   take those exams later on.
15          I understand if you can't, then that would be a
16   different situation.  But if you can, then that wouldn't be
17   a problem; right?
18          THE PROSPECTIVE JUROR:  Yeah, it wouldn't be a
19   problem.
20          THE COURT:  Okay.  So there are two exams that you
21   have to have.  One tomorrow and another one on Thursday?
22          THE PROSPECTIVE JUROR:  Yes.
23          THE COURT:  What's the other course?
24          THE PROSPECTIVE JUROR:  It's just those.  Like one
25   for Wednesday and one for Thursday.

```
 1              THE COURT:  Two tests on the same course?
 2              THE PROSPECTIVE JUROR:  No, two different classes.
 3              THE COURT:  I asked what are the two classes.
 4              THE PROSPECTIVE JUROR:  Organizational behavior
 5    like psychology and power systems.
 6              THE COURT:  Power systems.  Okay.
 7              Why don't you call them up and see if you're able
 8    to do that; and if you are, then that will not be a problem.
 9    Obviously if they're not willing to, you can't do it, let us
10    know and then I'll let you know whether or not I'll excuse
11    you.
12              THE PROSPECTIVE JUROR:  Okay.
13              THE COURT:  Anything else other than that, though?
14              THE PROSPECTIVE JUROR:  No.
15              THE COURT:  Any questions?
16              MS. RICHMOND:  No.
17              MS. RIVERA:  No.
18              THE COURT:  Okay.  What we're going to do is have
19    you fill out a form that everybody else is going to be
20    completing, a questionnaire form.  But we'll address that
21    after lunch.  And so after everybody fills out the form,
22    we'll have everyone come back at 1:00 o'clock.
23              So let us know in the interim between now and when
24    you leave and then we'll let you know what our decision is
25    but, obviously, if you can't, we'll probably let you go.
```

1    Thanks.

2              THE PROSPECTIVE JUROR:  Thank you.

3              THE COURT:  Next prospective juror?

4                   *(Pause in the proceedings.)*

5              THE COURT:  Good morning.  You need to speak into

6    the microphone.

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Speak into it.

9              What's your name?

10             THE PROSPECTIVE JUROR:  Sarah Shum.

11             THE COURT:  How do you spell it?

12             THE PROSPECTIVE JUROR:  S-a-r-a-h S-h-u-m.

13             THE COURT:  It's not alphabetical.  That's why

14   it's taking so long.

15                  *(Pause in the proceedings.)*

16             THE COURT:  Is your last name spelled is S-h-u-m?

17             THE PROSPECTIVE JUROR:  Yes.

18             THE COURT:  So what is your situation?

19             THE PROSPECTIVE JUROR:  So my situation is

20   recently I went in to see the doctor and they kind of find

21   my left breast with some thing.

22             THE COURT:  Sorry.  They found what?

23             THE PROSPECTIVE JUROR:  The left of my breast,

24   they find something.

25             THE COURT:  Okay.

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  So I need to do some |
| 2 | treatment so I'm not sure if, you know, I can serve. |
| 3 | THE COURT:  Okay.  Let me ask you.  Have they |
| 4 | given you a treatment that you're supposed to follow now or |
| 5 | are you going to get the treatment later on? |
| 6 | THE PROSPECTIVE JUROR:  I will get the treatment |
| 7 | but I don't know when they are going to be scheduled but |
| 8 | it's going to be any time. |
| 9 | THE COURT:  Okay.  Let me ask you.  If you are -- |
| 10 | if you're not scheduled for a treatment, you can serve as a |
| 11 | juror on this case; right? |
| 12 | THE PROSPECTIVE JUROR:  At this point, yes, but I |
| 13 | don't know when; right?  If they become available so if |
| 14 | I'm -- |
| 15 | THE COURT:  Let me do this.  Let me ask you this. |
| 16 | If you were a juror in this case and if I were to say to you |
| 17 | I would let you go if you have a treatment or some sort of |
| 18 | appointment, could you serve as a juror in this case? |
| 19 | THE PROSPECTIVE JUROR:  What do you mean. |
| 20 | THE COURT:  In other words, I would have you as a |
| 21 | juror in this case.  But if you're contacted, for example, |
| 22 | your doctor calls you and says to you:  You know, you have |
| 23 | tomorrow or the next day.  You have to appear in my office |
| 24 | at 11:00 o'clock to get a treatment. |
| 25 | I would say I would let you go for that, |

1    obviously.

2            THE PROSPECTIVE JUROR:  Uh-huh.

3            THE COURT:  So if that were the situation, would

4    you have a problem serving as a juror in this case if you

5    know that whatever you need --

6            THE PROSPECTIVE JUROR:  The reason is because I

7    don't want to feel the anxiety.

8            THE COURT:  Okay.  So, in other words, you're

9    saying because of the fact you have this --

10           THE PROSPECTIVE JUROR:  I don't feel I can.

11           THE COURT:  Okay.  So, in other words, you feel

12   that you couldn't concentrate in this matter because of the

13   fact that you are uncertain about your medical condition?

14           THE PROSPECTIVE JUROR:  Right.  Because I don't

15   know about my situation.

16           THE COURT:  Let me ask:  Any questions from you

17   guys?  Counsel?

18           MS. RIVERA:  No.  Just that I understood that you

19   were saying that this is something that's on your mind and

20   you would have trouble concentrating on the evidence

21   presented in the case?

22           THE PROSPECTIVE JUROR:  Uh-huh.

23           THE COURT:  Yes.

24           All right.  We'll let you know in a couple of

25   minutes.  Okay?  Thank you.

```
1              THE PROSPECTIVE JUROR:  Thank you.
2              THE COURT:  All right.  Next prospective juror?
3                   (Pause in the proceedings.)
4              THE COURT:  Good morning.  What's your name?
5              THE PROSPECTIVE JUROR:  Maria Piñeda.
6              THE COURT:  Piña?
7              THE PROSPECTIVE JUROR:  Piñeda.
8              THE COURT:  Oh, Piñeda.  Okay.  Let me find you.
9                   (Pause in the proceedings.)
10             THE COURT:  How do you find them so fast?
11                      (Laughter.)
12             THE COURT:  What's your situation?
13             THE PROSPECTIVE JUROR:  I have three little boys
14   and I don't have a babysitter and I'm currently not working
15   so I can't afford a babysitter.
16             THE COURT:  Okay.  Let me unpack all that.  How
17   old are your children?
18             THE PROSPECTIVE JUROR:  Eleven months, one year,
19   and four.
20             THE COURT:  Eleven months, one year, and four?
21             THE PROSPECTIVE JUROR:  I'm sorry.  I'm sorry.
22   He's almost two.  They're a year apart.
23             THE COURT:  I was going to say that's really
24   quick.  All right.  So who's taking care of the children
25   right now?
```

```
1              THE PROSPECTIVE JUROR:  My husband.  He got out of

2    work early.

3              THE COURT:  All right.  But you're indicating

4    that -- and do you normally work or don't work?

5              THE PROSPECTIVE JUROR:  I'm currently on

6    disability.  I'm not working.

7              THE COURT:  Okay.  So, in other words, you take

8    care of the children?

9              THE PROSPECTIVE JUROR:  Yes.

10             THE COURT:  And is there any other, for example,

11   do you have any in-laws or anybody else who can take care of

12   the children?

13             THE PROSPECTIVE JUROR:  They're at work.

14             THE COURT:  So there's nobody else to take care of

15   the children?

16             THE PROSPECTIVE JUROR:  Not unless they take time

17   off from work.  And right now I can't afford to get somebody

18   else.

19             THE COURT:  Okay.  All right.

20             Let me ask counsel.  Do you have any questions?

21             MS. RICHMOND:  So it sounds like your family also

22   can't afford for your husband to take off of work?

23             THE PROSPECTIVE JUROR:  Right, right.  Today he

24   just took some vacation time.

25             THE COURT:  Any questions?
```

```
 1              MS. RIVERA:  No.

 2              THE COURT:  Okay.  Thank you.  We'll let you know

 3   in a couple of minutes.

 4              Next prospective juror?

 5                   (Pause in the proceedings.)

 6              THE COURT:  Good morning.  Would you speak into

 7   the microphone?

 8              What's your name?

 9              THE PROSPECTIVE JUROR:  Armine Eganian.

10              THE COURT:  How do you spell your last name?

11              THE PROSPECTIVE JUROR:  E-g-a-n-i-a-n.

12              THE COURT:  Okay.  It's not alphabetical so it

13   will take me a second.

14              THE CLERK:  She's last.

15              THE COURT:  Oh, she's last?

16              Okay.  What's your situation?

17              THE PROSPECTIVE JUROR:  My day care opens at 8:00.

18   I don't know what time the court sessions start.  And then

19   my other issue is we were just informed that we have to keep

20   our phones on silent.  My mom is in bad health.  I'm very

21   uncomfortable not being able to get a call from her.  She

22   needs to call me.  Those are my issues.

23              THE COURT:  Let me ask you this.

24              Where I do live?

25              THE PROSPECTIVE JUROR:  Glendale?
```

```
 1              THE COURT:  How long would it take for you, if
 2  were you to drop your child off?  Also, when do you have to
 3  pick up?
 4              THE PROSPECTIVE JUROR:  I don't have an issue with
 5  picking up.
 6              THE COURT:  Just delivery.
 7              THE PROSPECTIVE JUROR:  Just the drop-off.
 8              THE COURT:  If we were to start at 8:30 every day,
 9  would that be a problem for you?
10              THE PROSPECTIVE JUROR:  It usually takes about 30
11  minutes to get here.  I just don't want to be late.
12              THE COURT:  Well, let's put it this way.  If
13  you're on this jury, I'll say 8:30.  We'll start at 8:30 at
14  the earliest and so it would never be earlier than 8:30.
15              And so if it's a situation where it takes you like
16  35 minutes rather than 30, I can move the time up each
17  morning so I'll accommodate so I'll say 8:40 or 8:45 or
18  something like so if you're on this jury, we'll accommodate
19  that so that takes care of that.
20              THE PROSPECTIVE JUROR:  Uh-huh.
21              THE COURT:  Insofar as your mother's situation,
22  would it be a problem, for example, if I were to just say
23  that you would have put your phone on vibrate?
24              THE PROSPECTIVE JUROR:  No, that's fine.
25              THE COURT:  So in other words, if you could look
```

```
 1   at, I'll allow you to look at it.

 2              THE PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  And if it's an issue, just raise your

 4   hand and we'll take a break.

 5              THE PROSPECTIVE JUROR:  Okay.  That's fine.

 6              THE COURT:  So those two things will take care of

 7   your problems?

 8              THE PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  Let me ask.  Any questions?

10              MS. RIVERA:  I have a question.  Are you expecting

11   a call from your mother?

12              THE PROSPECTIVE JUROR:  Just in an emergency.  On

13   Friday she was in bad health.  She's 83 years old and has a

14   heart issue.  I just don't feel comfortable not being able

15   to answer her call because I'm her caretaker.  I would have

16   to go.

17              MS. RIVERA:  You're her main caretaker?

18              THE PROSPECTIVE JUROR:  Yes.

19              MS. RIVERA:  If you get a call, would you need to

20   leave to go be with her?

21              THE PROSPECTIVE JUROR:  Yes, of course.  If she

22   needs to go to the hospital.

23              MS. RIVERA:  And she's here in Los Angeles?

24              THE PROSPECTIVE JUROR:  Uh-huh.

25              MS. RIVERA:  What part of town?
```

```
 1              THE PROSPECTIVE JUROR:  Glendale.

 2              MS. RIVERA:  She's also in Glendale?

 3              THE COURT:  She lives with you?

 4              THE PROSPECTIVE JUROR:  No.

 5              THE COURT:  She lives near you?

 6              THE PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  All right.  Okay.

 8              Obviously, if you were to get called from you

 9    mother and we were in trial, I would let you go at that

10    point in time.  I would excuse you from the jury service,

11    obviously.  I understand that.

12              But let me ask you.  Do you think that you would

13    be distracted serving as a juror in this case because you

14    have a mother who may or may not get word that she needs

15    your attention.  Do you think that would distract you from

16    serving in this case?

17              THE PROSPECTIVE JUROR:  I don't think so.

18              THE COURT:  You don't think so?  All right.  As

19    long as you know you would be able to leave if you were

20    called?

21              THE PROSPECTIVE JUROR:  Yes.

22              THE COURT:  All right.  Any other questions?

23              MS. RIVERA:  No.

24              MS. RICHMOND:  No.

25              THE COURT:  All right.  I think we've taken care
```

```
1    of your problems.  All right.  Thank you.
2            Next prospective juror?
3                 (Pause in the proceedings.)
4            THE COURT:  Good morning.
5            THE PROSPECTIVE JUROR:  Good morning.
6            THE COURT:  Speak into the microphone.
7            What is your name?
8            THE PROSPECTIVE JUROR:  Rachael.  Last name Glenn.
9            THE COURT:  G-l-e-n-n?
10           THE PROSPECTIVE JUROR:  Uh-huh.
11           THE COURT:  Okay.  What is your situation?
12           THE PROSPECTIVE JUROR:  Umm, I live 130 miles
13   away.
14           THE COURT:  Let me ask this.  Javier, you've been
15   informed that if you live more than 80 miles --
16           THE PROSPECTIVE JUROR:  Yeah.
17           THE COURT:  -- we can put you up in a hotel.
18           THE PROSPECTIVE JUROR:  Yeah.  I also don't have a
19   car or a driver's license.
20           THE COURT:  Uh-huh.
21           THE PROSPECTIVE JUROR:  So I had to ask one of my
22   friends to drive me down here last night.
23           THE COURT:  Well, let me ask you this.  Do you
24   work?
25           THE PROSPECTIVE JUROR:  I do.  I'm full-time.  I'm
```

1   actually missing work and work does not pay for jury duty.

2           THE COURT:  Okay.  What work do you do?

3           THE PROSPECTIVE JUROR:  I work at an inn.

4           THE COURT:  Which inn?

5           THE PROSPECTIVE JUROR:  Miribelle Inn in Solvang.

6           THE COURT:  Okay.  Let me ask you this.  If you

7   were a juror in this case and if we were to provide you

8   with, you know, a room at a hotel around here and they're

9   not bad hotels, would that solve your problem or is it a

10  situation where you still wouldn't be able to serve?

11          THE PROSPECTIVE JUROR:  I probably would be able

12  to serve but it's also I have to board my dog so that's

13  another financial problem.

14          THE COURT:  Okay.  I'm sympathetic to that.

15          THE PROSPECTIVE JUROR:  You don't need to be but

16  it's a problem that I have.

17          THE COURT:  There is nobody who could take care of

18  the dog?

19          THE PROSPECTIVE JUROR:  No.

20          THE COURT:  How are you going to get back today?

21          THE PROSPECTIVE JUROR:  I have to take the train

22  at 7:00 p.m.

23          THE COURT:  All right.  Who's taking care of the

24  dog today?

25          THE PROSPECTIVE JUROR:  My mom.

43

```
 1              THE COURT:  Your mom?  Okay.  And she can't take
 2    care of the dog?
 3              THE PROSPECTIVE JUROR:  She works full-time also.
 4              THE COURT:  All right.  Let me ask.  Questions?
 5              MS. RICHMOND:  So would you have problems paying
 6    your bills if you were to miss work?
 7              THE PROSPECTIVE JUROR:  Yes.  (Crying.)
 8              MS. RICHMOND:  It seems like you're pretty
 9    distressed.  Would you have a hard time --
10              THE PROSPECTIVE JUROR:  It seems like (crying) --
11    I'm so sorry.
12              THE COURT:  It's not a problem.  I'm so used to
13    this job that it doesn't cause me any stress but I can
14    understand how it can make other people have stress.
15              THE PROSPECTIVE JUROR:  I'm sorry.
16              THE COURT:  Do you want a tissue, by the way?
17              THE PROSPECTIVE JUROR:  No.
18              THE COURT:  All right.  Any other questions?
19                        (No response.)
20              THE COURT:  No.  Okay.  Don't worry about it.
21    Don't worry about it.
22              THE PROSPECTIVE JUROR:  (Crying.)  May I sit down.
23              THE COURT:  Okay.
24              Next prospective juror?
25                      (Pause in the proceedings.)
```

```
 1              THE COURT:  Good morning.  What's your name?
 2              THE PROSPECTIVE JUROR:  Sloane Anderson.
 3              THE COURT:  Anderson is your last name?  Okay.
 4    And what is your situation?
 5              THE PROSPECTIVE JUROR:  I have an eye surgery
 6    scheduled next Wednesday and pre-op is on Tuesday so I'm
 7    just concerned with this.
 8              THE COURT:  Okay.  And, obviously, that can't be
 9    changed?
10              THE PROSPECTIVE JUROR:  It can't.
11              THE COURT:  Okay.  Let me ask you this.  If I were
12    to let you know that if you were actually chosen as a juror
13    in this case, I would excuse you after Monday.  Would you
14    have a problem serving as a juror in this case?
15              THE PROSPECTIVE JUROR:  No, that's fine.
16              THE COURT:  Let me ask counsel.  Any questions?
17              MS. RIVERA:  No.
18              MS. RICHMOND:  No.
19              THE COURT:  All right.  So if you are a juror in
20    this case, but just remind me on Monday if you're still here
21    on Monday; that you have that appointment because I have a
22    very bad memory.  All right?  Thank you.
23              THE PROSPECTIVE JUROR:  Thank you.
24              THE COURT:  Let's take them in numerical order.
25              Mr. Cancel was going to check and see about his
```

*Day 1 of Jury Trial, May 16, 2023*

1    exam so we'll wait and see what he has to say.

2              Umm, Ms. Glenn, let me ask.  Shall I excuse her?

3              MS. RIVERA:  Yes, from the defense.

4              MS. RICHMOND:  Yes, from the government.

5              THE COURT:  All right.  So she is out.

6              Ms. Deem, I don't think is an issue at this point

7    unless somebody wants to argue.

8              MS. RIVERA:  No, Your Honor.  I was actually

9    concerned about her ability to participant in deliberations.

10   She was kind of equivocal about her ability to participate

11   in deliberations if they continued through early next week

12   and whether she --

13             THE COURT:  I don't think so.  I think she

14   indicated that, you know, insofar as her exams are

15   concerned, those exams are at the end of May and, you know,

16   as long as she can go to those exams, it's not going to be

17   problem and I don't envision this case going to the end of

18   May.

19             And insofar as her working, she indicated her

20   primary work is in the weekends.  She had something else for

21   tomorrow but she got that taken care of and she did not

22   indicate that she would have problems other than on the

23   weekends but we don't hold court on the weekends.

24             So if you're asking for a for-cause challenge, I

25   will be denying it.  You can always use a peremptory.

```
 1              All right.  And then as to Mr. Wolfson, he was the
 2    one with financial issues.  Can I get a stip?
 3              MS. RICHMOND:  From the government, yes.
 4              MS. RIVERA:  Yes, from the defense.
 5              THE COURT:  Okay.  And then Ms. Piñeda has child
 6    issues.  Can I have a stip?
 7              MS. RIVERA:  Yes, from the defense.
 8              MS. RICHMOND:  Yes, from the government.
 9              THE COURT:  Okay.  And Ms. Shum, she had a -- I
10    have her down as having a medical issue; right?
11              MS. RIVERA:  Yes.
12              THE COURT:  Can I get a stip as to her?
13              MS. RIVERA:  Yes, from the defendant.
14              MS. RICHMOND:  Yes.
15              THE COURT:  And then Ms. Anderson is not an issue
16    and Ms. Eganian, I think we can accommodate her.
17              All right.  So any other for cause?
18              MS. RICHMOND:  I think we skipped Ms. Eganian.
19              THE COURT:  I did say her.  Because I said as long
20    as we could accommodate her schedule in the mornings and
21    allow her to receive messages through her phone, that's not
22    going to be an issue.  Okay?
23              All right?  Thank you.
24       (The following was in the prospective jurors' presence:)
25              THE COURT:  All right.  At this point in time the
```

1    Court would thank and excuse from this matter Ms. Glenn.

2    Thank you very much.  Please go back to the jury room and

3    tell them you have been excused from this case.

4              *(The prospective juror exited the courtroom.)*

5              THE COURT:  And, Mr. Wolfson, you can go back down

6    and tell them you've been excused from this case.

7              *(The prospective juror exited the courtroom.)*

8              THE COURT:  Ms. Piñeda, thank you very much.

9    You've been excused from this case.

10             *(The prospective juror exited the courtroom.)*

11             THE COURT:  Ms. Shum, thank you very much.  You've

12   been excused from this case.

13             *(The prospective juror exited the courtroom.)*

14             THE COURT:  And then as to Mr. Cancel, you let us

15   know after lunch about your situation.

16             All right.  At this point in time, let me indicate

17   that we're going to be starting with what we sometimes refer

18   to as the voir dire process; and the voir dire process is

19   the process by which jurors are actually selected.

20             At this point in time, you have been called here

21   to potentially certain as jurors in this case but you are

22   actually not the jurors, you're just part of the jury panel

23   at this point in time and we haven't necessarily selected

24   you.

25             However, if you recall your oath that you took,

1   you promised to give us honest and truthful answers to our

2   questions.  And to explain the voir dire process, let me

3   just indicate that both sides in this case, both the

4   government and the defendant, are entitled to a completely

5   fair and impartial jury.

6            In other words, they're entitled to jurors who can

7   listen to the evidence, weigh the evidence, follow the

8   Court's instructions on the law and reach a just verdict

9   regardless to one side or the other.

10           In order to ensure that both sides get a fair and

11  impartial jury, we conduct this voir dire process.  The way

12  that we're going to do the voir dire process is as follows.

13           We have set up a questionnaire form which has a

14  lot of questions on it because, again, we need to know

15  something about you.

16           We don't want to pry too much into your personal

17  lives but we do need to know certain things about your past,

18  your experiences, experiences of your relatives and things

19  of that sort.

20           And so we will give these questionnaire form.  You

21  are to complete all of the questions to the best of your

22  ability.  You took an oath to do so.

23           And what happens after that is once you've

24  completed the form, we'll ask you to deposit the forms in a

25  box.  Do we have a box?

1          If you want to, you can just dump whatever is in

2     that box and just --

3               *(Pause in the proceedings.)*

4          THE COURT:  That will be the box that you're --

5     yes.  Just deposit it in the box; and then what I will do is

6     I'll let you go and ask you to come back here.  Be in the

7     hallway at 1:00 o'clock because we need to get all of the

8     questionnaire forms.

9          We also need to make copies for the counsel and

10    myself and we need to review them; and once you come back,

11    we will have certain follow-up questions based on your

12    answers to that -- to the questionnaire form.

13         And, again, I really want every one of you to be

14    honest and truthful in your answers.  Do not censor

15    yourselves.  In other words, don't worry that we might say:

16    Oh, if I answer this question this way, it might seem like

17    I'm biased.

18         Well, if we're all honest with ourselves, all of

19    us have biases of one sort or another; and the mere fact

20    that you have a bias does not necessarily mean you cannot

21    serve as a juror.

22         It might, however, mean that you perhaps you

23    should not serve a juror in a particular case.  For example,

24    if we had a case where the issue is whether or not a

25    defendant was driving while intoxicated and we had a

1  prospective juror who had a son or daughter who was run over

2  by a person driving while drunk, I think all of us would

3  agree that that person should not serve as a juror in that

4  case.

5        That's not to say that person is a horrible person

6  or that person is unjustifiably biased or whatever.  It's

7  simply to recognize that that person may have a reaction to

8  the evidence that would be offered in that type of case that

9  would be too disturbing or would cloud their judgment

10  because of their own past experiences.

11        That's not to say that that person could not serve

12  as a juror on any other type of case.  For example, if there

13  was a case involving a theft or a contract case, that person

14  would be able to serve without any problem.

15        So we need to know again about you and about your

16  background and the purpose of fillig out this form is so

17  that we can get that preliminary information.

18        So please give us honest and truthful answers to

19  our questions; and after you complete the form, just put it

20  in the box and then you are excused and come back at 1:00

21  o'clock.

22        Please, however, be prompt because if you try to

23  leave the building, which you are allowed to do so, you

24  know, getting back into the building at around 1:00 o'clock,

25  there might be some other people and so it may take a little

1   bit of time.  So please factor in a little bit -- a couple

2   of minutes to get back into the building.

3           Also if you're wondering what to do on these

4   breaks, for those of you who are -- well, there are a lot of

5   places to eat around here.  They are very good.

6           There are a lot of Japanese restaurants.  If you

7   go down either First or Second Street heading south, there

8   are lots of nice Japanese restaurants.

9           There is a snack bar on the first floor that's not

10  bad here.  There is a sandwich place that if you go down

11  Broadway -- no, go down Hill two blocks.  It's underneath

12  the hotel called Cherry Pick.  They have sandwiches and

13  stuff of that sort that's not bad.

14          There's plenty of stuff in terms of places to go

15  eat if you're adventuresome and you will have some time.

16          Also, for those of you who are more cultured, not

17  that any of you are not cultured, but for those of you who

18  are, there's a Broad Museum which is free.  You just -- it

19  might be a wait because sometimes there are a lot of

20  tourists but sometimes there's no wait in which you can get

21  in, in about ten minutes or something like that.

22          And there are a lot of interesting exhibits in the

23  Broad Museum.  It's free.  Also, next to the Broad Museum is

24  the Disney Concert Hall.  There's a very interesting garden

25  on the stairs and also you can go inside just to wander

1    around a bit, I think, without a problem.

2            There's also a cafeteria in the Disney Concert

3    Hall so there's a lot of stuff to do to occupy yourself or

4    you can sit and look at your cellphone and go blind.  The

5    choice is up to you.

6            So please give us honest and truthful answers on

7    the questionnaire form.  Put your answers in the sheet in

8    the box and then you're excused until 1:00 o'clock.

9            Let me ask.  Do any of you have any questions?

10                        *(No response.)*

11           THE COURT:  No questions?

12           Okay.  Thank you very much, and my clerk will hand

13    out the questionnaire forms and the pens.

14                   *(At 10:17 a.m., a recess was taken.)*

15

16

17

18

19

20

21

22

23

24

25

53

**LOS ANGELES, CALIFORNIA; TUESDAY, MAY 16, 2023; 1:10 P.M.**

-oOo-

*(The following was held outside the prospective jurors'*
*presence:)*

THE CLERK:  This United States District Court is in session.  Please be seated.

THE COURT:  All right.  Let me ask just a couple of quick questions.  Did the parties get to look at the preliminary jury instructions?

MS. ALLSOP:  Yes, Your Honor.

THE COURT:  Not a trick question.  Either yes or no.

MS. RIVERA:  Your Honor, we're just conferring. Yes, we did.

We did, Your Honor.  Thank you.

THE COURT:  Okay.  Are there any problems with the preliminary jury instructions?

MS. ALLSOP:  None from the government, Your Honor.

THE COURT:  All right.

MR. MANI:  No issues with the instructions themselves.

THE COURT:  All right.

MR. MANI:  Just some things to flag, I guess, for a later time in terms of the Indictment going back to the jury.

54

```
 1              THE COURT:  I presume the Indictment will not go
 2    back to the jury.  I presume that the parties will agree
 3    upon language that will be used to substitute for the
 4    Indictment.
 5              MR. MANI:  Understood, Your Honor.
 6              THE COURT:  Okay.  Great.
 7              Also, insofar as the jurors' questionnaires, there
 8    are certain jurors, I think their answers -- I will probably
 9    just ask them to -- I will question them at sidebar, in
10    other words.
11              There are certain jurors I'm simply going to ask:
12    Can you approach the sidebar.  Most of them I won't because,
13    you know, their answers are their answers.
14              But there's a couple based upon either their own
15    personal experience or what they have said in their
16    responses.  I think it would be better to have that inquiry
17    done on sidebar rather than have it done in the open court.
18              I presume there's no objection to my doing that?
19              MS. RIVERA:  No, Your Honor.
20              MS. ALLSOP:  No objection from the government,
21    Your Honor.
22              THE COURT:  Anything else we need to do before I
23    bring the jury in and we'll start the voir dire.
24              MS. RICHMOND:  Your Honor, would you mind giving
25    the jury just the general admonition that if we don't talk
```

1  to them in the hallways.  It's not because we're being rude

2  but we're not supposed to talk to anybody.  Thank you.

3          THE COURT:  Well, you're probably rude but I'll

4  give the instruction anyway.  Not a problem.

5          All right.  But I usually will give that

6  instruction later on but I don't mind giving it now.  You

7  want it right now?  I would usually do it once we get the

8  jury, you know, sworn in.

9          MS. RICHMOND:  That's fine, Your Honor.  Thank

10  you.

11          THE COURT:  All right.  Thanks.

12          All right, Javier, can you bring the jury in?

13          And also, Javier, why don't we have -- we can have

14  16 in the bench and then another -- how many jurors do we

15  have at this point?

16          THE CLERK:  We have about 46.

17          THE COURT:  Why don't we put 16 and then three,

18  six would be 22.  16 in the box and then six in the front.

19          THE CLERK:  Okay.

20              *(Pause in the proceedings.)*

21        *(The prospective jurors entered the courtroom.)*

22          THE CLERK:  You may be seated.

23          THE COURT:  All right.

24          Good afternoon, ladies and gentlemen.  At this

25  point in time, we'll start the voir dire process based upon

1    your answers to the questionnaire form.  What we're going to

2    do is we're going to call out 22 prospective jurors.

3                Oh, before I do that, however, let me ask

4    Mr. Cancel?

5                THE PROSPECTIVE JUROR:  Yes.

6                THE COURT:  Were you able to get ahold of your

7    professors?

8                THE PROSPECTIVE JUROR:  Yes, I did.

9                THE COURT:  What was their answer?

10               THE PROSPECTIVE JUROR:  I can take the test later.

11               THE COURT:  They will be able to move the test?

12               THE PROSPECTIVE JUROR:  Yes.

13               THE COURT:  Okay.  So that's not a problem for you

14   then?

15               THE PROSPECTIVE JUROR:  Yeah.

16          **VOIR DIRE EXAMINATION OF THE PROSPECTIVE JURORS**

17               THE COURT:  Okay.  Great.

18               And so we're going to start the process by calling

19   out 22 prospective jurors and then I will question the

20   jurors based upon their responses to the questionnaire form.

21               If I ever ask that question during this process

22   that you feel uncomfortable giving an answer to in open

23   court, you are free to ask for a sidebar and I will always

24   grant that request.  So don't be shy.  Simply ask for a

25   sidebar and we will automatically do that.

1          Also, there are some of you, based upon what your

2     answers were, I will call you to the sidebar anyway because

3     of some of the things stated in some of the questions.  I

4     feel that maybe there will be some sensitivity on that stuff

5     so I may just call you at sidebar to begin with.  All right?

6          But if anybody else, if I don't call you on the

7     sidebar, if you feel that there's some aspect of some of

8     your answers, feel free to ask me for a sidebar and I will

9     just grant it.  Okay?

10          All right.  Let me have the clerk read out the

11    first 22 jurors.

12          THE CLERK:  Ruby De Casas.

13          Kristie Lee Genzel.

14          Kathleen Heydon.

15          Karina Cruz.

16          Trevor Nash.

17          Orlando Cancel.

18          Natasha Renza.

19          Mimi Choi.

20          Jacqueline Parra.

21          Sufan Pun.

22          Christopher Rodriguez.

23          Ashly Alberty.

24          Olivia Taub.

25          Angel Villanueva.

```
 1            Shi Wang.

 2            Maria Brown.

 3            Cassandra Lim.

 4            Joann Levandoski.

 5            Salvador Salcedo.

 6            Patrick Heng.

 7            Anna Bernard.

 8            Derrick Alesevich.

 9            THE COURT:  All right.  At this point in time,

10   ladies and gentlemen, I'm going to give each juror that are

11   sitting in the box or in the front row, I'm going to give

12   you your own individual number.  I will be referring to you

13   from now on by this number.  Numbers are so much more

14   personal and I don't forget numbers and I usually

15   mispronounce names badly.

16            So starting in the back row, you're Juror No. 1,

17   Juror No. 2, Juror No. 3, Juror No. 4.  Sir, Juror No. 5,

18   Juror No. 6, Juror No. 7, Juror No. 8.

19            In the front row, Juror No. 9, Juror No. 10, Juror

20   No. 11, Juror No. 12.

21            You're not Chinese, are you?  No, not you.  You.

22   Because if were you Chinese, you'd know 13 is a very unlucky

23   number for Chinese people so you are Juror No. 13.

24            Sir, Juror No. 14, 15, 16.  In the front row

25   Juror No. 17, 18, 19, 20, 21 and last but not least Juror
```

No. 22.

Let me ask Juror No. 1, I just have a couple of
quick questions.  Who exactly do you work for?

THE PROSPECTIVE JUROR:  The company Synthego.

THE COURT:  Sorry.  What?

THE PROSPECTIVE JUROR:  Synthego.

THE COURT:  What do they do?

THE PROSPECTIVE JUROR:  Manufacture DNA.

THE COURT:  Okay.  All right.

Now, you indicate that because you're the mother
of two minor children you have some reluctance to serve as a
juror in this case.  Let me ask you.  Was it a really strong
reluctance or is it just a level of uncomfortability?

THE PROSPECTIVE JUROR:  More of just
uncomfortable.

THE COURT:  All right.  But do you think you could
be fair to both sides in this case even despite the subject
matter?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

And you indicate that you have a relative or a
cousin of your husband who is police officer; is that
correct?

THE PROSPECTIVE JUROR:  Correct.

THE COURT:  Have they ever discussed with you any

1   sort of case that had something that might be involved with

2   pornography or child pornography?  Anything of that sort?

3              THE PROSPECTIVE JUROR:  No.

4              THE COURT:  No?  Okay.

5              Let me ask.  Is there anything you feel I should

6   know that you haven't told us in this questionnaire form

7   that we should know about you before we decide whether or

8   not you should be a juror in this case?

9              THE PROSPECTIVE JUROR:  No.

10             THE COURT:  No?  Okay.  Very private person and

11  soft-spoken too --

12             THE PROSPECTIVE JUROR:  I'm sorry.

13             THE COURT:  -- even with the microphone.

14             Juror No. 2, let me ask you some questions.

15             THE PROSPECTIVE JUROR:  All right.

16             THE COURT:  Now, you indicated you were a juror in

17  another case and you were the foreperson of that jury.

18             Let me ask.  Is any prospective jurors not know

19  what a foreperson is?  If you don't know, raise your hand.

20             *(The prospective jurors raised their hands.)*

21             THE COURT:  Okay.  In a jury, all the jurors are

22  equal.  There's no leader of the jury.  All the jurors are

23  equal.  In a criminal case such as this one, we have to have

24  a unanimous verdict.  All the jurors have to agree on each

25  issue that comprises the verdict form.

```
 1              But usually what happens when a jury goes to the
 2    jury room to start deliberating, they elect one of their
 3    jurors as kind of like the foreperson and that person acts
 4    like a secretary or an administrator in the sense that that
 5    person keeps tallies of the votes and things that have sort.
 6              So the foreperson is not a leader but is kind of
 7    like a secretary.  Well, a little bit higher than secretary
 8    but still secretary none the less.
 9              Let me ask.  Did you ask for that position or did
10    they just dump it on you?
11              THE PROSPECTIVE JUROR:  I did not ask for it.  The
12    people picked me.
13              THE COURT:  Did you enjoy it?
14              THE PROSPECTIVE JUROR:  Not particularly.
15              THE COURT:  Some people do.
16              THE PROSPECTIVE JUROR:  (Laughing.)
17              THE COURT:  And then you also indicated that your
18    mother was the victim of a crime and there was a proceeding
19    that was involved with that crime?
20              THE PROSPECTIVE JUROR:  Yeah.  I wasn't a part of
21    it.  I just know there was court involved and they caught
22    the suspects.
23              THE COURT:  Okay.  Do you know whether or not they
24    were convicted?
25              THE PROSPECTIVE JUROR:  They were, uh-huh.
```

62

```
 1              THE COURT:  Okay.  And you indicated that you
 2    thought that your mother was fairly treated in that
 3    particular process.
 4              THE PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Okay.  All right.
 6              Umm, that's all the questions I have.  Except
 7    unless you think, is there anything we should know about you
 8    before we decide whether you should be a juror in this case?
 9              THE PROSPECTIVE JUROR:  No.
10              THE COURT:  No?  Okay.  Thank you.
11              Juror No. 3.
12              MS. RICHMOND:  Your Honor, I'm very sorry to
13    interrupt.
14              THE COURT:  Yes.
15              MS. RICHMOND:  May we have each juror restate
16    their name because we're unsure now that they have numbers
17    what their names are and that would assist us in finding
18    their questionnaire.
19              THE COURT:  Oh, okay.
20              MS. RICHMOND:  Thank you so much.
21              THE COURT:  I will tell you.  Do you have the
22    original list?
23              MS. RICHMOND:  Yes.
24              THE COURT:  Okay.  The jurors are numbered 1
25    through 46.  I could just give you the names of the first
```

1    juror on each page and you can just go, for example,

2    Juror No. 1 is Ms. De Casas.  And you just go straight.

3            And then, for example, the last juror, the juror

4    in seat No. 16 would be Ms. Brown.  So she's Juror No. 16

5    because she's 16th in that row.

6            And then the other jurors, the only exception is

7    juror who was originally Juror No. 19 we did excuse so

8    Juror No. 19 is Salcedo?

9            THE PROSPECTIVE JUROR:  Correct.

10           THE COURT:  And then the last juror is -- I'm

11   going to mispronounce his name because you forced me to.  I

12   gave him the number of 22 but he is Mr. Alesevich?

13           THE PROSPECTIVE JUROR:  Close enough.

14           THE COURT:  Close enough.  Okay.  It sounds like

15   Alesevich.  So does that help you?

16           MS. RICHMOND:  Thank you so much.  I appreciate

17   it.

18           THE COURT:  Not a problem.

19           So we left off at Juror No. 3.

20           You are an attorney?

21           THE PROSPECTIVE JUROR:  I am.

22           THE COURT:  Okay.  But you never did criminal law?

23           THE PROSPECTIVE JUROR:  I have not, no.

24           THE COURT:  Okay.  And, however, have you been

25   involved in actual litigation before?

```
1              THE PROSPECTIVE JUROR:  I supervise litigation.

2              THE COURT:  Okay.

3              THE PROSPECTIVE JUROR:  And I have testified on

4   behalf of the company.

5              THE COURT:  Okay.  But at one point in time you

6   were an attorney in a law firm and, obviously, we know that

7   firm very well and also the other firm which was Kinsella?

8   Is that how you pronounce that?

9              THE PROSPECTIVE JUROR:  Uh-huh.

10             THE COURT:  Actually, I know that firm as well

11  too; but at this point you are corporate counsel?

12             THE PROSPECTIVE JUROR:  I am general counsel.

13             THE COURT:  General counsel for Pioneer

14  Electronics?

15             THE PROSPECTIVE JUROR:  Correct.

16             THE COURT:  Is that the Pioneer Electronics that

17  we can talk about amplifiers and stuff like that?  We talk

18  to you about it?

19             THE PROSPECTIVE JUROR:  It is.  Very good

20  products.

21                         (Laughter.)

22             THE COURT:  Yes.  I was going to say, what can I

23  say?  I know that company.  Okay.  How long have you been

24  general counsel for that company?

25             THE PROSPECTIVE JUROR:  I've been general counsel
```

1    for the last three years.

2              THE COURT:  Okay.  All right.

3              But prior to that point in time, when you were at

4    any of the law firms, did you do litigation?

5              THE PROSPECTIVE JUROR:  No, I did corporate work.

6              THE COURT:  You did corporate work.  But at this

7    time you supervise litigation so, in other words, you hire

8    outside counsel and things of that sort?

9              THE PROSPECTIVE JUROR:  I do.

10             THE COURT:  All right.  And then -- now, you

11   indicate that because of the nature of the crime that's

12   charged in here, you're kind of like slightly ambivalent

13   because you indicate that there's nothing about this case --

14   in other words, you answered "no" to that question.

15             But then you kind of like qualified it because

16   you're saying you have strong opinions about the seriousness

17   of child abuse and the impact on a child's life and things o

18   that sort.

19             Those types of questions aren't going to be asked

20   in this case.  I mean, this case, I mean the question is

21   really as to whether or not government succeeds in proving

22   beyond a reasonable doubt, which is the government's burden,

23   the elements of their criminal counts.

24             THE PROSPECTIVE JUROR:  Uh-huh.

25             THE COURT:  So these things about the seriousness

1  of child abuse and stuff of that sort, although obviously

2  things like that are serious, you're not going to be asked

3  to comment or reach any conclusion about that.

4          You're asked to weigh the evidence and reach a

5  verdict based on the evidence and the Court's instructions

6  on the law.  Do you think you could do that?

7          THE PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Okay. You also indicate that you had

9  an experience of somebody that you knew or actually an

10  employee that was involved in a child pornography situation;

11  is that correct?

12          THE PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Where was that?

14          THE PROSPECTIVE JUROR:  It was in Michigan.

15          THE COURT:  Okay.  At that point in time, what was

16  the relationship between that individual -- was it an

17  employee of yours or employee of the company you worked for?

18          THE PROSPECTIVE JUROR:  Employee of the company I

19  worked for.

20          THE COURT:  All right.

21          THE PROSPECTIVE JUROR:  I'm also responsible for

22  Human Resources and I do investigations when there are

23  things of this nature.

24          THE COURT:  Okay.  So in other words, in that

25  particular situation was the incident where the child

*Day 1 of Jury Trial, May 16, 2023*

1    pornography was found in the person's computer at the

2    office?

3            THE PROSPECTIVE JUROR:  We received a call from

4    federal agents asking to seize the computer.

5            THE COURT:  Okay.  All right.

6            And your company complied?

7            THE PROSPECTIVE JUROR:  Oh, of course.

8            THE COURT:  Okay.  All right.

9            You indicate that the person -- the employee's

10   employment was terminated but do you know whether or not any

11   criminal proceedings were brought?

12           THE PROSPECTIVE JUROR:  Criminal proceedings were

13   brought.

14           THE COURT:  Okay.  But you don't know the outcome

15   of that case?

16           THE PROSPECTIVE JUROR:  I do not.  He was arrested

17   and unfortunately, or fortunately, could not continue

18   working.

19           THE COURT:  Okay.  All right.

20           Now, you indicated your sister was a victim of a

21   violent crime and there were proceedings brought on the

22   basis of that and you felt that your sister was treated

23   fairly in that particular situation; is that correct?

24           THE PROSPECTIVE JUROR:  She was.

25           THE COURT:  Okay.  Let me ask the witness.  Is

68

```
 1   there anything else you think we should know about you
 2   before we make a decision about whether or not you should be
 3   a juror in this case?
 4              THE PROSPECTIVE JUROR:  No.
 5              THE COURT:  No?  Thank you.
 6              Juror No. 4.  Let me ask.  I was going to have you
 7   on the sidebar.  Is that all right?
 8              THE PROSPECTIVE JUROR:  Yeah.
 9              THE COURT:  Okay.  Let me have counsel at the
10   sidebar.  And let me ask the juror, you can leave the
11   microphone with Juror No. 5.
12              And then if you just walk around.  You have to
13   walk around the long way.  Well, either way out is fine but
14   you just can't walk in front of my law clerk.  He's like a
15   dog.  He bites so you have to walk around him.
16                 (The following was held at the bench:)
17              THE COURT:  Let me ask you.  Who do you work for?
18              THE PROSPECTIVE JUROR:  I'm a dental -- a DSO
19   company, it's a dental office.
20              THE COURT:  Okay.  All right.  And you indicated
21   that you were the victim of a child rape and that case went
22   to court about 16 years ago?
23              THE PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Okay.  That's still very strongly in
25   your mind; is that correct?
```

```
 1              THE PROSPECTIVE JUROR:  Yeah.

 2              THE COURT:  Okay.

 3              THE PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  Let me ask you.  I mean, you have to

 5   be really honest.  Do you think you could be completely fair

 6   to both sides in the case, both the government and the

 7   defendant, even though you were the victim of a child rape?

 8              THE PROSPECTIVE JUROR:  I think I could be.

 9              THE COURT:  You think you could be?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Okay.  Now, however, as the government

12   has already indicated, there will be some images of various

13   juveniles in various states of undress.

14              Is that going to bother you?

15              THE PROSPECTIVE JUROR:  I think it will be.  It

16   will.  I did write that down.

17              THE COURT:  Okay.  But do you think it will bother

18   you to the extent that it would affect you as a juror in

19   this case?  In other words, even though it would bother, you

20   still think you'd be fair to both sides in this case?

21              THE PROSPECTIVE JUROR:  Yes.  It just would be

22   disturbing.

23              THE COURT:  Okay.

24              All right.  And you indicate that the person who

25   raped you was your stepfather?
```

```
1              THE PROSPECTIVE JUROR:  Yes.
2              THE COURT:  Now, does the fact that the person in
3    your case was a relative as opposed to a stranger, do you
4    think that made it more -- I guess more impactful on you and
5    was more harmful to you?
6              THE PROSPECTIVE JUROR:  Yes.
7              THE COURT:  You felt that was the situation?  And
8    if there were allegations in this particular situation that
9    the pornography involved, involved a member of the person's
10   family, would that also impact upon you?
11             THE PROSPECTIVE JUROR:  Umm, I don't think so.
12             THE COURT:  You don't think so?
13             THE PROSPECTIVE JUROR:  I think it's just the fact
14   that its child pornography.
15             THE COURT:  Okay.  So in other words, since it's
16   the fact of child pornography, it doesn't make any
17   difference in terms of the relationship?  Okay.
18             And you also indicate you had friends who were
19   molested.
20             THE PROSPECTIVE JUROR:  Yes.
21             THE COURT:  But, again, you feel that you could
22   overcome that and you could put that outside of your mind
23   for purposes of being a juror in this case?
24             THE PROSPECTIVE JUROR:  Yes.
25             THE COURT:  But you also indicated that your
```

1    biological mother was involved --

2            THE PROSPECTIVE JUROR:  Yes.

3            THE COURT:  -- because your stepfather was the one

4    who raped you and your biological mother, I guess, was

5    hiding the fact, didn't report it even though she knew and

6    things of that sort?

7            THE PROSPECTIVE JUROR:  Yes.

8            THE COURT:  And you indicate there were criminal

9    charges brought against her as well; is that correct?

10           THE PROSPECTIVE JUROR:  Yes.

11           THE COURT:  Again, do you think you could put all

12   of that out of your mind and be a fair juror to both sides

13   in this case?

14           THE PROSPECTIVE JUROR:  Umm, you know, it's been

15   some time.

16           THE COURT:  Okay.

17           THE PROSPECTIVE JUROR:  So I think I do have

18   strong opinions about obviously rape and molestation and all

19   that.  I do think that I could be fair.

20           THE COURT:  Okay.  All right.

21           And you also indicated you had some close friends

22   who were victims of molestation as children but those

23   incidences were not reported?

24           THE PROSPECTIVE JUROR:  Yes.

25           THE COURT:  Do you know why they weren't reported?

```
 1              THE PROSPECTIVE JUROR:  I understand they were in
 2    another country so it was just different.
 3              THE COURT:  Okay.  So, in other words, in that
 4    country they didn't view it as seriously as perhaps we do in
 5    this country?
 6              THE PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  All right.
 8              That's all the questions I have.  Let me ask
 9    counsel.  Do you ever questions of this particular juror?
10              MS. RICHMOND:  No, thank you.
11              MS. RIVERA:  I do.
12              THE COURT:  Sorry.  You need to speak into the
13    microphone.
14              MS. RIVERA:  Sure.
15              Your stepfather is currently serving a prison
16    sentence --
17              THE PROSPECTIVE JUROR:  Yes.
18              MS. RIVERA:  -- for the crime he was convicted of
19    that led to his abuse of you?
20              THE PROSPECTIVE JUROR:  Yes.
21              MS. RIVERA:  Were you a witness in that case?
22              THE PROSPECTIVE JUROR:  I was.
23              MS. RIVERA:  Do you know how long he was sentenced
24    to?
25              THE PROSPECTIVE JUROR:  I think the last time I
```

```
 1   heard it was ten years.  I haven't followed up.

 2          MS. RIVERA:  When did it go to trial?

 3          THE PROSPECTIVE JUROR:  It was '06.

 4          MS. RIVERA:  And you were called to testify in

 5   court?

 6          THE PROSPECTIVE JUROR:  Yes.

 7          MS. RIVERA:  Like in this court?

 8          THE PROSPECTIVE JUROR:  Umm, I think it was around

 9   town.

10          MS. RIVERA:  It was a courtroom like this

11   courtroom?

12          THE PROSPECTIVE JUROR:  Yeah, it was.

13          THE COURT:  Sorry.  In this court?

14          THE PROSPECTIVE JUROR:  It wasn't in this building

15   but it was --

16          THE COURT:  There's a criminal courts building.

17   It's like on Spring and Temple, the Clara Foltz Shortridge

18   building.  So that's the one you testified in?

19          THE PROSPECTIVE JUROR:  I believe so.  It was

20   across from the Children's --

21          THE COURT:  Museum.  Yeah.

22          THE PROSPECTIVE JUROR:  I think so.

23          THE COURT:  Okay.

24          MS. RIVERA:  Okay.  And so how long ago was this

25   trial?
```

1          THE PROSPECTIVE JUROR:  '06.

2          MS. RIVERA:  '06.  Okay.  So seven years ago?

3          THE PROSPECTIVE JUROR:  Yeah.

4          MS. RIVERA:  Okay.  I mean, this had an impact on

5    you, I imagine?

6          THE PROSPECTIVE JUROR:  Yes.

7          MS. RIVERA:  Does it still have an impact on you?

8          THE PROSPECTIVE JUROR:  Yes.

9          MS. RIVERA:  Okay.

10          THE PROSPECTIVE JUROR:  But --

11          MS. RIVERA:  It's okay.  So it continues to impact

12    you.  And I mean, in this trial you will see images --

13          THE PROSPECTIVE JUROR:  Uh-huh.

14          MS. RIVERA:  -- of nude girls.  You're going to

15    see images that the government says the defendant took

16    because he had a sexual interest in these girls.

17          Are you aware of that?

18          THE PROSPECTIVE JUROR:  Yeah.

19          MS. RIVERA:  And you don't think you're going to

20    take that back into the jury room with you, any of your

21    feelings about what happened to you in your case?

22          THE PROSPECTIVE JUROR:  Umm, I do think I can be

23    fair, yeah, you know.  Obviously, my opinion is that it's a

24    crime.

25          MS. RIVERA:  What's the crime?

1          THE PROSPECTIVE JUROR:  The taking of the child

2   pornography.  And, you know, I've never been a part of

3   anything like that.  It's obviously not what I experienced.

4   So I do think that my voice will be important.

5          MS. RIVERA:  You think that your voice, as

6   somebody who went through this as a witness in a criminal

7   case, will be important in this trial?

8          THE PROSPECTIVE JUROR:  Yes.

9          MS. RIVERA:  Okay.  Can you say more about what

10  you know about?

11         THE PROSPECTIVE JUROR:  Umm, honestly, I just

12  heard a few comments from other jurors.

13         THE COURT:  Sorry.  I didn't catch that.

14         THE PROSPECTIVE JUROR:  I heard a few comments

15  from other jurors saying, you know, sometimes girls send

16  pictures.  So that kind of made me feel like, well, that's

17  not always the case.

18         And I started -- you know, yes, everyone is

19  innocent until proven guilty but I do think that others may

20  not understand the severity of the situation like this.

21         MS. RIVERA:  Okay.  And just maybe one more

22  question really.  Do you think that if you're chosen for the

23  jury and you're back in the jury deliberation room, that

24  you're going to feel some sort of sympathy for the girls who

25  are victims in this case?

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  Umm, yes. |
| 2 | MS. RIVERA:  Okay.  Do you think you might |
| 3 | identify with them a little because you were also the victim |
| 4 | in a case involving child sex abuse? |
| 5 | THE PROSPECTIVE JUROR:  Umm, I don't know about |
| 6 | that.  I don't know. |
| 7 | MS. RIVERA:  So you said you think you might feel |
| 8 | some sympathy for the victims? |
| 9 | THE PROSPECTIVE JUROR:  Sympathy, yes, but I don't |
| 10 | know if I would put myself in their situation. |
| 11 | MS. RIVERA:  Okay.  So you would feel sympathy for |
| 12 | them but not because you're putting yourself in their |
| 13 | position? |
| 14 | THE PROSPECTIVE JUROR:  I think just the general |
| 15 | aspect of them being a victim. |
| 16 | MS. RIVERA:  Okay. |
| 17 | THE COURT:  Any other questions? |
| 18 | MS. ALLSOP:  Yes, Your Honor, just a few |
| 19 | questions. |
| 20 | THE COURT:  Speak into the manufacture, too. |
| 21 | MS. ALLSOP:  So I think earlier you mentioned that |
| 22 | you think that child pornography is a crime.  Is that right? |
| 23 | THE PROSPECTIVE JUROR:  Yes. |
| 24 | MS. ALLSOP:  But you understand that the defendant |
| 25 | is presumed innocent -- |

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  Yes. |
| 2 | MS. ALLSOP:  -- and it's our burden, the |
| 3 | government's burden to prove anything else? |
| 4 | THE PROSPECTIVE JUROR:  Yes. |
| 5 | MS. ALLSOP:  So keeping that in mind, do you think |
| 6 | you could still be fair and impartial. |
| 7 | THE PROSPECTIVE JUROR:  Yes. |
| 8 | MS. ALLSOP:  So again considering your history, |
| 9 | you think that you can be fair and impartial and only |
| 10 | consider the evidence in this case and not your background? |
| 11 | THE PROSPECTIVE JUROR:  Yes. |
| 12 | THE COURT:  Anything else? |
| 13 | MS. ALLSOP:  No, thank you. |
| 14 | THE COURT:  All right.  Thank you.  Have a nice |
| 15 | day. |
| 16 | *(The following was in the prospective jurors' presence:)* |
| 17 | THE COURT:  All right.  Juror No. 5. |
| 18 | You also indicated that your mother was a victim |
| 19 | of a crime; is that correct? |
| 20 | THE PROSPECTIVE JUROR:  Yes. |
| 21 | THE COURT:  And that you thought that in that |
| 22 | particular situation she was fairly treated by the criminal |
| 23 | justice system? |
| 24 | THE PROSPECTIVE JUROR:  Yeah. |
| 25 | THE COURT:  I presume was there a criminal |

1   proceeding based on that or was it just simply a report?

2          THE PROSPECTIVE JUROR:  Just simply a police

3   report.

4          THE COURT:  All right.

5          And you indicated that you have a problem wearing

6   a mask in the courtroom.

7          THE PROSPECTIVE JUROR:  Oh, sorry.  I meant to

8   indicate that I don't have a problem.

9          THE COURT:  Oh, you don't?  All right.

10          THE PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Then I won't ask you the follow-up

12   question.

13                        (Laughter.)

14          THE COURT:  In that case that's all I have for you

15   then.  Is there anything else you feel we should about you

16   before we make a decision as to whether or not you should be

17   a juror in this case?

18          THE PROSPECTIVE JUROR:  No.  Nothing I can think

19   of.

20          THE COURT:  All right.  Thank you.

21          Juror No. 6.  I just have one initial question

22   that was sort of inconsistent.  At one point in time you

23   indicated that you don't attend religious services but then

24   you indicate that you do belong to a Christian church's

25   group.  I didn't not quite understand.

```
 1            You belong to like a denomination that doesn't
 2   meet in churches or something of that sort or am I
 3   misreading your answers?
 4            THE PROSPECTIVE JUROR:  I thought the question was
 5   reading like previous clubs.  I'm not really religious, no.
 6            THE COURT:  All right.  And you indicated that you
 7   have a relative that was the victim of an abuse situation
 8   but that no report was made; is that correct?
 9            THE PROSPECTIVE JUROR:  A friend.
10            THE COURT:  A friend.  Okay.
11            THE PROSPECTIVE JUROR:  No report was made.
12            THE COURT:  Do you know why -- the details behind
13   that?  Why there was no report made or anything of that or
14   sort or stuff you heard when you were younger?
15            THE PROSPECTIVE JUROR:  It was just a conversation
16   that came about probably six months ago but it was something
17   that happened a long time ago.
18            THE COURT:  Okay.
19            THE PROSPECTIVE JUROR:  The report was -- they
20   just decided never to report it so.
21            THE COURT:  Okay.  All right.
22            And you also indicated that you yourself were in
23   the military police in the Marine Corps.
24            THE PROSPECTIVE JUROR:  For a short time, yes.
25            THE COURT:  Okay.  You were?
```

```
 1                THE PROSPECTIVE JUROR:  Yes.
 2                THE COURT:  Did you receive any training insofar
 3      as criminal law or anything of that sort as, you know, a
 4      precursor to being put in that position?
 5                THE PROSPECTIVE JUROR:  There were certifications
 6      to get the position, yes.
 7                THE COURT:  And you completed those?
 8                THE PROSPECTIVE JUROR:  Yes.
 9                THE COURT:  All right.
10                And let me ask.  Did you -- I apologize.  I didn't
11      understand an answer that you gave to one of the other
12      questions.  Was a member of your immediate family either
13      assaulted or accused of assault?
14                THE PROSPECTIVE JUROR:  Accused of assault.
15                THE COURT:  Okay.  And what happened in that
16      situation?
17                THE PROSPECTIVE JUROR:  They went to court and he
18      was put on probation.
19                THE COURT:  Okay.
20                THE PROSPECTIVE JUROR:  And ended up getting
21      dismissed.
22                THE COURT:  Okay.  So he actually didn't go to
23      trial?  Did he just simply plead out?
24                THE PROSPECTIVE JUROR:  He did go to court.
25                THE COURT:  He did go to court but did he actually
```

1    go through a trial?  In other words, was there a trial that

2    actually took place with witnesses in front of a judge or a

3    jury?

4              THE PROSPECTIVE JUROR:  I believe so, yeah.

5              THE COURT:  So there was a trial?

6              THE PROSPECTIVE JUROR:  Yeah, there was.

7              THE COURT:  But eventually he was convicted and

8    put on probation?

9              THE PROSPECTIVE JUROR:  Something that like that.

10             THE COURT:  Do you think he was treated fairly in

11   that situation?

12             THE PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Okay.

14             Now, you indicated you assaulted in high school?

15             THE PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Were there any criminal charges ever

17   bought on the basis of that?

18             THE PROSPECTIVE JUROR:  Just a report was made.

19             THE COURT:  Okay.  But nobody was ever -- was it a

20   situation where it was like some incident occurred at school

21   or a situation that you were assaulted by people you didn't

22   know?

23             THE PROSPECTIVE JUROR:  They were from the same

24   high school but it was outside of the school grounds.

25             THE COURT:  Okay.  All right.

1    Now, you indicated in answer -- one of the answers

2    to one of the questions about, you know, the question

3    basically indicates that, you know, this is a criminal case.

4    In a criminal case the defendant is presumed to be innocent

5    and the government has the burden of proof to prove the

6    defendant guilty beyond a reasonable doubt.

7    You understand that's the nature of a criminal

8    case?

9    THE PROSPECTIVE JUROR:  *(No response.)*

10   THE COURT:  If you don't understand, I'm telling

11   you now.  So do you understand it now?

12   THE PROSPECTIVE JUROR:  Yes.

13   THE COURT:  In other words, in civil cases, you

14   know, people get sued and the standard of proof is what we

15   refer to as the preponderance of the evidence.

16   In other words, it's just the evidence on one side

17   is higher than the other.  It could be like, if you were to

18   do numerically, it could be like 50.1 percent or if you put

19   it on a scale, if it tips ever so slightly.

20   In other words, that is a burden of proof but it's

21   not very high burden of proof.  However, in a criminal case,

22   the government, because the government brings these charges

23   and this is a criminal case, the government bears the burden

24   of proving the defendant guilty beyond a reasonable doubt

25   which is a very high standard of proof.

1          And also in a criminal case, the burden of proof

2     never shifts.  In other words, the proof is always on the

3     government to prove all of the elements of their case beyond

4     a reasonable doubt.

5          THE PROSPECTIVE JUROR:  *(Nods head up and down.)*

6          THE COURT:  Okay.  So and in a criminal case under

7     the Constitution, the defendant does not have to testify and

8     if the defendant elects not to testify you cannot hold it

9     against him.

10          In other words, he has a constitutional right not

11     to testify.  He can rely on the fact that he doesn't feel

12     that the government has a case against him and he can just

13     sit there and do nothing.

14          And if the government fails in its burden of

15     proof, then the jury has to come back with a not guilty

16     verdict if there is an insufficiency of proof.

17          Do you understand that?

18          THE PROSPECTIVE JUROR:  Yes.

19          THE COURT:  So the question -- the way you

20     answered this question is that you indicated that you felt

21     the defendant was probably more guilty than not guilty

22     because of the facts, well, we're here in a court and these

23     charges have been filed and there's three supposed incidents

24     of this conduct.

25          Do you understand now, however, that it could be

1    one incident, it could be a hundred incidences, but the
2    burden of proof never shifts and the burden is on the
3    government to prove the crimes beyond a reasonable doubt.
4                Do you understand that?
5                THE PROSPECTIVE JUROR:  Yes.
6                THE COURT:  Okay.  With that understanding, do you
7    think you could follow those instructions?  In other words,
8    do you think that if the defendant elects not to testify --
9    he may testify, he may not -- but if he decides not to
10   testify, you cannot hold it against him.
11               Could you follow that?
12               THE PROSPECTIVE JUROR:  Yes.
13               THE COURT:  Umm, that's all I have for you.
14               Is there anything else you think we should know
15   about you before we make a decision as to whether or not you
16   should be juror on this case?
17               THE PROSPECTIVE JUROR:  No.
18               THE COURT:  No?  Okay.  Thank you very much.
19               Juror No. 7, let me ask you.  Do you want a
20   sidebar?
21               THE PROSPECTIVE JUROR:  Yes.
22               THE COURT:  You do.  Okay.  Let's have a sidebar.
23               *(The following was held at the bench:)*
24               THE COURT:  Let me ask.  You've indicated that,
25   you know, because of the nature of the charges that have

 1    been brought against the defendant that you feel very

 2    uncomfortable sitting as a juror in this case; is that

 3    correct?

 4                THE PROSPECTIVE JUROR:  Yes.

 5                THE COURT:  And do you feel that you couldn't

 6    weigh the evidence fairly because of the -- I guess the

 7    level of -- I don't know if this is a word --

 8                THE PROSPECTIVE JUROR:  Discomfort.

 9                THE COURT:  Discomfort.  Thank you.  Your English

10    is better than mine.

11                The level of your discomfort is so high that you

12    probably could not, you know, weigh the evidence fairly.

13                THE PROSPECTIVE JUROR:  Yes, to be honest.

14                THE COURT:  Let me ask.  Is there anything in

15    particular that you think is the reason for that?

16                THE PROSPECTIVE JUROR:  Well, just in general.

17                THE COURT:  So in other words, just the nature of

18    this?

19                THE PROSPECTIVE JUROR:  Yes.

20                THE COURT:  Okay.  And you also indicated at one

21    point in time you said that, well, we wouldn't be here if

22    the victims didn't report the crime.

23                So in other words, you think that merely because

24    of the fact that somebody has reported a crime that it's

25    more likely, you know, that the crime was committed than

1    not?

2              THE PROSPECTIVE JUROR:  I mean, I don't feel like

3    we would be here if it didn't happen in the first place.

4              THE COURT:  Well, but again, there are different

5    levels of standards.  In other words, for example, in order

6    to make an arrest of somebody, all there has to be a level

7    of reasonable suspicion and probable cause.

8              In other words, that the fact that there is a low

9    level of evidence that the person has committed a crime,

10   that's sufficient to arrest the person and that is the type

11   of evidence that is presented to a Grand Jury to see if

12   there is a basis for bringing the action.  That is a very

13   low level.  But in order to get a conviction, there has to

14   be -- it's a very high level.

15             But you're thinking that, you know, because these

16   charges have been brought, it's more that he's guilty than

17   not guilty?

18             THE PROSPECTIVE JUROR:  Kind of.

19             THE COURT:  Kind of.

20                        (Laughter.)

21             THE COURT:  All right.

22             THE PROSPECTIVE JUROR:  But understood.

23             THE COURT:  Let me ask you this.  You also

24   indicate that you would have a difficulty in this situation

25   if the defendant did not testify?

1          THE PROSPECTIVE JUROR:  Now that I heard the other

2    thing --

3          THE COURT:  So you don't have that problem?

4          THE PROSPECTIVE JUROR:  Understood.

5          THE COURT:  So I guess the primary issue at this

6    point is your level of --

7          THE PROSPECTIVE JUROR:  Discomfort.

8          THE COURT:  -- discomfort in the situation; and,

9    again, you feel that because of that level of discomfort you

10   couldn't be fair to one side or another or both sides in

11   this case?

12         THE PROSPECTIVE JUROR:  Both sides.

13         THE COURT:  All right.  Let me ask counsel.  Any

14   questions?

15         MS. ALLSOP:  I just wanted to ask again, although

16   Judge Wu already set this forth, that you understand that

17   the defendant does not have to testify?

18         THE PROSPECTIVE JUROR:  Yes.

19         MS. ALLSOP:  He can say absolutely nothing and

20   it's our burden.  We have to prove our case; right?

21         THE PROSPECTIVE JUROR:  Yes.

22         MS. ALLSOP:  And you also understand you are to

23   judge this case based on the evidence in this case; and if

24   there's no evidence of any reporting, you can't just assume

25   that one of the victims reported this?  Do you understand

1    that?

2              THE PROSPECTIVE JUROR:  Yes.

3              MS. ALLSOP:  And so you're saying you have a

4    certain level of discomfort so there's no way that you would

5    ever be able to overcome this discomfort and be able to

6    serve as a juror?  Is that ultimately what you're saying?

7              THE PROSPECTIVE JUROR:  I can't promise you that

8    it wouldn't make me uncomfortable, something like that.

9    It's just the general topic.

10             MS. ALLSOP:  Do you think you could try?

11             THE PROSPECTIVE JUROR:  I could definitely try but

12   I can't promise.  It would be like uncomfortable.

13             MS. ALLSOP:  Okay.  Understood.

14             MS. RIVERA:  You couldn't promise you would be a

15   hundred percent neutral in the jury deliberation room?

16             THE PROSPECTIVE JUROR:  I can't, to be honest, I

17   don't think I can be a hundred percent neutral.  Like he

18   said before, everyone is a little bit biased.  So just

19   hearing the topic, it's already like they're going to have

20   some kind of judgment towards that.

21             MS. RIVERA:  So when you heard that the defendant

22   is charged with having produced child pornography of three

23   different young girls, you're feeling discomfort?

24             THE PROSPECTIVE JUROR:  Yes.

25             MS. RIVERA:  And you're feeling some sort of bias;

1    right?

2                THE PROSPECTIVE JUROR:  I would be lying if I said

3    I didn't.

4                MS. RIVERA:  Okay.  You're saying in your opinion

5    you just like everybody else would not be able to be a

6    hundred percent neutral in hearing the evidence in this

7    case?

8                THE PROSPECTIVE JUROR:  Uh-huh.

9                MS. RIVERA:  Thank you.

10               THE COURT:  All right.  Any other questions?

11               MS. ALLSOP:  No.  Thank you, Your Honor.

12               THE COURT:  Thank you very much.

13               MS. RIVERA:  Your Honor, should we reserve --

14               THE COURT:  No.  You can go back and sit down.

15               MS. RIVERA:  In terms of moving a strike for

16   cause, do you want us making those on an individual basis

17   here?

18               THE COURT:  No.  Well, I'll be doing a for cause,

19   you know, after we finish getting to -- after Juror No. 22,

20   I'll ask you guys if you have any for-cause challenges and

21   then we do the for cause at sidebar.  You don't have to do

22   it now.

23               MS. RIVERA:  Okay.

24     (The following was in the prospective jurors' presence:)

25               THE COURT:  All right.  Juror No. 8.

*Day 1 of Jury Trial, May 16, 2023*

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  Yes. |
| 2 | THE COURT:  Oh, one of the questions asked whether |
| 3 | or not you had any philosophical or religious beliefs that |
| 4 | would make it difficult for you to serve as a juror in this |
| 5 | case.  You checked off "yes" and "no" and then you put |
| 6 | "maybe" underneath.  Let me ask. |
| 7 | *(Laughter.)* |
| 8 | THE COURT:  What do you think might be a problem |
| 9 | for you as a juror in this case? |
| 10 | THE PROSPECTIVE JUROR:  Because I was raised a |
| 11 | Christian and my family is Christian but it's not like I |
| 12 | attend church so I do have like a -- that's what I meant. |
| 13 | THE COURT:  Sometimes people seem to think -- and |
| 14 | I've gotten this response by prospective jurors -- some |
| 15 | people seem to think, well, I don't feel that I should sit |
| 16 | in judgment of other people. |
| 17 | But in a criminal case, you're not actually being |
| 18 | called to sit in judgment.  You're being called to listen to |
| 19 | the evidence and to weigh the evidence and to determine |
| 20 | whether or not, in light of the evidence that you're going |
| 21 | to get in the court and the Court's instructions on the law, |
| 22 | whether or not you can say that the government has met its |
| 23 | burden in regards to proving the case beyond a reasonable |
| 24 | doubt. |
| 25 | That's what jurors are doing in a criminal case so |

1   you're not sitting in judgment.  And also, as I also

2   indicated in the questionnaire form, even if a jury finds a

3   defendant guilty in a criminal case, the jury doesn't

4   determine punishment because it's up to the Court to decide

5   what the sentence would be and so there are various factors

6   that the Court is to consider but that judgment or that

7   particular decision is up to me to make if the jury finds

8   the defendant guilty.

9               So with that in mind do you feel that any of your

10  beliefs would be somehow impinged or provide a basis that

11  would cause you not to be able to sit as a juror in this

12  case?

13              THE PROSPECTIVE JUROR:  No.

14              THE COURT:  Okay.

15              And there was another question that you left blank

16  was the one that basically, as I discussed with Juror No. 6,

17  you know, the question about the defendant being presumed to

18  be innocent and that the defendant does not have to testify

19  otherwise prove that he's innocent.

20              Now that I explained that situation to

21  Juror No. 6, do you feel that that is no longer an issue for

22  you?

23              THE PROSPECTIVE JUROR:  Yes.

24              THE COURT:  Okay.

25              All right.  And let me ask.  Is there anything

92

1    else you think we should know about you before we decide

2    whether or not you should be a juror in this case?

3                THE PROSPECTIVE JUROR:  No.

4                THE COURT:  No?  Thank you very much.

5                Let me ask Juror No. 9.

6                THE PROSPECTIVE JUROR:  Hello.

7                THE COURT:  Let me ask.  Who do you work for?

8                THE PROSPECTIVE JUROR:  I work for Cinema Makeup

9    School.

10               THE COURT:  I'm sorry?

11               THE PROSPECTIVE JUROR:  It's a special effects

12   makeup school.

13               THE COURT:  Oh, okay.  So you said "makeup

14   school."  I thought you said "make up school."  I was

15   thinking it's something else.  Okay.  So in other words,

16   they teach you makeup for visual effects and such?  Stuff of

17   that sort?

18               THE PROSPECTIVE JUROR:  Correct.  Prosthetics

19   and --

20               THE COURT:  What was that TV show?

21               THE PROSPECTIVE JUROR:  "Face Off."

22               THE COURT:  Okay.

23                          (Laughter.)

24               THE COURT:  Not that I watched it.

25               THE PROSPECTIVE JUROR:  It's a good show.

```
 1              THE COURT:  Okay.  All right.

 2          And you indicate that you tend to be more

 3     suspicious and cautious when cases involve children.

 4          Let me ask you.  There's no problem with being

 5     cautious and there's no problem with being suspicious

 6     however.  But you have to understand that if you're a juror

 7     on this case you have to weigh the evidence and suspicion is

 8     not the same thing as evidence.

 9          You know, evidence is -- well, I actually didn't

10     say this but let me tell all the prospective jurors.  In a

11     criminal case, there are basically three types of evidence.

12          First type of evidence is the testimony of

13     witnesses.  In other words, witnesses will be called into

14     court, they're going to be sworn in, and they're going to be

15     seated on my left and they're going to be asked certain

16     questions.

17          And the first type of evidence that you can

18     consider is the testimony of the witnesses and so you have

19     to judge the credibility of those witnesses.  In other

20     words, I will be instructing you that you can believe

21     everything a witness says or you can believe none of it or

22     you can believe part of it.  It's up to you to decide

23     whether or not a witness is credible and there are various

24     factors that you can consider.

25          For example, how consistent the witness is in
```

1    their testimony, their demeanor while testifying.  So do

2    they take everything as a joke rather than testifying

3    seriously?  There are various factors to consider but it's

4    up to the jury, not the Court, to decide credibility of

5    witnesses.

6           So the first type of evidence you can consider is

7    the testimony of witnesses.  The second type of evidence

8    that you can consider are things that are incorporated into

9    what we call exhibits.

10          An exhibit is something that usually is -- well,

11   almost definitely is physical because it's presented to one

12   of your five senses.  It could be video presented to your

13   sense of sight.  It could be tape recording present to your

14   sense of hearing.

15          So far I've haven't had a trial that had a test or

16   smell yet but I had one that involved touching but that's

17   another case.

18          So it's something that's presented to one of your

19   five senses and it's incorporated into what we call an

20   exhibit.  If an exhibit is admitted during the course of the

21   crime, that's the second thing that you can consider as

22   evidence.

23          The third type of thing you can consider is if

24   both sides stipulate as to a fact.  In other words, both

25   sides agree to the existence of the fact, then the jury must

95

 1    accept that fact as true.

 2            So those are the three types of things that

 3    encompass what we call evidence.  So the purpose of having a

 4    trial is for the evidence in the case to be presented to the

 5    jury, for the jury to weigh the evidence, apply the laws as

 6    the Court instructs, and to reach a verdict regardless of

 7    the consequences to one side or another.  So that's what

 8    happens.

 9            So, in that process, again, suspicions aren't the

10    same thing as evidence and suspicions are not exhibits.  So,

11    you know, one may have suspicions of one sort of another,

12    but they can't come into play.

13            Let me ask.  Do you think you might have some

14    either suspicions or cautions that would be so strong that

15    you would not be able to weigh the evidence or you would

16    ignore evidence?

17            THE PROSPECTIVE JUROR:  No.

18            THE COURT:  You don't think -- all right.  Thank

19    you.

20            Now, also you indicate that you feel that there

21    should be stricter laws in regards to child pornography and

22    that you think that child pornography is a huge violation.

23            Again, the laws that are going to be applied have

24    already been established.  In other words, the legislature

25    has enacted laws that require, you know, certain elements to

1    be met; and if those elements are met, then the crime has

2    been committed.

3            So, you know, obviously in this case and other

4    types of cases, there are laws that cover child pornography

5    and things of that sort; and so when you say there should be

6    stricter laws in child pornography, that's kind of like an

7    argument that might be made in the future or something like

8    that.

9            Should there be more stringent punishment?  Should

10   the laws involving child pornography be broader than they

11   are now?  That's not this case.  You're not going to be

12   asked to deal with those issues.

13           What you're going to be here deciding is whether

14   or not the elements of the crimes that have already been

15   established by the legislature, whether those elements have

16   been met.

17           And also in this regards to, for example,

18   punishment, the jury doesn't deal with punishment as I've

19   indicated.  In other words, it's up to me to decide what

20   punishment is appropriate if the defendant is found guilty.

21           So even though you may have views that you think

22   there should be stricter laws, those views can't come into

23   play.  Do you understand that?

24           THE PROSPECTIVE JUROR:  Yes.

25           THE COURT:  Okay.

1          Now, you've also indicated that you had certain

2     family members who were the victims of abuse.  Let me ask.

3     In those situations, were any of those abuse incidents

4     reported to law enforcement?

5               THE PROSPECTIVE JUROR:  Yes.

6               THE COURT:  Okay.  And what happened in those

7     situations?

8               THE PROSPECTIVE JUROR:  Unfortunately, the

9     individual fled the country.

10              THE COURT:  Okay.  All right.  So nothing ever

11    happened?

12              THE PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  All right.

14              You also indicate that sometimes you have --

15    causes you to be anxious when you have to make decisions.

16              THE PROSPECTIVE JUROR:  Oh, no, I suffer from

17    anxiety in general.

18              THE COURT:  Okay.  So it's not making a decision.

19    It's just anxiety in general?

20              THE PROSPECTIVE JUROR:  In general.

21              THE COURT:  In other words, what we're doing now

22    is very -- causes -- so I shouldn't ask you many more

23    questions then.

24              THE PROSPECTIVE JUROR:  Yes.

25                         *(Laughter.)*

1              THE COURT:  Okay.

2              All right.  Let me ask.  Is there anything else

3     you think we should know about you before deciding whether

4     or not you should be a juror in this case?

5              THE PROSPECTIVE JUROR:  Yes.  My roommate's

6     brother-in-law is involved in a child molestation case in

7     which child pornography is also involved.

8              THE COURT:  Okay.  So your roommate's --

9              THE PROSPECTIVE JUROR:  Niece is the individual

10    who the pornography is and it's her father.

11             THE COURT:  Oh, okay.  Let me ask.  Has that came

12    been brought to --

13             THE PROSPECTIVE JUROR:  It came out during their

14    divorce court so that's still being settled from what I

15    understand but the individual, they don't wish to press any

16    further on her.  She's four.

17             THE COURT:  All right.  Let me ask.  Did you

18    mention that in your any of the answers in the --

19             THE PROSPECTIVE JUROR:  I didn't because it

20    mentioned that it had to be a family member or close friend.

21             THE COURT:  Okay.  All right.

22             THE PROSPECTIVE JUROR:  I don't know the little

23    girl personally but her aunt is my roommate of ten years.

24             THE COURT:  All right.  Thank you.

25             THE PROSPECTIVE JUROR:  Uh-huh.

99

```
 1                THE COURT:  Juror No. 10.

 2                Now, you indicate that you have strong beliefs

 3     insofar as not child pornography but adult pornography.

 4     Your answer is that you feel uncomfortable in regards to

 5     adult pornography but the example is because of your

 6     ex-husband's situation.

 7                THE PROSPECTIVE JUROR:  Actually, both.  Like

 8     adult and child, yeah.

 9                THE COURT:  Okay.  All right.  Let me ask.

10                Because this is a child pornography case, there's

11     going to be certain images and things of that sort, do you

12     think that you would have a difficult time viewing those

13     images?

14                THE PROSPECTIVE JUROR:  No, I don't think so.

15                THE COURT:  Okay.  All right.  That's all the

16     questions.

17                Let me ask.  Is there anything you think we should

18     know about you before we make a decision whether or not you

19     should be a juror?

20                THE PROSPECTIVE JUROR:  No.

21                THE COURT:  No?  Okay.  Thank you.

22                Juror No. 11.

23                Now, you indicated that you're aware of two

24     incidences involving child abuse.  In those situations, do

25     you know whether or not reports were ever made?
```

```
1              THE PROSPECTIVE JUROR:  I know one of them for
2    sure was, yes.
3              THE COURT:  Okay.  Was that as to the friend's
4    daughter?
5              THE PROSPECTIVE JUROR:  Yes.
6              THE COURT:  Okay.  And what happened in that
7    situation?
8              THE PROSPECTIVE JUROR:  I believe he is in prison
9    right now.
10             THE COURT:  Okay.  But as to the other individual,
11   there was no report made?
12             THE PROSPECTIVE JUROR:  No.
13             THE COURT:  Do you know why there was no report
14   made?
15             THE PROSPECTIVE JUROR:  It was years ago and they
16   just decided to kind of, you know, brush it under the table.
17             THE COURT:  Okay.  All right.
18             Now, you indicate you have a cousin who works for
19   L.A. Superior Court?
20             THE PROSPECTIVE JUROR:  Yes.
21             THE COURT:  In what capacity?
22             THE PROSPECTIVE JUROR:  I don't remember exactly
23   where she works but I know she works for the courts.
24             THE COURT:  Okay.  So is she either kind of like
25   the clerk or somebody who works in the records office?
```

1    Something like that?

2         THE PROSPECTIVE JUROR:  I think so.

3         THE COURT:  Okay.  And you also indicate you have

4    certain other relatives -- when you say "PD," I presume you

5    mean "police department"; right?

6         THE PROSPECTIVE JUROR:  Yes.

7         THE COURT:  Okay.  So they work for either for --

8    well, one of them works for Corona PD, the other one works

9    for the -- I guess the VA -- Veterans Administration Police

10   Department?

11        THE PROSPECTIVE JUROR:  Yes.

12        THE COURT:  And I guess Santa Monica Police

13   Department.

14        THE PROSPECTIVE JUROR:  Yes.

15        THE COURT:  And an uncle who was a retired border

16   patrol agent.

17        THE PROSPECTIVE JUROR:  Yes.

18        THE COURT:  As to the relatives in the police

19   department, have you ever talked with them about their

20   cases?

21        THE PROSPECTIVE JUROR:  We try to stay away from

22   work.

23        THE COURT:  Okay.  So you don't think you know

24   anything about criminal law or crimes in general because

25   you've had discussions of one sort with those relatives?

*Day 1 of Jury Trial, May 16, 2023*

```
 1                THE PROSPECTIVE JUROR:  No.

 2                THE COURT:  Okay.

 3                In your -- you said you had an experience with law

 4     enforcement in 2010?

 5                THE PROSPECTIVE JUROR:  Yes.

 6                THE COURT:  Okay.  Looking back on that

 7     experience, do you have any, you know, qualms or things of

 8     that sort in regards to the way were you treated?

 9                THE PROSPECTIVE JUROR:  Yes.

10                THE COURT:  What were those?

11                THE PROSPECTIVE JUROR:  The officer that pulled me

12     over was fine.  Then CHP showed up and basically told

13     everybody to leave, he was the commanding officer in charge,

14     he doesn't care what's going on, he's going to take it from

15     here, even ignoring his own partner's request to like just

16     leave it alone, it's fine.

17                And he was just like:  Nope.  Commanding officer

18     in charge.  I don't care.  I'm taking him.  And basically

19     like I passed everything but he just had to make a point and

20     he just (snapping fingers) took me.

21                It was to the point where when arresting me I was

22     in the front seat of the car because he didn't have the

23     capacity to have prisoners.  So his partner is in the back

24     of the car while I'm sitting shotgun right next to him just

25     because he had to prove a point and take me in.
```

```
 1              THE COURT:  Okay.  Were charges eventually dropped
 2    or did you have to --
 3              THE PROSPECTIVE JUROR:  No, I had to -- yeah,
 4    everything was --
 5              THE COURT:  Okay.  Insofar as the way you were
 6    treated by the court system, do you have any problem with
 7    that?
 8              THE PROSPECTIVE JUROR:  Well, I went and got a
 9    lawyer.  I didn't even go to court so I can't really comment
10    on that.
11              THE COURT:  All right.  So it was basically that
12    particular one officer.  It wasn't actually any of the other
13    officers, just that one officer?
14              THE PROSPECTIVE JUROR:  That one officer.  And
15    then a couple of times like sheriff's department, things
16    like that.
17              THE COURT:  All right.  So you indicate that --
18    you indicate also that you had another incident.  Well, let
19    me ask you this.  Looking back on all those experiences
20    involving yourself and law enforcement, do you think that
21    would affect you at all as a juror in this case?
22              THE PROSPECTIVE JUROR:  Maybe because I don't
23    really -- like the area I grew up in and things like that, I
24    don't have too much trust in cops.
25              THE COURT:  Well, let me ask you this.  I
```

1    understand, for example, if there was a situation that

2    involved -- let's say -- somebody being pulled over or

3    something of that sort.  You may have strong feelings in

4    that regard.

5            But insofar as other situations of law

6    enforcement, in other words, for example, law enforcement

7    officers do things such as executing warrants and things of

8    that sort.  Do you have any problem in those areas?

9            THE PROSPECTIVE JUROR:  I mean, yeah, because I've

10   seen like planting evidence or trying to figure something

11   out and things like that so I'm not -- I just have like

12   against -- it's just personal experiences with certain

13   officers and certain --

14           THE COURT:  Let me ask you this.  Do you think you

15   could put those experiences out of your mind as a juror in

16   this case?

17           THE PROSPECTIVE JUROR:  Probably not.

18           THE COURT:  Probably no?  So in other words, you

19   wouldn't be able to treat a law enforcement officer the same

20   as you would a witness who was not a law enforcement

21   officer?  In other words, you would disfavor witnesses who

22   are law enforcement?

23           THE PROSPECTIVE JUROR:  Yeah.

24           THE COURT:  And there's nothing I could say that

25   could put that out of your mind?

1         THE PROSPECTIVE JUROR:  I mean, I've tried it.  I

2 grew up in the ghetto and I've just been -- I've been pulled

3 over just pulling out.  I got a no seatbelt ticket in my

4 driveway once so I'm like --

5         THE COURT:  Do you never think maybe it's you?

6                   *(Laughter.)*

7         THE PROSPECTIVE JUROR:  You know what?  I switched

8 cars and I stopped getting pulled over.  When I got a

9 different car, different color, they just stopped.  I

10 haven't been pulled over in since 2010.

11                   *(Laughter.)*

12         THE COURT:  All right.  But you do feel that you

13 would be affected as a juror in this case because there are

14 going to be witnesses who are going to be members of law

15 enforcement?

16         THE PROSPECTIVE JUROR:  Yeah.  I mean, to get a

17 seatbelt ticket in your driveway, I kind of have, you know,

18 abuse of power issue type of things against certain cops and

19 I kind of just bunch them all up into one little.  You

20 should hear the heckling I do with my cousins.

21                   *(Laughter.)*

22         THE COURT:  All right.  And also you indicated

23 that you didn't think you could be fair because the case

24 involves a crime against a child?

25         THE PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  Okay.  Thank you.
 2              Juror No. 12.  Oh, before we do that.  Let me ask
 3    Juror No. 11.  Is there anything else we should know about
 4    you before --
 5              THE PROSPECTIVE JUROR:  No.
 6              THE COURT:  All right.  Juror No. 12.
 7              Let me ask.
 8                   (Pause in the proceedings.)
 9              THE COURT:  Let me ask.  The only question I have:
10    Would you feel insulted if I don't have any questions for
11    you?
12              THE PROSPECTIVE JUROR:  No, sir.
13              THE COURT:  You sure?
14              THE PROSPECTIVE JUROR:  I promise.
15              THE COURT:  I looked at this and was trying to
16    think:  Could I invent a question but I don't think I have
17    any questions.
18                        (Laughter.)
19              THE COURT:  Let me ask.  Is there anything you
20    think we should know about you before we decide as to
21    whether or not you should be a juror in this case?
22              THE PROSPECTIVE JUROR:  No, sir.  But on the
23    question where I wrote over marked, could you explain that
24    one?
25              THE COURT:  Okay.  Are you talking about the
```

1    one -- I looked at that one and I thought you self-corrected

2    it.  Are you talking about the one that asks, No. 51, it

3    says:  This action a criminal case brought by the United

4    States against the defendant.  In a criminal case the

5    defendant is presumed to be innocent of the crime charged.

6    Do you believe that given charges against the defendant he

7    must prove his innocence?

8            And your response was "Not sure if I fully

9    understand but I believe that the defendant has a right to

10   prove his innocence.  Everyone is innocent until proven

11   guilty."

12           That last part is what I told Juror No. 6.  In

13   other words, the defendant is presumed to be innocent until

14   such time the government meets its burden of proof of

15   proving the defendant guilty beyond a reasonable.

16           So your answer was right.  It's just a little bit

17   before that, it was a little bit confusing.  You kind of

18   like swerved but then you missed the thing.

19           I had a checkmark there but I thought, yeah, you

20   corrected yourself.  So you're right.  Thank you.

21           Let me ask.  Juror No. 13, do you want a sidebar?

22           THE PROSPECTIVE JUROR:  Yeah, thank you.

23           THE COURT:  Let me have a sidebar with counsel.

24           *(The following was held at the bench:)*

25           THE COURT:  All right.  Let me ask.  You indicate

1  from your questionnaire that you yourself was molested when

2  were you five years old and that it was a family friend.

3         THE PROSPECTIVE JUROR:  Uh-huh.

4         THE COURT:  And he molested both you and your

5  sister?

6         THE PROSPECTIVE JUROR:  Yeah.

7         THE COURT:  And that he was significantly older?

8         THE PROSPECTIVE JUROR:  Yes.

9         THE COURT:  And that no report was made?

10        THE PROSPECTIVE JUROR:  No.

11        THE COURT:  And that this occurred in a foreign

12  country?

13        THE PROSPECTIVE JUROR:  Yeah.  It was in France,

14  yes.

15        THE COURT:  Okay.  Do you think it was just

16  because of the French culture or something like that?  Or

17  was -- why do you think --

18        THE PROSPECTIVE JUROR:  Why he did it?

19        THE COURT:  No.  Why nobody reported it.

20        THE PROSPECTIVE JUROR:  Well, we told our parents

21  right afterward it was just kind of brushed off because he

22  was a family friend.

23        THE COURT:  Okay.

24        THE PROSPECTIVE JUROR:  They didn't do anything

25  about it.

```
1            THE COURT:  Okay.  All right.

2            THE PROSPECTIVE JUROR:  And that was like 17 years

3   ago so, you know.

4            THE COURT:  Do you think that because of your

5   experience that you would have a difficult time sitting as a

6   juror in this case?

7            THE PROSPECTIVE JUROR:  Yeah.  I think largely

8   with the images and the discussion.

9            THE COURT:  Okay.

10           THE PROSPECTIVE JUROR:  It would just be hard for

11  me.

12           THE COURT:  Okay.  Do you want it would be a

13  situation that you'd be so, because of your own personal

14  views, you wouldn't be able to judge the evidence or perhaps

15  even follow the Court's instructions on the law if you were

16  to disagree with the Court's instructions on the law?

17           Is it that type of situation?

18           THE PROSPECTIVE JUROR:  Can you explain it?

19           THE COURT:  In other words, you're indicating that

20  you would have difficulty serving as a juror in this case

21  but you seem like a very reasonable person and you seem to

22  be very rational.

23           But it might very well be because of your own

24  personal experiences that it may cause you, for example, all

25  of a sudden be incredibly anxious and things of that sort so
```

1    you may not be able to weigh the evidence or appreciate the

2    evidence at the time because the immediate impact on you

3    would be so significant.

4          That's what I'm asking you.  Do you feel -- is

5    that the reason why you're saying this?  So, in other words,

6    even though you feel that you are a rational person --

7          THE PROSPECTIVE JUROR:  Yeah.

8          THE COURT:  -- because of your own personal

9    experience, you would have difficulty serving as a juror in

10   this case?

11         THE PROSPECTIVE JUROR:  Yeah.

12         THE COURT:  All right.

13         You also indicated that you have a lot of other

14   people that you knew either were kidnapped and abused or

15   raped, molested, sexually assaulted.  I mean, it seems to be

16   lots of people that you know.

17         THE PROSPECTIVE JUROR:  Yes.

18         THE COURT:  So based on those experiences as well,

19   their experiences, that would also impact you as a juror in

20   this case?

21         THE PROSPECTIVE JUROR:  Yes.

22         THE COURT:  Okay.  And you also indicate you would

23   find it difficult to look at images and things of that sort

24   that were involved.

25         THE PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  Let me ask counsel.  Do any of you
 2    have any questions?
 3              MS. RIVERA:  Not right now.
 4              THE COURT:  Okay.
 5              MS. RIVERA:  I might.
 6              MS. RICHMOND:  So as the judge said earlier, the
 7    defendant is presumed innocent and it's the government's
 8    burden to prove.  And the Court will also provide you with
 9    instructions by which to evaluate the evidence.
10              So are you saying based on your experience you
11    would not be able to evaluate the evidence fairly?
12              THE PROSPECTIVE JUROR:  I don't think so.  Just
13    because of, yeah, the experience and the bias.  It's
14    difficult for me to do that.
15              MS. RICHMOND:  Thank you.
16              THE COURT:  Any other questions?
17              MS. RIVERA:  No.
18              MS. RICHMOND:  Thank you.
19              THE COURT:  Thank you very much.
20       (The following was in the prospective jurors' presence:)
21              THE COURT:  Ladies and gentlemen, at this point in
22    time we'll take a 15-minute break.
23              Remember when you're on these breaks, please do
24    not discuss this case with anyone.  Don't go on your
25    cellphones and try to do any sort of independent
```

1    investigation.

2                              *(Laughter.)*

3              THE COURT:  Because people do that.

4              Please be just outside and we'll get you back in

5    here at 2:32.

6              THE CLERK:  All rise for the jury.

7         *(The prospective jurors exited the courtroom.)*

8                           *(Recess.)*

9              THE CLERK:  Please remain seated and come to

10   order.

11             THE COURT:  Bring the jury back in.

12                 *(Pause in the proceedings.)*

13        *(The prospective jurors entered the courtroom.)*

14             THE CLERK:  You may be seated.

15             THE COURT:  All right.

16             Juror No. 14, do you have the microphone?

17             THE PROSPECTIVE JUROR:  Yes, Your Honor.

18             THE COURT:  You in your response reported an

19   incident that occurred to yourself and also an incident that

20   occurred with your friend.  Do you think either of those two

21   incidents would affect you at all in this case?

22             THE PROSPECTIVE JUROR:  Possibly, yes.

23             THE COURT:  Possibly yes?

24             THE PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Let me ask.  Would you wish to

*Day 1 of Jury Trial, May 16, 2023*

1   approach sidebar?

2            THE PROSPECTIVE JUROR:  Yes.

3            THE COURT:  Okay.

4              *(The following was held at the bench:)*

5            THE COURT:  Right there.

6            Let me ask.  Is it because of the incident

7   involving yourself you have a very, very strong aversion to

8   certain aspects of, you know, child pornography, child

9   molestation, things of that sort?

10           THE PROSPECTIVE JUROR:  Of course, yes.

11           THE COURT:  Let me ask.  Do you think you can put

12  that stuff out of your mind or do you think that because of

13  your experience it would always be there?

14           THE PROSPECTIVE JUROR:  It would always be there,

15  yes.

16           THE COURT:  Okay.  So you think in that particular

17  situation you wouldn't be able to judge the evidence fairly

18  in this case?

19           THE PROSPECTIVE JUROR:  It would be hard and, if I

20  were to see pictures, it would make me quite uneasy.

21           THE COURT:  All right.  And you indicated you were

22  a juror in another case, it was a civil case.  What type of

23  case?

24           THE PROSPECTIVE JUROR:  A car accident, a

25  settlement.

```
 1                THE COURT:  All right.

 2                Let me also ask.  I've already indicated to the

 3     jury that obviously the defendant in a criminal case has a

 4     right not to testify.  He has no obligation to present any

 5     evidence, et cetera, et cetera.

 6                Do you think you could follow those instructions?

 7                THE PROSPECTIVE JUROR:  After hearing everything,

 8     I understood, yes.  But, again, impartially.

 9                THE COURT:  Okay.  So in other words, are you

10     saying that because of the nature of these types of

11     crimes --

12                THE PROSPECTIVE JUROR:  Yes.

13                THE COURT:  -- that you would have a harder time

14     following that instruction because it involves something --

15                THE PROSPECTIVE JUROR:  Correct.

16                THE COURT:  -- something not similar but something

17     along the lines of what happened to you?

18                THE PROSPECTIVE JUROR:  Correct.

19                THE COURT:  Okay.

20                Let me ask.  Any questions from counsel?

21                MS. RIVERA:  Yes, Your Honor.

22                I think you said in your questionnaire -- and I

23     want to thank you for just being truthful up here -- that

24     you have a strong hatred for anybody viewing child

25     pornography.
```

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  Yes.  I think I'm a good |
| 2 | community role model.  I work at the Boys and Girls Club and |
| 3 | I have many kids around my family and I love my kids so |
| 4 | much; and it would make me quite uncomfortable to see any |
| 5 | type of pictures, stuff of that nature. |
| 6 | MS. RIVERA:  Okay.  And so you understand given |
| 7 | the charges here and -- well, that you'd be required to view |
| 8 | the images. |
| 9 | THE PROSPECTIVE JUROR:  I understand. |
| 10 | MS. RIVERA:  And you're saying you would be |
| 11 | uncomfortable with that? |
| 12 | THE PROSPECTIVE JUROR:  Yes. |
| 13 | MS. RIVERA:  And you have a hatred for anybody who |
| 14 | viewed child pornography before? |
| 15 | THE PROSPECTIVE JUROR:  Deep down, yes. |
| 16 | MS. RIVERA:  Okay.  And if were you to hear the |
| 17 | defendant has already sustained a conviction for possessing |
| 18 | child pornography, would you be able to set aside that |
| 19 | hatred and be a hundred percent neutral? |
| 20 | THE PROSPECTIVE JUROR:  I don't think so. |
| 21 | THE COURT:  Any other questions? |
| 22 | MS. ALLSOP:  No. |
| 23 | THE COURT:  Okay.  Thank you very much. |
| 24 | *(The following was in the prospective jurors' presence:)* |
| 25 | THE COURT:  All right.  Juror No. 15. |

*Day 1 of Jury Trial, May 16, 2023*

1          You indicate that your wife used to work for the

2   L.A. County Sheriff's Department?

3          THE PROSPECTIVE JUROR:  Yes.

4          THE COURT:  What did she do for them?

5          THE PROSPECTIVE JUROR:  In the Twin Tower, very

6   close to here.

7          THE COURT:  Okay.  Was she like in the

8   administration area?  Is she like a guard?  What exactly

9   does she do?

10         THE PROSPECTIVE JUROR:  Arrange, for example, next

11  day who should go to the court.

12         THE COURT:  She does coordination for the

13  facility?

14         THE PROSPECTIVE JUROR:  Yes.

15         THE COURT:  Okay.  You also indicate that your

16  daughter -- wait a second -- you daughter also works for the

17  state court as well; is that correct?

18         THE PROSPECTIVE JUROR:  No.  My daughter work for

19  Metro Assignment Office.

20         THE COURT:  Oh, okay.  All right.  Thank you.

21         Now, you indicate that you have a lot of friends,

22  both you and your wife have a lot of friends who are law

23  enforcement officers; is that correct?

24         THE PROSPECTIVE JUROR:  Yes.

25         THE COURT:  Do you think that would --

```
 1              THE PROSPECTIVE JUROR:  Huh?
 2              THE COURT:  Sorry.  I was going to ask you.  Do
 3    you think that would affect you at all as a juror in this
 4    case?
 5              THE PROSPECTIVE JUROR:  I don't think that would
 6    affect me.  But I address that because I want to be fair for
 7    both sides.  I want to address my wife's job and everything
 8    but I don't think that would affect.
 9              THE COURT:  Okay.  Let me ask.
10              Is there anything you think we should know about
11    you before we decide whether or not you should be a juror in
12    this case?
13              THE PROSPECTIVE JUROR:  No.
14              THE COURT:  No?  Okay.  Thank you.
15              Juror No. 16.  You indicate you have a child who
16    is a detective?
17              THE PROSPECTIVE JUROR:  At a casino.
18              THE COURT:  In Encino?
19              THE PROSPECTIVE JUROR:  No, casino.  Pechanga.
20              THE COURT:  Pechanga Casino?
21              THE PROSPECTIVE JUROR:  Yes.
22              THE COURT:  He's a detective in a casino?
23              THE PROSPECTIVE JUROR:  Yes.
24              THE COURT:  I didn't know casinos have detectives.
25              THE PROSPECTIVE JUROR:  They do.
```

         THE COURT:  What's the difference between a
security officer and a detective at a casino?

         THE PROSPECTIVE JUROR:  Security officer is just
walking the floor all the time and checking on things.  The
detective then gets the case.  If something happens, they
then have to investigate.

         THE COURT:  Okay.  So in other words, if some
crime occurs in the casino facility, then your son
investigates that and prepares it?

         THE PROSPECTIVE JUROR:  Yes.

         THE COURT:  But the law enforcement would -- he
would have to go to a law enforcement to get something else
to happen; right?

         THE PROSPECTIVE JUROR:  Correct.  They would also
call the police department.

         THE COURT:  Okay.  All right.

         Now, you indicated that something you found out
about -- I guess from your granddaughter -- about another
relative was involved in a situation where there might have
been abuse of some sort?

         THE PROSPECTIVE JUROR:  Correct.

         THE COURT:  Aside from hearing that from your
granddaughter, do you have any information or evidence as to
what occurred?

         THE PROSPECTIVE JUROR:  Yes, I do.

```
 1              THE COURT:  Okay.  What's your understanding of
 2    what occurred?
 3              THE PROSPECTIVE JUROR:  A sidebar?
 4              THE COURT:  Okay.
 5               (The following was held at the bench:)
 6              THE COURT:  What's the situation?
 7              THE PROSPECTIVE JUROR:  I don't have the -- I know
 8    myself it was -- has been told to me by my son and my
 9    daughter-in-law that her nephew, who is six years older than
10    my granddaughter, when she was around seven when we were
11    at -- in many places but one of the places that we were at,
12    Camp Pendleton, my son was a marine for 14 years.
13              So we were there.  And because he was doing sexual
14    things to her without her knowing that that was wrong.
15              THE COURT:  Okay.  So in other words, it was --
16    was it your granddaughter who was the victim and apparently
17    it was one of her older cousin who was doing things?
18              THE PROSPECTIVE JUROR:  On her mother's side,
19    yeah.
20              THE COURT:  So you just found out about that?
21              THE PROSPECTIVE JUROR:  Last year they told me and
22    I did not know and I feel bad because in a way I kept on
23    seeing the family and everything without knowing what had
24    happened.  I just thought it was a little awkward that
25    sometimes they were not being nice to him.
```

```
 1              THE COURT:  Okay.

 2              THE PROSPECTIVE JUROR:  And I was being nice to

 3   him without knowing every day.  It bothered me a little.

 4              THE COURT:  Do you know whether or not anybody

 5   reported that?

 6              THE PROSPECTIVE JUROR:  I believe my

 7   daughter-in-law and my son did.

 8              THE COURT:  Reported to whom?  The authorities?

 9              THE PROSPECTIVE JUROR:  To the authorities.

10              THE COURT:  Do you know whether or not anything

11   was ever done?

12              THE PROSPECTIVE JUROR:  Nothing has been done.

13              THE COURT:  Okay.  Then the other thing is you

14   indicated you had a best friend's daughter who was tortured

15   by her then boyfriend?

16              THE PROSPECTIVE JUROR:  Yes.

17              THE COURT:  But nothing was done to the children,

18   just as to her?

19              THE PROSPECTIVE JUROR:  To the children, her son

20   he was only eleven months old when this happened.

21              THE COURT:  Okay.

22              THE PROSPECTIVE JUROR:  But for her, what happened

23   to her, I was the one that took care of her while we were in

24   hiding until he was captured.  And then once he was

25   captured, then we could be out.
```

```
 1              THE COURT:  All right.  You also indicated that
 2    you had a relative or you yourself or relative testified in
 3    a legal proceeding.  Who was that?
 4              THE PROSPECTIVE JUROR:  What?
 5              THE COURT:  Testified in some legal proceeding?
 6              THE PROSPECTIVE JUROR:  A friend.
 7              THE COURT:  Okay.
 8              THE PROSPECTIVE JUROR:  Because of that case.
 9              THE COURT:  Oh, because of that incident.  All
10    right.  But you indicated that despite all that, you feel
11    you could be fair and impartial in this case; is that
12    correct?
13              THE PROSPECTIVE JUROR:  I believe I can.
14              THE COURT:  Let me ask counsel.  Any questions?
15              MS. ALLSOP:  Not at the moment, Your Honor.
16              THE COURT:  Any questions?
17              MS. RIVERA:  Maybe just one or two.
18              I just want to talk about this terrible thing that
19    happened to your granddaughter and ask maybe very broadly.
20    How does that make you feel about somebody who, when you
21    hear that he might be sitting on a jury where the defendant
22    is charged with sex abused related --
23              THE PROSPECTIVE JUROR:  He's not my relative.
24              MS. RIVERA:  Sure.  But the victims here are not
25    your relatives.  But there are three young girls who are
```

1    alleged to be victims and he's charged with sex abuse cases

2    or charges related to them.

3            THE PROSPECTIVE JUROR:  I don't think I would have

4    a problem hearing and being and listening on a case.

5            MS. RIVERA:  Okay.

6            THE PROSPECTIVE JUROR:  I do believe in the ways

7    of, you know, innocent until proven guilty.

8            MS. RIVERA:  Okay.

9            THE PROSPECTIVE JUROR:  But it's very different.

10   I don't think it would be something that would make me take

11   sides.  I would like to think I would be very openminded.

12           MS. RIVERA:  You think you could be a hundred

13   percent neutral?

14           THE PROSPECTIVE JUROR:  Yes, I do.

15           THE COURT:  Great.  Thank you.

16           MS. RIVERA:  Thank you.

17     *(The following was in the prospective jurors' presence:)*

18           THE COURT:  All right.  Let me ask Juror No. 17.

19   Do you want a sidebar?

20           THE PROSPECTIVE JUROR:  Yes.

21           THE COURT:  All right.  Let me have counsel back

22   at sidebar.

23               *(The following was held at the bench:)*

24           THE COURT:  You indicated that between the ages of

25   8 and 12 you were molested by your uncles; is that correct?

1           THE PROSPECTIVE JUROR:  Yes.

2           THE COURT:  You that you reported it to your

3    family and the family didn't do anything; is that correct?

4           THE PROSPECTIVE JUROR:  They gave me the choice

5    and I decided not to.

6           THE COURT:  Sorry.  They gave you a choice?

7           THE PROSPECTIVE JUROR:  Yes.

8           THE COURT:  In other words, you decided not to

9    have them take any further action?

10          THE PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Do you think that -- well, let me just

12   ask you.  What age were you when you reported it to your

13   parents?

14          THE PROSPECTIVE JUROR:  12.

15          THE COURT:  12?

16          THE PROSPECTIVE JUROR:  The last year, yeah.

17          THE COURT:  Sorry?

18          THE PROSPECTIVE JUROR:  12, yes.  It was the last

19   year.

20          THE COURT:  Okay.  So you reported it to them when

21   you were 12?

22          THE PROSPECTIVE JUROR:  Uh-huh.

23          THE COURT:  So looking back on it now, do you

24   think it was unfair of them to ask you to make that decision

25   when you were 12 years old?

```
 1              THE PROSPECTIVE JUROR:  Yeah.

 2              THE COURT:  Okay.  So in other words, you kind of

 3      felt a little bit of resentment because of the fact that

 4      they should have taken the responsibility rather than

 5      putting it on you when you were 12 years old?  Okay?

 6              THE PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  But, obviously, this case involves a

 8      situations of allegations of the manufacturing of child

 9      pornography.

10              Do you think that because of your experience that

11      you would have a very -- you would have difficulty being a

12      juror in this case?

13              THE PROSPECTIVE JUROR:  Oh, a hundred percent.

14              THE COURT:  A hundred percent?

15              THE PROSPECTIVE JUROR:  Yes.

16              THE COURT:  So you feel that there's really -- is

17      there anything you think I could say to you that would cause

18      you to be able to feel that, yes, I could be fair and

19      impartial to both sides in this case?

20              Or do you think that just because of your past

21      experiences, nothing I could say to you that could guarantee

22      that you could do that?

23              THE PROSPECTIVE JUROR:  Yeah.  Like I was the

24      victim.  I would be on the side of the victims.

25              THE COURT:  Okay.  In other words, even though
```

1   they haven't been established to be victims, in other words,

2   even just the allegations would be sufficient that you'd

3   say:  Well, there's no smoke without fire.  You just

4   wouldn't be able to move off of that?

5           THE PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Let me ask counsel.  Either side have

7   any questions?

8           MS. RIVERA:  Not right now, Your Honor.  Thank

9   you.

10          THE COURT:  All right.  Thank you very much.

11          MS. RIVERA:  Thank you.

12    *(The following was in the prospective jurors' presence:)*

13          THE COURT:  Let me ask Juror No. 18.

14          You indicated that at this point in time you're in

15   sales.  Who do you work for?

16          THE PROSPECTIVE JUROR:  I'm self-employed.

17          THE COURT:  Self-employed?  Okay.  What type of

18   sales do you make?

19          THE PROSPECTIVE JUROR:  I do supplemental

20   insurance benefits to union employees so I have a company

21   that sends me around the United States --

22          THE COURT:  Okay.

23          THE PROSPECTIVE JUROR:  -- to different locations.

24          THE COURT:  All right.  But for a long period of

25   time, not that you're that old, but you were employed at a

1    very young age.

2            THE PROSPECTIVE JUROR:  I worked.

3            THE COURT:  You worked as a legal secretary and a

4    paralegal?

5            THE PROSPECTIVE JUROR:  Yes.

6            THE COURT:  What firms did you work for if you

7    worked for firms?

8            THE PROSPECTIVE JUROR:  The only large was Rose

9    Klein & Marias.  Prior to that, it was sole practitioners

10   that were family law and individual.  I forgot about one

11   that was federal Workers Comp.

12           THE COURT:  Okay.

13           THE PROSPECTIVE JUROR:  He just passed recently.

14           THE COURT:  All right.

15           The work that you did was primarily noncriminal?

16   In other words --

17           THE PROSPECTIVE JUROR:  No criminal.

18           THE COURT:  -- you were never involved in criminal

19   litigation at all?

20           THE PROSPECTIVE JUROR:  No.

21           THE COURT:  All right.

22           Now, again, you indicated that you have some

23   family members who are young; and given the nature of this

24   case, you feel that you might feel a little discomfort being

25   a juror on this case.

```
 1              But let me ask.  Do you think you could overcome
 2    that and be fair and impartial to both sides?
 3              THE PROSPECTIVE JUROR:  I can be impartial.
 4              THE COURT:  Okay.  Can you also be fair?
 5              THE PROSPECTIVE JUROR:  I believe I am fair.
 6              THE COURT:  Okay.  All right.
 7              Now, you indicate that you had some past
 8    experiences of -- you know -- well, you described those past
 9    experiences.
10              MR. MANI:  Yes.
11              THE COURT:  Do you think you would be affected at
12    all as a juror in this case because of your past
13    experiences?
14              THE PROSPECTIVE JUROR:  I don't think so, not in
15    this type of matter.
16              THE COURT:  Okay.  And in the other situations
17    involving your friends and things of that sort, were there
18    ever reports ever made in any of those --
19              THE PROSPECTIVE JUROR:  As far as I know, the
20    sexual abuse with my one friend, she filed a police report
21    but they didn't believe her.  The system failed her.
22              THE COURT:  All right.  Where was that incident?
23              THE PROSPECTIVE JUROR:  Might have been Lancaster.
24              THE COURT:  Lancaster.  All right.
25              THE PROSPECTIVE JUROR:  The other two, one
```

1    definitely was a police report filed.  It just happened

2    before the pandemic but they haven't found anybody.

3            THE COURT:  Okay.  All right.

4            Now, you indicated you have strong views against

5    child pornography but let me ask.  In this particular case,

6    do you think that you'd be -- those strong views would

7    effect you at all as a juror from in case because, again,

8    you'll be asked to make certain decisions based on the

9    evidence.  So do you think that your views would cloud your

10   judgment in that regard?

11           THE PROSPECTIVE JUROR:  I hope not.  I mean, I

12   don't know because I've never been involved in something

13   like this so I don't know how it would affect me.

14           THE COURT:  Okay.

15           THE PROSPECTIVE JUROR:  I mean, other things, it

16   probably wouldn't but I don't know.  It's a very, very

17   sensitive subject.

18           THE COURT:  Okay.  Now, you also indicated that

19   you were a juror in a criminal case and you were the

20   foreperson.  Let me ask.  Did you run for that?  Were you

21   chosen or did everyone step back and you were still standing

22   in front?

23           THE PROSPECTIVE JUROR:  No, it was because I was

24   working in law that everybody thought I should be the one.

25           THE COURT:  Okay.  Did you enjoy the experience?

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  You know, I like the law |
| 2 | and I did it for so long but injury, duty has always been |
| 3 | okay. |
| 4 | THE COURT:  All right. |
| 5 | MR. MANI:  Now, I don't know. |
| 6 | *(Laughter.)* |
| 7 | THE COURT:  I won't take that as a criticism of me |
| 8 | personally. |
| 9 | THE PROSPECTIVE JUROR:  Oh, no, no. |
| 10 | THE COURT:  And you also indicated that you have |
| 11 | some family members who are in law enforcement.  Do you |
| 12 | think you know something about law enforcement, you know, |
| 13 | discussions that you had with those family members or you |
| 14 | don't know anything more than anybody else on the street |
| 15 | would know? |
| 16 | THE PROSPECTIVE JUROR:  No, we don't discuss |
| 17 | anything about his job. |
| 18 | THE COURT:  Okay.  And do you think there's |
| 19 | anything else we should know about you before we make a |
| 20 | decision as to whether or not you should be a juror in this |
| 21 | case? |
| 22 | THE PROSPECTIVE JUROR:  No. |
| 23 | THE COURT:  No?  Okay.  Thank you. |
| 24 | Juror No. -- |
| 25 | THE PROSPECTIVE JUROR:  19. |

*Day 1 of Jury Trial, May 16, 2023*

130

```
 1          THE COURT:  -- 19.  You look like 20 or --

 2                      (Laughter.)

 3          THE PROSPECTIVE JUROR:  Thanks for that.

 4          THE COURT:  Let me ask.

 5          Again, you also feel that you have very strong

 6    opinions about child pornography laws.  But, again, as I've

 7    indicated, the laws are what they are at this point in time;

 8    and the question is not really about child pornography laws

 9    per se.  It's a question as to whether or not there are laws

10    that are in existence at this point in time.

11          There's certain elements as to those laws that the

12    government must establish in order to prove a defendant

13    guilty of those crimes.

14          Do you think you would have any problem following

15    the Court's instructions on the law in regards to what

16    constitutes child pornography and the elements that the

17    government would have to meet to show that a defendant

18    manufactured child pornography?

19          THE PROSPECTIVE JUROR:  I don't think it would

20    affect it.

21          THE COURT:  In other words, you could be fair and

22    impartial in that regard?

23          THE PROSPECTIVE JUROR:  I would be fair.

24          THE COURT:  Even though you have strong feelings

25    about child pornography in and of itself?
```

```
1                    THE PROSPECTIVE JUROR:  Yes.

2                    THE COURT:  Okay.

3               And you also indicate you have some relatives who

4       work for CHP.  Again, do you think you know anything special

5       about law enforcement because you have relatives in the

6       area?

7                    THE PROSPECTIVE JUROR:  No.

8                    THE COURT:  All right.  Let me ask you this.  If

9       you were -- if there were two witnesses to call to testify

10      in this case.  One was a law enforcement officer and the

11      other one of which was not a law enforcement officer and

12      they were called to testify about an incident that both of

13      them saw.

14              Do you think that you would find the law

15      enforcement officer more credible because simply because of

16      the fact they are law enforcement officers than the non-law

17      enforcement officer witness?

18                   THE PROSPECTIVE JUROR:  I would have to be neutral

19      on that.

20                   THE COURT:  Sorry?

21                   THE PROSPECTIVE JUROR:  I would have to be neutral

22      on that.

23                   THE COURT:  In other words, you would have to be

24      neutral?

25                   THE PROSPECTIVE JUROR:  Correct.
```

```
 1              THE COURT:  In other words, you would have to see
 2    what they said?
 3              THE PROSPECTIVE JUROR:  Correct.
 4              THE COURT:  Or hear what they said.
 5                        (Laughter.)
 6              THE COURT:  Okay.  Now, you also indicated that
 7    you had a relative who received 40 years for receiving
 8    stolen property?
 9              THE PROSPECTIVE JUROR:  That was me.
10              THE COURT:  Oh.  That was 40 years ago.  I misread
11    this.  I apologize.
12              THE PROSPECTIVE JUROR:  Okay.
13              THE COURT:  Okay.  All right.  What happened?
14              THE PROSPECTIVE JUROR:  I was a young kid back in
15    the days and they stole a car and they had some parts and I
16    bought some parts and I was caught with the stolen parts.
17              THE COURT:  All right.  Let me ask.  Looking back
18    at that situation, do you think you were treated fairly by
19    the law enforcement officers who arrested you and also by
20    the court system?
21              THE PROSPECTIVE JUROR:  I was caught, I mean.
22                        (Laughter.)
23              THE PROSPECTIVE JUROR:  I was caught red-handed
24    with the goods so.
25              THE COURT:  You'd be surprised the number of
```

1    people who in that very situation feel they were unjustly

2    arrested.  But you felt that --

3              THE PROSPECTIVE JUROR:  I was guilty.

4              THE COURT:  You were guilty.  All right.

5                         *(Laughter.)*

6              THE COURT:  Okay.  Some of your answers to some of

7    the other questions were a little bit ambiguous in the sense

8    that you answered the question "yes" but then you wrote

9    something underneath that was, I think, what you really

10   meant.

11             For example, one of the questions asked:  Do you

12   believe that given the charges against the defendant he must

13   prove his innocence?

14             You checked off the answer "yes" but then

15   underneath it you wrote "a person is innocent until proven

16   guilty."  So your answer really was that, you know, given

17   the charges against the defendant in this case, must he

18   prove his innocence?  Your response was "a person is

19   innocent until proven guilty"?  That's your answer; right?

20             THE PROSPECTIVE JUROR:  That's what I meant.

21             THE COURT:  All right.

22             And let me ask.  Is there is anything you think we

23   should know about you before we decide whether or not you

24   should be a juror in this case?

25             THE PROSPECTIVE JUROR:  No.

```
1              THE COURT:  No?  Okay.  Thank you.

2              Juror No. 20, you want a sidebar?

3              THE PROSPECTIVE JUROR:  Yes, please.

4              THE COURT:  Okay.  Let me have counsel at sidebar.

5                (The following was held at the bench:)

6              THE PROSPECTIVE JUROR:  Hello, Your Honor.  How

7    are you doing?

8              THE COURT:  I'm doing fine.  At least I'll say

9    that in front of the attorneys.

10                 (Pause in the proceedings.)

11             THE COURT:  All right.  Now, you indicated that

12   you have some minor training in the law.

13             What aspect of that?

14             THE PROSPECTIVE JUROR:  I was in the military.

15   They made us know the UCMJ and that's about it.

16             THE COURT:  Oh, okay.  All right.

17             THE PROSPECTIVE JUROR:  That's what I meant.

18             THE COURT:  And you indicated you think you'd be

19   bias because this case involves child pornography; that

20   you'd be harsher.

21             But, again, as I indicated to the other members of

22   the jury panel, you know, again, one might have very strong

23   views about child pornography but the issue in this case is

24   not generally child pornography, whether it's good or bad.

25             But the question is whether or not the government
```

*Day 1 of Jury Trial, May 16, 2023*

```
 1    can meet its burden of proof to establish the elements to

 2    establish the crime of manufacturing child pornography in

 3    this case.

 4              THE PROSPECTIVE JUROR:  Uh-huh.

 5              THE COURT:  Do you think your viewpoints would be

 6    such that you couldn't, you know, weigh the evidence in that

 7    regard or the Court's instructions in that regard?

 8              THE PROSPECTIVE JUROR:  I would try my best but I

 9    have -- I mean, this is evil to see so I have strong

10    personal feelings about it.

11              THE COURT:  Uh-huh.

12              Well, again, though, I mean, one can have strong

13    opinions but let me ask this.  Mainly because of the fact

14    that he's been accused of crimes involving child

15    pornography, do you think just because of the fact he was

16    accused about that you could not weigh the evidence because

17    of the nature of the charge involved?

18              THE PROSPECTIVE JUROR:  It wouldn't prevent me

19    from weighing the evidence but I feel like I'm biased in

20    that regard because he has been accused of that charge.

21              THE COURT:  Okay.

22              Well, let me just take a step back.  I just want

23    to make sure that I'm clear on that.  When I say "weigh the

24    evidence," I don't mean a mechanical step.  In other words,

25    you have to give the proper weighing.
```

1        You'd have to weigh at that time the events even

2   -- let's say for example this case was not involving child

3   molestation.  This evolved murder or even, you know, driving

4   while intoxicated.

5        In other words, we expect the jury to receive the

6   evidence, consider the evidence, weigh the evidence, talk

7   about the evidence with their fellow jurors, and to reach a

8   verdict unanimously if they can do so.

9        So the question is that, you know, do you think

10  that because this case involves allegations of child

11  pornography that you couldn't engage in that process?

12       THE PROSPECTIVE JUROR:  I could but I would have

13  trouble.  I would be looking for evidence against the

14  defendant.

15       THE COURT:  Okay.  So in other words, you would

16  be -- you'd stack the deck a little against the defendant

17  because of the nature of the charge?

18       In other words, if one were to view this as a foot

19  race, the defendant would be about like three steps behind

20  the government because of the nature of the charge that has

21  been alleged?  That's your honest answer to that question?

22       THE PROSPECTIVE JUROR:  Yes.

23       THE COURT:  And you don't think, no matter what I

24  say, you don't think you can get off that, you know, that --

25       THE PROSPECTIVE JUROR:  I could try to be neutral

1   but if you're looking for neutral jurors, I don't think I

2   fit the bill.

3           THE COURT:  You're saying in your heart of hearts

4   you don't think you could be neutral?

5           THE PROSPECTIVE JUROR:  I don't think so.

6           THE COURT:  Okay.  All right.

7           Let me ask counsel.  Any questions?

8           MS. RIVERA:  Not right now, no.

9           THE COURT:  All right.  Thank you.

10     *(The following was in the prospective jurors' presence:)*

11          THE COURT:  All right.

12          Juror No. 21.  Who do you work for at this point?

13          THE PROSPECTIVE JUROR:  California Water Service.

14          THE COURT:  What are they?

15          THE PROSPECTIVE JUROR:  A water company provides

16  domestic and like hydrant -- like tap water.

17          THE COURT:  Okay.  All right.

18          Let me ask you.  You did like what Juror No. 19

19  did.  You checked off "yes" and then you put down "I believe

20  the defendant is innocent until proven guilty."  So that was

21  just a misplaced checkmark on that one?

22          THE PROSPECTIVE JUROR:  Well, that question is

23  kind of -- it's two different -- they're saying two

24  different things in one question so it was kind of confusing

25  but, yeah, that's what my answer is; innocent until proven

```
 1   guilty.
 2           THE COURT:  Okay.  All right.  I didn't draft the
 3   question myself.  I'm not taking the blame for that.
 4                       (Laughter.)
 5           THE COURT:  All right.  Let me ask.  Aside from
 6   that, is there anything else you think we should know about
 7   you before we make a decision as to whether or not you
 8   should be a juror in this case?
 9           THE PROSPECTIVE JUROR:  No.
10           THE COURT:  No?  All right.
11           Juror No. 22.  You indicate that you are presently
12   an attorney; is that correct?
13           THE PROSPECTIVE JUROR:  Correct.
14           THE COURT:  And are you involved in litigation at
15   all at this point in time?
16           THE PROSPECTIVE JUROR:  Not any longer.  I used to
17   be a litigator but --
18           THE COURT:  Okay.  Who did you work for?
19           THE PROSPECTIVE JUROR:  I worked for a couple of
20   different regional law firm not in L.A.
21           THE COURT:  Oh, not in L.A.?
22           Okay.  Where were those offices?
23           THE PROSPECTIVE JUROR:  San Francisco.
24           THE COURT:  San Francisco?  They practice law up
25   there, too, I hear.
```

1          THE PROSPECTIVE JUROR:  Occasionally.

2                    *(Laughter.)*

3          THE COURT:  All right.  When was the last time you

4  did any sort of litigation work?

5          THE PROSPECTIVE JUROR:  Like my fellow in-house

6  attorney over there, I supervise a lot of litigation but I

7  hadn't seen a courtroom for about fifteen years.

8          THE COURT:  Okay.  So in other words, you wised

9  up?

10         THE PROSPECTIVE JUROR:  Yeah.

11                   *(Laughter.)*

12         THE COURT:  Okay.  All right.  And you also

13 indicate, however, that your wife is an attorney as well; is

14 that correct?

15         THE PROSPECTIVE JUROR:  Fiancee.

16         THE COURT:  Fiancee.

17         THE PROSPECTIVE JUROR:  I haven't tied the knot

18 yet.

19                   *(Laughter.)*

20         THE COURT:  Okay.  Wait a second.  I didn't catch

21 that.  What did you say?

22         THE PROSPECTIVE JUROR:  Fiancee.  We haven't tied

23 the knot yet.

24         THE COURT:  Is that because there isn't a pre-nup

25 yet?

```
 1                          (Laughter.)

 2            THE COURT:  Oh, I shouldn't have said that.

 3            So who does that individual work for at this point

 4   in time?

 5            THE PROSPECTIVE JUROR:  She is also an in-house

 6   attorney for a small technology company in the Bay area.

 7            THE COURT:  Okay.  Only in the Bay area?  So you

 8   haven't decided where you're going to live?

 9            THE PROSPECTIVE JUROR:  We both work for companies

10   in the Bay area so we just work remotely down here.

11            THE COURT:  What are you doing down here then?

12            THE PROSPECTIVE JUROR:  It's sunnier.

13                          (Laughter.)

14            THE COURT:  All right.

15            Now, you indicate you know many people who are

16   involved in the court system and you say there's too many to

17   lists.  Aside from attorneys, who do you know in the court

18   system?

19            THE PROSPECTIVE JUROR:  Only attorneys.

20            THE COURT:  Only attorneys.  Okay.

21            And you also indicated at one point in time your

22   father was in law enforcement and also your cousin?

23            THE PROSPECTIVE JUROR:  Correct.

24            THE COURT:  Do you think you know anything about

25   law enforcement that members of the general public would not
```

1  know because of the fact that you have relatives in the law

2  enforcement field?

3          THE PROSPECTIVE JUROR:  I'd say I would know a lot

4  about my father's specialty in the locality where he was

5  serving.

6          THE COURT:  Okay.

7          THE PROSPECTIVE JUROR:  And I don't think that

8  would go more broadly than that.

9          THE COURT:  What was the specialty and what

10 locality?

11         THE PROSPECTIVE JUROR:  Racketeering in Las Vegas

12 during the heyday of the Mafia.

13         THE COURT:  He should write books.

14                     *(Laughter.)*

15         THE COURT:  All right.  Let me ask.  Is there

16 anything else you think we should know about you before we

17 make a decision about whether or not you should be a juror

18 in this case?

19         THE PROSPECTIVE JUROR:  No, Your Honor.

20         THE COURT:  Okay.  Let me ask to see counsel at

21 sidebar for a moment and let me ask Javier.

22         THE CLERK:  Yes, Your Honor.

23         THE COURT:  Can you give me a copy of that seating

24 chart thing?

25              *(The following was held at the bench:)*

```
 1              THE COURT:  All right.  Let me ask for the

 2    for-cause challenges starting with the government first.

 3              MS. ALLSOP:  Juror No. 11.  I believe he clearly

 4    states --

 5              THE COURT:  I have down the -- let me ask.  Is the

 6    defense going to argue against a for-call challenge for

 7    No. 11?

 8              MS. RIVERA:  Oh, no.  Your Honor, may I just grab

 9    my seating chart?

10              THE COURT:  Yes.  No problem.

11                  (Pause in the proceedings.)

12              THE COURT:  All right.  So defense does not have

13    an objection to the government's for-cause challenge as to

14    No. 11?

15              MS. RIVERA:  What was that based on, Your Honor?

16    What was the basis for the for-cause challenge?  I believe

17    it's Mr. Rodriguez.

18              MS. ALLSOP:  Yes.  I believe Mr. Rodriguez stated

19    that he had a clear bias against law enforcement.  He

20    grouped all of them together.  He doesn't trust them,

21    wouldn't believe them, and there was nothing that could be

22    done to believe law enforcement.

23              THE COURT:  That's what my recollection is too.

24              MS. RIVERA:  All right.  No objection.

25              THE COURT:  All right.  Any others from the
```

1    government?

2          MS. ALLSOP:  No for-cause challenges for the

3    government, Your Honor.

4          THE COURT:  Really?

5          All right.  Well, I mean, some of them that there

6    would be a for-cause challenges from the defense.  But you

7    wouldn't object to them.  I might as well throw them out

8    too.

9          All right.  For the defense.

10          MS. RIVERA:  All right.  We'll start with No. 4.

11    That's Ms. Cruz.  She was the victim of rape as a child.  I

12    believe she's the juror who testified in a trial against her

13    stepfather who remains in custody and whose mother is a

14    convicted registered sex offender.

15          She said, quote, that she would be an important

16    voice for the victims.  She said others might not understand

17    the seriousness of the charges.

18          And the impression I got, the impression she gave

19    is that she's going to be identifying with the victims; that

20    she'll be in the jury room sort of identifying with the

21    victims and conveying her own experience in a way that goes

22    beyond the scope of what's presented in the evidence.

23          THE COURT:  Let me hear a response from the

24    government.

25          MS. ALLSOP:  I believe the government had a

1  different recollection.  From our recollection, she said

2  that although she had been the victim of sexual assault as a

3  child, that she could be fair and impartial.

4          I believe she also stated that she could be fair

5  to view the images and that she wouldn't be bothered by the

6  fact that the defendant may have committed crimes against a

7  member of his family.

8          And she also clearly stated that she believes that

9  the defendant is innocent until proven guilty and for those

10  reasons the government would submit there's no cause to

11  strike her given that she stated that she could be a fair

12  and impartial juror and that she believes that the defendant

13  is innocent until proven guilty.

14          THE COURT:  I agree with the government.  She said

15  some things that kind of edged toward that.  But in the end

16  she said she could be fair and impartial despite her own

17  personal experiences so I will deny the for-cause challenge

18  as to No. 4.

19          MS. RIVERA:  Understood.

20          THE COURT:  Next.

21          MS. RIVERA:  Next is No. 7.  That's Ms. Renza.

22  She said --

23          THE COURT:  Let me just ask.  Does the government

24  object to a for-cause challenge as to Juror No. 7?

25          MS. ALLSOP:  No, Your Honor, we will not.

1          THE COURT:  Okay.  Let's make this really fast
2     because I think some of these are obvious.
3          MS. RIVERA:  Sure.
4          THE COURT:  Okay.  Then the next one?
5          MS. RIVERA:  Number 13.
6          THE COURT:  Let me ask the government.  Does the
7     government have any objection to a for-cause challenge as to
8     Juror No. 13?
9          MS. ALLSOP:  We do not, Your Honor.
10         THE COURT:  That's gone.
11         MS. RIVERA:  Number 14, Mr. Gonzales.
12         THE COURT:  Any objection as to Mr. Gonzales?
13         MS. ALLSOP:  We do not.
14         THE COURT:  Okay.  He's gone.
15         MS. RIVERA:  Number 17, Ms. Lim.
16         MS. ALLSOP:  We do not, Your Honor.
17         THE COURT:  Okay.
18         MS. RIVERA:  Number 20, Mr. Heng.
19         MS. ALLSOP:  We do not, Your Honor.
20         THE COURT:  See how easy that was?
21         Any more?
22         MS. RIVERA:  No, Your Honor.
23         THE COURT:  Okay.
24         MS. RIVERA:  May I just confer with cocounsel just
25     briefly?

1        THE COURT:  Sure.

2            *(Pause in the proceedings.)*

3        MR. MANI:  Your Honor, for Juror No. 18, she was

4   asked, I think by Your Honor, if she could set aside her

5   bias and she said something to the extent of I hope so; and

6   so we would, if the Court is not inclined to remove her for

7   cause, we'd ask for kind of a stronger inquiry to gain her

8   commitment that she could be.

9        THE COURT:  I think she's committed herself

10  sufficiently on the record.  I will not grant a for-cause

11  challenge.  I will not do a further inquiry.

12       MR. MANI:  Understood.

13       THE COURT:  Anything else?

14       MS. RIVERA:  Nothing further.

15       MS. ALLSOP:  Nothing further.  Thank you.

16       THE COURT:  Oh, let me ask counsel so you know.

17  You have the seating chart so you know how the peremptories

18  are supposed to be exercised.

19       MS. RIVERA:  Would the Court mind explaining that

20  again with respect to the peremptories?

21       THE COURT:  What's that?

22       MS. RIVERA:  I think you said -- I can't quite

23  remember what the Court said about sandbagging yesterday.

24       THE COURT:  In other words, I don't consider a

25  pass the exercise of a peremptory.

```
 1              MS. RIVERA:  Uh-huh.
 2              THE COURT:  But once we get two passes, in other
 3    words, at any point of time the government passes and the
 4    defense passes, then we have a panel.
 5              MS. RIVERA:  Okay.
 6              THE COURT:  And also you can't go beyond the 12.
 7    In other words, it's always the 12 in order so don't, for
 8    example, try to exercise your first peremptory as to, for
 9    example, Juror No. 17 because she wouldn't be up.  So only
10    jurors in seats Nos. 1 through 12 that are going to be
11    subject of the peremptory.
12              MS. RIVERA:  Thank you, Your Honor.
13              MS. RICHMOND:  And will you be filling these empty
14    seats now with these jurors or are we going to be making
15    peremptories on the --
16              THE COURT:  No.  I'll just excuse them and there
17    will be holes.  Because what we're going to do after,
18    because at this point in time there would be only four
19    peremptories and then we're down to eleven jurors, I think
20    at that point.  So then I would have those eleven jurors go
21    someplace else and then I'll flip in the other jurors in
22    their place and then give them numbers.
23              MS. RIVERA:  So just to be clear with respect to
24    the jurors who were struck for cause, obviously there are
25    holes.  We're not moving seats right now but we are
```

1   exercising peremptories right now?

2          THE COURT:  Yes.  In other words, you can count to

3   12.  If there's a hole, you just skip over and you just

4   continue numerically.

5          MS. RIVERA:  All right.  Thank you.

6     *(The following was in the prospective jurors' presence:)*

7          THE COURT:  Let me ask counsel.  Do you have any

8   further questions of the prospective jurors?

9          MS. RICHMOND:  May I have just one moment to

10  confer?

11         THE COURT:  Sure.

12             *(Government counsel conferred.)*

13         MS. RICHMOND:  No further inquiries from the

14  government.  Thank you.

15         THE COURT:  All right.  For the defense?

16         MS. RIVERA:  Your Honor, is this the appropriate

17  time for attorney conducted voir dire?

18         THE COURT:  Yes.

19         MS. RIVERA:  Oh.

20         THE COURT:  The government didn't have any further

21  questions so does defense have any further questions?

22         MS. RIVERA:  Absolutely, Your Honor, yes.

23         THE COURT:  In that case, go ahead.

24         MS. RIVERA:  May I remove my mask, Your Honor?

25         THE COURT:  If you so desire.

```
 1                MS. RIVERA:  Thank you.

 2                All right.  So I'll be speaking to the prospective

 3      jurors who are seated here and those who are seated here;

 4      and I want to address at the outset the nature of the

 5      charges in this case and the evidence that we will hear and

 6      see over the coming days because it's going to be disturbing

 7      and it might evoke some very strong feelings from some of

 8      you.

 9                THE COURT:  Let me ask the government:  Do you

10      have an objection?

11                MS. RICHMOND:  Your Honor, can we have just a very

12      brief sidebar?

13                THE COURT:  Let me just indicate to the defense

14      counsel.  I presume this is leading up to a question.

15      You're not trying to make an opening statement at this point

16      in time?

17                MS. RIVERA:  Not at all, Your Honor.  Yes, it is

18      leading up to a question.

19                THE COURT:  What is the question?

20                MS. RIVERA:  I guess what I want to say is sort of

21      what we were saying at sidebar, Your Honor, and that's the

22      government or these prospective jurors you're going to hear,

23      if you're chosen for the jury, you'll hear pretty disturbing

24      information.

25                You'll be required to see and look at images that
```

1    were captured by Mr. Stella in the family bathroom.  Okay?

2    There are three identifiable victims and what I'm asking you

3    here is whether that is going to provoke an emotional

4    response in anybody; whether you're going to have such an

5    emotional response that just sits with you, that you're not

6    able to set aside.

7           And so, you know, we're all humans here.  There's

8    no way to not be affected by this and so I'm asking whether

9    anybody --

10          THE COURT:  I'll sustain the objection.

11          MS. RIVERA:  Okay.  I'm asking --

12          THE COURT:  Don't presume -- it's to question the

13   jurors.  You're supposed to ask questions, not to make an

14   argument, not to be making an opening statement.

15          What is the nature of the question?  You're asking

16   them whether or not these images might disturb turn them?

17   That is one of the questions in the questionnaire form.

18          So if you want to follow-up as to particular

19   jurors as to particular responses, you can do that or ask

20   the broader question, you know.

21          MS. RIVERA:  Uh-huh.

22          THE COURT:  You can reask what is asked in the

23   question.

24          MS. RIVERA:  Understood.

25          Okay.  Thank you, Your Honor.

1    So who would I like to ask, then?  I guess a lot

2  of jurors or prospective jurors indicated that they would

3  have a hard time viewing these images.

4    Has anybody -- does anybody expect that they're

5  going to have such an emotional response that they're not

6  able to set aside and be one hundred percent neutral if

7  they're chosen for the jury?

8    If they go into the jury room and are

9  deliberating, will they be able to set aside any sort of gut

10  feeling they might have?

11    THE PROSPECTIVE JUROR:  I would say it's very

12  difficult to answer your question without seeing the image.

13    I have never seen an image like that before so I

14  don't know what my reaction would be.  If it is horrifying,

15  I'm sure I would be affected but I think most people would

16  as well.

17    MS. RIVERA:  Uh-huh.

18    And so if the images are horrifying, would you --

19  would you have a difficult time evaluating the rest of the

20  evidence and the other elements that the government must

21  meet in this case?

22    THE PROSPECTIVE JUROR:  That is a different

23  question than you asked before.  You asked if we would be

24  affected by emotion and I don't think there is any way to

25  get around it.  True.  I would do my best to put that aside

1    but whether I could forget the image, probably not.

2              MS. RIVERA:  Okay.  And that makes a lot of sense.

3    Is there anybody else in the prospective jury pool who would

4    have a hard time if they know, having seen these images,

5    would you have a hard time evaluating the entirety of the

6    government's case if there are other elements that the

7    government has to meet?

8              Or would you have such an emotional disturbed

9    response to these images that you wouldn't be able to fairly

10   evaluate all of the elements?

11             Is there anyone who -- I'd just like to see a show

12   of hands.

13                  *(The prospective jurors responded.)*

14             MS. RIVERA:  Okay.  All right.  Mr. -- I think

15   it's Mr. Cancel.  Okay.

16             Could you tell me a little about why you would

17   feel that way or what your concern might be?

18             THE PROSPECTIVE JUROR:  I would take that he's

19   guilty if I saw something some like that.  That's how I feel

20   about it.

21             MS. RIVERA:  Are you saying -- okay.  I appreciate

22   you sort of speaking out and saying that.  It's difficult to

23   share that so I want to thank you.

24             Are you saying that you think it's possible that

25   the images might be so disturbing that you would have a

 1    difficult time evaluating the other elements that the

 2    government would be required to meet?

 3          THE PROSPECTIVE JUROR:  I wouldn't know how to

 4    defend against what -- like if they're trying to defend

 5    against it.  I would think he's guilty.

 6          MS. RIVERA:  Okay.  Thank you.

 7          Is there anybody else on a gut level that makes

 8    sense to you?

 9              *(The prospective jurors responded.)*

10          MS. RIVERA:  Okay.  All right.

11          Can I see a show of hands of anybody else who

12    feels that way?

13              *(The prospective jurors responded.)*

14          MS. RIVERA:  Okay.

15          In the front row, Ms. Parra, could you tell me a

16    little bit about why what Mr. Cancel just said, why that

17    resonates with you?

18          THE PROSPECTIVE JUROR:  It would be the same.  I

19    just feel uncomfortable.

20          MS. RIVERA:  I'm sorry.

21          Ms. Pun, you said you feel uncomfortable?

22          THE PROSPECTIVE JUROR:  To see all that but I

23    don't know yet because I haven't seen it.

24          MS. RIVERA:  I understand.  You're saying you

25    might feel so uncomfortable seeing the images that you would

1    be inclined to return a guilty verdict?

2            THE PROSPECTIVE JUROR:  Uh-huh.

3            MS. RIVERA:  Ms. Parra, you raised your hand.  Can

4    you share what Mr. Cancel said or what Ms. Pun said that

5    resonated with you?

6            THE PROSPECTIVE JUROR:  It's more what you said

7    because if the images stick with me, I'm going to remember

8    them with the evidence the Court has entered.  They would

9    still be in my mind.

10            MS. RIVERA:  Okay.  And is your concern that it

11    would -- that you might be so disturbed by these images that

12    it would override your ability to evaluate the rest of the

13    case?

14            THE PROSPECTIVE JUROR:  Truthfully, the questions

15    making me doubt if I can.

16            MS. RIVERA:  Okay.

17            THE PROSPECTIVE JUROR:  If I'm honest, if they are

18    so disturbing, is it going to stick with me regardless of my

19    judgment of the evidence.  Now I'm considering whether I

20    would.

21            MS. RIVERA:  Okay.  Ms. Pun, are you nodding your

22    head in agreement with Ms. Parra now?

23            THE PROSPECTIVE JUROR:  Yes.

24            MS. RIVERA:  Okay.  And, Mr. Cancel, is it my

25    question that's eliciting this response in you or had you

1    already made up your mind that if you're shown these images

2    that you're going to have a difficult time evaluating the

3    rest of the evidence?

4              THE PROSPECTIVE JUROR:  Probably, yes.  I would

5    have difficult time.

6              MS. RIVERA:  Okay.  So that's not in response to

7    my question.  I'm sorry.  It's not my question that's

8    eliciting that response.  That's sort of -- that's your

9    innate -- that's what you came into this courtroom feeling?

10             THE PROSPECTIVE JUROR:  Yes.

11             MS. RIVERA:  I'm sorry.  Juror No. 7, that's what

12   you came into this courtroom feeling?

13             THE PROSPECTIVE JUROR:  Mostly.

14             MS. RIVERA:  I'm sorry.  Juror No. 7, you feel the

15   same way; is that correct?

16             THE PROSPECTIVE JUROR:  Before your questions, I

17   was, because of the nature of the topic of what's before us,

18   I'm uncomfortable so I would feel uncomfortable whether you

19   showed the images or not.  I would already be otherwise.

20             MS. RIVERA:  I'd like to change the topic just

21   slightly.

22             THE COURT:  You have a few minutes left.

23             MS. RICHMOND:  Your Honor, may we have a sidebar

24   very briefly?

25             MS. RIVERA:  All right.  And that's just to say

1  that, you know, people have strong feelings about the burden

2  of proof in a criminal case.  They understand perhaps that

3  the burden of proof in a DUI case or mail theft case,

4  shoplifting, that it might be burden of proof beyond a

5  reasonable doubt.

6      Other people might think in a serious case,

7  perhaps a sex crime related case, the burden of proof that

8  the government must meet should be lower.

9      Does anyone -- does that resonate with anybody

10  here?

11          *(A prospective juror responded.)*

12      MS. RIVERA:  Okay, Mr. Heng.

13      Does that resonate with anybody else in this

14  courtroom?

15              *(No response.)*

16      MS. RIVERA:  Okay.  So what you're all saying then

17  is that you can agree that should you be chosen for the

18  jury, you'll hold the government to the burden of proof

19  beyond a reasonable doubt?

20          *(The prospective jurors responded.)*

21      MS. RIVERA:  Okay.  May I have one moment, Your

22  Honor.

23      THE COURT:  Your time is up.  You can have a

24  moment but --

25      MS. RIVERA:  All right.  Understood.

1          Thank you, Your Honor.

2          THE COURT:  Let me ask the jurors.  For those of

3     you who indicated that -- let me ask the jurors.  For those

4     of you who indicated that if you're shown a picture that was

5     so disturbing that you would find it, you know, extremely

6     disturbing, the fact that a picture is shown to you, you

7     know, is one thing.

8          But the elements the government will have to show

9     is that, you know, they might be a very disturbing picture

10    but until they can tie the picture in some way shape or form

11    to the defendant in a way that's beyond a reasonable doubt,

12    that they cannot win their case just by showing to you a

13    picture that is incredibly disturbing.

14         Do all of you understand that?  In other words,

15    there are certain elements that the government has to meet

16    and it's always on the government.  So the mere fact that a

17    picture that is perhaps disturbing is shown to you does not

18    necessarily mean that the government has established its

19    case.  Because, again, the government would have to tie that

20    picture to the defendant in some way, shape, or form.

21         Do you all understand that.

22    *(The prospective jurors nodded their heads up and down.)*

23         THE COURT:  All right.  With that in mind, do you

24    think that the mere fact that you are shown a picture that

25    is somewhat disturbing -- and at this point in time we don't

1    know whether or not it is sufficiently disturbing, to what

2    extent it would be disturbing because, again, I think the

3    level that it might be disturbing, it depends upon the

4    individual jurors.

5              Some of you may be more sensitive than other

6    jurors.  So we can't say whether or not for anybody who sees

7    any of these pictures they are going to be certainly

8    disturbing but it's a possibility that's there.

9              The question though is that whether or not -- just

10   the fact that you're shown a picture that is disturbing,

11   whether or not just on that fact alone you would find the

12   defendant guilty of the crimes that are charged against him.

13             Does any juror feel that way?

14             One or two jurors did indicate that they would

15   feel that way and I understand that.  But for those jurors

16   who did not so indicate on sidebar, for example, let me ask

17   Juror No. 9.

18             If you're shown a picture that is disturbing,

19   would that in and of itself cause you to find against --

20   find for the favor of the government if the government had

21   presented no other evidence but the fact that there is a

22   picture and it's disturbing?

23             THE PROSPECTIVE JUROR:  Yes.

24             THE COURT:  So you still understand that the

25   government has to meet all the elements of its case beyond a

1    reasonable doubt?

2           Same thing with Juror No. 1.  You also understand

3    that?

4           THE PROSPECTIVE JUROR:  Yes.

5           THE COURT:  Does anybody disagree with that

6    proposition at this point?

7                        *(No response.)*

8           THE COURT:  No one.  Thank you.

9           All right.  Let me have counsel at sidebar.

10          *(The following was held at the bench:)*

11          THE COURT:  Any other for-cause challenges now?

12          MS. ALLSOP:  Not from the government, Your Honor.

13          MR. MANI:  Your Honor, Juror No. 6, I believe he

14   said that he would seem guilty if he saw the images and

15   then --

16          THE COURT:  Not -- I asked whether or not he still

17   felt the same way, he didn't raise his hand.

18          MR. MANI:  Understood.

19          THE COURT:  Okay.  All right.  So the only

20   for-cause challenges are the ones we agreed to previously?

21          MS. ALLSOP:  Yes, Your Honor.

22          MR. MANI:  Yes, Your Honor.

23          THE COURT:  Okay.

24      *(The following was in the prospective jurors' presence:)*

25          THE COURT:  All right.  At this point in time the

1    Court would thank and excuse Juror No. 7.  Please go back to

2    the jury room and tell them you've been excused from this

3    matter.

4              *(The prospective juror exited the courtroom.)*

5              THE COURT:  Juror No. 11, thank you very much.

6    You're excused from this matter.

7              *(The prospective juror exited the courtroom.)*

8              THE COURT:  Juror No. 13, Juror No. 14,

9    Juror No. 17, and Juror No. 20, thank you very much.

10             *(The prospective jurors exited the courtroom.)*

11             THE COURT:  And at this point in time we will have

12   the peremptory challenges starting with the government

13   counsel first.

14             MS. ALLSOP:  Your Honor, the government would pass

15   at this time.

16             THE COURT:  All right.

17             And for the defense?

18             MS. RIVERA:  I'd like to thank and excuse No. 4,

19   Juror 4.

20             THE COURT:  Thank you very much.

21             Juror No. 4, would you please go back to the jury

22   room tell them you've been excused from this case.

23             *(The prospective juror exited the courtroom.)*

24             THE COURT:  And for the government?

25                   *(Government counsel conferred.)*

```
1              MS. ALLSOP:  Your Honor, the government would pass

2    again.

3              THE COURT:  All right.  For the defense?

4              MS. RIVERA:  I'd like to thank and excuse Juror 6.

5              THE COURT:  Thank you very much, Juror No. 6.

6    Please go back to the jury room and tell them you've been

7    excused from this matter.

8          (The prospective juror exited the courtroom.)

9              THE COURT:  And for the government?

10             MS. ALLSOP:  The government would still pass, Your

11   Honor.

12             THE COURT:  All right.

13             For the defense?

14             MS. RIVERA:  I would like to thank and excuse

15   Juror No. 9, Ms. Parra.

16             THE COURT:  Thank you very much, Juror No. 9.

17         (The prospective juror exited the courtroom.)

18             THE COURT:  And for the government?

19             MS. ALLSOP:  The government would still pass, Your

20   Honor.

21             THE COURT:  All right.

22             And for the defense?

23             MS. RIVERA:  I'd like to thank and excuse Juror

24   10.

25             THE COURT:  Thank you very much, Juror No. 10.
```

1    Could you please go back to the jury room and tell them

2    you've been excused in this matter.

3            *(The prospective juror exited the courtroom.)*

4            THE COURT:  And for the government?

5            MS. ALLSOP:  The government would still pass, Your

6    Honor.

7            THE COURT:  All right.

8            And for the defense?

9            MS. RIVERA:  I'd like to thank and excuse Juror

10   12.

11           THE COURT:  All right.  Thank you very much, Juror

12   No. 12.  Could you please go back to the jury room and tell

13   them you've been excused from this matter.

14           *(The prospective juror exited the courtroom.)*

15           THE COURT:  All right.  At this point in time what

16   I want the jurors to do is let me ask the jurors --

17   remaining Jurors 1 through 22, can you stand and just stand

18   for a moment in front of the back of the jury room because

19   I'm going to ask the new jurors to fill in your seats.

20           So just go stand back there and let me have the

21   clerk read off the next 22 jurors.

22           THE CLERK:  Lip Ng.

23           Freebird Deem.

24           Daniel McCarthy.

25           Michael Peters.

```
 1            Natalie Vigil Escobedo.

 2            Taylor Elizabeth Krenkel.

 3            Marcos Aleman Gonzalez.

 4            Dennis Argueta.

 5            Edward Shields.

 6            Ethan Turnbull.

 7            Richard Rocca Priore.

 8            Shajith Ratnapala.

 9            Gregory Snyder.

10            Duane Larkey.

11            Jennifer Calpito.

12            Charnell Birdine.

13            Michele Sammartino.

14            Hovig Menakian.

15            Sloane Anderson.

16            Arnulfo Osongco.

17            Kelsey Quates.

18            Peter Kummerfeldt.

19            THE COURT:  All right.

20            The jurors in the back, you can find seats in the

21    audience now; and let me indicate to the new jurors I will

22    be giving you your own individual number starting with the

23    juror in the back row.

24            Sir, you are Juror No. 23.

25            Ma'am, Juror No. 24.
```

1           Sir, Juror No. 25.

2           26.

3           27.

4           Ma'am, Juror No. 28.

5           29 and 30.

6           In the front row, sir, you're Juror No. 31, 32,

7    33, 34, 35, 36, 37; and last but not least in that row, 38,

8    39, 40, 41, 42, 43, and last but not least 44.

9           All right.  Juror No. 23, let me ask.  Do you want

10   a sidebar?

11          THE PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Okay.  Let me have counsel on the

13   sidebar.

14              (The following was held at the bench:)

15          THE COURT:  Let me indicate.  You indicate that

16   you had some sort of criminal justice or law enforcement

17   training?

18          THE PROSPECTIVE JUROR:  Yes.

19          THE COURT:  What is CLETS?

20          THE PROSPECTIVE JUROR:  CLETS is the system of

21   sheriffs that communicates between the -- each different

22   counties.

23          THE COURT:  Okay.  So you've done work for the

24   county but that's primarily the IT area?

25          THE PROSPECTIVE JUROR:  IT area for the sheriffs.

1           THE COURT:  Now, you also indicate that you have a
2   problem wearing mask?
3           THE PROSPECTIVE JUROR:  Yes.
4           THE COURT:  Is it because of some like breathing
5   problem or something?
6           THE PROSPECTIVE JUROR:  No.  I don't think masks
7   work.
8           THE COURT:  Okay.  Well, let me ask this.  If I
9   were to require you to wear a mask, would you be
10  problematic.  You would refuse to do so or what?
11          THE PROSPECTIVE JUROR:  I would like to refuse if
12  possible.
13          THE COURT:  Okay.  If I did not require you to
14  wear a mask but I required you to sit apart from other
15  jurors in this matter.  Because some of them I think have a
16  problem.  Not necessary -- I understand you may not feel
17  that it's a problem but some of the jurors may have a
18  problem because they're worried about, you know, the
19  transmissions of whatever.
20          Would that be a problem for you?
21          THE PROSPECTIVE JUROR:  Like how far away?
22          THE COURT:  Just like one end of the row.  I mean,
23  it's not going to be that far away.  You'll be sitting in
24  the jury box.
25          THE PROSPECTIVE JUROR:  With the mask off?

*Day 1 of Jury Trial, May 16, 2023*

| | |
|---|---|
| 1 | THE COURT:  With the mask off.  That wouldn't be |
| 2 | problem, would it? |
| 3 | THE PROSPECTIVE JUROR:  That should be fine. |
| 4 | THE COURT:  Now, you indicate that, you know, |
| 5 | because of your religion, you have a strong aversion to |
| 6 | sexual material of any sort. |
| 7 | THE PROSPECTIVE JUROR:  Yeah. |
| 8 | THE COURT:  Okay.  That includes adult |
| 9 | pornography, that includes child pornography, anything. |
| 10 | THE PROSPECTIVE JUROR:  Yes. |
| 11 | THE COURT:  So because that's the nature of this |
| 12 | current case, do you think that just because the subject |
| 13 | matter of this case, you would have a hard time serving as a |
| 14 | juror in this case? |
| 15 | THE PROSPECTIVE JUROR:  I'd have a hard time |
| 16 | looking at pornography. |
| 17 | THE COURT:  Okay.  Even if it's just, you know, |
| 18 | just, you know, to determine what it is.  I mean, we're not |
| 19 | going to ask you to look at it for any extensive period of |
| 20 | time. |
| 21 | It's going to be shown to you to understand what |
| 22 | the name of the images are but we're not asking you to |
| 23 | conduct a detailed examination of it because you're just |
| 24 | going to be shown what it is. |
| 25 | The government has to show certain things about it |

1  but the images themselves are going to be pictures and

2  video, I think.

3              MS. RIVERA:  Video.

4              THE COURT:  Pictures and video so.

5              THE PROSPECTIVE JUROR:  I don't know what it is.

6              THE COURT:  Well, let me just ask.  Do you think

7  you would refuse to look at it?  Is that what you're saying?

8              THE PROSPECTIVE JUROR:  Yes, I would probably hang

9  on.  I don't know what you guys have to show me but I

10 will --

11             THE COURT:  Sir, is this a situation where you

12 would simply ignore the evidence?

13             THE PROSPECTIVE JUROR:  I may not look at it.  I

14 don't know what's being shown.

15             THE COURT:  Okay.  So in other words, what you're

16 saying is depending upon how graphic it is, it might be a

17 situation where if you get a sense of it, it's extremely

18 graphic, you're not going to look at it at all?

19             THE PROSPECTIVE JUROR:  Yes.

20             THE COURT:  What you're also saying is you have a

21 low tolerance for graphic?

22             THE PROSPECTIVE JUROR:  Yes.

23             THE COURT:  So even if it's not so graphic to

24 other people, if you think it's graphic, then it would be a

25 situation where you won't look at it?

```
1              THE PROSPECTIVE JUROR:  I would not look at it.

2              THE COURT:  All right.  Let me ask counsel.

3    Either side have any questions for the juror?

4              MS. ALLSOP:  We do not have a question but there's

5    a brief matter we would like to raise with Your Honor out of

6    the presence of the juror.

7              THE COURT:  Okay.  Any questions for the juror?

8              MS. RIVERA:  I have some questions.  I'm not sure

9    if this is the time --

10             THE COURT:  She doesn't have a question.  She's

11   indicated she has no questions.

12             MS. RIVERA:  I wasn't sure if it was meant to --

13             THE COURT:  No.

14             THE PROSPECTIVE JUROR:  -- be right now.

15             MS. RIVERA:  Just to say, sir, my understanding is

16   you have religious beliefs and an aversion to seeing

17   pornography?

18             THE PROSPECTIVE JUROR:  Yes.

19             MS. RIVERA:  And as a result, you're not only

20   uncomfortable viewing pornography but you refuse to; is that

21   correct?

22             THE PROSPECTIVE JUROR:  Absolutely no pornography.

23             MS. RIVERA:  If you're asked to study -- excuse

24   me -- if you are asked to make an assessment of the nature

25   of the photographs and videos that the jury is going to be
```

1    shown, are you going to be able to do that?

2            THE PROSPECTIVE JUROR:  It will be very difficult

3    to assess this.

4            MS. RIVERA:  For example, in your questionnaire

5    you were asked whether you could just close your eyes.

6            THE PROSPECTIVE JUROR:  Yes.

7            MS. RIVERA:  Do you think that that would be your

8    inclination that would be --

9            THE PROSPECTIVE JUROR:  Yes, that would be my

10   inclination.  We're on that side.

11           MS. RIVERA:  So without seeing the images right

12   now, and I know it's difficult not having seen them, but if

13   you had to guess what you would do, you think your

14   inclination would be to close your eyes --

15           THE PROSPECTIVE JUROR:  Yes.

16           MS. RIVERA:  -- and not evaluate the nature of the

17   images?

18           THE PROSPECTIVE JUROR:  Yes, that is what I would

19   do.

20           MS. RIVERA:  Understood.

21           THE COURT:  Any other questions?

22           MS. ALLSOP:  No, Your Honor.

23           MS. RIVERA:  No, Your Honor.

24           THE COURT:  Thank you very much.  Go back and sit

25   down.

| | |
|---|---|
| 1 | THE PROSPECTIVE JUROR:  Thank, you, sir. |
| 2 | THE COURT:  Yes. |
| 3 | MS. ALLSOP:  Yes.  At this time the government |
| 4 | would like to raise a *Batson* challenge for the defense's |
| 5 | striking of Jurors 12, 9, 10, and 4, of all whom are women. |
| 6 | THE COURT:  What's the response? |
| 7 | MS. RIVERA:  Starting, Your Honor, well, looking |
| 8 | at my notes -- and my colleague may have more -- Ms. Pun |
| 9 | said that she was uncomfortable with adult pornography is |
| 10 | what I wrote down there. |
| 11 | Ms. Ashly -- |
| 12 | THE COURT:  Well, she also -- she also -- she did |
| 13 | exercise a peremptory as to one of the male jurors so. |
| 14 | MS. RIVERA:  Ms. Ashly said she had suffered |
| 15 | sexual abuse as a child and it would be difficult to be |
| 16 | impartial.  And then I'm not sure if it was 10 or 12.  What |
| 17 | was the other one? |
| 18 | THE COURT:  Juror No. 9. |
| 19 | MS. RIVERA:  Juror No. 9 said there should be |
| 20 | stricter laws on child pornography.  The individual fled the |
| 21 | country.  She has anxiety in decision-making and she would |
| 22 | approach any case with extreme caution when they involve |
| 23 | children. |
| 24 | MS. ALLSOP:  Your Honor, as it relates to |
| 25 | Juror No. 12, the government's recollection is that she said |

1    unequivocally that she would be a fair and impartial juror.

2    Same for Jurors 9, 10, and 4.

3            And in addition -- in addition to confirming that

4    they could be both fair and impartial.

5            THE COURT:  Well, let me put it this way.

6            The Court rehabilitated certain of the jurors.

7    She doesn't have to accept the Court's view that I

8    successfully rehabilitated those jurors, you know, so I

9    won't base a *Batson* ruling on that.

10           So anything else you want to argue?

11           MS. ALLSOP:  No, Your Honor.  Thank you.

12           THE COURT:  Thank you.

13           MS. RIVERA:  Thank you.

14    *(The following was in the prospective jurors' presence:)*

15           THE COURT:  All right.  Let me ask Juror No. 24.

16           Just as an aside, you have two areas of study.

17    One is film directing and the other one is Japanese?

18           THE PROSPECTIVE JUROR:  Yes.

19           THE COURT:  All right.  Kind of divergent areas

20    there.  Do you speak Japanese?

21           THE PROSPECTIVE JUROR:  A little bit.  It's my

22    second major so I've studied it for a few years now.

23           THE COURT:  All right.

24           Now, you indicated that you had a bad experience

25    with law enforcement in South Dakota.  Do you think that

1   experience would affect you at all as a juror in this case?

2            THE PROSPECTIVE JUROR:  No.

3            THE COURT:  Okay.

4            However, in answering one of the questions, you

5   said you would be more likely to look for holes in the

6   testimony from law enforcement than you would other

7   witnesses.

8            Do you think you still would say that at this

9   point in time?

10            THE PROSPECTIVE JUROR:  For the question when I

11   was reading that, I just -- how I meant it is that if they

12   follow the law, then it would be the same as everyone else.

13   But like if it looks like they were doing something sketchy

14   then --

15            THE COURT:  Okay.

16            But at this point in time you feel you could be

17   completely fair and impartial to both sides in this case?

18            THE PROSPECTIVE JUROR:  Yeah.

19            THE COURT:  Okay.  Let me ask.  Is there anything

20   else you think we should know about you other than what

21   you've already said in your answers to the questionnaire?

22            THE PROSPECTIVE JUROR:  No, I was pretty thorough

23   with those.

24            THE COURT:  All right.  Thank you.

25            Juror No. 26.  Oh, Juror No. 25.  I skipped.  All

1    right.  It's Juror No. 25.

2           You know, I'll actually give you your turn.

3           All right.  You indicated both you and your wife

4    or your spouse or partner are documentary filmmakers?

5           THE PROSPECTIVE JUROR:  Yes, we both are but

6    usually working separately, not together.

7           THE COURT:  Okay.  Is there anything we would have

8    seen that you guys have done?

9           THE PROSPECTIVE JUROR:  It's not impossible.

10   They've been on TV and in theaters from time to time.

11          THE COURT:  Give us your top two.

12          THE PROSPECTIVE JUROR:  Oh, god.  Well, the last

13   one was, I suppose, was a biography of the great film

14   director from the '40s, Preston Sturges.

15          THE COURT:  Oh, okay.

16          THE PROSPECTIVE JUROR:  And it won an Emmy and did

17   pretty well.

18          THE COURT:  Okay.

19          THE PROSPECTIVE JUROR:  And I had another one that

20   played at the American Cinema Tech which is a movie house,

21   closed at the moment, but it ran for ten years every

22   Saturday and Sunday at the Egyptian Theater so I guess we've

23   done okay.

24          THE COURT:  Okay.  All right.

25          I think those are the only two questions I had for

1   you.  Let me ask.  Is there anything else -- that's why I

2   probably was going to skip you anyway.

3            Is there anything else that you think we should

4   know about before we make had a decision as to whether or

5   not you should be a juror in this case?

6            THE PROSPECTIVE JUROR:  I think not.

7            THE COURT:  Okay.  You're not going to make a

8   documentary of this, are you?

9            THE PROSPECTIVE JUROR:  It would be hard to get

10  away with it.

11                    *(Laughter.)*

12            THE COURT:  Thank you.

13            Let me ask Juror No. 26.  You want a sidebar?

14            THE PROSPECTIVE JUROR:  Ah, no.

15            THE COURT:  You don't?  Okay.

16            Well, let me just ask the question that, you

17  know -- actually, let me have you on sidebar even though you

18  don't want one because I think I might be misreading your

19  answer and I don't want my misreading to be placed on you.

20            *(The following was held at the bench:)*

21            THE COURT:  I need to wait for counsel.  Sorry.

22                 *(Pause in the proceedings.)*

23            THE COURT:  All right.  Let me ask you.  The only

24  question that I really have was that you answered that as to

25  the issue of adult pornography, you've seen adult

1    pornography.  That's not the problem.  But then you gave an

2    answer that I didn't quite understand.

3           It says that -- in answer to:  Is there anything

4    else you'd like to bring to the Court's attention, you said:

5    I believe child pornography is wrong and brings a black

6    cloud on the adult entertainment industry.

7           THE PROSPECTIVE JUROR:  Yeah.  I view pornography

8    as an entertainment form.

9           THE COURT:  Okay.

10          THE PROSPECTIVE JUROR:  So I've never seen any

11   child pornography but I see people in the entertainment

12   industry, it's bringing a black cloud and making it look

13   bad.

14          THE COURT:  Okay.  So, in other words, you have

15   actually no problem with adult pornography.

16          THE PROSPECTIVE JUROR:  No.

17          THE COURT:  You think that it's fine and dandy but

18   you do recognize that child pornography is crossing the line

19   and that's the reason why you feel, when you say black cloud

20   over the -- that's just what I wanted to make sure I

21   understood.

22          Let me ask counsel.  Any questions of this

23   particular juror?

24          MS. RICHMOND:  Not from the government, Your

25   Honor.

1          THE COURT:  Any questions?

2          MS. RIVERA:  No, Your Honor.  Thank you.

3          THE COURT:  All right.  Thank you.

4          MS. ALLSOP:  Your Honor, may I ask a clarifying

5    question?

6          THE COURT:  Sure.

7          MS. ALLSOP:  I think we currently have twelve

8    jurors so would you mind please clarifying and apologize if

9    I missed something that you said earlier.

10          THE COURT:  Oh, no.  I thought we only had eleven

11    jurors.

12          MS. RICHMOND:  But I mean when we have twelve from

13    the new people, then we'll go back to striking?

14          THE COURT:  Oh, no.  What happens is this.

15          What we will do is go that we will go through

16    these jurors.  We'll do the for cause and then do the

17    peremptories.  And then once we've done that, then I'll have

18    those jurors that are left go back down.  I'll sit the other

19    jurors that are, you know, from the original eleven that we

20    have.  They'll be seated in seats 1 through 11.

21          And then we'll fill in the rest and then we'll

22    start exercising peremptories in that fashion.  But it will

23    always be as to the twelve.

24          MS. RICHMOND:  Thank you very much.

25          THE COURT:  Okay.

*Day 1 of Jury Trial, May 16, 2023*

```
 1        (The following was in the prospective jurors' presence:)

 2             THE COURT:  All right.  Juror No. 27.

 3             In your answers you talked about the situation

 4   involving two of your cousins.  Would that affect you at all

 5   as a juror in this case?

 6             THE PROSPECTIVE JUROR:  No, it would not.

 7             THE COURT:  Okay.  And you also indicated that you

 8   had a close friend or have a close friend who was at one

 9   point in time a detective for Los Angeles Police Department;

10   is that correct?

11             Was he ever involved in any case involving child

12   abuse or child molestation?

13             THE PROSPECTIVE JUROR:  We never talked shop.

14             THE COURT:  Okay.

15             Now, there is a question that you responded to

16   about your husband and his being jailed.  What was the

17   scenario behind that or, if you want, you can ask to go to

18   the sidebar if you want to give the answer outside the

19   presence of the jury.

20             THE PROSPECTIVE JUROR:  No, I can give the answer.

21             THE COURT:  All right.

22             THE PROSPECTIVE JUROR:  So at one point, the first

23   time he was arrested in his 20s, he had a -- I think they

24   call them like brass knuckles.

25             THE COURT:  Oh, no.  That's not the one I'm
```

1    interested in.  I'm interested in the other one.

2              THE PROSPECTIVE JUROR:  Okay.  My son got a

3    spanking at home for being disruptive at school and then he

4    went back to school and he reported my husband for child

5    abuse.  So my husband was put in jail for that.

6              THE COURT:  Okay.  All right.  For one night?

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  I hate to ask this question.  What

9    happened to your son when he came back home?

10             THE PROSPECTIVE JUROR:  Well, we all went to

11   counseling for that because he needed to understand that he

12   needed to behave in there but we all needed to be reeducated

13   in how we needed to handle things.

14             THE COURT:  Okay.

15             THE PROSPECTIVE JUROR:  Things are much better.

16   He doesn't live at home.  He's grown now so.

17             THE COURT:  Let me ask.  Looking back at that

18   situation, you don't have any bad feelings about either law

19   enforcement because your husband was arrested for that

20   situation or the process that you and he and everybody else

21   had to go through?

22             THE PROSPECTIVE JUROR:  No, because they were

23   there to protect my son and myself as well and also to

24   educate my husband with his anger.

25             But as for law enforcement, there are certain ones

1   I don't trust because I've had my brother-in-law pulled over

2   because he drives a nice car.  He's well off.  He's a young

3   guy.  Pulled over for no reason.

4           So there are certain things that I distrust in the

5   police department but not everybody, you know.  They're out

6   there trying to protect us.

7           THE COURT:  All right.  And so you don't think you

8   would be affected at all as a juror in this situation.

9           All right.  Let me ask.  Is there anything else

10  you think we should know about you before we make a

11  decision?

12          THE PROSPECTIVE JUROR:  Not at all.

13          THE COURT:  All right.  Thank you.

14          Juror No. 28.  Let me ask.  Do you want a sidebar?

15          THE PROSPECTIVE JUROR:  Sure.

16          THE COURT:  Okay.  Let me have counsel on sidebar.

17          *(The following was held at the bench:)*

18          THE COURT:  All right.  You indicate that this

19  subject area you have an extreme aversion to.

20          THE PROSPECTIVE JUROR:  I still believe that I can

21  be impartial and follow the rules presenting the evidence

22  and recognizing that whether or not if the government is

23  able to present the case.

24          THE COURT:  Okay.  So in other words, despite all

25  the stuff that you included, I just wanted to make sure.

```
1              THE PROSPECTIVE JUROR:  Yes, yes.

2              THE COURT:  Because you do cover a lot of stuff

3    that's in here including a friend who was kidnapped and

4    drugged and raped; and then there's also -- I guess you had

5    your own stuff, like there was misconduct.

6              THE PROSPECTIVE JUROR:  It was military in the

7    '90s.  It happened.  It's addressed.

8              THE COURT:  Okay.  So in other words, even though

9    you experienced that --

10             THE PROSPECTIVE JUROR:  Yes.

11             THE COURT:  -- it doesn't have that much of an

12   impact at this point in time?

13             THE PROSPECTIVE JUROR:  No.

14             THE COURT:  But then you also indicate that

15   insofar as child pornography, you're saying if they could be

16   harsher.  So in other words, you say besides murder you feel

17   that, you know, child pornography is about as serious a

18   crime as you can commit.

19             THE PROSPECTIVE JUROR:  Based on how that question

20   is asked, it's asked so it elicits emotion.

21             THE COURT:  Okay.

22             THE PROSPECTIVE JUROR:  So to me child pornography

23   and exploitation of those who can't defend themselves is

24   probably one of the worst crimes.

25             THE COURT:  But the mere fact someone is charged
```

1   with that crime doesn't cause you to automatically jump and

2   make assumptions as to guilt or innocence, things of that

3   sort?

4          THE PROSPECTIVE JUROR:  No.  They still have to

5   produce the evidence that they're guilty.

6          THE COURT:  Okay.  Umm, let me ask.

7          Okay.  You say it's hard not to be biased when the

8   individual is charged with three separate counts of -- as to

9   three separate minors, you know.  You have three different

10  dates/times, question mark.

11         You understand that, again, if he's charged with

12  one or if he's charged with a hundred --

13         THE PROSPECTIVE JUROR:  Right, yes.

14         THE COURT:  -- the government as to each has to

15  prove, you know, guilt beyond a reasonable doubt.

16         THE PROSPECTIVE JUROR:  Yes, on each one.

17         THE COURT:  Okay.

18         THE PROSPECTIVE JUROR:  Yes.

19         THE COURT:  And the mere fact you find him guilty

20  on one does not mean that automatically you have to find him

21  guilty on any of the others.  Do you understand that?

22         THE PROSPECTIVE JUROR:  Yes.

23         THE COURT:  So when you say it's hard not to be

24  biased, the question is it's hard perhaps not to be biased

25  but you have not to be biased so do you think you could be

1    not biased?

2            THE PROSPECTIVE JUROR:  You have to recognize your

3    biases and apply the evidence accordingly.

4            THE COURT:  Okay.  And you think you could do

5    that?

6            THE PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Let me ask counsel.  Any questions?

8            MS. ALLSOP:  Nothing from the government, Your

9    Honor.

10           THE COURT:  Any questions from defense?

11           MS. RIVERA:  Yes, briefly, Your Honor.

12           Ms. Krenkel, you said Question 32 to which you

13   responded:  Could the laws be harsher?  Besides murder,

14   exploitation of children, and those who can't defend

15   themselves is probably one of the most heinous crimes.

16   There's no reforming these people.

17           You said that you responded like that because the

18   question was written to elicit an emotional response.  And

19   so I'm wondering what about this question elicited the

20   emotional response?  Was it just the fact that it

21   includes --

22           THE PROSPECTIVE JUROR:  It says:  Do you have a

23   strong personal or philosophical belief about child

24   pornography.  I absolutely have a strong philosophical

25   belief that the exploitation of minors and those who can't

1   protect themselves, yes.  So that you would wrote it.  I

2   told you, yes, I have a --

3           MS. RIVERA:  So that's a strong philosophical --

4   and I'm wondering.  You said it was meant to elicit an

5   emotional response and I'm wondering what about it elicited

6   an emotional response from you?

7           THE PROSPECTIVE JUROR:  I guess child pornography

8   elicits an emotional response from me.  When someone says

9   this is involving child pornography, to me that's a very

10  heinous crime so it immediately elicits an emotional

11  response about --

12          MS. RIVERA:  So when you heard today,

13  unfortunately, that this case for which you are a

14  prospective juror, that it involved charges of child

15  pornography, did you immediately go to that emotional

16  response?

17          THE PROSPECTIVE JUROR:  Well, I went to the my

18  heart hurts for anybody who has had to suffer through it

19  and, you know, so I mean -- I mean, I guess it's just

20  everybody has a -- I would hope many people feel that child

21  pornography is a horrible thing and that's what I'm trying

22  to convey is that the subject matter is a horrible matter.

23          MS. RIVERA:  Uh-huh.

24          THE PROSPECTIVE JUROR:  But is it going to prevent

25  me from listening to the case and hearing what each of the

1   individuals are presented in evidence, no.  I mean, I'm

2   going try to be an honest juror and weigh the decisions

3   based on what's presented.

4          MS. RIVERA:  And you know that in presenting the

5   case, whether it's the government's case-in-chief or perhaps

6   the defense's case-in-chief, that you may be required to

7   look at images and videos.  You understand that?

8          THE PROSPECTIVE JUROR:  I do.

9          MS. RIVERA:  And is it your -- and are you saying

10  that you believe that you can evaluate those images, make an

11  assessment about them and be a hundred percent neutral if

12  you're chosen for this jury?  One hundred percent neutral.

13         THE PROSPECTIVE JUROR:  The images don't portray,

14  like the judge said earlier, they're not -- unless the

15  prosecution can tie it to the person, then it's not related

16  to that person.  It's just the subject matter is --

17         MS. RIVERA:  If you hear evidence that the images

18  are tied to that person, are you going to be able to set

19  aside any emotions you might feel about the images and just

20  evaluate the entire list of elements that the government has

21  to prove?

22         THE PROSPECTIVE JUROR:  I mean, I'm going to

23  listen to the evidence and evaluate it on what is presented.

24  That's the best I can answer.

25         THE COURT:  All right.  Any further questions?

|     |                                                                     |
| --- | ------------------------------------------------------------------- |
| 1   | MS. RICHMOND:  I just want to confirm what I hear                    |
| 2   | you saying.  You're going to be a fair and impartial juror.          |
| 3   | You're going to listen to the Court's instruction and you're         |
| 4   | going to evaluate the evidence and hold the government to            |
| 5   | its proof?                                                           |
| 6   | THE PROSPECTIVE JUROR:  Yes.                                         |
| 7   | THE COURT:  Okay.  Thank you.                                        |
| 8   | THE PROSPECTIVE JUROR:  Uh-huh.                                      |
| 9   | *(The following was in the prospective jurors' presence:)*           |
| 10  | THE COURT:  All right.  Juror No. 29.                                |
| 11  | You didn't check off the -- an answer for the                       |
| 12  | question as to whether or not you have any religious or              |
| 13  | philosophical or moral beliefs that would pose a difficulty          |
| 14  | for you serving as a juror in this case.  Do you have any?           |
| 15  | THE PROSPECTIVE JUROR:  No.                                          |
| 16  | THE COURT:  Okay.                                                    |
| 17  | I think that was my only question for you.  Let me                   |
| 18  | ask.  Is there anything you think we should know about you           |
| 19  | before we make a decision as to whether or not you should be         |
| 20  | a juror on this case?                                                |
| 21  | THE PROSPECTIVE JUROR:  No.                                          |
| 22  | THE COURT:  No?  Okay.  Thank you.                                   |
| 23  | THE PROSPECTIVE JUROR:  Thank you.                                   |
| 24  | THE COURT:  Juror No. 30.                                            |
| 25  | Who does your wife work for or your significant                      |

1  other or spouse?

2       THE PROSPECTIVE JUROR:  She's just pretty much

3  with me at a storing group.  She's a customer services, a

4  different department than I am.

5       THE COURT:  Okay.  All right.  And you're the

6  manager of that organization.

7       THE PROSPECTIVE JUROR:  I'm a general manager at

8  one of the hubs; yeah.

9       THE COURT:  Okay.  All right.

10      You indicated in your answer to one of the

11 questions that initially you feel, because of the nature of

12 the crime is so serious, that the defendant would have to

13 prove his innocence.

14      But as I explained to the other juror, you know,

15 this is a criminal case and in a criminal case the burden of

16 proof is always on the government.  It never goes away.  And

17 the government has to make its high burden of proof beyond a

18 reasonable doubt.

19      With that understanding, would you require that

20 the defendant prove himself innocent of the crimes charged

21 in the case?

22      THE PROSPECTIVE JUROR:  No, pretty much.

23      THE COURT:  So, in other words, you would put the

24 government to the test.  It would have to show his guilt

25 beyond a reasonable doubt?

1          THE PROSPECTIVE JUROR:  Correct, yes.

2          THE COURT:  Okay.  Let me ask.  Is there anything

3     else you think we should know about you before we make a

4     decision as to whether or not you should be a juror in this

5     case?

6          THE PROSPECTIVE JUROR:  Negative, no.

7          THE COURT:  All right.  Thank you.

8          Juror No. 31.

9          You indicate that one of your jobs is you're an

10    night auditor.  What does that mean?

11         THE PROSPECTIVE JUROR:  I work overnight at a

12    hotel and I'm responsible for going over the hotels

13    transactions and managing the overnight team.

14         THE COURT:  Okay.  All right.

15         You indicate that when asked about if you have any

16    civic, religious, political or trade organizations or clubs

17    or associations, that you belong to either presently or in

18    the past, you said -- I apologize.  I can't read your

19    writing.  It says:  I do something and I can't read it.

20         THE PROSPECTIVE JUROR:  I think -- so I might have

21    skimmed that question.  I just saw clubs and I just wrote:

22    I do Muay Thai.  That's about it.

23         THE COURT:  You do what?

24         THE PROSPECTIVE JUROR:  Muay Thai.  It's martial

25    arts.  I'm sorry.  I'm very tired.  I've been up for like 33

1    hours.

2              THE COURT:  All right.  And, also, you were

3    talking about child pornography laws.  You think they should

4    be stronger but, again, as I explained to the other jurors,

5    that's not going to be the issue.  You understand that?

6              THE PROSPECTIVE JUROR:  Yeah.

7              THE COURT:  Even though you may feel that they

8    should be stronger, that's not going to be the issue in the

9    case?

10             THE PROSPECTIVE JUROR:  Yeah.

11             THE COURT:  Okay.  And let's me ask.  How do you

12   know Judge Aarons?

13             THE PROSPECTIVE JUROR:  Oh, she's my cousin.

14   Yeah.  So I'm very familiar with her.

15             THE COURT:  Okay.  Yeah.  She is on -- I can't

16   remember.  Is she on the -- you know the different levels of

17   trial level, appellate level, and like the Supreme Court?

18             THE PROSPECTIVE JUROR:  I know she's appellate

19   level.  I don't know what circuit or I think it's like Ninth

20   Circuit or something like that but yeah.

21             THE COURT:  Okay.  Well, I think she's in

22   New York; right?  She's not here.

23             THE PROSPECTIVE JUROR:  She's in New York, yes.

24             THE COURT:  Okay.  All right.

25             And you indicated that you have some relatives who

*Day 1 of Jury Trial, May 16, 2023*

1    have testified in some legal proceedings.  Which relatives

2    are you referring to?

3              THE PROSPECTIVE JUROR:  Umm, I'm sorry.  I'm

4    trying -- I know for me like I've testified in a few divorce

5    trials or whatever you would call it.

6              THE COURT:  Your divorces or other people's

7    divorces.

8              THE PROSPECTIVE JUROR:  Other people's divorces.

9              THE COURT:  Okay.

10             THE PROSPECTIVE JUROR:  Yeah.

11             THE COURT:  All right.  And how do you feel you

12   were treated in those situations?

13             THE PROSPECTIVE JUROR:  It was fair.

14             THE COURT:  It was fair?  Okay.

15             Also, you said:  I'm not a fan of cops in general.

16   Let me ask.  Do you think that you would be able for

17   purposes of this trial treat law enforcement officers who

18   testify the same way as you would non-law enforcement

19   officers?

20             THE PROSPECTIVE JUROR:  Yes.  In this trial, yes.

21             THE COURT:  All right.

22             And is there anything else you think we should

23   know about you before we make a decision as to whether or

24   not you should be a juror in this case?

25             THE PROSPECTIVE JUROR:  No.

```
 1                THE COURT:  You don't?  Okay.  Thank you.
 2                Juror No. 32.  I actually don't have any questions
 3      for you.  But is there something we should know about you
 4      that you think -- it could be your Jerry Springer moment or
 5      whatever.
 6                THE PROSPECTIVE JUROR:  No.
 7                THE COURT:  No?  Nothing.  Okay.
 8                Well, I don't have any questions.  All right?
 9                And Juror No. 33.  You indicate your wife is a PSO
10      for Santa Monica PD?
11                THE PROSPECTIVE JUROR:  Correct.
12                THE COURT:  What's a PSO?
13                THE PROSPECTIVE JUROR:  They were park rangers but
14      now they're called PSO officers, like public service
15      officers.
16                THE COURT:  Okay.  So they're mainly kind of like
17      law enforcement officers in a park location?
18                THE PROSPECTIVE JUROR:  Correct.
19                THE COURT:  Where would that be in Santa Monica?
20      Would it be like Santa Monica mountains?
21                THE PROSPECTIVE JUROR:  All the inner-city parks.
22                THE COURT:  Oh, okay.  All right.
23                And that was the only question I had of you.  Do
24      you think there's anything we should know about you before
25      we make a decision?
```

*Day 1 of Jury Trial, May 16, 2023*

```
1              THE PROSPECTIVE JUROR:  No.

2              THE COURT:  No?  Okay.

3         And Juror No. 33.

4              THE PROSPECTIVE JUROR:  34.

5              THE COURT:  34?  Maybe it's getting late in the

6    day.  Oh, you're right.  I've done 33.  I think it's because

7    your last names begin with an RA, both of them begin with an

8    RA.

9              All right.  Juror No. 34.  You indicate that you

10   have had some training or experience in criminal justice and

11   law enforcement and sexual abuse offenses; is that correct?

12             THE PROSPECTIVE JUROR:  Yes.

13             THE COURT:  As to the sexual abuse offenses, where

14   did you get that training?

15             THE PROSPECTIVE JUROR:  In the police academy.

16             THE COURT:  Was it LAPD?

17             THE PROSPECTIVE JUROR:  Correct.

18             THE COURT:  Okay.  Did you ever have to do any

19   investigations in that particular area?

20             THE PROSPECTIVE JUROR:  I did not.

21             THE COURT:  You did not.  All right.

22             You also indicated that you had a female friend

23   who was abused when she was a minor.  Do you think that

24   you'd be affected at all as a juror in this case because of

25   that situation?
```

```
1              THE PROSPECTIVE JUROR:  No, sir.

2              THE COURT:  All right.

3              Also, you feel that there is corruption in the DOJ

4    and in the FBI; is that correct?

5              THE PROSPECTIVE JUROR:  Yes, sir.

6              THE COURT:  Okay.  Do you think that corruption

7    would extend to like, obviously, there's going to be an

8    individual who is going to be testifying from the FBI in

9    this particular case.

10             Do you think that you would have a problem, you

11   know, treating their or judging their credibility or do you

12   think that because of the fact you feel that there is

13   corruption in both the DOJ and FBI, that that would cause

14   you to immediately not accept the testimony of any witness

15   who came from, for example, from the FBI?

16             THE PROSPECTIVE JUROR:  Not at all.  I have to see

17   what his testimony is.

18             THE COURT:  Okay.  So in other words, even though

19   you may have some qualms in general about those two

20   entities, that you would judge individual witnesses who come

21   from those entities on the basis of their testimony?

22             THE PROSPECTIVE JUROR:  Correct.

23             THE COURT:  Okay.

24             Also, you indicate that you have a problem wearing

25   a mask in the courtroom.  Let me ask.  Is that problem
```

 1   because of any medical issues or is it a question as to

 2   whether or not you doubt its effectiveness or things of that

 3   sort?

 4          THE PROSPECTIVE JUROR:  Effectiveness and

 5   breathing issues.

 6          THE COURT:  Okay.  So you have some breathing

 7   issues.  As I indicated to another juror, I've indicated

 8   that if you are a juror in this case, what I would simply do

 9   is I would allow you not to wear a mask but I would separate

10   you just a little bit in a couple of seats from other jurors

11   simply to -- you know, because I'm trying to accommodate

12   everybody because I do understand that certain people do

13   feel that masks are effective and so I would accommodate

14   everyone the best I can.  So if I did that, would that be a

15   problem for you?

16          THE PROSPECTIVE JUROR:  No, sir.

17          THE COURT:  Okay.  All right.  Let me ask.

18          Is there anything else you think we should know

19   before we decide about whether or not you should be a juror

20   in this case?

21          THE PROSPECTIVE JUROR:  Not at this time.

22          THE COURT:  Okay.  Thank you.

23          Juror No. 35.  All right.  Let me ask.  You

24   indicated because of the subject matter of this particular

25   trial that you might have problems serving as a juror in

194

1    this case; is that correct?

2            THE PROSPECTIVE JUROR:  Yes.

3            THE COURT:  Are these problems the ones that you

4    think you could overcome or it's a situation, for example,

5    you don't like the subject matter and things of that sort,

6    are there things that would always be present, would always

7    be on your mind that would detract you from listening to the

8    evidence and things of that sort?

9            THE PROSPECTIVE JUROR:  That's actually what I was

10   going to say.  I mean, just because of the nature, it might

11   just distract my mind.  I can't get it off my mind but --

12           THE COURT:  Okay.  In other words, you would be

13   focused on --

14           THE PROSPECTIVE JUROR:  Yes.

15           THE COURT:  You'd be kind of like fixated on

16   certain things and may not be catching all the evidence as

17   it's coming in.

18           THE PROSPECTIVE JUROR:  Right.  Less focused.

19           THE COURT:  Okay.  All right.  And it's not

20   something that -- is there nothing you think I could say

21   that could get you off of that particular, I guess, mindset?

22           THE PROSPECTIVE JUROR:  It's kind of hard without

23   seeing what evidence I might see.

24           THE COURT:  Okay.  And you also indicate that you

25   have known other persons that were abused and that affected

1    you strongly; is that correct?

2              THE PROSPECTIVE JUROR:  Yes.

3              THE COURT:  You also indicate you sometimes you

4    feel, insofar as court cases are concerned, the truth

5    doesn't necessarily come out.  It just depends on who has

6    the better lawyers.  I'm paraphrasing what I think you said.

7              THE PROSPECTIVE JUROR:  That is what I said.

8              THE COURT:  And you feel that way?

9              THE PROSPECTIVE JUROR:  Yes.

10             THE COURT:  All right.  Thank you.

11             Let me ask.  Is there anything else you think we

12   should know about you before we make a decision as to

13   whether or not you should be a juror in this case?

14             THE PROSPECTIVE JUROR:  The only other thing that

15   I might add is just the way I think.  It's hard for me to

16   have a reasonable doubt without me actually being in the

17   situation or knowing the people that, you know, we're

18   discussing.

19             THE COURT:  Okay.  So in other words, you're

20   saying that -- obviously I've indicated that reasonable

21   doubt is an extremely high standard.

22             THE PROSPECTIVE JUROR:  Yes.

23             THE COURT:  And so you're saying that you could

24   not apply that standard unless you were familiar with the

25   persons that were involved in the case?  Is that what you're

 1   saying.

 2              THE PROSPECTIVE JUROR:  It would just be harder

 3   for me to come to that conclusion that there's definitely no

 4   reasonable doubt in my mind.

 5              THE COURT:  Okay.  So in other words, unless you

 6   were to know the people that were involved, to your mind

 7   there would always be some reasonable doubt because, you

 8   know, I guess people are fallible.  Is that what you're

 9   saying?

10              THE PROSPECTIVE JUROR:  Yeah.  Or if I actually

11   saw it.  But in this case I didn't see.  I wasn't there so

12   it's --

13              THE COURT:  So, in other words, you always would

14   have a doubt even though perhaps your doubt would be

15   speculative?

16              THE PROSPECTIVE JUROR:  Yeah, I'm very -- what do

17   you call it?

18              THE COURT:  Susceptible?

19              THE PROSPECTIVE JUROR:  I can't even think of the

20   word but I'm skeptical.  I'll put it that way.

21              THE COURT:  Okay.  All right.  Thank you.

22              Let me ask Juror No. No. 36.  I didn't quite catch

23   your occupation.  You said manager, comma, and I can't read

24   the next word.

25              THE PROSPECTIVE JUROR:  Participations.

| | |
|---|---|
| 1 | THE COURT:  What is that? |
| 2 | THE PROSPECTIVE JUROR:  The back-end profit for or |
| 3 | lack thereof for film, television, and -- |
| 4 | THE COURT:  Okay.  So in other words, you |
| 5 | basically are doing the accounting -- |
| 6 | THE PROSPECTIVE JUROR:  Correct. |
| 7 | THE COURT:  -- in the entertainment area? |
| 8 | THE PROSPECTIVE JUROR:  Back-end accounting. |
| 9 | THE COURT:  Back-end accounting.  Okay. |
| 10 | I don't know if it's later in the day or what, but |
| 11 | I don't have as many questions as to this group as I did for |
| 12 | the other group.  Did the other group wear me down?  Or are |
| 13 | you just not as interesting as the first group? |
| 14 | All right.  Let me ask.  Is there anything you |
| 15 | think we should know about you before we make a decision as |
| 16 | to whether or not you should be a juror in this case? |
| 17 | THE PROSPECTIVE JUROR:  No. |
| 18 | THE COURT:  Okay.  Thank you. |
| 19 | Juror No. 37.  Let me just put a staple on this |
| 20 | thing. |
| 21 | *(Pause in the proceedings.)* |
| 22 | THE COURT:  Who do you work for? |
| 23 | THE PROSPECTIVE JUROR:  FedEx. |
| 24 | THE COURT:  FedEx?  Okay. |
| 25 | THE PROSPECTIVE JUROR:  Your Honor, may I have a |

1    sidebar?

2            THE COURT:  Sure.

3                *(The following was held at the bench:)*

4            THE PROSPECTIVE JUROR:  Hi.

5            THE COURT:  Yes.

6            THE PROSPECTIVE JUROR:  Oh, shall I say it out

7    loud?

8            THE COURT:  That's no problem.  We have to wait

9    for the attorneys.

10                    *(Pause in the proceedings.)*

11            THE COURT:  All right.  You indicate that you had

12    a little sister who was molested by a relative when she was

13    very young.  Is this the subject matter that you wanted to

14    talk about?

15            THE PROSPECTIVE JUROR:  Yes.

16            THE COURT:  What happened in that case?

17            THE PROSPECTIVE JUROR:  Umm, it was my step

18    grandfather and he was visiting us in -- do I need to

19    describe what happened?

20            THE COURT:  No, just generally.  In other words,

21    he molested your little sister?

22            THE PROSPECTIVE JUROR:  Yeah.

23            THE COURT:  Okay.  Was a report ever made?

24            THE PROSPECTIVE JUROR:  No.

25            THE COURT:  No?  Do you know why a report was

1    never made?

2           THE PROSPECTIVE JUROR:  Well, my stepmother was

3    also abusive, not sexually but physically, and we knew that

4    she wasn't believe her so.

5           THE COURT:  Okay.  All right.  And how many years

6    ago was that?

7           THE PROSPECTIVE JUROR:  Oh, it was very long ago.

8           THE COURT:  Okay.

9           THE PROSPECTIVE JUROR:  I was very young.

10          THE COURT:  And you are affected as a result of

11   that situation?

12          THE PROSPECTIVE JUROR:  I mean, yeah.

13          THE COURT:  Okay.

14          THE PROSPECTIVE JUROR:  And, also, I forgot to

15   mention because I didn't -- I almost black it out all the

16   time.  But when I was 17, my older sister's boyfriend made

17   me put my pants down.

18          THE COURT:  Okay.  All right.  And how long ago

19   was that?

20          THE PROSPECTIVE JUROR:  That was when I was 17 so

21   it was a long time ago as well.

22          THE COURT:  Okay.

23          THE PROSPECTIVE JUROR:  I don't know why I didn't

24   write it down but --

25          THE COURT:  Okay.  And because of those

1    situations, you feel that you couldn't be neutral in hearing

2    the evidence that's involved in this case given the nature

3    of this case; is that what you're saying?

4            THE PROSPECTIVE JUROR:  Yeah.  And you spoke

5    about, you know, the burden of proof.

6            THE COURT:  Yes.

7            THE PROSPECTIVE JUROR:  You know, innocent until

8    proven guilty.

9            THE COURT:  Yes.

10           THE PROSPECTIVE JUROR:  But the subject matter is

11   logically I understand that but emotionally it's hard.

12           THE COURT:  Okay.  So in other words you

13   understand as a matter of thinking but you also have your

14   emotions.  You don't feel that emotionally you could follow

15   those instructions?

16           THE PROSPECTIVE JUROR:  Yes, because it's a

17   lingering thing in my head.

18           THE COURT:  Okay.  All right.

19           Any questions from counsel?

20           MS. RICHMOND:  No.

21           THE COURT:  Any questions from defense?

22           MS. RIVERA:  No, Your Honor.  Thank you.

23           THE COURT:  Okay.  Thank you.

24           MS. RIVERA:  Your Honor, there was one matter we'd

25   want to put on the record.

1        THE PROSPECTIVE JUROR:  Oh, should I --

2        THE COURT:  Yes.  You can just go back.

3        Yes.

4        MS. RIVERA:  And that's we are concerned that the

5    entire venire has been tainted.  I think the Court may have

6    noticed that there was a baby or a young toddler in the

7    courtroom from 3:30 to 4:04.  It cried out at several

8    points.  The mother of the young child waved to someone at

9    government counsel table.

10        Given the nature of this charge, that this is a

11   child pornography case where the jury will hear that

12   Mr. Stella has been convicted of possession of child

13   pornography.  We're concerned about whether the entire pool

14   may have been tainted.

15        THE COURT:  Just by the fact that a woman brought

16   her child into the courtroom?

17        MS. RIVERA:  That a baby was brought into the

18   courtroom, that it cried out and drew attention and that the

19   woman associated with it visibly gestured at somebody at

20   government counsel table.

21        MS. RICHMOND:  It's a public courtroom.  Frankly,

22   it's an offensive argument.

23        MS. RIVERA:  Could I --

24        THE COURT:  I don't think it's necessarily

25   offensive but I don't think it's necessarily an effective

1  argument because I don't understand the nature of the -- you

2  know, in other words, the jury is not facing into the -- to

3  the audience looking at a child that was in a child -- you

4  know, it was in a carriage thing.

5           And I don't understand, again, he's not accused of

6  some sort of child at that age so, therefore, I don't

7  understand what the problem is.

8           MS. RIVERA:  I can say more, Your Honor.  The jury

9  seated over there actually, I think, is able to see and

10 they're sort of --

11          THE COURT:  Well, they --

12          MS. RIVERA:  -- more oriented to a gallery.

13          THE COURT:  Yeah, but all they -- what they're

14 going to see is that a woman brought a child in a stroller.

15          MS. RIVERA:  And gestured to somebody, government

16 counsel.

17          MS. RICHMOND:  For the record, I didn't see that.

18 So she might have.  I'm not denying that she did but I

19 didn't see it and I certainly didn't respond to it because I

20 did not see it.

21          MS. RIVERA:  And I would like to address with

22 respect to the possession count, Your Honor.  It's just that

23 the jury will hear that Mr. Stella has been convicted of

24 child -- of possession of child pornography and I just

25 wanted to put on the record that --

1          THE COURT:  But there's no indication as to the

2    age so, again, no.  Doesn't quite cut it.

3          MS. RIVERA:  Thank you.

4     *(The following was in the prospective jurors' presence:)*

5          THE COURT:  Let's see.  Where are we?  That was

6    Juror No. 37.  That's Juror No. 37.

7          THE CLERK:  Juror No. 38.

8          THE COURT:  38?  Okay.  Juror No. 38.

9          You indicated that you feel your religion makes it

10   difficult for you to serve as a judge or to judge.  I've

11   already explained again in a criminal case the jurors aren't

12   actually asked to judge anyone.  They're basically called to

13   weigh the evidence, apply the law to the evidence, and reach

14   a verdict.

15         Do you think with that explanation that you would

16   still have any problems because you feel that there's some

17   aspect of your religion or philosophical beliefs that would

18   make it difficult for you to serve as a juror in this case?

19         THE PROSPECTIVE JUROR:  Yes, I will find it

20   difficult because I will feel like that person's fate is in

21   my hands or their life is in my hands, in a sense that I

22   have to come up with the, you know, conclusion or judgment.

23         THE COURT:  Okay.  Even if the juror is not going

24   to be asked to impose any punishment.  In other words, the

25   jurors are just supposed to make a finding based upon the

1    evidence.

2            You're not going to asked, you know, if he should

3    get any time or what time because, again, sentencing is up

4    to the Court if the jury finds the defendant guilty.

5            Even with that situation, you feel that your

6    beliefs would not permit you to serve as a juror in this

7    case?

8            THE PROSPECTIVE JUROR:  Yes.  I still feel the

9    same way.  Also, I have two daughters so in this case it

10   would probably hit home a bit and I might cry or get angry.

11   I don't know.

12           THE COURT:  Okay.  All right.

13           And you also indicate, because of the nature of

14   these charges, that you would feel that the defendant would

15   have to prove himself innocent if you were a juror in this

16   case.

17           I've already instructed as to the standard of

18   proof and et cetera.  You would have a problem following the

19   Court's instructions in that regard?

20           THE PROSPECTIVE JUROR:  Oh, no.  Maybe I

21   misunderstood the question.

22           THE COURT:  Okay.  So you wouldn't have a problem

23   in terms of the burden of proof and things of that sort but

24   it's just a philosophical belief insofar as the process of

25   reaching a verdict which you feel would be imposing some

1   sort of judgment?

2          THE PROSPECTIVE JUROR:  Yes, in a way, yes.

3          THE COURT:  Okay.  All right.

4          Let me ask.  Is there anything else we should know

5   about you before we decide whether or not you should serve

6   as a juror in this case?

7          THE PROSPECTIVE JUROR:  No.

8          THE COURT:  Okay.  At this point in time we'll

9   take a short ten-minute break and we'll continue on in about

10  ten minutes and we'll go today until about 5:15 and then

11  we'll stop at 5:15.

12         All right?  So let's take a ten-minute break at

13  this point in time.

14              *(The jurors exited the courtroom.)*

15                     **(Recess.)**

16   *(The following was held outside the prospective jurors'*

17                     *presence:)*

18         MS. RICHMOND:  Before you bring the jury, can we

19  discuss something?

20         THE COURT:  Let's wait.  We have to -- let me ask

21  the reporter.  Are you ready?

22         THE COURT REPORTER:  Yes.

23         MS. RICHMOND:  It's incredibly brief.

24         The woman who came into the courtroom is my

25  sister.  I went out to speak with her after this and I said:

```
 1   Did you wave to me?  And she said no.
 2         My sister is also an attorney.  She knows the
 3   rules of the Court and she said:  I purposely didn't wave to
 4   you.  She also told me that who I believe is Christie
 5   O'Connor who's the defense attorney's supervisor asked my
 6   sister who she was, if she was with the prosecution, if she
 7   was an agent, if she knew what the trial was about and my
 8   sister said:  Yes, I know what the trial is about.  I'd like
 9   to be here.  And apparently Ms. O'Connor made remarks to her
10   to the effect that she shouldn't be here and that she should
11   leave.
12         THE COURT:  Umm, I don't know what you expect of
13   the Court.  I mean, you put it on the record.  That's fine.
14   But, again, I already indicated that I denied the motion
15   from the defense so it's irrelevant.
16         MS. RICHMOND:  I'm only putting it on the record,
17   Your Honor, one, because I feel my own personal integrity
18   was impugned and, two, just to make a crystal clear
19   record --
20         THE COURT:  Okay.
21         MS. RICHMOND:  -- that was zero impropriety.
22         THE COURT:  All right.  That's fine.
23         MR. MANI:  May I also make a point on the record
24   understanding the Court's ruling?
25         When I walked in, I didn't look at who all the
```

*Day 1 of Jury Trial, May 16, 2023*

1    people were and I think they would have been prospective

2    jurors because there were a lot of them.

3            And I don't do this lightly but I did see my

4    counterpart, I think, holding the toddler in front of the

5    prospective jurors.  I just wanted to state that for the

6    record.

7            THE COURT:  Sorry.  I don't understand what you're

8    saying.  You saw your counterpart?  Who's your counterpart?

9            MS. RICHMOND:  He's referring to me.

10           THE COURT:  Oh.

11           MS. RICHMOND:  So when I went back to get my

12   sister, my nephew reached out for me and I picked him up.  I

13   believe that's what he's referring to.  I think they're

14   trying to lay some kind of record but --

15           THE COURT:  Let me just ask.  The jury wasn't in

16   the courtroom at that time, was it?

17           MS. RICHMOND:  No.  It was some jurors out in the

18   hallway.

19           THE COURT:  Okay.

20           You know, I understand that, you know, people make

21   observations but I'm not basing any sort of, you know,

22   conclusion of a tainted jury or something of that sort.  It

23   just doesn't rise to the level.

24           MS. RICHMOND:  I understand you're not, Your

25   Honor.  The only reason I'm putting this on the record so

1   vociferously is I smell an appeal here; and I think what

2   they're trying to do is essentially insinuate that I somehow

3   set up this ploy to bring my nephew and endear the jury or

4   somehow caused them to think differently, and I just want to

5   be clear for the appeal.

6           THE COURT:  You're going to need more than a child

7   to endear yourself to the jury.

8           MS. RICHMOND:  Okay.  Understood, Your Honor.

9           THE COURT:  All right.

10          *(The prospective jurors entered the courtroom.)*

11          THE CLERK:  You may be seated.

12          THE COURT:  All right.  We're at Juror 39.  Let me

13  ask Juror 39.  Do you wish a sidebar?

14          THE PROSPECTIVE JUROR:  Sure.

15          THE COURT:  You want a sidebar?  Okay.  Great.

16          Let me have counsel at sidebar.

17           *(The following was held at the bench:)*

18          THE PROSPECTIVE JUROR:  Hi, Your Honor.  How are

19  you doing today?

20          THE COURT:  I'm fine.  You'll have to wait for the

21  attorneys who are walking so slow.

22          THE PROSPECTIVE JUROR:  Understood.

23              *(Pause in the proceedings.)*

24          THE COURT:  All right.  Let me ask.  Who do you

25  work for?

```
1            THE PROSPECTIVE JUROR:  I work for a small

2    family-on recruiting firm.

3            THE COURT:  Okay.

4            THE PROSPECTIVE JUROR:  And we recruit fire, life

5    safety, and security industry.

6            THE COURT:  Okay.  Thank you.

7            And you indicate that you had a niece who was

8    given a date-rape drug and was hospitalized as a result but

9    no one was ever found accountable.

10           THE PROSPECTIVE JUROR:  Correct.

11           THE COURT:  That's one situation.  And then you

12   also have another situation where you had a brother-in-law

13   who was accused by family member, I guess, of molestation or

14   something of that sort?

15           THE PROSPECTIVE JUROR:  Correct.

16           THE COURT:  And there was no charges ever filed?

17           THE PROSPECTIVE JUROR:  None.

18           THE COURT:  What is your opinion, if you have an

19   opinion about that situation?  In other words, do you feel

20   that there was a basis for the claim or you feel there's no

21   basis or what?

22           THE PROSPECTIVE JUROR:  There were two nephews

23   involved.

24           THE COURT:  Okay.

25           THE PROSPECTIVE JUROR:  And one thought that
```

1   something occurred and the other said nothing did.  And I

2   think that it caused a separation in the family and, after a

3   decent amount of time, everyone spoke their piece and then

4   it was just let go.

5           THE COURT:  Okay.  But let me just ask.  When you

6   say there were two nephews that were involved, in other

7   words, was the supposed -- in other words, how long ago was

8   the brother-in-law who was accused by a family member?

9           THE PROSPECTIVE JUROR:  How old?

10          THE COURT:  How old was he at the time?

11          THE PROSPECTIVE JUROR:  Probably 50.

12          THE COURT:  Okay.  And the nephews, how old were

13  they?

14          THE PROSPECTIVE JUROR:  They were young teens, 13,

15  14.

16          THE COURT:  Okay.  13, 14.  So one of the

17  13-year-olds or one of the teenagers accused the

18  brother-in-law of sexual misconduct?

19          THE PROSPECTIVE JUROR:  Correct.

20          THE COURT:  And the other one said it did not

21  happen?

22          THE PROSPECTIVE JUROR:  Right.  They were both

23  present.

24          THE COURT:  Okay.  They were both present?

25          THE PROSPECTIVE JUROR:  Correct.

```
 1              THE COURT:  Okay.  And the nephews were brothers?
 2              THE PROSPECTIVE JUROR:  They were not.  They were
 3    cousins.
 4              THE COURT:  Oh, they were cousins.  Okay.
 5              THE PROSPECTIVE JUROR:  Correct.
 6              THE COURT:  And so nobody could figure out -- and,
 7    obviously, the brother-in-law denied it?
 8              THE PROSPECTIVE JUROR:  Of course.
 9              THE COURT:  Okay.  And I said:  Do you have an
10    opinion?  You don't have an opinion or you do have an
11    opinion or you just say:  Nobody will ever know.
12              THE PROSPECTIVE JUROR:  I said my prayers over it
13    and said, you know, I can't come to my own conclusion.  I
14    wasn't there.
15              THE COURT:  Okay.  All right.
16              And do you think you'd be affected as a juror in
17    this case because of those two situations?
18              THE PROSPECTIVE JUROR:  I would like to believe
19    not.
20              THE COURT:  Okay.  So, in other words, you think
21    you could be fair even though you had those two experiences
22    happened to the family members?
23              THE PROSPECTIVE JUROR:  Of course.
24              THE COURT:  Okay.  Now, you also indicate that --
25    well, I think some of your questions actually are very
```

1    similar to the other ones that the jurors have answered

2    except for those two major things.

3            Let me just also ask.  You indicate you have

4    friends who are lawyers in the State of Ohio.

5            THE PROSPECTIVE JUROR:  Ohio.

6            THE COURT:  What type of law do they practice?

7            THE PROSPECTIVE JUROR:  Family law.

8            THE COURT:  Family law.  Okay.

9            THE PROSPECTIVE JUROR:  Yes.

10           THE COURT:  Do you know whether or not they ever

11   talked to you about a situation like child abuse or

12   something of that sort involving those family law cases that

13   he or she handled?

14           THE PROSPECTIVE JUROR:  No.

15           THE COURT:  No?

16           THE PROSPECTIVE JUROR:  None.

17           THE COURT:  Okay.  All right.  I'll ask if there

18   are questions from counsel.

19           MS. RICHMOND:  Nothing from the government.

20           THE COURT:  Anything from the defense?

21           MR. MANI:  Just one question.

22           THE PROSPECTIVE JUROR:  Yes.

23           MR. MANI:  And you, I guess you examining the

24   images having to weigh the evidence, would the incident

25   involving the two nephews from before, do you think it would

1  trigger some memories or something that you may not be able

2  to get past?

3          THE PROSPECTIVE JUROR:  I think I could be fine.

4          MR. MANI:  Sure.  Understood.

5          THE COURT:  Okay.  Anything else?

6          MS. RIVERA:  No.

7          MS. RICHMOND:  No.

8          THE COURT:  Thank you very much.

9          THE PROSPECTIVE JUROR:  Thank you.

10    *(The following was in the prospective jurors' presence:)*

11          THE COURT:  All right.  Juror No. 40.

12          Now, you indicated at one point in time you were

13  interested in law enforcement as a career; is that correct?

14          THE PROSPECTIVE JUROR:  Correct.

15          THE COURT:  And you actually were a police cadet

16  and you actually worked I guess for the city -- Pasadena

17  City College in that capacity?

18          THE PROSPECTIVE JUROR:  Correct.

19          THE COURT:  Okay.  But then eventually at some

20  point of time you decided to go on to a different direction.

21  At this point in time you're kind of like an editor --

22          THE PROSPECTIVE JUROR:  Or a film editor.

23          THE COURT:  -- in TV or movies; is that correct?

24          THE PROSPECTIVE JUROR:  Yes.

25          THE COURT:  Okay.  Now, obviously, when you were a

1    cadet, you had some training in regards to all sorts of

2    different areas of police procedures and things of that

3    sort; is that correct?

4              THE PROSPECTIVE JUROR:  Yes.

5              THE COURT:  Did you ever have any contact with

6    anything that would relate to the area of either sexual

7    abuse or child pornography or anything of that sort while

8    you were a police cadet?

9              THE PROSPECTIVE JUROR:  No.

10             THE COURT:  No?  Okay.

11             Now, you also indicate that you would find the

12   nature of this case especially troublesome because it

13   involves children and things of that sort; is that correct?

14             THE PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Do you think you could put those

16   concerns out of your mind and weigh the evidence in this

17   case impartially and fairly for both sides in this case?

18             THE PROSPECTIVE JUROR:  I think so.

19             THE COURT:  You think to?  Okay.

20             Now, because of the fact that at one point in time

21   you were interested in law enforcement and because of the

22   fact you have friends and relatives who are in law

23   enforcement, do you think that you would wind up favoring

24   the government at all since the government -- their

25   witnesses are going to primarily be law enforcement related?

```
 1              THE PROSPECTIVE JUROR:  I mean, I think I might
 2    tend to lean that way but I would also need to hear what
 3    they're --
 4              THE COURT:  Sorry?
 5              THE PROSPECTIVE JUROR:  I think I would tend to
 6    lean that way but I would also need to hear what's the, you
 7    know, what is being said.
 8              THE COURT:  Okay.  When you say you might lean
 9    that way --
10              THE PROSPECTIVE JUROR:  Yeah.  I think I might --
11              THE COURT:  In other words --
12              THE PROSPECTIVE JUROR:  I don't really favor but I
13    think I could be impartial in that.
14              THE COURT:  Okay.  So in other words, you could
15    weigh the testimony of law enforcement witnesses --
16              THE PROSPECTIVE JUROR:  I can weigh the testimony.
17              THE COURT:  -- the same as non-law enforcement
18    witnesses?
19              THE PROSPECTIVE JUROR:  Yeah, I think I could
20    weigh it, you know, what's being presented.
21              THE COURT:  Okay.
22              All right.  Let me ask.  Is there anything else we
23    should know about you before we make a decision as to
24    whether or not you should be a juror in this case?
25              THE PROSPECTIVE JUROR:  No.
```

1          THE COURT:  Okay.  All right.  Let me ask then.

2          Juror No. 41.  You indicate that your sister

3    reported an abuse in college; is that correct?

4          THE PROSPECTIVE JUROR:  She didn't report it.

5          THE COURT:  Oh, she didn't report it?

6          THE PROSPECTIVE JUROR:  No.

7          THE COURT:  Okay.  But she experienced it?

8          THE PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Okay.  Did she tell you why she didn't

10   report it?

11         THE PROSPECTIVE JUROR:  I just found out about it

12   last weekend so I didn't ask many questions so I don't know

13   the full story.

14         THE COURT:  Okay.

15         And, again, you've indicated that because of the

16   fact that in this particular situation there are three

17   victims, that you might have a problem because of the fact

18   of the number of victims involved in this case.

19         But let me ask.  Again, you know, even though

20   there are three alleged victims in this case, the government

21   will have to prove the case as against each of the alleged

22   victims and, you know, so the fact there are three as

23   opposed to one as opposed to ten doesn't make any difference

24   for purposes of the case.

25         In other words, the burden is always on the

1  government, never shifts from the government, and the

2  government has to prove the elements as to each of the

3  alleged victims.  Do you understand that?

4          THE PROSPECTIVE JUROR:  Yes.

5          THE COURT:  So do you think the fact that just

6  because there is supposedly allegedly three victims, that

7  the defendant is more likely to be guilty than not guilty?

8          THE PROSPECTIVE JUROR:  No.  I think I

9  misunderstood the question.

10          THE COURT:  Okay.  All right.

11          And let me ask.  Is there anything else you think

12  we should know about you before we decide whether or not you

13  should be a juror in this case?

14          THE PROSPECTIVE JUROR:  No.

15          THE COURT:  All right.

16          Then as to Juror No. 42.  Let me ask.  You

17  indicate that your wife or partner or significant other is

18  involved in a WIC program?

19          THE PROSPECTIVE JUROR:  Yeah.  She works in the

20  WIC program, my ex-wife.

21          THE COURT:  Okay.  What is that?

22          THE PROSPECTIVE JUROR:  It's -- it stands for

23  Woman, infant, and children like for low income family.

24  They need help like milk, cheese, and all that stuff.

25          THE COURT:  Okay.  So in other words, she provides

1    aid and things of that sort to women who are in need of, you

2    know, food or shelter and things of that sort?

3            THE PROSPECTIVE JUROR:  Yes.

4            THE COURT:  Okay.  All right.

5            And, again, in this particular matter, on the

6    question as to whether or not, you know, you -- do you

7    believe that given the charges against defendant he must

8    prove his innocence?  You originally checked off "yes" but

9    then your explanation is:  I have to see all the facts and

10   evidence.

11           So in other words, you understand that, again, the

12   burden is always on the government to prove the case beyond

13   a reasonable doubt so the defendant does not have any

14   obligation to prove himself innocent.

15           You understand that; right?

16           THE PROSPECTIVE JUROR:  Yes, sir.

17           THE COURT:  And you can follow that instruction?

18           THE PROSPECTIVE JUROR:  Yes, yes.

19           THE COURT:  Okay.  All right.

20           And I think those are all the questions I had.

21   Let me ask.  Is there anything we should know about you that

22   you want to tell us before we decide whether or not you

23   should be a juror in this case?

24           THE PROSPECTIVE JUROR:  No.

25           THE COURT:  No?  Okay.  Thank you.

```
 1              And then as to Juror No. 43.  Let me ask
 2    Juror No. 43.  Do you want a sidebar?
 3              THE PROSPECTIVE JUROR:  Yes, please.
 4              THE COURT:  Okay.  Let me have a sidebar with
 5    counsel.
 6              (The following was held at the bench:)
 7              THE COURT:  All right.  Let me ask just a quick
 8    question before we start the other aspects of your
 9    responses.
10              You work with basically the homeless involving HUD
11    homeless situations so, you know, you process their
12    applications and things of that sort; is that correct?
13              THE PROSPECTIVE JUROR:  Yes, Your Honor.
14              THE COURT:  Okay.  And the specific incidents that
15    I think is the basis for this sidebar is that you had
16    indicated you had a friend from college and she was abused
17    by her uncle; is that correct?
18              THE PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Okay.  And something about the -- the
20    uncle was excommunicated from the family.  Let me ask.  Was
21    it a situation where in that particular case was there a
22    report made to the police?
23              THE PROSPECTIVE JUROR:  I'm not sure if he was
24    reported to the police or not.
25              THE COURT:  Okay.
```

*Day 1 of Jury Trial, May 16, 2023*

220

1          THE PROSPECTIVE JUROR:  They just said that he

2     left.  He left the country or something.

3          THE COURT:  Okay.  So in other words, after the

4     accusation was made, he just simply disappeared?  He left

5     the country --

6          THE PROSPECTIVE JUROR:  Yes.

7          THE COURT:  -- and nobody has ever heard from him

8     since?  Is that the situation?

9          THE PROSPECTIVE JUROR:  I'm not sure.

10         THE COURT:  You're not sure?  Okay.

11         Then you also said that -- you said you have an

12    uncle on your mother's side was and still is a pedophile.

13         THE PROSPECTIVE JUROR:  Yes.

14         THE COURT:  So was he ever charged?

15         THE PROSPECTIVE JUROR:  No.

16         THE COURT:  Okay.  Do you know any of the people

17    that he supposedly raped?

18         THE PROSPECTIVE JUROR:  He raped his daughters.

19         THE COURT:  He raped both his daughters?

20         THE PROSPECTIVE JUROR:  He had three daughters.

21         THE COURT:  Three daughters.  Okay.

22         THE PROSPECTIVE JUROR:  They are dead.  All three

23    of them are dead.

24         THE COURT:  Okay.  And you feel that they either

25    committed suicide or became addicted to drugs because of the

*Day 1 of Jury Trial, May 16, 2023*

1  maltreatment or mistreatment by the --

2          THE PROSPECTIVE JUROR:  I watched them do drugs

3  when I was a kid.

4          THE COURT:  Okay.  And you attributed that to the

5  fact that they were molested when they were younger.

6          THE PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Okay.

8          And because of those experiences, you're saying

9  that you could not be a fair juror in this case given the

10 subject matter; is that correct?

11         THE PROSPECTIVE JUROR:  Umm, yes.

12         THE COURT:  Okay.  You kind of hesitated.  You

13 think maybe you could be fair or --

14         THE PROSPECTIVE JUROR:  I'm not sure.  I'd have to

15 see.  I'm not sure.

16         THE COURT:  Okay.  The problem is that, you know,

17 if you were on a jury, if you were on this jury, you can't

18 have like, you know, doubts about whether or not you could

19 be fair because, you know, actually you're going to be

20 weighing the evidence and so if it's a situation where you

21 feel for one reason or another you're not going to be able

22 to weigh the evidence, you know, dispassionately and

23 logically, then you're basically -- one side or the other is

24 going to be deprived of a fair and impartial jury because,

25 again, we have to have jurors who have no preconceived

1    notions, have no ax to grind and things of that sort.

2            So let me ask you.  In your heart of hearts --

3    and, again, this is just what you really think, what you

4    really believe in regards to yourself.

5            If you feel you would have some doubts as to your

6    fairness, that's entirely understandable if you have that so

7    let me ask.

8            When push comes to shove, in the end, do you feel

9    you could be completely fair to both sides in this case or

10   do you feel that you would have some self -- you know, I

11   don't want to say "doubts" but you'd have some problems in

12   this case which would cause you to favor one side over the

13   other?

14           THE PROSPECTIVE JUROR:  Umm, I feel like I could

15   be fair.

16           THE COURT:  You feel like you could be fair?

17           THE PROSPECTIVE JUROR:  Yes.

18           THE COURT:  Okay.

19           You also indicate that, you know, in regards to

20   just adult pornography, you're saying that the person who

21   views adult pornography is not of sound mind and as such

22   they should seek help.

23           I was just wondering whether you meant that as

24   your answer to the question above which was as to child

25   pornography.  In other words, do you feel that --

```
1              THE PROSPECTIVE JUROR:  I think I misinterpreted
2    that.
3              THE COURT:  Okay.
4              THE PROSPECTIVE JUROR:  People who view adult
5    pornography as long as they're adults and it's consensual.
6              THE COURT:  Okay.  So you have no problem with
7    that.
8              THE PROSPECTIVE JUROR:  No.
9              THE COURT:  But as to child pornography you think
10   those people are sick and they should seek help?
11             THE PROSPECTIVE JUROR:  Yes.
12             THE COURT:  All right.  Let me ask.  I have no
13   other questions.  Let me ask the attorneys.  Do you have any
14   questions?
15             MS. RICHMOND:  I apologize.  I'm not -- let me
16   know if you need me to speak up.  So you mention that you
17   think people who view child pornography are sick.
18             That said, do you understand that the defendant is
19   presumed innocent in this case and you can't bring any of
20   those feelings to this trial to evaluate the evidence in
21   this case?
22             THE PROSPECTIVE JUROR:  I understand.
23             MS. RICHMOND:  So you could still be fair and
24   impartial?
25             THE PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Any questions from defense?
 2              MR. MANI:  Yes, Your Honor.  I have a few
 3    questions.
 4              You mentioned that I guess earlier you had some
 5    doubts but you feel you could be fair now.  If you weigh the
 6    evidence and sort of, you go into deliberations and you see
 7    that other jurors are thinking a certain way, do you think
 8    you could -- you could evaluate the evidence on your own
 9    merits or would you just adopt, you know, the tenor of the
10    deliberation room?
11              THE PROSPECTIVE JUROR:  I believe I can evaluate
12    it on my merits.
13              THE COURT:  All right.  Any other questions?
14              MS. RIVERA:  No.
15              MS. RICHMOND:  No.
16              THE COURT:  Thank you very much.
17      (The following was in the prospective jurors' presence:)
18              THE COURT:  All right.  Juror No. 44, let me ask.
19    Who does your wife work for?
20              THE PROSPECTIVE JUROR:  My husband works.
21              THE COURT:  Your husband.
22              THE PROSPECTIVE JUROR:  Yeah.  He works for Nine
23    Count.  It's a start-up.
24              THE COURT:  Okay.  All right.
25              What does he exactly do?
```

```
 1                  THE PROSPECTIVE JUROR:  It's just a tech start-up,
 2    works with social media apps, gaming apps.
 3                  THE COURT:  Okay.
 4                  And you indicate your grandfather was stabbed?
 5                  THE PROSPECTIVE JUROR:  Yep.
 6                  THE COURT:  What was the situation?
 7                  THE PROSPECTIVE JUROR:  Random mugging.
 8                  THE COURT:  Okay.  Did he suffer serious injuries?
 9                  THE PROSPECTIVE JUROR:  Emergency surgery but
10    otherwise fine.
11                  THE COURT:  Okay.  Did the person who perpetrated
12    the crime, was he or she ever caught?
13                  THE PROSPECTIVE JUROR:  Not to my knowledge.
14                  THE COURT:  Okay.  That's all I have.
15                  Let me ask.  Is there anything you think we should
16    know about you before we make a decision as to whether or
17    not you should be a juror in this case?
18                  THE PROSPECTIVE JUROR:  Nope.
19                  THE COURT:  All right.  Let me ask.  Any questions
20    from the prosecution?
21                  MS. RICHMOND:  Yes, Your Honor, just a few for
22    Juror No. 34.
23                  You indicated that you have a bias towards DOJ
24    because you feel DOJ and FBI is corrupt; is that correct?
25                  THE PROSPECTIVE JUROR:  A little more than bias.
```

1    It's the nature of what they have been doing.  What they

2    have done in the past few months or past few years.

3              MS. RICHMOND:  So we're DOJ attorneys.  Do you

4    have a bias toward us?

5              THE PROSPECTIVE JUROR:  I don't know you.

6              MS. RICHMOND:  But do you have a bias not towards

7    as individuals but just as being DOJ attorneys?

8              Do you have a bias towards DOJ attorneys?

9              THE PROSPECTIVE JUROR:  It's more critical in the

10   past years.

11             MS. RICHMOND:  So do you think that would affect

12   your impartiality, meaning you couldn't really be fair?

13             THE PROSPECTIVE JUROR:  I would have to listen to

14   what you have to say and try to do my best but I might be

15   leaning, yes.

16             MS. RICHMOND:  You might be lending towards the

17   defense?

18             THE PROSPECTIVE JUROR:  Correct.

19             MS. RICHMOND:  In a way that would maybe be unfair

20   to the prosecution because you wouldn't really be giving us

21   a fair shake?

22             THE PROSPECTIVE JUROR:  Correct.

23             MS. RICHMOND:  Nothing further, Your Honor.

24             THE COURT:  All right.  For the defense?

25             MS. RIVERA:  Thank you, Your Honor.

```
 1            All right.  So I want to talk about the or I want
 2   to ask you questions about how you view the presumption of
 3   innocence and you'll receive an instruction from the Court
 4   about this.
 5            So Mr. Stella is accused in this case of three
 6   counts of the production of child pornography but you'll
 7   hear that he's actually already pleaded to the possession of
 8   child pornography.
 9            You know, I don't know if any of you knew that but
10   what I want to know is what, if anything, that tells you
11   about -- I'd like to direct this question I guess for now to
12   Ms. Krenkel.  I think it's No. 28.
13            What, if anything, that tells you about the
14   production charges that are issue here?
15            MS. RICHMOND:  Your Honor, the government is going
16   to object on the basis that the prospective juror shouldn't
17   be asked questions about evidence that has not yet been
18   submitted to them.
19            THE COURT:  I'll allow you to attempt to rephrase
20   the question to the juror.
21            MS. RIVERA:  I'll do my best, Your Honor.
22            I guess, you know, does the fact that, Ms.
23   Krenkel, that Mr. Stella is entitled to presumption of
24   innocence as to each and every of the three counts of
25   production of child pornography, that he's entitled to that
```

228

1  presumption as to each count?  Does that sit right with you?
2  How do you feel about that?
3        THE PROSPECTIVE JUROR:  There has been no evidence
4  or nothing has been presented so I can't make a judgment
5  based on anything other than what is presented in court.
6        MS. RIVERA:  Is there is anybody who might find it
7  difficult to afford Mr. Stella the presumption of innocence
8  as to each of the three production counts that he's been
9  charged with and that he's standing trial for?
10        *(A prospective jurors responded.)*
11        MS. RIVERA:  Okay.  All right.  Could you tell me
12  a little bit why -- how you feel about that?
13        THE PROSPECTIVE JUROR:  I don't know but I feel
14  like production and possession are evil.
15        MS. RIVERA:  Okay.  And so because you think the
16  charges are inherently evil, you'd have a difficult time
17  affording him the presumption of innocence as to each of the
18  charges?  Is that what you're saying?
19        THE PROSPECTIVE JUROR:  I would be leaning toward
20  guilty.
21        MS. RIVERA:  Okay.  Thank you for sharing that.
22        Is there anybody else might have an inclination or
23  a leaning towards -- well, who might have a difficult time
24  affording Mr. Stella the presumption of innocence as to each
25  of the three charges?

 1                    *(No response.)*

 2          MS. RIVERA:  No?  Okay.  All right.

 3          Then I want to talk briefly I want to get your

 4   feelings on the burden of proof in this case.  So you've

 5   heard, I think, repeatedly that Mr. Stella is not -- well,

 6   he's not required to testify in his own defense.

 7          Is there -- well, I'm actually talking about the

 8   right to silence.  Is there anybody in this prospective jury

 9   pool who thinks that if they were charged with a crime, if

10   they were facing trial, they would absolutely without a

11   doubt take the stand and defend themselves?  They would

12   testify.

13          MS. RICHMOND:  Objection, Your Honor.  It's

14   improper to ask the jury to put themselves in the

15   defendant's shoes.

16          THE COURT:  You can attempt to rephrase the

17   question.

18          MS. RIVERA:  Does anybody believe that a defendant

19   who's standing trial should take the stand in his own

20   defense?

21                *(The prospective jurors responded.)*

22          MS. RIVERA:  Okay.  Is there anybody else or is

23   there only one?

24              *(Two prospective jurors responded.)*

25          MS. RIVERA:  Okay.  Okay.  Thank you.

1          Mr. Ng, I see you.  I'm sorry.  I've forgotten
2    your name but could you tell me a little bit about what is
3    it --
4          THE PROSPECTIVE JUROR:  Michael Peters.
5          MS. RIVERA:  Okay.  Mr. Peters, could you tell me
6    a little bit how you feel about that?
7          THE PROSPECTIVE JUROR:  Me personally, I demand
8    that every man should speak for himself.  If they're just
9    letting the lawyers and everyone do everything for him, to
10   me it may be an inkling of guilt not to speak up.
11         MS. RIVERA:  Uh-huh.  Okay.  And so in your eyes,
12   if a defendant does not take the stand and testify in his
13   own defense, you said you'd be feeling an inkling of guilt.
14         THE PROSPECTIVE JUROR:  Yes.  Because he's under
15   oath and he's not saying anything what the oath means.
16         MS. RIVERA:  Uh-huh.  And so is that the type of
17   thing you would take into consideration if you were
18   deliberating as a juror on this case?
19         THE PROSPECTIVE JUROR:  Definitely.
20         MS. RIVERA:  Okay.  All right.  Thank you,
21   Mr. Peters.
22         Ms. Sloane or Ms. Anderson, excuse me, could you
23   tell me a little bit about whether you agree with Mr. Peters
24   or whether that -- how that resonates with you?
25         THE PROSPECTIVE JUROR:  I agree with that as well.

1          MS. RIVERA:  Is there anything you'd want to add

2     in you are own words related to that?

3          THE PROSPECTIVE JUROR:  I just know that I would

4     give my evidence.

5          MS. RIVERA:  I appreciate that.

6          So your sense is a defendant who is standing

7     trial, very serious trial, should be testifying in his own

8     defense?

9          THE PROSPECTIVE JUROR:  Yes.

10         MS. RIVERA:  Is that the type of thing that would

11    affect your considerations if you were a juror in the case?

12         THE PROSPECTIVE JUROR:  Yes.

13         MS. RIVERA:  Okay.  Okay.  And so if a defendant

14    did not testify in his own defense, you wouldn't be able to

15    take that out of the equation if you were -- if you were

16    deliberating on the case; is that right?

17         THE PROSPECTIVE JUROR:  I would try but it would

18    be difficult to do.

19         MS. RIVERA:  Okay.  So you think it would be hard

20    but the question isn't would it be hard.  The question is

21    would you truly be able to be one hundred percent neutral

22    and not allow that to affect your consideration?

23         THE PROSPECTIVE JUROR:  I don't know.  But I would

24    try.

25         MS. RIVERA:  Okay.  And, again, there are no right

1    or wrong answers here.  The real -- the only right answer is

2    the true answer right now; and so, you know, all you need to

3    do is say how you're feeling about this.

4            So, Mr. Hovig -- I think -- did you also raise

5    your hand?

6    *(The prospective juror indicated in the affirmative.)*

7            MS. RIVERA:  And could you tell me how -- well,

8    whether you agree with Mr. Peters and Ms. Anderson that a

9    defendant facing trial in a very serious trial that he

10   should testify in his own defense?

11           THE PROSPECTIVE JUROR:  Yes, he should.

12           MS. RIVERA:  Okay.

13           THE PROSPECTIVE JUROR:  To get his side of it.

14           MS. RIVERA:  And why do you feel that way?

15           THE PROSPECTIVE JUROR:  Because I would want to

16   present my side of it in my own words.

17           MS. RIVERA:  And is that the type of thing where

18   if a defendant did not testify in his own defense, you

19   wouldn't be able to not allow that to affect your

20   consideration of the case?

21           THE PROSPECTIVE JUROR:  It would be cross my mind.

22           MS. RIVERA:  It would be in the back of your mind

23   if you were deciding the case?

24           THE PROSPECTIVE JUROR:  Yes.

25           MS. RIVERA:  And you wouldn't be able to leave

1    that?

2                THE PROSPECTIVE JUROR:  It would be there.

3                MS. RIVERA:  Okay.  Okay.  Thank you for that.

4                And then -- sorry.

5                    *(Pause in the proceedings.)*

6                MS. RIVERA:  Was there anybody else who agreed or

7    felt similarly to Mr. Peters, Mr. Hovig, and Ms. Anderson

8    with respect to whether a defendant should testify in his

9    own defense?

10               Mr. Ng, could you tell me -- could you tell me in

11   your own words how that's affecting you, how that's sitting

12   with you?

13               THE PROSPECTIVE JUROR:  I would like to hear what

14   they said.  It makes sense for him to testify, as far as to

15   judge his testimony, whether he's telling the truth, I

16   think.  But I understand the law says he doesn't have to do

17   it.  I get that.  But there is definitely a bias without

18   that extra.

19               MS. RIVERA:  So what I'm hearing you say is that

20   you would have a bias against a defendant who doesn't take

21   the stand and testify in his own defense?

22               THE PROSPECTIVE JUROR:  Yes, I would.

23               THE COURT:  Counsel, you have one more minute.

24               MS. RIVERA:  Mr. Snyder, could you tell me in your

25   own words how you feel about that?

1          THE PROSPECTIVE JUROR:  Yeah.  I kind of agreed

2    because I'm thinking:  Why wouldn't you defend yourself?

3    And I'm already thinking right now why wouldn't the guy want

4    to stand up and speak in his own words.  Something is wrong.

5          MS. RIVERA:  I appreciate that.  And so are you

6    saying that if you were chosen -- well, if a defendant did

7    not testify in his own defense, you wouldn't be able to set

8    that aside that that would be in the back of your mind?

9          THE PROSPECTIVE JUROR:  Correct.

10          MS. RIVERA:  Thank you.

11          THE COURT:  All right.  Let me have counsel --

12          MS. RICHMOND:  Your Honor, may the government use

13    the remainder of its time to ask one follow-up question to

14    the entire venire?

15          THE COURT:  All right.

16          MS. RICHMOND:  Thank you.

17          To all the people who just answered the defense

18    counsel in this case, if the judge instructed you that as a

19    matter of law you are not to consider the defendant's

20    silence, would you be able to follow that instruction

21    despite your own personal feelings about what you think you

22    might do if were you charged with a crime?

23          Could you raise your hand if you do not think you

24    would be able to follow the judge's instruction to not at

25    all consider the defendant's silence?

1          *(A prospective juror responded.)*

2          MS. RICHMOND:  Mr. Ng.

3          Is there anybody else?

4          THE PROSPECTIVE JUROR:  Can you rephrase the

5   question?

6          MS. RICHMOND:  Sure.  If the judge told you, you

7   can't consider the defendant's silence.  No matter what you

8   might think or feel or do, if you were the one put on trial

9   in this case in a court of law, you cannot consider the

10   silence, would you be able to follow the judge's order and

11   not consider the silence?

12          THE PROSPECTIVE JUROR:  No.

13          THE COURT:  Sorry.  You said, Mr. Peters, you said

14   you could not do that?

15          THE PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Okay.  Thank you.

17          MS. RICHMOND:  Thank you, Your Honor.

18          THE COURT:  What about the two jurors?  Let me ask

19   Jurors Nos. -- I'm so bad with numbers these days.  It think

20   it was Juror Nos. 40 and and 41.

21          If I were to give you an instruction that you

22   could not, if the defendant elects not to testify, even

23   though you yourself feel that if were you charged similarly

24   you would testify, if I were to instruct you that if the

25   defendant elects not to testify, you cannot consider that

1   for any purpose in your deliberations?

2        Do you think you could follow that instruction?

3        THE PROSPECTIVE JUROR:  I would do my best but

4   that would be in the back of my mind.

5        THE COURT:  Back of your mind.

6        Juror 41, back of your mind?

7        THE PROSPECTIVE JUROR:  Yes.

8        THE COURT:  All right.  Thank you.

9        Okay.  Let me have counsel at sidebar.

10       *(The following was held at the bench:)*

11       THE COURT:  Counsel at sidebar?

12       *(Pause in the proceedings.)*

13       THE COURT:  All right.  For-cause challenges from

14  the government?

15       MS. ALLSOP:  The government has one for-cause

16  challenge, Juror No. 34.  The basis of that challenge is

17  that he stated that he believes DOJ and the FBI is corrupt;

18  and then when asked by my colleague if he would be able to

19  evaluate our case fairly and impartially, he stated that he

20  would lean against DOJ because --

21       THE COURT:  Okay.  Any objection to the for-cause

22  challenge as to 34?

23       MS. RIVERA:  No, Your Honor.

24       THE COURT:  Okay.  I'll grant it.

25       And any others from government?

```
 1              MS. ALLSOP:  From the government, no, Your Honor.

 2              THE COURT:  All right.

 3              From the defendant?

 4              MS. RIVERA:  Mr. Ng.  I think it's Juror 23,

 5   Mr. Ng.

 6              THE COURT:  No, he's Juror No. -- oh, you're

 7   right.  He's No. 23.  Yeah.

 8              MS. RIVERA:  He indicated that --

 9              THE COURT:  Let me stop you.  Is there any

10   objection?

11              MS. ALLSOP:  No objection.

12              THE COURT:  For cause granted.

13              All right.  Next.

14              MR. MANI:  Your Honor, No. 26.

15              MS. ALLSOP:  No objection.

16              THE COURT:  26.  26 is Mr. McCarthy?

17              MR. MANI:  Mr. Peters.

18              THE COURT:  Oh, Peters.  Yeah.  No objection?

19              MS. ALLSOP:  No objection.

20              THE COURT:  Okay.  Anyone else?

21              MR. MANI:  Number 35, I believe Mr. Snyder.

22              THE COURT:  No.  Oh, sorry.  Yeah.

23              MS. ALLSOP:  No objection.

24              THE COURT:  Yeah, that's fine.

25              MR. MANI:  And No. 37, Ms. Calpita.
```

```
 1              MS. ALLSOP:  No objection.

 2              THE COURT:  Wait a second.  37.  Why?

 3              MS. RIVERA:  Among other things she said that

 4    logically I understand it but emotionally I couldn't follow

 5    the instructions.

 6              THE COURT:  Which one?

 7              MS. RIVERA:  I believe she said that I think with

 8    respect to -- my notes are a little jumbled to be honest,

 9    Your Honor, but I think she was saying that with respect to

10    whether the charges needed to be proven false by the

11    defendant.  I'm not sure but I wrote down this quote.

12              MS. ALLSOP:  There is no objection but just to

13    make it clear for the record, she was discussing the abuse

14    that her sister had endured.  And she said because of that

15    abuse she would not be able to be neutral with respect to

16    this case so the government does not object.

17              THE COURT:  Okay.  All right.  So Juror No. 37.

18    All right.  Which other ones?

19              MR. MANI:  The next No. 40, Mr. Menakian.

20              MS. ALLSOP:  No objection.

21              THE COURT:  All right.  And --

22              MR. MANI:  Number 41, Ms. Anderson.

23              THE COURT:  All right.  Any objection?

24              MS. ALLSOP:  No objection.

25              THE COURT:  Okay.  Any others?
```

```
 1              (Pause in the proceedings.)

 2              MR. MANI:  And one question of clarification, Your

 3    Honor.  My apologies.  I just want so understand.  When we

 4    move to peremptories next, do we only use them for people in

 5    the box or from 17 to 22 that are seated?

 6              THE COURT:  They're going to be put in the box in

 7    the order of where they were originally seated.  They're

 8    going to be put in the order so you know who they are.

 9              MS. RIVERA:  So we're filling the holes and then

10    exercising the peremptories?

11              THE COURT:  We're putting -- you're going to be

12    exercising peremptories now.  You've already exercised your

13    for-cause challenges.  So they're going to be put in the

14    order in which they're numbered sequentially.

15              MS. RIVERA:  And then the peremptories are

16    exercised?

17              THE COURT:  How else would they be done?

18              MS. RIVERA:  It wasn't clear.  Sorry, Your Honor.

19              THE COURT:  I don't understand.  When you say --

20              MS. RIVERA:  If I could just explain.  It wasn't

21    clear to me whether the Court expected us to exercise the

22    remaining peremptories with respect --

23              THE COURT:  The jurors are going to be put in

24    order so you will know.  There're not going to be any holes.

25    They're going to be put in order.  Okay?  So, therefore, you
```

 1   can count from 1 to 12, I presume, so you'll know how it's

 2   done.

 3          MR. MANI:  Understood.  Thank you.

 4    *(The following was in the prospective jurors' presence:)*

 5          THE COURT:  All right.  At this point in time let

 6   me thank and excuse the following jurors.  Let me thank and

 7   excuse Juror No. 23.  Could you please go back to the jury

 8   room -- is the jury room still open, Javier?

 9          THE CLERK:  No, it's not.

10          THE COURT:  Well, you've been excused from this

11   matter.  Thank you very much.  Should he give you his badge?

12          THE CLERK:  Yes.

13          THE COURT:  Okay.  Let me ask you to give your

14   badge to my clerk.  You're excused from this matter.

15          *(The prospective juror exited the courtroom.)*

16          THE COURT:  Let me thank and excuse Juror No. 26.

17   Could you just give your badge to my clerk?

18          *(The prospective juror exited the courtroom.)*

19          THE COURT:  And -- oh, also for those jurors who

20   are leaving, if you need anything for your employer, you can

21   contact the jury room tomorrow and they will give you

22   whatever you need.  Okay?  Thank you.

23          Juror No. 34, thank you very much.  You're excused

24   from this matter.  Could you just give your badge to my

25   clerk.

1          *(The prospective juror exited the courtroom.)*

2               THE COURT:  Juror No. 35, thank you very much.

3    You're excused from this matter.

4          *(The prospective juror exited the courtroom.)*

5               THE COURT:  Juror No. 37, you're excused from this

6    matter.  Thank you.  Just give your badge to my clerk.

7          *(The prospective juror exited the courtroom.)*

8               THE COURT:  Juror No. 40, thank you very much.

9    You're excused from this matter and give your badge to my

10   clerk.

11         *(The prospective juror exited the courtroom.)*

12              THE COURT:  And then Juror No. 41, thank you very

13   much.

14         *(The prospective juror exited the courtroom.)*

15              THE COURT:  And so what I want the jurors, if you

16   could stand from your seats, go back and stand toward the

17   rear of the room and then let me have the jurors back.

18              Let me ask Javier.  Do you have the order in

19   which --

20              THE CLERK:  Yes.

21              THE COURT:  Okay.

22              I think we start with Juror No. 1.  I have Juror

23   No. 1, 2, and 3; is that correct?

24              THE CLERK:  Yes.

25              THE COURT:  Juror No. 1, sit in the first seat.

1    You're going to be starting anew.

2              THE CLERK:  So it will be Ruby De Casas followed

3    by Kristie Genzel.

4              Kathleen Heydon.

5              Trevor Nash.

6              Mimi Choi.

7              Shi Wang.

8              Maria Brown.

9              Joann Levandoski.

10             Salvador Salcedo.

11             Anna Bernard.

12             And Derrick Alesevich.

13             Then we have Freebird Deem.

14             Daniel McCarthy.

15             Natalie Escobedo.

16             Taylor Krenkel.

17             Marcos Gonzalez.

18             Keep on going?

19             THE COURT:  Yes.

20             THE CLERK:  Dennis Argueta.

21             Edward Shields.

22             Ethan Turnbull.

23             Richard Rocca Priore.

24             Duane Larkey.

25             THE COURT:  This is Ms. Birdine.

1          THE CLERK:  Sorry.  Gregory Snyder.

2          THE COURT:  No, Snyder has been excused.

3          THE CLERK:  Okay.  So Duane Larkey and Jennifer

4    Calpito.

5          THE COURT:  No.  Jennifer was excused and Ms. Shum

6    was excused.  I think the next one is Birdine.

7          THE CLERK:  Yes, Charnell Birdine.

8          THE COURT:  Actually, why don't you start sitting

9    in -- not that row because it's full.  Just sit in the front

10   row there.  Yes.  Just go all the way to the end.

11         THE CLERK:  Michele Sammartino.

12         Arnulfo Osongco.

13         Kelsey Quates.

14         And Peter Kummerfeldt.

15         THE COURT:  All right.  I think the government

16   gets the next opportunity to exercise a peremptory.

17         Let me ask the government.  Does the government

18   wish to exercise a peremptory?

19         MS. ALLSOP:  Your Honor, may we have please have a

20   moment.

21         THE COURT:  Sorry?

22         MS. ALLSOP:  May we please have a moment, Your

23   Honor.

24         THE COURT:  Sure.

25         MS. ALLSOP:  Thank you.

244

1          *(Government counsel conferred.)*

2          MS. ALLSOP:  Your Honor, at this time the

3    government would like to thank and excuse Juror No. 18.

4          THE COURT:  All right.  Thank you very much,

5    Juror No. 18.  Would you please go back to the jury room and

6    tell them you've been excused from this matter.  That's

7    Ms. Levandoski; is that correct?

8          THE PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Okay.  Thank you very much.  Just give

10   my clerk your badge.  Thank you.

11         *(The prospective juror exited the courtroom.)*

12         THE COURT:  And for the defense?

13              *(Pause in the proceedings.)*

14         MS. RIVERA:  Oh, sorry.  We would like to thank

15   and excuse Juror No. 19.

16         THE COURT:  Thank you very much, Juror No. 19.

17   Would you please go down to the jury room and tell them

18   you've been excused in this matter.

19         *(The prospective juror exited the courtroom.)*

20         THE COURT:  And for the government?

21         MS. ALLSOP:  The government would like to thank

22   and excuse Juror No. 24.

23         THE COURT:  Thank you very much, Juror No. 24.

24   Could you please go back to the jury room and tell them

25   you've been excused from this matter.

1           *(The prospective juror exited the courtroom.)*

2                THE COURT:  And for the defendant?

3                MS. RIVERA:  We'd like to thank and excuse Juror

4      who's new No. 15, Ms. Krenkel, I believe.

5                THE COURT:  All right.  Thank you very much.

6      Could you please go back to the jury room and tell them

7      you've been excused from this matter.

8           *(The prospective juror exited the courtroom.)*

9                THE COURT:  And for the government?

10               MS. ALLSOP:  The government would pass at this

11     time, Your Honor.

12               THE COURT:  All right.

13               And for the defense?

14               MS. RIVERA:  May I have one moment, Your Honor?

15               THE COURT:  Sure.

16               MS. RIVERA:  Thank you.

17          *(Defense counsel conferred.)*

18               MS. RIVERA:  The defense will pass, Your Honor.

19               THE COURT:  All right.  Then we have our jury.

20     That would be Jurors -- let's see -- 1, 2, 3, 4, 5, 6, 7, 8,

21     9, 10, 11, 12.  Those will be the jurors in the box; is that

22     correct at this point?  There should be twelve of them in

23     number.

24               MS. ALLSOP:  Yes, Your Honor.

25               THE COURT:  All right.  Let me ask those jurors to

1   stand and be sworn in.  You are our jury in case.

2          MS. RICHMOND:  Your Honor, are we picking

3   alternates after?

4          THE COURT:  Yes.  We pick the alternates after I

5   swear in the jury panel.

6                          **JURORS SWORN**

7          THE CLERK:  Please raise your right hand.

8          Ladies and gentlemen, do you and each of you

9   solemnly swear that you will well and truly try the cause

10  now before this Court and a true verdict therein render

11  according to the evidence and the instructions of the Court,

12  so help you God?

13         THE JURORS:  I do.

14         THE CLERK:  Thank you.

15         THE COURT:  Let me have counsel at sidebar for a

16  moment.

17          *(The following was held at the bench:)*

18         THE COURT:  Let me ask counsel.  Can you guys

19  agree on two alternates?  You can pick them from any of the

20  available jurors and you can also pick the order in which

21  they're going to be called in.  I'll give you a minute and a

22  half to decide.

23            *(Counsel conferred.)*

24         THE COURT:  You have 30 seconds.  Have you chosen?

25         MS. RIVERA:  Yes.

```
 1              MS. RICHMOND:  We do.  We didn't pick in order.

 2              THE COURT:  You need to choose in order or you can

 3   just say we'll decide later on and you can either do it by a

 4   flip of a coin later on or by agreement later on or however

 5   you want to do.

 6              MS. RICHMOND:  Sure.  We'll decide later on.

 7              THE COURT:  Is that all right to decide later on?

 8              MS. RIVERA:  Yes.

 9              THE COURT:  Who are the alternates you want?

10              MS. RICHMOND:  32 and 44.

11              THE COURT:  Okay.  32 and 44.

12     (The following was in the prospective jurors' presence:)

13              THE COURT:  Let me ask Jurors No. 32 and 44, could

14   you stand.  You are our alternate jurors in this matter.

15              Let me have the clerk swear in the alternate

16   jurors.

17              THE CLERK:  Okay.

18              THE COURT:  32 and 44.

19                        ALTERNATE JURORS SWORN

20              THE CLERK:  Gentlemen, please raise your right

21   hand.

22              Do you solemnly swear that you will well and truly

23   try the cause now before this Court as an alternate juror

24   and a true verdict therein render according to the evidence

25   so help you God?
```

```
 1              THE ALTERNATE JURORS:  I do.

 2              THE CLERK:  Thank you.

 3              THE COURT:  All Right.  Let me have the alternate

 4   jurors and the regular jurors, can you follow my clerk?

 5   He's going to show you where the jury room is and he's going

 6   to show you a couple of things; and then once that's done,

 7   you can leave and we'll start tomorrow at 8:30.

 8              Remember when you're on these breaks, do not

 9   discuss this case with anyone.  Do not do any independent

10   research.  Have a very pleasant evening.  Drive safely.

11              And when you come back tomorrow, you'll come into

12   the jury room.  We'll be buzzing you in when you arrive in

13   the morning.  Although don't come before -- let's say -- if

14   you come in at 8:30, don't come in before 7:45 because that

15   might be a little too early.

16              But from 7:45 on, we should have somebody there to

17   let you be buzzed in.  All right.  So you could just follow

18   my clerk and he'll show you where the jury room is and he'll

19   tell you all that stuff.

20              And let me ask all the other jurors.  I'm going to

21   release you at this point in time.  All I need for you to do

22   is just take your badges and just -- you see where my clerk

23   is right now?  In that corner of his deck, just deposit your

24   badges there and then you are excused from this matter and,

25   again, if you need anything for your employer, just contact
```

1    the jury room and they will send whatever you need to you

2    for your employer.

3              Thank you very much for showing up.

4                   *(Pause in the proceedings.)*

5              THE COURT:  All right.  Yes.  Just right there.

6    Thank you.

7                   *(Pause in the proceedings.)*

8              THE COURT:  Thank you.  Thank you.  Bye.  And

9    thank you and thank you.  Have a nice evening.

10    **(The remaining** *prospective jurors exited the courtroom.)*

11              THE COURT:  Let me have counsel -- you guys show

12    up tomorrow at 8:20.  All right?  And if you need to set up

13    however you might want to set up.  If you have things like

14    connections, setup, come earlier.  But if you just don't

15    have anything, we'll start at 8:20.  Okay?

16              All right.  Thank you.  Have a nice evening.

17              MS. ALLSOP:  Thank you, Your Honor.

18              THE COURT:  Oh, one last thing.  Can I get a

19    stipulation that the government keeps the originals of the

20    jury questionnaire forms?  I'm not going to include them in

21    the record.

22              I will just indicate that they have been saved by

23    the government and the government will produce them if

24    necessary.

25              Can I get a stipulation to that effect?

```
 1              MS. RICHMOND:  From the government, yes.

 2              MS. RIVERA:  And from the defense, Your Honor.

 3              THE COURT:  Thank you.

 4              Have a very nice evening, everybody.

 5              MS. RICHMOND:  Oh, I'm sorry, Your Honor.  I think

 6    actually you still have the originals.  Do you want us to

 7    take those now or just later?

 8              THE COURT:  Oh, I shouldn't have had the originals

 9    because I wrote all over them.  I presume you made copies so

10    I will treat the copies as if they were originals.  That's

11    not going to be a problem.

12              MS. RICHMOND:  Yes.  We have copies that haven't

13    been touched because I wrote everything on stickies.

14              THE COURT:  Thank you.

15              MS. RICHMOND:  So we'll keep those.

16              THE COURT:  All right.  Thank you.

17              (At 5:31 p.m. proceedings were concluded.)

18

19                              -oOo-

20

21

22

23

24

25
```

**CERTIFICATE**

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  June 2, 2023

/s/ _____

PAT CUNEO, OFFICIAL REPORTER
CSR NO. 1600

Case 2:21-cr-00338-GW    Document 215    Filed 06/12/23    Page 252 of 282    Page ID
#:2355

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**MR. MANI: [23]** 53/20
53/23 54/5 127/10
129/5 146/3 146/12
159/13 159/18 159/22
206/23 212/21 212/23
213/4 224/2 237/14
237/17 237/21 237/25
238/19 238/22 239/2
240/3
**MS. ALLSOP: [62]**
53/10 53/18 54/20
76/18 76/21 76/24 77/2
77/5 77/8 77/13 87/15
87/19 87/22 88/3 88/10
88/13 89/11 115/22
121/15 142/3 142/18
143/2 143/25 144/25
145/9 145/13 145/16
145/19 146/15 159/12
159/21 160/14 161/1
161/10 161/19 162/5
168/4 169/22 170/3
170/24 171/11 176/4
176/7 182/8 236/15
237/1 237/11 237/15
237/19 237/23 238/1
238/12 238/20 238/24
243/19 243/22 243/25
244/2 244/21 245/10
245/24 249/17
**MS. RICHMOND: [92]**
4/11 6/3 6/7 6/15 6/17
7/1 7/12 8/12 8/22 9/3
9/9 10/3 11/4 11/8
11/18 11/21 12/5 20/4
20/10 27/3 27/9 29/8
31/16 36/21 40/24 43/5
43/8 44/18 45/4 46/3
46/8 46/14 46/18 54/24
55/9 62/12 62/15 62/20
62/23 63/16 72/10
111/6 111/15 111/18
147/13 148/9 148/13
149/11 155/23 175/24
176/12 176/24 185/1
200/20 201/21 202/17
205/18 205/23 206/16
206/21 207/9 207/11
207/17 207/24 208/8
212/19 213/7 223/15
223/23 224/15 225/21
226/3 226/6 226/11
226/16 226/19 226/23
227/15 229/13 234/12
234/16 235/2 235/6
235/17 246/2 247/1
247/6 247/10 250/1
250/5 250/12 250/15
**MS. RIVERA: [224]**
4/16 7/21 8/14 9/10
10/1 10/8 11/13 12/7
24/16 24/24 26/24

31/17 34/18 37/1 39/10
39/17 39/19 39/23
39/25 40/2 40/23 44/17
45/3 45/8 46/4 46/7
46/11 46/13 53/13
54/19 72/11 72/14
72/18 72/21 72/23 73/2
73/4 73/7 73/10 73/24
74/2 74/4 74/7 74/9
74/11 74/14 74/19
74/25 75/5 75/9 75/21
76/2 76/7 76/11 76/16
88/14 88/21 88/25 89/4
89/9 89/13 89/15 89/23
111/3 111/5 111/17
114/21 115/6 115/10
115/13 115/16 121/17
121/24 122/5 122/8
122/12 122/16 125/8
125/11 137/8 142/8
142/15 142/24 143/10
144/19 144/21 145/3
145/5 145/11 145/15
145/18 145/22 145/24
146/14 146/19 146/22
147/1 147/5 147/12
147/23 148/5 148/16
148/19 148/22 148/24
149/1 149/17 149/20
150/11 150/21 150/24
151/17 152/2 152/14
152/21 153/6 153/10
153/14 153/20 153/24
154/3 154/10 154/16
154/21 154/24 155/6
155/11 155/14 155/20
155/25 156/12 156/16
156/21 156/25 160/18
161/4 161/14 161/23
162/9 167/3 168/8
168/12 168/15 168/19
168/23 169/4 169/7
169/11 169/16 169/20
169/23 170/7 170/14
170/19 171/13 176/2
182/11 183/3 183/12
183/23 184/4 184/9
184/17 200/22 200/24
201/4 201/17 201/23
202/8 202/12 202/15
202/21 203/3 213/6
224/14 226/25 227/21
228/6 228/11 228/15
228/21 229/2 229/18
229/22 229/25 230/5
230/11 230/16 230/20
231/1 231/5 231/10
231/13 231/19 231/25
232/7 232/12 232/14
232/17 232/22 232/25
233/3 233/6 233/19
233/24 234/5 234/10
236/23 237/4 237/8
238/3 238/7 239/9

239/15 239/18 239/20
244/14 245/3 245/14
245/16 245/18 246/25
247/8 250/2
**THE ALTERNATE
JURORS: [1]** 248/1
**THE CLERK: [36]** 4/5
4/23 12/1 12/21 12/24
13/19 13/22 14/3 37/14
53/5 55/16 55/19 55/22
57/12 112/6 112/9
112/14 141/22 162/22
203/7 208/11 240/9
240/12 241/20 241/24
242/2 242/20 243/1
243/3 243/7 243/11
246/7 246/14 247/17
247/20 248/2
**THE COURT
REPORTER: [1]**
205/22
**THE COURT: [1054]**
**THE JURORS: [1]**
246/13
**THE PROSPECTIVE
JUROR: [825]**
**THE PROSPECTIVE
JURORS: [2]** 14/2
19/8
**UNIDENTIFIED
FEMALE: [1]** 12/18

**'**

**'06 [3]** 73/3 74/1 74/2
**'40s [1]** 173/14
**'90s [1]** 180/7

**-**

**-oOo [3]** 4/2 53/2
250/19

**/**

**/s [1]** 251/15

**1**

**10 [9]** 11/17 58/19 99/1
161/24 161/25 170/5
170/16 171/2 245/21
**10:17 [1]** 52/14
**11 [9]** 58/20 99/22
106/3 142/3 142/7
142/14 160/5 176/20
245/21
**11:00 [1]** 33/24
**12 [22]** 8/17 58/20
106/2 106/6 122/25
123/14 123/15 123/18
123/21 123/25 124/5
147/6 147/7 147/10
148/3 162/10 162/12
170/5 170/16 170/25
240/1 245/21
**13 [10]** 3/3 20/13 58/22
58/23 107/21 145/5

145/8 160/8 210/14
210/16
**13-year-olds [1]**
210/17
**130 miles [1]** 41/12
**14 [8]** 3/4 58/24 112/16
119/12 145/11 160/8
210/15 210/16
**14th [1]** 13/14
**15 [3]** 58/24 115/25
245/4
**15 minutes [1]** 11/17
**15-minute [1]** 111/22
**16 [12]** 1/19 4/1 8/17
53/1 55/14 55/17 55/18
58/24 63/4 63/4 68/22
117/15
**16-second [1]** 7/14
**1600 [3]** 1/21 251/3
251/16
**16th [3]** 22/24 25/9
63/5
**17 [9]** 58/25 109/2
122/18 145/15 147/9
160/9 199/16 199/20
239/5
**1782 [1]** 1/24
**18 [6]** 11/6 58/25
125/13 146/3 244/3
244/5
**19 [8]** 58/25 63/7 63/8
129/25 130/1 137/18
244/15 244/16
**19th [5]** 14/16 22/25
25/15 26/2 26/2
**1:00 [7]** 6/12 6/12
31/22 49/7 50/20 50/24
52/8
**1:10 [1]** 53/1
**1st [1]** 26/15

**2**

**20 [5]** 58/25 130/1
134/2 145/18 160/9
**2010 [2]** 102/4 105/10
**2018 [3]** 13/13 13/14
13/14
**2023 [4]** 1/19 4/1 53/1
251/10
**20s [1]** 177/23
**21 [2]** 58/25 137/12
**21-338-GW [1]** 1/8
**213-894-1782 [1]** 1/24
**22 [11]** 55/18 56/2
56/19 57/11 59/1 63/12
89/19 138/11 162/17
162/21 239/5
**22nd [1]** 26/4
**23 [5]** 163/24 164/9
237/4 237/7 240/7
**23rd [1]** 26/5
**24 [4]** 163/25 171/15
244/22 244/23
**246 [1]** 3/6

**247 [1]** 3/7
**24th [1]** 26/5
**25 [3]** 164/1 172/25
173/1
**251 [1]** 1/17
**26 [7]** 164/2 172/25
174/13 237/14 237/16
237/16 240/16
**27 [2]** 164/3 177/2
**28 [4]** 164/4 179/14
227/12 251/4
**29 [2]** 164/5 185/10
**2:32 [1]** 112/5

**3**

**30 [5]** 38/10 38/16
164/5 185/24 246/24
**31 [2]** 164/6 187/8
**312 [1]** 2/5
**31st [1]** 26/15
**32 [7]** 164/6 182/12
190/2 247/10 247/11
247/13 247/18
**321 [1]** 2/8
**33 [5]** 164/7 187/25
190/9 191/3 191/6
**34 [8]** 164/7 191/4
191/5 191/9 225/22
236/16 236/22 240/23
**35 [5]** 38/16 164/7
193/23 237/21 241/2
**350 [1]** 1/22
**36 [2]** 164/7 196/22
**37 [8]** 164/7 197/19
203/6 203/6 237/25
238/2 238/17 241/5
**38 [4]** 164/7 203/7
203/8 203/8
**39 [3]** 164/8 208/12
208/13
**3:30 [1]** 201/7

**4**

**40 [7]** 132/7 132/10
164/8 213/11 235/20
238/19 241/8
**41 [6]** 164/8 216/2
235/20 236/6 238/22
241/12
**42 [2]** 164/8 217/16
**43 [3]** 164/8 219/1
219/2
**4311 [1]** 1/23
**44 [6]** 164/8 224/18
247/10 247/11 247/13
247/18
**46 [2]** 55/16 62/25
**4:04 [1]** 201/7

**5**

**50 [1]** 210/11
**50.1 [1]** 82/18
**51 [1]** 107/2
**56 [1]** 3/5

**5**

**5:15 [2]** 205/10 205/11
**5:31 [1]** 250/17
**5th [2]** 13/13 13/13

**7**

**753 [1]** 251/4
**7:00 [1]** 42/22
**7:45 [2]** 248/14 248/16

**8**

**80 miles [1]** 41/15
**83 [1]** 39/13
**8:00 [1]** 37/17
**8:20 [2]** 249/12 249/15
**8:30 [6]** 38/8 38/13
38/13 38/14 248/7
248/14
**8:40 [1]** 38/17
**8:45 [1]** 38/17
**8:52 [2]** 1/19 4/1

**9**

**90012 [3]** 1/23 2/5 2/9

**A**

**a.m [3]** 1/19 4/1 52/14
**Aarons [1]** 188/12
**ability [4]** 45/9 45/10
48/22 154/12
**able [54]** 7/23 7/25 8/8
9/21 17/10 22/19 23/3
23/14 25/1 26/19 28/13
31/7 37/21 39/14 40/19
42/10 42/11 50/14 56/6
56/11 88/5 88/5 89/5
91/11 95/15 104/19
109/14 110/1 111/11
113/17 115/18 124/18
125/4 150/6 151/6
151/9 152/9 169/1
179/23 184/18 189/16
202/9 213/1 221/21
231/14 231/21 232/19
232/25 234/7 234/20
234/24 235/10 236/18
238/15
**about [145]** 5/23 10/15
13/7 17/13 24/17 28/12
34/13 34/15 38/10
43/20 43/21 44/25 45/9
45/10 47/15 48/15
48/17 50/15 50/15
51/21 55/16 60/7 62/7
64/17 64/18 65/13
65/16 65/25 66/3 68/1
68/2 68/22 71/18 74/21
75/9 75/10 76/5 78/15
79/16 82/2 84/15 91/17
92/1 98/3 99/18 101/19
101/24 106/3 106/20
106/25 107/2 108/25
117/10 118/18 118/18
119/20 121/18 121/20
126/10 129/12 129/17
129/19 130/6 130/8
130/25 131/5 131/12
133/23 134/15 134/23
135/10 135/16 136/7
136/19 138/6 139/7
140/24 141/4 141/16
141/17 146/23 152/16
152/20 153/16 156/1
165/18 166/25 172/20
174/4 177/3 177/16
178/18 179/10 180/17
182/19 182/23 183/5
183/11 184/11 184/19
185/18 187/3 187/15
187/22 188/3 189/23
190/3 190/24 192/19
193/19 195/12 197/15
198/14 200/5 201/13
205/5 205/9 205/10
206/7 206/8 209/19
212/11 215/23 216/11
217/12 218/21 219/19
221/18 225/16 227/1
227/2 227/4 227/11
227/13 227/17 228/2
228/12 229/7 230/2
230/6 230/23 232/3
233/25 234/21 235/18
**above [2]** 222/24 251/7
**above-entitled [1]**
251/7
**absolutely [6]** 28/7
87/19 148/22 168/22
182/24 229/10
**abuse [22]** 65/17 66/1
72/19 76/4 79/7 97/2
97/3 99/24 105/18
118/20 122/1 127/20
170/15 177/12 178/5
191/11 191/13 212/11
214/7 216/3 238/13
238/15
**abused [5]** 110/14
121/22 191/23 194/25
219/16
**abusive [1]** 199/3
**academy [1]** 191/15
**accept [3]** 95/1 171/7
192/14
**access [1]** 7/17
**accident [1]** 113/24
**accommodate [6]**
38/17 38/18 46/16
46/20 193/11 193/13
**according [2]** 246/11
247/24
**accordingly [1]** 182/3
**accountable [1]** 209/9
**accounting [3]** 197/5
197/8 197/9
**accusation [1]** 220/4
**accused [10]** 80/13
80/14 135/14 135/16
135/20 202/5 209/13
210/8 210/17 227/5
**across [2]** 15/10 73/20
**action [3]** 86/12 107/3
123/9
**acts [1]** 61/3
**actual [3]** 10/23 11/9
63/25
**actually [37]** 8/15
15/14 18/1 27/9 30/8
30/13 42/1 44/12 45/8
47/19 47/22 64/10 66/9
80/22 80/25 81/2 90/17
93/9 99/7 103/12 173/2
174/17 175/15 190/2
194/9 195/16 196/10
202/9 203/12 211/25
213/15 213/16 221/19
227/7 229/7 243/8
250/6
**add [2]** 195/15 231/1
**addicted [1]** 220/25
**addition [3]** 15/2 171/3
171/3
**additional [1]** 21/11
**address [6]** 18/25
31/20 117/6 117/7
149/4 202/21
**addressed [1]** 180/7
**ADITHYA [2]** 2/8 4/18
**ADITHYA MANI [2]** 2/8
4/18
**administration [2]**
101/9 116/8
**administrator [1]** 61/4
**admitted [1]** 94/20
**admonition [1]** 54/25
**adopt [1]** 224/9
**adult [12]** 99/3 99/5
99/8 166/8 170/9
174/25 174/25 175/6
175/15 222/20 222/21
223/4
**adults [1]** 223/5
**adventuresome [1]**
51/15
**affect [14]** 69/18
103/21 112/21 117/3
117/6 117/8 128/13
130/20 172/1 177/4
226/11 231/11 231/22
232/19
**affected [10]** 105/13
127/11 150/8 151/15
151/24 179/8 191/24
194/25 199/10 211/16
**affecting [1]** 233/11
**affirmative [2]** 13/4
232/6
**afford [5]** 15/25 35/15
36/17 36/22 228/7
**affording [2]** 228/17
228/24
**after [17]** 6/10 22/21
31/21 31/21 44/13
47/15 48/23 50/19
89/19 89/19 114/7
147/17 205/25 210/2
220/3 246/3 246/4
**afternoon [1]** 55/24
**afterward [1]** 108/21
**again [47]** 8/8 14/16
18/6 18/12 18/25 19/2
19/7 23/1 48/14 49/13
50/15 70/21 71/11 77/8
86/4 87/9 87/15 95/9
95/23 114/8 126/22
128/7 130/5 130/6
131/4 134/21 134/22
135/12 146/20 157/19
158/2 161/2 181/11
188/4 202/5 203/2
203/11 204/3 206/14
216/15 216/19 218/5
218/11 221/25 222/3
231/25 248/25
**against [27]** 71/9 83/9
83/12 84/10 85/1
104/12 105/18 105/24
107/4 107/6 128/4
133/12 133/17 136/13
136/16 142/6 142/19
143/12 144/6 153/4
153/5 158/12 158/19
216/21 218/7 233/20
236/20
**age [5]** 11/9 123/12
126/1 202/6 203/2
**agent [6]** 4/14 4/14 7/8
9/5 101/16 206/7
**agents [1]** 67/4
**ages [6]** 10/13 10/21
10/22 10/23 10/24
122/24
**ago [52]** 8/5 9/13 68/22
73/24 74/2 79/16 79/17
100/15 109/3 132/10
199/6 199/7 199/18
199/21 210/7
**agree [10]** 50/3 54/2
60/24 94/25 144/14
156/17 230/23 230/25
232/8 246/19
**agreed [3]** 159/20
233/6 234/1
**agreement [2]** 154/22
247/4
**Ah [1]** 174/14
**ahead [1]** 148/23
**ahold [1]** 56/6
**aid [1]** 218/1
**Alberty [1]** 57/23
**Aleman [1]** 163/3
**Alesevich [4]** 58/8
63/12 63/15 242/12
**all [345]**
**allegations [5]** 10/24
70/8 124/8 125/2
136/10
**alleged [5]** 122/1
136/21 216/20 216/21
217/3
**allegedly [1]** 217/6
**alleges [1]** 13/12
**allow [7]** 30/8 39/1
46/21 193/9 227/19
231/22 232/19
**allowed [1]** 50/23
**ALLSOP [2]** 2/3 4/13
**almost [3]** 35/22 94/11
199/15
**alone [2]** 102/16
158/11
**along [1]** 114/17
**alphabetical [3]** 27/18
32/13 37/12
**already [17]** 8/20 69/12
87/16 88/19 95/24
96/14 114/2 115/17
155/1 155/19 172/21
203/11 204/17 206/14
227/7 234/3 239/12
**also [109]** 6/14 10/6
14/13 15/19 16/5 16/11
16/16 17/15 24/6 26/18
36/21 38/2 40/2 41/18
42/12 43/3 49/9 51/3
51/16 51/23 51/25 52/2
54/7 55/13 57/1 61/17
64/7 66/8 66/21 70/10
70/18 70/25 71/21 76/3
77/18 79/22 83/1 85/20
86/23 87/22 91/1 91/1
95/20 96/17 97/1 97/14
98/7 101/3 103/18
105/22 110/13 110/19
110/22 111/8 112/19
114/2 116/15 116/16
118/14 121/1 127/4
128/18 129/10 130/5
131/3 132/6 132/19
139/12 140/5 140/21
140/22 144/4 144/8
147/6 159/2 165/1
167/20 170/12 170/12
177/7 178/23 180/4
180/14 188/2 189/15
191/22 192/3 192/24
194/24 195/3 199/3
199/14 200/13 204/9
204/13 206/2 206/4
206/23 209/12 211/24
212/3 214/11 215/2
215/6 220/11 222/19
232/4 240/19 246/20
**alternate [6]** 3/7
247/14 247/15 247/19
247/23 248/3
**alternates [4]** 246/3
246/4 246/19 247/9
**although [4]** 66/1
87/15 144/2 248/13

**A**

**always [18]**  5/6 45/25
56/23 75/17 83/2
113/13 113/14 129/2
147/7 157/16 176/23
186/16 194/6 194/6
196/7 196/13 216/25
218/12
**am [5]**  63/21 64/12
79/2 127/5 186/4
**ambiguous [1]**  133/7
**ambivalent [1]**  65/12
**AMERICA [1]**  1/6
**American [1]**  173/20
**among [2]**  11/22 238/3
**amount [1]**  210/3
**amplifiers [1]**  64/17
**Anaheim [1]**  30/2
**Anderson [8]**  44/2 44/3
46/15 163/15 230/22
232/8 233/7 238/22
**anew [1]**  242/1
**Angel [1]**  57/25
**Angeles [8]**  1/16 1/23
2/5 2/9 4/1 39/23 53/1
177/9
**Angelica [2]**  6/18 6/21
**anger [1]**  178/24
**angry [1]**  204/10
**Anna [2]**  58/7 242/11
**another [20]**  16/21
16/23 30/21 42/13
49/19 55/14 60/17 72/2
87/10 91/15 94/17 95/7
95/11 103/18 113/22
118/18 173/19 193/7
209/12 221/21
**answer [26]**  14/23
39/15 49/16 56/9 56/22
80/11 82/1 99/4 107/16
133/14 133/16 133/19
136/21 137/25 151/12
174/19 175/2 175/3
177/18 177/20 184/24
185/11 186/10 222/24
232/1 232/2
**answered [7]**  13/4
65/14 83/20 133/8
174/24 212/1 234/17
**answering [1]**  172/4
**answers [20]**  13/23
48/1 49/12 49/14 50/18
52/6 52/7 54/8 54/13
54/13 56/1 57/2 57/8
79/3 82/1 98/18 133/6
172/21 177/3 232/1
**anxiety [4]**  34/7 97/17
97/19 170/21
**anxious [2]**  97/15
109/25
**any [137]**  4/21 5/19
5/24 5/24 7/19 8/18
10/18 14/20 17/2 17/2

18/16 24/14 29/7 31/15
33/8 34/16 36/10 36/11
36/20 36/25 39/9 40/22
43/13 43/18 44/16
46/17 50/12 50/14
51/17 52/9 52/9 53/16
59/25 60/18 65/4 66/3
67/10 70/16 74/20
76/17 80/2 81/16 87/13
87/24 89/10 89/20 90/3
91/9 97/3 98/15 98/18
102/7 103/6 103/12
104/8 106/10 106/17
111/1 111/2 111/16
111/25 114/4 114/20
115/4 115/21 118/23
121/14 121/16 123/9
125/7 127/18 130/14
137/7 138/16 139/4
142/25 145/7 145/12
145/21 147/3 148/7
148/20 148/21 151/9
151/24 158/7 158/13
159/11 166/6 166/19
168/3 168/7 169/21
170/22 175/10 175/22
176/1 177/11 178/18
181/21 182/7 182/10
184/19 184/25 185/12
185/14 187/15 190/2
190/8 191/18 192/14
193/1 200/19 200/21
203/16 203/24 204/3
207/21 214/5 216/23
218/13 220/16 223/13
223/19 224/1 224/13
225/19 227/9 236/1
236/21 236/25 237/9
238/23 238/25 239/24
246/19 248/9
**anybody [29]**  18/16
18/20 36/11 55/2 57/6
114/24 115/13 120/4
128/2 129/14 150/4
150/9 151/4 151/4
152/3 153/7 153/11
156/9 156/13 158/6
159/5 183/18 228/6
228/22 229/8 229/18
229/22 233/6 235/3
**anyone [8]**  19/5 19/18
111/24 152/11 156/9
203/12 237/20 248/9
**anything [72]**  6/1 6/22
10/2 12/4 26/23 28/9
31/13 54/22 60/2 60/5
62/7 68/1 75/3 77/3
77/12 78/15 79/13 80/3
84/14 85/14 91/25 98/2
99/17 101/24 106/3
106/19 108/24 117/10
120/10 123/3 124/17
129/14 129/17 129/19
131/4 133/22 138/6

140/24 141/16 146/13
166/9 171/10 172/19
173/7 174/1 174/3
175/3 179/9 185/18
187/2 189/22 190/24
193/18 195/11 197/14
205/4 212/20 213/5
214/6 214/7 215/22
217/11 218/21 225/15
227/10 227/13 228/5
230/15 231/1 240/20
248/25 249/15
**anyway [3]**  55/4 57/2
174/2
**apart [2]**  35/22 165/14
**apologies [1]**  239/3
**apologize [6]**  9/5 80/10
132/11 176/8 187/18
223/15
**apparently [2]**  119/16
206/9
**appeal [2]**  208/1 208/5
**appear [1]**  33/23
**appearances [2]**  2/1
4/9
**appellate [2]**  188/17
188/18
**applications [1]**
219/12
**applied [1]**  95/23
**apply [4]**  95/5 182/3
195/24 203/13
**appointment [3]**  16/7
33/18 44/21
**appreciate [5]**  63/16
110/1 152/21 231/5
234/5
**approach [5]**  6/7 19/24
54/12 113/1 170/22
**appropriate [2]**  96/20
148/16
**approval [1]**  5/9
**apps [2]**  225/2 225/2
**April [1]**  13/13
**April 5th [1]**  13/13
**are [210]**  4/21 5/15
5/18 7/25 8/10 8/12
8/18 9/4 10/16 10/21
10/22 10/22 10/24 12/9
12/16 12/20 13/11
14/25 15/21 17/8 18/24
20/18 20/18 21/16
21/22 24/25 25/8 25/25
28/12 30/3 30/20 31/3
31/8 33/5 33/7 33/9
34/13 35/17 37/22
39/10 42/20 44/19
45/14 45/15 47/19
47/21 48/4 48/21 50/20
50/23 51/4 51/4 51/5
51/6 51/8 51/16 51/17
51/18 51/19 51/22
53/16 54/8 54/11 54/13
56/23 57/1 58/10 58/13

58/21 58/23 60/21
60/22 62/17 62/24
63/20 64/11 66/2 66/22
74/17 75/25 86/4 87/22
90/25 91/5 93/11 93/23
94/3 94/8 94/8 95/2
95/10 95/23 96/1 96/4
96/11 104/22 105/13
105/14 106/25 107/2
110/6 111/10 114/9
116/22 121/24 121/25
121/25 126/23 129/11
130/7 130/7 130/9
130/10 131/16 134/7
137/14 138/11 138/14
140/11 140/15 145/2
146/18 147/10 147/14
147/24 147/25 149/3
149/3 150/2 151/8
151/18 152/6 152/21
152/24 154/17 154/21
157/15 157/24 158/7
158/12 159/20 163/24
166/22 167/1 168/24
169/1 170/5 173/4
173/5 173/25 174/8
176/18 176/19 178/15
178/25 179/4 183/13
184/1 184/9 184/18
184/18 189/2 193/8
193/13 194/3 194/6
195/4 196/8 197/5
197/12 199/10 201/4
203/5 203/25 205/21
208/18 208/21 211/25
212/4 212/18 214/22
214/25 216/16 216/20
216/22 218/1 218/20
220/22 220/23 223/10
223/17 224/7 227/14
228/14 228/16 231/2
231/25 234/5 234/19
238/8 239/5 239/8
239/15 239/23 240/20
246/1 246/2 247/9
247/14 248/24
**area [12]**  103/23 116/8
131/6 140/6 140/7
140/10 164/24 164/25
179/19 191/19 197/7
214/6
**areas [4]**  104/8 171/16
171/19 214/2
**aren't [6]**  7/25 15/11
24/9 65/19 95/9 203/11
**argue [3]**  45/7 142/6
171/10
**Argueta [2]**  163/4
242/20
**argument [4]**  96/7
150/14 201/22 202/1
**arguments [2]**  21/4
25/21
**Armine [1]**  37/9

**Arnulfo [2]**  163/16
243/12
**around [12]**  42/8 50/24
51/5 52/1 68/12 68/13
68/15 73/8 115/3
119/10 125/21 151/25
**Arrange [1]**  116/10
**arrest [2]**  86/6 86/10
**arrested [5]**  67/16
132/19 133/2 177/23
178/19
**arresting [1]**  102/21
**arrive [1]**  248/12
**arts [1]**  187/25
**as [237]**  5/2 7/9 10/19
10/24 11/12 13/11
13/13 13/14 13/14
13/23 13/25 14/7 14/24
15/11 15/12 15/13
15/14 15/24 16/6 17/2
17/12 18/20 20/15
22/17 23/10 23/10
23/25 24/4 24/11 24/11
25/18 26/1 26/6 26/7
26/14 26/14 26/15
26/16 26/19 33/10
33/18 33/20 34/4 38/21
40/13 40/18 40/19
44/12 44/14 45/14
45/16 45/16 45/19 46/1
46/10 46/12 46/19
46/20 47/14 47/18
47/21 48/12 49/21 50/3
50/12 54/7 59/11 60/23
61/3 64/10 65/21 69/11
69/18 70/3 71/9 71/22
72/4 72/4 75/5 75/6
78/16 80/3 80/3 82/15
84/15 85/2 88/6 90/4
90/9 91/1 91/11 91/16
93/8 94/2 94/21 94/24
95/1 95/5 95/10 96/18
99/3 100/3 100/10
101/18 103/5 103/21
104/5 104/7 104/15
104/20 105/13 106/20
109/5 109/20 110/9
110/18 110/19 111/6
116/17 117/3 118/23
120/18 126/3 127/12
127/19 127/19 128/7
129/7 129/20 130/6
130/9 130/11 134/21
136/18 138/7 139/13
142/13 143/7 143/11
144/2 144/18 144/24
145/7 145/12 147/8
150/18 150/19 151/16
166/13 168/19 170/13
170/15 170/24 171/16
172/1 172/12 174/24
174/24 175/8 176/23
177/5 178/23 178/25
179/8 180/15 180/17

Case 2:21-cr-00338-GW    Document 215    Filed 06/12/23    Page 255 of 282    Page ID
#:2358

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**A**

**as... [71]** 180/18 181/2
181/8 181/14 185/12
185/14 185/19 186/14
187/4 188/4 189/18
189/23 191/13 191/24
193/1 193/7 193/25
194/16 195/4 195/12
197/11 197/11 197/11
197/13 197/13 197/15
199/10 199/21 200/13
203/1 203/10 203/18
204/6 204/17 204/24
205/6 209/8 211/16
213/13 215/17 215/23
216/21 216/22 216/23
217/2 217/16 218/6
219/1 222/5 222/21
222/23 222/24 223/5
223/5 223/9 225/16
226/7 226/7 227/24
228/1 228/8 228/17
228/24 230/18 230/25
233/14 233/14 234/18
236/22 247/23 250/10

**Ashly [3]** 57/23 170/11
170/14

**aside [12]** 115/18
118/22 138/5 140/17
146/4 150/6 151/6
151/9 151/25 171/16
184/19 234/8

**ask [203]** 4/20 7/19
9/20 12/3 12/9 14/20
17/2 17/15 18/19 19/2
20/14 22/17 22/23
24/14 27/5 28/19 29/7
30/6 30/11 30/12 33/3
33/9 33/15 34/16 36/20
37/23 39/9 40/12 41/14
41/21 41/23 42/6 43/4
44/11 44/16 45/2 48/24
49/6 52/9 53/7 54/9
54/11 56/3 56/21 56/23
56/24 57/8 59/2 59/12
60/5 60/14 60/18 61/9
61/9 61/11 67/25 68/6
68/10 68/17 69/4 72/8
78/11 80/10 84/19
84/24 85/14 86/23
87/13 87/15 89/20 90/6
91/25 92/5 92/7 93/4
95/13 97/2 97/22 98/2
98/11 98/17 99/9 99/17
103/19 103/25 104/14
106/2 106/7 106/9
106/19 107/21 107/25
111/1 112/25 113/6
113/11 114/2 114/20
117/2 117/9 121/14
121/19 122/18 123/12
123/24 125/6 125/13
127/1 128/5 128/20

130/4 131/8 132/17
133/22 135/13 137/7
137/18 138/5 141/15
141/20 141/21 142/1
142/5 144/23 145/6
146/7 146/16 148/7
149/9 150/13 150/19
151/1 157/2 157/3
158/16 162/16 162/19
164/9 165/8 166/19
167/6 168/2 171/15
172/19 174/1 174/13
174/16 174/23 175/22
176/4 177/17 178/8
178/17 179/9 179/14
181/6 182/7 185/18
187/2 188/11 189/16
192/25 193/17 193/23
195/11 196/22 197/14
205/4 205/20 207/15
208/13 208/24 210/5
212/3 212/17 215/22
216/1 216/12 216/19
217/11 217/16 218/21
219/1 219/7 219/20
222/2 222/7 223/12
223/13 224/18 225/15
225/19 227/2 229/14
234/13 235/18 240/13
241/18 243/17 245/25
246/18 247/13 248/20
**asked [28]** 30/7 30/10
31/3 65/19 66/2 66/4
90/2 93/15 96/12 128/8
133/11 146/4 150/22
151/23 151/23 159/16
168/23 168/24 169/5
180/20 180/20 187/15
203/12 203/24 204/2
206/5 227/17 236/18
**asking [10]** 14/6 20/25
45/24 67/4 110/4 150/2
150/8 150/11 150/15
166/22
**asks [1]** 107/2
**aspect [4]** 57/7 76/15
134/13 203/17
**aspects [2]** 113/8
219/8
**assault [3]** 80/13 80/14
144/2
**assaulted [4]** 80/13
81/14 81/21 110/15
**assess [1]** 169/3
**assessment [2]** 168/24
184/11
**Assignment [1]** 116/19
**assist [1]** 62/17
**assistant [2]** 2/4 6/18
**associated [1]** 201/19
**associations [1]**
187/17
**assume [1]** 87/24
**assumptions [1]** 181/2

**at [190]** 4/13 5/19 6/12
6/12 7/7 9/20 9/21
10/16 11/1 11/10 18/16
19/20 19/22 21/13
26/12 31/22 33/12
33/24 36/13 37/17 38/8
38/13 38/13 39/1 39/1
40/9 42/3 42/8 42/22
45/6 45/15 46/25 47/16
47/20 47/23 49/7 50/20
50/24 52/4 52/14 53/8
54/9 55/15 55/24 57/5
58/9 63/19 64/5 64/11
65/3 65/6 66/15 67/1
68/9 68/16 78/22 81/20
84/23 85/20 87/5 89/21
103/21 106/15 107/1
107/24 110/2 110/23
111/21 112/5 112/21
113/4 115/2 117/3
117/17 118/2 119/5
119/11 119/11 121/15
122/22 122/23 125/14
125/25 126/19 127/11
128/7 130/7 130/10
132/18 134/4 134/5
134/8 136/1 137/12
138/14 138/15 140/3
140/21 141/20 141/25
147/3 147/18 147/20
149/4 149/15 149/17
149/21 149/25 157/25
159/6 159/9 159/10
159/25 160/11 160/15
162/15 164/14 166/16
166/19 167/7 167/13
167/18 167/18 167/25
168/1 170/3 170/8
172/1 172/8 172/16
173/20 173/21 173/22
174/20 177/4 177/8
177/22 178/3 178/3
178/16 178/17 179/8
179/12 179/17 180/12
184/7 186/3 186/7
187/11 191/24 192/16
193/21 198/3 201/7
201/8 201/19 201/19
202/3 202/6 205/8
205/11 205/12 206/25
207/16 208/12 208/16
208/17 210/10 213/12
213/19 213/21 214/20
214/24 219/6 234/24
236/9 236/10 236/11
240/5 244/2 245/10
245/22 246/15 246/17
248/7 248/14 248/21
249/12 249/15 250/17
**attempt [2]** 227/19
229/16
**attend [2]** 78/23 90/12
**attention [4]** 9/25
40/15 175/4 201/18

**attorney [10]** 2/2 29/13
63/20 64/6 138/12
139/6 139/13 140/6
148/17 206/2
**attorney's [1]** 206/5
**attorneys [15]** 2/4
11/19 11/22 17/23
19/24 134/9 140/17
140/19 140/20 198/9
208/21 223/13 226/3
226/7 226/8
**attributed [1]** 221/4
**audience [4]** 12/9 18/6
163/21 202/3
**auditor [1]** 187/10
**aunt [1]** 98/23
**AUSA [1]** 4/13
**authorities [2]** 120/8
120/9
**automatically [3]** 56/25
181/1 181/20
**available [4]** 7/22 8/2
33/13 246/20
**aversion [4]** 113/7
166/5 168/16 179/19
**aware [2]** 74/17 99/23
**away [7]** 14/12 41/13
101/21 165/21 165/23
174/10 186/16
**awkward [1]** 119/24
**ax [1]** 222/1

**B**

**baby [2]** 201/6 201/17
**babysitter [2]** 35/14
35/15
**back [71]** 6/12 6/19 7/3
12/16 14/11 16/19
16/20 21/9 21/9 26/7
27/1 29/9 31/22 42/20
47/2 47/5 49/6 49/10
50/20 50/24 51/2 53/24
54/2 58/16 74/20 75/23
83/15 89/14 102/6
102/23 103/19 112/4
112/11 122/21 123/23
128/21 132/14 132/17
135/22 160/1 160/21
161/6 162/1 162/12
162/18 162/20 163/20
163/23 169/24 176/13
176/18 178/4 178/9
178/17 197/2 197/8
197/9 201/2 207/11
232/22 234/8 236/4
236/5 236/6 240/7
241/16 241/17 244/5
244/24 245/6 248/11
**back-end [3]** 197/2
197/8 197/9
**background [2]** 50/16
77/10
**bad [12]** 37/20 39/13
42/9 44/22 51/10 51/13

119/22 134/24 171/24
175/13 178/18 235/19
**badge [7]** 240/11
240/14 240/17 240/24
240/6 241/9 244/10
**badges [2]** 248/22
248/24
**badly [1]** 58/15
**bar [1]** 51/9
**base [1]** 171/9
**based [20]** 8/21 9/13
10/17 10/24 49/11
54/14 55/25 56/20 57/1
66/5 78/1 87/23 110/18
111/10 128/8 142/15
180/19 184/3 203/25
228/5
**basic [1]** 22/14
**basically [13]** 8/13 9/4
28/16 82/3 91/16 93/11
102/12 102/18 103/11
197/5 203/12 219/10
221/23
**basing [1]** 207/21
**basis [12]** 67/22 81/17
86/12 89/16 91/10
142/16 192/21 209/20
209/21 219/15 227/16
236/16
**bathroom [1]** 150/1
**Batson [2]** 170/4 171/9
**Bay [3]** 140/6 140/7
140/10
**be [445]**
**bears [1]** 82/23
**became [1]** 220/25
**because [174]** 5/8 5/14
8/22 8/23 12/16 14/12
15/8 15/10 15/15 17/9
18/6 19/2 19/3 22/22
24/22 26/19 26/20 27/5
34/6 34/9 34/12 34/14
39/15 40/13 44/21
46/19 48/14 49/7 50/10
50/22 51/19 54/12 55/1
57/2 58/22 59/10 62/16
63/5 63/11 65/11 65/13
65/15 71/3 74/16 76/3
76/12 82/22 83/22
84/25 85/6 85/23 86/15
87/9 90/10 91/4 94/11
98/19 99/5 99/10
101/24 102/22 102/25
103/22 104/9 105/13
105/23 108/16 108/21
109/4 109/13 109/23
110/2 110/8 111/13
112/3 113/6 113/12
114/10 114/14 117/6
119/13 119/22 121/8
121/9 124/3 124/10
124/20 127/12 128/7
128/12 128/23 131/5
131/15 131/15 134/19

# B

**because... [79]** 135/13
135/15 135/16 135/20
136/10 136/17 136/20
139/24 141/1 145/2
147/9 147/17 147/18
149/6 153/23 154/7
155/17 157/19 158/2
162/18 165/4 165/15
165/18 166/5 166/11
166/12 166/23 174/18
178/11 178/19 178/22
179/1 179/2 180/2
182/17 186/11 191/6
191/24 192/12 193/1
193/11 193/12 193/24
194/10 196/7 199/15
199/25 200/16 202/1
202/19 203/16 203/20
204/3 204/13 206/17
207/2 211/17 214/12
214/20 214/21 216/15
216/17 217/6 220/25
221/8 221/19 221/24
225/24 226/20 228/15
230/14 232/15 234/2
236/20 238/14 243/9
248/14 250/9 250/13
**become [1]** 33/13
**been [67]** 7/4 7/23 8/1
8/2 8/8 10/24 13/5
15/22 25/18 41/14 47/3
47/6 47/9 47/12 47/20
63/24 64/23 64/25
71/14 75/2 83/23 85/1
86/16 95/24 96/2 96/14
96/16 98/12 105/2
105/2 105/10 118/20
119/8 120/12 125/1
127/23 128/12 129/2
135/14 135/20 136/21
144/2 160/2 160/22
161/6 162/2 162/13
173/10 187/25 201/5
201/12 201/14 202/23
207/1 226/1 227/17
228/3 228/4 228/8
240/10 243/2 244/6
244/18 244/25 245/7
249/22 250/13
**before [54]** 6/2 12/4
13/25 14/23 27/4 29/1
54/22 56/3 60/7 62/8
63/25 68/2 78/16 84/15
88/18 92/1 98/3 99/18
106/2 106/4 106/20
107/17 115/14 117/11
128/2 129/19 133/23
138/7 141/16 151/13
151/23 155/16 155/17
174/4 179/10 185/19
187/3 189/23 190/24
193/19 195/12 197/15

205/5 205/18 212/25
215/23 217/12 218/22
219/8 225/16 246/10
247/23 248/13 248/14
**begin [3]** 57/5 191/7
191/7
**beginning [2]** 7/5
26/12
**behalf [1]** 4/12 4/17
64/4
**behave [1]** 178/12
**behavior [2]** 30/4 31/4
**behind [6]** 17/20 17/20
18/23 79/12 136/19
177/17
**being [29]** 5/8 15/25
24/21 37/21 39/14 55/1
70/23 76/15 80/4 90/17
90/18 91/17 93/4 93/5
98/14 104/2 114/23
119/25 120/2 122/4
124/11 126/24 167/14
177/16 178/3 195/16
215/7 215/20 226/7
**belief [3]** 182/23
182/25 204/24
**beliefs [7]** 90/3 91/10
99/2 168/16 185/13
203/17 204/6
**believe [39]** 14/9 73/19
81/4 93/20 93/21 93/22
100/8 107/6 107/9
120/6 121/13 122/6
127/5 127/21 133/12
137/19 142/3 142/16
142/18 142/21 142/22
143/12 143/25 144/4
159/13 175/5 179/20
184/10 199/4 206/4
207/13 211/18 218/7
222/4 224/11 229/18
237/21 238/7 245/4
**believes [3]** 144/8
144/12 236/17
**belong [3]** 78/24 79/1
187/17
**bench [19]** 19/22 55/14
68/16 84/23 107/24
113/4 119/5 122/23
134/5 141/25 159/10
164/14 174/20 179/17
198/3 208/17 219/6
236/10 246/17
**benefits [1]** 125/20
**Bernard [2]** 58/7
242/11
**besides [2]** 180/16
182/13
**best [10]** 21/12 48/21
120/14 135/8 151/25
184/24 193/14 226/14
227/21 236/3
**better [5]** 12/16 54/16
85/10 178/15 195/6

**between [10]** 5/2 5/5
5/22 9/23 11/17 31/23
66/16 118/1 122/24
164/21
**beyond [17]** 65/22 82/6
82/24 83/3 84/3 90/23
107/15 143/22 147/6
156/4 156/19 157/11
158/25 181/15 186/17
186/25 218/12
**bias [13]** 49/20 88/25
111/13 134/19 142/19
146/5 225/23 225/25
226/4 226/6 226/8
233/17 233/20
**biased [9]** 49/17 50/6
88/18 135/19 181/7
181/24 181/24 181/25
182/1
**biases [2]** 49/19 182/3
**bill [1]** 137/2
**bills [4]** 27/22 28/13
28/15 43/6
**biography [1]** 173/13
**biological [2]** 71/1 71/4
**Birdine [4]** 163/12
242/25 243/6 243/7
**bit [18]** 20/5 51/1 51/1
52/1 61/7 88/18 107/16
107/17 124/3 133/7
153/16 171/21 193/10
204/10 228/12 230/2
230/6 230/23
**bites [1]** 68/15
**black [5]** 18/2 175/5
175/12 175/19 199/15
**blame [2]** 5/12 138/3
**blank [1]** 91/15
**blind [1]** 52/4
**blocks [1]** 51/11
**board [1]** 42/12
**books [1]** 141/13
**border [1]** 101/15
**both [34]** 22/7 22/8
27/8 48/3 48/3 48/10
59/17 69/6 69/6 69/20
71/12 87/10 87/12
94/24 94/24 99/7 108/4
116/22 117/7 124/19
127/2 131/12 140/9
171/4 172/17 173/3
173/5 191/7 192/13
210/22 210/24 214/17
220/19 222/9
**bother [3]** 69/14 69/17
69/19
**bothered [2]** 120/3
144/5
**bought [2]** 81/17
132/16
**box [13]** 48/25 48/25
49/2 49/4 49/5 50/20
52/8 55/18 58/11
165/24 239/5 239/6

245/21
**boyfriend [2]** 120/15
199/16
**boys [2]** 35/13 115/2
**bragging [1]** 25/14
**brass [1]** 177/24
**break [5]** 5/22 39/4
111/22 205/9 205/12
**breaks [4]** 30/12 51/4
111/23 248/8
**breast [2]** 32/21 32/23
**breathing [3]** 165/4
193/5 193/6
**brief [3]** 149/12 168/5
205/23
**briefly [4]** 145/25
155/24 182/11 229/3
**bring [6]** 6/2 12/4
12/22 54/23 55/12
112/11 175/4 205/18
208/3 223/19
**bringing [2]** 86/12
175/12
**brings [2]** 82/22 175/5
**Broad [3]** 51/18 51/23
51/23
**broader [2]** 96/10
150/20
**broadly [2]** 121/19
141/8
**Broadway [1]** 51/11
**brother [6]** 98/6 179/1
209/12 210/8 210/18
211/7
**brothers [1]** 211/1
**brought [14]** 6/18 9/24
13/5 67/11 67/13 67/21
71/9 85/1 86/16 98/12
107/3 201/15 201/17
202/14
**Brown [3]** 58/2 63/4
242/8
**brush [1]** 100/16
**brushed [1]** 108/21
**building [6]** 50/23
50/24 51/2 73/14 73/16
73/18
**bunch [1]** 105/19
**burden [28]** 65/22 77/2
77/3 82/5 82/20 82/21
82/23 83/1 83/14 84/2
84/2 87/20 90/23
107/14 111/8 135/1
156/1 156/3 156/4
156/7 156/18 186/15
186/17 200/5 204/23
216/25 218/12 229/4
**but [251]** 5/3 5/18 5/21
8/18 9/6 9/19 10/18
10/21 14/8 14/15 14/18
15/7 15/8 15/13 15/14
15/24 16/25 17/21
18/14 21/10 21/12
22/21 23/12 23/21 24/6

24/22 26/8 27/7 30/16
31/20 31/25 33/7 33/7
33/12 33/21 36/3 40/12
42/12 42/15 43/13
44/20 45/21 45/23
47/21 48/17 51/17
51/20 54/14 55/2 55/3
55/5 55/6 57/6 58/25
59/16 61/1 61/6 61/8
63/12 63/22 64/5 64/11
65/3 65/6 65/15 67/10
67/14 68/13 69/17
70/21 70/25 71/22
73/15 74/10 75/19 76/9
76/12 76/24 78/23 79/8
79/16 80/25 81/7 81/19
81/24 82/20 84/1 84/9
86/4 86/13 86/15 86/22
88/11 90/11 90/17 91/6
93/6 93/10 94/3 94/16
94/16 95/12 98/15
98/23 99/3 99/5 100/10
100/23 102/19 104/5
105/12 106/16 106/22
107/9 107/18 107/19
109/21 109/23 114/8
114/16 117/6 117/8
118/11 119/11 120/17
120/22 121/10 121/24
121/25 122/9 124/7
125/24 125/25 127/1
127/21 128/2 128/5
128/16 129/2 130/6
133/2 133/8 133/14
134/21 134/23 134/25
135/8 135/13 135/19
136/12 137/1 137/25
138/17 139/6 143/6
144/15 147/2 147/25
151/15 152/1 153/22
156/24 157/8 157/10
158/8 158/15 158/21
164/7 164/8 164/24
165/14 165/17 166/22
167/1 167/9 168/4
168/20 169/12 172/13
172/16 173/5 173/21
175/1 175/11 175/17
176/12 176/22 178/12
178/25 179/5 180/14
180/25 181/25 183/24
186/14 188/4 188/20
190/3 190/13 193/9
194/11 196/11 196/20
197/10 199/3 199/16
199/24 200/10 200/11
200/13 201/25 202/13
202/18 203/1 204/23
206/14 207/3 207/14
207/21 209/8 210/5
213/19 215/2 215/6
215/12 216/7 216/19
218/8 222/11 223/9
224/5 225/9 226/6

**B**

**but... [18]** 226/7 226/14
227/6 227/9 228/13
230/2 231/17 231/20
231/23 233/16 233/17
236/3 238/4 238/9
238/11 238/12 248/16
249/14
**buzzed [1]** 248/17
**buzzing [1]** 248/12
**Bye [1]** 249/8

**C**

**C-a-n-c-e-l [1]** 29/17
**CA [1]** 1/23
**cadet [3]** 213/15 214/1
214/8
**cafeteria [1]** 52/2
**calendar [1]** 25/7
**CALIFORNIA [8]** 1/2
1/16 2/5 2/9 4/1 29/23
53/1 137/13
**call [24]** 4/8 4/24 6/17
10/11 31/7 37/21 37/22
39/15 39/15 39/19 56/2
57/2 57/5 57/6 67/3
94/9 94/19 95/3 118/15
131/9 142/6 177/24
189/5 196/17
**called [17]** 14/21 15/3
15/13 15/14 28/6 40/8
40/20 47/20 51/12 73/4
90/18 90/18 93/13
131/12 190/14 203/12
246/21
**calling [1]** 56/18
**calls [1]** 33/22
**Calpita [1]** 237/25
**Calpito [2]** 163/11
243/4
**came [8]** 79/16 98/11
98/13 155/9 155/12
178/9 192/15 205/24
**CAMILLE [1]** 2/3
**Camp [1]** 119/12
**can [117]** 4/23 5/12 6/8
9/19 9/23 12/10 12/14
13/3 14/8 19/16 23/10
24/4 24/23 25/11 25/24
26/3 27/12 30/12 30/13
30/16 33/2 33/10 34/10
36/11 38/16 41/17
43/13 43/14 45/16
45/25 46/2 46/6 46/12
46/16 47/5 48/6 49/1
50/17 51/20 51/25 52/4
54/12 55/12 55/13
56/10 63/1 64/17 64/22
68/10 74/22 75/9 77/9
78/18 83/11 83/12
87/19 88/17 89/14
90/22 93/17 93/20
93/21 93/22 93/24 94/6
94/8 94/21 94/23

109/18 113/11 121/13
127/3 127/4 135/1
135/12 136/8 136/24
141/23 148/2 149/11
150/19 150/22 153/11
154/3 154/15 156/17
156/23 157/10 162/17
163/20 177/17 177/20
179/20 180/18 184/10
184/15 184/24 193/14
201/2 202/8 205/18
215/16 218/17 224/11
229/16 235/4 240/1
240/20 246/18 246/19
246/20 247/2 247/3
248/4 248/7 249/18
249/25
**can't [45]** 14/7 14/12
14/17 15/17 15/25 20/5
20/19 20/19 21/8 22/9
26/6 30/15 31/9 31/25
35/15 36/17 36/22 43/1
44/8 44/10 68/14 87/24
88/7 88/12 88/16 95/12
96/22 103/9 146/22
147/6 158/6 180/23
182/14 182/25 187/18
187/19 188/15 194/11
196/19 196/23 211/13
221/17 223/19 228/4
235/7
**Cancel [10]** 29/15
29/17 44/25 47/14 56/4
57/17 152/15 153/16
154/4 154/24
**cannot [8]** 17/9 19/13
49/20 83/8 84/10
157/12 235/9 235/25
**capacity [3]** 100/21
102/23 213/17
**captured [3]** 120/24
120/25 150/1
**car [8]** 15/25 41/19
102/22 102/24 105/9
113/24 132/15 179/2
**card [1]** 28/15
**care [16]** 19/12 35/24
36/8 36/11 36/14 37/17
38/19 39/6 40/25 42/17
42/23 43/2 45/21
102/14 102/18 120/23
**career [1]** 213/13
**caretaker [2]** 39/15
39/17
**carriage [1]** 202/4
**cars [1]** 105/8
**Casas [3]** 57/12 63/2
242/2
**case [245]** 4/14 5/12
7/5 7/8 8/6 10/7 10/23
13/6 13/7 13/8 14/7
14/8 14/9 14/15 14/18
16/18 16/23 18/13
18/21 20/15 21/4 24/4

25/15 25/18 26/1 26/8
33/11 33/16 33/18
33/21 34/4 34/21 40/13
40/16 42/7 44/13 44/14
44/20 45/17 47/3 47/6
47/9 47/12 47/21 48/3
49/23 49/24 50/4 50/8
50/12 50/13 50/13
59/12 59/17 60/1 60/8
60/17 60/23 62/8 65/13
65/20 65/20 67/15 68/3
68/21 69/6 69/19 69/20
70/3 70/23 71/13 72/21
74/21 75/7 75/17 75/25
76/4 77/10 78/14 78/17
82/3 82/4 82/8 82/21
82/23 83/1 83/3 83/6
83/12 84/16 85/2 87/11
87/20 87/23 87/23 89/7
90/5 90/9 90/17 90/23
90/25 91/3 91/12 92/2
93/7 93/11 94/17 95/4
96/3 96/11 98/4 98/6
99/10 103/21 104/16
105/13 105/23 106/21
107/3 107/4 109/6
109/20 110/10 110/20
111/24 112/21 113/18
113/22 113/22 113/23
114/3 117/4 117/12
118/5 121/8 121/11
122/4 124/7 124/12
124/19 126/24 126/25
127/12 128/5 128/7
128/19 129/21 131/10
133/17 133/24 134/19
134/23 135/3 136/2
136/10 138/8 141/18
148/23 149/5 151/21
152/6 154/13 156/2
156/3 156/3 156/6
156/7 157/12 157/19
158/25 160/22 166/12
166/13 166/14 170/22
172/1 172/17 174/5
177/5 177/11 179/23
183/13 183/25 184/5
184/5 184/6 185/14
185/20 186/15 186/15
186/21 187/5 188/9
189/24 191/24 192/9
193/8 193/20 194/1
195/13 195/25 196/11
197/16 198/16 200/2
200/3 201/11 203/11
203/18 204/7 204/9
204/16 205/6 211/17
214/12 214/17 214/17
215/24 216/18 216/20
216/21 216/24 217/13
218/12 218/23 219/21
221/9 222/9 222/12
223/19 223/21 225/17
227/5 229/4 230/18

231/11 231/16 232/20
232/23 234/18 235/9
236/19 238/16 246/1
248/9
**cases [7]** 82/13 93/3
96/4 101/20 122/1
195/4 212/12
**casino [6]** 117/17
117/19 117/20 117/22
118/2 118/8
**casinos [1]** 117/24
**Cassandra [1]** 58/3
**catch [3]** 75/13 139/20
196/22
**catching [1]** 194/16
**CATHARINE [2]** 2/3
4/12
**Catharine Richmond
[1]** 4/12
**caught [5]** 61/21
132/16 132/21 132/23
225/12
**cause [38]** 13/25 43/13
45/24 46/17 86/7 89/16
89/18 89/20 89/21
91/11 109/24 124/17
142/2 142/13 142/16
143/2 143/6 144/10
144/17 144/24 145/7
146/7 146/10 147/24
158/19 159/11 159/20
176/16 181/1 192/13
222/12 236/13 236/15
236/21 237/12 239/13
246/9 247/23
**caused [2]** 208/4 210/2
**causes [2]** 97/15 97/22
**caution [1]** 170/22
**cautions [1]** 95/14
**cautious [2]** 93/3 93/5
**cellphone [1]** 52/4
**cellphones [1]** 111/25
**censor [1]** 49/14
**CENTRAL [1]** 1/2
**certain [27]** 5/3 15/1
47/21 48/17 49/11 54/8
54/11 88/4 93/15 95/25
97/1 99/11 101/4
104/12 104/13 105/18
113/8 128/8 130/11
157/15 166/25 171/6
178/25 179/4 193/12
194/16 224/7
**certainly [2]** 158/7
202/19
**CERTIFICATE [1]**
251/1
**certifications [1]** 80/5
**certify [1]** 251/3
**cetera [4]** 5/14 114/5
114/5 204/18
**challenge [12]** 45/24
142/6 142/13 142/16
144/17 144/24 145/7

146/11 170/4 236/16
236/16 236/22
**challenges [9]** 89/20
142/2 143/2 143/6
159/11 159/20 160/12
236/13 239/13
**change [1]** 155/20
**changed [1]** 44/9
**charge [7]** 102/13
102/18 135/17 135/20
136/17 136/20 201/10
**charged [17]** 13/8
65/12 88/22 105/7
121/22 122/1 158/12
180/25 181/8 181/11
181/12 186/20 220/14
228/9 229/9 234/22
235/23
**charges [23]** 71/9
81/16 82/22 83/23
84/25 86/16 103/1
107/6 115/7 122/2
133/12 133/17 143/17
149/5 183/14 204/14
209/16 218/7 227/14
228/16 228/18 228/25
238/10
**Charnell [2]** 163/12
243/7
**chart [3]** 141/24 142/9
146/17
**check [3]** 12/19 44/25
185/11
**checked [4]** 90/5
133/14 137/19 218/8
**checking [1]** 118/4
**checkmark [1]** 107/19
137/21
**cheese [1]** 217/24
**Cherry [1]** 51/12
**chief [2]** 184/5 184/6
**child [92]** 7/4 7/7 7/13
13/12 19/12 19/12 38/2
46/5 60/2 65/17 66/1
66/10 66/25 68/21 69/7
70/14 70/16 75/1 76/4
76/22 88/22 95/21
95/22 96/4 96/6 96/10
98/6 98/7 99/3 99/8
99/10 99/24 105/24
113/8 113/8 114/24
115/14 115/18 117/15
124/8 128/5 130/6
130/8 130/16 130/18
130/25 134/19 134/23
134/24 135/2 135/14
136/2 136/10 143/11
144/3 166/9 170/15
170/20 175/5 175/11
175/18 177/11 177/12
178/4 180/15 180/17
180/22 182/23 183/7
183/9 183/14 183/20
188/3 201/8 201/11

# C

**child... [17]** 201/12
201/16 202/3 202/3
202/6 202/14 202/24
202/24 208/6 212/11
214/7 222/24 223/9
223/17 227/6 227/8
227/25
**child's [1]** 65/17
**children [15]** 11/5
35/17 35/24 36/8 36/12
36/15 59/11 71/22 93/3
182/14 214/13 217/23
**Children's [1]** 73/20
**Chinese [3]** 58/21
58/22 58/23
**Choi [2]** 57/19 242/6
**choice [4]** 5/5 52/5
123/4 123/6
**choose [1]** 247/2
**chose [1]** 5/13
**chosen [9]** 44/12 75/22
128/21 149/23 151/7
156/17 184/12 234/6
246/24
**CHP [2]** 102/12 131/4
**Christian [3]** 78/24
90/11 90/11
**Christie [1]** 206/4
**Christopher [1]** 57/22
**church [1]** 90/12
**church's [1]** 78/24
**churches [1]** 79/2
**Cinema [2]** 92/8
173/20
**circuit [6]** 5/6 5/8 5/11
5/13 188/19 188/20
**Circuit's [1]** 5/7
**citizens [1]** 14/25
**city [3]** 190/21 213/16
213/17
**civic [1]** 187/16
**civil [2]** 82/13 113/22
**claim [1]** 209/20
**Clara [1]** 73/17
**clarification [1]** 239/2
**clarifying [2]** 176/4
176/8
**class [5]** 21/18 21/18
21/23 22/6 22/14
**classes [16]** 20/13
20/15 20/18 20/19
20/21 20/24 21/15
21/16 22/2 22/10 22/17
22/18 23/3 25/2 31/2
31/3
**clear [8]** 135/23 142/19
147/23 206/18 208/5
238/13 239/18 239/21
**clearly [2]** 142/3 144/8
**clerk [20]** 6/7 6/8 11/15
11/16 13/18 52/12

57/10 68/14 100/25
162/21 240/14 240/17
240/25 241/6 241/10
244/10 247/15 248/4
248/18 248/22
**CLETS [2]** 164/19
164/20
**clip [2]** 8/15 8/15
**close [10]** 27/7 63/13
63/14 71/21 98/20
116/6 169/5 169/14
177/8 177/8
**closed [1]** 173/21
**closer [1]** 20/6
**cloud [5]** 50/9 128/9
175/6 175/12 175/19
**Club [1]** 115/2
**clubs [3]** 79/5 187/16
187/21
**CM [1]** 1/21
**cocounsel [3]** 4/13
4/18 145/24
**Code [1]** 251/4
**coin [1]** 247/4
**colleague [2]** 170/8
236/18
**college [3]** 213/17
216/3 219/16
**color [2]** 8/13 105/9
**come [28]** 4/5 4/22
6/12 10/5 12/1 12/20
21/9 21/9 26/7 31/22
49/6 49/10 50/20 83/15
95/12 96/22 112/9
192/20 195/5 196/3
203/22 211/13 248/11
248/11 248/13 248/14
248/14 249/14
**comes [2]** 14/11 222/8
**comfortable [1]** 39/14
**coming [2]** 149/6
194/17
**comma [1]** 196/23
**commanding [2]**
102/13 102/17
**comment [2]** 66/3
103/9
**comments [2]** 75/12
75/14
**commit [1]** 180/18
**commitment [1]** 146/8
**committed [6]** 85/25
86/9 96/2 144/6 146/9
220/25
**communicates [1]**
164/21
**community [1]** 115/2
**Comp [1]** 126/11
**companies [1]** 140/9
**company [12]** 28/5
59/4 64/4 64/23 64/24
66/17 66/18 67/6 68/19
125/20 137/15 140/6
**complete [4]** 6/11

17/10 48/21 50/19
**completed [2]** 48/24
80/7
**completely [4]** 48/4
69/5 172/17 222/9
**completing [1]** 31/20
**complied [1]** 67/6
**comply [1]** 15/5
**composition [1]** 14/13
**comprises [1]** 60/25
**computer [2]** 67/1 67/4
**concentrate [1]** 34/12
**concentrating [1]**
34/20
**concern [2]** 24/18
152/17 154/10
**concerned [8]** 24/17
26/16 44/7 45/9 45/15
195/4 201/4 201/13
**concerns [1]** 214/16
**Concert [2]** 51/24 52/2
**concluded [1]** 250/17
**conclusion [5]** 66/3
196/3 203/22 207/22
211/13
**condition [3]** 16/6 16/7
34/13
**conduct [5]** 7/12 7/18
48/11 83/24 166/23
**conducted [1]** 148/17
**confer [2]** 145/24
148/10
**conference [2]** 11/22
251/9
**conferred [7]** 10/14
11/15 148/12 160/25
244/1 245/17 246/23
**conferring [1]** 53/13
**confirm [1]** 185/1
**confirming [1]** 171/3
**conformance [1]** 251/8
**confused [1]** 25/4
**confusing [2]** 107/17
137/24
**connections [1]**
249/14
**consensual [1]** 223/5
**consequences [1]**
95/7
**consider [22]** 15/6
15/18 16/2 16/11 17/12
77/10 91/6 93/18 93/24
94/3 94/6 94/8 94/21
94/23 136/6 146/24
234/19 234/25 235/7
235/9 235/11 235/25
**consideration [3]**
230/17 231/22 232/20
**considerations [1]**
231/11
**considering [2]** 77/8
154/19
**consistent [1]** 93/25
**constitute [1]** 17/3

**constitutes [1]** 130/16
**Constitution [1]** 83/7
**constitutional [1]**
83/10
**consult [2]** 16/7 16/13
**contact [2]** 214/5
240/21 248/25
**contacted [1]** 33/21
**contained [1]** 11/3
**continuance [1]** 10/17
**continue [3]** 67/17
148/4 205/9
**continued [1]** 45/11
**continues [1]** 74/11
**contraband [1]** 8/2
**contract [1]** 50/13
**control [1]** 16/22
**conversation [2]** 18/3
79/15
**convey [1]** 183/22
**conveying [1]** 143/21
**convicted [6]** 61/24
72/18 81/7 143/14
201/12 202/23
**conviction [2]** 86/13
115/17
**Cook [1]** 6/18
**coordination [1]**
116/12
**copies [4]** 49/9 250/9
250/10 250/12
**cops [3]** 103/24 105/18
189/15
**copy [1]** 141/23
**corner [1]** 248/23
**Corona [1]** 101/8
**corporate [3]** 64/11
65/5 65/6
**Corps [1]** 79/23
**correct [64]** 26/17
59/23 59/24 63/9 64/15
66/11 67/23 68/25 71/9
77/19 79/8 85/3 92/18
114/15 114/18 116/17
116/23 118/14 118/21
121/12 122/25 123/3
131/25 132/3 138/12
138/13 139/14 140/23
155/15 168/21 177/10
187/1 190/11 190/18
191/11 191/17 192/4
192/22 194/1 195/1
197/6 209/10 209/15
210/19 210/25 211/5
213/13 213/14 213/18
213/23 214/3 214/13
216/3 219/12 219/17
221/10 225/24 226/18
226/22 234/9 241/23
244/7 245/22 251/5
**corrected [2]** 107/1
107/20
**corrupt [2]** 225/24
236/17

**corruption [3]** 192/3
192/6 192/13
**could [116]** 5/10 23/22
27/5 33/18 38/25 42/17
46/20 50/11 59/16
62/25 66/6 67/17 69/5
69/8 69/9 70/21 70/22
71/11 71/19 77/6 82/17
82/18 83/25 84/1 84/7
84/11 85/12 88/10
88/11 94/12 94/13
104/15 104/24 104/25
105/23 106/16 106/23
114/6 120/25 121/11
122/12 124/17 124/18
124/21 124/21 124/22
127/1 130/21 135/16
136/12 136/25 137/4
142/21 144/3 144/4
144/11 144/16 146/4
146/8 152/1 152/16
153/15 162/1 162/12
169/5 171/4 172/16
180/15 181/25 182/4
182/13 190/4 194/4
194/20 194/21 195/23
200/14 201/23 211/6
211/21 213/3 214/15
215/13 215/14 215/19
221/9 221/13 221/18
222/9 222/14 222/16
223/23 224/5 224/8
224/8 228/11 230/2
230/5 230/22 232/7
233/10 233/10 233/24
234/23 235/14 235/22
236/2 239/20 240/7
240/17 240/24 241/16
244/24 245/6 247/13
248/17
**couldn't [9]** 34/12 85/5
87/10 88/14 135/6
136/11 200/1 226/12
238/4
**counsel [63]** 4/10 4/13
4/25 10/15 12/3 12/15
19/20 21/4 25/22 29/7
34/17 36/20 44/16 49/9
64/11 64/12 64/13
64/24 64/25 65/8 68/9
72/9 87/13 107/23
111/1 114/20 121/14
122/21 125/6 134/4
137/7 141/20 146/16
148/7 148/12 149/14
159/9 160/13 160/25
164/12 168/2 174/21
175/22 179/16 182/7
200/19 201/9 201/20
202/16 208/16 212/18
219/5 233/23 234/11
234/18 236/9 236/11
244/1 245/17 246/15
246/18 246/23 249/11

**C**

counseling [1] 178/11
count [7] 9/16 10/13
148/2 202/22 224/23
228/1 240/1
Count 1 [1] 9/16
Count 3 [1] 10/13
counterpart [3] 207/4
207/8 207/8
counties [1] 164/22
country [9] 14/25 72/2
72/4 72/5 97/9 108/12
170/21 220/2 220/5
counts [10] 10/13 13/9
13/10 13/13 13/17
65/23 181/8 227/6
227/24 228/8
county [2] 116/2
164/24
couple [14] 21/10
24/21 29/10 30/12
34/24 37/3 51/1 53/7
54/14 59/2 103/15
138/19 193/10 248/6
course [10] 14/14
17/11 30/23 31/1 39/21
67/7 94/20 113/10
211/8 211/23
courses [1] 30/3
court [60] 1/1 4/6 4/18
6/4 6/5 11/15 13/25
15/8 15/8 15/9 37/18
45/23 47/1 53/5 54/17
56/23 61/21 68/22 73/5
73/7 73/13 80/17 80/24
80/25 83/22 90/21 91/4
91/6 93/14 94/4 95/6
98/14 100/19 103/6
103/9 113/8 116/11
116/17 132/20 140/16
140/17 146/6 146/19
146/23 154/8 160/1
171/6 188/17 195/4
201/5 204/4 206/3
206/13 227/3 228/5
235/9 239/21 246/10
246/11 247/23
Court's [15] 7/6 11/12
25/22 48/8 66/5 90/21
109/15 109/16 130/15
135/7 171/7 175/4
185/3 204/19 206/24
Courthouse [2] 1/22
2/4
courtroom [45] 12/25
18/4 47/4 47/7 47/10
47/13 55/21 73/10
73/11 78/6 112/7
112/13 139/7 155/9
155/12 156/14 160/4
160/7 160/10 160/23
161/8 161/17 162/3
162/14 192/25 201/7

201/16 201/18 201/21
205/14 205/24 207/16
208/10 240/15 240/18
241/1 241/4 241/7
241/11 241/14 244/11
244/19 245/1 245/8
249/10
courts [2] 73/16
100/23
cousin [5] 59/22
100/18 119/17 140/22
188/13
cousins [4] 105/20
177/4 211/3 211/4
cover [2] 96/4 180/2
coverage [1] 23/22
COVID [1] 27/7
CR [1] 1/8
credibility [3] 93/19
94/4 192/11
credible [2] 93/23
131/15
credit [1] 28/15
cried [2] 201/7 201/18
crime [27] 61/18 61/19
65/11 67/21 72/18
74/24 74/25 76/22
77/19 85/22 85/24
85/25 86/9 94/21 96/1
105/24 107/5 118/8
135/2 156/7 180/18
181/1 183/10 186/12
225/12 229/9 234/22
crimes [11] 84/3 96/14
101/24 114/11 130/13
135/14 144/6 158/12
180/24 182/15 186/20
criminal [37] 13/6
60/23 63/22 65/23
67/11 67/12 71/8 73/16
75/6 77/22 77/25 80/3
81/16 82/3 82/4 82/7
82/21 82/23 83/1 83/6
90/17 90/25 91/3 93/11
101/24 107/3 107/4
114/3 126/17 126/18
128/19 156/2 164/16
186/15 186/15 191/10
203/11
critical [1] 226/9
criticism [1] 129/7
cross [1] 232/21
crossing [1] 175/18
CRR [1] 1/21
CRR-CM [1] 1/21
Cruz [2] 57/15 143/11
cry [1] 204/10
crying [3] 43/7 43/10
43/22
crystal [1] 206/18
CSAM [2] 7/24 11/18
CSR [3] 1/21 251/3
251/16
CUAUHTOMAC [1] 2/6

culpa [1] 7/16
culture [1] 108/16
cultured [2] 51/16
51/17
CUNEO [3] 1/21 251/3
251/16
current [1] 166/12
currently [4] 35/14
36/5 72/15 176/7
custody [1] 143/13
customer [1] 186/3
cut [1] 203/2

**D**

Dakota [1] 171/25
dandy [1] 175/17
Daniel [2] 162/24
242/14
date [7] 7/15 7/18 8/13
14/7 14/9 209/8 251/10
date-rape [1] 209/8
dates [2] 9/3 181/10
dates/times [1] 181/10
daughter [8] 50/1
100/4 116/16 116/16
116/18 119/9 120/7
120/14
daughters [5] 204/9
220/18 220/19 220/20
220/21
David [1] 27/14
day [10] 1/17 21/9
33/23 37/17 38/8 77/15
116/11 120/3 191/6
197/10
days [6] 9/7 21/10
27/23 132/15 149/6
235/19
De [3] 57/12 63/2 242/2
dead [2] 220/22 220/23
deal [2] 96/12 96/18
decent [1] 210/3
decide [18] 60/7 62/8
91/4 92/1 93/22 94/4
96/19 106/20 117/11
133/23 193/19 205/5
217/12 218/22 246/22
247/3 247/6 247/7
decided [6] 79/20
100/16 123/5 123/8
140/8 213/20
decides [1] 84/9
deciding [4] 13/10
96/13 98/3 232/23
decision [22] 31/24
68/2 78/16 84/15 91/7
97/18 99/18 123/24
129/20 138/7 141/17
170/21 174/4 179/11
185/19 187/4 189/23
190/25 195/12 197/15
215/23 225/16
decision-making [1]
170/21

decisions [3] 97/15
128/8 184/2
deck [2] 136/16 248/23
Deem [6] 20/2 20/9
20/10 45/6 162/23
242/13
Deep [1] 115/15
defeat [1] 18/7
defend [6] 153/4 153/4
180/23 182/14 229/11
234/2
defendant [73] 1/10
2/6 13/9 13/12 13/16
46/13 48/4 49/25 69/7
74/15 76/24 82/4 82/6
82/24 83/7 83/8 83/21
84/8 85/1 86/25 87/17
88/21 91/3 91/8 91/17
91/18 96/20 107/4
107/5 107/6 107/9
107/13 107/15 111/7
114/3 115/17 121/21
130/12 130/17 133/12
133/17 136/14 136/16
136/19 137/20 144/6
144/9 144/12 157/11
157/20 158/12 186/12
186/20 204/4 204/14
217/7 218/7 218/13
223/18 229/18 230/12
231/6 231/13 232/9
232/18 233/8 233/20
234/6 235/22 235/25
237/3 238/11 245/2
defendant's [4] 229/15
234/19 234/25 235/7
DEFENDER [1] 2/7
defense [48] 4/15 5/4
7/5 7/6 7/10 7/19 11/19
12/7 45/3 46/4 46/7
142/6 142/12 143/6
143/9 147/4 148/15
148/21 149/13 160/17
161/3 161/13 161/22
162/8 182/10 200/21
206/5 206/15 212/20
224/1 226/17 226/24
229/6 229/20 230/13
231/8 231/14 232/10
232/8 233/9 233/21
234/7 234/17 244/12
245/13 245/17 245/18
250/2
defense's [2] 170/4
184/6
definitely [6] 88/11
94/11 128/1 196/3
230/19 233/17
deliberate [1] 25/24
deliberating [4] 61/2
151/9 230/18 231/16
deliberation [7] 21/6
24/19 24/25 25/5 75/23
88/15 224/10

deliberations [12]
20/17 21/10 24/17 25/3
25/17 25/18 25/25 26/3
45/9 45/11 224/6 236/1
delivery [1] 38/6
demand [1] 230/7
demeanor [1] 94/1
denied [3] 13/16
206/14 211/7
Dennis [2] 163/4
242/20
denomination [1] 79/1
dental [2] 68/18 68/19
deny [1] 144/17
denying [2] 45/25
202/18
department [10] 101/5
101/10 101/13 101/19
103/15 116/2 118/15
177/9 179/5 186/4
depending [1] 167/16
depends [3] 14/13
158/3 195/5
depicted [1] 11/5
deposit [3] 48/24 49/5
248/23
deprived [1] 221/24
DEPUTY [2] 2/7 2/8
Derrick [2] 58/8 242/12
describe [1] 198/19
described [1] 127/8
desire [1] 148/25
despite [5] 59/17
121/10 144/16 179/24
234/21
detailed [1] 166/23
details [1] 79/12
detective [5] 117/16
117/22 118/2 118/5
177/9
detectives [1] 117/24
determine [3] 90/19
91/4 166/18
detract [1] 194/7
detriment [1] 8/7
did [72] 9/12 15/14
19/5 28/25 45/21 46/19
53/8 53/14 53/15 56/8
61/9 61/9 61/11 61/13
63/7 63/22 65/4 65/5
65/6 69/16 73/2 80/2
80/10 80/23 80/24
80/25 80/25 86/25
98/17 103/2 108/18
116/4 119/22 120/7
126/6 126/15 128/20
128/21 128/25 129/2
137/18 137/19 138/18
139/4 139/21 158/14
158/16 165/13 170/12
173/16 183/15 191/14
191/18 191/20 191/21
193/14 197/11 197/12
202/18 202/20 206/1

**D**

**did... [11]** 207/3 210/1
210/20 214/5 216/9
225/8 225/11 231/14
232/4 232/18 234/6
**didn't [40]** 15/15 71/5
72/4 75/13 78/25 80/10
80/22 81/21 85/22 86/3
89/3 93/9 98/19 102/22
103/9 105/23 108/24
117/24 123/3 127/21
138/2 139/20 148/20
159/17 175/2 185/11
196/11 196/22 199/15
199/23 202/17 202/19
202/19 206/3 206/25
216/4 216/5 216/9
216/12 247/1
**difference [7]** 8/12
9/23 11/9 15/17 70/17
118/1 216/23
**differences [1]** 10/12
**different [24]** 7/18 9/7
9/17 23/22 30/16 31/2
72/2 86/4 88/23 105/9
105/9 122/9 125/23
137/23 137/24 138/20
144/1 151/22 164/21
181/9 186/4 188/16
213/20 214/2
**differently [1]** 208/4
**difficult [23]** 19/3 27/5
90/4 99/12 109/5
110/23 111/14 151/12
151/19 152/22 153/1
155/2 155/5 169/2
169/12 170/15 203/10
203/18 203/20 228/7
228/16 228/23 231/18
**difficulty [5]** 86/24
109/20 110/9 124/11
185/13
**dire [11]** 3/5 6/13 47/18
47/18 48/2 48/11 48/12
54/23 55/25 56/16
148/17
**direct [1]** 227/11
**directing [1]** 171/17
**direction [1]** 213/20
**director [1]** 173/14
**disability [1]** 36/6
**disagree [2]** 109/16
159/5
**disagreement [1]** 5/2
**disappeared [1]** 220/4
**discomfort [10]** 85/8
85/9 85/11 87/7 87/8
87/9 88/4 88/5 88/23
126/24
**discover [1]** 24/8
**discuss [6]** 6/2 6/23
111/24 129/16 205/19
248/9

**discussed [2]** 59/25
91/16
**discussing [2]** 195/18
238/13
**discussion [4]** 17/22
17/25 18/8 109/8
**discussions [2]** 101/25
129/13
**disfavor [1]** 104/21
**dismissed [1]** 80/21
**Disney [2]** 51/24 52/2
**dispassionately [1]**
221/22
**dispatcher [1]** 29/1
**disruptive [1]** 178/3
**distract [2]** 40/15
194/11
**distracted [1]** 40/13
**distressed [1]** 43/9
**distributing [1]** 6/5
**DISTRICT [4]** 1/1 1/2
4/6 53/5
**distrust [1]** 179/4
**disturb [1]** 150/16
**disturbed [2]** 152/8
154/11
**disturbing [19]** 50/9
69/22 149/6 149/23
152/25 154/18 157/5
157/6 157/9 157/13
157/17 157/25 158/1
158/2 158/3 158/8
158/10 158/18 158/22
**divergent [1]** 171/19
**DIVISION [1]** 1/3
**divorce [2]** 98/14 189/4
**divorces [3]** 189/6
189/7 189/8
**DNA [1]** 59/8
**do [307]**
**doctor [2]** 32/20 33/22
**doctor's [1]** 16/6
**documentary [2]** 173/4
174/8
**does [37]** 15/22 18/16
42/1 49/20 63/15 70/2
74/7 83/7 87/17 91/18
116/9 116/12 121/20
140/3 142/12 144/23
145/6 148/21 151/4
156/9 156/9 156/13
157/17 158/13 159/5
181/20 185/25 187/10
218/13 224/19 224/25
227/22 228/1 229/18
230/12 238/16 243/17
**doesn't [21]** 18/24
27/21 43/13 70/16 79/1
83/11 91/3 96/18
102/14 142/20 168/10
171/7 178/16 180/11
181/1 195/5 203/2
207/23 216/23 233/16
233/20

**dog [5]** 42/12 42/18
42/24 43/2 68/15
**doing [11]** 29/4 54/18
89/18 90/25 97/21
119/13 119/17 134/7
134/8 140/11 172/13
197/5 208/19 226/1
**DOJ [9]** 192/3 192/13
225/23 225/24 226/3
226/7 226/8 236/17
236/20
**domestic [1]** 137/16
**don't [151]** 10/11 15/7
16/24 16/25 18/5 18/14
20/6 20/13 21/10 21/17
23/6 23/23 26/20 27/22
27/22 28/9 28/22 29/9
30/11 31/7 33/7 33/13
34/7 34/10 34/14 35/14
36/4 37/18 38/4 38/11
39/14 40/17 40/18
41/18 42/15 43/20
43/21 45/6 45/13 45/17
45/23 48/16 49/15
54/25 55/6 55/13 55/17
56/24 57/6 58/14 60/19
67/14 70/11 70/12
74/19 76/5 76/6 76/9
78/8 78/9 78/23 82/10
85/7 86/2 87/3 88/17
89/21 90/15 95/18
98/15 98/22 99/14
100/22 101/23 102/18
103/22 103/24 106/10
106/16 111/12 111/24
115/20 117/5 117/8
119/7 122/3 122/10
127/14 128/12 128/13
128/16 129/5 129/14
129/16 130/19 135/24
136/23 136/24 137/1
137/4 137/5 141/7
146/24 147/7 150/12
151/14 151/24 153/23
157/25 165/6 167/5
167/9 167/14 174/15
174/18 174/19 178/18
179/1 179/7 184/13
188/19 190/1 190/2
190/8 194/5 197/10
197/11 199/23 200/14
201/24 201/25 202/1
202/5 202/6 204/11
206/12 207/3 207/7
211/10 215/12 216/12
222/11 226/5 227/9
228/13 231/23 239/19
243/8 248/13 248/14
249/14
**done [15]** 54/17 54/17
120/11 120/12 120/17
142/22 164/23 173/8
173/23 176/17 191/6
226/2 239/17 240/2

248/6
**doubt [23]** 65/22 82/6
82/24 83/4 84/3 90/24
154/15 156/5 156/19
157/11 159/1 181/15
186/18 186/25 193/2
195/16 195/21 196/4
196/7 196/14 196/14
218/13 229/11
**doubts [4]** 221/18
222/5 222/11 224/5
**down [30]** 6/17 16/19
16/20 27/1 29/10 41/22
43/22 46/10 47/5 51/7
51/10 51/11 69/16 83/5
89/14 115/15 137/19
140/10 140/11 142/5
147/19 157/22 169/25
170/10 176/18 197/12
199/17 199/24 238/11
244/17
**draft [1]** 138/2
**drew [1]** 201/18
**drive [2]** 41/22 248/10
**driver's [1]** 41/19
**drives [1]** 179/2
**driveway [2]** 105/4
105/17
**driving [3]** 49/25 50/2
136/3
**drop [2]** 38/2 38/7
**drop-off [1]** 38/7
**dropped [1]** 103/1
**drug [1]** 209/8
**drugged [1]** 180/4
**drugs [2]** 220/25 221/2
**drunk [1]** 50/2
**drying [1]** 7/13
**DSO [1]** 68/18
**Duane [3]** 163/10
242/24 243/3
**DUI [1]** 156/3
**dump [2]** 49/1 61/10
**during [8]** 5/21 8/2
11/19 14/14 56/21
94/20 98/13 141/12
**duties [1]** 15/1
**duty [6]** 15/4 15/19
15/23 16/17 42/1 129/2

**E**

**each [19]** 17/23 18/25
38/16 58/10 60/24
62/15 63/1 164/21
181/14 181/16 183/25
216/21 217/2 227/24
228/1 228/8 228/17
228/24 246/8
**ear [2]** 27/8 27/9
**earlier [7]** 38/14 76/21
111/6 176/9 184/14
224/4 249/14
**earliest [1]** 38/14
**early [1]** 36/2 45/11

248/15
**earner [1]** 27/25
**ears [1]** 27/8
**easier [1]** 25/8
**East [1]** 2/8
**easy [2]** 27/19 145/20
**eat [2]** 51/5 51/15
**edged [1]** 144/15
**editor [2]** 213/21
213/22
**educate [1]** 178/24
**Edward [2]** 163/5
242/21
**effect [4]** 25/3 128/7
206/10 249/25
**effective [1]** 193/13
201/25
**effectiveness [2]** 193/2
193/4
**effects [2]** 92/11 92/16
**Eganian [3]** 37/9 46/16
46/18
**Egyptian [1]** 173/22
**either [18]** 15/16 51/7
53/11 54/14 68/13
80/12 95/14 100/24
101/7 110/14 112/20
125/6 168/3 178/18
187/17 214/6 220/24
247/3
**elect [1]** 61/2
**Electronics [2]** 64/14
64/16
**elects [4]** 83/8 84/8
235/22 235/25
**elements [18]** 65/23
83/3 95/25 96/1 96/14
96/15 130/11 130/16
135/1 151/20 152/6
152/10 153/1 157/8
157/15 158/25 184/20
217/2
**eleven [7]** 35/18 35/20
120/20 147/19 147/20
176/10 176/19
**elicit [2]** 182/18 183/4
**elicited [2]** 182/19
183/5
**eliciting [2]** 154/25
155/8
**elicits [3]** 180/20 183/8
183/10
**Elizabeth [1]** 163/2
**else [60]** 6/1 6/22 10/2
18/16 19/5 19/5 19/18
26/23 27/24 31/13
31/19 36/11 36/14
36/18 45/20 54/22 57/6
68/1 77/3 77/12 78/15
84/14 89/5 92/1 92/15
98/2 106/3 118/12
129/14 129/19 138/6
141/16 146/13 147/21
152/3 153/7 153/11

**E**

else... **[23]** 156/13 171/10 172/12 172/20 174/1 174/3 175/4 178/20 179/9 187/3 189/22 193/18 195/11 205/4 213/5 215/22 217/11 228/22 229/22 233/6 235/3 237/20 239/17

else's **[1]** 5/6

email **[1]** 10/15

emergency **[2]** 39/12 225/9

Emmy **[1]** 173/16

emotion **[2]** 151/24 180/20

emotional **[11]** 150/3 150/5 151/5 152/8 182/18 182/20 183/5 183/6 183/8 183/10 183/15

emotionally **[3]** 200/11 200/14 238/4

emotions **[2]** 184/19 200/14

employed **[4]** 15/22 125/16 125/17 125/25

employee **[4]** 66/10 66/17 66/17 66/18

employee's **[1]** 67/9

employees **[1]** 125/20

employer **[4]** 15/22 240/20 248/25 249/2

employment **[1]** 67/10

empty **[1]** 147/13

enacted **[1]** 95/25

Encino **[1]** 117/18

encompass **[1]** 95/3

end **[11]** 20/13 24/9 45/15 45/17 144/15 165/22 197/2 197/8 197/9 222/8 243/10

endear **[2]** 208/3 208/7

ended **[1]** 80/20

ends **[1]** 24/21

endured **[1]** 238/14

enforcement **[41]** 97/4 102/4 103/20 104/6 104/6 104/19 104/20 104/22 105/15 116/23 118/11 118/12 129/11 129/12 131/5 131/10 131/11 131/15 131/16 131/17 132/19 140/22 142/22 164/16 171/25 172/6 178/19 178/25 189/17 189/18 190/17 191/11 213/13 214/21 214/23 214/25 215/15 215/17

engage **[1]** 136/11

English **[1]** 85/9

enjoy **[2]** 61/13 128/25

enough **[2]** 63/13 63/14

ensure **[1]** 48/10

entered **[5]** 12/25 55/21 112/13 154/8 208/10

entertainment **[4]** 175/6 175/8 175/11 197/7

entire **[4]** 184/20 201/5 201/13 234/14

entirely **[1]** 222/6

entirety **[1]** 152/5

entities **[2]** 192/20 192/21

entitled **[5]** 48/4 48/6 227/23 227/25 251/7

envision **[1]** 45/17

equal **[2]** 60/22 60/23

equation **[1]** 231/15

equivocal **[1]** 45/10

errors **[1]** 10/17

Escobedo **[2]** 163/1 242/15

especially **[1]** 214/12

essentially **[1]** 208/2

establish **[4]** 11/5 130/12 135/1 135/2

established **[4]** 95/24 96/15 125/1 157/18

estimate **[6]** 14/12 14/18 21/8 21/12 26/6 26/7

ESTRADA **[1]** 2/2

et **[4]** 5/14 114/5 114/5 204/18

et cetera **[2]** 5/14 114/5

Ethan **[2]** 163/6 242/22

evaluate **[13]** 111/9 111/11 152/10 154/12 169/16 184/10 184/20 184/23 185/4 223/20 224/8 224/11 236/19

evaluating **[4]** 151/19 152/5 153/1 155/2

even **[33]** 5/10 7/21 10/23 18/25 59/17 60/13 69/7 69/19 71/5 91/2 96/21 102/15 103/9 109/15 110/6 124/25 125/2 130/24 136/1 136/3 166/17 167/23 174/17 180/8 188/7 192/18 196/14 196/19 203/23 204/5 211/21 216/19 235/22

evening **[1]** 248/10 249/9 249/16 250/4

event **[1]** 8/18

events **[1]** 136/1

eventually **[4]** 15/14 81/7 103/1 213/19

ever **[25]** 28/19 56/21 59/25 72/9 81/16 81/19 82/19 88/5 97/10 99/25 101/19 120/11 127/18 127/18 177/11 191/18 198/23 209/9 209/16 211/11 212/10 214/5 220/7 220/14 225/12

every **[7]** 21/15 38/8 49/13 120/3 173/21 227/24 230/8

everybody **[10]** 31/19 31/21 89/5 102/13 128/24 178/20 179/5 183/20 193/12 250/4

everyone **[9]** 31/22 75/18 88/18 107/10 128/21 172/12 193/14 210/3 230/9

everything **[9]** 93/21 94/2 102/19 103/4 114/7 117/7 119/23 230/9 250/13

evidence **[92]** 7/2 14/14 21/3 25/21 34/20 48/7 48/7 50/8 66/4 66/5 77/10 82/15 82/16 85/6 85/12 86/9 86/11 87/23 87/24 89/6 90/19 90/19 90/20 93/7 93/8 93/9 93/11 93/12 93/17 94/6 94/7 94/22 95/3 95/4 95/5 95/10 95/15 95/16 104/10 109/14 110/1 110/2 111/9 111/11 113/17 114/5 118/23 128/9 135/6 135/16 135/19 135/24 136/6 136/6 136/6 136/7 136/13 143/22 149/5 151/20 154/8 154/19 155/3 158/21 167/12 179/21 181/5 182/3 184/1 184/17 184/23 185/4 194/8 194/16 194/23 200/2 203/13 203/13 204/1 212/24 214/16 218/10 221/20 221/22 223/20 224/6 224/8 227/17 228/3 231/4 246/11 247/24

evil **[3]** 135/9 228/14 228/16

evoke **[1]** 149/7

evolved **[1]** 136/3

ex **[2]** 99/6 217/20

ex-husband's **[1]** 99/6

ex-wife **[1]** 217/20

exact **[3]** 7/12 7/17 9/6

exactly **[4]** 59/3 100/22 116/8 224/25

exam **[5]** 17/8 17/10 29/20 30/8 45/1

examination **[2]** 55/16 166/23

examining **[1]** 212/23

example **[30]** 15/6 15/21 16/5 16/9 17/6 19/10 19/12 33/21 36/10 38/22 49/23 50/12 63/1 63/3 86/5 93/25 96/17 99/5 104/1 104/6 109/24 116/10 133/11 136/2 147/8 147/9 158/16 169/4 192/15 194/4

exams **[7]** 24/8 26/12 30/14 30/20 45/14 45/15 45/16

except **[2]** 62/6 212/2

exception **[1]** 63/6

excommunicated **[1]** 219/20

excuse **[29]** 16/12 16/17 16/18 16/25 17/1 18/12 19/3 31/10 40/10 44/13 45/2 47/1 63/7 147/16 160/1 160/18 161/4 161/14 161/23 162/9 168/23 230/22 240/6 240/7 240/16 244/3 244/15 244/22 245/3

excused **[26]** 47/3 47/6 47/9 47/12 50/20 52/8 160/2 160/6 160/22 161/7 162/2 162/13 240/10 240/14 240/23 241/3 241/5 241/9 243/2 243/5 243/6 244/6 244/18 244/25 245/7 248/24

executing **[1]** 104/7

exercise **[6]** 146/25 147/8 170/13 239/21 243/16 243/18

exercised **[3]** 146/18 239/12 239/16

exercising **[4]** 148/1 176/22 239/10 239/12

exhibit **[6]** 7/22 8/9 9/15 94/10 94/20 94/20 94/20

exhibits **[11]** 7/6 7/24 8/4 8/10 9/12 9/13 9/14 9/16 51/22 94/9 95/10

exhibits in **[1]** 51/22

existence **[2]** 94/25 130/10

exited **[26]** 47/4 47/7 47/10 47/13 112/7 160/4 160/7 160/10 160/23 161/8 161/17 162/3 162/14 205/14 240/15 240/18 241/1 241/4 241/7 241/11 244/19 244/19 245/1 245/8 249/10

expect **[11]** 10/7 14/15 14/18 21/6 21/10 25/14 26/1 26/9 136/5 151/4 206/12

expected **[1]** 239/21

expecting **[1]** 39/10

experience **[15]** 54/15 66/9 102/3 102/7 109/5 110/9 111/10 111/13 113/13 124/10 128/25 143/21 171/24 172/1 191/10

experienced **[3]** 75/3 180/9 216/7

experiences **[16]** 48/18 48/18 50/10 103/19 104/12 104/15 109/24 110/18 110/19 124/21 127/8 127/9 127/13 144/17 211/21 221/8

explain **[4]** 48/2 106/23 109/18 239/20

explained **[4]** 91/20 186/14 188/4 203/11

explaining **[1]** 146/19

explanation **[2]** 203/15 218/9

exploitation **[3]** 180/23 182/14 182/25

extend **[1]** 192/7

extensive **[1]** 166/19

extent **[5]** 9/15 9/16 69/18 146/5 158/2

extra **[1]** 233/18

extreme **[2]** 170/22 179/19

extremely **[3]** 157/5 167/17 195/21

eye **[1]** 44/5

eyes **[4]** 16/9 169/5 169/14 230/11

eyesight **[1]** 16/10

**F**

Face **[1]** 92/21

facilities **[1]** 15/11

facility **[4]** 15/10 15/10 116/13 118/8

facing **[1]** 202/2 229/10 232/9

fact **[42]** 5/7 11/5 11/9 25/1 34/9 34/13 49/19 70/2 70/13 70/16 71/5 83/11 85/24 86/8 94/24 94/25 95/1 124/3 131/16 135/13 135/15 141/1 144/6 157/6 157/16 157/24 158/10 158/11 158/21 180/25 181/19 182/20 192/12 201/15 214/20 214/22 216/16 216/17 216/22 217/5 221/5 227/22

factor **[1]** 51/1

## F

**factors [3]** 91/5 93/24 94/3
**facts [2]** 83/22 218/9
**failed [1]** 127/21
**fails [1]** 83/14
**fair [42]** 48/5 48/10 59/17 69/5 69/20 71/12 71/19 74/23 77/6 77/9 87/10 105/23 117/6 121/11 124/18 127/2 127/4 127/5 130/21 130/23 144/3 144/4 144/11 144/16 171/1 171/4 172/17 185/2 189/13 189/14 211/21 221/9 221/13 221/19 221/24 222/9 222/15 222/16 223/23 224/5 226/12 226/21
**fairly [16]** 16/3 16/11 16/15 17/14 62/2 67/23 77/22 81/10 85/6 85/12 111/11 113/17 132/18 152/9 214/17 236/19
**fairness [1]** 222/6
**fallible [1]** 196/8
**false [1]** 238/10
**familiar [2]** 188/14 195/24
**family [29]** 19/14 36/21 70/10 80/12 90/11 97/2 98/20 108/2 108/22 115/3 119/23 123/3 123/3 126/10 126/23 129/11 129/13 144/7 150/1 209/2 209/13 210/2 210/8 211/22 212/7 212/8 212/12 217/23 219/20
**family-on [1]** 209/2
**fan [1]** 189/15
**far [6]** 26/16 94/15 127/19 165/21 165/23 233/14
**fashion [1]** 176/22
**fast [2]** 35/10 145/1
**fate [1]** 203/20
**father [2]** 98/10 140/22
**father's [1]** 141/4
**fault [2]** 7/16 9/5
**favor [3]** 158/20 215/12 222/12
**favoring [1]** 214/23
**FBI [6]** 192/4 192/8 192/13 192/15 225/24 236/17
**federal [5]** 2/7 15/8 15/8 67/4 126/11
**FedEx [2]** 197/23 197/24
**feel [96]** 9/22 17/16 17/18 18/9 34/7 34/10

34/11 39/14 56/22 57/4 57/7 57/8 60/5 70/21 75/16 75/24 76/7 76/11 78/15 83/11 85/1 85/5 86/2 87/9 90/15 91/9 91/21 95/20 99/4 105/12 106/10 110/4 110/6 119/22 121/10 121/20 124/16 124/18 126/24 126/24 130/5 133/1 135/19 152/17 152/19 153/19 153/21 153/25 155/14 155/18 158/13 158/15 165/16 172/16 175/19 180/16 183/20 184/19 186/11 188/7 189/11 192/3 192/12 193/13 195/4 195/8 200/1 200/14 203/9 203/16 203/20 204/5 204/8 204/14 204/25 206/17 209/19 209/20 220/24 221/21 222/5 222/8 222/10 222/14 222/16 222/25 224/5 225/24 228/2 228/12 228/13 230/6 232/14 233/25 235/8 235/23
**feeling [7]** 88/23 88/25 151/10 155/9 155/12 230/13 232/3
**feelings [10]** 74/21 104/3 130/24 135/10 149/7 156/1 178/18 223/20 229/4 234/21
**feels [3]** 14/20 18/20 153/12
**fellow [2]** 136/7 139/5
**felt [7]** 67/22 70/7 83/20 124/3 133/2 159/17 233/7
**female [1]** 191/22
**few [12]** 20/8 20/13 75/12 75/14 76/18 155/22 171/22 189/4 224/2 225/21 226/2 226/2
**Fiancee [3]** 139/15 139/16 139/22
**field [1]** 141/2
**fifteen [1]** 139/7
**figure [3]** 24/23 104/10 211/6
**filed [4]** 83/23 127/20 128/1 209/16
**files [1]** 7/9
**fill [4]** 15/5 31/19 162/19 176/21
**fillig [1]** 50/16
**filling [2]** 147/13 239/9
**fills [1]** 31/21
**film [4]** 171/17 173/13 197/3 213/22

**filmmakers [1]** 173/4
**final [1]** 29/20
**finals [3]** 20/12 22/22 24/12
**financial [3]** 19/9 42/13 46/2
**find [24]** 16/16 18/10 18/12 18/13 23/22 24/19 24/24 24/25 32/20 32/24 35/8 35/10 110/23 131/14 157/5 158/11 158/19 158/20 163/20 181/19 181/20 203/19 214/11 228/6
**finding [2]** 62/17 203/25
**finds [3]** 91/2 91/7 204/4
**fine [23]** 6/6 11/11 11/16 11/20 22/21 23/8 23/9 38/24 39/5 44/15 55/9 68/13 102/12 102/16 134/8 166/3 175/17 206/13 206/22 208/20 213/3 225/10 237/24
**fingers [1]** 102/20
**finish [1]** 89/19
**fire [2]** 125/3 209/4
**firm [6]** 64/6 64/7 64/7 64/10 138/20 209/2
**firms [2]** 65/4 126/6 126/7
**first [20]** 1/22 1/22 4/10 7/3 14/6 19/21 51/7 51/9 57/11 62/25 86/3 93/12 93/17 94/6 142/2 147/8 160/13 177/22 197/13 241/25
**fit [1]** 137/2
**five [3]** 94/12 94/19 108/2
**fixated [1]** 194/15
**flag [1]** 53/23
**flagellate [1]** 7/16
**fled [2]** 97/9 170/20
**flip [2]** 147/21 247/4
**floor [2]** 51/9 118/4
**focused [2]** 194/13 194/18
**follow [22]** 10/10 33/4 48/7 49/11 78/11 84/7 84/11 109/15 114/6 150/18 172/12 179/21 200/14 218/17 234/13 234/20 234/24 235/10 236/2 238/4 248/4 248/17
**follow-up [4]** 49/11 78/11 150/18 234/13
**followed [2]** 73/1 242/2
**following [46]** 4/3 11/24 19/22 21/1 21/20 46/24 53/3 68/16 77/16

84/23 89/24 107/24 111/20 113/4 114/14 115/24 119/5 122/17 122/23 125/12 130/14 134/5 137/10 141/25 148/6 159/10 159/24 164/14 171/14 174/20 177/1 179/17 185/9 198/3 203/4 204/18 205/16 208/17 213/10 219/6 224/17 236/10 240/4 240/6 246/17 247/12
**follows [3]** 13/11 14/24 48/12
**Foltz [1]** 73/17
**food [1]** 218/2
**foot [1]** 136/18
**forced [1]** 63/11
**foregoing [1]** 251/5
**foreign [1]** 108/11
**foreperson [5]** 60/17 60/19 61/3 61/6 128/20
**forget [2]** 58/14 152/1
**forgot [2]** 126/10 199/14
**forgotten [1]** 230/1
**form [22]** 17/19 18/23 19/1 31/19 31/20 31/21 48/13 48/20 48/24 49/12 50/16 50/19 52/7 56/1 56/20 60/6 60/25 91/2 150/17 157/10 157/20 175/8
**format [1]** 251/7
**forms [5]** 5/22 6/11 48/24 49/8 52/13 249/20
**forth [2]** 6/20 87/16
**fortunately [1]** 67/17
**found [8]** 32/22 67/1 96/20 118/17 119/20 128/2 209/9 216/11
**four [5]** 8/16 35/19 35/20 98/16 147/18
**France [1]** 108/13
**Francisco [2]** 138/23 138/24
**Frankly [1]** 201/21
**free [4]** 51/18 51/23 56/23 57/8
**Freebird [3]** 20/2 162/23 242/13
**French [1]** 108/16
**Friday [14]** 10/7 14/16 20/16 20/22 20/24 21/1 21/7 21/15 21/18 22/25 24/9 25/15 26/9 39/13
**friend [13]** 79/9 79/10 98/20 108/2 108/22 112/20 121/6 127/20 177/8 177/8 180/3 191/22 219/16
**friend's [2]** 100/3

**friends [9]** 19/13 41/22 70/18 71/21 116/21 116/22 127/17 212/4 214/22
**front [14]** 55/18 58/11 58/19 58/24 68/14 81/2 102/22 128/22 134/9 132/15 162/18 164/6 207/4 243/9
**full [4]** 41/25 43/3 216/13 243/9
**full-time [2]** 41/25 43/3
**fully [1]** 107/8
**further [11]** 98/16 123/9 146/11 146/14 146/15 148/8 148/13 148/20 148/21 184/25 226/23
**future [1]** 96/7

## G

**G-l-e-n-n [1]** 41/9
**GABRIELA [2]** 2/7 4/17
**Gabriela Rivera [1]** 4/17
**gain [1]** 146/7
**gallery [1]** 202/12
**gaming [1]** 225/2
**Garcia [1]** 6/19
**garden [1]** 51/24
**gave [6]** 63/12 80/11 123/4 123/6 143/18 175/1
**general [16]** 54/25 64/12 64/13 64/24 64/25 76/14 85/16 88/9 97/17 97/19 97/20 101/24 140/25 186/7 189/15 192/19
**generally [2]** 134/24 198/20
**gentlemen [7]** 13/2 13/22 55/24 58/10 111/21 246/8 247/20
**Genzel [2]** 57/13 242/3
**GEORGE [1]** 1/4 4/7
**gestured [1]** 201/19 202/15
**get [57]** 5/10 5/22 15/7 15/7 15/9 15/13 15/14 16/20 20/19 23/11 23/13 24/11 26/14 33/5 33/6 33/24 36/17 37/21 38/11 39/19 40/8 40/14 42/20 46/2 46/12 48/10 49/7 50/17 51/2 51/20 53/8 55/7 56/6 80/6 82/14 86/13 90/21 105/16 112/4 118/12 136/24 147/2 151/25 167/17 174/9 191/14 194/11 194/21 204/3 204/10 207/11 213/2

**G**

**get... [5]** 229/3 232/13 233/17 249/18 249/25
**gets [2]** 118/5 243/16
**getting [6]** 7/13 50/24 80/20 89/19 105/8 191/5
**ghetto [1]** 105/2
**girl [1]** 98/23
**girls [7]** 74/14 74/16 75/15 75/24 88/23 115/2 121/25
**give [34]** 4/23 6/8 14/7 14/17 17/6 21/8 26/6 48/1 48/20 50/18 52/6 55/4 55/5 58/10 58/11 62/25 135/25 141/23 147/22 173/2 173/11 177/18 177/20 231/4 235/21 240/11 240/13 240/17 240/21 240/24 241/6 241/9 244/9 246/21
**given [14]** 14/15 26/8 33/4 107/6 115/6 126/23 133/12 133/16 144/11 200/2 201/10 209/8 218/7 221/9
**giving [5]** 54/24 55/6 56/22 163/22 226/20
**Glendale [3]** 37/25 40/1 40/2
**Glenn [3]** 41/8 45/2 47/1
**gmail.com [1]** 1/24
**go [79]** 8/3 10/7 14/9 14/18 16/20 20/15 21/5 22/25 23/14 23/17 23/24 24/18 25/15 25/23 26/1 26/3 27/1 29/9 31/25 33/17 33/25 39/16 39/20 39/22 40/9 45/16 47/2 47/5 49/6 51/7 51/10 51/11 51/14 51/25 52/4 54/1 63/1 63/2 73/2 80/22 80/24 80/25 81/1 89/14 103/9 111/24 116/11 118/12 141/8 147/6 147/20 148/23 151/8 160/1 160/21 161/6 162/1 162/12 162/20 169/24 176/13 176/15 176/15 176/17 176/17 178/21 183/15 201/2 205/10 210/4 213/20 224/6 240/7 241/16 243/10 244/5 244/17 244/24 245/6
**god [4]** 14/1 173/12 246/12 247/25
**goes [4]** 20/17 61/1 143/21 186/16

**going [125]** 4/21 9/21 10/22 10/25 11/1 11/2 11/2 14/7 21/4 22/18 23/13 23/24 24/12 24/25 25/23 25/24 26/21 28/11 28/13 31/18 31/19 33/5 33/7 33/8 35/23 42/20 44/25 45/16 45/17 46/22 47/17 48/12 53/24 54/11 56/1 56/2 56/18 58/10 58/11 63/11 64/22 65/19 66/2 68/6 69/14 74/14 74/19 75/24 88/19 90/20 93/14 93/14 93/15 95/23 96/11 96/13 99/11 102/14 102/14 105/14 105/14 117/2 140/8 142/6 143/19 147/10 147/14 147/17 149/6 149/22 150/3 150/4 151/5 154/7 154/18 155/2 158/7 162/19 165/23 166/19 166/21 166/24 167/1 167/18 168/25 169/1 174/2 174/7 183/24 184/2 184/18 184/22 185/2 185/3 185/4 187/12 188/5 188/8 192/7 192/8 194/10 202/14 203/23 204/2 208/6 214/25 221/19 221/21 221/24 227/15 239/6 239/8 239/11 239/13 239/23 239/24 239/25 242/1 242/18 246/21 248/5 248/5 248/20 249/20 250/11
**gone [3]** 5/16 145/10 145/14
**Gonzales [2]** 145/11 145/12
**Gonzalez [2]** 163/3 242/17
**good [18]** 4/11 4/16 4/19 13/2 19/23 27/12 32/5 35/4 37/6 41/4 41/5 44/1 51/5 55/24 64/19 92/25 115/1 134/24
**goods [1]** 132/24
**got [9]** 15/15 20/12 36/1 45/21 103/8 105/3 105/8 143/18 178/2
**gotten [1]** 90/14
**government [116]** 4/10 6/5 10/3 10/15 11/4 12/5 13/8 13/11 29/8 45/4 46/3 46/8 48/4 53/18 54/20 65/21 69/6 69/11 74/15 82/5 82/22 82/22 82/23 83/3 83/12

83/14 84/3 90/22 107/14 130/12 130/17 134/25 136/20 142/2 143/1 143/3 143/24 143/25 144/10 144/14 144/23 145/6 145/7 147/3 148/12 148/14 148/20 149/9 149/22 151/20 152/7 153/2 156/8 156/18 157/8 157/15 157/16 157/18 157/19 158/20 158/20 158/25 159/12 160/12 160/14 160/24 160/25 161/1 161/9 161/10 161/18 161/19 162/4 162/5 166/25 170/3 175/24 179/22 181/14 182/8 184/20 185/4 186/16 186/17 186/24 201/9 201/20 202/15 212/19 214/24 214/24 216/20 217/1 217/1 217/2 218/12 227/15 234/12 236/14 236/15 236/25 237/1 238/16 243/15 243/17 243/17 244/1 244/3 244/20 244/21 245/9 245/10 249/19 249/23 249/23 250/1
**government's [9]** 5/17 12/15 65/22 77/3 111/7 142/13 152/6 170/25 184/5
**grab [1]** 142/8
**Grand [1]** 86/11
**granddaughter [5]** 118/18 118/23 119/10 119/16 121/19
**grandfather [2]** 198/18 225/4
**grant [4]** 56/24 57/9 146/10 236/24
**granted [1]** 237/12
**graphic [5]** 167/16 167/18 167/21 167/23 167/24
**great [6]** 13/5 54/6 56/17 122/15 173/13 208/15
**Gregory [2]** 163/9 243/1
**grew [2]** 103/23 105/2
**grind [1]** 222/1
**Groceries [1]** 28/15
**grounds [1]** 81/24
**group [6]** 78/25 186/3 197/11 197/12 197/12 197/13
**grouped [1]** 142/20
**grown [1]** 178/16
**guarantee [1]** 124/21
**guard [1]** 116/8

**guess [24]** 24/8 53/23 70/4 71/4 85/6 87/5 101/9 101/12 118/18 149/20 151/1 169/13 173/22 180/4 183/7 183/19 194/21 196/8 209/13 212/23 213/16 224/4 227/11 227/22
**guilt [5]** 181/2 181/15 186/24 230/10 230/13
**guilty [37]** 13/17 75/19 82/6 82/24 83/15 83/21 83/21 86/16 86/17 91/3 91/8 96/20 107/11 107/15 122/7 130/13 133/3 133/4 133/16 133/19 137/20 138/1 144/9 144/13 152/19 153/5 154/1 158/12 159/14 181/5 181/19 181/21 200/8 204/4 217/7 217/7 228/20
**gut [2]** 151/9 153/7
**guy [2]** 179/3 234/3
**guys [6]** 34/17 89/20 167/9 173/8 246/18 249/1
**GW [1]** 1/8

**H**

**had [72]** 7/6 7/7 7/17 11/4 23/2 28/23 41/21 45/20 46/9 49/24 49/25 50/1 60/1 66/8 70/18 71/21 74/4 74/16 90/3 94/15 94/15 94/16 97/1 98/20 101/25 102/3 102/19 102/25 103/3 103/18 107/19 119/23 120/14 121/2 127/7 129/13 132/7 132/15 142/19 143/25 144/2 154/25 158/20 164/16 169/13 170/14 171/24 173/19 173/25 174/4 176/10 177/8 177/23 178/21 179/1 180/4 183/18 190/23 191/10 191/22 198/11 209/7 209/12 211/21 214/1 218/20 219/15 219/16 220/20 224/4 238/14 250/8
**hadn't [1]** 139/7
**half [1]** 246/22
**Hall [2]** 51/24 52/3
**hallway [2]** 49/7 207/18
**hallways [1]** 55/1
**hand [16]** 4/25 6/10 12/11 12/11 13/20 17/17 17/19 39/4 52/12 60/19 154/3 159/17 232/5 234/23 246/7

247/21
**handed [1]** 132/23
**handle [1]** 178/13
**handled [1]** 212/13
**hands [5]** 60/20 152/12 153/11 203/21 203/21
**hang [1]** 167/8
**happen [4]** 9/11 86/3 118/13 210/21
**happened [18]** 74/21 79/17 80/15 97/6 97/11 100/6 114/17 119/24 120/20 120/22 121/19 128/1 132/13 178/9 180/7 198/16 198/19 211/22
**happens [5]** 48/23 61/1 95/8 118/5 176/14
**hard [17]** 43/9 109/10 113/19 151/3 152/4 152/5 166/13 166/15 174/9 181/7 181/23 181/24 194/22 195/15 200/11 231/19 231/20
**harder [2]** 114/13 196/2
**hardship [22]** 3/4 14/4 14/22 15/21 16/2 16/17 17/3 17/12 17/16 17/18 18/9 18/11 18/12 18/13 18/20 19/1 19/9 19/16 22/6 22/7 23/2 28/12
**harmful [1]** 70/5
**harsher [3]** 134/20 180/16 182/13
**has [59]** 5/9 7/4 13/8 13/16 13/17 15/20 25/18 25/20 39/13 45/1 46/5 48/13 69/12 82/5 83/10 83/12 83/15 85/24 86/6 86/9 86/13 90/22 95/25 96/1 98/11 107/9 114/3 114/4 115/17 119/8 120/12 129/2 135/20 136/20 151/4 152/7 154/8 157/15 157/18 158/25 166/25 168/11 170/21 181/14 183/18 183/20 184/20 186/17 195/5 201/5 201/12 202/23 217/2 220/7 227/17 228/3 228/4 236/15 243/2
**hate [1]** 178/8
**hatred [3]** 114/24 115/13 115/19
**have [434]**
**haven't [18]** 7/21 7/23 8/1 8/8 15/22 30/10 47/23 60/6 73/1 94/15 105/10 125/1 128/2 139/17 139/22 140/8 153/23 250/12

**H**

having [8] 9/14 18/7 46/10 88/22 95/3 152/4 169/12 212/24
he [104] 36/1 36/23 45/1 46/1 63/12 67/16 68/15 72/18 72/23 74/16 80/17 80/22 80/23 80/24 80/25 80/25 81/7 81/10 83/10 83/11 83/13 83/12 84/9 84/9 84/9 87/19 88/17 100/8 102/13 102/14 102/17 102/19 102/20 102/22 102/25 107/6 108/4 108/7 108/18 108/21 114/4 118/11 119/13 120/20 120/24 120/24 121/21 126/13 133/12 133/17 135/15 135/20 141/4 141/13 142/3 142/19 142/19 142/20 159/13 159/14 159/14 159/16 159/17 177/11 177/23 177/23 178/3 178/4 178/9 178/11 178/11 178/16 178/20 179/2 198/18 198/21 204/2 210/10 212/13 218/7 219/23 220/1 220/2 220/4 220/4 220/14 220/17 220/18 220/19 220/20 224/22 224/25 225/8 225/12 232/9 232/11 233/16 236/17 236/17 236/18 236/19 236/19 237/8 240/11
he'll [2] 248/18 248/18
he's [32] 35/22 68/14 86/16 91/19 102/14 117/22 121/23 122/1 135/14 145/14 152/18 153/5 178/16 179/2 179/2 181/11 181/12 202/5 207/9 207/13 227/7 227/25 228/8 228/9 229/6 230/14 230/15 233/15 237/6 237/7 248/5 248/5
head [3] 83/5 154/22 200/17
heading [1] 51/7
heads [1] 157/22
health [2] 37/20 39/13
hear [21] 13/3 20/5 21/4 27/6 105/20 115/16 121/21 132/4 138/25 143/23 149/5 149/22 149/23 184/17 185/1 201/11 202/23 215/2 215/6 227/7 233/13

heard [11] 25/20 25/21 73/1 75/12 75/14 79/14 87/1 88/21 183/12 220/7 229/5
hearing [11] 18/3 27/4 88/19 89/6 94/14 114/7 118/22 122/4 183/25 200/1 233/19
heart [4] 39/14 137/3 183/18 222/2
hearts [2] 137/3 222/2
heckling [1] 105/20
heinous [2] 182/15 183/10
held [24] 4/3 11/12 11/24 19/22 53/3 68/16 84/23 107/24 113/4 119/5 122/23 134/5 141/25 159/10 164/14 174/20 179/17 198/3 205/16 208/17 219/6 236/10 246/17 251/6
Hello [2] 92/6 134/6
help [7] 14/1 63/15 217/24 222/22 223/10 246/12 247/25
Heng [3] 58/6 145/18 156/12
her [50] 7/9 37/21 39/15 39/15 39/17 39/20 45/2 45/9 45/10 45/14 45/19 45/19 46/10 46/12 46/16 46/19 46/20 46/21 46/21 71/9 98/10 98/16 98/23 119/9 119/14 119/14 119/17 119/18 120/15 120/18 120/19 120/22 120/23 120/23 127/21 127/21 143/12 143/21 144/11 144/16 146/4 146/6 146/7 188/14 199/4 201/16 205/25 206/9 219/17 238/14
here [41] 4/20 13/6 18/15 22/24 23/1 23/13 38/11 39/23 41/22 42/8 44/20 47/20 49/6 51/5 51/10 65/12 83/22 85/21 86/3 89/17 96/13 102/15 112/5 114/23 115/7 116/6 121/24 140/10 140/11 149/3 149/3 150/3 150/7 156/10 180/3 188/22 206/9 206/10 208/1 227/14 232/1
hereby [1] 251/3
herself [1] 146/9
hesitated [1] 221/12
heyday [1] 141/12
Heydon [2] 57/14 242/4

Hi [2] 198/4 208/18
hiding [2] 71/5 120/24
high [8] 81/14 81/24 82/21 82/25 85/11 86/14 186/17 195/21
higher [2] 61/7 82/17
Hill [1] 51/11
him [17] 63/12 68/15 83/9 83/12 84/10 102/18 102/24 119/25 120/3 158/12 181/19 181/20 207/12 220/7 228/17 230/9 233/14
himself [4] 186/20 204/15 218/14 230/8
hire [1] 65/7
his [36] 44/25 63/11 72/19 102/15 102/23 107/7 107/10 129/17 133/13 133/18 144/7 159/17 177/16 177/23 178/24 186/13 186/24 192/17 218/8 220/18 220/19 229/6 229/19 230/12 231/7 231/14 232/10 232/13 232/18 233/8 233/15 233/21 234/4 234/7 240/11 248/23
history [1] 77/8
hit [1] 204/10
hold [7] 18/5 23/6 45/23 83/8 84/10 156/18 185/4
holding [1] 207/4
hole [1] 148/3
holes [5] 147/17 147/25 172/5 239/9 239/24
home [4] 178/3 178/9 178/16 204/10
homeless [2] 219/10 219/11
honest [12] 48/1 49/14 49/18 50/18 52/6 69/5 85/13 88/16 136/21 154/17 184/2 238/8
honestly [1] 75/11
Honor [111] 4/11 4/16 7/1 7/21 8/14 9/10 10/1 10/8 11/13 12/6 12/7 26/24 27/3 45/8 53/10 53/13 53/15 53/18 54/5 54/19 54/21 54/24 55/9 62/12 76/18 89/11 89/13 112/17 114/21 121/15 125/8 134/6 141/19 141/22 142/8 142/15 143/3 144/25 145/9 145/16 145/19 145/22 146/3 146/4 147/12 148/16 148/22 148/24 149/11 149/17 149/21 150/25 155/23

156/22 157/1 159/12 159/13 159/21 159/22 160/14 161/1 161/11 161/20 162/6 168/5 169/22 169/23 170/7 170/24 171/11 175/25 176/2 176/4 182/9 182/11 197/25 200/22 200/24 202/8 202/22 206/17 207/25 208/8 208/18 219/13 224/2 225/21 226/23 226/25 227/15 227/21 229/13 234/12 235/17 236/23 237/1 237/14 238/9 239/3 239/18 243/19 243/23 244/2 245/11 245/14 245/18 245/24 246/2 249/17 250/2 250/5
HONORABLE [2] 1/4 4/7
hope [3] 128/11 146/5 183/20
horrible [3] 50/5 183/21 183/22
horrifying [2] 151/14 151/18
hospital [1] 39/22
hospitalized [1] 209/8
hotel [4] 41/17 42/8 51/12 187/12
hotels [2] 42/9 187/12
hours [1] 188/1
house [3] 139/5 140/5 173/20
household [1] 27/24
housekeeping [1] 10/9
Hovig [3] 163/14 232/4 233/7
how [52] 14/6 14/17 21/7 24/17 28/23 29/16 32/11 35/10 35/16 37/10 38/1 42/20 43/14 55/14 64/8 64/23 72/23 73/24 93/25 121/20 128/13 134/6 145/20 146/17 152/19 153/3 165/21 167/16 172/11 178/13 180/19 188/11 189/11 199/5 199/18 208/18 210/7 210/9 210/10 210/12 227/2 228/2 228/12 230/6 230/24 232/3 232/7 233/1 233/11 233/25 239/17 240/1
however [15] 15/19 16/13 47/25 49/22 50/22 56/3 63/24 69/11 82/21 83/25 93/6 139/13 172/4 247/4 249/13
HSI [1] 4/14

hubs [1] 186/8
HUD [1] 219/10
huge [1] 95/22
huh [28] 12/21 24/10 25/10 34/2 34/22 38/20 39/24 41/10 41/20 61/25 64/9 65/24 74/13 89/8 98/25 108/3 117/1 123/22 135/4 135/11 147/1 150/21 151/17 154/2 183/23 185/8 230/11 230/16
Human [1] 66/22
humans [1] 150/7
hundred [13] 84/1 88/15 88/17 89/6 115/19 122/12 124/13 124/14 151/6 181/12 184/11 184/12 231/21
hurts [1] 183/18
husband [10] 36/1 36/22 59/22 177/16 178/4 178/5 178/19 178/24 224/20 224/21
husband's [1] 99/6
hydrant [1] 137/16

**I**

I'd [11] 141/3 152/11 155/20 160/18 161/4 161/23 162/9 166/15 206/8 221/14 227/11
I'll [32] 5/21 5/23 9/24 10/6 16/19 18/8 19/2 29/10 31/10 31/10 38/13 38/17 38/17 39/1 49/6 55/3 89/18 89/20 134/8 147/16 147/21 149/2 150/10 173/2 176/17 176/18 196/20 212/17 227/19 227/21 236/24 246/21
I'm [103] 8/19 15/8 17/24 20/4 20/25 25/4 25/14 27/6 27/10 33/2 33/14 35/14 35/21 35/21 36/5 36/6 37/20 39/15 41/25 41/25 42/14 43/11 43/12 43/15 44/6 49/17 54/11 58/10 58/11 60/12 62/12 63/10 66/21 68/18 79/5 82/10 92/10 102/18 102/24 104/11 105/4 110/4 115/1 125/16 134/8 135/19 135/23 138/3 150/2 150/8 150/11 151/15 153/20 154/7 154/17 154/19 155/7 155/11 155/14 155/18 162/19 168/8 170/16 177/25 178/1 182/19 183/4 183/5 183/21 184/1

**I**

**I'm... [33]** 184/22 186/7
187/12 187/25 187/25
188/14 189/3 189/3
189/15 193/11 195/6
196/16 196/20 202/18
206/16 207/21 207/25
208/20 219/23 220/9
221/14 221/15 223/15
229/7 230/1 233/19
234/2 234/3 235/19
238/11 248/20 249/20
250/5

**I've [26]** 5/16 20/12
20/15 64/25 75/2 90/14
94/15 96/18 104/9
105/1 105/2 105/2
114/2 128/12 130/6
171/22 175/10 179/1
187/25 189/4 191/6
193/7 195/20 203/10
204/17 230/1

**identical [4]** 8/11 8/18
9/4 9/4

**identifiable [1]** 150/2

**identified [2]** 9/1 10/25

**identify [1]** 76/3

**identifying [2]** 143/19
143/20

**if [261]**

**ignore [2]** 95/16
167/12

**ignoring [1]** 102/15

**image [4]** 8/22 151/12
151/13 152/1

**images [33]** 7/25 69/12
74/12 74/15 99/11
99/13 109/8 110/23
115/8 144/5 149/25
150/16 151/3 151/18
152/4 152/9 152/25
153/25 154/7 154/11
155/1 155/19 159/14
166/22 167/1 169/11
169/17 184/7 184/10
212/24

**imagine [1]** 74/5

**immediate [2]** 80/12
110/2

**immediately [3]** 183/10
183/15 192/14

**impact [8]** 65/17 70/10
74/4 74/7 74/11 110/2
110/19 180/12

**impactful [1]** 70/4

**impartial [21]** 48/5
48/11 77/6 77/9 121/11
124/19 127/2 127/3
130/22 144/3 144/12
144/16 170/16 171/1
171/4 172/17 179/21
185/2 215/13 221/24

223/24

**impartiality [1]** 226/12

**impartially [3]** 114/8
214/17 236/19

**impinged [1]** 91/10

**important [5]** 15/7
15/18 75/4 75/7 143/15

**impose [1]** 203/24

**imposing [1]** 204/25

**impossible [1]** 173/9

**impressed [1]** 16/14

**impression [2]** 143/18
143/18

**improper [1]** 229/14

**impropriety [1]** 206/21

**impugned [1]** 206/18

**incidences [3]** 71/23
84/1 99/24

**incident [11]** 66/25
81/20 84/1 103/18
112/19 112/19 113/6
121/9 127/22 131/12
212/24

**incidents [4]** 83/23
97/3 112/21 219/14

**inclination [4]** 169/8
169/10 169/14 228/22

**inclined [2]** 146/6
154/1

**include [1]** 249/20

**included [1]** 179/25

**includes [3]** 166/8
166/9 182/21

**including [2]** 12/11
180/3

**Inclusive [1]** 1/17

**income [1]** 217/23

**inconsistent [1]** 78/22

**incorporated [2]** 94/8
94/19

**incredibly [3]** 109/25
157/13 205/23

**independent [2]**
111/25 248/9

**indicate [66]** 5/3 14/24
16/16 24/6 45/22 47/16
48/3 59/10 59/21 65/11
65/13 66/8 67/9 69/24
70/18 71/8 78/8 78/24
86/24 93/2 95/20 97/14
99/2 100/18 101/3
103/17 103/18 107/25
110/22 116/1 116/15
116/21 117/15 127/7
131/3 138/11 139/13
140/15 149/13 158/14
158/16 163/21 164/15
164/15 165/1 166/4
179/18 180/14 187/9
187/15 190/9 191/9
192/24 194/24 195/3
198/11 204/13 209/7
211/24 212/3 214/11
216/2 217/17 222/19

225/4 249/22

**indicated [68]** 20/15
26/1 45/14 45/19 60/16
61/17 62/1 67/20 68/20
69/12 70/25 71/21
77/18 78/5 78/23 79/6
79/22 81/14 82/1 83/20
84/24 85/20 91/2 96/19
97/1 99/23 105/22
110/13 113/21 114/2
118/17 120/14 121/1
121/10 122/24 125/14
126/22 128/4 128/18
129/10 130/7 132/6
134/11 134/18 134/21
140/21 151/2 157/3
157/4 168/11 171/24
173/3 177/7 186/10
188/25 191/22 193/7
193/7 193/24 195/20
203/9 206/14 213/12
216/15 219/16 225/23
232/6 237/8

**indicates [1]** 82/3

**indicating [3]** 10/6
36/3 109/19

**indication [1]** 203/1

**Indictment [13]** 7/15
8/23 9/1 10/12 10/18
10/19 10/22 10/25 11/3
11/9 53/24 54/1 54/4

**individual [15]** 58/12
66/16 89/16 97/9 98/9
98/15 100/10 126/10
140/3 158/4 163/22
170/20 181/8 192/8
192/20

**individuals [2]** 184/1
226/7

**industry [3]** 175/6
175/12 209/5

**infant [1]** 217/23

**information [3]** 50/17
118/23 149/24

**informed [2]** 37/19
41/15

**inherently [1]** 228/16

**initial [2]** 5/1 78/21

**initially [1]** 186/11

**injuries [1]** 225/8

**injury [1]** 129/2

**inkling [2]** 230/10
230/13

**inn [3]** 42/3 42/4 42/5

**innate [1]** 155/9

**inner [1]** 190/21

**inner-city [1]** 190/21

**innocence [12]** 107/7
107/10 133/13 133/18
181/2 186/13 218/8
227/3 227/24 228/7
228/17 228/24

**innocent [21]** 75/19
76/25 84/4 91/18 91/19

107/5 107/10 107/13
111/7 122/7 133/15
133/19 137/20 137/25
144/9 144/13 186/20
200/7 204/15 218/14
223/19

**inquiries [1]** 148/13

**inquiry [5]** 3/4 14/4
54/16 146/7 146/11

**inside [1]** 51/25

**insinuate [1]** 208/2

**insofar [11]** 38/21
45/14 45/19 54/7 80/2
99/3 103/5 104/5
180/15 195/4 204/24

**Institute [1]** 29/24

**instruct [1]** 235/24

**instructed [2]** 204/17
234/18

**instructing [1]** 93/20

**instruction [11]** 5/6
55/4 55/6 114/14 185/3
218/17 227/3 234/20
234/24 235/21 236/2

**instructions [21]** 5/1
5/3 7/6 25/22 48/8 53/9
53/17 53/20 66/5 84/7
90/21 109/15 109/16
111/9 114/6 130/15
135/7 200/15 204/19
238/5 246/11

**instructs [1]** 95/6

**insufficiency [1]** 83/16

**insulted [1]** 106/10

**insurance [4]** 28/14
29/3 29/5 125/20

**integrity [1]** 206/17

**intended [1]** 7/7

**interest [1]** 74/16

**interested [4]** 178/1
178/1 213/13 214/21

**interesting [3]** 51/22
51/24 197/13

**interim [1]** 31/23

**interrupt [1]** 62/13

**intoxicated [2]** 49/25
136/4

**introduce [1]** 7/7

**invent [1]** 106/16

**investigate [1]** 118/6

**investigates [1]** 118/9

**investigation [1]** 112/1

**investigations [2]**
66/22 191/19

**involve [2]** 93/3 170/22

**involved [28]** 60/1
61/19 61/21 63/25
66/10 70/9 70/9 71/1
94/16 98/6 98/7 104/2
110/24 118/19 126/18
128/12 135/17 138/14
140/16 177/11 183/14
195/25 196/6 200/2
209/23 210/6 216/18

217/18

**involves [6]** 105/24
114/14 124/7 134/19
136/10 214/13

**involving [15]** 50/13
76/4 96/10 99/24
103/20 113/7 127/17
135/14 136/2 177/4
177/11 183/9 212/12
212/25 219/10

**irrelevant [1]** 206/15

**is [469]**

**isn't [2]** 139/24 231/20

**issue [19]** 24/22 37/19
38/4 39/3 39/14 45/6
46/10 46/15 46/22
49/24 60/25 87/5 91/21
105/18 134/23 174/25
188/5 188/8 227/14

**issues [9]** 19/12 37/22
46/2 46/6 53/20 96/12
193/1 193/5 193/7

**it [355]**

**it's [165]** 6/4 6/10 7/12
7/13 7/14 7/16 7/17
7/22 9/5 9/6 9/11 9/24
10/21 15/5 15/11 15/18
15/24 16/3 16/10 16/15
19/3 19/8 19/15 20/22
21/14 22/8 22/22 22/24
23/4 23/22 24/1 24/7
24/20 24/22 27/5 27/9
28/6 30/1 30/24 32/13
32/14 33/8 37/12 38/15
39/3 42/12 42/16 43/12
45/16 50/6 51/11 51/23
55/1 68/19 70/13 70/15
71/14 73/17 74/11
74/23 75/3 77/2 82/16
82/20 85/24 86/14
86/16 87/20 88/9 88/19
90/11 91/4 92/11 92/15
92/25 93/22 94/3 94/11
94/18 94/19 96/19
97/18 97/19 98/10
102/16 104/12 105/5
107/16 111/7 111/13
122/9 128/16 130/9
134/24 137/23 140/12
142/17 147/7 149/6
150/12 151/11 152/15
152/22 152/24 154/6
155/7 157/16 158/8
158/22 165/17 165/23
166/17 166/21 167/17
167/23 167/24 169/12
171/21 173/1 173/9
175/12 175/17 180/7
180/20 181/7 181/23
181/24 183/19 184/5
184/15 184/16 187/24
188/19 191/5 191/6
194/4 194/17 194/19
194/22 195/15 196/12

**I**

it's... [24] 197/10
200/11 200/16 201/21
201/22 201/24 201/25
202/22 204/24 205/23
206/15 217/22 221/20
223/5 224/23 225/1
226/1 226/9 227/12
229/13 237/4 240/1
240/9 243/9
its [12] 5/9 70/14 83/14
90/22 107/14 135/1
157/18 158/25 185/5
186/17 193/2 234/13
itself [2] 130/25 158/19

**J**

Jacqueline [1] 57/20
jail [1] 178/5
jailed [1] 177/16
Japanese [4] 51/6 51/8
171/17 171/20
Javier [9] 4/21 10/5
12/20 41/14 55/12
55/13 141/21 240/8
241/18
Jennifer [3] 163/11
243/3 243/5
Jerry [1] 190/4
Joann [2] 58/4 242/9
job [8] 15/7 15/21
23/22 27/21 28/23
43/13 117/7 129/17
jobs [1] 187/9
join [2] 19/1 19/16
Joining [1] 4/12
joke [1] 94/2
judge [20] 1/4 4/7 15/8
15/15 81/2 87/16 87/23
93/19 109/14 111/6
113/17 184/14 188/12
192/20 203/10 203/10
203/12 233/15 234/18
235/6
Judge Wu [1] 87/16
judge's [2] 234/24
235/10
judging [1] 192/11
judgment [11] 50/9
88/20 90/16 90/18 91/1
91/6 128/10 154/19
203/22 205/1 228/4
Judicial [1] 251/8
jumbled [1] 238/8
jump [1] 181/1
June [4] 20/13 26/12
26/15 251/10
June 13 [1] 20/13
June 1st [1] 26/15
juries [1] 15/3
juror [285]
Juror No [2] 62/11
129/24
Juror No. 1 [1] 63/2

Juror No. 10 [2] 99/1
161/25
Juror No. 11 [4] 99/22
106/3 142/3 160/5
Juror No. 12 [3] 106/2
106/6 170/25
Juror No. 13 [3] 58/23
107/21 160/8
Juror No. 15 [1]
115/25
Juror No. 16 [2] 63/4
117/15
Juror No. 17 [4] 58/25
122/18 147/9 160/9
Juror No. 18 [4]
125/13 146/3 244/3
244/5
Juror No. 19 [5] 63/7
63/8 137/18 244/15
244/16
Juror No. 2 [1] 60/14
Juror No. 20 [2] 134/2
160/9
Juror No. 21 [1]
137/12
Juror No. 22 [2] 89/19
138/11
Juror No. 23 [3]
163/24 164/9 240/7
Juror No. 24 [3]
163/25 171/15 244/22
Juror No. 25 [1] 173/1
Juror No. 26 [1]
172/25
Juror No. 27 [1] 177/2
Juror No. 28 [1]
179/14
Juror No. 30 [1]
185/24
Juror No. 34 [2] 191/9
240/23
Juror No. 35 [1] 241/2
Juror No. 37 [4]
197/19 203/6 238/17
241/5
Juror No. 38 [1] 203/8
Juror No. 4 [2] 68/6
160/21
Juror No. 40 [2]
213/11 241/8
Juror No. 41 [2] 216/2
241/12
Juror No. 42 [1]
217/16
Juror No. 43 [2] 219/1
219/2
Juror No. 44 [1]
224/18
Juror No. 5 [1] 77/17
Juror No. 6 [4] 78/21
91/21 107/12 159/13
Juror No. 7 [3] 84/19
144/24 155/14
Juror No. 8 [1] 89/25

Juror No. 9 [6] 92/5
158/17 161/15 161/16
170/18 170/19
jurors [127] 3/3 3/5 3/6
3/7 4/21 6/11 6/11 10/5
12/17 12/25 13/4 13/21
13/25 17/7 18/9 18/22
19/3 27/4 47/19 47/21
47/22 48/6 54/8 54/11
55/14 55/21 56/2 56/16
56/19 56/20 57/11
60/18 60/20 60/21
60/22 60/24 61/3 62/24
63/6 75/12 75/15 90/14
90/25 93/10 112/7
112/13 136/7 137/1
147/10 147/14 147/19
147/20 147/21 147/24
148/8 149/3 149/22
150/13 150/19 151/2
151/2 152/13 153/9
153/13 156/20 157/2
157/3 157/22 158/4
158/6 158/14 158/15
160/10 162/16 162/16
162/17 162/19 162/21
163/20 163/21 165/15
165/17 170/5 170/13
171/2 171/6 171/8
176/8 176/11 176/16
176/18 176/19 188/4
193/10 203/11 203/25
205/14 207/2 207/5
207/17 208/10 212/1
221/25 224/7 228/10
229/21 229/24 235/18
235/19 239/23 240/6
240/19 241/15 241/17
245/20 245/21 245/25
246/6 246/20 247/13
247/14 247/16 247/19
248/4 248/4 248/20
249/10
jurors' [23] 4/3 11/24
46/24 53/3 54/7 77/16
89/24 111/20 115/24
122/17 125/12 137/10
148/6 159/24 171/14
177/1 185/9 203/4
205/16 213/10 224/17
240/4 247/12
jury [121] 1/17 5/1 6/2
10/6 10/7 12/4 12/24
14/10 14/11 14/13
14/16 14/17 14/19
14/21 15/7 15/23 16/17
16/20 16/25 20/16 21/5
21/8 25/15 25/17 25/19
25/20 25/23 26/2 26/7
26/8 28/7 30/9 30/13
38/13 38/18 40/10 42/1
47/2 47/22 48/5 48/11
53/9 53/17 53/25 54/2
54/23 54/25 55/8 55/12

60/17 60/21 60/22 61/1
61/2 74/20 75/23 75/23
81/3 83/15 86/11 88/15
91/2 91/3 91/7 94/4
94/25 95/5 95/5 96/18
112/6 112/11 114/3
121/21 134/22 136/5
143/20 149/23 151/7
151/8 152/3 156/18
160/2 160/21 161/6
162/1 162/12 162/18
165/24 168/25 177/19
184/12 201/11 202/2
202/8 202/23 204/4
205/18 207/15 207/22
208/3 208/7 221/17
221/17 221/24 229/8
229/14 240/7 240/8
240/21 244/5 244/17
244/24 245/6 245/19
246/1 246/5 248/5
248/12 248/18 249/1
249/20
just [227] 5/3 5/10 7/18
8/19 9/3 9/6 9/10 9/11
9/17 10/10 10/14 13/6
14/24 17/21 19/23 20/5
20/25 21/1 21/15 24/1
24/16 25/7 27/19 28/19
29/18 30/24 34/18
36/24 37/19 38/6 38/7
38/11 38/22 39/3 39/12
39/14 44/7 44/20 47/22
48/3 48/8 49/1 49/2
49/5 50/19 51/18 51/25
53/7 53/13 53/23 54/9
54/25 57/5 57/9 59/2
59/13 59/14 61/10
61/21 62/25 63/1 63/2
68/12 68/14 69/21
70/13 72/2 75/11 75/21
76/14 76/18 78/1 78/2
78/21 79/15 79/20
80/23 81/18 82/16
83/12 85/16 85/17
87/15 87/24 88/9 88/18
89/5 97/19 100/16
102/15 102/17 102/19
102/20 102/24 103/13
104/11 104/12 105/2
105/3 105/9 105/19
107/16 108/15 108/21
109/10 111/12 112/4
114/23 118/3 119/20
119/24 120/18 121/17
121/18 123/11 124/20
125/2 125/3 126/13
128/1 135/15 135/22
135/22 137/21 140/10
142/8 144/23 145/24
145/24 147/16 147/23
148/3 148/3 148/9
149/11 149/13 150/5
152/11 153/16 153/19

150/20 155/25 157/12
158/9 158/11 162/17
162/20 165/22 166/12
166/17 166/18 166/23
167/6 168/15 169/5
171/16 172/11 174/16
175/20 179/25 182/20
183/19 184/16 184/19
185/1 186/2 187/21
187/21 193/10 194/10
194/11 195/5 195/15
196/2 197/13 197/19
198/20 201/2 201/15
202/22 202/24 203/25
204/24 206/18 207/5
207/15 207/23 208/4
210/4 210/5 211/11
212/3 212/21 216/11
217/5 219/7 220/1
220/4 222/3 222/20
222/23 224/9 225/1
225/21 226/7 230/8
231/3 234/17 238/12
239/3 239/20 240/17
240/24 241/6 243/9
243/10 244/9 247/3
248/17 248/22 248/22
248/23 248/25 249/5
249/14 249/22 250/7
justice [3] 77/23
164/16 191/10
juveniles [1] 69/13

**K**

Karina [1] 57/15
Kathleen [2] 57/14
242/4
keep [3] 37/19 242/18
250/15
keeping [1] 77/5
keeps [2] 61/5 249/19
Kelsey [2] 163/17
243/13
kept [1] 119/22
kicked [1] 15/15
kid [2] 132/14 221/3
kidnapped [2] 110/14
180/3
kids [2] 115/3 115/3
kind [32] 5/9 18/14
32/20 45/10 61/3 61/6
65/12 65/15 75/16
86/18 86/19 88/20 96/6
100/16 100/24 105/17
105/19 107/17 108/21
124/2 137/23 137/24
144/15 146/7 171/19
190/16 194/15 194/22
207/14 213/21 221/12
234/1
Kinsella [1] 64/7
Klein [1] 126/9
knew [6] 66/9 71/5
110/14 199/3 206/7

**K**

**knew...** [1] 227/9
**knot** [2] 139/17 139/23
**know** [244] 5/5 5/7
5/20 8/6 9/11 9/11
10/14 10/18 12/15 16/1
18/10 19/15 22/25 24/8
26/3 26/6 28/14 29/10
31/10 31/10 31/23
31/24 33/2 33/7 33/13
33/22 34/5 34/15 34/24
37/2 37/18 40/19 42/8
44/12 45/14 45/15
47/15 48/14 48/17
50/15 50/24 54/13 55/8
58/22 60/6 60/7 60/18
60/19 61/21 61/23 62/7
64/6 64/10 64/23 67/10
67/14 68/1 71/14 71/25
72/23 74/23 75/2 75/10
75/15 75/18 76/5 76/6
76/10 79/12 80/3 81/22
82/2 82/3 82/14 84/14
84/25 85/7 85/12 85/25
86/15 89/19 91/17 92/1
93/9 95/11 95/25 96/3
98/3 98/22 99/18 99/25
100/1 100/13 100/16
100/23 101/23 102/7
105/7 105/17 106/3
106/20 109/3 110/16
113/8 117/10 117/24
119/7 119/22 120/4
120/10 122/7 127/8
127/19 128/12 128/13
128/16 129/1 129/5
129/12 129/12 129/14
129/15 129/19 131/4
133/16 133/23 134/15
134/22 135/6 136/3
140/15 140/17 140/24
141/1 141/3 141/16
146/16 146/17 150/7
150/20 151/14 152/4
153/3 153/23 156/1
157/5 157/7 157/9
158/1 165/18 166/4
166/17 166/18 167/5
167/9 167/14 169/12
171/8 172/20 173/2
174/4 174/17 176/19
179/5 179/10 180/17
181/9 181/15 183/19
184/4 185/18 186/14
187/3 188/12 188/16
188/18 188/19 189/4
189/23 190/3 190/24
192/11 193/11 193/18
195/12 195/17 196/6
196/8 197/10 197/15
198/25 199/23 200/5
200/7 202/2 202/4

**L**

**L.A** [4] 100/19 116/2
138/20 138/21
**lack** [1] 197/3
**ladies** [6] 13/2 13/22
55/24 58/10 111/21
246/8
**Lancaster** [2] 127/23
127/24
**language** [2] 5/24 54/3
**LAPD** [1] 191/16
**large** [1] 126/8
**largely** [1] 109/7
**Larkey** [3] 163/10
242/24 243/3
**Las** [1] 141/11
**last** [29] 7/8 12/10 14/7
21/11 27/17 29/16
32/16 37/10 37/14
37/15 41/8 41/22 44/3
58/25 63/3 63/10 65/1
72/25 107/12 119/21
123/16 123/18 139/3
164/7 164/8 173/12
191/7 216/12 249/18
**late** [2] 38/11 191/5
**later** [14] 24/7 30/8
30/14 33/5 53/24 55/6
56/10 197/10 247/3
247/4 247/4 247/6
247/7 250/7
**Laughing** [1] 61/16
**Laughter** [25] 35/11
64/21 78/13 86/20 90/7
92/23 97/25 105/6

203/22 204/2 204/11
205/4 206/8 206/12
207/20 207/20 207/21
211/11 211/13 212/10
215/7 215/20 215/23
216/12 216/19 216/22
217/12 218/2 218/6
218/21 219/11 220/16
221/16 221/18 221/19
221/22 222/10 222/19
223/16 224/9 225/16
226/5 227/9 227/9
227/10 227/22 228/13
231/3 231/23 232/2
239/8 239/24 240/1
**knowing** [4] 119/14
119/23 120/3 195/17
**knowledge** [2] 16/21
225/13
**known** [1] 194/25
**knows** [1] 206/2
**knuckles** [1] 177/24
**Krenkel** [6] 163/2
182/12 227/12 227/23
242/16 245/4
**Kristie** [2] 57/13 242/3
**Kummerfeldt** [2]
163/18 243/14

105/11 105/21 106/18
112/2 129/6 130/2
132/5 132/22 133/5
138/4 139/2 139/11
139/19 140/1 140/13
141/14 174/11
**law** [77] 25/22 48/8
63/22 64/6 65/4 66/6
68/14 80/3 90/21 97/4
98/6 101/24 102/3
103/20 104/5 104/6
104/19 104/20 104/22
105/14 109/15 109/16
116/22 118/11 118/12
119/9 120/7 126/10
128/24 129/1 129/11
129/12 130/15 131/5
131/10 131/11 131/14
131/16 131/16 132/19
134/12 138/20 138/24
140/22 140/25 141/1
142/19 142/22 164/16
171/25 172/6 172/12
178/18 178/25 179/1
189/17 189/18 190/17
191/11 203/13 209/12
210/8 210/18 211/7
212/6 212/7 212/8
212/12 213/13 214/21
214/22 214/25 215/15
215/17 233/16 234/19
235/9
**laws** [18] 15/2 36/11
95/5 95/21 95/23 95/25
96/4 96/6 96/10 96/22
130/6 130/7 130/8
130/9 130/11 170/20
182/13 188/3
**lawyer** [1] 103/9
**lawyers** [3] 195/6
212/4 230/9
**lay** [1] 207/14
**leader** [2] 60/22 61/6
**leading** [2] 149/14
149/18
**lean** [4] 215/2 215/6
215/8 236/20
**leaning** [3] 226/15
228/19 228/23
**least** [4] 58/25 134/8
164/7 164/8
**leave** [10] 31/24 39/20
40/19 50/23 68/10
102/13 102/16 206/11
232/25 248/7
**leaving** [1] 240/20
**led** [1] 72/19
**Lee** [1] 57/13
**left** [11] 12/11 32/21
32/23 63/19 91/15
93/15 155/22 176/18
220/2 220/2 220/4
**left-hand** [1] 12/11
**legal** [4] 121/3 121/5

126/3 189/1
**legislature** [2] 95/24
96/15
**lending** [1] 226/16
**less** [3] 5/8 61/8
194/18
**let** [233] 4/8 4/9 4/20
4/25 5/3 5/20 7/3 7/19
12/3 12/9 13/6 13/18
14/20 14/24 16/16 17/2
17/6 18/9 18/19 19/20
19/21 20/14 22/17
22/23 24/6 24/14 25/7
28/19 29/7 29/10 30/6
31/9 31/10 31/23 31/24
31/25 33/3 33/9 33/15
33/15 33/17 33/25
34/16 34/24 35/8 35/16
36/20 37/2 37/23 39/9
40/9 40/12 41/14 41/23
42/6 43/4 44/11 44/12
44/16 45/2 47/14 47/16
48/2 49/6 52/9 53/7
56/3 57/10 59/2 59/12
60/5 60/14 60/18 61/9
67/25 68/6 68/9 68/10
68/17 69/4 72/8 80/10
84/19 84/24 85/14
86/23 87/13 90/6 91/25
92/5 92/7 93/4 93/10
95/13 97/2 98/2 98/11
98/17 99/9 99/17
103/18 103/25 104/14
106/2 106/7 106/9
106/19 107/21 107/23
107/25 111/1 112/25
113/6 113/11 114/2
114/20 117/9 121/14
122/18 122/21 123/11
125/6 125/13 127/1
128/5 128/20 130/4
131/8 132/17 133/22
134/4 135/13 135/22
137/7 137/18 138/5
141/15 141/20 141/21
142/1 142/5 143/23
144/23 145/6 146/16
148/7 149/9 149/13
157/2 157/3 158/16
159/9 162/16 162/20
163/21 164/9 164/12
164/15 165/8 167/6
168/2 171/5 171/15
172/19 174/1 174/13
174/16 174/17 174/23
175/22 178/17 179/9
179/14 179/16 181/6
182/7 185/17 187/2
189/16 192/25 193/17
193/23 195/11 196/22
197/14 197/19 205/4
205/20 207/15 208/12
208/16 208/24 210/4
210/5 212/3 215/22

216/1 216/19 217/11
217/16 218/21 219/1
219/4 219/7 219/20
222/2 222/7 223/12
223/13 223/15 224/18
225/15 225/19 234/11
235/18 236/9 237/9
240/5 240/6 240/13
240/16 241/17 241/18
243/17 245/25 246/15
246/18 247/13 247/15
248/3 248/17 248/20
249/11
**let's** [14] 16/6 21/2
38/12 44/24 84/22
104/2 136/2 145/1
188/11 203/5 205/12
205/20 245/20 248/13
**letting** [1] 230/9
**Levandoski** [3] 58/4
242/9 244/7
**level** [16] 59/13 85/7
85/11 86/6 86/9 86/13
86/14 87/6 87/9 88/4
153/7 158/3 188/17
188/17 188/19 207/23
**levels** [2] 86/5 188/16
**license** [1] 41/19
**life** [4] 16/8 65/17
203/21 209/4
**life-threatening** [1]
16/8
**light** [1] 90/20
**lightly** [1] 207/3
**like** [146] 5/14 6/4 7/2
8/14 8/17 16/8 16/10
16/11 18/14 19/10
21/11 21/14 21/20 24/7
24/21 24/22 26/11
29/18 30/24 31/5 36/21
38/15 38/18 43/8 43/10
49/16 51/21 61/3 61/4
61/7 63/14 64/17 65/12
65/15 66/2 68/14 73/7
73/10 73/17 75/3 75/16
75/20 79/1 79/5 81/9
81/20 82/17 82/18 86/2
88/8 88/12 88/17 88/19
89/5 90/11 90/12 96/6
96/7 99/7 100/24 101/1
102/15 102/17 102/19
103/15 103/16 103/23
103/23 104/10 104/11
104/11 105/4 107/18
108/16 109/2 109/21
116/7 116/8 122/11
124/23 128/13 129/1
130/1 135/19 136/19
137/16 137/16 137/18
139/5 151/1 151/13
152/11 152/19 153/4
155/20 160/18 161/4
161/14 161/23 162/9

**L**

**like... [43]** 165/4
165/11 165/21 165/22
168/5 170/4 172/13
172/13 175/4 177/24
180/5 182/17 184/14
187/25 188/17 188/19
188/20 189/4 190/14
190/16 190/20 192/7
194/5 194/15 202/21
203/20 206/8 211/18
212/11 213/21 217/23
217/24 221/18 222/14
222/16 227/11 228/14
233/13 244/3 244/14
244/21 245/3 249/13
**likelihood [1]** 5/8
**likely [3]** 85/25 172/5
217/7
**likes [1]** 19/13
**Lim [2]** 58/3 145/15
**limb [1]** 16/8
**line [5]** 17/20 18/23
19/2 19/17 175/18
**lines [1]** 114/17
**lingering [1]** 200/17
**Lip [1]** 162/22
**liposuction [1]** 16/13
**list [3]** 27/17 62/22
184/20
**listen [6]** 18/6 48/7
90/18 184/23 185/3
226/13
**listening [3]** 122/4
183/25 194/7
**lists [1]** 140/17
**litigation [8]** 63/25
64/1 65/4 65/7 126/19
138/14 139/4 139/6
**litigator [1]** 138/17
**little [31]** 5/15 18/2
35/13 50/25 51/1 61/7
76/3 88/18 98/22
105/19 107/16 107/17
119/24 120/3 124/3
126/24 133/7 136/16
152/16 153/16 171/21
193/10 198/12 198/21
225/25 228/12 230/2
230/6 230/23 238/8
248/15
**live [5]** 37/24 41/12
41/15 140/8 178/16
**lives [3]** 40/3 40/5
48/17
**living [1]** 28/16
**locality [2]** 141/4
141/10
**located [1]** 18/1
**location [1]** 190/17
**locations [1]** 125/23
**logically [3]** 200/11
221/23 238/4

**long [24]** 14/6 14/17
21/7 23/10 24/11 26/14
28/23 32/14 38/1 40/19
45/16 46/19 64/23
68/13 72/23 73/24
79/17 125/24 129/2
199/7 199/18 199/21
210/7 223/5
**longer [6]** 8/15 9/8 9/9
14/12 91/21 138/16
**look [19]** 5/19 9/21
38/25 39/1 52/4 53/8
110/23 130/1 149/25
166/19 167/7 167/13
167/18 167/25 168/1
172/5 175/12 184/7
206/25
**looked [2]** 106/15
107/1
**looking [10]** 102/6
103/19 123/23 132/17
136/13 137/1 166/16
170/7 178/17 202/3
**looks [1]** 172/13
**Los [8]** 1/16 1/23 2/5
2/9 3/8 39/23 52/15
177/9
**Los Angeles [2]** 39/23
177/9
**losing [1]** 16/10
**lot [16]** 25/8 48/14 51/4
51/6 51/19 51/22 52/3
110/13 116/21 116/22
139/6 141/3 151/1
152/2 180/2 207/2
**lots [2]** 51/8 110/16
**loud [1]** 198/7
**louder [1]** 19/7
**love [1]** 115/3
**low [4]** 86/8 86/13
167/21 217/23
**lower [2]** 11/2 156/8
**lunch [2]** 31/21 47/15
**lying [1]** 89/2
**LYNDSI [2]** 2/3 4/13
**Lyndsi Allsop [1]** 4/13

**M**

**Ma'am [2]** 163/25
164/4
**made [22]** 8/2 70/4
75/16 79/8 79/11 79/13
81/18 96/7 99/25
100/11 100/14 108/9
127/18 134/15 155/1
198/23 199/1 199/16
206/9 219/22 220/4
250/9
**Mafia [1]** 141/12
**mail [1]** 156/3
**main [1]** 39/17
**mainly [3]** 23/21
135/13 190/16
**major [2]** 171/22 212/2

**make [60]** 9/24 13/23
15/25 20/19 22/19 23/3
28/13 43/14 49/9 68/2
70/16 78/16 84/15 86/6
88/8 90/4 91/7 92/14
97/15 99/18 102/19
113/20 115/4 121/20
122/10 123/24 125/18
128/8 129/19 135/23
138/7 141/17 145/1
149/15 150/13 168/24
174/4 174/7 175/20
179/10 179/25 181/2
184/10 185/19 186/17
187/3 189/23 190/25
195/12 197/15 203/18
203/25 206/18 206/23
207/20 215/23 216/23
225/16 228/4 238/13
**makes [5]** 25/7 152/2
153/7 203/9 233/14
**makeup [4]** 92/8 92/12
92/13 92/16
**making [7]** 89/16 97/18
147/14 150/14 154/15
170/21 175/12
**male [1]** 170/13
**maltreatment [1]** 221/1
**man [1]** 230/8
**manager [3]** 186/6
186/7 196/23
**managing [1]** 187/13
**MANI [2]** 2/8 4/18
**manufacture [2]** 59/8
76/20
**manufactured [1]**
130/18
**manufacturing [2]**
124/8 135/2
**many [10]** 55/14 97/22
115/3 119/11 140/15
140/16 183/20 197/11
199/5 216/12
**March [2]** 13/13 13/14
**March 14th [1]** 13/14
**Marcos [2]** 163/3
242/17
**Maria [3]** 35/5 58/2
242/8
**Marias [1]** 126/9
**marine [2]** 79/23
119/12
**mark [1]** 181/10
**marked [1]** 106/23
**martial [1]** 187/24
**MARTIN [2]** 2/2
**mask [9]** 78/6 148/24
165/2 165/9 165/14
165/25 166/1 192/25
193/9
**masks [2]** 165/6
193/13
**matches [1]** 7/15
**material [1]** 166/6

**materially [1]** 9/17
**matter [42]** 4/8 10/10
18/24 34/12 47/1 59/18
127/15 136/23 160/3
160/6 161/7 162/2
162/13 165/15 166/13
168/5 183/22 183/22
184/16 193/24 194/5
198/13 200/10 200/13
200/24 218/5 221/10
234/19 235/7 240/11
240/14 240/24 241/3
241/6 241/9 244/6
244/18 244/25 245/7
247/14 248/24 251/7
**may [68]** 1/19 4/1 6/7
10/23 11/18 13/1 13/24
14/6 14/16 15/20 19/11
20/16 21/9 21/9 24/18
25/9 25/9 26/2 26/2
26/15 40/14 40/14
43/22 45/15 45/18 50/7
50/25 53/1 55/22 57/5
62/15 75/19 84/9 84/9
95/11 96/21 104/3
109/24 110/1 112/14
142/8 144/6 145/24
148/9 148/24 155/23
156/21 158/5 165/16
165/17 167/13 170/8
176/4 184/6 188/7
192/19 194/16 197/25
201/5 201/14 206/23
208/11 213/1 230/10
234/12 243/19 243/22
245/14
**May 19th [1]** 26/2
**maybe [14]** 16/9 24/23
27/5 57/4 75/21 90/6
103/22 105/5 121/17
121/19 191/5 204/20
221/13 226/19
**McCarthy [3]** 162/24
237/16 242/14
**me [294]**
**Mea [1]** 7/16
**mean [37]** 12/15 24/20
33/19 49/20 49/22
65/20 65/20 69/4 74/4
74/12 86/2 101/5 104/9
105/1 105/16 110/15
128/11 128/15 132/21
135/9 135/12 135/24
143/5 157/18 165/22
166/18 176/12 181/20
183/19 183/19 184/1
184/22 187/10 194/10
199/12 206/13 215/1
**meaning [1]** 226/12
**means [3]** 16/19 25/18
230/15
**meant [9]** 78/7 90/12
133/10 133/20 134/17
168/12 172/11 183/4

**222/23**
**mechanical [1]** 135/24
**media [1]** 225/2
**medical [4]** 16/6 34/13
46/10 193/1
**meet [9]** 79/2 130/17
135/1 151/21 152/7
153/2 156/8 157/15
158/25
**meets [1]** 107/14
**member [6]** 70/9 80/12
98/20 144/7 209/13
210/8
**members [8]** 97/2
105/14 126/23 129/11
129/13 134/21 140/25
211/22
**memories [1]** 213/1
**memory [1]** 44/22
**Menakian [2]** 163/14
238/19
**mention [3]** 98/18
199/15 223/16
**mentioned [3]** 76/21
98/20 224/4
**mere [5]** 49/19 157/16
157/24 180/25 181/19
**merely [1]** 85/23
**merits [2]** 224/9 224/12
**messages [1]** 46/21
**met [4]** 90/22 96/1 96/1
96/16
**Metro [1]** 116/19
**Michael [2]** 162/25
230/4
**Michele [2]** 163/13
243/11
**Michigan [1]** 66/14
**microphone [10]** 18/2
19/25 27/13 32/6 37/7
41/6 60/13 68/11 72/13
112/16
**might [61]** 8/17 17/16
19/1 19/16 24/16 25/2
25/2 49/15 49/16 49/22
50/25 51/19 60/1 76/2
76/7 90/8 95/13 96/7
109/23 111/5 118/19
121/21 126/24 127/23
134/22 143/7 143/16
149/7 150/16 151/10
152/17 152/25 153/25
154/11 156/4 156/6
157/9 158/3 167/16
174/18 184/19 187/20
193/25 194/10 194/23
195/15 202/18 204/10
215/1 215/8 215/10
216/17 226/14 226/16
228/6 228/22 228/23
234/22 235/8 248/15
249/13
**miles [2]** 41/12 41/15
**military [3]** 79/23

## M

**military... [2]** 134/14 180/6
**milk [1]** 217/24
**Mimi [2]** 57/19 242/6
**mind [32]** 6/21 20/4 25/1 34/19 54/24 55/6 68/25 70/22 71/12 77/5 91/9 104/15 104/25 113/12 146/19 154/9 155/1 157/23 176/8 194/7 194/11 194/11 196/4 196/6 214/16 222/21 232/21 232/22 234/8 236/4 236/5 236/6
**mindset [1]** 194/21
**mine [1]** 85/10
**minor [6]** 13/13 13/14 13/15 59/11 134/12 191/23
**Minor Victim 2 [1]** 13/14
**minors [3]** 10/13 181/9 182/25
**minute [5]** 111/22 205/9 205/12 233/23 246/21
**minutes [10]** 11/17 29/10 34/25 37/3 38/11 38/16 51/2 51/21 155/22 205/10
**Miribelle [1]** 42/5
**misconduct [2]** 180/5 210/18
**misinterpreted [1]** 223/1
**misplaced [1]** 137/21
**mispronounce [2]** 58/15 63/11
**misread [1]** 132/10
**misreading [3]** 79/3 174/18 174/19
**miss [7]** 17/9 17/10 20/19 22/8 22/18 22/20 43/6
**missed [2]** 107/18 176/9
**missing [5]** 21/22 22/2 25/2 25/2 42/1
**mistreatment [1]** 221/1
**misunderstood [2]** 204/21 217/9
**mixed [1]** 9/3
**model [2]** 5/6 115/2
**molestation [7]** 71/18 71/22 98/6 113/9 136/3 177/12 209/13
**molested [8]** 70/19 108/1 108/4 110/15 122/25 198/12 198/21 221/5
**mom [3]** 37/20 42/25

43/1
**moment [12]** 121/15 141/21 148/9 156/21 156/24 162/18 173/21 190/4 243/20 243/22 245/14 246/16
**Monday [11]** 21/7 21/18 22/11 22/13 22/14 23/1 24/25 26/4 44/13 44/20 44/21
**Monica [4]** 101/12 190/10 190/19 190/20
**month [1]** 24/9
**months [5]** 35/18 35/20 79/16 120/20 226/2
**moral [1]** 185/13
**more [32]** 10/9 17/6 41/15 51/16 58/13 59/14 70/4 70/4 70/5 75/9 75/21 83/21 85/25 86/16 93/2 96/9 97/22 129/14 131/15 141/8 145/21 154/6 158/5 170/8 172/5 202/8 202/12 208/6 217/7 225/25 226/9 233/23
**morning [17]** 4/11 4/16 4/19 7/23 9/22 13/2 19/23 21/7 27/12 32/5 35/4 37/6 38/17 41/4 41/5 44/1 248/13
**mornings [1]** 46/20
**mortgage [1]** 16/1
**most [3]** 54/12 151/15 182/15
**Mostly [1]** 155/13
**mother [11]** 39/11 40/9 40/14 59/10 61/18 62/2 71/1 71/4 77/18 143/13 201/8
**mother's [3]** 38/21 119/18 220/12
**motion [1]** 206/14
**mountains [1]** 190/20
**move [5]** 12/10 38/16 56/11 125/4 239/4
**movie [1]** 173/20
**movies [1]** 213/23
**moving [2]** 89/15 147/25
**Mr [6]** 63/12 142/18 152/14 228/24 235/2 237/5
**Mr. [39]** 4/17 13/16 44/25 46/1 47/5 47/14 56/4 142/17 145/11 145/12 145/18 150/1 152/15 153/16 154/4 154/24 156/12 201/12 202/23 227/5 227/23 228/7 229/5 230/1 230/5 230/21 230/23 232/4 232/8 233/7

233/7 233/10 233/24 235/13 237/4 237/16 237/17 237/21 238/19
**Mr. Cancel [7]** 44/25 47/14 56/4 152/15 153/16 154/4 154/24
**Mr. Gonzales [2]** 145/11 145/12
**Mr. Heng [2]** 145/18 156/12
**Mr. Hovig [2]** 232/4 233/7
**Mr. McCarthy [1]** 237/16
**Mr. Menakian [1]** 238/19
**Mr. Ng [3]** 230/1 233/10 237/4
**Mr. Peters [7]** 230/5 230/21 230/23 232/8 233/7 235/13 237/17
**Mr. Robert [1]** 4/17
**Mr. Rodriguez [1]** 142/17
**Mr. Snyder [2]** 233/24 237/21
**Mr. Stella [8]** 13/16 150/1 201/12 202/23 227/5 227/23 228/7 229/5
**Mr. Wolfson [2]** 46/1 47/5
**Ms [11]** 20/10 144/21 145/15 170/11 170/14 182/12 206/9 227/22 238/22 242/25 243/5
**Ms. [30]** 20/9 45/2 45/6 46/5 46/9 46/15 46/16 46/18 47/1 47/8 47/11 63/2 63/4 143/11 153/15 153/21 154/3 154/4 154/21 154/22 161/15 170/8 227/12 230/22 230/22 232/8 233/7 237/25 244/7 245/4
**Ms. Anderson [4]** 46/15 230/22 232/8 233/7
**Ms. Brown [1]** 63/4
**Ms. Calpita [1]** 237/25
**Ms. Cruz [1]** 143/11
**Ms. De [1]** 63/2
**Ms. Deem [2]** 20/9 45/6
**Ms. Eganian [2]** 46/16 46/18
**Ms. Glenn [2]** 45/2 47/1
**Ms. Krenkel [2]** 227/12 245/4
**Ms. Levandoski [1]** 244/7
**Ms. Parra [4]** 153/15 154/3 154/22 161/15

**Ms. Piñeda [2]** 46/5 47/8
**Ms. Pun [4]** 153/21 154/4 154/21 170/8
**Ms. Shum [2]** 46/9 47/11
**Ms. Sloane [1]** 230/22
**Muay [2]** 187/22 187/24
**much [43]** 5/18 47/2 47/8 47/11 48/16 52/12 58/13 62/20 63/16 84/18 89/12 92/4 103/24 111/19 115/4 115/23 125/10 160/5 160/9 160/20 161/5 161/16 161/25 162/11 169/24 176/24 178/15 180/1 186/2 186/22 213/8 224/16 240/11 240/23 241/2 241/8 241/13 244/4 244/9 244/16 244/23 245/5 249/3
**mugging [1]** 225/7
**murder [3]** 136/3 180/16 182/13
**Museum [4]** 51/18 51/23 51/23 73/21
**must [8]** 94/25 107/7 130/12 133/12 133/17 151/20 156/8 218/7
**my [127]** 4/13 6/8 6/18 7/8 7/16 8/10 9/5 9/24 10/21 11/16 12/10 15/11 15/16 18/1 21/12 27/21 27/22 32/19 32/21 32/23 33/23 34/15 36/1 37/17 37/19 37/20 37/22 41/21 42/12 42/25 52/12 54/18 68/14 74/23 75/4 90/11 93/15 98/5 98/23 105/3 105/20 115/3 115/3 116/18 117/7 119/8 119/8 119/10 119/12 120/6 120/7 121/23 127/20 135/8 137/25 139/5 141/4 142/9 142/23 148/24 151/14 151/25 154/9 154/18 154/24 155/7 155/7 168/15 169/9 170/8 170/8 171/21 174/19 178/2 178/4 178/5 178/23 178/24 179/1 183/17 185/17 188/13 194/11 194/11 196/4 198/17 199/2 199/16 199/17 200/17 203/21 203/21 205/24 206/2 206/5 206/7 206/17 207/3 207/11 207/12 208/3 211/12

211/13 217/20 224/12 224/20 225/13 226/14 227/21 231/4 232/16 232/16 232/21 236/3 236/4 236/18 238/8 239/3 240/14 240/17 240/24 241/6 241/9 244/10 248/4 248/18 248/22
**myself [7]** 7/3 15/6 49/10 76/10 119/8 138/3 178/23

## N

**name [17]** 20/1 27/13 29/14 29/16 32/9 32/16 35/4 37/8 37/10 41/7 41/8 44/1 44/3 62/16 63/11 166/22 230/2
**names [4]** 58/15 62/17 62/25 191/7
**Nash [2]** 57/16 242/5
**Natalie [2]** 163/1 242/15
**Natasha [1]** 57/18
**nature [25]** 65/11 66/23 82/7 84/25 85/17 114/10 115/5 126/23 135/17 136/17 136/20 149/4 150/15 155/17 166/11 168/24 169/16 186/11 194/10 200/2 201/10 202/1 204/13 214/12 226/1
**near [1]** 40/5
**nearer [1]** 15/11
**necessarily [6]** 47/23 49/20 157/18 195/5 201/24 201/25
**necessary [2]** 165/16 249/24
**need [42]** 6/1 6/14 6/22 12/4 12/17 16/23 16/24 16/25 19/7 19/23 19/24 27/22 29/13 32/5 33/1 34/5 39/19 42/15 48/14 48/17 49/7 49/9 49/10 50/15 54/22 72/12 174/21 198/18 208/6 215/2 215/6 217/24 218/1 223/16 232/2 240/20 240/22 247/2 248/21 248/25 249/1 249/12
**needed [5]** 178/11 178/12 178/12 178/13 238/10
**needs [3]** 37/22 39/22 40/14
**Negative [1]** 187/6
**nephew [3]** 119/9 207/12 208/3
**nephews [5]** 209/22 210/6 210/12 211/1

## N

**nephews... [1]** 212/25
**neutral [17]** 88/15
88/17 89/6 115/19
122/13 131/18 131/21
131/24 136/25 137/1
137/4 151/6 184/11
184/12 200/1 231/21
238/15
**never [15]** 38/14 63/22
75/2 79/20 83/2 84/2
105/5 126/18 128/12
151/13 175/10 177/13
186/16 199/1 217/1
**new [9]** 8/8 9/16 15/21
162/19 163/21 176/13
188/22 188/23 245/4
**New York [2]** 188/22
188/23
**next [36]** 12/14 12/15
20/8 20/13 20/17 21/19
21/21 22/11 22/20 23/1
24/2 24/25 26/3 27/11
29/11 32/3 33/23 35/2
37/4 41/2 43/24 44/6
45/11 51/23 102/24
116/10 144/20 144/21
145/4 162/21 196/24
237/13 238/19 239/4
243/6 243/16
**Ng [6]** 162/22 230/1
233/10 235/2 237/4
237/5
**nice [9]** 15/11 51/8
77/14 119/25 120/2
179/2 249/9 249/16
250/4
**niece [2]** 98/9 209/7
**night [4]** 7/8 41/22
178/6 187/10
**Nine [1]** 224/22
**Ninth [6]** 5/5 5/7 5/8
5/11 5/13 188/19
**no [285]**
**No. [113]** 13/15 58/16
58/23 58/25 59/2 60/14
63/2 63/4 63/4 63/7
63/8 68/6 77/17 78/21
84/19 89/19 89/25
91/21 92/5 99/1 99/22
106/2 106/3 106/6
107/2 107/12 107/21
112/16 115/25 117/15
122/18 125/13 134/2
137/12 137/18 138/11
142/3 142/7 142/14
143/10 144/24 146/3
147/9 155/14 158/17
159/2 159/13 160/1
160/5 160/8 160/8
160/9 160/9 160/18
160/21 161/5 161/15
161/16 161/25 162/12

163/24 163/25 164/9
170/18 170/19 170/25
171/15 172/25 173/1
174/13 177/2 179/14
185/10 185/24 187/8
190/9 191/3 191/9
193/23 196/22 197/19
203/6 203/8 213/11
216/2 217/16 219/1
219/2 224/18 225/22
227/12 236/16 237/14
237/25 238/17 238/19
240/7 240/23 241/2
241/5 241/8 241/12
241/22 241/23 241/25
244/3 244/5 244/15
244/16 244/22 244/23
245/4 247/13
**No. 1 [6]** 58/16 59/2
159/2 241/22 241/23
241/25
**No. 11 [2]** 142/7 142/14
**No. 12 [1]** 162/12
**No. 14 [2]** 112/16 160/8
**No. 15 [1]** 245/4
**No. 16 [1]** 63/4
**No. 24 [1]** 244/23
**No. 26 [2]** 174/13
237/14
**No. 28 [1]** 227/12
**No. 29 [1]** 185/10
**No. 3 [1]** 13/15
**No. 31 [1]** 187/8
**No. 32 [1]** 247/13
**No. 33 [2]** 190/9 191/3
**No. 34 [2]** 225/22
236/16
**No. 35 [1]** 193/23
**No. 36 [1]** 196/22
**No. 37 [1]** 237/25
**No. 4 [2]** 143/10 160/18
**No. 40 [1]** 238/19
**No. 51 [1]** 107/2
**No. 6 [1]** 161/5
**No. 7 [1]** 160/1
**nobody [8]** 19/13
36/14 42/17 81/19
108/19 211/6 211/11
220/7
**nodded [1]** 157/22
**nodding [1]** 154/21
**Nods [1]** 83/5
**noise [1]** 27/6
**non [3]** 131/16 189/18
215/17
**non-law [3]** 131/16
189/18 215/17
**noncriminal [1]** 126/15
**none [5]** 53/18 61/8
93/21 209/17 212/16
**Nope [2]** 102/17
225/18
**normally [1]** 36/4
**North [1]** 2/5

**Nos [2]** 147/10 235/19
**Nos. [1]** 235/20
**Nos. 40 [1]** 235/20
**not [336]**
**noted [1]** 5/2
**notes [3]** 20/20 170/8
238/8
**nothing [21]** 12/7 28/7
65/13 78/18 83/13
87/19 97/10 104/24
120/12 120/17 124/21
142/21 146/14 146/15
182/8 190/7 194/20
210/1 212/19 226/23
228/4
**noticed [1]** 201/6
**notions [1]** 222/1
**now [80]** 4/6 8/24
13/25 21/23 21/24
22/24 31/23 33/4 35/25
36/17 55/6 55/7 58/13
59/10 60/16 62/16
65/10 67/20 69/11 70/2
81/14 82/1 82/11 82/11
83/25 87/1 89/22 91/20
95/20 96/11 97/1 97/21
99/2 99/23 100/9
100/18 111/3 116/21
118/17 123/23 125/8
126/22 127/7 128/4
128/18 129/5 132/6
134/11 137/8 140/15
147/14 147/25 148/1
154/19 154/22 159/11
163/21 165/1 166/4
168/14 169/12 171/22
171/24 177/15 178/16
190/14 211/24 213/12
213/25 214/11 214/20
224/5 227/11 232/2
234/3 239/12 246/10
247/23 248/23 250/7
**nude [1]** 74/14
**number [14]** 58/12
58/13 58/23 63/12
132/25 145/5 145/11
145/15 145/18 163/22
216/18 237/21 238/22
245/23
**Number 13 [1]** 145/5
**Number 14 [1]** 145/11
**Number 17 [1]** 145/15
**Number 20 [1]** 145/18
**Number 35 [1]** 237/21
**Number 41 [1]** 238/22
**numbered [2]** 62/24
239/14
**numbers [5]** 58/13
58/14 62/16 147/22
235/19
**numerical [1]** 44/24
**numerically [2]** 82/18
148/4
**nup [1]** 139/24

## O

**o'clock [8]** 6/12 6/13
31/22 33/24 49/7 50/21
50/24 52/8
**O'Connor [2]** 206/5
206/9
**O'Malley [2]** 5/14 5/15
**oath [4]** 47/25 48/22
230/15 230/15
**obeying [1]** 15/2
**object [4]** 143/7 144/24
227/16 238/16
**objection [22]** 9/18
54/18 54/20 142/13
142/24 145/7 145/12
149/10 150/10 229/13
236/21 237/10 237/11
237/15 237/18 237/19
237/23 238/1 238/12
238/20 238/23 238/24
**objections [2]** 5/24
10/18
**obligation [2]** 114/4
218/14
**observations [1]**
207/21
**obvious [1]** 145/2
**obviously [26]** 4/20
7/25 9/19 14/13 16/11
17/9 20/16 31/9 31/25
34/1 40/8 40/11 44/8
64/6 66/1 71/18 74/23
75/3 96/3 114/3 124/7
147/24 192/7 195/20
211/7 213/25
**Occasionally [1]** 139/1
**occupation [1]** 196/23
**occupy [1]** 52/3
**occurred [7]** 81/20
108/11 112/19 112/20
118/24 119/2 210/1
**occurs [1]** 118/8
**off [22]** 7/13 15/15
36/17 36/22 38/2 38/7
63/19 90/5 92/21
108/21 125/4 133/14
136/24 137/19 162/21
165/25 166/1 179/2
185/11 194/11 194/21
218/8
**offender [1]** 143/14
**offenses [2]** 191/11
191/13
**offensive [2]** 201/22
201/25
**offered [2]** 14/14 50/8
**office [7]** 6/17 15/11
33/23 67/2 68/19
100/25 116/19
**officer [15]** 59/22
102/11 102/13 102/17
103/12 103/13 103/14
104/19 104/21 118/2

118/3 131/10 131/11
131/15 131/17
**officers [11]** 103/13
104/7 104/13 116/23
131/16 132/19 189/17
189/19 190/14 190/15
190/17
**offices [1]** 138/22
**Official [2]** 1/21 251/21
**offsite [1]** 8/3
**oh [48]** 35/8 37/15
49/16 56/3 62/19 67/7
78/7 78/9 90/2 92/13
97/16 98/11 106/2
116/20 121/9 124/13
129/9 132/10 134/16
138/21 140/2 142/8
146/16 148/19 172/25
173/12 173/15 176/10
176/14 177/25 188/13
190/22 191/6 198/6
199/7 201/1 204/20
207/10 211/4 216/5
237/6 237/18 237/22
240/19 244/14 249/18
250/5 250/8
**Ohio [2]** 212/4 212/5
**okay [452]**
**old [10]** 35/17 39/13
108/2 120/20 123/25
124/5 125/25 210/9
210/10 210/12
**older [4]** 108/7 119/9
119/17 199/16
**olds [1]** 210/17
**Olivia [1]** 57/24
**on [205]** 4/12 4/17 5/9
8/5 8/6 8/19 9/13 9/23
10/10 10/17 10/24
12/10 13/12 13/13
13/14 14/13 14/16
14/21 15/3 15/15 15/21
17/23 19/4 20/16 20/24
21/7 21/18 22/10 22/14
22/25 23/4 23/6 23/14
23/20 23/24 24/7 25/4
25/15 25/22 26/2 26/4
26/8 26/9 26/19 26/20
27/10 27/17 29/21 30/8
30/9 30/13 30/14 30/21
31/1 33/5 33/11 34/19
34/20 36/5 37/20 38/13
38/18 38/23 39/12 44/6
44/20 44/21 45/22
45/23 48/8 48/14 49/11
50/12 51/3 51/9 51/25
52/6 54/17 55/6 57/4
57/6 58/13 60/24 61/10
63/1 64/3 65/17 66/5
66/6 67/21 68/7 70/4
73/17 74/4 74/7 78/1
80/18 81/8 81/17 82/16
82/19 83/2 83/11 84/2
84/16 87/23 89/16

**O**

**on...** [98]  90/21 93/7
93/15 98/16 102/6
102/14 103/10 103/19
106/22 109/15 109/16
110/2 110/18 111/10
111/23 111/24 118/4
119/18 119/22 121/21
122/4 123/23 124/5
124/24 126/25 128/8
129/14 130/15 131/19
131/22 135/23 137/21
142/15 146/10 147/15
153/7 157/16 158/11
158/16 164/12 167/9
169/10 170/20 171/9
173/10 174/17 174/19
175/6 179/16 180/19
181/16 181/20 181/21
184/3 184/23 185/20
186/16 188/15 188/16
192/21 194/7 194/13
194/15 195/5 197/19
200/25 202/25 205/9
206/13 206/16 206/23
207/25 209/2 213/20
216/25 218/5 218/12
220/12 221/17 221/17
224/8 224/12 227/16
228/5 229/4 230/18
231/16 235/8 242/18
246/19 247/3 247/4
247/4 247/6 247/7
248/8 248/16 250/13
**once** [10]  9/24 19/4
48/23 49/10 55/7 105/4
120/24 147/2 176/17
248/6
**one** [137]  6/19 7/1 8/17
8/24 8/24 8/25 10/9
14/20 15/1 15/5 15/14
17/5 17/6 19/5 19/20
28/1 30/21 30/21 30/24
30/25 35/18 35/20
41/21 46/2 48/9 49/13
49/19 60/23 61/2 64/5
71/3 73/18 75/21 78/21
78/22 80/11 82/1 82/2
82/16 84/1 85/20 87/10
87/25 90/2 91/16 94/11
94/16 94/18 95/7 95/11
95/11 100/1 101/8
101/8 101/25 103/12
103/13 103/14 105/19
106/24 107/1 107/1
107/2 119/11 119/17
120/23 121/17 126/10
127/20 127/25 128/24
131/10 131/11 133/11
134/22 135/12 136/18
137/21 137/24 140/21
145/4 148/9 150/17
151/6 156/21 157/7

158/14 159/8 165/22
170/13 170/17 171/17
171/17 172/4 173/13
173/19 174/18 177/8
177/22 177/25 178/1
178/6 180/24 181/12
181/16 181/20 182/15
184/12 186/8 186/10
187/9 200/24 206/17
209/9 209/11 209/25
210/16 210/17 210/20
212/21 213/12 214/20
216/23 221/21 221/23
222/12 229/23 231/21
233/23 234/13 235/8
236/15 238/6 239/2
243/6 245/14 249/18
**ones** [10]  5/14 5/15
5/18 8/20 9/6 159/20
178/25 194/3 212/1
238/18
**only** [27]  8/12 17/15
19/2 23/20 63/6 77/9
106/9 120/20 126/8
140/7 140/19 140/20
147/9 147/18 159/19
168/19 173/25 174/23
176/10 185/17 190/23
195/14 206/16 207/25
229/23 232/1 239/4
**oOo** [3]  4/2 53/2
250/19
**op** [1]  44/6
**open** [3]  54/17 56/22
240/8
**opening** [2]  149/15
150/14
**openminded** [1]
122/11
**opens** [1]  37/17
**opinion** [7]  74/23 89/4
209/18 209/19 211/10
211/10 211/11
**opinions** [4]  65/16
71/18 130/6 135/13
**opportunity** [1]  243/16
**opposed** [3]  70/3
216/23 216/23
**or** [261]
**order** [20]  4/5 12/2
18/24 44/24 48/10 86/5
86/13 112/10 130/12
147/7 235/10 239/7
239/8 239/14 239/24
239/25 241/18 246/20
247/1 247/2
**organization** [1]  186/6
**Organizational** [2]
30/4 31/4
**organizations** [1]
187/16
**oriented** [1]  202/12
**original** [3]  29/18
62/22 176/19

**originally** [3]  63/7
218/8 239/7
**originals** [4]  249/19
250/6 250/8 250/10
**Orlando** [2]  29/15
57/17
**ORTEGA** [1]  2/6
**Osongco** [2]  163/16
243/12
**other** [185]  5/13 5/18
6/1 11/2 16/3 16/14
16/23 17/13 18/4 20/20
21/6 21/22 22/24 23/2
23/12 23/19 23/23 25/8
25/20 25/22 30/23
31/13 33/20 34/8 34/11
36/7 36/10 37/19 38/25
40/22 43/14 43/18
45/22 46/17 48/6 48/9
49/15 50/12 50/25
54/10 63/6 64/7 65/7
65/14 66/24 69/19
70/15 72/3 75/12 75/15
76/17 80/11 81/1 82/13
82/16 82/17 82/20 83/2
83/10 84/7 85/17 85/23
86/5 86/8 87/1 89/10
90/16 92/15 93/13
93/19 94/24 95/24 96/3
96/19 97/21 100/10
101/4 101/8 103/12
104/5 104/6 104/18
104/21 107/13 109/19
110/5 110/13 111/16
114/9 115/21 118/7
119/15 120/13 123/8
124/2 124/25 125/1
126/16 127/16 127/25
128/15 130/21 131/11
131/23 132/1 133/7
134/21 135/24 136/5
136/15 136/18 139/8
146/24 147/2 147/7
147/21 148/2 151/20
152/6 153/1 156/6
157/14 158/5 158/21
159/11 165/14 167/15
167/24 169/21 170/17
171/17 172/6 172/20
175/14 176/18 178/1
179/24 180/8 180/16
186/1 186/14 186/23
188/4 189/6 189/8
192/18 193/10 194/12
194/25 195/14 195/19
196/5 196/13 197/4
197/12 197/12 198/20
200/12 202/2 203/24
209/19 210/1 210/6
210/7 210/20 211/20
212/1 215/11 215/14
216/25 217/17 217/25
218/11 219/8 220/3
221/23 222/13 222/25

223/13 224/7 224/13
228/5 238/3 238/18
248/20
**others** [6]  75/19
142/25 143/16 181/21
236/25 238/25
**otherwise** [3]  91/19
155/19 225/10
**our** [17]  4/14 6/17 8/6
8/7 31/24 37/20 48/1
50/19 77/2 87/20 87/20
108/20 144/1 236/19
245/19 246/1 247/14
**ours** [1]  15/12
**ourselves** [1]  49/18
**out** [46]  4/25 6/11 7/13
16/21 16/24 24/11
24/23 25/1 26/14 31/19
31/21 36/1 45/5 50/16
52/13 56/2 56/19 57/10
68/13 71/12 80/23
98/13 104/11 104/15
104/25 105/3 113/12
118/17 119/20 120/25
143/7 152/22 168/5
179/5 195/5 198/6
199/15 201/7 201/18
205/25 207/12 207/17
211/6 214/16 216/11
231/15
**outcome** [1]  67/14
**outset** [1]  149/4
**outside** [10]  4/3 11/24
18/3 53/3 65/8 70/22
81/24 112/4 177/18
205/16
**over** [25]  14/8 15/9
16/22 20/8 20/12 20/17
26/3 50/1 102/12 104/2
105/3 105/8 105/10
106/23 139/6 148/3
149/6 175/20 179/1
179/3 187/12 202/9
211/12 222/12 250/9
**overcome** [4]  70/22
88/5 127/1 194/4
**overnight** [2]  187/11
187/13
**override** [1]  154/12
**own** [30]  50/10 54/14
58/12 102/15 109/13
109/23 110/8 143/21
144/16 163/22 180/5
206/17 211/13 224/8
229/6 229/19 230/13
231/2 231/7 231/14
232/10 232/16 232/18
233/9 233/11 233/21
233/25 234/4 234/7
234/21

**P**

**p.m** [3]  42/22 53/1
250/17

**page** [4]  1/17 3/2 63/1
251/7
**paid** [1]  15/25
**pandemic** [1]  128/2
**panel** [7]  13/18 15/16
19/4 47/22 134/22
147/4 246/5
**pants** [1]  199/17
**paralegal** [1]  126/4
**paraphrasing** [1]  195/6
**parents** [2]  108/20
123/13
**park** [2]  190/13 190/17
**parks** [1]  190/21
**Parra** [5]  57/20 153/15
154/3 154/22 161/15
**part** [7]  7/22 39/25
47/22 61/20 75/2 93/22
107/12
**participant** [1]  45/9
**participate** [1]  45/10
**Participations** [1]
196/25
**particular** [25]  14/21
14/23 17/1 49/23 62/3
66/25 67/23 70/8 72/9
77/22 85/15 91/7
103/12 113/16 128/5
150/18 150/19 175/23
191/19 192/9 193/24
194/21 216/16 218/5
219/21
**particularly** [1]  61/14
**parties** [3]  5/2 53/8
54/2
**partner** [3]  102/23
173/4 217/17
**partner's** [1]  102/15
**parts** [3]  132/15 132/16
132/16
**Pasadena** [1]  213/16
**pass** [8]  146/25 160/14
161/1 161/10 161/19
162/5 245/10 245/18
**passed** [2]  102/19
126/13
**passes** [3]  147/2 147/3
147/4
**past** [11]  48/17 50/10
124/20 127/7 127/8
127/12 187/18 213/2
226/2 226/2 226/10
**PAT** [3]  1/21 251/3
251/16
**patcuneo1600** [1]  1/24
**Patrick** [1]  58/6
**patrol** [1]  101/16
**Pause** [28]  6/9 12/13
12/23 29/12 32/4 32/15
35/3 35/9 37/5 41/3
43/25 49/3 55/20 106/8
112/12 134/10 142/11
146/2 174/22 197/21
198/10 208/23 233/5

**P**

**Pause... [5]** 236/12
239/1 244/13 249/4
249/7

**pay [7]** 15/23 22/9
27/21 27/22 28/7 28/9
42/1

**paycheck [2]** 28/16
28/17

**paying [2]** 15/2 43/5

**payment [3]** 16/1 16/1
16/1

**PD [3]** 101/4 101/8
190/10

**Pechanga [2]** 117/19
117/20

**pedophile [1]** 220/12

**Pendleton [1]** 119/12

**pens [3]** 6/14 6/15
52/13

**people [37]** 19/11
20/20 43/14 50/25
58/23 61/12 61/15
81/21 82/14 90/13
90/15 90/16 110/14
110/16 112/3 133/1
140/15 151/15 156/1
156/6 167/24 175/11
176/13 182/16 183/20
193/12 195/17 196/6
196/8 207/1 207/20
220/16 223/4 223/10
223/17 234/17 239/4

**people's [2]** 189/6
189/8

**per [3]** 7/5 15/24 130/9

**per se [2]** 15/24 130/9

**percent [12]** 82/18
88/15 88/17 89/6
115/19 122/13 124/13
124/14 151/6 184/11
184/12 231/21

**peremptories [12]**
146/17 146/20 147/15
147/19 148/1 176/17
176/22 239/4 239/10
239/12 239/15 239/22

**peremptory [8]** 45/25
146/25 147/8 147/11
160/12 170/13 243/16
243/18

**perhaps [10]** 8/7 49/22
72/4 109/14 156/2
156/7 157/17 181/24
184/5 196/14

**period [2]** 125/24
166/19

**permit [1]** 204/6

**perpetrated [1]** 225/11

**person [26]** 15/20 50/2
50/3 50/5 50/5 50/6
50/7 50/11 50/13 60/10
61/3 61/5 67/9 69/24

**70/2 86/9 86/10 109/21
110/6 133/15 133/18
184/15 184/16 184/18
222/20 225/11

**person's [3]** 67/1 70/9
203/20

**personal [12]** 48/16
54/15 58/14 104/12
109/13 109/24 110/8
135/10 144/17 182/23
206/17 234/21

**personality [1]** 15/16

**personally [3]** 98/23
129/8 230/7

**persons [4]** 12/9 18/4
194/25 195/25

**Peter [2]** 163/18 243/14

**Peters [10]** 162/25
230/4 230/5 230/21
230/23 232/8 233/7
235/13 237/17 237/18

**philosophical [7]** 90/3
182/23 182/24 183/3
185/13 203/17 204/24

**phone [2]** 38/23 46/21

**phones [1]** 37/20

**photographs [1]**
168/25

**physical [1]** 94/11

**physically [1]** 199/3

**pick [6]** 38/3 51/12
246/4 246/19 246/20
247/1

**picked [2]** 61/12
207/12

**picking [2]** 38/5 246/2

**picture [11]** 157/4
157/6 157/9 157/10
157/13 157/17 157/20
157/24 158/10 158/18
158/22

**pictures [6]** 75/16
113/20 115/5 158/7
167/1 167/4

**piece [1]** 210/3

**Pioneer [2]** 64/13
64/16

**Piña [1]** 35/6

**Piñeda [5]** 35/5 35/7
35/8 46/5 47/8

**place [4]** 51/10 81/2
86/3 147/22

**placed [1]** 174/19

**places [4]** 51/5 51/14
119/11 119/11

**Plaintiff [2]** 1/7 2/2

**planned [1]** 11/4

**planting [1]** 104/10

**play [2]** 95/12 96/23

**played [1]** 173/20

**plead [1]** 80/23

**pleaded [1]** 227/7

**pleasant [1]** 248/10

**please [31]** 4/5 12/1

**13/19 14/3 19/1 47/2
50/18 50/22 51/1 52/6
53/6 111/23 112/4
112/9 134/3 160/1
160/21 161/6 162/1
162/12 176/8 219/3
240/7 243/19 243/22
244/5 244/17 244/24
245/6 246/7 247/20

**pled [1]** 13/17

**plenty [1]** 51/14

**ploy [1]** 208/3

**plumbing [2]** 28/5 28/6

**point [57]** 9/21 10/16
18/17 21/13 24/7 33/12
40/10 45/6 46/25 47/16
47/20 47/23 55/15
55/25 58/9 64/5 64/11
65/3 66/15 78/22 85/21
87/6 102/19 102/21
102/25 111/21 125/14
130/7 130/10 137/12
138/15 140/3 140/21
147/3 147/18 147/20
149/15 157/25 159/6
159/25 160/11 162/15
172/9 172/16 177/9
177/22 180/12 205/8
205/13 206/23 213/12
213/20 213/21 214/20
240/5 245/22 248/21

**points [1]** 201/8

**police [18]** 59/22 78/2
79/23 101/5 101/9
101/12 101/18 118/15
127/20 128/1 177/9
179/5 191/15 213/15
214/2 214/8 219/22
219/24

**political [1]** 187/16

**pool [3]** 152/3 201/13
229/9

**pornography [78]** 7/4
7/7 13/12 60/2 60/2
66/10 67/1 70/9 70/14
70/16 75/2 76/22 88/22
95/21 95/22 96/4 96/6
96/10 98/7 98/10 99/3
99/3 99/5 99/10 113/8
114/25 115/14 115/18
124/9 128/5 130/6
130/8 130/16 130/18
130/25 134/19 134/23
134/24 135/2 135/15
136/11 166/9 166/9
166/16 168/17 168/20
168/22 170/9 170/20
174/25 175/1 175/5
175/7 175/11 175/15
175/18 180/15 180/17
180/22 182/24 183/7
183/9 183/15 183/21
188/3 201/11 201/13
202/24 214/7 222/20

**222/21 222/25 223/5
223/9 223/17 227/6
227/8 227/25

**portray [1]** 184/13

**pose [2]** 14/22 185/13

**position [4]** 61/9 76/13
80/4 80/6

**possessing [1]** 115/17

**possession [6]** 8/1
201/12 202/22 202/24
227/7 228/14

**possibility [1]** 158/8

**possible [2]** 152/24
165/12

**possibly [3]** 20/23
112/22 112/23

**potentially [2]** 16/8
47/21

**power [4]** 30/5 31/5
31/6 105/18

**practice [2]** 138/24
212/6

**practitioners [1]** 126/9

**prayers [1]** 211/12

**pre [2]** 44/6 139/24

**pre-nup [1]** 139/24

**pre-op [1]** 44/6

**preconceived [1]**
221/25

**precursor [1]** 80/4

**preliminary [4]** 5/25
50/17 53/9 53/17

**prepared [2]** 8/20 9/13

**prepares [1]** 118/9

**preparing [1]** 8/5

**preponderance [1]**
82/15

**presence [24]** 4/4
11/25 46/24 53/4 77/16
89/24 111/20 115/24
122/17 125/12 137/10
148/6 159/24 168/6
171/14 177/1 177/19
185/9 203/4 205/17
213/10 224/17 240/4
247/12

**present [8]** 4/18 94/13
114/4 179/23 194/6
210/23 210/24 232/16

**presented [16]** 21/3
25/19 34/21 86/11
94/11 94/12 94/18 95/4
143/22 158/21 184/1
184/3 184/23 215/20
228/4 228/5

**presenting [2]** 179/21
184/4

**presently [2]** 138/11
187/17

**preserve [2]** 9/18 9/19
10/18

**presiding [2]** 1/4 4/7

**press [1]** 98/15

**Preston [1]** 173/14

**presume [11]** 8/23 9/20
54/1 54/2 54/18 77/25
101/4 149/14 150/12
240/1 250/9

**presumed [7]** 76/25
82/4 91/17 107/5
107/13 111/7 223/19

**presumption [6]** 227/2
227/23 228/1 228/7
228/17 228/24

**pretty [7]** 5/18 43/8
149/23 172/22 173/17
186/2 186/22

**prevent [2]** 135/18
183/24

**previous [1]** 79/5

**previously [2]** 8/16
159/20

**primarily [3]** 126/15
164/24 214/25

**primary [2]** 45/20 87/5

**print [1]** 25/11

**printed [1]** 6/3

**prior [2]** 65/3 126/9

**Priore [2]** 163/7 242/23

**prison [2]** 72/15 100/8

**prisoners [1]** 102/23

**private [1]** 60/10

**probable [1]** 86/7

**probably [23]** 5/21
16/14 23/22 24/3 26/18
31/25 42/11 54/8 55/3
79/16 83/21 85/12
104/17 104/18 128/16
152/1 155/4 167/8
174/2 180/24 182/15
204/10 210/11

**probation [2]** 80/18
81/8

**problem [58]** 20/21
23/12 23/17 23/25
24/12 26/15 26/19
26/21 27/4 30/17 30/19
31/8 34/4 38/9 38/22
42/9 42/13 42/16 43/12
44/14 45/17 50/14 52/1
55/4 56/13 63/18 78/5
78/8 87/3 90/8 93/4
93/5 103/6 104/8 122/4
130/14 142/10 165/2
165/5 165/16 165/17
165/18 165/20 166/2
175/1 175/15 192/10
192/24 192/25 193/15
198/8 202/7 204/18
204/22 216/17 221/16
223/6 250/11

**problematic [1]** 165/10

**problems [10]** 5/20
39/7 41/1 43/5 45/22
53/16 193/25 194/3
203/16 222/11

**procedures [1]** 214/2

**proceeding [4]** 61/18

**P**

**proceeding... [3]** 78/1
121/3 121/5
**proceedings [36]** 1/14
3/2 6/9 12/13 12/23
29/12 32/4 32/15 35/3
35/9 37/5 41/3 43/25
49/3 55/20 67/11 67/12
67/21 106/8 112/12
134/10 142/11 146/2
174/22 189/1 197/21
198/10 208/23 233/5
236/12 239/1 244/13
249/4 249/7 250/17
251/6
**process [15]** 47/18
47/18 47/19 48/2 48/11
48/12 55/25 56/18
56/21 62/3 95/9 136/11
178/20 204/24 219/11
**produce [2]** 181/5
249/23
**produced [4]** 7/4 8/1
13/12 88/22
**production [6]** 11/10
227/6 227/14 227/25
228/8 228/14
**products [1]** 64/20
**professors [3]** 30/7
56/7
**proffered [1]** 8/25
**proffering [1]** 8/24
**profit [1]** 197/2
**program [2]** 217/18
217/20
**promise [4]** 88/7 88/12
88/14 106/14
**promised [1]** 48/1
**prompt [1]** 50/22
**pronounce [1]** 64/8
**proof [24]** 82/5 82/14
82/20 82/21 82/25 83/1
83/2 83/15 83/16 84/2
107/14 135/1 156/2
156/3 156/4 156/7
156/18 185/5 186/16
186/17 200/5 204/18
204/23 229/4
**proper [1]** 135/25
**property [1]** 132/8
**proposals [1]** 5/16
**proposed [2]** 5/1 9/16
**proposition [1]** 159/6
**prosecution [4]** 184/15
206/6 225/20 226/20
**prospective [96]** 3/3
3/5 4/3 11/24 12/25
13/4 13/21 17/7 18/8
18/22 19/21 24/15
27/11 29/11 32/3 35/2
37/4 41/2 43/24 46/24
47/4 47/7 47/10 47/13
50/1 53/3 55/21 56/2

56/16 56/19 60/18
60/20 77/16 89/24
90/14 93/10 111/20
112/7 112/13 115/24
122/17 125/12 137/10
148/6 148/8 149/2
149/22 151/2 152/3
152/13 153/9 153/13
156/11 156/20 157/22
159/24 160/4 160/7
160/10 160/23 161/8
161/17 162/3 162/14
171/14 177/1 183/14
185/9 203/4 205/16
207/1 207/5 208/10
213/10 224/17 227/16
228/10 229/8 229/21
229/24 232/6 235/1
240/4 240/15 240/18
241/1 241/4 241/7
241/11 241/14 244/11
244/19 245/1 245/8
247/12 249/10
**Prosthetics [1]** 92/18
**protect [3]** 178/23
179/6 183/1
**prove [23]** 77/3 82/5
83/3 84/3 87/20 91/19
102/25 107/7 107/10
111/8 130/12 133/13
133/18 181/15 184/21
186/13 186/20 204/15
216/21 217/2 218/8
218/12 218/14
**proven [11]** 75/19
107/10 122/7 133/15
133/19 137/20 137/25
144/9 144/13 200/8
238/10
**provide [3]** 42/7 91/10
111/8
**provided [1]** 8/25
**provides [2]** 137/15
217/25
**proving [4]** 65/21
82/24 90/23 107/15
**provoke [1]** 150/3
**pry [1]** 48/16
**PSO [3]** 190/9 190/12
190/14
**psychology [1]** 31/5
**public [4]** 2/7 140/25
190/14 201/21
**pulled [7]** 102/11 104/2
105/2 105/8 105/10
179/1 179/3
**pulling [1]** 105/3
**Pun [5]** 57/21 153/21
154/4 154/21 170/8
**punishment [6]** 91/4
96/9 96/18 96/18 96/20
203/24
**purported [1]** 9/12
**purpose [4]** 18/7 50/16

95/3 236/1
**purposely [1]** 206/3
**purposes [3]** 70/23
189/17 216/24
**pursuant [1]** 251/4
**push [1]** 222/8
**put [41]** 5/9 9/23 13/24
21/2 25/1 38/12 38/23
41/17 50/19 52/7 55/17
70/22 71/11 76/10 80/4
80/18 81/8 82/18 90/5
104/15 104/25 113/11
137/19 151/25 171/5
178/5 186/23 196/20
197/19 199/17 200/25
202/25 206/13 214/15
229/14 235/8 239/6
239/8 239/13 239/23
239/25
**putting [5]** 76/12 124/5
206/16 207/25 239/11

**Q**

**qualifications [1]**
13/24
**qualified [1]** 65/15
**qualms [2]** 102/7
192/19
**Quates [2]** 163/17
243/13
**question [78]** 14/23
17/16 19/3 39/10 49/16
53/11 54/9 56/19 56/21
65/14 65/20 75/22
78/12 78/21 79/4 82/2
83/19 83/20 91/15
91/17 106/9 106/16
106/23 130/8 130/9
133/8 134/25 136/9
136/21 137/22 137/24
138/3 149/14 149/18
149/19 150/12 150/15
150/20 150/23 151/12
151/23 154/25 155/7
155/7 158/9 168/4
168/10 172/10 174/16
174/24 176/5 177/15
178/8 180/19 181/10
181/24 182/12 182/18
182/19 185/12 185/17
187/21 190/23 193/1
204/21 212/21 217/9
218/6 219/8 222/24
227/11 227/20 229/17
231/20 231/20 234/13
235/5 239/2
**questionnaire [19]**
5/22 31/20 48/13 48/20
49/8 49/12 52/7 52/13
56/1 56/20 60/6 62/18
91/2 108/1 114/22
150/17 169/4 172/21
249/20
**questionnaires [2]** 6/4

54/7
**questions [88]** 13/23
17/2 18/16 24/14 29/7
31/15 34/16 36/20
36/25 39/9 40/22 43/4
43/18 44/16 48/2 48/14
48/21 49/11 50/19 52/9
52/11 53/8 57/3 59/3
60/14 62/6 65/19 72/8
72/9 76/17 76/19 80/12
82/2 87/14 89/10 90/2
93/16 97/23 99/16
106/10 106/17 111/2
111/16 114/20 115/21
121/14 121/16 125/7
133/7 133/11 137/7
148/8 148/21 148/21
150/13 150/17 154/14
155/16 163/8 168/7
168/8 168/11 169/21
172/4 173/25 175/22
176/1 182/7 182/10
184/25 186/11 190/2
190/8 197/11 200/19
200/21 211/25 212/18
216/12 218/20 223/13
223/14 224/1 224/3
224/13 225/19 227/2
227/17
**quick [5]** 5/19 35/24
53/8 59/3 219/7
**quickly [1]** 24/17
**QUIDO [1]** 1/9
**quite [7]** 78/25 113/20
115/4 146/22 175/2
196/22 203/2
**quote [2]** 143/15
238/11

**R**

**RA [2]** 191/7 191/8
**race [1]** 136/19
**Rachael [1]** 41/8
**Racketeering [1]**
141/11
**railing [2]** 17/21 18/23
**raise [13]** 7/2 13/19
17/17 17/19 39/3 60/19
159/17 168/5 170/4
232/4 234/23 246/7
247/20
**raised [4]** 10/10 60/20
90/10 154/3
**ran [1]** 173/21
**Random [1]** 225/7
**rangers [1]** 190/13
**rape [5]** 68/21 69/7
71/18 143/11 209/8
**raped [7]** 69/25 71/4
110/15 180/4 220/17
220/18 220/19
**rather [5]** 5/13 38/16
54/17 94/2 124/4
**rational [2]** 109/22

110/6
**Ratnapala [1]** 163/8
**reach [9]** 14/17 21/8
25/24 48/8 66/3 66/4
95/6 136/7 203/13
**reached [1]** 207/12
**reaching [1]** 204/25
**reaction [2]** 50/7
151/14
**read [7]** 13/6 25/11
57/10 162/21 187/18
187/19 196/23
**reading [2]** 79/5
172/11
**ready [3]** 4/23 12/20
205/21
**real [1]** 232/1
**realized [2]** 7/2 7/9
**really [23]** 8/19 15/5
35/23 49/13 59/12
65/21 69/5 75/22 79/5
103/9 103/23 124/16
130/8 133/9 133/16
143/4 145/1 174/24
215/12 222/3 222/4
222/12 226/20
**rear [1]** 241/17
**reask [1]** 150/22
**reason [8]** 5/15 34/6
85/15 110/5 175/19
179/3 207/25 221/21
**reasonable [21]** 65/22
82/6 82/24 83/4 84/3
86/7 90/23 107/15
109/21 156/5 156/19
157/11 159/1 181/15
186/18 186/25 195/16
195/20 196/4 196/7
218/13
**reasons [1]** 144/10
**recall [1]** 47/25
**receive [4]** 46/21 80/2
136/5 227/3
**received [2]** 67/3 132/7
**receiving [1]** 132/7
**recently [2]** 32/20
126/13
**recess [4]** 11/23 52/14
112/8 205/15
**recognize [3]** 50/7
175/18 182/2
**recognizing [1]** 179/22
**recollection [4]** 142/23
144/1 144/1 170/25
**record [15]** 9/24 10/6
146/10 200/25 202/17
202/25 206/13 206/16
206/19 206/23 207/6
207/14 207/25 238/13
249/21
**recording [1]** 94/13
**records [1]** 100/25
**recruit [1]** 209/4
**recruiting [1]** 209/2

**R**

red [1] 132/23
red-handed [1] 132/23
reeducated [1] 178/12
refer [4] 11/1 25/18 47/17 82/15
referred [1] 11/1
referring [4] 58/12 189/2 207/9 207/13
refers [1] 8/24
reforming [1] 182/16
refuse [4] 165/10 165/11 167/7 168/20
regard [7] 104/4 128/10 130/22 135/7 135/7 135/20 204/19
regardless [3] 48/9 95/6 154/18
regards [9] 90/23 95/21 96/17 99/4 102/8 130/15 214/1 222/4 222/19
regional [1] 138/20
registered [1] 143/14
regular [1] 248/4
regulations [1] 251/8
rehabilitated [2] 171/6 171/8
rejected [1] 5/16
relate [1] 214/6
related [6] 121/22 122/2 156/7 184/15 214/25 231/2
relates [1] 170/24
relationship [2] 66/16 70/17
relative [9] 59/21 70/3 79/7 118/19 121/2 121/2 121/23 132/7 198/12
relatives [12] 19/13 48/18 101/4 101/18 101/25 121/25 131/3 131/5 141/1 188/25 189/1 214/22
release [1] 248/21
relied [2] 8/5 8/6
religion [3] 166/5 203/9 203/17
religious [6] 78/23 79/5 90/3 168/16 185/12 187/16
reluctance [2] 59/11 59/13
rely [2] 8/19 83/11
remain [2] 12/1 112/9
remainder [1] 234/13
remaining [3] 162/17 239/22 249/10
remains [1] 143/13
remarks [1] 206/9
remember [6] 100/22 111/23 146/23 154/7

188/16 248/8
remind [1] 44/20
remotely [2] 19/1 140/10
remove [2] 146/6 148/24
render [2] 246/10 247/24
rent [3] 16/1 22/9 28/14
Renza [2] 57/18 144/21
repeatedly [1] 229/5
rephrase [3] 227/19 229/16 235/4
report [21] 71/5 78/1 78/3 79/8 79/11 79/13 79/19 79/20 81/18 85/22 100/11 100/13 108/9 127/20 128/1 198/23 198/25 216/4 216/5 216/10 219/22
reported [17] 11/22 71/23 71/25 85/24 87/25 97/4 108/19 112/18 120/5 120/8 123/2 123/12 123/20 178/4 216/3 219/24 251/6
reporter [3] 1/21 205/21 251/16
REPORTER'S [1] 1/14
reporting [1] 87/24
reports [2] 99/25 127/18
request [2] 56/24 102/15
requesting [1] 10/16
require [4] 95/25 165/9 165/13 186/19
required [6] 115/7 149/25 153/2 165/14 184/6 229/6
requires [1] 11/6
research [1] 248/10
resentment [1] 124/3
reserve [1] 89/13
resonate [2] 156/9 156/13
resonated [1] 154/5
resonates [2] 153/17 230/24
Resources [1] 66/22
respect [10] 10/11 10/12 146/20 147/23 202/22 233/8 238/8 238/9 238/15 239/22
respond [1] 202/19
responded [13] 18/22 152/13 153/9 153/13 156/11 156/20 177/15 182/13 182/17 228/10 229/21 229/24 235/1
response [31] 6/24 7/20 17/4 18/18 19/19 43/19 52/10 82/9 90/14

107/8 112/18 133/18 143/23 150/4 150/5 151/5 152/9 154/25 155/6 155/8 156/15 159/7 170/6 182/18 182/20 183/5 183/6 183/8 183/11 183/16 229/1
responses [4] 54/16 56/20 150/19 219/9
responsibility [1] 124/4
responsible [2] 66/21 187/12
rest [4] 151/19 154/12 155/3 176/21
restate [1] 62/15
restaurants [2] 51/6 51/8
result [4] 15/25 168/19 199/10 209/8
retired [1] 101/15
return [1] 154/1
reversed [2] 5/8 5/10
review [6] 8/3 8/8 9/12 9/15 11/18 49/10
reviewed [5] 5/23 7/23 8/4 8/20 9/14
reviewing [1] 7/2
reviews [1] 8/2
Richard [2] 163/7 242/23
RICHMOND [2] 2/3 4/12
right [323]
right-hand [1] 12/11
rise [3] 12/24 112/6 207/23
RIVERA [2] 2/7 4/17
ROBERT [3] 1/9 4/17 13/9
Robert Stella [1] 13/9
Rocca [2] 163/7 242/23
Rodriguez [3] 57/22 142/17 142/18
role [1] 115/2
room [33] 1/23 12/17 16/20 24/19 24/25 25/23 42/8 47/2 61/2 74/20 75/23 88/15 143/20 151/8 160/2 160/22 161/6 162/1 162/12 162/18 224/10 240/8 240/8 240/21 241/17 244/5 244/17 244/24 245/6 248/5 248/12 248/18 249/1
roommate [1] 98/23
roommate's [2] 98/5 98/8
Rose [1] 126/8
row [13] 12/10 58/11 58/16 58/19 58/24 63/5 153/15 163/23 164/6

164/7 165/22 243/9 243/10
Roy [1] 28/6
Ruby [2] 57/12 242/2
rude [2] 55/1 55/3
rules [2] 179/21 206/3
ruling [3] 9/24 171/9 206/24
run [2] 50/1 128/20
running [1] 6/19

**S**

S-h-u-m [2] 32/12 32/16
safely [1] 248/10
safety [1] 209/5
said [69] 23/17 27/3 46/19 54/15 76/7 85/21 88/18 89/2 92/13 92/14 102/3 111/6 114/22 132/2 132/4 140/2 143/15 143/16 144/1 144/14 144/16 144/22 146/5 146/22 146/23 153/16 153/21 154/4 154/4 154/6 159/14 170/9 170/14 170/19 170/25 172/5 172/21 175/4 176/9 182/12 182/17 183/4 184/14 187/18 189/15 195/6 195/7 196/23 205/25 206/1 206/3 206/8 210/1 210/20 211/9 211/12 211/13 215/7 220/1 220/11 220/11 223/18 230/13 233/14 235/13 235/13 238/3 238/7 238/14
Salcedo [3] 58/5 63/8 242/10
sales [2] 125/15 125/18
Salvador [2] 58/5 242/10
same [18] 7/12 7/17 9/6 21/9 31/1 81/23 93/8 95/10 104/19 153/18 155/15 159/2 159/17 171/2 172/12 189/18 204/9 215/17
Sammartino [2] 163/13 243/1
San [2] 138/23 138/24
San Francisco [2] 138/23 138/24
sandbagging [1] 146/23
sandwich [1] 51/10
sandwiches [1] 51/12
Santa [4] 101/12 190/10 190/19 190/20
Santa Monica [4] 101/12 190/10 190/19 190/20

Sarah [1] 32/10
Saturday [3] 23/15 23/16 173/22
saved [1] 249/22
saw [62] 131/13 152/19 159/14 187/21 196/11 207/8
say [62] 5/11 9/10 10/14 16/6 20/14 23/13 28/11 33/16 33/25 35/23 38/13 38/17 38/22 45/1 46/19 49/15 50/5 50/11 64/22 64/23 75/9 87/19 90/22 93/10 96/5 101/4 104/2 104/24 124/17 124/21 125/3 134/8 135/23 136/2 136/24 139/21 140/16 141/3 149/20 151/11 155/25 158/6 168/15 172/8 175/19 180/16 181/7 181/23 194/10 194/20 198/6 202/8 210/6 211/11 215/8 222/11 226/14 232/3 233/19 239/19 247/3 248/13
saying [39] 20/18 26/11 34/9 34/19 65/16 75/15 88/3 88/6 89/4 110/5 111/10 114/10 115/10 137/3 137/23 149/21 152/21 152/22 152/24 153/24 156/16 167/7 167/16 167/20 180/15 184/9 185/2 195/20 195/23 196/1 196/9 200/3 207/8 221/8 222/20 228/18 230/15 234/6 238/9
says [9] 33/22 74/15 93/21 107/3 175/3 182/22 183/8 187/19 233/16
scale [1] 82/19
scare [1] 19/6
scenario [1] 177/17
schedule [3] 23/19 24/17 46/20
scheduled [3] 33/7 33/10 44/6
school [14] 24/22 26/16 29/22 30/1 81/14 81/20 81/24 81/24 92/9 92/12 92/14 92/14 178/3 178/4
scope [1] 143/22
Scott [1] 4/14
screenshots [1] 9/5
screwy [1] 5/15
se [2] 15/24 130/9
seat [3] 63/4 102/22 241/25
seatbelt [2] 105/3

**S**

**seatbelt... [1]** 105/17
**seated [16]** 4/5 12/1
13/1 14/3 53/6 55/22
93/15 112/9 112/14
149/3 149/3 176/20
202/9 208/11 239/5
239/7
**seating [3]** 141/23
142/9 146/17
**seats [8]** 147/10
147/14 147/25 162/19
163/20 176/20 193/10
241/16
**second [12]** 2/8 7/14
20/9 27/19 37/13 51/7
94/7 94/21 116/16
139/20 171/22 238/2
**seconds [3]** 8/16 8/17
246/24
**secretary [5]** 61/4 61/7
61/7 61/8 126/3
**Section [1]** 251/4
**security [3]** 118/2
118/3 209/5
**see [37]** 25/24 30/13
31/7 32/20 44/25 45/1
74/12 74/15 86/11
113/20 115/4 132/1
135/9 141/20 145/20
149/6 149/25 152/11
153/11 153/22 175/11
192/16 194/23 196/11
202/9 202/14 202/17
202/19 202/20 203/5
207/3 218/9 221/15
224/6 230/1 245/20
248/22
**seeing [6]** 119/23
151/12 153/25 168/16
169/11 194/23
**seek [2]** 222/22 223/10
**seem [6]** 49/16 90/13
90/15 109/21 109/21
159/14
**seems [3]** 43/8 43/10
110/15
**seen [12]** 7/22 25/20
25/21 104/10 139/7
151/13 152/4 153/23
169/12 173/8 174/25
175/10
**sees [1]** 158/6
**seize [1]** 67/4
**selected [2]** 47/19
47/23
**self [5]** 7/16 107/1
125/16 125/17 222/10
**self-corrected [1]**
107/1
**self-employed [2]**
125/16 125/17
**self-flagellate [1]** 7/16

**sell [1]** 29/5
**send [3]** 16/19 75/15
249/1
**sends [1]** 125/21
**sense [11]** 4/21 61/4
94/13 94/14 133/7
152/2 153/8 167/17
203/21 231/6 233/14
**senses [2]** 94/12 94/19
**sensitive [2]** 128/17
158/5
**sensitivity [1]** 57/4
**sent [2]** 16/20 16/24
**sentence [2]** 72/16
91/5
**sentenced [1]** 72/23
**sentencing [1]** 204/3
**separate [3]** 181/8
181/9 193/9
**separately [1]** 173/6
**separation [1]** 210/2
**sequentially [1]** 239/14
**serious [12]** 15/4 16/11
16/15 17/14 19/15 66/2
156/6 180/17 186/12
225/8 231/7 232/9
**seriously [2]** 72/4 94/3
**seriousness [3]** 65/16
65/25 143/17
**serve [22]** 13/24 14/21
15/3 18/20 24/4 33/2
33/10 33/18 42/10
42/12 49/21 49/23 50/3
50/11 50/14 59/11 88/6
90/4 203/10 203/18
204/6 205/5
**service [4]** 17/1 40/10
137/13 190/14
**services [2]** 78/23
186/3
**serving [11]** 34/4 40/13
40/16 44/14 72/15
109/20 110/9 141/5
166/13 185/14 193/25
**session [2]** 4/6 53/6
**sessions [3]** 23/24
26/20 37/18
**set [16]** 5/1 5/25 14/7
16/13 48/13 87/16
115/18 146/4 150/6
151/6 151/9 184/18
208/3 234/7 249/12
249/13
**settled [1]** 98/14
**settlement [1]** 113/25
**setup [1]** 249/14
**seven [2]** 74/2 119/10
**several [2]** 27/23 201/7
**severity [1]** 75/20
**sex [5]** 76/4 121/22
122/1 143/14 156/7
**sexual [10]** 74/16
119/13 127/20 144/2
166/6 170/15 191/11

191/13 210/18 214/6
**sexually [2]** 110/15
199/3
**Shajith [1]** 163/8
**shake [1]** 226/21
**shall [2]** 45/2 198/6
**shape [2]** 157/10
157/20
**share [2]** 152/23 154/4
**sharing [1]** 228/21
**she [105]** 8/24 8/25
37/21 39/13 39/21 40/3
40/5 40/14 43/1 43/3
45/5 45/10 45/12 45/13
45/16 45/19 45/20
45/21 45/21 45/22 46/9
67/24 71/5 77/22
100/23 100/23 100/24
116/4 116/7 116/8
116/9 116/12 119/10
127/20 140/5 143/11
143/15 143/15 143/16
143/18 144/1 144/2
144/3 144/4 144/4
144/5 144/8 144/8
144/11 144/11 144/12
144/14 144/16 144/16
144/22 146/3 146/4
146/5 146/8 147/9
168/10 168/11 170/9
170/12 170/12 170/12
170/14 170/21 170/21
170/25 171/1 171/7
188/15 188/16 191/23
198/12 199/4 202/18
202/18 206/1 206/2
206/3 206/4 206/6
206/6 206/6 206/7
206/10 206/10 212/13
216/4 216/5 216/7
216/9 216/9 217/19
217/25 219/16 225/12
238/3 238/7 238/9
238/13 238/14 238/15
**she'll [2]** 6/19 143/20
**she's [19]** 37/14 37/15
39/13 39/23 40/2 63/4
63/5 98/16 143/12
143/19 146/9 168/10
186/2 186/3 188/13
188/18 188/21 188/22
188/23
**sheet [1]** 52/7
**shelter [1]** 218/2
**sheriff's [2]** 103/15
116/2
**sheriffs [2]** 164/21
164/25
**Shi [2]** 58/1 242/7
**Shields [2]** 163/5
242/21
**shifts [3]** 83/2 84/2
217/1
**shoes [1]** 229/15

**shop [1]** 177/13
**shoplifting [1]** 156/4
**short [2]** 79/24 205/9
**shortly [1]** 18/10
**Shortridge [1]** 73/17
**shotgun [1]** 102/24
**should [95]** 11/8 27/3
27/16 49/23 50/3 60/5
60/7 60/8 62/7 62/8
68/1 68/2 78/15 78/16
84/14 84/16 89/13
90/15 92/1 92/2 95/21
96/5 96/9 96/9 96/22
98/3 98/4 99/17 99/19
105/20 106/3 106/20
106/21 116/11 117/10
117/11 124/4 128/24
129/19 129/20 133/23
133/24 138/6 138/8
141/13 141/16 141/17
156/8 156/17 166/3
170/19 172/20 174/3
174/5 179/10 185/18
185/19 187/3 187/4
188/3 188/8 189/22
189/24 190/3 190/24
193/18 193/19 195/12
195/13 197/15 197/16
201/1 204/2 205/4
205/5 206/10 215/23
215/24 217/12 217/13
218/21 218/23 222/22
223/10 225/15 225/17
229/19 230/8 231/7
232/10 232/11 233/8
240/11 245/22 248/16
**shouldn't [5]** 97/22
140/2 206/10 227/16
250/8
**shove [1]** 222/8
**show [16]** 7/9 8/16 9/6
92/20 92/25 130/17
152/11 153/11 157/8
166/25 167/9 186/24
248/5 248/6 248/18
249/11
**showed [3]** 7/6 102/12
155/19
**shower [1]** 7/13
**showing [2]** 157/12
249/3
**shown [11]** 155/1
157/4 157/6 157/17
157/24 158/10 158/18
166/21 166/24 167/14
169/1
**Shum [4]** 32/10 46/9
47/11 243/5
**shy [1]** 56/24
**sick [2]** 223/10 223/17
**side [17]** 12/11 12/11
27/10 48/9 82/16 87/10
95/7 119/18 124/24
125/6 168/3 169/10

220/12 221/23 222/12
232/13 232/16
**sidebar [51]** 17/23
17/24 18/11 18/5 18/7
19/21 54/9 54/12 54/17
56/23 56/25 57/2 57/5
57/7 57/8 68/7 68/10
84/20 84/22 89/21
107/21 107/23 113/1
119/3 122/19 122/22
134/2 134/4 141/21
149/12 149/21 155/23
158/16 159/9 164/10
164/13 174/13 174/17
177/18 179/14 179/16
198/1 208/13 208/15
208/16 219/2 219/4
219/15 236/9 236/11
246/15
**sides [17]** 48/3 48/10
59/17 69/6 69/20 71/12
87/10 87/12 94/24
94/25 117/7 122/11
124/19 127/2 172/17
214/17 222/9
**sight [1]** 94/13
**significant [5]** 9/23
16/4 110/3 185/25
217/17
**significantly [2]** 8/15
108/7
**silence [6]** 229/8
234/20 234/25 235/7
235/10 235/11
**silent [1]** 37/20
**similar [2]** 114/16
212/1
**similarly [2]** 233/7
235/23
**simply [16]** 5/7 9/20
11/4 16/18 17/1 50/7
54/11 56/24 78/1 78/2
80/23 131/15 167/12
193/8 193/11 220/4
**since [5]** 7/5 70/15
105/10 214/24 220/8
**sir [15]** 27/12 58/17
58/24 106/12 106/22
163/24 164/1 164/6
167/11 168/15 170/1
192/1 192/5 193/16
218/16
**sister [12]** 67/20 67/22
108/5 198/12 198/21
205/25 206/2 206/6
206/8 207/12 216/2
238/14
**sister's [1]** 199/16
**sit [17]** 12/14 15/13
27/1 29/9 43/22 52/4
83/13 89/14 90/15
90/18 91/11 165/14
169/24 176/18 228/1
241/25 243/9

**S**

sits [1] 150/5
sitting [11] 12/16 23/14
58/11 85/2 91/1 102/24
109/5 121/21 165/23
233/11 243/8
situation [74] 15/24
17/7 17/24 19/11 19/15
19/17 20/3 20/11 21/14
22/18 24/7 27/20 29/19
30/7 30/16 32/18 32/19
34/3 34/15 35/12 37/16
38/15 38/21 41/11
42/10 44/4 47/15 66/10
66/25 67/23 70/7 70/8
75/20 76/10 77/22 79/7
80/16 81/11 81/20
81/21 86/24 87/8 91/20
99/6 100/7 104/1
109/13 109/17 113/17
118/19 119/6 132/18
133/1 167/11 167/17
167/25 177/3 178/18
178/20 179/8 191/25
194/4 195/17 199/11
204/5 209/11 209/12
209/19 212/11 216/16
219/21 220/8 221/20
225/6
situations [11] 15/20
97/3 97/7 99/24 104/5
124/8 127/16 189/12
200/1 211/17 219/11
six [5] 13/9 55/18
55/18 79/16 119/9
skeptical [1] 196/20
sketchy [1] 172/13
skimmed [1] 187/21
skip [2] 148/3 174/2
skipped [2] 46/18
172/25
slightly [3] 65/12 82/19
155/21
Sloane [3] 44/2 163/15
230/22
slow [1] 208/21
small [4] 10/9 25/11
140/6 209/1
smell [2] 94/16 208/1
Smith [1] 28/6
smoke [1] 125/3
snack [1] 51/9
snapping [1] 102/20
Snyder [5] 163/9
233/24 237/21 243/1
243/2
so [395]
social [1] 225/2
soft [1] 60/11
soft-spoken [1] 60/11
sole [1] 126/9
solemnly [3] 13/22
240/9 247/22

Solvang [1] 42/5
solve [2] 11/8 42/9
some [77] 9/21 9/22
16/5 17/8 20/16 24/7
32/21 33/1 33/17 36/24
50/25 51/15 53/23 57/1
57/3 57/3 57/4 57/7
57/7 59/11 60/14 61/15
69/12 71/15 71/21
75/24 76/8 81/20 88/20
88/25 90/14 95/13
118/7 118/20 121/5
126/22 127/7 129/11
131/3 132/15 132/16
133/6 133/6 134/12
143/5 144/15 145/2
149/7 149/7 152/19
157/10 157/20 158/5
164/16 165/4 165/15
165/17 168/8 188/25
189/1 191/10 192/19
193/6 196/7 202/6
203/16 204/25 207/14
207/17 211/25 213/1
213/19 214/1 222/5
222/10 222/11 224/4
somebody [13] 5/6
36/17 45/7 66/9 75/6
85/24 86/6 100/25
104/2 121/20 201/19
202/15 248/16
somehow [1] 91/10
208/2 208/4
someone [3] 180/25
183/8 201/8
someplace [1] 147/21
something [56] 16/3
16/10 16/10 16/15
16/21 17/8 17/11 17/13
21/11 32/24 34/19
38/18 45/20 48/15
51/21 60/1 79/2 79/16
81/9 88/8 92/15 94/10
94/18 96/7 101/1 104/3
104/10 108/16 114/14
114/16 114/16 118/5
118/12 118/17 122/10
128/12 129/12 133/9
146/5 152/19 165/5
172/13 176/9 187/19
188/20 190/3 194/20
205/19 207/22 209/14
210/1 212/12 213/1
219/19 220/2 234/4
sometime [2] 5/21 9/20
sometimes [11] 5/14
17/7 19/11 47/17 51/19
51/20 75/15 90/13
97/14 119/25 195/3
somewhat [3] 15/6
21/12 157/25
son [3] 50/1 118/8
119/8 119/12 120/7
120/19 178/2 178/9

178/23
sorry [36] 20/4 32/22
35/21 35/21 43/11
43/15 59/5 60/12 62/12
72/12 73/13 75/13 78/7
92/10 117/2 123/6
123/17 131/20 153/20
155/7 155/11 155/14
174/21 187/25 189/3
207/7 215/4 230/1
233/4 235/13 237/22
239/18 243/1 243/21
244/14 250/5
sort [68] 8/6 9/22 10/14
15/3 16/5 17/8 17/9
17/11 21/11 33/17
48/19 49/19 51/13 60/1
60/2 61/5 65/8 65/18
66/1 71/6 75/24 78/22
79/2 79/14 80/3 88/25
92/17 95/11 96/5 99/11
101/25 102/8 104/3
104/8 109/25 110/23
111/25 113/9 118/20
127/17 139/4 143/20
149/20 151/9 152/22
155/8 164/16 166/6
181/3 193/3 194/5
194/8 202/6 202/10
204/23 205/1 207/21
207/22 209/14 212/12
214/3 214/7 214/13
218/1 218/2 219/12
222/1 224/6
sorts [1] 214/1
sound [1] 222/21
sounds [5] 8/14 8/16
24/3 36/21 63/14
south [2] 51/7 171/25
Southern [1] 29/23
spanking [1] 178/3
speak [16] 19/7 19/25
27/5 27/12 32/5 32/8
37/6 41/6 72/12 76/20
171/20 205/25 223/16
230/8 230/10 234/4
speaking [4] 7/8 20/5
149/2 152/22
special [3] 4/14 92/11
131/4
specialty [2] 141/4
141/9
specific [2] 5/24
219/14
speculative [1] 196/15
spell [3] 29/16 32/11
37/10
spelled [1] 32/16
spoke [2] 200/4 210/3
spoken [1] 60/11
spouse [2] 173/4 186/1
Spring [2] 2/5 73/17
Springer [1] 190/4
stabbed [1] 225/4

stack [1] 136/16
stairs [1] 51/25
stamp [1] 5/9
stand [14] 13/19 20/6
162/17 162/17 162/20
229/11 229/19 230/12
233/21 234/4 241/16
241/16 246/1 247/14
standard [6] 5/19
82/14 82/25 195/21
195/24 204/17
standards [1] 86/5
standing [6] 27/6
27/10 128/21 228/9
229/19 231/6
stands [1] 217/22
staple [1] 197/19
start [20] 6/12 21/3
21/7 23/1 37/18 38/8
38/13 54/23 55/25
56/18 61/2 143/10
176/22 219/8 224/23
225/1 241/22 243/8
248/7 249/15
start-up [2] 224/23
225/1
started [1] 75/18
starting [10] 4/10
15/21 26/4 47/17 58/16
142/2 160/12 163/22
170/7 242/1
state [5] 15/9 15/10
116/17 207/5 212/4
stated [7] 57/3 142/18
144/4 144/8 144/11
236/17 236/19
statement [2] 149/15
150/14
states [15] 1/1 1/6 2/2
2/4 2/4 4/6 4/9 4/12
53/5 69/13 107/4
125/21 142/4 251/4
251/9
statute [1] 11/6
stay [1] 101/21
STELLA [13] 1/9 4/9
4/17 13/9 13/16 150/1
201/12 202/23 227/5
227/23 228/7 228/24
229/5
stenographically [1]
251/6
step [4] 128/21 135/22
135/24 198/17
stepfather [4] 69/25
71/3 72/15 143/13
stepmother [1] 199/2
steps [1] 136/19
stick [2] 154/7 154/18
stickies [1] 250/13
still [25] 7/14 42/10
44/20 61/8 68/24 69/20
74/7 77/6 98/14 128/21
154/9 158/24 159/16

161/10 161/19 162/5
172/8 179/20 181/4
203/16 204/8 220/12
223/23 240/8 250/6
stip [3] 46/2 46/6 46/12
stipulate [1] 94/24
stipulation [2] 249/19
249/25
stole [1] 132/15
stolen [2] 132/8 132/16
stop [2] 205/11 237/9
stopped [2] 105/8
105/9
storing [1] 186/3
story [1] 216/13
straight [1] 63/2
strain [1] 18/5
stranger [1] 70/3
street [7] 1/22 1/22 2/5
2/8 15/10 51/7 129/14
stress [2] 43/13 43/14
stricter [4] 95/1 96/6
96/22 170/20
strike [2] 89/15 144/11
striking [2] 170/5
176/13
stringent [1] 96/9
stroller [1] 202/14
strong [21] 59/12
65/16 71/18 95/14 99/2
104/3 113/7 114/24
128/4 128/6 130/5
130/24 134/22 135/9
135/12 149/7 156/1
166/5 182/23 182/24
183/3
stronger [3] 146/7
188/4 188/8
strongly [2] 68/24
195/1
struck [1] 147/24
stuck [1] 18/14
students [1] 17/8
studied [1] 171/22
study [2] 168/23
171/16
stuff [16] 26/12 51/13
51/14 52/3 57/4 64/17
66/1 79/14 92/16
113/12 115/5 179/25
180/2 180/5 217/24
248/19
Sturges [1] 173/14
subject [12] 59/17
128/17 147/11 166/12
179/19 183/22 184/16
193/24 194/5 198/13
200/10 221/10
submit [1] 144/10
submitted [1] 227/18
substitute [1] 54/3
succeeds [1] 65/21
successfully [1] 171/8
such [10] 13/23 60/23

**S**

**such... [8]** 92/16 104/7
107/14 135/6 150/4
151/5 152/8 222/21
**sudden [1]** 109/25
**sued [1]** 82/14
**Sufan [1]** 57/21
**suffer [3]** 97/16 183/18
225/8
**suffered [1]** 170/14
**sufficient [2]** 86/10
125/2
**sufficiently [2]** 146/10
158/1
**suicide [1]** 220/25
**summons [1]** 15/7
**Sunday [3]** 23/15
23/16 173/22
**sunnier [1]** 140/12
**Superior [1]** 100/19
**supervise [3]** 64/1 65/7
139/6
**supervisor [1]** 206/5
**supplemental [1]**
125/19
**suppose [1]** 173/13
**supposed [7]** 33/4
55/2 83/23 146/18
150/13 203/25 210/7
**supposedly [2]** 217/6
220/17
**Supreme [1]** 188/17
**sure [35]** 6/6 6/8 8/19
10/20 33/2 72/14 100/2
106/13 107/8 121/24
135/23 145/3 146/1
148/11 151/15 168/8
168/12 170/16 175/20
176/6 179/15 179/25
198/2 208/14 213/4
219/23 220/9 220/10
221/14 221/15 235/6
238/11 243/24 245/15
247/6
**surgery [2]** 44/5 225/9
**surprised [1]** 132/25
**Susceptible [1]** 196/18
**suspects [1]** 61/22
**suspicion [2]** 86/7 93/7
**suspicions [4]** 95/9
95/10 95/11 95/14
**suspicious [2]** 93/3
93/5
**sustain [1]** 150/10
**sustained [1]** 115/17
**swear [6]** 13/18 13/23
246/5 246/9 247/15
247/22
**swerved [1]** 107/18
**swinging [1]** 17/20
**switched [1]** 105/7
**sworn [9]** 3/3 3/6 3/7
13/21 55/8 93/14 246/1

246/6 247/19
**sympathetic [1]** 42/14
**sympathy [4]** 75/24
76/8 76/9 76/11
**Synthego [2]** 59/4 59/6
**system [7]** 77/23 103/6
127/21 132/20 140/16
140/18 164/20
**systems [3]** 30/5 31/5
31/6

**T**

**table [4]** 4/13 100/16
201/9 201/20
**tainted [3]** 201/5
201/14 207/22
**take [41]** 5/6 5/19
28/20 30/8 30/12 30/14
36/7 36/11 36/14 36/16
36/22 37/13 38/1 39/4
39/6 42/17 42/21 43/1
44/24 50/25 56/10
74/20 94/2 102/14
102/25 111/22 122/10
123/9 129/7 135/22
152/18 205/9 205/12
229/11 229/19 230/12
230/17 231/15 233/20
248/22 250/7
**taken [4]** 40/25 45/21
52/14 124/4
**takes [6]** 14/12 14/17
21/7 38/10 38/15 38/19
**taking [6]** 32/14 35/24
42/23 75/1 102/18
138/3
**talk [10]** 5/23 54/25
55/2 64/17 64/17
121/18 136/6 198/14
227/1 229/3
**talked [4]** 101/19 177/3
177/13 212/11
**talking [6]** 17/13 28/12
106/25 107/2 188/3
229/7
**tallies [1]** 61/5
**tap [1]** 137/16
**tape [1]** 94/13
**Taub [1]** 57/24
**taxes [1]** 15/2
**Taylor [2]** 163/2 242/16
**teach [1]** 92/16
**team [1]** 187/13
**tech [2]** 173/20 225/1
**technical [1]** 30/1
**technology [2]** 29/24
140/6
**teenagers [1]** 210/17
**teens [1]** 210/14
**television [1]** 197/3
**tell [29]** 10/5 14/8
15/17 47/3 47/6 62/21
93/10 152/16 153/15
160/2 160/22 161/6

162/1 162/12 216/9
218/22 228/11 230/2
230/5 230/23 232/7
233/10 233/10 233/24
244/6 244/17 244/24
245/6 248/19
**telling [3]** 11/17 82/10
233/15
**tells [2]** 227/10 227/13
**Temple [1]** 73/17
**ten [8]** 51/21 73/1
98/23 173/21 205/9
205/10 205/12 216/23
**ten-minute [2]** 205/9
205/12
**tend [3]** 93/2 215/2
215/5
**tenor [1]** 224/9
**terminated [1]** 67/10
**terms [6]** 28/12 51/14
53/24 70/17 89/15
204/23
**terrible [1]** 121/18
**test [4]** 56/10 56/11
94/15 186/24
**testified [7]** 64/3 73/18
121/2 121/5 143/12
189/1 189/4
**testify [27]** 73/4 83/7
83/8 83/11 84/8 84/9
84/10 86/25 87/17
91/18 114/4 131/9
131/12 189/18 229/6
229/12 230/12 231/14
232/10 232/18 233/8
233/14 233/21 234/7
235/22 235/24 235/25
**testifying [4]** 94/1 94/2
192/8 231/7
**testimony [11]** 93/12
93/18 94/1 94/7 172/6
192/14 192/17 192/21
215/15 215/16 233/15
**tests [1]** 31/1
**Thai [2]** 187/22 187/24
**than [33]** 5/13 5/18 6/1
11/3 12/16 31/13 38/14
38/16 41/15 45/22
54/17 61/7 82/17 83/21
85/10 85/25 86/16 94/2
96/10 119/9 124/4
129/14 131/16 141/8
151/23 158/5 172/6
172/20 186/4 208/6
217/7 225/25 228/5
**thank [157]** 6/21 10/1
11/13 11/21 12/18 14/3
26/24 26/25 27/2 32/2
34/25 35/1 37/2 41/1
44/22 44/23 46/23 47/1
47/2 47/8 47/11 52/12
53/15 55/2 55/9 62/10
62/20 63/16 68/5 72/10
77/13 77/14 78/20

84/18 85/9 89/9 89/11
89/12 92/4 95/18 98/24
99/21 106/1 107/20
107/22 111/15 111/18
111/19 114/23 115/23
116/20 117/14 122/15
122/16 125/8 125/10
125/11 129/23 134/1
137/9 146/15 147/12
148/5 148/14 149/1
150/25 152/23 153/6
157/1 159/8 160/1
160/5 160/9 160/18
160/20 161/4 161/5
161/14 161/16 161/23
161/25 162/9 162/11
169/24 170/1 171/11
171/12 171/13 172/24
174/12 176/2 176/3
176/24 179/13 185/7
185/22 185/23 187/7
190/1 193/22 195/10
196/21 197/18 200/22
200/23 203/3 209/6
213/8 213/9 218/25
224/16 226/25 228/21
229/25 230/20 233/3
234/10 234/16 235/16
235/17 236/8 240/3
240/6 240/6 240/11
240/16 240/22 240/23
241/2 241/6 241/8
241/12 243/25 244/3
244/4 244/9 244/10
244/14 244/16 244/21
244/23 245/3 245/5
245/16 246/14 248/2
249/3 249/6 249/8
249/8 249/9 249/9
249/16 249/17 250/3
250/14 250/16
**Thanks [4]** 27/1 32/1
55/11 130/3
**that [1146]**
**that's [111]** 5/15 5/24
6/6 9/2 10/13 11/11
11/11 11/16 11/20
14/16 14/18 15/10 16/7
17/13 21/12 22/25
23/12 23/24 25/13
25/15 25/25 26/21
32/13 34/19 35/23
38/24 39/5 42/12 44/15
46/21 50/5 50/11 51/9
51/13 55/9 56/13 62/6
65/11 68/24 72/8 73/18
75/16 78/14 82/7 84/13
86/10 90/12 90/25
94/16 94/18 94/21 95/7
96/6 96/11 98/14 99/15
110/4 133/19 133/20
134/15 134/17 136/21
137/25 142/23 143/11
144/21 145/10 149/21

152/19 154/25 155/6
155/7 155/8 155/8
155/9 155/11 155/25
157/11 158/8 164/24
166/11 174/1 175/1
175/19 175/20 177/25
180/3 183/3 183/9
183/21 184/24 187/22
188/5 188/8 194/9
198/8 200/2 201/4
203/6 206/13 206/22
207/13 209/11 222/6
225/14 233/11 233/11
237/24 244/6 248/6
250/10
**Theater [1]** 173/22
**theaters [1]** 173/10
**theft [2]** 50/13 156/3
**their [35]** 15/11 50/9
50/10 54/8 54/13 54/13
54/14 54/15 56/9 56/20
60/20 61/2 62/16 62/17
62/18 65/23 76/10
76/12 83/3 94/1 94/1
98/13 101/19 110/19
136/7 147/22 157/12
157/22 192/11 192/11
192/21 203/21 210/3
214/24 219/11
**them [73]** 4/23 5/23 6/5
6/8 6/11 6/18 8/3 9/21
12/19 12/22 20/19 27/5
30/11 30/12 31/7 35/10
44/24 47/3 47/6 49/10
54/9 54/9 54/12 55/1
76/3 76/12 76/15 100/1
101/8 101/19 105/19
116/4 122/2 123/9
123/20 123/24 131/13
142/20 142/20 142/21
143/5 143/7 143/7
147/16 147/22 150/16
150/16 154/8 160/2
160/22 161/6 162/1
162/13 165/15 169/12
177/24 184/11 191/7
207/2 208/4 220/23
221/2 227/18 239/4
244/6 244/17 244/24
245/6 245/22 246/19
249/20 249/23 250/9
**themselves [8]** 5/12
53/21 167/1 180/23
182/15 183/1 229/11
229/14
**then [110]** 5/10 5/23
6/11 7/14 8/19 16/24
17/17 17/19 18/13
20/22 21/11 22/11 23/1
23/7 23/11 24/4 24/23
30/15 30/16 31/8 31/10
31/24 37/18 46/1 46/5
46/15 47/14 49/5 50/20
52/8 55/14 55/17 55/18

**T**

**then... [77]** 56/14 56/19
61/17 63/3 63/6 63/10
65/10 65/15 68/12
78/11 78/15 78/23
83/15 89/21 90/5 94/25
96/1 97/23 102/12
103/15 107/18 118/5
118/6 118/8 120/13
120/15 120/24 120/25
133/8 133/14 137/19
140/11 145/4 147/4
147/19 147/20 147/21
147/22 151/1 156/16
159/15 167/24 170/16
172/12 172/14 175/1
176/13 176/16 176/17
176/17 176/21 176/21
178/3 180/4 180/14
184/15 205/10 209/11
210/3 213/19 216/1
217/16 218/9 219/1
220/11 221/23 229/3
233/4 236/18 239/9
239/15 241/12 241/17
242/13 245/19 248/6
248/24
**there [176]** 5/2 5/7 6/1
9/4 10/9 14/20 15/20
17/20 18/19 20/16
22/21 30/20 36/10
42/17 50/12 50/25 51/4
51/6 51/7 51/9 51/10
51/19 51/22 53/16 54/7
54/11 57/1 57/4 60/5
61/18 61/21 62/7 66/22
67/21 68/1 69/12 70/8
71/8 77/25 78/15 79/13
80/5 81/1 81/5 81/6
81/16 83/13 83/16
84/14 85/14 86/4 86/6
86/8 86/12 86/13 91/5
91/15 91/25 93/11
93/23 94/3 95/20 96/4
96/5 96/9 96/22 98/2
99/17 100/11 100/13
104/1 105/13 106/3
106/19 107/19 113/5
113/13 113/14 117/10
118/19 119/13 121/25
124/17 127/17 130/9
131/9 133/22 138/6
138/25 139/6 139/24
141/15 142/21 143/5
147/16 147/18 147/24
150/2 151/24 152/3
152/6 152/11 153/7
157/15 158/8 158/21
162/20 170/10 170/19
171/20 172/19 173/7
174/1 174/3 175/3
177/15 178/12 178/23
178/25 179/4 179/6

179/9 180/5 185/18
187/2 189/22 190/3
192/3 192/12 193/18
194/6 194/20 195/11
196/7 196/11 197/14
200/24 201/6 202/9
205/4 207/2 209/16
209/20 209/22 210/6
211/14 212/17 215/22
216/16 216/20 216/22
217/6 217/11 218/21
219/21 225/15 228/3
228/6 228/22 229/7
229/8 229/22 229/23
231/1 231/25 233/2
233/6 233/17 235/3
237/9 238/12 243/10
245/22 248/16 248/24
249/5
**There're [1]** 239/24
**there's [41]** 7/1 9/22
17/20 18/10 36/14
51/14 51/18 51/20
51/24 52/2 52/3 54/14
54/18 57/7 60/22 65/13
73/16 83/23 87/24 88/4
93/4 93/5 99/10 104/24
124/16 125/3 129/18
130/11 140/16 144/10
148/3 150/7 168/4
180/4 182/16 190/24
192/7 196/3 203/1
203/16 209/20
**thereafter [1]** 18/10
**therefore [6]** 15/1 15/4
18/5 20/20 202/6
239/25
**therein [2]** 246/10
247/24
**thereof [1]** 197/3
**these [32]** 5/18 7/25
9/11 9/12 13/16 20/18
48/20 51/3 65/25 74/16
82/22 83/22 86/15
111/23 114/10 145/2
147/13 147/14 149/22
150/16 151/3 152/4
152/9 154/11 155/1
158/7 176/16 182/16
194/3 204/14 235/19
248/8
**they [136]** 5/12 8/1
8/12 8/18 11/1 12/20
15/15 16/23 16/24
16/25 17/8 17/9 17/10
17/10 19/12 19/12
25/24 28/7 28/9 30/7
32/20 32/22 32/24 33/3
33/7 33/13 36/16 45/11
51/5 51/12 54/15 56/11
59/7 59/25 61/2 61/10
61/21 61/23 61/25
62/16 71/25 72/1 72/4
79/19 80/17 81/23

92/16 94/2 95/12 96/10
98/15 100/15 101/7
105/9 108/24 117/25
118/5 118/14 119/21
119/25 123/4 123/6
124/4 125/1 127/21
128/2 130/7 131/12
131/16 132/2 132/4
132/15 132/15 133/1
134/15 136/8 137/14
138/24 151/2 151/8
151/9 151/10 152/4
154/8 154/17 156/2
157/9 157/10 157/12
158/7 158/14 170/22
171/4 172/11 172/13
177/23 178/22 180/15
181/4 188/3 188/7
190/13 202/11 202/13
207/1 210/13 210/14
210/22 210/24 211/2
211/2 211/4 212/6
212/10 217/24 220/1
220/22 220/24 221/5
221/5 222/22 223/10
226/1 226/1 229/9
229/10 229/10 229/11
233/14 239/7 239/8
239/17 240/21 249/1
249/22 250/10
**They'll [1]** 176/20
**they're [37]** 9/17 25/23
25/23 31/9 35/22 36/13
42/8 48/6 88/19 93/14
93/14 93/15 137/23
151/4 151/5 151/7
153/4 165/18 179/5
181/5 184/14 190/14
190/16 202/10 202/13
203/12 207/13 208/2
215/3 223/5 230/8
239/6 239/7 239/13
239/14 239/25 246/21
**they've [4]** 7/17 8/2
25/21 173/10
**thing [26]** 7/1 9/6 14/6
17/20 18/2 32/21 87/2
93/8 94/21 94/23 95/10
107/18 120/13 121/18
141/24 157/7 159/2
183/21 195/14 197/20
200/17 202/4 230/17
231/10 232/17 249/18
**things [57]** 9/11 15/2
28/15 39/6 48/17 48/18
53/23 57/3 61/5 65/8
65/17 65/25 66/2 66/23
71/6 94/8 95/2 96/5
99/11 102/7 103/15
103/23 104/7 104/7
104/11 105/18 109/25
110/23 113/9 118/4
119/14 119/17 127/17
128/15 137/24 144/15

166/25 178/13 178/15
179/4 181/2 193/2
194/5 194/6 194/8
194/16 204/23 212/2
214/2 214/13 218/1
218/2 219/12 222/1
238/3 248/6 249/13
**think [255]**
**thinking [6]** 86/15
92/15 200/13 224/7
234/2 234/3
**thinks [1]** 229/9
**third [1]** 94/23
**this [355]**
**thorough [1]** 172/22
**those [80]** 6/4 9/14
13/10 17/18 22/18 23/3
24/11 30/14 30/24
37/22 39/6 45/15 45/16
51/4 51/16 51/17 65/19
71/22 80/7 84/7 89/16
93/19 95/2 96/1 96/12
96/15 96/22 97/3 97/3
97/6 99/12 99/24
101/25 102/10 103/19
104/8 104/15 110/18
112/20 114/6 127/8
127/18 128/6 129/13
130/11 130/13 138/22
144/9 147/20 149/3
157/2 157/3 158/15
171/8 172/23 173/25
176/18 180/23 182/14
182/25 184/10 189/12
192/19 192/21 199/25
200/15 211/17 211/21
212/2 212/12 214/15
218/20 221/8 223/10
223/20 240/19 245/21
245/25 250/7 250/15
**though [19]** 10/23
31/13 69/7 69/19 71/5
96/21 110/6 124/25
130/24 135/12 158/9
174/17 180/8 188/7
192/18 196/14 211/21
216/19 235/23
**thought [12]** 8/4 23/17
62/2 77/21 79/4 92/14
107/1 107/19 119/24
128/24 176/10 209/25
**threatening [2]** 16/8
16/8
**three [26]** 13/10 13/16
35/13 55/17 65/1 83/23
88/22 93/11 95/2
121/25 136/19 150/2
181/8 181/9 181/9
216/16 216/20 216/22
217/6 220/20 220/21
220/22 227/5 227/24
228/8 228/25
**through [13]** 1/17
10/13 45/11 46/21

62/25 75/6 81/1 147/10
162/17 176/15 176/20
178/21 183/18
**throw [1]** 143/7
**Thursday [4]** 22/11
29/21 30/21 30/25
**ticket [2]** 105/3 105/17
**tie [3]** 157/10 157/19
184/15
**tied [3]** 139/17 139/22
184/18
**time [102]** 9/21 11/10
11/19 15/14 17/9 19/2
21/13 24/7 33/8 36/16
36/24 37/18 38/16
40/10 41/25 43/3 43/9
46/25 47/16 47/20
47/23 51/1 51/15 53/24
55/25 58/9 64/5 65/3
65/7 66/15 71/15 72/25
78/22 79/17 79/24
85/21 99/12 107/14
109/5 110/2 111/22
114/13 118/4 125/14
125/25 130/7 130/10
136/1 138/15 139/3
140/4 140/21 147/3
147/18 148/17 149/16
151/3 151/19 152/4
152/5 153/1 155/2
155/5 156/23 157/25
159/25 160/11 160/15
162/15 166/13 166/15
166/20 168/9 170/3
172/9 172/16 173/10
173/10 177/9 177/23
180/12 193/21 199/16
199/21 204/3 204/3
205/8 205/13 207/16
210/3 210/10 213/12
213/20 213/21 214/20
228/16 228/23 234/13
240/5 244/2 245/11
248/21
**times [2]** 103/15
181/10
**tiniest [1]** 20/5
**tips [1]** 82/19
**tired [1]** 187/25
**tissue [1]** 43/16
**Title [1]** 251/4
**today [11]** 9/16 10/11
21/3 25/8 25/9 36/23
42/20 42/24 183/12
205/10 208/19
**toddler [2]** 201/6 207/4
**together [2]** 142/20
173/6
**told [12]** 5/11 7/9 9/5
60/6 102/12 107/12
108/20 119/8 119/21
183/2 206/4 235/6
**tolerance [1]** 167/21
**tomorrow [12]** 22/2

**T**

**tomorrow...** [11]  22/3
22/4 23/21 29/21 30/21
33/23 45/21 240/21
248/7 248/11 249/12
**too** [12]  27/19 48/16
50/9 60/11 64/11 76/20
103/24 138/25 140/16
142/23 143/8 248/15
**took** [7]  36/24 47/25
48/22 74/15 81/2
102/20 120/23
**top** [1]  173/11
**topic** [4]  88/9 88/19
155/17 155/20
**tortured** [1]  120/14
**touched** [1]  250/13
**touching** [2]  13/24
94/16
**tourists** [1]  51/20
**toward** [5]  24/9 144/15
226/4 228/19 241/16
**towards** [6]  88/20
225/23 226/6 226/8
226/16 228/23
**towel** [1]  8/13
**Tower** [1]  116/5
**town** [2]  39/25 73/9
**trade** [1]  187/16
**train** [1]  42/21
**training** [6]  80/2
134/12 164/17 191/10
191/14 214/1
**transactions** [1]
187/13
**transcript** [3]  1/14
251/5 251/7
**transmissions** [1]
165/19
**treat** [3]  104/19 189/17
250/10
**treated** [8]  62/2 67/22
77/22 81/10 102/8
103/6 132/18 189/12
**treating** [1]  192/11
**treatment** [7]  33/2 33/4
33/5 33/6 33/10 33/17
33/24
**Trevor** [2]  57/16 242/5
**trial** [39]  1/17 4/20 7/7
8/20 9/13 10/17 13/25
14/14 16/21 17/1 21/3
23/14 40/9 73/2 73/25
74/12 75/7 80/23 81/1
81/1 81/5 94/15 95/4
143/12 188/17 189/17
189/20 193/25 206/7
206/8 223/20 228/9
229/10 229/19 231/7
231/7 232/9 232/9
235/8
**trials** [2]  23/6 189/5
**trick** [1]  53/11

**tried** [1]  105/1
**trigger** [1]  213/1
**trouble** [3]  16/9 34/20
136/13
**troublesome** [1]
214/12
**trounce** [1]  15/9
**true** [7]  13/23 95/1
151/25 232/2 246/10
247/24 251/5
**truly** [3]  231/21 246/9
247/22
**trust** [3]  103/24 142/20
179/1
**truth** [2]  195/4 233/15
**truthful** [5]  48/1 49/14
50/18 52/6 114/23
**Truthfully** [1]  154/14
**try** [15]  18/3 50/22
88/10 88/11 101/21
111/25 135/8 136/25
147/8 184/2 226/14
231/17 231/24 246/9
247/23
**trying** [12]  17/24 29/5
104/10 106/15 149/15
153/4 179/6 183/21
189/4 193/11 207/14
208/2
**Tuesday** [7]  1/19 4/1
22/11 23/2 26/5 44/6
53/1
**turn** [3]  18/25 150/16
173/2
**Turnbull** [2]  163/6
242/22
**TV** [3]  92/20 173/10
213/23
**twelve** [4]  176/7
176/12 176/23 245/22
**Twin** [1]  116/5
**two** [39]  8/5 9/4 9/23
24/23 28/24 28/25
30/20 31/1 31/2 31/3
35/22 39/6 51/11 59/11
99/23 112/20 121/17
127/25 131/9 137/23
137/23 147/2 158/14
171/16 173/11 173/25
177/4 192/19 204/9
206/18 209/22 210/6
211/17 211/21 212/2
212/25 229/24 235/18
246/19
**type** [18]  50/8 50/12
86/10 93/12 93/17 94/6
94/7 94/23 105/18
109/17 113/22 115/5
125/17 127/15 212/6
230/16 231/10 232/17
**types** [5]  65/19 93/11
95/2 96/4 114/10

**U**

**UCMJ** [1]  134/15
**uh** [27]  12/21 24/10
25/10 34/2 34/22 38/20
39/24 41/10 41/20
61/25 64/9 65/24 74/13
89/8 98/25 108/3
123/22 135/4 135/11
147/1 150/21 151/17
154/2 183/23 185/8
230/11 230/16
**uh-huh** [27]  12/21
24/10 25/10 34/2 34/22
38/20 39/24 41/10
41/20 61/25 64/9 65/24
74/13 89/8 98/25 108/3
123/22 135/4 135/11
147/1 150/21 151/17
154/2 183/23 185/8
230/11 230/16
**ultimately** [1]  88/6
**Umm** [17]  41/12 45/2
62/6 70/11 71/14 73/8
74/22 75/11 76/1 76/5
84/13 181/6 189/3
198/17 206/12 221/11
222/14
**unanimous** [1]  60/24
**unanimously** [1]  136/8
**uncertain** [1]  34/13
**uncle** [4]  101/15
219/17 219/20 220/12
**uncles** [1]  122/25
**uncomfortability** [1]
59/13
**uncomfortable** [16]
37/21 56/22 59/15 85/2
88/8 88/12 99/4 115/4
115/11 153/19 153/21
153/25 155/18 155/18
168/20 170/9
**under** [4]  11/5 83/6
100/16 230/14
**underneath** [4]  51/11
90/6 133/9 133/15
**understand** [63]  7/22
9/11 15/19 19/11 19/16
30/15 40/11 43/14 72/1
75/20 76/24 78/25
80/11 82/7 82/10 82/11
83/17 83/25 84/4 87/16
87/22 87/25 93/6 96/23
98/15 104/1 107/9
115/6 115/9 143/16
153/24 156/2 157/14
157/21 158/15 158/24
159/2 165/16 166/21
175/2 178/11 181/11
181/21 184/7 188/5
193/12 200/11 200/13
202/1 202/5 202/7
207/7 207/20 207/24
217/3 218/11 218/15

223/18 223/22 233/16
238/4 239/3 239/19
**understandable** [1]
222/6
**understanding** [8]
8/10 10/21 11/12 84/6
119/1 168/15 186/19
206/24
**understood** [19]  6/10
10/8 34/18 54/5 86/22
87/4 88/13 114/8
144/19 146/12 150/24
156/25 159/18 169/20
175/21 208/8 208/22
213/4 240/3
**undress** [1]  69/13
**uneasy** [1]  113/20
**unequivocally** [1]
171/1
**unfair** [2]  123/24
226/19
**unfortunately** [3]
67/17 97/8 183/13
**union** [1]  125/20
**UNITED** [13]  1/1 1/6
2/2 2/4 2/4 4/6 4/9 4/12
53/5 107/3 125/21
251/4 251/9
**unjustifiably** [1]  50/6
**unjustly** [1]  133/1
**unless** [6]  36/16 45/7
62/7 184/14 195/24
196/5
**unlucky** [1]  58/22
**unpack** [1]  35/16
**unsure** [1]  62/16
**until** [17]  20/13 24/9
52/8 75/19 107/10
107/13 120/24 122/7
133/15 133/19 137/20
137/25 144/9 144/13
157/10 200/7 205/10
**unusual** [1]  21/12
**up** [61]  4/22 6/18 7/3
9/3 10/5 10/10 16/13
20/5 20/19 22/19 23/3
24/21 27/5 31/7 38/3
38/5 38/16 41/17 48/13
49/11 52/5 73/1 78/11
80/20 83/5 91/4 91/7
92/14 93/22 94/4 96/19
102/12 103/23 105/2
105/19 114/23 138/24
139/9 147/9 149/14
149/18 150/18 155/1
156/23 157/22 187/25
203/22 204/3 207/12
208/3 214/23 223/16
224/23 225/1 230/10
234/4 234/13 249/3
249/12 249/12 249/13
**upon** [13]  8/21 13/24
13/25 14/9 54/3 54/14
55/25 56/20 57/1 70/10

158/3 167/16 203/25
**us** [24]  8/1 8/2 14/25
31/9 31/23 47/14 48/1
49/19 50/23 50/18 52/6
60/6 62/17 89/16
134/15 155/17 173/11
179/6 198/18 218/22
226/4 226/20 239/21
250/6
**use** [4]  18/14 45/25
234/12 239/4
**used** [5]  10/22 43/12
54/3 116/11 138/16
**usually** [8]  15/9 38/10
55/5 55/7 58/14 61/1
94/10 173/6

**V**

**VA** [1]  101/9
**vacation** [1]  36/24
**vacations** [1]  28/20
**various** [5]  69/12 69/13
91/5 93/23 94/3
**Vegas** [1]  141/11
**venire** [2]  201/5 234/14
**verdict** [17]  14/11
14/17 21/8 25/24 26/8
48/8 60/24 60/25 66/5
83/16 95/6 136/8 154/1
203/14 204/25 246/10
247/24
**very** [86]  15/4 15/18
19/3 27/6 37/20 44/22
47/2 47/8 47/11 51/5
51/24 52/12 58/22
60/24 62/12 64/7 64/19
68/24 82/21 82/25
84/18 85/1 86/12 86/14
89/12 92/4 97/22
109/21 109/22 109/23
111/19 113/7 113/7
115/23 116/5 121/19
122/9 122/11 124/11
125/10 126/1 128/16
128/16 130/5 133/1
134/22 149/7 149/11
151/11 155/24 157/9
160/5 160/9 160/20
161/5 161/16 161/25
162/11 169/2 169/24
176/24 183/9 187/25
188/14 196/16 198/13
199/7 199/9 211/25
213/8 224/16 231/7
232/9 240/11 240/23
241/2 241/8 241/12
244/4 244/9 244/16
244/23 245/5 248/10
249/3 250/4
**Veterans** [1]  101/9
**vibrate** [1]  38/23
**victim** [16]  7/9 13/13
13/14 13/15 61/18
67/20 68/21 69/7 76/3

**V**

**victim... [7]** 76/15
77/18 79/7 119/16
124/24 143/11 144/2
**victims [20]** 71/22
75/25 76/8 85/22 87/25
97/2 121/24 122/1
124/24 125/1 143/16
143/19 143/21 150/2
216/17 216/18 216/20
216/22 217/3 217/6
**Victoria [1]** 4/14
**Victoria Scott [1]** 4/14
**video [9]** 7/14 7/14
7/17 8/15 8/15 94/12
167/2 167/3 167/4
**video-clip [2]** 8/15 8/15
**videos [3]** 9/4 168/25
184/7
**view [10]** 7/23 72/4
115/7 136/18 144/5
171/7 175/7 223/4
223/17 227/2
**viewed [1]** 115/14
**viewing [4]** 99/12
114/24 151/3 168/20
**viewpoints [1]** 135/5
**views [8]** 96/21 96/22
109/14 128/4 128/6
128/9 134/23 222/21
**Vigil [1]** 163/1
**Villanueva [1]** 57/25
**violation [1]** 95/22
**violent [1]** 67/21
**virtually [2]** 8/11 8/18
**visibly [1]** 201/19
**visiting [1]** 198/18
**visual [1]** 92/16
**vociferously [1]** 208/1
**voice [3]** 75/4 75/5
143/16
**voir [11]** 3/5 6/13 47/18
47/18 48/2 48/11 48/12
54/23 55/25 56/16
148/17
**votes [1]** 61/5

**W**

**wage [1]** 27/25
**wait [14]** 15/13 19/23
20/9 29/13 45/1 51/19
51/20 116/16 139/20
174/21 198/8 205/20
208/20 238/2
**walk [4]** 68/12 68/13
68/14 68/15
**walked [1]** 206/25
**walking [2]** 118/4
208/21
**wander [1]** 51/25
**Wang [2]** 58/1 242/7
**want [60]** 9/17 10/11
12/14 15/15 17/17
17/19 18/14 20/6 34/7

38/11 43/16 48/16 49/1
49/13 55/7 84/19 89/16
107/21 109/12 114/23
117/6 117/7 121/18
122/19 134/2 135/22
149/4 149/20 150/18
152/23 162/16 164/9
171/10 174/13 174/18
174/19 177/17 177/18
179/14 185/1 200/25
208/4 208/15 218/22
219/2 222/11 227/1
227/1 227/10 229/3
229/3 231/1 232/15
234/3 239/3 241/15
247/5 247/9 249/13
250/6
**wanted [7]** 10/10 87/15
175/20 179/25 198/13
202/25 207/5
**wants [1]** 45/7
**warrants [1]** 104/7
**was [315]**
**wasn't [10]** 61/20
73/14 103/12 168/12
196/11 199/4 207/15
211/14 239/18 239/20
**watched [2]** 92/24
221/2
**water [3]** 137/13
137/15 137/16
**wave [2]** 206/1 206/3
**waved [1]** 201/8
**way [38]** 21/2 38/12
43/16 48/11 49/16
68/13 68/13 83/19 88/4
102/8 103/5 119/22
143/21 150/8 151/24
152/17 153/12 155/15
157/10 157/11 157/20
158/13 158/15 159/17
171/5 189/18 195/8
195/15 196/20 204/9
205/2 215/2 215/6
215/9 224/7 226/19
232/14 243/10
**ways [1]** 122/6
**we [235]** 4/21 5/22 6/1
6/2 6/3 6/10 6/14 6/22
7/1 7/6 7/7 7/21 7/23
7/23 7/25 8/3 8/4 8/4
8/6 8/16 8/19 9/12 9/15
9/17 10/6 10/10 10/14
10/16 10/18 11/18
12/16 14/9 14/15 14/18
15/1 15/5 15/19 19/23
21/6 22/25 23/1 23/6
23/23 25/8 25/14 25/17
26/1 26/8 26/20 29/13
37/19 37/19 38/8 40/9
41/17 42/7 45/23 46/16
46/18 46/20 47/17
47/23 48/11 48/13
48/14 48/16 48/17

48/20 48/25 49/7 49/9
49/10 49/11 49/15
49/24 49/25 50/5 50/15
50/17 53/14 53/15
54/22 54/25 55/7 55/13
55/13 55/14 55/16
55/17 56/25 60/7 60/7
60/23 62/7 62/8 62/15
63/7 63/19 64/6 64/17
64/17 67/3 68/1 68/2
72/4 78/15 78/16 82/14
84/14 84/15 85/21 86/3
87/20 89/13 89/19
89/21 92/1 92/1 94/9
94/19 95/3 98/3 99/17
99/18 101/21 106/2
106/3 106/20 106/20
108/20 117/10 117/11
119/10 119/11 119/13
120/23 120/25 129/16
129/19 129/19 133/22
133/23 136/5 138/6
138/7 139/22 140/9
140/10 141/16 141/16
144/25 145/9 145/13
145/16 145/19 146/6
147/2 147/4 147/14
147/25 149/5 149/11
149/21 151/23 155/23
157/25 158/6 159/20
160/11 168/4 168/5
172/20 173/5 173/7
174/3 174/4 176/7
176/10 176/12 176/15
176/15 176/19 177/13
178/10 178/12 178/13
179/10 179/10 185/18
185/19 187/3 187/3
189/22 189/23 190/3
190/24 190/25 193/18
193/19 195/11 195/12
197/15 197/15 198/8
199/3 201/4 203/5
205/4 205/5 205/18
205/20 209/4 215/22
215/23 217/12 217/12
218/21 218/22 219/8
221/25 225/15 225/16
239/3 239/4 241/22
242/13 243/19 243/22
244/14 245/19 246/2
246/4 247/1 247/1
248/16 250/12
**we'd [3]** 146/7 200/24
245/3
**we'll [33]** 6/12 6/17
30/12 31/20 31/22
31/24 31/25 34/24 37/2
38/13 38/18 39/4 45/1
48/24 54/23 55/25
111/22 112/4 143/10
176/13 176/16 176/21
176/21 205/8 205/9
205/10 205/11 247/3

247/6 248/7 248/12
249/15 250/15
**we're [29]** 4/20 17/13
27/18 31/18 47/17
48/12 49/18 53/13 55/1
55/2 56/1 56/2 56/18
62/16 83/22 97/21
147/17 147/19 147/25
150/7 166/18 166/22
169/10 195/17 201/13
208/12 226/3 239/9
239/11
**we've [6]** 5/22 8/5 8/20
40/25 173/22 176/17
**wear [4]** 165/9 165/14
193/9 197/12
**wearing [3]** 78/5 165/2
192/24
**Wednesday [9]** 21/18
22/11 22/12 22/13
22/15 23/2 26/5 30/25
44/6
**week [16]** 20/17 20/23
21/1 21/11 21/19 21/19
21/20 21/21 21/21
22/20 22/21 22/24 23/1
24/2 26/3 45/11
**weekend [3]** 23/5
23/11 216/12
**weekends [8]** 23/6
23/20 23/24 26/20
26/20 45/20 45/23
45/23
**weeks [6]** 8/5 9/13 20/8
20/13 24/21 24/23
**weigh [23]** 48/7 66/4
85/6 85/12 90/19 93/7
95/5 95/15 110/1 135/6
135/16 135/23 136/1
136/6 184/2 203/13
212/24 214/16 215/15
215/16 215/20 221/22
224/5
**weighing [3]** 135/19
135/25 221/20
**well [73]** 4/25 5/11
10/12 11/12 12/22
16/24 17/12 19/10
38/12 41/23 49/18 51/4
55/3 61/7 64/7 64/10
68/13 71/9 75/16 83/22
85/16 85/21 86/4 89/18
90/15 93/9 94/10 101/8
103/8 103/18 103/25
108/20 109/23 110/18
115/7 116/17 123/11
125/3 127/8 135/12
135/22 137/22 139/13
143/5 143/7 151/16
165/8 167/6 170/7
170/12 171/5 173/12
173/17 174/16 178/10
178/23 179/2 183/17
188/21 190/8 199/2

199/21 202/11 211/25
228/23 229/5 229/7
230/25 232/7 234/6
240/10 246/9 247/22
**went [10]** 32/20 68/21
75/6 80/17 103/8 178/4
178/10 183/17 205/25
207/11
**were [148]** 8/4 8/16
11/5 14/21 22/23 29/1
33/16 33/16 34/3 34/19
37/19 38/2 38/8 38/22
40/8 40/9 40/19 42/7
42/7 43/6 44/11 44/12
56/6 57/2 58/22 60/16
60/17 61/24 61/25 64/6
65/3 67/11 67/12 67/21
68/21 69/7 70/8 70/18
71/8 71/22 71/23 72/1
72/21 73/4 76/3 79/14
79/22 79/25 80/5 81/16
81/21 81/23 82/17 97/2
97/3 99/25 102/8
102/10 103/1 103/5
108/2 109/15 110/14
110/24 113/20 113/21
115/16 119/10 119/11
119/13 119/25 120/23
122/25 123/12 123/21
123/25 124/5 125/25
126/10 126/18 127/17
128/19 128/19 128/20
128/21 131/9 131/9
131/12 132/18 133/1
133/4 133/7 136/18
138/22 147/24 149/21
150/1 165/9 169/5
172/13 178/22 188/2
189/12 190/13 194/25
195/24 195/25 196/6
196/6 204/15 207/1
207/2 209/22 210/6
210/6 210/12 210/14
210/22 210/24 211/1
211/2 211/2 211/4
213/12 213/15 213/25
214/8 214/21 221/5
221/5 221/17 221/17
229/9 229/10 230/17
231/11 231/15 231/15
232/23 234/6 234/22
235/8 235/21 235/23
235/24 239/7 250/10
250/17
**weren't [1]** 71/25
**West [1]** 1/22
**WESTERN [1]** 1/3
**what [207]** 5/21 8/4 9/2
9/12 10/25 11/3 11/6
13/6 16/19 17/3 17/19
17/22 17/23 18/2 19/8
25/4 25/11 25/25 28/12
28/25 29/4 29/22 30/3
31/3 31/18 31/24 32/18

# W

**what... [180]** 32/22 33/19 37/18 39/25 41/7 41/11 42/2 44/4 45/1 47/17 48/23 49/5 51/3 54/15 56/1 56/9 57/1 59/5 59/7 60/19 61/1 62/17 64/22 66/15 74/21 75/3 75/9 80/15 82/14 88/6 90/8 90/12 90/25 91/5 92/20 94/9 94/19 95/3 95/7 96/13 96/19 97/6 97/21 98/14 100/6 100/21 102/10 105/7 107/12 110/4 113/22 114/17 116/4 116/8 118/24 119/2 119/23 120/22 121/4 123/12 125/17 126/6 130/7 130/15 132/2 132/4 132/13 133/9 133/20 134/13 134/17 136/23 137/14 137/18 137/25 139/21 140/11 141/9 141/9 142/15 142/16 142/23 146/23 147/17 149/19 149/20 149/21 150/2 150/15 150/22 151/14 152/17 153/4 153/16 154/4 154/4 154/6 155/9 155/11 156/16 158/1 162/15 164/19 165/10 166/18 166/21 166/24 167/5 167/7 167/9 167/15 167/20 169/13 169/18 170/10 170/16 172/20 175/20 176/14 176/15 177/16 177/8 182/19 183/5 183/21 183/25 184/23 185/1 187/10 187/23 188/19 192/17 193/8 194/9 194/23 195/6 195/7 195/25 196/8 196/16 197/1 197/10 198/16 198/19 200/3 202/7 202/13 204/3 206/7 206/8 206/12 207/7 207/13 208/1 209/18 209/21 212/6 215/2 215/7 217/21 222/3 222/3 224/25 225/6 226/1 226/1 226/14 227/10 227/10 227/13 228/5 228/18 230/2 230/15 233/13 233/19 234/21 235/7 235/18 241/15

**what's [28]** 19/25 20/3 20/11 27/13 27/20 29/14 29/19 30/23 32/9 35/4 35/12 37/8 37/16

**whatever [8]** 34/5 49/1 50/6 165/19 189/5 190/5 240/22 249/1

**when [68]** 4/21 5/22 14/8 14/18 15/3 20/14 21/14 21/15 23/13 26/6 26/7 28/11 31/23 33/7 33/13 38/2 61/1 65/3 66/22 73/2 79/14 88/21 93/3 96/5 97/15 101/4 102/21 105/8 108/1 111/23 119/10 119/10 120/20 121/20 123/12 123/20 123/25 124/5 135/23 139/3 170/22 172/10 175/19 176/12 178/9 181/7 181/23 183/8 183/12 187/15 191/23 198/12 199/16 199/20 206/25 207/11 210/5 213/25 215/8 221/3 221/5 222/8 236/18 239/3 239/19 248/8 248/11 248/12

**Whenever [1]** 4/23

**where [40]** 8/3 12/16 15/20 17/21 17/24 18/1 24/7 29/25 30/7 37/24 38/15 42/10 49/24 66/13 66/25 81/20 100/23 102/21 106/23 118/19 121/21 127/22 138/22 140/8 141/4 167/11 167/17 167/25 190/19 191/13 201/11 203/5 209/12 219/21 221/20 232/17 239/7 248/5 248/18 248/22

**whereas [1]** 8/24

**whether [79]** 14/11 16/20 18/10 24/16 24/18 30/13 31/10 45/12 49/24 60/7 61/23 62/8 65/21 67/10 68/2 78/16 84/15 90/2 90/20 90/22 92/2 93/23 96/13 96/15 98/3 99/19 99/25 106/21 117/11 120/4 120/10 129/20 130/9 133/23 134/24 134/25 138/7 141/17 150/3 150/4 150/8 150/16 152/1 154/19 155/18 158/11 159/16 169/5 174/4 179/22 184/5 185/12 185/19 187/4 189/23 193/2 193/19 195/13 197/16 201/13

44/1 74/25 102/14 118/1 119/1 119/6 143/22 146/21 155/17 167/14 170/6 184/3 190/12 215/6 215/20

**which [34]** 5/12 11/6 14/9 15/1 18/2 18/24 25/17 26/3 26/4 27/9 42/4 47/19 48/13 50/23 51/18 51/20 64/7 65/22 82/25 98/7 111/9 131/11 173/20 182/12 183/13 189/1 204/25 222/12 222/24 238/6 238/18 239/14 241/19 246/20

**while [9]** 15/22 24/21 49/25 50/2 94/1 102/24 120/23 136/4 214/7

**white [1]** 27/6

**who [117]** 4/17 12/9 14/20 17/7 17/18 18/9 18/20 27/24 28/4 36/11 40/14 42/17 48/6 50/1 50/1 51/4 51/16 51/17 59/3 59/22 63/7 68/17 69/24 70/18 71/4 71/22 75/6 75/24 92/7 97/2 98/10 100/18 100/25 101/15 104/20 104/21 105/14 115/13 116/11 116/22 117/15 119/9 119/16 119/17 120/14 121/3 121/20 121/25 125/15 126/23 129/11 131/3 132/7 132/19 133/1 137/12 138/18 140/3 140/15 140/17 143/12 143/13 147/24 149/3 149/3 151/1 152/3 152/11 153/11 157/3 157/4 158/6 158/14 177/8 180/3 180/23 182/14 182/25 183/18 185/25 188/25 189/17 191/23 192/8 192/15 192/20 195/5 197/22 198/12 205/24 206/4 206/6 206/25 208/21 208/24 209/7 209/13 210/8 212/4 214/22 218/1 221/25 222/20 223/4 223/17 224/19 225/11 228/6 228/23 229/9 231/6 233/6 233/20 234/17 239/8 240/19 247/9

**who's [7]** 27/24 35/24 42/23 206/5 207/8 229/19 245/4

**whom [2]** 120/8 170/5

**whose [1]** 143/13

**why [30]** 8/19 27/9

205/5 212/10 215/24 217/12 218/6 218/22 221/18 222/23 225/16 230/23 230/24 232/8 233/8 233/15 238/10 239/21

29/9 30/11 31/7 32/13 55/13 55/17 71/25 79/12 79/13 100/13 108/17 108/18 108/19 110/5 152/16 153/16 153/16 174/1 175/19 198/25 199/23 216/9 228/12 232/14 234/2 234/3 238/2 243/8

**WIC [2]** 217/18 217/20

**wife [9]** 116/1 116/22 139/13 173/3 185/25 190/9 217/17 217/20 224/19

**wife's [1]** 117/7

**will [100]** 6/12 6/19 10/5 12/19 13/9 13/23 14/8 14/9 14/15 16/14 16/17 16/18 17/15 17/22 17/22 18/9 18/24 20/15 20/20 21/3 21/3 21/4 21/10 23/2 23/3 24/18 25/3 26/7 26/8 26/18 30/8 31/8 33/6 37/13 39/6 45/25 48/20 49/4 49/5 49/11 51/15 52/12 54/1 54/2 54/3 54/8 54/9 55/5 56/11 56/19 56/23 56/25 57/2 57/4 57/8 58/12 62/21 69/12 69/15 69/16 69/17 74/12 75/4 75/7 93/13 93/20 111/8 144/17 144/25 146/10 146/11 147/13 147/17 149/5 151/9 157/8 160/11 163/21 167/10 169/2 176/15 176/15 176/22 201/11 202/23 203/19 203/20 211/11 216/21 239/24 240/21 242/2 245/18 245/21 246/9 247/22 249/1 249/22 249/23 250/10

**willing [1]** 31/9

**win [1]** 157/12

**wind [1]** 214/23

**wised [1]** 139/8

**wish [4]** 98/15 112/25 208/13 243/18

**without [12]** 50/14 52/1 119/14 119/23 120/3 125/3 151/12 169/11 194/22 195/16 229/10 233/17

**witness [9]** 67/25 72/21 75/6 93/21 93/23 93/25 104/20 131/17 192/14

**witnesses [15]** 81/2 93/13 93/13 93/18 93/19 94/5 94/7 104/21 105/14 131/9 172/7 192/20 214/25 215/15

215/18

**Wolfson [4]** 27/14 27/15 46/1 47/5

**woman [5]** 201/15 201/19 202/14 205/24 217/23

**women [2]** 170/5 218/1

**won [1]** 173/16

**won't [7]** 17/10 23/14 54/12 78/11 129/7 167/25 171/9

**wondering [5]** 51/3 182/19 183/4 183/5 222/23

**word [6]** 18/14 29/18 40/14 85/7 196/20 196/24

**words [105]** 11/2 16/3 16/14 16/23 17/13 21/6 21/22 22/24 23/3 23/19 23/23 25/8 25/20 25/23 33/20 34/8 34/11 36/7 38/25 48/6 49/15 54/10 65/7 65/14 66/24 69/19 70/15 72/3 81/1 82/13 82/16 82/20 83/2 83/10 84/7 85/17 85/23 86/5 86/8 92/15 93/13 93/20 94/24 95/24 96/19 97/21 104/6 104/18 104/21 107/13 109/19 110/5 114/9 118/7 119/15 123/8 124/2 124/25 125/1 126/16 130/21 131/23 132/1 135/24 136/5 136/15 136/18 139/8 146/24 147/3 147/7 148/2 157/14 167/15 175/14 179/24 180/8 180/16 186/23 192/18 194/12 195/19 196/5 196/13 197/4 198/20 200/12 202/2 203/24 209/19 210/7 210/7 211/20 215/11 215/14 216/25 217/25 218/11 220/3 222/25 231/2 232/16 233/11 233/25 234/4 234/5

**work [61]** 22/3 22/4 22/7 22/9 23/11 23/13 23/14 23/17 23/19 23/25 24/22 25/2 26/19 26/19 27/22 27/22 28/4 28/5 36/2 36/4 36/4 36/13 36/17 36/22 41/24 42/1 42/1 42/2 42/3 43/6 45/20 59/3 65/5 65/6 68/17 92/7 92/8 101/7 101/22 115/2 116/1 116/18 125/15 126/6 126/15 131/4 137/12 138/18 139/4 140/3 140/9

# W

**work... [10]**  140/10
164/23 165/7 185/25
187/11 197/22 208/25
209/1 219/10 224/19
**worked [7]**  66/17 66/19
126/2 126/3 126/7
138/19 213/16
**Workers [1]**  126/11
**working [7]**  29/2 35/14
36/6 45/19 67/18
128/24 173/6
**works [12]**  43/3 100/18
100/23 100/23 100/25
101/8 101/8 116/16
217/19 224/20 224/22
225/2
**worried [1]**  165/18
**worries [1]**  20/7
**worry [3]**  43/20 43/21
49/15
**worst [1]**  180/24
**would [320]**
**wouldn't [27]**  8/19
30/16 30/18 42/10
85/21 88/8 104/19
109/14 113/17 125/4
128/16 135/18 142/21
143/7 144/5 147/9
152/9 153/3 166/1
204/22 226/20 231/14
232/19 232/25 234/2
234/3 234/7
**write [4]**  25/12 69/16
141/13 199/24
**writing [1]**  187/19
**written [2]**  10/19
182/18
**wrong [6]**  7/9 9/6
119/14 175/5 232/1
234/4
**wrote [9]**  106/23 133/8
133/15 170/10 183/1
187/21 238/11 250/9
250/13
**WU [3]**  1/4 4/7 87/16
**www.patcuneo.com
[1]**  1/25

# Y

**yeah [61]**  23/10 26/13
30/18 41/16 41/18
56/15 61/20 68/8 69/1
73/12 73/21 74/3 74/18
74/23 77/24 81/4 81/6
99/8 103/3 104/9
104/23 105/16 107/19
107/22 108/6 108/13
109/7 110/7 110/11
111/13 119/19 123/16
124/1 124/23 137/25
139/10 166/7 172/18
175/7 186/8 188/6
188/10 188/14 188/15

188/20 189/10 196/10
196/16 198/22 199/12
200/4 202/13 215/10
215/19 217/19 224/22
234/1 237/7 237/18
237/22 237/24
**year [7]**  35/18 35/20
35/22 119/21 123/16
123/19 210/17
**years [23]**  28/24 28/25
39/13 65/1 68/22 73/1
74/2 98/23 100/15
108/2 109/2 119/9
119/12 123/25 124/5
132/7 132/10 139/7
171/22 173/21 199/5
226/2 226/10
**Yep [1]**  225/5
**yes [270]**
**yesterday [2]**  10/10
146/23
**yet [7]**  7/22 94/16
139/18 139/23 139/25
153/23 227/17
**York [2]**  188/22 188/23
**you [1810]**
**you'd [19]**  58/22 69/20
109/13 115/7 125/2
128/6 132/25 134/18
134/20 136/1 136/16
175/4 191/24 194/15
211/16 222/11 228/16
230/13 231/1
**you'll [15]**  16/24 18/15
26/15 26/18 26/19
128/8 149/23 149/25
156/18 165/23 208/20
227/3 227/6 240/1
248/11
**you're [134]**  4/23 9/21
11/2 16/9 18/6 18/13
19/4 21/4 22/2 22/18
23/1 23/13 24/12 26/11
28/2 28/11 28/13 28/16
30/8 30/13 31/7 33/4
33/10 33/21 34/8 36/3
38/13 38/18 39/17 43/8
44/20 45/24 47/22 49/4
51/3 51/15 52/8 55/3
58/16 58/21 59/10
65/12 65/16 66/2 66/4
74/14 74/19 75/22
75/23 75/24 76/12
86/15 88/3 88/6 88/23
88/25 89/4 90/17 90/18
90/20 91/1 93/6 96/11
96/13 99/23 107/20
109/19 110/5 111/23
115/10 125/14 125/25
137/1 137/3 140/8
149/15 149/22 149/23
150/4 150/5 150/13
150/15 153/24 155/1
155/2 156/16 157/4

158/10 158/18 160/6
164/6 166/23 167/7
167/15 167/18 167/20
168/19 168/23 174/7
180/15 184/12 185/2
185/3 185/3 186/5
187/9 191/6 195/19
195/23 195/25 196/8
200/3 204/2 207/7
207/24 208/6 213/21
220/10 221/8 221/19
221/21 221/23 222/20
228/18 232/3 237/6
239/11 240/14 240/23
241/3 241/5 241/9
242/1 248/8
**you've [24]**  41/14 47/6
47/9 47/11 48/23 84/24
97/1 101/25 160/2
160/22 161/6 162/2
162/13 164/23 172/21
174/25 216/15 229/4
239/12 240/10 244/6
244/18 244/25 245/7
**young [11]**  88/23
121/25 126/1 126/23
132/14 179/2 198/13
199/9 201/6 201/8
210/14
**younger [3]**  10/24
79/14 221/5
**your [372]**
**yours [1]**  66/17
**yourself [17]**  24/19
24/24 25/1 28/2 52/3
76/12 79/22 103/20
107/20 108/1 112/19
113/7 121/2 208/7
222/4 234/2 235/23
**yourselves [1]**  49/15

# Z

**zero [1]**  206/21