1               **UNITED STATES DISTRICT COURT**

2             **CENTRAL DISTRICT OF CALIFORNIA**

3                **WESTERN DIVISION**

4       **THE HONORABLE GEORGE H. WU, JUDGE PRESIDING**

5

6  **UNITED STATES OF AMERICA,**       )
                               )

7               **Plaintiff,**     )
                               )

8          **v.**           ) **NO. CR 21-338-GW**
                               )

9  **ROBERT QUIDO STELLA,**         )
                               )

10              **Defendant.**    )
    _____)

11

12

13

14        **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

15

16            **Los Angeles, California**

17   **Day 2 of Jury Trial, Page 251 through 407, Inclusive**

18

19        **Wednesday, May 17, 2023, 8:26 A.M.**

20

21                   **PAT CUNEO CSR 1600, CRR-CM**
                       **Official Reporter**

22                   **First Street Courthouse**
                     **350 West First Street**

23                   **Room 4311**
                     **Los Angeles, CA  90012**

24                   **213-894-1782**
                     **patcuneo1600@gmail.com**

25                   **www.patcuneo.com**

```
1    APPEARANCES:

2    FOR THE PLAINTIFF:    E. MARTIN ESTRADA
                           UNITED STATES ATTORNEY
3                          BY:  CATHARINE RICHMOND
                           AND  LYNDSI CAMILLE ALLSOP
4                          ASSISTANT UNITED STATES ATTORNEYS
                           United States Courthouse
5                          312 North Spring Street
                           Los Angeles, California  90012
6
     FOR THE DEFENDANT:    CUAUHTOMAC ORTEGA
7                          FEDERAL PUBLIC DEFENDER
                           BY:  GABRIELA RIVERA, DEPUTY
8                          AND  ADITHYA MANI, DEPUTY
                           321 East Second Street
9                          Los Angeles, California 90012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

254

```
 1                          I N D E X

 2

 3   PROCEEDINGS                                           PAGE

 4   PRELIMINARY JURY INSTRUCTIONS                          265

 5   OPENING STATEMENT BY MS. ALLSOP                        262

 6   OPENING STATEMENT BY MR. MANI                          266

 7   GOVERNMENT'S CASE-IN-CHIEF                             270

 8   DEFENSE RULE 29 MOTION                                 380

 9

10                CHRONOLOGICAL INDEX OF WITNESSES

11
     GOVERNMENT'S                                     VOIR
12   WITNESS           DIRECT CROSS REDIRECT RECROSS DIRE VOL

13   VICTORIA SCOTT         273                              2

14   DAVID PARKER           356                              2

15   KELLY GALVAN           376                              2

16   COLEMAN KELLY          378                              2

17

18                ALPHABETICAL INDEX OF WITNESSES

19
                                                     VOIR
20   WITNESS           DIRECT CROSS REDIRECT RECROSS DIRE VOL

21   GALVAN, KELLY          376                              2

22   KELLY, COLEMAN         378                              2

23   PARKER, DAVID          356                              2

24   SCOTT, VICTORIA        273                              2

25
```

1                              **<u>EXHIBITS</u>**

2

3 **GOVERNMENT'S                        FOR          IN**
  **EXHIBIT     DESCRIPTION      IDENTIFICATION  EVIDENCE  VOL**

4  1A, 1B, 1C, 1D  Audio-Recording  . . . . . . . .281       2

5  2 and 3  Documents . . . . . . . . . . . . . . .283       2

6  4A, B, C, and 30A  Documents . . . . . . . . . .291       2

7  5, 6, and 32  Photographs  . . . . . . . . . . .299       2

8  7 and 8  Hard Drives . . . . . . . . . . . . . .300       2

9  7       Hard Drive . . . . . . . . . . . . . . .364       2

10 8       Hard Drive . . . . . . . . . . . . . . .364       2

11 9 and 10  Photographs  . . . . . . . . . . . . .308       2

12 11      Video  . . . . . . . . . . . . . . . . .313       2

13 12      Photograph . . . . . . . . . . . . . . .314       2

14 13      Photograph . . . . . . . . . . . . . . .315       2

15 14, 15 and 16  Photographs . . . . . . . . . . .343       2

16 17 and 18  Photographs . . . . . . . . . . . . .345       2

17 19 and 20  Videos  . . . . . . . . . . . . . . .348       2

18 24, 25, 26, and 27  Videos . . . . . . . . . . .351       2

19 30      Spreadsheet  . . . . . . . . . . . . . .369       2

20 31      SD Card  . . . . . . . . . . . . . . . .355       2

21

22

23

24

25

| 1 | **LOS ANGELES, CALIFORNIA; WEDNESDAY, MAY 17, 2023; 8:26 A.M.** |

2                              -oOo-

3        (*The following was held outside the jury's presence:*)

4              THE CLERK:  Please be seated and come to order.

5    This United States District Court is now in session, the

6    Honorable George H. Wu, Judge presiding.

7              THE COURT:  All right.  Let me call the matter of

8    United States v. Stella.

9              Let me ask counsel.  Is there anything we need to

10   do this morning?

11             MS. RICHMOND:  Not from the government, Your

12   Honor.

13             THE COURT:  All right.

14             MR. MANI:  One matter for the defense, Your Honor.

15             For the record, we don't have any new objections

16   to the government's exhibits beyond which already have been

17   litigated through our motions in limine and our opposition

18   to their most recent motion in limine.

19             Our objections from that litigation are two

20   exhibits, 1 through 8 and 14 through 32.  We sent our

21   objections on the list that the government gave us yesterday

22   morning; but we understand the Court has already overruled

23   our objections through the motion in limine litigation and

24   we don't intend to reargue them.

25             THE COURT:  Okay.  You're just -- you intend to

1    preserve your objection?

2              MR. MANI:  Exactly.

3              THE COURT:  That's fine.

4                        *(Recess.)*

5        *(The following was held outside the jury's presence:)*

6              THE CLERK:  Please be seated and come to order.

7              THE COURT:  All right.  Anything we need to do

8    before I bring the jury in?

9              MS. ALLSOP:  Nothing from the government, Your

10   Honor.

11             MS. RIVERA:  Nothing from the defense, Your Honor.

12             THE COURT:  All right.  Let's bring the jury back

13   in.

14                  *(Pause in the proceedings.)*

15             THE CLERK:  All rise for the jury.

16             *(The jurors entered the courtroom.)*

17             THE CLERK:  You may be seated.

18             THE COURT:  All right.  Good morning, ladies and

19   gentlemen.

20                  *(The jurors responded.)*

21             **PRELIMINARY JURY INSTRUCTIONS**

22             THE COURT:  At this point in time I'm going to be

23   reading to you a preliminary set of jury instructions.

24   These instructions are just to provide you with some

25   guidance at the start of the trial when you hear some of the

258

 1    evidence and things of that sort.

 2          And at the end of the case, I'll be giving you

 3    another set of written jury instructions which will be the

 4    final set and those instructions will apply to your

 5    deliberations in this case.

 6          Also, if you have any questions about any of these

 7    instructions, feel free to raise your hand at any point and

 8    I'll give you further explanations if you need them.

 9          Okay?

10          All right.  Jurors, you are now the jury in this

11    case.  I want to take a few minutes to tell you something

12    about your duties as jurors and to give you some preliminary

13    instructions.

14          Oh, just one question.  Can I get a stipulation

15    from the parties that the reporter doesn't have to

16    transcribe the jury instructions because they're being given

17    to the jury in written form?

18          *(Government counsel conferred.)*

19          MS. ALLSOP:  Yes, Your Honor.

20          THE COURT:  Okay.  Thanks.

21          MS. RIVERA:  Yes.

22          THE COURT:  Thanks.

23          At the end of the trial, I will give you more

24    detailed written instructions that will control your

25    deliberations.

259

```
 1              (The jury instructions were read to the

 2               jury, not reported by stipulation.)

 3         THE COURT:  Ladies and gentlemen, any questions on

 4    those preliminary set of jury instructions?

 5                        (No response.)

 6         THE COURT:  All right.  Let me just indicate just

 7    a couple of other things.  If you look on page 1, there's a

 8    statement that -- or I informed you that statements and

 9    arguments of attorneys are not evidence.

10         Obviously, the attorneys play very important roles

11    in this case but unless I instruct you otherwise, nothing

12    that is said by an attorney during the course of a trial is

13    evidence.

14         In other words, they're going to be allowed to

15    make an opening statement.  They're going to be allowed to

16    make closing arguments.  But whatever they say is not the

17    evidence.

18         So, in other words, if you hear something

19    different from what they are saying the evidence was or is,

20    your memory of them or your perception controls.

21         Also, if an attorney asks a -- well, because the

22    first type of evidence you consider is the testimony of the

23    witnesses, the questions themselves are not evidence.

24         In other words, if an attorney asks a question and

25    the witness somehow doesn't answer that question, there is
```

260

1   no evidence at that point in time because the evidence

2   consists of the testimony of witnesses, not the questions.

3   All of you understand that?

4    *(The jurors indicated by nodding their head up and down.)*

5           THE COURT:  Okay.  Great.

6           In addition, I refer to the terms "direct" and

7   "circumstantial" evidence.  Let me just give you an example

8   of each so you can understand what they are.

9           Direct evidence, as I've indicated, is direct

10  evidence that proves a fact.  It is testimony from what a

11  witness, which if you believe it, establishes that fact.

12          For example, if the issue in a case is whether or

13  not Johnny swam in the swimming pool and we have a witness

14  who testifies as follows:

15          I was walking along.  There was as wall.  I heard

16  the sound of a splash and about five seconds later I passed

17  the wall.  I saw this pool and Johnny was in the pool

18  swimming.

19          If the issue is whether or not Johnny swam in the

20  pool, if you believe that witness's testimony, that is

21  direct evidence of the fact that Johnny swam in the pool.

22          Okay?

23          Let's say we have another witness who testifies as

24  follows:

25          I was walking along.  There was a wall.  I heard

*Day 2 of Jury Trial, May 17, 2023*

1  the sound of a splash.  Ten seconds later I passed the wall.

2  I saw the pool.  There was nobody in the pool but the water

3  in the pool was moving up and down and Johnny was standing

4  next to the pool and he was all wet.

5           That would be circumstantial evidence of the fact

6  that Johnny swam in the pool because, again, there's no

7  direct evidence of it but you can infer from that witness's

8  testimony, if you believe it, that from the sound of the

9  splash and the fact that the water in the pool is moving up

10  and down, that prior to the witness's turning the corner,

11  Johnny was in the pool swimming.

12           Now, some people seem to think that circumstantial

13  evidence should not be considered as seriously as direct

14  evidence.  But unless I instruct you otherwise, any issue in

15  this case can be established by circumstantial evidence

16  alone or by direct evidence alone or by a combination of

17  direct and circumstantial evidence.

18           In other words, it's up to you to decide how much

19  weight to give to that type of evidence.

20           All of you understand that?

21    *(The jurors indicated by nodding their head up and down.)*

22           THE COURT:  Anything else I want to tell you

23  about?  Oh, as I've indicated, you are not to talk about

24  this case with anyone until the case is given to you and

25  you're in the jury room deliberating with your fellow

1  jurors.

2          That means, for example, that, you know, I've

3  already instructed the participants in this case, both the

4  attorneys and the witnesses and the parties, that they are

5  not to have any direct contact with jurors until the case is

6  over.

7          So, therefore, if you see a party or attorney or a

8  witness in the hallway or something like that, you say

9  "hello" to them, they don't respond, don't assume that those

10 people are unfriendly.

11         In real life maybe they are unfriendly but the

12 reason why they're not talking to you at that precise moment

13 is because I have instructed them they are not to have any

14 direct contact with the jurors.

15         Do all of you understand that?

16   *(The jurors indicated by nodding their head up and down.)*

17         THE COURT:  I guess that's it.

18         Do I talk too fast?

19                         *(No response.)*

20         THE COURT:  Thank you.  You're so polite.

21         All right.  At this point in time, let me ask the

22 government.

23         Does the government wish to make an opening

24 statement?

25         MS. ALLSOP:  Yes, Your Honor.

263

1          THE COURT:  Before she starts her opening

2    statement, let me indicate one other thing.

3          As I've indicated, statements by the attorneys are

4    not evidence.  What an opening statement is, is sort of like

5    a roadmap or sometimes some people -- although I apologize

6    if I'm taking this comment from the attorney who might give

7    the following the example.

8          Sometimes it's kind of like, if you have one of

9    those thousand-pieces puzzles, obviously, you know, in order

10   for you to understand the entire thing of what you're trying

11   to put together, you need a picture of it and this is the

12   picture that she's going to be attempting to draw for you.

13         Whether or not she has all the pieces in her

14   puzzle is something for you to determine later on.  But it's

15   her attempt to give you an overview of what her case or what

16   the government's case is about.

17         Because sometimes you will find out that the

18   presentation of evidence will not necessarily be in a

19   chronological order or other type of order because of the

20   way that the cases are presented and the way the evidence is

21   arrived at.

22         So we give the attorneys an opportunity to make

23   this opening statement.

24         Have I taken away your thunder?

25         MS. ALLSOP:  Not at all, Your Honor.

1          THE COURT:  Okay.  Thank you.

2          Are you ready to make an opening statement?

3          MS. ALLSOP:  Yes.  And may I please remove my

4   mask?

5          THE COURT:  Sure.

6          MS. ALLSOP:  Thank you.

7          THE COURT:  Let me just also ask:  Are you making

8   your opening statement from there or at the podium?

9          MS. ALLSOP:  Would you prefer that I go to the

10  podium?

11         THE COURT:  For the reporter it might be easier if

12  you speak directly into the microphone.

13              **OPENING STATEMENT BY MS. ALLSOP**

14         MS. ALLSOP:  Members of the jury, this is a case

15  about a father who produced child pornography of his

16  daughter, Minor Victim 1 in this case, M.S., and her two

17  friends, Minor Victims 2 and 3, M.K. and N.E.

18         During this trial, you will hear testimony and see

19  evidence that in the defendant's home, the home that he

20  shared with his wife and his three children, he placed

21  hidden cameras in locations concealed by everyday objects.

22  He placed these hidden cameras, one, in a hollowed-out smoke

23  detector in his daughter's bedroom and, two, in a cellphone

24  charging block in his children's bathroom.

25         The defendant placed these hidden cameras for one

1    sole purpose, to surveil his minor daughter and other young

2    girls who entered his home.

3         You will hear evidence that the defendant placed a

4    hidden camera in his daughter's bedroom and that in this

5    smoke detector that covered that camera there were no

6    functional capabilities, meaning that the sole purpose of

7    having the smoke detector in his daughter's bedroom was to

8    conceal the hidden camera that he placed there.

9         You will also hear testimony and see evidence that

10   the defendant tested that camera just to make sure that it

11   worked.

12        You see, the evidence will show in this case, that

13   the defendant has a sexual interest in children and it is

14   because of that sexual interest that the defendant secretly

15   reported and saved videos and still photographs of M.S.,

16   M.K., and N.E., Minor Victims 1, 2, and 3.

17        Members of the jury, this is why you are here

18   today.  You are here because in March and April of 2018 the

19   defendant produced child pornography using a hidden camera

20   in his children's bathroom; his children's bathroom, one of

21   the most intimate places in a home.  It's the place where

22   these three victims showered, used the restroom, and

23   undressed to do so.

24        The defendant produced this child pornography

25   deliberately and intentionally and the evidence will show

1   for one thing that the defendant created roughly 17 videos

2   and over a hundred stills of these three minor victims in

3   the bathroom.

4           The evidence will also show that the defendant

5   then saved these images hidden under layers of digital

6   subfolders on a hard drive that he kept next to his bed in

7   the bedroom that he shared with his wife.

8           You will also hear evidence that these folders

9   were titled to have some sort of school work inside of them.

10  For another thing, during this trial you will hear testimony

11  and see evidence that the defendant pleaded guilty to two

12  counts of possession of child pornography in this very case.

13          And in addition to producing child pornography of

14  his daughter and her friends, he had a separate collection

15  of child pornography depicting other children that he saved

16  on a second hard drive in the backpack by his bed.

17          And in addition, the defendant had yet another

18  collection of child pornography which he saved on his

19  personal computer; and just like the images of M.S., M.K.,

20  and N.E., the defendant saved these two other child

21  pornography collections hidden under layers of digital

22  subfolders but these ones were titled "taxes" and

23  "contracts."

24          The defendant did not label these folders as

25  containing what they actually did and, that is, child

1    pornography.

2            For another thing, you will also hear testimony

3    and see evidence that in July 2020 the defendant logged on

4    to a child pornography website, again using his personal

5    computer.  And for that conduct, he's pleaded guilty to

6    access with intent to view child pornography also in this

7    case.

8            And finally, you will hear the defendant's own

9    words in a recorded interview where he says that he "likes

10   teen porn" and that he likes "younger bodies."

11           Members of the jury, the defendant was deliberate

12   and intentional in his production of child pornography of

13   his minor daughter and her two minor friends and, as shown

14   through the evidence of his attempt to access child

15   pornography in July 2020 and then the collection of child

16   pornography that he had amassed by July 2021, the

17   defendant's production of this child pornography was

18   motivated by his clear and demonstrated sexual interest in

19   children.

20           In the defendant's own words, he likes teen porn

21   and he likes younger bodies.

22           The defendant committed these crimes in his home,

23   a place that was supposed to be safe for the young girls

24   that entered it.

25           Unfortunately for the three minor victims in this

1    case, including his own daughter, his home was not those

2    things; and for his conduct, the defendant is charged with

3    three counts of production of child pornography:  One count

4    for Minor Victim 1, M.S., his daughter, and two counts for

5    her two minor friends, M.K. and N.E.

6           And so at the end of this trial, my colleague will

7    ask you, members of the jury, to render the only verdict

8    that is consistent with the evidence in this case and that

9    is a verdict of guilty.

10          THE COURT:  All right.

11          Let me ask the defense counsel:  Does the defense

12   wish to make an opening statement?

13          MR. MANI:  Yes, Your Honor.  Thank you.

14          THE COURT:  All right.  Thank you.

15                 **OPENING STATEMENT BY MR. MANI**

16          MR. MANI:  Mr. Stella is a broken man.  He did

17   something that nobody -- that no father should do.  He put a

18   hidden camera in his family's bathroom.  He kept clips of

19   his daughter and her friends using that bathroom.

20          He did that.  We're not going to try to tell you

21   that he didn't or make any excuses or point the finger to

22   someone else.

23          Well, then, why are we here?  This was really bad.

24   But the clips don't contain sexually explicit conduct;

25   right?  Huge invasion of privacy.  We're not going to say

1    it's not but these clips are not child pornography under the

2    law.

3          When you took an oath yesterday, you swore to

4    apply the law to the facts in this case; right?  We spent a

5    lot of time talking about how difficult that was going to be

6    in a case like this.

7          You're going to see and hear things during this

8    trial that are going to make it difficult to stick to that

9    oath.  But please.  We're asking you not to falter.  We're

10   asking you to do something difficult; to stand by that oath;

11   right?  To faithfully follow the law and then to find

12   Mr. Stella not guilty of these charges in this trial.

13         I want to go back to July 2021.  That's when law

14   enforcement came to Mr. Stella's house.  He was living with

15   his wife and their kids after he was honorably discharged as

16   a Navy SEAL.

17         MS. ALLSOP:  Your Honor, objection.  Pretrial

18   ruling.

19         THE COURT:  Again, nothing that is said by the

20   counsel in opening statement constitutes evidence.  Whether

21   or not that type of evidence can come in is another matter.

22   But as I've indicated, whatever he says is not evidence.

23         MR. MANI:  When Mr. Stella's home -- when law

24   enforcement -- excuse me -- came to Mr. Stella's home, they

25   found child pornography, actual child pornography, photos

1    and videos that Mr. Stella downloaded and kept on his

2    devices.

3           Sadly, anyone that wants to find that child

4    pornography can find a way to do that on the Internet.

5    That's the sad reality.

6           But Mr. Stella took accountability for that.  He

7    pleaded guilty because those images were child pornography.

8    We're not questioning that a hundred percent.  Those images

9    were child pornography.

10          The clips that you'll see in this case are not.

11          One of the difficult things that you'll have to do

12   is look at those clips.  Something else difficult that

13   you'll have to do is to hear from some of the parents of the

14   girls in those clips.

15          Understandably, they're distraught.  They're

16   devastated.  And that makes sense.  We can't fault them for

17   that.  This is a huge invasion of their privacy; right?

18          We're asking you to also follow your oath and look

19   at these clips, the four corners, what's in them, with your

20   own eyes as difficult as that's going to be.

21          Because you're not going to see sexually explicit

22   conduct in those images.  Images in this trial, you won't

23   see sexually explicit conduct.

24          You're not going to see any sex acts, no

25   masturbation, no one suggestively posing, and no zooming in

271

1    on any body parts, either private body parts or any other

2    body parts.  No zooming in.  No sexually explicit conduct.

3              What you will see is girls getting ready to

4    shower; right?  Turning on the shower, getting ready to go

5    into the shower, taking off their clothes before they do

6    that.

7              What you will see is girls going to the bathroom

8    and then drying off with a towel after that.

9              Again, this was totally wrong.  This shouldn't

10   have happened.  We're not going to tell you otherwise;

11   right?  But these clips don't contain sexually explicit

12   conduct.

13             And at the end of the trial, we're going to ask

14   you to do something difficult; right?  We acknowledge how

15   hard that is.  This shouldn't have happened.  This is wrong.

16   But in this trial we're deciding whether these clips were

17   child pornography.

18             The clips that Mr. Stella pleaded guilty to, the

19   images in the photos that he downloaded, those were child

20   pornography.  He took responsibility for that.  He's held

21   accountable.  That's not an issue for you in this trial;

22   right?

23             But the clips in this trial, they don't have any

24   sexually explicit conduct; and I know it's hard to think

25   about that when we're thinking about what an invasion of

272

1    privacy this was.

2            THE COURT:  Counsel, let me have you guys at

3    sidebar for just a second.

4                    *(The following was held at the bench:)*

5            THE COURT:  Let me indicate to counsel.  If you're

6    going to make a closing argument now, then I'm not going to

7    give you an opportunity to make a closing argument.  That's

8    an argument.

9            MR. MANI:  I understand, Your Honor.

10    *(The following was in open court in the jury's presence:)*

11            MR. MANI:  So at the end of the trial -- because

12    these images in this trial, these clips that you'll have to

13    see unfortunately -- because they don't contain sexually

14    explicit conduct, Mr. Stella is not guilty of these charges.

15                    **GOVERNMENT'S CASE-IN-CHIEF**

16            THE COURT:  All right.

17            Let me ask the government.  Is the government

18    ready with its first witness?

19            MS. ALLSOP:  Yes, Your Honor.  At this time the

20    government would call HSI Special Agent Victoria Scott.

21            THE COURT:  All right.  Let me her have approach

22    and let my clerk swear her in.

23            MS. ALLSOP:  May I remove my mask for direct

24    examination, Your Honor?

25            THE COURT:  Sure.

273

**VICTORIA SCOTT,  GOVERNMENT'S WITNESS, SWORN**

1

2          MS. ALLSOP:  Your Honor, may I approach the

3    witness now?

4          THE COURT:  Sure.

5               *(Pause in the proceedings.)*

6          MS. ALLSOP:  Thank you.

7          THE CLERK:  Do you solemnly swear that the

8    testimony you are about to give in the cause now pending

9    before this Court shall be the truth, the whole truth, and

10   nothing but the truth, so help you God?

11         THE WITNESS:  Yes, I do.

12         THE CLERK:  Thank you.

13         Please have a seat.

14         State your name and spell your last name for the

15   record.

16         THE WITNESS:  May I remove my mask?

17         THE COURT:  Yes.

18         THE WITNESS:  Thank you, sir.

19         My name is Victoria Scott.  V-i-c-t-o-r-i-a.

20   S-c-o-t-t.

21                    **DIRECT EXAMINATION**

22   BY MS. ALLSOP:

23   Q.   Special Agent Scott, I would like to begin by asking

24   you about your employment background.  Where do you work?

25   A.   I'm a special agent with Homeland Security

1    Investigations.

2    Q.    And is HSI an acronym commonly used for Homeland

3    Security Investigations?

4    A.    Yes, it is.

5    Q.    I'll refer to Homeland Security Investigations as HSI

6    moving forward.

7            How long have you worked as a special agent at

8    HSI?

9    A.    I have worked at HSI since June of 2019.

10   Q.    And where were you employed prior to working at HSI?

11   A.    Prior to HSI, I was an analyst for the FBI for about

12   four and a half years; and before that, I was a middle

13   school teacher for about twelve years.

14   Q.    And, Special Agent Scott, turning back to your current

15   job, what are your primary responsibilities as a special

16   agent?

17   A.    I'm a criminal investigator regarding cases with

18   national security and public safety; mainly child

19   exploitation, organized crime, drug and gun smuggling and

20   trafficking, financial fraud cases, and so forth.

21   Q.    I would like to ask you a little bit more about your

22   work in child exploitation crimes.  How long have you been

23   investigating child exploitation crimes?

24   A.    Since about July 2020.

25   Q.    What types of crimes would you consider child

275

1    exploitation crimes?

2    A.    Those are crimes involving the access with intent to

3    view child pornography, possession of child pornography,

4    distribution or receipt of child pornography, production of

5    child pornography, sex acts with a minor, traveling to

6    engage in sex acts with a minor.

7    Q.    Approximately how many child pornography cases would

8    you say that you've investigated?

9    A.    Approximately 18 cases.

10   Q.    Special Agent Scott, turning to this case, what is your

11   investigative role?

12   A.    I'm the case agent on this case.

13   Q.    What does it mean to be a case agent?

14   A.    That means I'm the lead investigator on the case.

15   Q.    So you were the person who was responsible for

16   investigating the defendant in this case?

17   A.    Yes.

18   Q.    For what the types of crimes?

19   A.    For crimes involving child pornography, mainly access

20   with intent to view, possession, and production of child

21   pornography.

22   Q.    At any point in time during your investigation of the

23   defendant, did you meet him in person?

24   A.    Yes, I have.

25   Q.    Under what circumstances did you meet him?

1  A.    I met him when we served a search warrant at his home,

2  when I interviewed him, and when I arrested him.

3  Q.    On what date did you interview and arrest him?

4  A.    That was July 15th, 2021.

5  Q.    And why did you arrest him?

6  A.    We arrested him for probable cause of crimes involving

7  the access with intent to view child pornography, possession

8  of child pornography, and production of child pornography.

9  Q.    Do you see the person that you arrested and interviewed

10  in the courtroom today?

11  A.    Yes, I do.

12  Q.    Can you please identify him by where he is sitting and

13  what he's wearing?

14            MS. ALLSOP:  And at this time, Your Honor, I would

15  just ask that all those in the courtroom be able to lower

16  their mask so that the witness can identify the defendant;

17  or the witness can identify the person she interviewed and

18  arrested.

19            THE COURT:  I'll ask -- why don't you ask her if

20  she can identify the individual wherein -- even though

21  everybody in the courtroom other than myself, you, and her

22  are wearing masks -- if she can identify him or her or them,

23  I will recognize that because she might be able to even

24  though the person is wearing a mask.

25

1  BY MS. ALLSOP:

2  Q.   Can you please identify the person that you interviewed

3  and arrested?

4          THE COURT:  First, you should ask her if she's

5  able to identify the person.

6  BY MS. ALLSOP:

7  Q.   Are you able to identify the person that you

8  interviewed and arrested if they are masked?

9  A.   Yes, I am.

10  Q.   Can you please identify the person you interviewed and

11  arrested?

12  A.   He is sitting at the table to my right in the black

13  suit.

14          MS. ALLSOP:  And let the record reflect that the

15  witness has identified the defendant in this case

16  Robert Quido Stella.

17  Q.   Based on your investigation of the defendant, are you

18  familiar with his criminal history?

19  A.   Yes, I am.

20  Q.   To your knowledge, has the defendant been convicted of

21  any crimes?

22  A.   Yes, he has.

23  Q.   What crimes has he been convicted of?

24  A.   Access with intent to view child pornography and two

25  counts of possession of child pornography.

278

1  Q.   Were these convictions related to your investigation of

2  him?

3  A.   Yes.

4  Q.   Earlier you testified that you interviewed and arrested

5  the defendant on July 15, 2021, at his home.   What is his

6  home address?

7  A.   17808 Maplehurst Place in Canyon Country, California.

8  Q.   And is his home address within the Central District of

9  California?

10  A.   Yes.

11  Q.   Why were you at the defendant's home on July 15, 2021?

12  A.   We were there serving a federal search warrant.

13  Q.   Why were you serving a federal search warrant at his

14  home?

15  A.   We had received a lead that someone using Mr. Stella's

16  Coinbase account had purchased access to a child pornography

17  site on the dark web.

18          Based on that information and our subsequent

19  investigation, we were able to acquire a federal search

20  warrant for his residence for evidence of child pornography

21  crimes.

22  Q.   I'm just going to ask you two follow-up questions on

23  two terms that you used.   What is the "dark web"?

24  A.   The dark web is encrypted information on the Internet

25  that you can't access normally like you would with a regular

1    browser.  You actually need a special browser such as the

2    Tor browser.

3    Q.    And what is a lead?

4    A.    A lead is just when another law enforcement agency

5    provides information involving criminal activity in our

6    area.

7    Q.    During your interview with the defendant, did you

8    discuss his porn interest?

9    A.    Yes, we did.

10   Q.    Who first brought up the topic of his porn interest?

11   A.    He did.

12   Q.    So he volunteered that information?

13   A.    Yes.

14   Q.    What type of porn did he say that he was interested in?

15   A.    He stated he was interested in teen porn and younger

16   bodies.

17   Q.    And during the interview, did you ask him what he was

18   searching for on the dark web in July 2020?

19   A.    Yes, we did.

20   Q.    And what type of pornography did he say he was

21   searching for?

22   A.    He said he was searching for teen porn.

23   Q.    Special Agent Scott, can you please locate what has

24   been marked for identification purposes as Government's

25   Exhibit 1 in the binder in front of you?

280

```
1    A.    (Looking at document.)  Got it.

2    Q.    Do you recognize what's depicted in this exhibit?

3    A.    Yes, I do.

4    Q.    What is it?

5    A.    This is a small flash drive containing clips of

6    Mr. Stella's interview and I have signed and dated it.

7    Q.    And is that how you recognize it?

8    A.    Yes.  I reviewed it and signed and dated it.

9             MS. ALLSOP:  And I will now play a clip of the

10   defendant's interview which has been admitted into evidence

11   as Government's Exhibit 1A.

12            THE COURT:  Let me ask:  Is there any

13   transcription or is it just the pure audio?

14            MS. ALLSOP:  It's audio and there's a

15   transcription.

16            THE COURT:  Okay.

17            And you're going to be showing that?

18            MS. ALLSOP:  Yes, Your Honor.

19            THE COURT:  Let me instruct the jury as follows:

20            If there is an exhibit that consists of an

21   audio-recording and there is some transcription that is also

22   provided with the recording, the evidence itself is actually

23   just the recording itself, not the transcription.

24            The transcription is only to kind of help you

25   like, you know, orient yourself with regards to what is
```

1   being said and who is saying things.

2          But it is the audio -- so if you hear something

3   different than what is transcribed, it is your hearing that

4   is the evidence, not the transcription.

5          Do all of you understand that?

6          *(The jurors answered in the affirmative.)*

7          THE COURT:  All right.  Thank you.

8          Let me just ask:  Are you seeking to admit this

9   particular recording?

10          MS. ALLSOP:  Yes.  Your Honor, at this time the

11   government would move to admit Government's Exhibit 1.

12          THE COURT:  Okay.  Any objection?

13          MS. RIVERA:  No, Your Honor.

14          THE COURT:  Okay.

15          1A, Ms. Allsop?

16          MS. ALLSOP:  1A, 1B, 1C, and 1D are all on

17   Exhibit 1.  It's all on the flash drive.

18          THE COURT:  Okay.

19          *(Exhibit 1A, 1B, 1C, 1D received in evidence.)*

20                    **(The audiotape was played.)**

21   BY MS. ALLSOP:

22   Q.   Special Agent Scott, who's the female on the recording?

23   A.   That would be me.

24   Q.   Was there anyone else present during the defendant's

25   interview?

282

1    A.    Yes.  My partner Special Agent Matt Hernandez.

2    Q.    Special Agent Scott, was the defendant charged for his

3    attempt to access child pornography on the dark web in the

4    Indictment in this case?

5    A.    Yes, he was.

6    Q.    And is that Count 6 of the Indictment in this case?

7    A.    Yes, it is.

8    Q.    Has the defendant pleaded to that crime?

9    A.    Yes.

10   Q.    How has he pleaded?

11   A.    He pled guilty.

12   Q.    Is this one of the defendant's convictions that you

13   referenced earlier?

14   A.    Yes, it is.

15   Q.    And how do you know that he pleaded guilty to this

16   crime?

17   A.    I was present at his change of plea hearing.

18   Q.    When was this change of plea hearing?

19   A.    That was April 13th, 2023.

20   Q.    Special Agent Scott, can you please locate what has

21   been marked for identification purposes as Government's

22   Exhibit 2 in the binder in front of you.

23   A.    Yes.

24   Q.    Do you recognize this document?

25   A.    I do.

```
 1  Q.    And what is it?

 2  A.    It's the minutes from the change of plea hearing.

 3  Q.    And how do you recognize this document?

 4  A.    I have reviewed this as part of my duties as case

 5  agent.

 6  Q.    And, Special Agent Scott, can you flip to what has been

 7  marked for identification purposes as Government's Exhibit 3

 8  in the binder in front of you?

 9  A.    Yes.

10  Q.    Do you recognize this document?

11  A.    Yes, I do.

12  Q.    And what is it?

13  A.    This is the court reporter's transcript of that change

14  of plea hearing.

15  Q.    And how do you recognize this one?

16  A.    I have reviewed this as part of my duties as the case

17  agent.

18          MS. ALLSOP:  Your Honor, at this time the

19  government would move to admit Government's Exhibit 2 and 3.

20          THE COURT:  All right.  Any objection?

21          MS. RIVERA:  No, Your Honor.

22          THE COURT:  All right.  They're admitted.

23       (Exhibit 2 and 3 received in evidence.)

24  BY MS. ALLSOP:

25  Q.   Special Agent Scott, do the minutes and transcript
```

284

1    reflect that the defendant pleaded guilty to the crime of

2    access with intent to view child pornography which is Count

3    6 of the Indictment?

4    A.    Yes, they do.

5    Q.    I'd like to take a step back.  Going back to your

6    interview with the defendant, did you or your partner ask

7    him if HSI would find any child pornography among his

8    possessions?

9    A.    Yes, we did.

10   Q.    What was the defendant's response?

11   A.    He said we would not find any.

12         MS. ALLSOP:  I will now play a clip of the

13   defendant's interview which has been admitted into evidence

14   as Government's Exhibit 1B.

15         *(The audiotape was played.)*

16   BY MS. ALLSOP:

17   Q.    Was the male questioning the defendant Special Agent

18   Matthew Hernandez?

19   A.    Yes.

20   Q.    While at the defendant's home and the days following,

21   did HSI search the defendant's devices?

22   A.    Yes, we did.

23   Q.    Who specifically searched the defendant's devices?

24   A.    Our computer forensics agent Dave Parker.

25   Q.    What devices of the defendant did Agent Parker search?

1  A.    He searched Mr. Stella's laptop, external hard drives,

2  and a mini SD card, like external storage media.

3  Q.    And did Special Agent Parker find child pornography on

4  any of these devices?

5  A.    Yes, he did.

6  Q.    Which devices?

7  A.    There was child pornography on the laptop, the external

8  hard drives, and the SD card.

9  Q.    Did HSI find these devices in the defendant's home on

10  July 15th, 2021?

11  A.    Yes, we did.

12  Q.    Where did HSI find the two hard drives that you just

13  testified about?

14  A.    The two hard drives were in Mr. Stella's backpack on

15  the floor next to his side of the bed.

16  Q.    Where did HSI find the computer?

17  A.    The computer was on a slide-out shelf on his side of

18  the bed.

19  Q.    How do you know Special Agent Parker found child

20  pornography on these devices?

21  A.    Because he provided all of that to me to review.

22  Q.    Did Special Agent Parker provide you with any materials

23  relaying where the child pornography images were found on

24  each device?

25  A.    Yes, he did.

286

1   Q.   What type of materials?

2   A.   He provided me with Microsoft Excel spreadsheets of the

3   location of all the files.

4   Q.   Special Agent Scott, can you please locate what has

5   been marked for identification purposes as Government's

6   Exhibit 4 and 30 in your binder.

7   A.   Yes.

8   Q.   Do you recognize these documents?

9   A.   I do.

10  Q.   What are they?

11  A.   Exhibit 4 is a spreadsheet of all the child sexual

12  abuse material that was located on the devices, and

13  Exhibit 30 is a spreadsheet of all the files that I as the

14  case agent bookmarked as relevant.

15  Q.   I'd quickly just like to ask you about a term that you

16  used.  So "child sexual abuse material," do you use that

17  term interchangeably with "child pornography"?

18  A.   Yes.

19  Q.   So how do you recognize these documents, Exhibits 4 and

20  30?

21  A.   I've reviewed these as part of my duties as case agent.

22          MS. ALLSOP:  Your Honor, at this time the

23  government would move to admit Government's Exhibit 4 and

24  30.

25          THE COURT:  All right.  Any objection?

1          MS. RIVERA:  Yes, Your Honor.

2          THE COURT:  Let me have you guys at sidebar.

3          MS. RIVERA:  Thank you.

4              *(The following was held at the bench:)*

5          THE COURT:  All right.  Which one are you

6    objecting to or both?

7          MS. RIVERA:  I'm objecting to both, particularly

8    Exhibit 4.  I didn't catch the other exhibit.  13?

9          THE COURT:  30.

10         MS. RIVERA:  30?

11         THE COURT:  30.

12         MS. ALLSOP:  They're both Excel sheets.

13         THE COURT:  I know what they are.  They're in

14   front of me.

15         MS. ALLSOP:  Oh, no.  That was more for her

16   edification.

17         THE COURT:  Well, they're on top.

18                   *(Laughter.)*

19         MS. RIVERA:  The objection is based on my

20   recollection of the Court's pretrial ruling from last Friday

21   with respect to what information related to the pleaded two

22   counts are relevant.

23         My recollection is that the Court said the minutes

24   portions of the plea colloquy, that those may come in, but

25   descriptions which are contained, I think in some of these

1    file path with the number of images, that these are

2    irrelevant and not necessary here.

3            THE COURT:  Let me ask:  I don't think -- are the

4    descriptions on here?

5            MS. ALLSOP:  They're not, Your Honor.  And so to

6    be clear, what the government intended to do, because the

7    government has provided these exhibits to the defense for

8    some time, what we intended to do was just to clip one sort

9    of folder structure per each count as you allowed for Counts

10   4 through 5 and then for the remaining Counts 1 through 3,

11   we were going to leave the entirety of it in.

12           THE COURT:  Okay.

13           MS. ALLSOP:  But what we can do and what we

14   intended to do is to prepare just a redacted version --

15           THE COURT:  Okay.

16           MS. ALLSOP:  So just admit the entire exhibit,

17   redact all the other stuff.

18           THE COURT:  So, in other words, you're going to

19   seek the admission of Exhibits 4 and 30 but what is actually

20   going to be provided to the jury is just a portion of it?

21           MS. ALLSOP:  Correct, Your Honor.  A redacted

22   version.

23           THE COURT:  Okay.  Have you shown defense counsel

24   the redacted version?

25           MS. ALLSOP:  No, we have not.

1              THE COURT:  Okay.

2              MS. RIVERA:  It's the first time I'm hearing about

3     this, Your Honor.

4              THE COURT:  Why don't you show it to her and let

5     me know if she has an objection.

6              MS. RICHMOND:  It's just a cellphone description.

7              MS. RIVERA:  And so -- I mean, so this is -- my

8     understanding Exhibit 4 and 30, then, are not going to be

9     going back --

10             THE COURT:  It's just going to be a redacted

11    version which just shows the portion -- and I guess as an

12    example of -- so in other words, it's not the entire thing.

13    It's just going to say that the exhibits are multi-page and

14    have multi-entries on each page but we're only going to be

15    proffering the sample that is being utilized.

16             MS. RICHMOND:  We felt that would be fair.  It was

17    sort of hard to -- we didn't want to mess with the native

18    file.  You can't really redact something like that.  That's

19    why we just took the sample.

20             MS. RIVERA:  And then will 4 and 30 will not be

21    published to the jury right now at all --

22             THE COURT:  Just a sample.  And, actually, so it

23    actually is -- why don't we do this?  Why don't we just

24    indicate it's going to be a 4A and 4B because it's just that

25    portion which you're utilizing and you'll explain.  Okay.

1    MS. RICHMOND:  Thank you, Your Honor.

2    MS. RIVERA:  Thank you, Your Honor.

3    MS. ALLSOP:  Thank you, Your Honor.

4    *(The following was in open court in the jury's presence:)*

5    MS. ALLSOP:  And so, Your Honor, the government

6    would move to admit Government's Exhibit 4 and 30 but there

7    will be excerpts such as 4A and 30A which will be displayed

8    to the jury.

9    THE COURT:  So, in other words, each exhibit is a

10   multi-page document and on each page there are multiple

11   entries; and so what is going to be admitted and shown to

12   the jury is just a segment rather than giving them pages and

13   pages and pages.

14   You're just going to pick out some samples and

15   show them generally what they are and it is that sample that

16   is going to be the exhibit so it will be 4A and 30A; is that

17   correct?

18   MS. ALLSOP:  Yes, Your Honor.

19   THE COURT:  Any objection?

20   MS. RIVERA:  No, Your Honor.

21   THE COURT:  Okay.

22   MS. ALLSOP:  My apologies.  It's 4A, 4B, 4C, and

23   then 30A, Your Honor.

24   THE COURT:  Okay.  Yes.

25   *(Exhibit 4A, -B, -C, and 30A received in evidence.)*

1    BY MS. ALLSOP:

2    Q.    Special Agent Scott, earlier you testified that child

3    pornography was located on the defendant's computer.

4    A.    Yes.

5    Q.    How do you know that it was the defendant's computer?

6    A.    Because he told us it was his during his interview and

7    provided the password.

8    Q.    Do you know where the child pornography images were

9    saved on the defendant's computer?

10   A.    Yes, I do.

11   Q.    Where were the child pornography images saved?

12   A.    They were saved multiple subfolders deep in files

13   containing -- or labeled to contain government contracts for

14   his job and tax forms from 2012.

15   Q.    How many levels was the tax returns folder structure?

16   A.    That was about 16.

17   Q.    And how many layers was the federal contracts folder

18   structure?

19   A.    Oh, sorry.  I think I said the wrong one.  Can you

20   repeat the last question?

21   Q.    How many levels was the tax returns folder structure?

22   A.    The tax returns was only nine layers deep.

23   Q.    And how many levels was the contracts?

24   A.    The federal contracts one was 16 layers deep.

25              MS. ALLSOP:  And, Your Honor, at this time we

292

1  would like to display Government's Exhibit 4A which is a

2  clip of the Excel sheet.

3            THE COURT:  All right.

4            *(The exhibit was displayed on the screen.)*

5  BY MS. ALLSOP:

6  Q.   So, Special Agent Scott, can you please describe, and

7  using the device right next to you, try to mark what the

8  folder structures were.

9            THE COURT:  Let me ask the jurors:  That's

10  obviously a screen that's near you.  Can you actually read

11  or is it too small to read?

12            THE JURORS:  We can read it.

13            THE COURT:  You can read it?  Okay.  Thank you.

14            THE WITNESS:  So what we have are the file paths

15  for two examples of the child pornography found on the

16  laptop.  The top one is labeled as "Federal Contracts."

17  BY MS. ALLSOP:

18  Q.   And is the last folder structure in that one labeled

19  "Vampire"?

20  A.   Yes.  The last subfolder is labeled "Vampire."  And

21  then the second one is labeled as "Tax Returns From 2012."

22  And the last folder and that is an untitled folder.

23  Q.   And based on your training and experience, how would

24  you categorize the placement of the child pornography on the

25  defendant's computer?

1   A.    I would say it's pretty well-concealed.

2   Q.    And why would you describe it as being concealed?

3   A.    When it's that many folders deep, especially if it's

4   labeled as something innocuous like tax returns or work

5   products, it wouldn't lead anyone else to believe that

6   there's images and videos let alone child pornography in

7   there.

8   Q.    Was the defendant charged for his possession of child

9   pornography on his computer in the Indictment in this case?

10  A.    Yes.

11  Q.    Is that Count 4 of the Indictment?

12  A.    Yes, it is.

13  Q.    Has the defendant pled to that crime?

14  A.    Yes, he has.

15  Q.    How has he pleaded?

16  A.    He pled guilty.

17  Q.    Do you also know this because you were at the April 13

18  change of plea hearing?

19  A.    Yes, I do.

20  Q.    Is defendant's guilty plea to Count 4 of the Indictment

21  also reflected in the minutes and transcript which are

22  Government's Exhibit 2 and 3?

23  A.    Yes.

24  Q.    Earlier you testified that during your interview with

25  him, the defendant told you that HSI would not find any

1  child pornography on his devices or images of children; is

2  that right?

3  A.   He did say that.

4  Q.   And Special Agent Parker, however, did find child

5  pornography on these devices?

6          MS. RIVERA:  Objection; leading.

7          THE COURT:  Sustain the objection.

8          Rephrase.

9  BY MS. ALLSOP:

10 Q.   Did Special Agent Parker find child pornography on the

11 defendant's computer?

12 A.   Yes, he did.

13 Q.   So based on his guilty plea, is it fair to say that the

14 defendant lied to you during his first interview with you?

15 A.   Yes, it would be.

16 Q.   Earlier you testified that the defendant also possessed

17 child pornography on two hard drives; is that right?

18 A.   Correct.

19 Q.   Was the defendant charged with a second count of

20 possession of child pornography in the Indictment relating

21 to the second possession?

22 A.   Yes, he was.

23 Q.   Is that Count 5 of the Indictment in this case?

24 A.   Yes.

25 Q.   Did he plead to that crime?

1    A.    He did.

2    Q.    How did he plead?

3    A.    He pled guilty.

4    Q.    Is the defendant's guilty plea to Count 5 of the

5    Indictment also reflected in the minutes and transcript in

6    Government's Exhibit 2 and 3?

7    A.    Yes, it is.

8    Q.    I would now like to ask you about the defendant's

9    backpack which earlier you testified contained two hard

10   drives of child pornography.

11          Where did HSI find the defendant's backpack?

12   A.    The backpack was on the floor on Mr. Stella's side of

13   the bed in his bedroom.

14   Q.    And what side of the bed was his?

15   A.    The right side of the bed.

16   Q.    And how do you know the right side of the bed was his?

17   A.    He described that to us in his interview.

18          MS. ALLSOP:    I will now play a clip of the

19   defendant's interview which has been admitted into evidence

20   and is marked for identification purposes as Government's

21   Exhibit 1C.

22                    *(The audiotape was played.)*

23   BY MS. ALLSOP:

24   Q.    Besides the two hard drives, what else did you find in

25   the defendant's backpack?

1   A.   There was also his passport in his name, a couple of

2   contractor ID badges with his name and picture, a SD card

3   adapter with a little mini SD card inside of it, a notebook

4   with his notes about his job.

5   Q.   Did you ask the defendant what was -- let me rephrase.

6            Did you also ask the defendant who the items

7   inside of the backpack belonged to?

8   A.   Yes, we did.

9   Q.   Did he say they belonged to someone?

10  A.   He said it all belonged to him and no one else.

11  Q.   Including the two hard drives?

12           MS. RIVERA:   Objection; leading.

13           THE COURT:   Rephrase the question.

14  BY MS. ALLSOP:

15  Q.   Did the defendant say who the two hard drives

16  specifically belonged to?

17  A.   Yes, he did.

18  Q.   Who did he say that they belonged to?

19  A.   He said that they belonged to him.

20           MS. ALLSOP:   I will now play a clip of the

21  defendant's interview which has been admitted into evidence

22  and marked for identification purposes as Government's

23  Exhibit 1D.

24                *(The audiotape was played.)*

25

1    BY MS. ALLSOP:

2    Q.    On the recording that the jury just heard, the

3    defendant referenced external drives.  Are these the same

4    hard drives that you have been testifying about?

5    A.    Yes.

6    Q.    Special Agent Scott, can you please locate what has

7    been marked for identification purposes as Government's

8    Exhibits 5, 6, and 32 in the binder in front of you.

9    A.    *(Searching through documents.)*  Umm, Exhibit 32 isn't a

10    photo.

11                    *(Pause in the proceedings.)*

12    BY MS. ALLSOP:

13    Q.    For the time being, can you just reference Government's

14    Exhibit 5 and 6?

15    A.    Sure.

16    Q.    And do you recognize these documents?

17    A.    Yes.

18    Q.    What are they?

19    A.    Exhibit 5 is a photograph of Mr. Stella's backpack with

20    the two external hard drives visible; and Exhibit 6 is a

21    photograph of a bunch of other contents from his backpack on

22    his bed.

23    Q.    And how do you recognize these documents?

24    A.    I was present when they were seized and I reviewed

25    these as part of my duties as case agent.

298

1          MS. ALLSOP:  And, Your Honor, may my cocounsel

2   approach to show the witness Government's Exhibit 32?  I

3   believe it was inadvertently left out of the exhibit binder.

4          THE COURT:  All right.

5          I presume there's no objection.

6          MS. RIVERA:  Your Honor, I don't --

7          THE COURT:  I assume defense counsel needs to see

8   it.

9          MS. RICHMOND:  Thanks, Your Honor.

10             *(Pause in the proceedings.)*

11          THE WITNESS:  Thank you.

12  BY MS. ALLSOP:

13  Q.   Can you also please identify what Government's

14  Exhibit 32 is?

15  A.   It was a photograph of the SD card adapter with the

16  little mini SD card inside as well as the ID cards from

17  Mr. Stella's backpack.

18  Q.   Were you present at the defendant's house on the same

19  day that these photographs were taken?

20  A.   Yes, I was.

21  Q.   While you were at the defendant's home, did you see the

22  defendant's backpack and the items inside of it?

23  A.   Yes, I did.

24  Q.   So are these photographs a fair and accurate depiction

25  of the defendant's backpack and the items found inside of

1   it?

2   A.   Yes, they are.

3           MS. ALLSOP:  At this time, Your Honor, the

4   government moves to admit Government's Exhibit 5, 6, and 32.

5           THE COURT:  All right.  Any objection?

6           MS. RIVERA:  No objection.

7           THE COURT:  Admitted.

8           MS. ALLSOP:  Permission to publish, Your Honor?

9           THE COURT:  Right.

10          *(Exhibit 5, 6, and 32 received in evidence.)*

11          MS. ALLSOP:  For the record, I'm now publishing

12  Government's Exhibit 5.

13          *(The exhibit was displayed on the screen.)*

14  BY MS. ALLSOP:

15  Q.   And so is this the backpack in which HSI found the hard

16  drives containing the child pornography?

17  A.   Yes, it is.

18          MS. ALLSOP:  And can you -- and for the record,

19  I'm now publishing Government's Exhibit 6.

20          *(The exhibit was displayed on the screen.)*

21  BY MS. ALLSOP:

22  Q.   Special Agent Scott, can you please explain what items

23  are depicted in Government's Exhibit 6.

24  A.   Yes.  In this picture there is Mr. Stella's passport on

25  the bed.  There's also the two contractor ID cards with his

1    name and picture.  Right above those is a folded boarding

2    pass for a flight in his name and then at the very top,

3    almost in the middle, it's a Walt Disney pass with his

4    picture and name.

5    Q.    Special Agent Scott, now I'd like to ask if you can

6    please locate the items that have been marked for

7    identification purposes as Government's Exhibit 7 and 8.

8    A.    Yes.

9    Q.    Do you recognize these two items?

10   A.    Yes, I do.

11   Q.    What are they?

12   A.    They are the two external hard drives from Mr. Stella's

13   backpack.

14   Q.    And how do you recognize them?

15   A.    I recognize them because I was there when they were

16   seized and I have reviewed them as part of my duties as case

17   agent.

18           MS. ALLSOP:  Your Honor, at this time the

19   government moves to admit Government's Exhibit 7 and 8.

20           THE COURT:  All right.  Any objection?

21           MS. RIVERA:  No objection.

22           THE COURT:  All right.  They're admitted.

23           *(Exhibit 7 and 8 received in evidence.)*

24           **(The exhibit was displayed on the screen.)**

25

1  BY MS. ALLSOP:

2  Q.    Special Agent Scott, can you please hold up

3  Government's Exhibit 7 so the jury can see it.

4  A.    *(Witness complies.)*

5  Q.    And is this the hard drive on which child pornography

6  was found that's the basis for Count 5 of the Indictment?

7  A.    Yes, it is.

8  Q.    And moving forward, I will simply refer to this as the

9  first hard drive; and I'd like to ask you a few questions

10  about the first hard drive.

11         Do you know how the child pornography on the first

12  hard drive was saved?

13  A.    Yes, I do.

14  Q.    How was it saved?

15  A.    It was saved in those multiple levels of subfolders

16  named "Federal Contracts" and "Tax Forms From 2012."

17  Q.    And was it saved similarly to the way the defendant had

18  saved the child pornography on his computer?

19  A.    Yes, it was.

20  Q.    How so?

21  A.    It was in the same subfolder pattern as federal

22  contracts and tax return documents.

23  Q.    And how many levels was the child pornography under on

24  the first hard drive --

25  A.    Which --

1    Q.    -- levels of subfolders for the work folder?

2    A.    That was about 16 layers deep.

3    Q.    And how many layers for the tax returns folder?

4    A.    About nine layers deep.

5         MS. ALLSOP:  At this time, Your Honor, the

6    government with your permission would like to publish

7    Government's Exhibit 4B which is an excerpt from the Excel

8    sheet in Government's Exhibit 4.

9         THE COURT:  All right.

10        *(The exhibit was displayed on the screen.)*

11   BY MS. ALLSOP:

12   Q.    And, Special Agent Scott, could you please identify

13   first the work folder just by the last folder in the file

14   path?

15   A.    Yes.  The first one is the long file path that ends in

16   "Vampire" with the last folder.

17   Q.    Okay.  And, similarly, the tax returns were saved the

18   same as you identified earlier?

19   A.    Yes.

20   Q.    Would you categorize the placement of child pornography

21   in the first hard drive as being hidden for the reasons you

22   stated earlier?

23        MS. RIVERA:  Objection.  Improper layperson --

24   improper lay witness opinion.

25        THE COURT:  You need to lay a foundation for her

1    response.

2    BY MS. ALLSOP:

3    Q.    How would you categorize the child pornography on the

4    first hard drive as being saved?

5    A.    I would categorize it as well-hidden.

6    Q.    And why would you categorize it as well-hidden?

7    A.    Based on my training and experience in child

8    pornography investigations, when you see multiple layers of

9    subfolders and commonplace names such as "Vampire," "Tax

10   Returns," "Work Documents," it looks hidden.

11   Q.    And so earlier you mentioned that there was child

12   pornography on two hard drives.  I've just asked you about

13   the first hard drive which is the basis of Count 5 of the

14   Indictment.

15          Now I'm going to ask you about Government's

16   Exhibit 8 which I will refer to as the second hard drive.

17   Was the defendant charged regarding the images located on

18   the second hard drive?

19   A.    Yes.

20   Q.    What was he charged with?

21   A.    He was charged with possession of child pornography.

22   Q.    For the second hard drive?

23   A.    Oh, production of child pornography.  Excuse me.

24   Q.    And that's Counts 1 through 3 in the Indictment?

25   A.    Yes.

```
1   Q.   Have you reviewed the child pornography images

2   underlying these charges yourself?

3   A.   Yes, I have.

4   Q.   What was the format of these child pornography files?

5   A.   These files were videos and still photographs.

6   Q.   What is a "still"?

7   A.   A "still" is a screen capture taken from the video.

8   Q.   And approximately how many videos were there?

9   A.   There were about 17.

10  Q.   And approximately how many stills?

11  A.   Over a hundred.

12  Q.   Are real children depicted in these images?

13          MS. RIVERA:  Objection, Your Honor.

14          THE COURT:  Basis for the objection?

15          MS. RIVERA:  Best evidence rule.

16          THE COURT:  Overruled.

17          She can answer the question.

18          THE WITNESS:  Yes, real children.

19  BY MS. ALLSOP:

20  Q.   And using only their first and last initials, who are

21  the children depicted in these videos and stills?

22  A.   They are M.S., M.K., and N.E.

23  Q.   Are these children boys or girls?

24  A.   They appear to be female.

25  Q.   Have you met all three of these girls in person?
```

1    A.    Yes, I have.

2    Q.    So you're certain it's them depicted in the images on

3    the second hard drive?

4    A.    I am certain.

5    Q.    Were these girls under the age of 18 when these images

6    were taken?

7    A.    Yes.

8              MS. RIVERA:  Objection, Your Honor.  Lack of

9    foundation.  Improper --

10              THE COURT:  You need to lay a foundation for her

11    testimony.

12    BY MS. ALLSOP:

13    Q.    Do you know how old these girls were at the time the

14    images on the second hard drive were taken?

15    A.    Yes, I do.

16    Q.    And were these girls under the age of 18 when these

17    images were taken?

18              MS. RIVERA:  Same objection, Your Honor.

19              THE COURT:  How does she know their ages?

20    BY MS. ALLSOP:

21    Q.    How do you know how old they were?

22    A.    I've talked with each of their parents.

23    Q.    And have you confirmed their birthdates through other

24    means?

25    A.    I've confirmed with their parents and with M.S. with

1    her California identification card.

2    Q.   So were these girls under the age of 18 when these

3    images were taken?

4    A.   Yes, they were.

5    Q.   What were the girls generally doing in the videos and

6    stills?

7            MS. RIVERA:  Objection, Your Honor.  Same

8    objection as to rule of best evidence with respect to these

9    other videos and still images.

10            THE COURT:  You're going to be playing the videos;

11    is that correct?

12            MS. ALLSOP:  Yes, Your Honor.

13            THE COURT:  Overruled.

14            MS. RIVERA:  A certain subset, I understand

15    they're going to be played, Your Honor.

16            THE COURT:  Well, she's going to be playing some

17    of those videos; right?

18            MS. ALLSOP:  Yes, Your Honor.

19            THE COURT:  I'll sustain the objection.  The

20    videos will speak for themselves.

21    BY MS. ALLSOP:

22    Q.   Special Agent Scott, I'm showing you on your screen --

23    so I'm showing you on your screen what has been marked for

24    identification purposes as Government's Exhibit 9.

25                    *(Government counsel conferred.)*

```
 1              MS. ALLSOP:  Your Honor.

 2              THE COURT:  Yes.

 3              MS. ALLSOP:  Because the witness will be

 4   identifying CSAM, can we have the other monitors turned off

 5   so that the gallery cannot see them?

 6              THE COURT:  All right.

 7                  (Government counsel conferred.)

 8              MS. ALLSOP:  And, Your Honor, may my cocounsel now

 9   approach the witness and show her Government's Exhibit 9?

10              THE COURT:  All right.

11              MS. ALLSOP:  And Government's Exhibit 10 as well,

12   Your Honor?

13              THE COURT:  All right.

14                  (Pause in the proceedings.)

15   BY MS. ALLSOP:

16   Q.   Special Agent Scott, do you recognize what is depicted

17   in Government's Exhibits 9 and 10?

18   A.   Yes, I do.

19   Q.   And what are Government's Exhibit 9 and 10?

20   A.   Exhibit 9 is a video of minor M.S. getting out of the

21   shower and drying off with a towel, and Exhibit 10 is a

22   still photograph taken from that video.

23   Q.   And how do you recognize these exhibits?

24   A.   I've reviewed those as part of my duties as case agent.

25   Q.   And is M.S. Minor Victim 1 in this case?
```

1    A.    Yes, she is.

2    Q.    And do you know when this video was taken?

3    A.    Yes.

4    Q.    On or about what date?

5    A.    On or about March 6th, 2018.

6            MS. ALLSOP:  And, Your Honor, if we could just

7    have a moment, I think the computer also shows to the

8    gallery so we just want to make sure they're turned off so

9    no one sees them.

10            THE COURT:  All right.

11                (Government counsel conferred.)

12            MS. ALLSOP:  Your Honor, at this time the

13    government moves to admit Government's Exhibit 9 and 10.

14            THE COURT:  All right.  Any objection?

15            MS. RIVERA:  No, Your Honor.

16            THE COURT:  All right.

17        (Exhibit 9 and 10 received in evidence.)

18            MS. ALLSOP:  And, Your Honor, does the government

19    have your permission to first play Government's Exhibit 9

20    and then show the jury Government's Exhibit 10?

21            THE COURT:  Is there any objection?

22            MS. RIVERA:  To the sequence of the exhibits, no,

23    Your Honor.

24            THE COURT:  Okay.

25                (Pause in the proceedings.)

 1              THE COURT:  Actually, let me ask counsel on the

 2    sidebar for just a moment.

 3                   *(The following was held at the bench:)*

 4              THE COURT:  I am considering whether or not to

 5    close the trial just for the playback of these items for

 6    privacy reasons of the minors.  So I presume there's no

 7    objection?

 8              MS. RICHMOND:  From the government, there is.

 9    We're not allowed to consent to closing courtrooms unless we

10    have DAK approval.

11              THE COURT:  Okay.  All right.

12              But you're not raising an objection at this point

13    to that?

14              MS. RICHMOND:  We have to raise an objection

15    formally on the record.  That's why we requested that the

16    screens to the gallery be turned off.

17              THE COURT:  Oh, okay.

18              MS. RICHMOND:  It's office policy.

19              THE COURT:  Okay.  So, in other words, maybe that

20    will cover it actually because I guess I was worried about

21    the -- but the monitors are all off.

22              Okay.  That's fine.

23              MS. RIVERA:  Your Honor, may I address one more

24    thing?

25              THE COURT:  Sure.

310

```
 1              MS. RIVERA:  Just it might be more efficient to do
 2    it this way.  But to the extent that there are any questions
 3    referring to these images as child pornography or child sex
 4    abuse materials, I'm going to be objecting because that is a
 5    legal conclusion both in the question and to the extent that
 6    it is requesting that conclusion from a witness.
 7              So I don't know if it would be appropriate.  I
 8    just want to make sure that --
 9              THE COURT:  Well, I will do this.  I'll allow you
10    to make the objection but my ruling on the objection would
11    be -- is that I will -- I'll allow the -- her referencing it
12    but I'll just say, as I've indicated, that the issue as to
13    whether or not it does constitute child pornography is an
14    issue in the case and there's going to be, I presume, a jury
15    instruction on that; is that correct?
16              MS. RIVERA:  Yes.
17              THE COURT:  And so therefore it's up to them to
18    decide whether or not it is, in fact, child pornography, you
19    know, so.
20              MS. RIVERA:  Okay.
21              THE COURT:  All right?
22              MS. RIVERA:  Thank you.
23              THE COURT:  Thank you.
24       (The following was in open court in the jury's presence:)
25
```

311

```
 1              MS. ALLSOP:  So at this time I will play
 2   Government's Exhibit 9.
 3              THE COURT:  All right.
 4              Javier.
 5              THE CLERK:  Yes?
 6              THE COURT:  The monitors should not be playing.
 7   Just the monitors in front of the jury.
 8              THE CLERK:  Only the jury?
 9              Then we have to turn off that screen.
10                   (Pause in the proceedings.)
11              MS. ALLSOP:  Thank you.
12              At this time we will play Government's Exhibit 9.
13              (The exhibit was displayed on the screen.)
14                   (Government counsel conferred.)
15   BY MS. ALLSOP:
16   Q.   And who is M.S.?
17   A.   M.S. is Mr. Stella's minor daughter.
18   Q.   And so in addition to this video, there were stills
19   taken from the second hard drive; right?
20   A.   Yes.
21   Q.   And that's Government's Exhibit 10 would be a still
22   from this very same video?
23   A.   Yes.
24              MS. ALLSOP:  At this time the government will now
25   publish Government's Exhibit 10.
```

312

```
1              THE COURT:  All right.
2              (The exhibit was displayed on the screen.)
3                  (Government counsel conferred.)
4              MS. ALLSOP:  And, Your Honor, may we please ask if
5    the other two screens can --
6                  (Government counsel conferred.)
7              MS. ALLSOP:  I apologize.  I'll take that back,
8    Your Honor.
9              THE COURT:  All right.
10             MS. ALLSOP:  Your Honor, may my cocounsel approach
11   to show the witness Government's Exhibits 11, 12, and 13?
12             THE COURT:  All right.
13                 (Pause in the proceedings.)
14   BY MS. ALLSOP:
15   Q.   Special Agent Scott, do you recognize Government's
16   Exhibit 11?
17   A.   Yes, I do.
18   Q.   What is it?
19   A.   It is a video of minor M.K. getting undressed and
20   getting in the shower.
21   Q.   And is M.K. Minor Victim 2 referenced in the Indictment
22   in this case?
23   A.   Yes, she is.
24   Q.   How do you recognize this video?
25   A.   I recognize it because I reviewed it as part of my
```

```
 1    duties as the case agent.
 2              MS. ALLSOP:  Your Honor, at this time the
 3    government moves to admit Government's Exhibit 11.
 4              THE COURT:  Any objection?
 5              MS. RIVERA:  No objection.
 6              THE COURT:  All right.
 7                (Exhibit 11 received in evidence.)
 8              MS. ALLSOP:  Permission to publish to the jury,
 9    Your Honor?
10              THE COURT:  Yes.
11              (The exhibit was displayed on the screen.)
12    BY MS. ALLSOP:
13    Q.   Special Agent Scott, in addition to this video, were
14    there stills taken from this video saved on to the second
15    hard drive?
16    A.   Yes.
17    Q.   And earlier my cocounsel showed you Government's
18    Exhibit 12 and you stated that you recognized that item.
19    What is Government's Exhibit 12?
20    A.   It is a still photograph of M.K. nude from the previous
21    video.
22    Q.   And how do you recognize this still?
23    A.   Because I reviewed it as part of my duties as case
24    agent.
25              MS. ALLSOP:  Your Honor, at this time the
```

1    government would move to admit Government's Exhibit 12.

2              THE COURT:  All right.  Any objection?

3              MS. RIVERA:  No objection.

4              THE COURT:  Okay.

5                 *(Exhibit 12 received in evidence.)*

6              MS. ALLSOP:  And permission to publish the image

7    to the jury, Your Honor?

8              THE COURT:  Yes.

9              **(The exhibit was displayed on the screen.)**

10   BY MS. ALLSOP:

11   Q.   Special Agent Scott, earlier my cocounsel also showed

12   you Government's Exhibit 13 and you stated that you

13   recognized it.  What is Government's Exhibit 13?

14   A.   Exhibit 13 is a picture of a N.E. after using the

15   restroom.

16   Q.   And is N.E. the victim referenced in Count 3 of the

17   Indictment?

18   A.   Yes.

19   Q.   And how do you recognize this still photograph?

20   A.   I reviewed it as part of my duties as case agent.

21             MS. ALLSOP:  Your Honor, at this time the

22   government would move to admit Government's Exhibit 13.

23             MS. RIVERA:  No objection.

24             THE COURT:  All right.  It's admitted.

25                *(Exhibit 13 received in evidence.)*

```
1              MS. ALLSOP:  And, Your Honor, permission to

2     publish this image to the jury?

3              THE COURT:  Yes.

4              (The exhibit was displayed on the screen.)

5     BY MS. ALLSOP:

6     Q.   And on what date was this still of N.E. created?

7              MS. RIVERA:  Objection; lacks foundation.

8              THE COURT:  Rephrase the question.

9     BY MS. ALLSOP:

10    Q.   Do you know what the date the still of N.E. was created

11    on?

12    A.   Yes.

13    Q.   And on what date was this still created?

14    A.   March 14th, 2018.

15    Q.   And I would also like to ask you:  Do you know what

16    date the video and still of Minor Victim 2 M.K. was created?

17    A.   Yes, I do.

18    Q.   On what date?

19             MS. RIVERA:  Objection.  Still lacks foundation.

20             THE COURT:  Lay the foundation for her.

21    BY MS. ALLSOP:

22    Q.   Do you know what date this --

23             THE COURT:  Let me stop you.  The foundation would

24    be how she knows it.

25
```

316

1  BY MS. ALLSOP:

2  Q.   How do you know what date the stills and the video of

3  M.K. were created?

4  A.   They have date and time stamps in the top corner.

5  Q.   And on what date was the video and still of the victim

6  M.K. created?

7  A.   April 5th, 2018.

8  Q.   So the images of M.S., M.K., and N.E. were all saved on

9  the second hard drive; is that correct?

10 A.   Yes.

11 Q.   Do you know how the images of M.S., M.K., and N.E. were

12 saved on the second hard drive?

13 A.   Yes, I do.

14 Q.   How were they saved?

15 A.   They were again concealed in multiple levels of

16 subfolder.  This time named after "College Course Work."

17 Q.   And how many levels in the folder structure were there?

18 A.   Approximately six.

19 Q.   So, Special Agent Scott, we're going to show you an

20 exhibit.  But may the government request that the monitor be

21 turned on again?  The government will not show any other

22 images to the --

23         THE COURT:  All right.  So you finished showing

24 all the others?

25         MS. ALLSOP:  Yes, Your Honor.

```
 1              THE COURT:  All right.

 2              Let me ask:  Will you turn on all the other

 3    monitors?

 4                    (Pause in the proceedings.)

 5                    (Government counsel conferred.)

 6    BY MS. ALLSOP:

 7    Q.   And so, Special Agent Scott, you testified that the

 8    images of M.S., M.K., and N.E. that the jury just saw were

 9    hidden in a folder structure.  I'm now showing you

10    Government's Exhibit 4C.

11              (The exhibit was displayed on the screen.)

12    BY MS. ALLSOP:

13    Q.   Can you please describe the folder structure under

14    which these images were hidden.

15    A.   These subfolders were labeled as course work from a

16    specific course case study and it ends in Week 4.

17    Q.   So earlier you used the term "hidden."  Can you please

18    explain why you used that term to describe how these images

19    were saved.

20              MS. RIVERA:  Objection.  Calls for improper lay

21    witness opinion testimony.

22              THE COURT:  I will allow her to indicate or

23    explain her use of the word "hidden."

24    BY MS. ALLSOP:

25    Q.   Special Agent Scott, can you please further elaborate
```

318

1    upon what you meant when you described these images as being

2    saved in a way that was hidden?

3    A.    Based on my training and experience, multiple

4    subfolders deep will conceal files and labeling it something

5    that is innocuous like college course work, homework, will

6    disguise what's inside the folder.

7    Q.    And do you know where the videos of M.S., M.K., and

8    N.E. were taken?

9    A.    Yes.

10   Q.    And how do you know where they were taken?

11   A.    Because I had been to the Stellas' home and seen the

12   bathroom in which they were taken.

13   Q.    So you just testified that they were taken in a

14   bathroom.  Do you know what bathroom in the Stellas' home

15   they were taken in?

16   A.    The upstairs family bathroom.

17   Q.    Do you know who primarily used the upstairs bathroom?

18   A.    Yes.

19   Q.    And how do you know who primarily used the upstairs

20   bathroom?

21   A.    Based on the belongings in the bathroom.

22   Q.    Who primarily used the upstairs bathroom?

23   A.    The upstairs bathroom was primarily used by Minor M.S.

24   and the older Stella son Dylan.

25   Q.    Special Agent Scott, do you know how these videos and

1    stills of M.S., M.K., and N.E. were taken?

2            MS. RIVERA:  Objection.  Calls for speculation,

3    lack of foundation.  Calls for speculation.

4            THE COURT:  Lay a foundation for her response.

5    BY MS. ALLSOP:

6    Q.   Special Agent Scott, earlier you testified that you

7    were present during the search warrant executed at the

8    defendant's home?

9    A.   Yes.

10   Q.   Is that correct?

11           And did you see any recording devices that may

12   have been used in the bathroom where you believe these

13   images were taken?

14   A.   Yes, we did.

15   Q.   And so based upon that, do you know how these videos of

16   M.S., M.K., and N.E. were taken?

17   A.   During the search warrant, HSI seized a USB charging

18   block with a hidden camera inside amongst Mr. Stella's

19   belongings.

20           And based on the forensic review of the images on

21   the mini SD card found in Mr. Stella's backpack and the

22   external hard drives, we were able to see that it was that

23   bathroom in the upstairs family bathroom.

24   Q.   And so do you know if the SD card in the backpack was

25   compatible with that USB camera?

320

1   A.   Yes.   The mini SD card was compatible with the USB

2   camera.

3   Q.   And I believe earlier you testified that the USB was

4   located in the defendant's room.   Where specifically?

5   A.   Inside a tall like jewelry armoire narrow dresser on

6   his side of the bed.

7   Q.   And is that the right side?

8   A.   Yes.

9   Q.   Special Agent Scott, based on your presence at the

10  defendant's home during the search warrant, do you know how

11  many bathrooms there were in his home?

12  A.   Yes.   There are three.

13  Q.   And where were they located?

14  A.   There's one downstairs bathroom, the upstairs hallway

15  bathroom, and the master bathroom.

16  Q.   So you've already testified that the bathroom was used

17  primarily by M.S. and Dylan Stella.   Who primarily used the

18  other two bathrooms?

19  A.   The master bathroom would have been used by Mr. and

20  Mrs. Stella and the downstairs bathroom was primarily used

21  by the other adult son Justin Stella.

22  Q.   And how do you know that?

23  A.   Justin asked to use his bathroom to prepare to get

24  ready for work during the search warrant and also based on

25  the belongings in the bathroom.

321

1    Q.    Did HSI search the other bathrooms in the defendant's

2    home during the execution of the search warrant?

3    A.    Yes, we did.

4    Q.    Did HSI find any hidden cameras in any of those

5    bathrooms?

6    A.    No.

7    Q.    So no hidden camera in Justin's bathroom?

8    A.    No.

9    Q.    And none in the bathroom that the defendant shared with

10   his wife?

11   A.    No.

12   Q.    I would now like to ask you about images that were not

13   saved on the second hard drive.  Earlier you testified that

14   Special Agent Parker did a forensic review of the

15   defendant's devices; is that correct?

16   A.    Yes.

17   Q.    And from that forensic review, was he able to determine

18   the defendant had deleted certain files?

19   A.    Yes.

20   Q.    And did Special Agent Parker locate any images that the

21   defendant had deleted during his forensic search?

22            MS. RIVERA:  Objection.  Lack of foundation, best

23   evidence rule.

24            THE COURT:  You need to lay a foundation for the

25   response.

1   BY MS. ALLSOP:

2   Q.   So earlier you testified that you knew that Special

3   Agent Parker had found certain deleted items on the

4   defendant's devices; is that correct?

5   A.   Yes.

6   Q.   And did you review those items personally yourself?

7   A.   Yes.

8   Q.   And so you confirmed that those items had been deleted?

9   A.   Yes.

10  Q.   And so what items did the defendant delete from his

11  devices?

12          MS. RIVERA:   Objection.   Best evidence rule.

13          THE COURT:   Let me have counsel at the sidebar for

14  a moment.

15          (The following was held at the bench:)

16          THE COURT:   I presume that Agent Parker is going

17  to come in and testify?

18          MS. ALLSOP:   So Agent Parker isn't going to

19  testify about the deleted items.   But as I was -- well, he's

20  not going to testify specifically about those specific

21  things; right?

22          THE COURT:   Well, let me just ask:   This witness's

23  testimony is based -- she's basically saying that she

24  reviewed supposedly deleted items because Officer Parker

25  told her those were deleted items.   So I don't understand

```
 1   why we --

 2            MS. RICHMOND:  Your Honor, may I explain?

 3            THE COURT:  Yes.

 4            MS. RICHMOND:  So this is some of the evidence

 5   that needs the conditional admission which we talked about

 6   in the last pretrial conference because Special Agent Parker

 7   will be coming in to explain how he extracted the data from

 8   the devices, how he used the forensic software to locate

 9   deleted videos.

10            THE COURT:  Uh-huh.

11            MS. RICHMOND:  And then he put process data into a

12   software program that she reviewed.  So she is the one who

13   would be able to say:  These are the videos that were

14   deleted but we need a different foundation --

15            THE COURT:  But the problem is you didn't lay the

16   foundation correctly, then.  That's the problem.

17            MS. RIVERA:  I think there are a couple of

18   problems, Your Honor.

19            THE COURT:  Well, no, no.  I mean -- well, the

20   first one at this point in time there's a confusion because

21   the foundation wasn't laid properly, you know.

22            So you should -- she be allowed to testify that

23   based upon what he told her, this is what he did and

24   presented her so that she can testify as to, you know,

25   that's how she viewed what were supposedly these deleted
```

1    photos and then he can come in and testify as to how he did

2    that so that's that.

3              What additional --

4              MS. RIVERA:  Sorry.  I think there's the hearsay

5    issue with respect to what he told her.

6              THE COURT:  No.  But he's coming in to testify so,

7    you know, he's going to come in to testify as to how he did

8    it and, that is, he presented it to her.

9              So I mean, I agree with you.  There is a hearsay

10   if he doesn't come in to testify.  But it's my understanding

11   he's going to come in to testify.

12             And rather than having him coming in and

13   testifying first and establishing all this, in which case

14   then at that point in time there wouldn't be a hearsay

15   objection because she's testified:  I got this stuff and

16   that's what I looked at.

17             So I'll allow it to be done this particular

18   fashion.  You can cross her and you can cross him so I'll

19   overrule the hearsay objection.

20             Okay?

21             MS. ALLSOP:  Thank you, Your Honor.

22             THE COURT:  But you need to lay a better

23   foundation for it.

24   *(The following was in open court in the jury's presence:)*

25                  *(Government counsel conferred.)*

*Day 2 of Jury Trial, May 17, 2023*

1    BY MS. ALLSOP:

2    Q.    Special Agent Scott, do you know -- or earlier you

3    testified that Special Agent Parker did a forensic review of

4    the second hard drive; is that correct?

5    A.    Yes.

6    Q.    And that also that Special Agent Parker presented you

7    with items for you to review from the second hard drive; is

8    that correct?

9    A.    Yes.

10   Q.    Did Special Agent Parker present you with any items

11   from the second hard drive that had been deleted?

12   A.    Yes.

13   Q.    And did you review those items?

14   A.    Yes.

15   Q.    Did any of the deleted items that you reviewed contain

16   naked images of any other individuals?

17              MS. RIVERA:  Objection.  Best evidence rule.

18   She's --

19              THE COURT:  Overruled.  I'll allow her to testify.

20              MS. RIVERA:  Your Honor, about the contents of

21   images that aren't being presented, Your Honor?

22              THE COURT:  She's testifying as to the images that

23   were presented to her.

24              MS. RIVERA:  No.  My understanding, Your Honor, is

25   -- I don't know.  If we could approach sidebar so I don't do

1    a speaking objection?

2            THE COURT:  My understanding was she asked her

3    whether or not she was shown items that were purportedly

4    deleted that the other agent, Agent Parker, put together.

5            So my understanding he's going to be testifying

6    and so you can cross-examine him as to how he did it but she

7    can testify as to what she saw.

8            MS. RIVERA:  I think there's a finer point, Your

9    Honor, with respect to --

10           THE COURT:  What's the finer point?

11           MS. RIVERA:  With respect to images that are not

12   going to be shown to -- not going to be admitted --

13   testifying as to their contents without admitting them is a

14   violation of the evidentiary rule of best evidence.

15           And these are -- my understanding is that this

16   question is meant to elicit photographs that are not going

17   to be admitted.

18           THE COURT:  What's the response from the

19   government?

20                   *(Government counsel conferred.)*

21           MS. RIVERA:  These are images that aren't on the

22   exhibit list.

23           MS. ALLSOP:  Your Honor, that's not the

24   government's understanding of the best evidence rule.

25   However, the government has these images.

1       To the extent that the defense also wants them

2   displayed to the jury, the government is happy to do that.

3       THE COURT:  Let me ask the defense.

4       What's the defense response?

5       MS. RIVERA:  Be happy to address the evidentiary

6   objection in more detail, Your Honor.

7       THE COURT:  I'll tell you what.  Why don't I let

8   the jury go for a morning break.

9       Let me ask you guys to come back at 10:45 and

10  we'll start again at 10:45.

11      Remember when you're on these breaks, please do

12  not discuss the case with anyone.  Do not do any independent

13  research.  Have a pleasant break.

14          *(The jurors exited the courtroom.)*

15      *(The following was held outside the jury's presence:)*

16      THE COURT:  Let me ask government counsel:  The

17  deleted images were from what?

18      MS. ALLSOP:  The deleted images were taken from

19  the SD card that HSI located in the defendant's backpack.

20      However, there was another sort of portion that I

21  wanted to say, Your Honor.  I just didn't want to say it in

22  the presence of the jury.

23      The defense has argued vociferously that we should

24  not be able to show nude images of certain people and has

25  sought time and time again to curtail the government's case

1   and to disallow it from showing nude images.

2           The government was trying to, just for the sake of

3   the privacy of the individuals involved, not to show naked

4   images of Rachel and Dylan Stella.

5           But to the extent that the defense is now saying

6   under the best evidence rule that we do need to show those

7   images, we can.

8           However, this runs contrary to all the arguments

9   that they've been making before:  One, that we should not be

10  trying to, quote/unquote, inflame the jury by showing them

11  nude images of people; and, two, I believe at sidebar the

12  defense agreed with, you know, the idea of closing the

13  courtroom.

14          So it just runs contrary to the idea.  It's either

15  they want the government to, you know, respect people's

16  privacy and to not show inflammatory information or they do.

17  It can't really be both.

18          THE COURT:  So as I understand it, these images

19  were the images that were taken from the cameras and those

20  images were part and parcel of, I guess, the -- was this --

21  were they included within the images that were contained in

22  Exhibit 1?

23          MS. RIVERA:  No.

24          MS. ALLSOP:  What do you mean by that?

25          THE COURT:  I thought Exhibit 1 was a flash drive.

1           MS. ALLSOP:  Exhibit 1 is defendant's interview.

2           THE COURT:  Oh, it was the interview.  Okay.

3    Which was the --

4           MS. RIVERA:  Your Honor, may I?

5           THE COURT:  No.  I don't want you to say anything.

6    I want to get it from the government first because I want to

7    understand what the government's position is.

8           So there were videos taken and the videos were

9    stored where?

10              *(Government counsel conferred.)*

11          MS. ALLSOP:  Your Honor, just to distinguish, are

12   you talking about the CSAM that is the basis of Counts 1, 2,

13   and 3 or about the images that the government referenced of

14   Rachel and, I believe, Dylan Stella that the defendant

15   deleted?

16          THE COURT:  Okay.  But where were those items

17   from?

18          MS. ALLSOP:  So the deleted images were found on

19   the SD card that Special Agent Scott has already testified

20   was found in the defendant's backpack.

21          THE COURT:  Okay.  And were the images the videos

22   and the stills that comprise the basis for Counts 1 through

23   3 also contained in that location?

24          MS. ALLSOP:  The images that are the basis of

25   Counts 1, 2, and 3 are on the second hard drive that was in

1    the defendant's backpack.  So there were two hard drives and

2    one SD card in his backpack --

3            THE COURT:  Are we talking about the --

4            MS. ALLSOP:  -- among other items.  But those are

5    the three sort of devices that contained imagery that would

6    be relevant in this case.

7            THE COURT:  This is a little bit confusing now.

8    Okay.  So there are two CDs.  Is that what you're saying?

9            MS. ALLSOP:  Hard drives, yes, Your Honor.

10           THE COURT:  Two hard drives.  Okay.

11           As to one hard drive, though the images that are

12   the basis of Counts 1 through 3 are contained in that hard

13   drive --

14           MS. ALLSOP:  Yes, Your Honor.

15           THE COURT:  -- there's another hard drive --

16           MS. ALLSOP:  Yes, Your Honor.

17           THE COURT:  -- that contains images.  Those aren't

18   the subject matter of Counts 1 through 3.  Are they the

19   items from Counts 4 through 6?

20           MS. ALLSOP:  They're on the second hard drive that

21   you just referenced, that's the basis of Count 5.  That's

22   where there was another cache of child pornography stored.

23           THE COURT:  Okay.  But I guess I don't quite

24   understand then at this point.

25           In the sense that it seems that if those are not

331

1    to be -- if those aren't the images that are the going to be

2    basis for Counts 1 through 3, what's the relevance?  Even

3    though they are obviously relevant as to Count 5, but what

4    would be the relevance as to Counts 1 through 3?

5          MS. ALLSOP:  So I think -- I apologize if I have

6    created any confusion, Your Honor.  There were other images

7    that were taken using the hidden camera that the defendant

8    placed that also captured other members of his family.

9          He deleted those images.

10         THE COURT:  Okay.

11         MS. ALLSOP:  We know that he deleted those images

12   because our forensic analyst, Special Agent David Parker,

13   will testify that when reviewing the defendant's devices,

14   specifically the SD card that was in his backpack which

15   Special Agent Scott has testified was compatible with the

16   USB camera, he found a cache of deleted files.

17         Among those deleted files were naked images of his

18   wife, an adult son, that he had deleted; and it was also of

19   them in the upstairs bathroom, the same upstairs bathroom

20   where he made the child pornography.

21         THE COURT:  All right.  I understand your

22   position.

23         Let me ask the defense.  What's your objection at

24   this point?

25         MS. RIVERA:  A couple of objections, Your Honor.

*Day 2 of Jury Trial, May 17, 2023*

1          First of all, again, the rule of best evidence

2    doesn't allow a witness to testify as to the contents of

3    images that he or she -- like if those images are not being

4    presented.

5          Second, this has not been on the government's

6    exhibit list and this is the first time we're hearing about

7    it today is that they intend to get into the contents of

8    these photos that aren't on the exhibit list.

9          Third, just to -- well, this is not an objection

10   except to correct the record with respect to -- this hasn't

11   come up before.  This has not come up in any other pretrial

12   conference so we're just addressing this on the fly.

13         But my understanding is that it is an evidentiary

14   issue for a witness to talk about something when there's a

15   photo that exists and it's not being presented.

16         I also think there's a relevance issue.

17         THE COURT:  Well, but the problem is that the

18   government is willing to proffer the photograph if your

19   argument is that the best -- it violates the best evidence

20   rule.  You know, the government is not seeking to offer the

21   photograph.

22         I think the purpose behind the government's

23   reference at this point is to demonstrate that the camera

24   was used to take other pictures as well and that certain

25   images that were taken in that camera were deleted.

1           That's the point of the government's, I guess,

2     reference.  I presume that's correct.

3           MS. ALLSOP:  Yes, Your Honor.  Thank you.

4           MS. RIVERA:  I understand in terms of -- to the

5     extent that the Court would overrule any objections or allow

6     this evidence in, I think the appropriate given --

7           THE COURT:  Well, let me put it this way.  It

8     seems to me the easier way to do it is just simply ask the

9     witness whether other images that were at one point in time

10    taken and removed from the -- I guess the CD -- in other

11    words, images that were taken from the cameras in that

12    bathroom that were deleted.

13          So I would allow that.  But then I don't think we

14    need to get into, you know, what she looked at, et cetera,

15    et cetera, *per se.*  But whether or not she was shown -- or

16    she saw images that were recovered that were deleted.

17          MS. RIVERA:  I think that's agreeable for the

18    defense, Your Honor.  If I could just -- if during this

19    break if we could just confirm that, well, that's agreeable,

20    Your Honor.

21          THE COURT:  You talk with the government and see

22    if that, in fact, is what is transpiring.  Okay?  I leave it

23    up to you and you guys will come back in ten minutes.

24          MS. RIVERA:  Thank you, Your Honor.

25                        *(Recess.)*

*Day 2 of Jury Trial, May 17, 2023*

1        *(The following was held outside the jury's presence:)*

2              THE CLERK:  Please remain seated and come to

3        order.

4              THE COURT:  Anything I need to do before I bring

5        the jury back in?

6              MS. ALLSOP:  Yes, Your Honor.

7              To the extent that the defense continues to object

8        under the best evidence rule, the government has been

9        prepared to show them the images.

10             They have, I guess at this point, declined to

11       review them but the government can admit those images.

12             THE COURT:  I thought at this point in time that

13       the defense is not making a best evidence rule objection at

14       this point.

15             MS. RIVERA:  Your Honor, I understood that the

16       Court had sort of instructed the parties that the

17       compromised position was that the government could elicit

18       testimony that there were deleted images.

19             We have not -- again, part of the reason we're

20       objecting is these have never been on the government's

21       exhibit list so we heard about them the first time.

22             We have not viewed them.  We were over here at

23       government counsel table asking to review them.

24             THE COURT:  Well, let me put it this way.  I

25       presume the defense understood that there are other images

335

1    that are on the devices that were obtained; that the

2    government was limiting the images that they were intending

3    to use to certain ones so, obviously, there are other images

4    that were on there.

5            So I presume that you were aware of that fact.

6            MS. RIVERA:  Of course, Your Honor, yes, we were

7    aware there were hundreds or -- I don't know -- thousands of

8    images on the devices.

9            What I'm saying, Your Honor, is that with respect

10   to these images which depict -- my understanding is they

11   depict Mr. Stella's wife and son using the bathroom --

12           THE COURT:  Yes.

13           MS. RIVERA:  -- and they were deleted.

14           THE COURT:  Yes.

15           MS. RIVERA:  With respect to those, we've never

16   been provided with these on the Government's Exhibit List or

17   been notified that the government intended to rely on them

18   in their case-in-chief in any way so it's a bit of trial by

19   surprise here.

20           THE COURT:  Well, let me hear a response from the

21   government.

22           MS. ALLSOP:  Your Honor, these images were already

23   produced and made available to the defense in the sense that

24   we fulfilled our Rule 16 obligations.

25           I believe the defense has had three separate

1    reviews of the evidence in this case; the digital evidence

2    in this case.  They would have been able to see these

3    images.

4            The government is not aware of any rule, law,

5    statute, that requires us to tell the defense about, you

6    know, certain testimony that we may be eliciting about

7    exhibits that we don't intend on admitting but --

8    particularly when the underlying documents have been

9    produced in discovery.

10           THE COURT:  I think that maybe the defendant's

11   real objection, if I try to crystalize it, is the fact that

12   maybe the government had never informed the defense.  Maybe

13   you didn't and I just -- I'm not aware of it.

14           But the government never informed the defense that

15   there were deleted images that the government was going to

16   reference.

17           MS. ALLSOP:  Your Honor, from my understanding,

18   when the defense did their review, they were given an Excel

19   sheet which I believe actually exceeded our discovery

20   obligations which showed them very specifically which images

21   were deleted, which ones were not.  And they were able to

22   use that --

23           THE COURT:  And so the government did show them --

24           MS. ALLSOP:  They were able -- yes, yes.

25           THE COURT:  -- a list of the deleted exhibits.

337

```
 1              MS. ALLSOP:  And they were able to see them.

 2              THE COURT:  Well, if that was the case then, let's

 3     put it this way.  We just want to finalize what we're going

 4     to do.  I mean, I've indicated I will allow the government

 5     to question the witness briefly about the fact that there

 6     other photographs taken, you know, from the cameras in the

 7     bathroom and that there are certain images that were deleted

 8     from them that did not involve Minor Victims 1 through 3.

 9              MS. ALLSOP:  May I just read the questions that I

10     intend to ask, Your Honor?

11              THE COURT:  Sure.

12              MS. ALLSOP:  All right.  It was:  Did the

13     defendant delete any images of other individuals naked when

14     using the upstairs bathroom?  And who did he delete images

15     of?

16              MS. RIVERA:  I'll withdraw the objection then,

17     Your Honor.

18              THE COURT:  Okay.  That's fine.

19              MS. ALLSOP:  Thank you.

20              THE COURT:  Let me have the witness back on the

21     witness stand and let me have the clerk bring in the jury.

22                  (Pause in the proceedings.)

23              THE CLERK:  All rise for the jury.

24              (The jurors entered the courtroom.)

25              THE CLERK:  You may be seated.
```

338

1              THE COURT:  All right.

2              We'll continue with the examination.

3    BY MS. ALLSOP:

4    Q.    Special Agent Scott, earlier you testified that Special

5    Agent Parker had located certain deleted images on an SD

6    card in the defendant's backpack; is that correct?

7    A.    That's correct.

8    Q.    And also that Special Agent Parker had shown those

9    images to you?

10   A.    Yes.

11   Q.    And that you had reviewed them?

12   A.    Yes.

13   Q.    And based on your review, do you know if the defendant

14   deleted any images of other individuals naked while in the

15   upstairs bathroom?

16   A.    Yes.

17   Q.    And who did he delete images of?

18   A.    His oldest son Dylan Stella and Rachel Stella.

19   Q.    And who is Rachel Stella?

20   A.    His wife.

21   Q.    And, Special Agent Scott, earlier you also testified

22   that you were present during the search of the defendant's

23   home on July 15, 2021?

24   A.    Yes.

25   Q.    And in your capacity as case agent, are you aware of

*Day 2 of Jury Trial, May 17, 2023*

1    what devices were found during that search?

2    A.    Yes, I am.

3    Q.    And do you know if HSI located any other hidden cameras

4    inside of the defendant's home?

5    A.    Yes, they did.

6    Q.    How many?

7    A.    Two other cameras.

8    Q.    Where?

9    A.    There was a camera hidden inside the smoke detector in

10   minor M.S.'s bedroom and a wi-fi camera digital clock in

11   Mr. Stella's office.

12   Q.    And did HSI locate any other cameras that were hidden

13   inside of the Stella home?

14   A.    No.

15   Q.    Are you aware of any devices that were found on the

16   Stella property generally so outside of the home?

17   A.    Yes.

18   Q.    And do you know if HSI located any other camera

19   equipment on the defendant's property?

20   A.    Yes.

21   Q.    And what did they locate?

22   A.    There was a visible security camera above the garage, a

23   Ring doorbell camera on the front door and back door, and

24   then surveillance-type cameras in the shed in the backyard.

25   Q.    And the cameras that you just referenced, were those

1    visible or hidden?

2    A.    The security cameras were visible.

3    Q.    And are there any other camera -- is there any other

4    camera equipment that was located on the defendant's

5    property?

6    A.    Just the surveillance-type cameras in the shed in the

7    backyard.

8    Q.    Do you know who those cameras belonged to?

9    A.    They belonged to Mr. Stella.

10    Q.    How do you know they belonged to him?

11    A.    He told us in his interview.

12    Q.    Do you know how many people were living in the

13    defendant's home in 2018?

14    A.    Yes, I do.

15    Q.    How many people were living there?

16    A.    There were five people living in the home.

17    Q.    Who were they?

18    A.    Mr. Stella, his wife Rachel Stella, his two sons Dylan

19    and Justin Stella, and his minor daughter M.S.

20    Q.    Do you know if each of those individuals, with the

21    exception of the defendant and his wife, had their own

22    separate bedrooms?

23    A.    Yes.

24    Q.    And did HSI locate any hidden cameras in the

25    defendant's bedroom?

341

1    A.    No.

2    Q.    Did HSI locate any hidden camera in either of his sons'

3    bedrooms?

4    A.    No.

5    Q.    Did HSI locate any hidden cameras inside the home

6    anywhere else than the places you've already testified to?

7    A.    Not to my knowledge.

8    Q.    So earlier you testified that there was a hidden camera

9    in the smoke detector in M.S.'s room; is that right?

10   A.    That is correct.

11   Q.    Did you look at the smoke detector?

12   A.    Yes, I did.

13   Q.    And based on reviewing it and looking at it, do you

14   believe that you're knowledgeable of its functional

15   capabilities?

16   A.    As far as detecting smoke, it was not functional.

17   Q.    So you testified that as far as detecting smoke it

18   wasn't functional.  What does that mean?

19   A.    So the camera inside was functional but there were no,

20   from what I could tell, smoke-detecting parts.

21   Q.    So, basically, it was hollowed out and just fitted with

22   a camera?

23   A.    Yes.  Inside the piece that you take down when like you

24   need to change the battery.

25   Q.    Earlier you testified that you were present at the

342

1    search warrant and you walked around the defendant's home;

2    is that right?

3    A.    Yes.

4    Q.    Did you see any other smoke detectors when you were

5    walking around the defendant's home?

6    A.    Yes.

7    Q.    Did the smoke detectors that you saw look like the

8    smoke detector in M.S.'s bedroom?

9    A.    Yes.

10   Q.    Based on your review of those cameras and seeing those

11   cameras, do you believe that those smoke detectors were

12   hollowed out and fitted with cameras?

13   A.    No.

14   Q.    Special Agent Scott, can you please locate what has

15   been marked for identification purposes as Government's

16   Exhibits 14, 15, and 16 in the binder in front of you.

17   A.    *(Witness complies.)*

18   Q.    And do you recognize these documents?

19   A.    Yes, I do.

20   Q.    What are they?

21   A.    They are photographs of M.S.'s room with the smoke

22   detector above her door.

23   Q.    And how do you recognize these documents?

24   A.    I was present for the search warrant and also have

25   reviewed these images as part of my duties as case agent.

1   Q.   And earlier you testified that you were in M.S.'s room

2   and you saw the smoke detector in her room; is that right?

3   A.   Yes, I did.

4   Q.   And are these photographs a fair and accurate depiction

5   of her room and the smoke detector inside of it?

6   A.   Yes, they are.

7             MS. ALLSOP:  Your Honor, at this time the

8   government moves to admit Government's Exhibit 14, 15, and

9   16.

10            THE COURT:  All right.  Any objection?

11            MS. RIVERA:  No objection.

12            THE COURT:  All right.  They are admitted.

13       *(Exhibit 14, 15 and 16 received in evidence.)*

14            MS. ALLSOP:  Your Honor, may I please have

15  permission to publish Government's Exhibits 14 and 15?

16            THE COURT:  All right.

17            *(The exhibit was displayed on the screen.)*

18  BY MS. ALLSOP:

19  Q.   First, Government's Exhibit 14.  Special Agent Scott,

20  can you please direct the jury to where the smoke detector

21  is.

22  A.   Right there where the zoomed-in, just above the doorway

23  facing the bed.

24            MS. ALLSOP:  And I'm now -- Your Honor, may I also

25  please have permission to publish Government's Exhibit 16.

344

```
 1                THE COURT:  All right.
 2                MS. ALLSOP:  And I'm now showing you Government's
 3    Exhibit 16.
 4                (The exhibit was displayed on the screen.)
 5                MS. ALLSOP:  That is 17.
 6                (The exhibit was displayed on the screen.)
 7                MS. ALLSOP:  There you go.
 8    Q.   And earlier you testified that the camera was inside of
 9    the smoke detector?
10    A.   Yes.
11    Q.   And can you please direct the jury's attention to sort
12    of where the camera would have been going outside of?
13    A.   The pinhole camera is visible from the outside of the
14    smoke detector right in the middle.
15    Q.   And you've already testified that you reviewed this
16    smoke detector, you're familiar with what was inside of it.
17    Are you familiar with how the camera inside of it
18    functioned?
19    A.   Yes.
20    Q.   And how did it function?
21    A.   The camera was livestreaming remotely to Mr. Stella's
22    phone.
23    Q.   Special Agent Scott, can you please locate what has
24    been marked for identification purposes as Government's
25    Exhibit 17 and 18 in the binder in front of you.
```

1    A.    Yes.

2    Q.    And do you recognize these documents?

3    A.    Yes, I do.

4    Q.    What are thee?

5    A.    Exhibit No. 17 is a screen capture of the application

6    on Mr. Stella's phone that received the livestream from the

7    camera; and Exhibit No. 18 is the view of the bedroom on

8    that application, a thumbnail image.

9    Q.    And how do you recognize these documents?

10   A.    I have reviewed them as part of my duties as case agent

11   and saw the application on the phone.

12            MS. ALLSOP:  And, Your Honor, at this time the

13   government moves to admit Government's Exhibit 17 and 18.

14            THE COURT:  All right.  Any objection?

15            MS. RIVERA:  No objection, Your Honor.

16            THE COURT:  All right.  They're admitted.

17        *(Exhibit 17 and 18 received in evidence.)*

18            MS. ALLSOP:  Your Honor, may I please have

19   permission to publish Government's Exhibit 17?

20            THE COURT:  All right.

21            *(The exhibit was displayed on the screen.)*

22   BY MS. ALLSOP:

23   Q.    Special Agent Scott, can you please direct the jury's

24   attention to the livestreaming portion from M.S.'s room?

25   A.    The first camera in the first row is showing the

1    picture of M.S.'s bedroom as the thumbnail.

2            *(The exhibit was displayed on the screen.)*

3            THE WITNESS:  And that would be the livestream to

4    his phone.

5    BY MS. ALLSOP:

6    Q.   And, Special Agent Scott, is there another portion

7    below that active livestream?

8    A.   It appears there's another camera connected to this

9    application but there's no thumbnail visible.

10   Q.   And because there is no thumbnail visible, would that

11   mean that there was no live feed at the moment?

12   A.   At the moment it was not active; correct.

13           MS. ALLSOP:  And, Special Agent Scott, I now would

14   like to turn your attention to Government's Exhibit 18.

15           Your Honor, do I have permission to publish?

16           THE COURT:  Yes.

17           MS. ALLSOP:  Thank you.

18           *(The exhibit was displayed on the screen.)*

19   BY MS. ALLSOP:

20   Q.   And is this a photograph of M.S.'s room taken from the

21   livestream?

22   A.   Yes, it is.

23   Q.   Special Agent Scott, in your capacity as case agent,

24   have you reviewed a multitude of evidence in this case?

25   A.   Yes, I have.

1    Q.    And based on your review of the evidence, do you

2    believe that you know who set up the camera in M.S.'s

3    bedroom?

4    A.    Yes, I do.

5    Q.    And who do you believe that person is?

6              MS. RIVERA:  Objection.  Calls for speculation.

7              THE COURT:  I'll allow the response but you need

8    to lay a foundation.

9    BY MS. ALLSOP:

10   Q.    Have you reviewed any photographic or video evidence

11   that shows somebody setting up the camera?

12   A.    Yes, I have.

13   Q.    And based on that video and photographic evidence, who

14   set up the camera?

15   A.    Mr. Stella.

16   Q.    Special Agent Scott --

17             MS. ALLSOP:  With the Court's permission, may my

18   colleague please approach Special Agent Scott to show her

19   Government's Exhibit 19 and 20?

20             THE COURT:  All right.

21             *(Pause in the proceedings.)*

22   BY MS. ALLSOP:

23   Q.    Special Agent Scott, my colleague has shown you what

24   has been marked for identification purposes as Government's

25   Exhibit 19 and 20.  Do you recognize those items?

1   A.   Yes, I do.

2   Q.   What are they?

3   A.   They are both videos taken from the livestream smoke

4   detector camera of Mr. Stella setting up and adjusting the

5   camera.

6   Q.   And how do you recognize these two videos?

7   A.   I have reviewed them as part of my duties as the case

8   agent.

9           MS. ALLSOP:  Your Honor, at this time the

10   government moves to admit Government's Exhibit 19 and 20.

11           MS. RIVERA:  No objection.

12           THE COURT:  All right.  They're admitted.

13       (Exhibit 19 and 20 received in evidence.)

14           MS. ALLSOP:  Your Honor, does the government have

15   permission to publish both videos?

16           THE COURT:  Yes.

17           MS. ALLSOP:  First I will play Government's

18   Exhibit 19.

19       (The exhibit was displayed on the screen.)

20   BY MS. ALLSOP:

21   Q.   And, Special Agent Scott, do you know what date on

22   which this video was taken?

23   A.   Yes.

24           MS. ALLSOP:  And if you can pull up Exhibit 19

25   again, please.

349

1          *(The exhibit was displayed on the screen.)*

2     BY MS. ALLSOP:

3     Q.    On what date?

4     A.    July 20th, 2019.

5     Q.    And would this be after these images of M.S., M.K., and

6     N.E. were made?

7     A.    Yes.

8              MS. ALLSOP:   Now, I'm showing you Government's

9     Exhibit 20.

10             *(The exhibit was displayed on the screen.)*

11    BY MS. ALLSOP:

12    Q.    And, Special Agent Scott, do you know what time or on

13    what date this video was recorded?

14    A.    This was also recorded on July 20th, 2019.

15    Q.    And earlier you testified that Special Agent Parker has

16    shown you videos and images that were extracted in the

17    defendant's devices; is that correct?

18    A.    Yes.

19    Q.    And were these two videos among those that you were

20    shown by Special Agent Parker?

21    A.    Yes, they were.

22    Q.    Do you know where Special Agent Parker found those two

23    videos?

24    A.    Yes.

25    Q.    And where did he find them?

1    A.    May I refresh my memory?

2                    *(Pause in the proceedings.)*

3    BY MS. ALLSOP:

4    Q.    Has your memory been refreshed?

5    A.    Yes.

6    Q.    Do you know where Special Agent Parker found the two

7    videos that we've just played for the jury?

8    A.    I believe they were on the SD card.

9    Q.    And earlier you testified that you viewed video and

10   stills in this case.  Have you reviewed any videos and

11   stills in this case that show someone manipulating the USB

12   bathroom camera?

13   A.    Yes.

14   Q.    And who is the person depicted in those images

15   manipulating the camera?

16   A.    Mr. Stella.

17   Q.    Special Agent Scott, can you please locate in the

18   binder next to you Government's Exhibit 24, 25, 26, and 27.

19   A.    Okay.

20   Q.    And do you recognize these items?

21   A.    Yes.

22   Q.    What are they?

23   A.    They are images of Mr. Stella's hand adjusting the

24   camera in the bathroom.

25   Q.    And how do you recognize them?

1  A.    I have reviewed them as part of my duties as the case

2  agent.

3             MS. ALLSOP:  Your Honor, at this time the

4  government would move to admit Government's Exhibits 24, 25,

5  26, and 27.

6             THE COURT:  Any objection?

7             MS. RIVERA:  No objection.

8             THE COURT:  All right.  They're admitted.

9     *(Exhibit 24, 25, 26, and 27 received in evidence.)*

10            MS. ALLSOP:  Your Honor, permission to publish?

11            THE COURT:  Yes.

12  BY MS. ALLSOP:

13  Q.   Special Agent Scott, first I'd like to pull up

14  Government's Exhibit 27.

15            *(The exhibit was displayed on the screen.)*

16  BY MS. ALLSOP:

17  Q.   Do you know on what date this video or this still was

18  taken?

19  A.   This was taken on May 17th, 2018.

20  Q.   And is this before or after the images of M.S., M.K.,

21  and N.E. were created?

22  A.   This is after.

23  Q.   And earlier you testified that you believe this is the

24  defendant's hand in the still?

25  A.   Yes.

352

1  Q.    Why do you believe it's the defendant's hand?

2  A.    This is the arm of a fully grown adult male.  Having

3  met the other individuals in the home, it appears to be

4  Mr. Stella's arm; and in one of the other images you can see

5  his wedding ring.

6            MS. ALLSOP:  And if can we pull up Government's

7  Exhibit 24.

8            *(The exhibit was displayed on the screen.)*

9  BY MS. ALLSOP:

10  Q.    And do you know on what date this image was taken?

11  A.    Also May 17th, 2018.

12            MS. ALLSOP:  And if we could please pull up

13  Government's Exhibit 25.

14                *(Government counsel conferred.)*

15            *(The exhibit was displayed on the screen.)*

16  BY MS. ALLSOP:

17  Q.    Special Agent Scott, do you know what the timestamp

18  says as far as when this picture was taken?

19  A.    This is April 4th, 2018, at 1951 which would be

20  7:51 p.m.

21  Q.    And is this between the time that the images of M.S.,

22  M.K., and N.E. were taken?

23  A.    Yes, it.

24            MS. ALLSOP:  And finally Government's Exhibit 25.

25            *(The exhibit was displayed on the screen.)*

*Day 2 of Jury Trial, May 17, 2023*

1    BY MS. ALLSOP:

2    Q.    Do you know what the timestamp was as far as when this

3    image was taken?

4    A.    Yes.  Also on April 4th, 2018, around 7:51 p.m.

5    Q.    And so, Special Agent Scott, in your capacity as case

6    agent, have you looked at the USB camera that was placed in

7    the bathroom?

8    A.    Yes, I have.

9    Q.    And based on your review of it, are you familiar with

10   how the defendant may have extracted images from that USB?

11   A.    Yes, I am.

12   Q.    How?

13   A.    It has a micro SD card slot so the images could have

14   been saved on a micro SD card and moved with an adapter to

15   another device.  It also may have been wi-fi enabled and

16   there is a USB port on the top.

17   Q.    And how would you have extracted images using the USB

18   port on the top?

19   A.    If it was able to be extracted that way, you could plug

20   in an external hard drive and bring the images out that way.

21   Q.    And, Special Agent Scott, can you please pick up the

22   item, which should be up there with you, marked as

23   Government's Exhibit 31 for identification purposes.

24   A.    *(Witness complies.)*

25   Q.    Do you recognize this item?

1    A.    Yes, I do.

2    Q.    And what is it?

3    A.    It is a micro SD card from Mr. Stella's backpack and

4    the adapter that it was in.

5    Q.    And briefly just for the jury's edification, can you

6    please describe what you mean when you say "SD adapter" and

7    then "micro SD"?

8    A.    "Micro SD" is a really tiny piece of storage media, and

9    the adapter actually looks like what most people think an SD

10   card is so it's a little bit larger.

11         So the mini SD card goes inside the adapter which

12   then goes into a device to read it or another adapter to

13   plug it into a device to read it.

14   Q.    And so what exactly would have gone into the USB

15   camera?  Would it the micro SD or the camera?

16   A.    The micro SD, the little one.

17   Q.    And so, Special Agent Scott, turning back to

18   Government's Exhibit 31, how do you recognize it?

19   A.    I recognize this because I've reviewed them as part of

20   my duties as the case agent and I was there when they were

21   seized.

22         MS. ALLSOP:  Your Honor, at this time the

23   government moves to admit Government's Exhibit 31.

24         THE COURT:  Any objection?

25         MS. RIVERA:  No objection.

```
 1              THE COURT:  It's admitted.

 2              (Exhibit 31 received in evidence.)

 3              MS. ALLSOP:  I am now showing you Government's

 4   Exhibit 32 previously admitted into evidence.

 5              (The exhibit was displayed on the screen.)

 6   BY MS. ALLSOP:

 7   Q.   And, Special Agent Scott, can you now sort of point out

 8   where the -- is this the micro SD and the adapter that you

 9   just testified about?

10   A.   Yes.  The micro SD is inside that adapter.

11              MS. ALLSOP:  Your Honor, may I please have one

12   moment?

13              THE COURT:  All right.

14                  (Government counsel conferred.)

15              MS. ALLSOP:  No further questions at this time,

16   Your Honor.

17              THE COURT:  All right.

18              Cross?

19              MS. RIVERA:  No cross, Your Honor.

20              THE COURT:  No cross?

21              You may be excused.  Thank you very much.

22              THE WITNESS:  Thank you.

23              THE COURT:  The next government witness.

24              MS. RICHMOND:  The government calls to the stand

25   Special Agent David Parker.  He's in the witness room.  May
```

1    I go get him?

2              THE COURT:  Yes.

3              MS. RICHMOND:  Thank you.

4         May I remove my mask?

5              THE COURT:  Yes.

6              MS. RICHMOND:  Thank you.

7                   (Pause in the proceedings.)

8         **DAVID PARKER, GOVERNMENT'S WITNESS, SWORN**

9              THE CLERK:  Stop there.  Raise your right hand.

10        Do you solemnly swear that the testimony you are

11   about to give in the cause now pending before this Court

12   shall be the truth, the whole truth, and nothing but the

13   truth, so help you God?

14             THE WITNESS:  I do.

15             THE CLERK:  Thank you.  Please have a seat.

16        State your name and spell your last name for the

17   record.

18             THE WITNESS:  Parker, P-a-r-k-e-r.

19                   **DIRECT EXAMINATION**

20   BY MS. RICHMOND:

21   Q.   Good morning.  Agent Parker, what do you do for work?

22   A.   I'm a special agent with Homeland Security

23   Investigations.

24   Q.   How long have you been a special agent?

25   A.   Since 2004, a little over 19 years.

1  Q.    What's your current position?

2  A.    I'm currently a computer forensic agent.

3  Q.    What is that?

4  A.    Computer forensic agent, we are responsible for

5  acquiring forensic evidence, analyzing that evidence with

6  forensic tools and then documenting all of that in reports.

7  Q.    How long have you been doing that?

8  A.    Since 2018 so just over five years.

9  Q.    About how many forensic examinations on digital devices

10 do you think you've done?

11 A.    Several hundred.

12 Q.    On what kinds of devices?

13 A.    Computers, hard drives, smartphones, tablets, laptops,

14 standalone, thumb drives, those kinds of things.

15 Q.    In addition to your work experience, have you received

16 any other types of training?

17 A.    I have.

18 Q.    Like courses?

19 A.    I have, yes.

20 Q.    From where?

21 A.    I attended a six-week course put on by HSI called the

22 Basic Computer Evidence Recovery Training Program.  I also

23 have certification -- or I also have various certifications

24 as well.

25 Q.    How long was that training from HSI?

1    A.    That was six weeks.

2    Q.    When did you take that training?

3    A.    That was in 2018.

4    Q.    What did you study there?

5    A.    We learned how to forensically acquire data from

6    evidence and use forensic tools to analyze that data.

7    Q.    Did you receive training in any specific programs

8    during that course?

9    A.    We did.  We used -- we learned how to use programs

10   called -- one's called EnCase.  It's also known called FTK,

11   Griffeye, and Cellebrite mobile forensic tools as well.

12   Q.    Just generally speaking, what do those programs do?

13   A.    They're used for -- used for either acquiring forensic

14   data but also mostly they're used for an analysis of

15   forensic data.

16   Q.    Do you hold any certifications?

17   A.    I do.

18   Q.    What kinds?

19   A.    I have four certifications from GIAC.  GIAC is a

20   cybersecurity certification organization for the SANS

21   Institute.

22         SANS is a private-sector organization that

23   provides specialized training and cybersecurity disciplines

24   including digital forensics.

25         The certifications I have, I have one in Windows

1    Forensics, I have one in Advanced Incident Response, I have

2    another in Advanced Smartphone Forensics, and then one in

3    Reverse Engineering Malware.

4    Q.   Do you hold other certifications?

5    A.   I also have a certification in -- from Cellebrite which

6    is a manufacturer and developer of mobile forensic tools,

7    and I also have a certification from CompTIA which is a

8    professional organization that provides training and

9    certifications for the IT industry.

10          From CompTIA, I also have the A-plus certification

11   which is a basic IT certification that I received in 2017.

12   Q.   Before these certifications, did you receive an

13   educational degree?

14   A.   I did, yes.

15   Q.   From where?

16   A.   I have a Bachelor of Science Degree in Electrical

17   Engineering from Cal Poly, San Luis Obispo.

18   Q.   When did you get that?

19   A.   That was in 2000.

20   Q.   After that but before working at HSI, did you work

21   anywhere else?

22   A.   Yes, I did.

23   Q.   Where did you work?

24   A.   I worked for a company called Maxim Integrated

25   Products.  It's a -- they're a semiconductor company up in

1    the Bay area.  They manufacture and -- they design and

2    manufacture integrated circuits, also referred to as like

3    microchips.

4    Q.    When did you work there?

5    A.    That was from 2000 to 2003.

6    Q.    What did you do there?

7    A.    I was an associate business manager.  My duties

8    included meeting with customers, learning what the

9    requirements were for their designs, and then bringing that

10   information back to Maxim to be considered for new product

11   development.

12   Q.    Apart from your digital forensic training, are you

13   aware of HSI's procedures for computer forensic agents

14   regarding data extraction?

15   A.    Yes.

16   Q.    How?

17   A.    I received all that training at the -- the six-week HSI

18   course that I talked about earlier.

19          MS. RICHMOND:  Your Honor, the government moves to

20   qualify Agent Parker as a digital forensic expert and admit

21   the following testimony as expert testimony.

22          THE COURT:  Any objection?

23          MR. MANI:  No objection.

24          THE COURT:  All right.

25          He's admitted as an expert.

1  BY MS. RICHMOND:

2  Q.    Did you review evidence in association with this case?

3  A.    I did.

4  Q.    During your review of that evidence, which we are about

5  to discuss, were you in compliance with the procedures

6  you've just mentioned?

7  A.    Yes.

8  Q.    How did you receive the evidence in this case?

9  A.    I received the evidence from the evidence custodian at

10  HSI Northridge office; and when I received the evidence, I

11  transported it up to the HSI Camarillo office where it was

12  stored in the evidence vault up there.

13  Q.    Why do you keep evidence in an evidence vault?

14  A.    The evidence vault is where we maintain all evidence

15  and it has limited access that only myself and the evidence

16  custodians have access to.  It's to protect the integrity of

17  the evidence.

18  Q.    Did you check out a number of devices?

19  A.    I did.

20  Q.    Did those devices include Line Item 6?

21  A.    Yes.

22  Q.    What is that?

23  A.    It's a Western Digital Passport external USB drive.

24  Q.    Is the serial number WX41E34D3202?

25  A.    Yes.

362

1    Q.    Did you also check out Line Item 10?

2    A.    I did.

3    Q.    What was that?

4    A.    It was another Western Digital USB external drive.

5    Q.    Was it serial number WXM1E83NVZ10?

6    A.    Yes, that's it.

7    Q.    Did you also check out evidence Item 8?

8    A.    I did.

9    Q.    What was that?

10   A.    That was a Fuji Film micro SD card.

11   Q.    And just to be clear, those three devices are the only

12   ones we're talking about today?

13   A.    Yes.

14   Q.    Let's start with Line Item 6 which is the passport

15   drive ending in -3202.

16   A.    Okay.

17   Q.    Do you see what's been marked as Government's Exhibit 7

18   sitting up there with you on the stand?

19   A.    Yes.

20   Q.    Can you please take a second to examine it; and when

21   you're done, set it down and look back up at me.

22   A.    *(Witness complies.)*

23   Q.    Is Government's Exhibit 7, Line Item 6, which is the

24   passport drive ending in -3202?

25   A.    It is.

*Day 2 of Jury Trial, May 17, 2023*

1    Q.    What's the first step you took in examining that

2    device?

3    A.    I used a forensic imager to create a forensic image of

4    the data on the drive.

5    Q.    What is a forensic image?

6    A.    A forensic image is a bit-by-bit direct copy of all of

7    the data on a physical storage device.

8    Q.    What does that mean exactly?

9    A.    So it's an exact duplicate of all of the data that was

10   on that drive, and the forensic imager is a piece of

11   hardware that creates that image for you.

12   Q.    Once you had that image, what did you do with it?

13   A.    I used a piece of software, a forensic application

14   called Griffeye, to process the data in the image.  Griffeye

15   is an application that's optimized for reviewing large

16   volumes of images and videos.

17   Q.    What did you do after that?

18   A.    After I processed it with Griffeye, I provided it -- I

19   made it available to Agent Scott for her to review for

20   evidence.

21        MS. RICHMOND:  The government moves to admit

22   Government's Exhibit 7 which was previously conditionally

23   admitted during Agent Scott's testimony.

24        THE COURT:  All right.  Is there any objection?

25        MR. MANI:  No objection.

*Day 2 of Jury Trial, May 17, 2023*

364

```
 1              THE COURT:  Admitted.
 2                 (Exhibit 7 received in evidence.)
 3   BY MS. RICHMOND:
 4   Q.   Let's move on to Line Item 10 which is the passport
 5   drive ending in -VZ10.  Did you do the same process as you
 6   just described on that drive?
 7   A.   I did, yes, except for I used -- the only difference is
 8   I used a different model forensic imager when I created that
 9   image.
10   Q.   Does it do the same thing?
11   A.   It does the same thing.
12   Q.   Did you provide the process data in Griffeye to Agent
13   Scott again?
14   A.   I did.
15              MS. RICHMOND:  The government moves to admit
16   Government's Exhibit 8 which was previously conditionally
17   admitted during Agent Scott's testimony.
18              THE COURT:  Any objection?
19              MR. MANI:  No objection.
20              THE COURT:  Admitted.
21                 (Exhibit 8 received in evidence.)
22   BY MS. RICHMOND:
23   Q.   I believe I just said "8."  I meant the same line --
24   no, Exhibit 8 is correct.
25              Let's move on to Line Item 8 which is the micro SD
```

1  card.  What is a micro SD card?

2  A.   A micro SD card is a -- "SD" stands for secured

3  digital.  It's a flash memory storage device typically used

4  in portable electronics like digital cameras, smartphones,

5  that kind of thing.

6  Q.   What did you do once you had it?

7  A.   I took the micro SD card and connected it to my

8  forensic workstation via a hardware write blocker; and a

9  write blocker is a device that we use that prevents the

10 computer that I connected the SD card to from writing

11 anything to the SD card; and this is done to protect the --

12 or preserve the integrity of the data on the SD card.

13 Q.   What did you do next?

14 A.   I used another forensic application called X-ray

15 Forensics to create a forensic image of all the data on the

16 SD card.

17 Q.   Did you do something after you created the image?

18 A.   I did.  I actually -- I searched the -- I actually used

19 X-ray Forensics forensics tool to search for deleted files.

20 Q.   Did you find any?

21 A.   Yes.

22 Q.   What did you do with those files?

23 A.   With those particular files, I exported them out and

24 processed them with Griffeye again for the same reason for

25 Agent Scott to review.

1    Q.   Did you process anything else in Griffeye?

2    A.   I processed the full extraction -- or excuse me -- the

3    full image from the SD card as well.

4    Q.   Did you give that extraction to Agent Scott as well for

5    her review?

6    A.   Yes.  She received both the deleted files and the full

7    extraction.

8             MS. RICHMOND:  The government moves to admit

9    Government's Exhibit 31 which was previously conditionally

10   admitted during Agent Scott's testimony.

11            THE COURT:  Any objection?

12            MR. MANI:  No objection, Your Honor.

13            THE COURT:  All right.

14            *(Exhibit 31 received in evidence.)*

15   BY MS. RICHMOND:

16   Q.   Going back for a second, how do you find deleted files?

17   A.   To explain how we find deleted files, I'd like to use

18   an analogy to help the members of the jury to understand.

19            So you can -- you can think of all of the -- think

20   of all of the files on a drive like they're organized like a

21   book.

22            Every file has an entry in the table of contents

23   and in every entry there's a file name and the page in the

24   book where that file is located.

25            So when a file is deleted, the entry in the table

1    of contents is removed but the page in the book where the

2    file is, is not ripped out.

3              That page becomes unnumbered.  So you can think of

4    the page number as being removed but the data for that

5    deleted file is still there.

6              So in the computer's operating system, it treats

7    these unnumbered pages as a place to write new files but

8    that doesn't necessarily happen right away.

9              So until the new files are actually written to

10   that unnumbered page, forensic tools are able to go in and

11   actually recover that deleted data, that deleted file.

12   Q.   After having done the processes you described on those

13   three devices, you testified that you gave the processed

14   data in Griffeye to Agent Scott?

15   A.    Correct.

16   Q.   And you testified she used Griffeye to identify images

17   and videos that were evidence?

18   A.    She did.

19   Q.   Did you do something after that?

20   A.    So after she finished her review of all the devices and

21   she's identified everything for -- as far as her evidence

22   goes, I extracted -- I gave her a copy of all of those files

23   that she identified and I created spreadsheets that could be

24   used as a reference index for referencing any -- all the

25   file details about those files that I gave her.

368

1         So the spreadsheets contained information about

2    like including the file names, file path, the device from

3    which the file came from, and other information.

4    Q.   There's a binder up there with you on the stand.

5    A.   Yes.

6    Q.   Would you please flip to Tab 30, examine what's behind

7    it; and when you are done doing that, please look back up at

8    me.

9    A.   *(Witness complies.)*

10   Q.   There's a claw on the top.  If you take it off, the

11   whole document will open.

12   A.   Yes, I see it.

13   Q.   Do you recognize that?

14   A.   I do.

15   Q.   What is it?

16   A.   That's a copy of one of the spreadsheets I created.

17        MS. RICHMOND:  Your Honor, the government moves to

18   admit the clip we spoke of -- or the selection we spoke

19   about at sidebar from Government's Exhibit 30 which was

20   previously conditionally admitted during Agent Scott

21   testimony.

22        THE COURT:  All right.  Any objection?

23        MR. MANI:  No objection.

24        THE COURT:  All right.  It's admitted.

25        *(Exhibit 30 received in evidence.)*

*Day 2 of Jury Trial, May 17, 2023*

1    BY MS. RICHMOND:

2    Q.    Do you create the same kind of spreadsheet for the

3    child pornography files in this case?

4    A.    I did, yes.

5    Q.    Can you please turn to Government's Exhibit -- the tab

6    for -- look behind it; and when you're done looking behind

7    it, please look back up at me.

8    A.    *(Witness complies.)*

9    Q.    What is that?

10   A.    This is a copy of the spreadsheet created of the child

11   pornography.

12           MS. RICHMOND:  Your Honor, the government moves to

13   admit the selection from that exhibit which we discussed at

14   sidebar which was previously conditionally admitted during

15   Agent Scott's testimony.

16           THE COURT:  Any objection?

17           *(Defense counsel conferred.)*

18           MR. MANI:  One moment, Your Honor.

19           THE COURT:  All right.

20                   *(Counsel conferred.)*

21           MR. MANI:  No objection, Your Honor.

22           THE COURT:  All right.

23   BY MS. RICHMOND:

24   Q.    I'm going to move to a new topic.

25           Do you have familiarity with digital cameras?

*Day 2 of Jury Trial, May 17, 2023*

370

1   A.   Yes.

2   Q.   What are digital cameras?

3   A.   A digital camera is a digital device that recreates

4   digital images.   Just about every cellphone nowadays has a

5   built-in camera, digital camera.

6   Q.   Today are they widely available for purchase?

7   A.   They are.

8   Q.   Where could you buy one?

9   A.   Amazon for example.

10  Q.   Could the average consumer afford one?

11  A.   Yes.

12  Q.   Have they advanced since first hit the market?

13  A.   They have.

14  Q.   For the average consumer product is the quality of the

15  images high that are produced?

16  A.   They are.

17  Q.   Do digital cameras contain digital components?

18  A.   They do.

19  Q.   Like what?

20  A.   They contain a circuit boards, microchips, lenses, a

21  casing around it.

22  Q.   What is a circuit board made of?

23  A.   A circuit board is made of a substrate that contains

24  like copper traces and microchips and other electronic

25  components soldered to them.

371

1    Q.    Are these boards frequently mass-manufactured?

2    A.    Yes.

3    Q.    Based on your training and experience as you've just

4    described, is there anything you can say about where the

5    majority of digital components and digital cameras are

6    manufactured?

7    A.    The vast majority of them are manufactured outside of

8    the United States.

9    Q.    There is a reason why?

10   A.    Cost.

11   Q.    How rare would it be for a consumer-grade digital

12   camera to be exclusively made with parts manufactured in the

13   Central District of California?

14   A.    I would think incredibly rare.

15   Q.    And the same thing for a camera assembled in the

16   Central District of California?

17   A.    Right, yes.

18   Q.    Have you ever seen one?

19   A.    I've personally never seen one.

20   Q.    Do you know any other forensic examiners who have ever

21   seen one?

22   A.    No.

23   Q.    And is that because such a device would require

24   numerous components and materials to be manufactured in the

25   Central District of California?

```
 1   A.   Yes.
 2   Q.   As well as the final assembly of the device?
 3   A.   Yes.
 4            MS. RICHMOND:  Nothing further, Your Honor.
 5            THE COURT:  All right.
 6            Cross?
 7            MR. MANI:  No cross, Your Honor.
 8            THE COURT:  All right.
 9            This witness is excused.  Thank you very much.
10            THE WITNESS:  Thank you.
11            THE COURT:  Next government witness?
12            MS. RICHMOND:  Your Honor, the next two witnesses
13   are lay witnesses.  May I just confer with the case agent if
14   they're here.
15            THE COURT:  Okay.
16            MS. RICHMOND:  Thank you.
17                 (Pause in the proceedings.)
18            MS. RICHMOND:  I apologize, Your Honor.  These are
19   two lay witnesses who had to drive pretty far distances to
20   get here today and I think they are both in the building and
21   the agents are just going to get them.
22            THE COURT:  They're in the building?
23            MS. RICHMOND:  I know for sure one is and I
24   believe the second one is as well.
25            THE COURT:  Kind of like Elvis is in the building?
```

1           MS. RICHMOND:  We sure hope so.

2                   *(Pause in the proceedings.)*

3           MS. RICHMOND:  Your Honor, my apologies.

4    Apparently they're parking right now.  Do you mind if we

5    break for lunch a little bit early?

6           THE COURT:  Let me ask the jury.  You don't mind,

7    do you?

8           Let's just come back at 1:00 o'clock.  I'll give

9    you a little bit lengthier lunch.

10          We'll come back at 1:00 o'clock.  Remember when

11   you're on these breaks, please do not discuss this case with

12   anyone.  Do not do any independent research and have a

13   pleasant lunch and I'll see you back here at 1:00 o'clock.

14                  *(The jurors exited the courtroom.)*

15             *(At 11:39 a.m., a luncheon recess was taken.)*

16

17

18

19

20

21

22

23

24

25

```
 1   LOS ANGELES, CALIFORNIA; WEDNESDAY, MAY 17, 2023; 1:06 P.M.
 2                            -oOo-
 3      (The following was held outside the jury's presence:)
 4            THE CLERK:  Please remain seated and come to
 5   order.  This United States District Court is again in
 6   session.
 7            THE COURT:  Let me ask counsel.  Anything I need
 8   to do before I bring in the jury?
 9            MS. RICHMOND:  Not from the government, Your
10   Honor.
11            MR. MANI:  Two things, Your Honor.
12            We wanted to note for the record we understand the
13   scope of the testimony from the next two witnesses will be
14   limited to identification and age discussion.
15            Anything beyond that --
16            THE COURT:  Identification and what?
17            MR. MANI:  Identification and the ages of the
18   minors.
19            THE COURT:  Okay.
20            MR. MANI:  And so anything beyond that we would
21   object.  And the second thing --
22            THE COURT:  Let me just stop you.  Let me ask the
23   government.  Is that your intention?
24            MS. RICHMOND:  I apologize, Your Honor.
25            I missed what you said.
```

```
1              THE COURT:  He's indicating that the only purpose
2    of the next two witnesses are for identification purposes
3    and also for age.
4              MS. RICHMOND:  Yes.
5              THE COURT:  Okay.
6              MR. MANI:  And the second thing is we just wanted
7    to note and flag the issue that we intend to make an oral
8    motion at the close of evidence.
9              THE COURT:  That's fine.
10             MR. MANI:  Excuse me.  At the end of the
11   government's case-in-chief.
12             THE COURT:  Okay.  That's fine.
13             MR. MANI:  Thank you.
14             THE COURT:  All right.
15             Anything else?  No?
16             Javier, are all the jurors here?
17             THE CLERK:  I think so, yes.
18             THE COURT:  Okay.  If they're all here, bring them
19   in.  If not, we'll wait.
20                     (Pause in the proceedings.)
21             THE CLERK:  All rise for the jury.
22                  (The jurors entered the courtroom.)
23             THE CLERK:  You may be seated.
24             THE COURT:  All right.  Good afternoon, ladies and
25   gentlemen.  Let us have the next prosecution witness.
```

*Day 2 of Jury Trial, May 17, 2023*

```
 1              MS. RICHMOND:  The government calls to the stand
 2   Ms. Kelly Galvan.
 3              KELLY GALVAN, GOVERNMENT'S WITNESS, SWORN
 4              THE CLERK:  Please stop there and raise your right
 5   hand.
 6              Do you solemnly swear that the testimony you shall
 7   give in the cause now before this Court shall be the truth,
 8   the whole truth, and nothing but the truth, so help you God?
 9              THE WITNESS:  Yes.
10              THE CLERK:  Thank you.
11              Please have a seat.
12              State your name and spell your last name for the
13   record.
14              THE WITNESS:  Kelly Galvan.  Last name is
15   G-a-l-v-a-n.
16              MS. RICHMOND:  Your Honor, may she remove her
17   mask?
18              THE COURT:  Yes, if she wants to.
19              Do you want to remove your mask?  Okay.
20                         DIRECT EXAMINATION
21   BY MS. RICHMOND:
22   Q.   Hi.  Good afternoon.
23   A.   Hello.
24   Q.   Do you have any children?
25   A.   Yes.
```

1   Q.   Do you have a daughter?

2   A.   Yes.

3   Q.   Is your daughter younger than 18 right now?

4   A.   Yes.

5        MS. RICHMOND:  Your Honor, may my cocounsel

6   approach the witness stand.  She's going to show the witness

7   what has previously been admitted as Government's

8   Exhibit 13?

9        THE COURT:  All right.  She may.

10              *(Pause in the proceedings.)*

11  BY MS. RICHMOND:

12  Q.   Ms. Galvan, having looked at Government's Exhibit 13,

13  do you recognize the person depicted in that photograph?

14  A.   Yes.

15  Q.   Who is that person?

16  A.   My daughter.

17  Q.   Was your daughter younger than 18 years old in that

18  photograph?

19  A.   Yes.

20       MS. RICHMOND:  No further questions.

21       THE COURT:  All right.

22       Cross?

23       MS. RIVERA:  No, Your Honor.

24       THE COURT:  All right.  The witness is excused.

25  Thank you very much.

```
 1              The next government witness?

 2              MS. ALLSOP:  Yes, Your Honor.  At this time the

 3    government would call Coleman Kelly.

 4         COLEMAN KELLY, GOVERNMENT'S WITNESS, SWORN

 5              THE CLERK:  Sir, would you raise your right hand.

 6              Do you solemnly swear that the testimony you shall

 7    give in the cause now before this Court shall be the truth,

 8    the whole truth, and nothing but the truth, so help you God?

 9              THE WITNESS:  I do.

10              THE CLERK:  Thank you.

11              Please have a seat.

12              State your name and spell your last name for the

13    record.

14              THE WITNESS:  Coleman Kelly.  K-e-l-l-y.

15                        DIRECT EXAMINATION

16    BY MS. ALLSOP:

17    Q.   Good afternoon, Mr. Kelly.

18    A.   Good afternoon.

19    Q.   Mr. Kelly, do you have any children?

20    A.   I do.  Two.

21    Q.   What children do you have?  What are the genders of

22    your children?

23    A.   Male and female.

24    Q.   And, Mr. Kelly, are you familiar with the defendant in

25    this case?
```

1    A.    I am.

2    Q.    And how are you familiar with him?

3    A.    Our children did theater together since they were four.

4    Q.    And about how long have you known him?

5    A.    I don't know.  Fifteen -- 14 years, 13, somewhere

6    around there.

7    Q.    And you testified that your children were friends.  Did

8    your children ever spend time at the Stella's home?

9    A.    Many times.

10    Q.    And would that include your daughter?

11    A.    Yep, many times.

12            MS. ALLSOP:  Your Honor, may my cocounsel

13    approach?

14            THE COURT:  All right.  I presume to show a

15    photograph?

16            MS. ALLSOP:  Yes.

17            THE COURT:  All right.

18    BY MS. ALLSOP:

19    Q.    Mr. Kelly, my cocounsel is going to show you on your

20    screen what has been marked for identification purposes as

21    Government's Exhibit 12; and for the record this exhibit was

22    previously admitted into evidence.

23                  *(Pause in the proceedings.)*

24    BY MS. ALLSOP:

25    Q.    Mr. Kelly, do you recognize the person depicted in that

1    photograph?

2    A.    Yes, I do.

3    Q.    Also, Mr. Kelly, would you like to remove your mask?

4    A.    Oh, sure.

5    Q.    And who is the person?

6    A.    That's my daughter.

7    Q.    And can you please identify your daughter using her

8    first and last initials?

9    A.    M.K.

10   Q.    And you know how old your daughter is; is that right,

11   Mr. Kelly?

12   A.    What's that?

13   Q.    You know your daughter's present age; is that right,

14   Mr. Kelly?

15   A.    18.

16   Q.    And on April 5th, 2018, would your daughter have been

17   younger than that age?

18   A.    Yes.

19              MS. ALLSOP:  No further questions.

20              THE COURT:  All right.

21              Cross?

22              MS. RIVERA:  No cross.

23              THE COURT:  All right.  Thank you very much.

24              The witness is excused.

25              The next government witness?

1          MS. ALLSOP:  At this time, Your Honor, the

2     government would rest its case.

3          THE COURT:  All right.  My understanding is the

4     defense wishes to make a motion.

5          MS. RIVERA:  Yes, Your Honor.  We'd like to make a

6     motion.

7          THE COURT:  Do you want me to excuse the jury?

8          MS. RIVERA:  Okay.

9          THE COURT:  You can make the motion to me, not the

10    jury.

11         Let me have the jury go back to the jury room and

12    we'll get you back as soon as we can.

13              *(The jurors exited the courtroom.)*

14        *(The following was held outside the jury's presence:)*

15         THE COURT:  All right.  Let me ask the defense

16    counsel.  What's your motion?

17         MS. RICHMOND:  Your Honor, I'm so sorry to

18    interrupt.  May our witnesses who have testified now come

19    back in now that the government has rested its case?

20         THE COURT:  Yes, if that's their desire.

21         MS. RICHMOND:  Thank you.

22         THE COURT:  Well, wait a second.  I don't know if

23    the defendant is going to take the stand so at this point in

24    time, no.

25         But after, if in fact the case is going to be

1    closed and they're not going to be called back for anything,

2    then I would allow them to see whatever else they want.  But

3    at this point in time we don't know the answer to that

4    question.

5          MS. RICHMOND:  Understood.  Thank you.

6                      **DEFENSE MOTION 29**

7          THE COURT:  All right.  So the nature of the

8    motion is?

9          MS. RIVERA:  Thank you, Your Honor.  I'm moving

10   under Rule 29 as to all elements but two elements in

11   particular.

12         THE COURT:  Yes.

13         MS. RIVERA:  Okay.  Well, I'll start with the

14   third element of the production of child pornography count.

15   That's the -- whether the visual depiction was produced

16   using materials that have been mailed, shipped, or

17   transported across state lines or in foreign commerce.

18         And the only evidence that we heard about whether

19   these materials were produced -- excuse me -- whether these

20   images were produced using materials that had moved across

21   state lines or in foreign commerce, I think was from the

22   government's second agent, Special Agent Parker.

23         And what he said was that he had examined a couple

24   of the components.  My recollection is that he had examined

25   the components from the camera; is that correct?

1          And that the camera contained component parts that

2   he felt it would be rare; that they were produced outside

3   the Central District of California.

4          I think the test is really whether they were

5   produced within California, not the Central District of

6   California.

7          And then I think on followup he said he thought in

8   his opinion it would be incredibly rare.

9          And I think, if that's the testimony, Your Honor,

10  it simply doesn't meet -- I don't think a rational trier of

11  fact could find that these images were produced using

12  materials that had crossed state lines.

13          THE COURT:  All right.

14          Let me hear from the government.  What's the

15  government's response?

16          MS. ALLSOP:  So, Your Honor, from the government's

17  recollection, Special Agent Parker not only testified that

18  he had never, you know, in his many years of experience

19  examining devices seen a camera with all components made in

20  California.  He said it was almost certainly unlikely.

21          In addition, for the exhibits that the government

22  admitted into evidence which had been used as a part of that

23  camera, particularly the converter and the Micro SD on those

24  devices, there's an inscription "Made in Taiwan" and "Made

25  in China" and, therefore, the government would submit that

| | |
|---|---|
| 1 | the fact that the Micro SD had also moved in foreign |
| 2 | commerce, that is, come from Asia to here would be |
| 3 | significant to meet those prongs in addition to the fact |
| 4 | that we have an expert who's testifying that he has never |
| 5 | seen a camera in which the parts have wholly been made in |
| 6 | California. |
| 7 | THE COURT:  All right. |
| 8 | MS. RIVERA:  Your Honor, I wonder if the |
| 9 | government might identify which exhibits those are.  Are |
| 10 | those Exhibits 28 and 29?  I don't -- |
| 11 | MS. ALLSOP:  It's a physical exhibit.  It's |
| 12 | Exhibit 31. |
| 13 | *(Pause in the proceedings.)* |
| 14 | MS. ALLSOP:  Respectfully, Your Honor, if that's |
| 15 | not sufficient, we can also proffer the nexus of the hard |
| 16 | drive. |
| 17 | THE COURT:  Wait just a second.  So in addition to |
| 18 | Exhibit 31, you're also -- and the testimony of Mr. Parker, |
| 19 | what else are you offering? |
| 20 | MS. ALLSOP:  The hard drive on which the images |
| 21 | were made.  The second hard drive was made in -- |
| 22 | SPECIAL AGENT SCOTT:  Thailand. |
| 23 | MS. ALLSOP:  It was made in Thailand. |
| 24 | THE COURT:  All right. |
| 25 | Anything else from the defense on that |

 1   particular --

 2          MS. RIVERA:  On that particular element, no, Your

 3   Honor.

 4          THE COURT:  Okay.  What's your other argument?

 5          MS. RIVERA:  The other argument is that -- I think

 6   it's perhaps the more forceful one, Your Honor, is that

 7   having seen all of the government's best evidence, the

 8   images simply don't meet the third -- excuse me -- the

 9   second element, meaning that none of the images, none of the

10   photographs or videos that we saw depict sexually explicit

11   conduct as they are required to, and this is true under any

12   test.

13          This is true whether we're -- well, let me back

14   up.  The definition of sexually explicit conduct is found at

15   Section 2256; right?  And that contains a list of five

16   different -- five different ways that that conduct can be

17   found.  That's pretty graphic, much more hardcore stuff.

18          So it's real or actual -- excuse me-- real, actual

19   or simulated intercourse, masturbation, bestiality, sadistic

20   or masochistic behavior.

21          And then the fifth definition, there's lascivious

22   exhibition of the genitalia.  So if we're looking at

23   lascivious exhibition of the genitalia compared to

24   bestiality, sadistic or masochistic behavior, I think that

25   tells us something about what that -- what lascivious

1    exhibition is actually supposed to mean.

2         It's supposed to mean something truly graphic,

3    something much more hardcore than these photographs or

4    videos of minors using the bathroom, not engaged in any sort

5    of actual or simulated intercourse, masturbation, et cetera.

6         So that's -- if we're just looking at the plain

7    definition, the plain meaning of the statute at

8    Section 2256.

9         You know, the government has proffered I think a

10   jury instruction for *Dost*.  We dispute that.  We dispute

11   *Dost* and the *Dost* factors as being the proper definition of

12   lascivious exhibition.

13        But I think even under the *Dost* factors, what the

14   government has shown in their case-in-chief just doesn't

15   meet that test either so --

16        THE COURT:  Go on.

17        MS. RIVERA:  The *Dost* factors -- and this is in

18   the government's proposed jury instruction -- the *Dost*

19   factors are not mandatory.  The Court doesn't have to follow

20   the *Dost* factors.

21        They're not meant to be -- there's not meant to be

22   a mathematical weighing of any of them.  But even if we look

23   at the *Dost* factors -- well, actually, let me back up

24   because I think the sixth factor, in particular, is pretty

25   problematic and it really cannot be given any outsize

1  weight.

2          So I want to apply the *Dost* factors to the

3  evidence that we saw in the government's case-in-chief here

4  because it just doesn't meet this test.

5          First, whether the focal point of the visual

6  depiction is on the minor's genitals or pubic area.  We do

7  not see that in a single one of these images or videos.

8          Instead, what we see is almost the entirety of the

9  family bathroom.  There's nothing to suggest that these

10  images were zoomed in on, that they were closely cropped,

11  that the camera was pointed only at -- you know, perhaps had

12  it been placed in the toilet underneath the toilet pointed

13  up, something like that that might meet, you know, saying

14  that the focal point was clearly the genitalia.

15          We do not see that here.

16          Second, whether the setting of the visual

17  depiction is sexually suggestive, that is, a place or pose

18  generally associated with sexual activity.

19          Perhaps that would be true, Your Honor, if this

20  had happened in a bedroom.  If this happened -- I don't know

21  what other places are commonly associated with sexual

22  activity.

23          At least in the case law that I've read, this

24  seems to suggest that if something happens in the bedroom,

25  that's sexually suggestive.  If it happens on a pullout bed

1   of some sort, it's sexually suggestive.

2           Here it's in the bathroom.  It would be

3   hard-pressed to say that that's a sexually suggestive

4   setting.

5           Third *Dost* factor, whether the minor is depicted

6   in an unnatural pose or inappropriate attire.  Here, you

7   know, these images were admittedly surreptitiously, covertly

8   recorded.  There's no posing whatsoever.

9           The minors are not positioning themselves for the

10  camera.  This isn't like some of the case I've seen where

11  the *Dost* factors are applied and the defendant was involved

12  in engaging with the minor and instructing him or her on how

13  to pose or position themselves for the camera.

14          Umm, inappropriate attire.  I don't think that

15  really cuts either way here.

16          Number 4, whether the minor is fully clothed,

17  partially clothed, or nude.  Here, admittedly, the minors

18  were nude.  They were using the bathroom.

19          Well, I guess the minor in Count 3 was mostly

20  clothed.  So, admittedly, at least for Counts 1 and Count 2,

21  I think, you know, we have to concede that the minors there

22  were nude.

23          For Count 4, I don't even think -- excuse me --

24  Count 3, I don't even think we get there.

25          5, whether the visual depiction suggests sexual

389

1    coyness or a willingness to engage in sexual activity.  I

2    think that's really what lasciviousness is all about.

3    That's more about -- that goes more plainly to the

4    definition of lasciviousness.

5           But in any event, at least where I've seen the

6    fifth factor discussed and applied, it again tends to be

7    more in the scenario where the defendant and the minor are

8    sort of having some sort of exchange; where the defendant is

9    coaching the minor or suggesting how they pose.

10          I think in a Ninth Circuit case, the *Perkins* case,

11   for example, where they found that there was coyness in some

12   of the images.  It had to do with the minor sort of tilting

13   her head down as she had been instructed to do but gazing at

14   the camera in such a way.

15          And we just don't see that here again because the

16   minors were not aware that they were being filmed.  They

17   weren't doing anything to pose or position for the camera or

18   to make the image -- to sort of have any other effect on how

19   the image would be captured.

20          And then sixth, finally -- and this is the factor

21   that I said I think is really extremely problematic and

22   threatens to swallow the rule -- whether the visual

23   depiction is intended or designed to elicit a sexual

24   response in the viewer.

25          I don't really think we can say that here.  These

1    images were captured.  Certainly it was wrong.  Certainly it

2    was -- it crossed the line.  It was inappropriate.  But

3    there is simply nothing sexual about these images.  There's

4    nothing sexual about the conduct.

5          There's nothing sexual about what these young

6    girls are doing, and I think if the six factors are given

7    outsized weight, what it encourages the fact-finder to do is

8    say:  Hey, do we think this guy has a sexual interest in

9    children?

10         Well, certainly we do.  Mr. Stella has admitted

11   and taken responsibility for having possessed child

12   pornography.

13         But it can't be the case, Your Honor, that -- if

14   that were the case, this case law would have developed in

15   such a way where it said:  Has the defendant ever sustained

16   a conviction for some sort of other CP possession charge or

17   some sort of other crime related to sex abuse of a minor?

18         There's no presumption like that here.  Instead,

19   the question of the six factors, whether the visual

20   depiction is intended or designed to elicit a sexual

21   response in the viewer; and that really has to be

22   considered.

23         First, I don't think it can be given outsized

24   weight.  It cannot be that, you know, all you need is nudity

25   and a child pornography conviction to transform the four

1  corners of an image into child pornography such that

2  somebody can be convicted of an offense that carries a

3  15-year mandatory minimum sentence.

4         And I've been thinking about this a lot, Your

5  Honor.  I know -- I hope I'm not being too long-winded but I

6  think this is actually really critical.

7         A friend recently -- a lot of my friends have

8  young children and a lot of them take photos of their kids

9  and send them around.

10         I was talking with a friend who was talking about

11  taking photos of his child who's potty-training and then his

12  other young child who is in the bathtub.

13         And he said:  Well, does that mean I'm guilty of

14  having produced child pornography?

15         And I said:  No, of course not.  That's your

16  child.  There's nothing weird about that.  It seems like

17  everybody is doing that with their smartphones everywhere.

18         If he sends that picture to me -- he doesn't have

19  a sexual interest in children; right?  If he sends that

20  picture to me and unbeknownst to him -- so it's not CP when

21  he takes it.

22         If he sends it to me and unbeknownst to him I have

23  a sexual interest in children, am I suddenly -- is this

24  image transformed such that I could be guilty of possession

25  of child pornography which has the same definition?

392

1          Possession is also criminalized and defined under

2    Section 2256 and so it just doesn't make sense, Your Honor,

3    that -- that this image could be illegal or not illegal

4    based solely on the beholder.

5          Like I don't know if that makes any sense, if I'm

6    getting my point across, but these are sort of immutable

7    characteristics about the image; and I think what we really

8    need to be doing is looking at the four corners of these

9    images and making an actual common-sense judgment about

10   whether the images actually contain sexually explicit

11   conduct.

12         They don't under Section 2256, whether they

13   contain lascivious exhibition of genitalia; and I think the

14   *Hillie* decision from the DC Circuit really gets it right

15   because in the DC Circuit in 2021 that was dealing with

16   facts extremely similar to these.

17         There the defendant had been charged with two

18   production counts based on convert cameras, cameras that he

19   had hidden in his home, in the bedroom and bathroom to

20   capture minors going about their normal business.

21         And the analysis there was very thorough.  It was

22   well-reasoned and it focused extensively on the definition

23   of sexually explicit conduct.

24         And what they did is they looked at the Supreme

25   Court precedent construing lascivious and lewd and they

*Day 2 of Jury Trial, May 17, 2023*

1    noted that it aligned with the dictionary definitions there.

2            And so the test that was established in *Hillie* is

3    that, you know, it requires more than a minor acting

4    passively and a hidden camera if we're going to say that

5    there's been lascivious exhibition of the genitalia.

6            So there the *Hillie* court said that they would

7    define "lascivious exhibition" as, quote, the minor

8    displayed his or her anus, genitalia, or pubic area in a

9    manner connoting that the minor, or any person or thing

10   appearing with the minor, exhibits a sexual desire or an

11   inclination to engage in any type of sexual activity.

12           And we just don't have that here.  But, again, I

13   also think even under the *Dost* -- like a modified *Dost* test

14   where there's not outsized weight given to that sixth factor

15   doesn't meet that test.

16           But even if we are applying the *Dost* test which

17   says explicitly that not all the factors are mandatory and

18   that there's no mathematical weighing, none of these counts

19   meet that definition.

20           Certainly not Count 3 which I think all we saw was

21   one still image but really not Counts 1 through -- not

22   Counts 1 through 3.

23           And I'll submit on that for now, Your Honor.

24           THE COURT:  Before I hear from the government, let

25   me just indicate to the defense.

1            No offense but, you know, you could have made this

2     argument prior to the trial.  The stuff that you're looking

3     at was stuff that you had.  In other words, the same images

4     that the government produced.

5            You always had the copy of that and you're

6     basically making a legal argument as to the sufficiency of

7     that -- of those images for purposes of the law.

8            I'm not saying that the defense has waived any

9     argument but I'm just saying that, you know, we could have

10    addressed this prior to the trial where there would have

11    been more time to do appropriate research on the point.

12           Let me hear from the government.  What's the

13    government's response?

14           MS. ALLSOP:  Your Honor, can we have one minute,

15    please.

16           THE COURT:  Sure.

17           MS. ALLSOP:  Thank you.

18               *(Government counsel conferred.)*

19           MS. ALLSOP:  Thank you, Your Honor.

20           As an initial matter, I would just like to begin

21    with what the *Black's Law Dictionary* definition is of

22    "lascivious" and "exhibition"; and so lascivious is conduct

23    that intends to excite lust or something that is lewd,

24    indecent, or obscene and the definition of exhibition is

25    something that is being displayed or shown.

*Day 2 of Jury Trial, May 17, 2023*

1          And so the government would submit here that what

2     was shown, the images of all three minor victims, were lewd,

3     indecent, or obscene and almost certainly meant to incite

4     the defendant's lust.

5          THE COURT:  Well, first of all, is this standard

6     subjective or is it an objective standard?

7          MS. ALLSOP:  Well, the standard is subjective and

8     the *Dost* test has six factors which I believe defense

9     counsel admits are non-exhaustive.

10         And the Ninth Circuit has been very clear that

11    jurors can either weigh all of these factors, some of these

12    factors, or none of these factors.

13         THE COURT:  If it is subjective, subjective what?

14    I mean, what is the subjective element?

15         MS. ALLSOP:  So, I mean, the subjective nature

16    would be that all jurors are not necessarily the same and so

17    people are going --

18         THE COURT:  No, but I understand that.  But that's

19    not subjective.  I mean, subjective, I presume, is in other

20    words, is it -- if it was an objective test, then the

21    question is as to whether or not something is lascivious is,

22    you know, a general across-the-board type of test.

23         So you say that, you know, what would appear to be

24    lascivious to an objective person as opposed to if it's

25    subjective, it would be in particular as to the particular

1   defendant, I would presume, and so therefore whether or not
2   it appeals to the defendant.
3        But the problem, I suppose one could have, is that
4   there might be certain things that are lascivious -- I mean,
5   if it's subjective, it might be some things that are
6   lascivious as to an individual who is a defendant.  For
7   example, some people may find food erotic or things of that
8   sort.  So the question is what -- you know, how do we treat
9   that?
10       Another problem, however, is that the --
11  obviously, we have photos of a minor taken without their
12  knowledge and they're nude and so, you know, is that in and
13  of itself sufficient to establish lasciviousness for
14  pursuance of this particular statute?
15       MS. ALLSOP:  Yes, Your Honor.
16       So I will address your last question first.  I
17  believe my colleague on the other side was mistaken in
18  citing to *Hillie*.  The controlling case law in the Ninth
19  Circuit is actually *Mendez*; and the *Mendez* court found that
20  a surreptitious nude recording of a minor in her bedroom,
21  which was not sort of overtly, I guess, sexual in the way
22  that the defense describes it and that she was posing.  They
23  found that to be a lascivious exhibition.
24       As it relates to the idea of whether or not it's
25  objective or subjective, I apologize.  I didn't immediately

1  understand what Your Honor was getting to.

2          The subjective nature of the *Dost* test goes

3  towards the sixth factor; and so it's whether the visual

4  depiction is intended or designed to elicit a sexual

5  response in the viewer.

6          Here, that would be the defendant, and so the

7  government has submitted evidence that it is based not only

8  on his child pornography convictions but also statements

9  that he likes teen porn and that he likes younger bodies.

10          It's indisputable that he has a prurient sexual

11  interest in children and that was the motivating factor for

12  him sort of secreting this camera inside of a USB and then

13  using it to record these young girls while they were naked.

14          As it goes to the --

15          *(Government counsel conferred.)*

16      MS. ALLSOP:  And my colleague has reminded me in

17  the *Dost* decision the Court clarifies that it's not an

18  average viewer sort of test as it relates to the sixth

19  factor but, rather, for the pedophile viewer which the

20  government would submit the defendant is.

21          *(Government counsel conferred.)*

22      MS. ALLSOP:  The defendant would meet that

23  description.

24          With respect to the five remaining *Dost* factors,

25  one whether the focal point of the visual depiction is the

1   minors' genitals or pubic area.  We know that the defendant

2   likes teen porn and he likes younger bodies.

3          These photographs displayed these 13-, 11-, and

4   12-year-old girls completely nude and showcased their whole

5   bodies.  But just because these clips were not cropped, that

6   does not necessarily mean that their nudity was not the

7   focus of those images.

8          Their bodies and their breasts, buttocks, and

9   genitalia which were prominently displayed were absolutely

10  the focus of these images.  The bathroom background was not.

11         Particularly with the image of Minor Victim 3, she

12  was completely clothed with the exception that her genitalia

13  was exposed.  There would have been no other reason for him

14  to save that still-shot except for the fact that her

15  genitalia was exposed.

16         As it relates to the second prong, whether the

17  setting of the visual depiction is sexually suggestive, and

18  that is a place or a pose generally associated with sexual

19  activity.

20         I do not mean to be lewd or crude, Your Honor, but

21  in film, in TVs, you often see the bathroom is a place

22  that's associated with sexual fantasies.

23         To say that the bathroom is not inherently sexual

24  would, we believe, would be factually inaccurate.  The

25  bathroom, just as much as the bedroom, is a place wherein

```
 1   pornography, including child pornography --

 2         THE COURT:  A certain segment of the population, I

 3   mean, pretty much anywhere.  The kitchen is an area of

 4   sexual fantasy as well.  You know, maybe for people who like

 5   cars, maybe it's the garage.

 6         Well, let me just do it this way however.  It

 7   seems to me that this is the problem I have at this point in

 8   time.  I'm not inclined to grant the motion because I think

 9   a lot of this stuff needs to be fleshed out and so I'm not

10   going to at this point in time, you know, based upon what I

11   have in front of me make a determination of this point.

12         I will allow -- let me just ask this.  I presume I

13   could deny the motion without prejudice; and what I would

14   want is I would want a -- I will give each side five pages

15   to be provided to me no later than 8:00 o'clock tomorrow

16   morning on this -- these points.

17         I understand -- I think I understand the position

18   of both sides.  I mean, it's somewhat interesting points but

19   I would want them, you know, easier -- not easier

20   necessarily but more, you know, depicted more specifically

21   in writing rather than doing it on an oral basis especially

22   without case citations, specific case citations, et cetera.

23         So I would want a written position of both sides

24   on the points.  Okay?

25         MS. ALLSOP:  Yes, Your Honor.
```

```
 1              MS. RIVERA:  Yes, Your Honor.  Thank you.

 2              THE COURT:  Okay.  With that, is the defense going

 3    to present any witnesses?

 4              MS. RIVERA:  We're not planning to present any

 5    witnesses, Your Honor.

 6              THE COURT:  All right.  So the case is -- would be

 7    closed at this point in time?

 8              MS. RIVERA:  Correct.

 9              THE COURT:  Evidentiary?  Okay.  So we also have

10    to do the jury instructions which is going to take some time

11    so this is what I'll do.

12              I'll excuse the jury.  Well, what I'll do is I'll

13    indicate that the defense is going to indicate on the record

14    that the defense is not going to present any evidence at

15    this point in time.

16              And then I will excuse the jury, tell the jury to

17    come back tomorrow probably later than earlier because I

18    have a calendar tomorrow which I will inform the jury of and

19    also I'll probably tell them to come back at -- well, I'll

20    tell them to come back at 1:00 simply for the fact that I

21    want to have the jury instructions ready to go if I deny the

22    motion.

23              And -- well, and also putting together the jury

24    instructions also become part and parcel of the discussion

25    as well because there's obviously a relevant portion of it
```

*Day 2 of Jury Trial, May 17, 2023*

1    that would cover this area.

2            All right.  So if there's no objection, that's

3    what I plan to do.  Any objections from either side as to

4    that plan?

5            MS. RIVERA:  Sounds good, Your Honor.

6            MS. ALLSOP:  No objection from the government,

7    Your Honor.

8            THE COURT:  All right.

9            Let me have -- Javier, can you bring the jury

10   back.

11                   *(Pause in the proceedings.)*

12                 *(The jurors entered the courtroom.)*

13           THE CLERK:  You may be seated.

14           THE COURT:  All right.  The government has

15   indicated that they have rested its case.

16           Let me ask the defense.  Does the defense wish to

17   present any evidence?

18           MS. RIVERA:  No, Your Honor.

19           THE COURT:  All right.  So the defense rests at

20   this point in time?

21           MS. RIVERA:  Yes, we do.  Thank you.

22           THE COURT:  Ladies and gentlemen, what I'm going

23   to do is I have to go over the proposed jury instructions

24   with counsel.  Also, I have a morning calendar tomorrow

25   because in addition to this case I have approximately 300

 1   other cases that I'm handling.

 2           So I'm going to actually ask you to come back late

 3   tomorrow.  I'll ask you to come back at 1:00 o'clock and we

 4   will have the closing -- I'll read you the final set of jury

 5   instructions.  You'll also hear the closing arguments of

 6   counsel and the case will be yours for deliberation at that

 7   point in time.

 8           Please remember.  Even though you've heard all the

 9   evidence in this case, please do not attempt to formulate

10   any decision on the case.  Please do not do any independent

11   research.

12           Have a very pleasant evening.  Get plenty of rest

13   and I will see all of you tomorrow at 1:00 o'clock.

14           Thank you very much.

15           *(The jurors exited the courtroom.)*

16      *(The following was held outside the jury's presence:)*

17           THE COURT:  All right.  Before you guys leave

18   today, I want you guys to talk with my clerk about the

19   exhibits to make sure that he has all the exhibits.

20           Also, before you leave, I would want a copy of the

21   video and photographic exhibits.

22           MS. RICHMOND:  Of the child pornography, Your

23   Honor?

24           THE COURT:  Yes.  For Counts 1 through 3, those

25   exhibits.

| | |
|---|---|
| 1 | MS. RICHMOND:  To be kept with the Court? |
| 2 | THE COURT:  Well, I just want to review them. |
| 3 | MS. RICHMOND:  Yourself? |
| 4 | THE COURT:  Myself in light of what I presume will |
| 5 | be the arguments of counsel for tomorrow.  So what I will |
| 6 | try to do is -- because I'm giving you until 5:00 today to |
| 7 | submit stuff to me and I'll be using that to review also |
| 8 | when I formulate the jury instructions. |
| 9 | What I hopefully will have for you tomorrow, I'll |
| 10 | have you guys come back at 10:00 o'clock -- or actually at |
| 11 | 9:45.  I will have you guys come back at 9:45 and I will |
| 12 | hopefully have an initial draft of a final set of jury |
| 13 | instructions so that you can review them and then we can go |
| 14 | over them and finalize them if I don't grant the defense |
| 15 | motion.  Okay? |
| 16 | MS. RICHMOND:  Did you want five pages on the *Dost* |
| 17 | briefing or did you want them by 5:00 p.m.? |
| 18 | THE COURT:  I want five pages on the argument, the |
| 19 | motion for a directed verdict, I guess, argument. |
| 20 | I would only devote -- let's say -- maybe half a |
| 21 | page if, in fact, the materials like, you know, the |
| 22 | exhibits that were referred to that have already been |
| 23 | admitted have components that are marked as being |
| 24 | manufactured outside of California.  That argument is not |
| 25 | going to fly too much so you may not want to devote too much |

*Day 2 of Jury Trial, May 17, 2023*

1    space to that.

2              But for the government, at least the government

3    should reference those exhibits and say where those items

4    are in the exhibits that demonstrate the out-of-state,

5    out-of-country origins of components of those things.

6              And also if you have a case that basically says

7    that for purposes of this particular statute, as long as any

8    component -- in other words, you don't have to say that the

9    camera was manufactured outside of the state.  You only have

10   to establish that any component of the camera was

11   manufactured outside the United States.  That is sufficient

12   so I would like a reference as to that.

13             MS. RICHMOND:  You'd like by 5:00 p.m. or

14   8:00 a.m.?

15             THE COURT:  5:00 p.m. because I'm doing -- I'm

16   going to be -- did I say 8:00?

17             MS. RIVERA:  You said 8:00 a.m. earlier, Your

18   Honor.

19             THE COURT:  Okay.  I'm doing it at 5:00 because at

20   8:00 I'm not going to be able to view it so I want it by

21   5:00 so that's the reason let me have the five pages.

22             MS. RICHMOND:  Your Honor, yes, understood.  Five

23   pages at 5:00 p.m.

24             With regards to the child pornography, typically

25   the government keeps it in the custody and control of the

1   agent because it's considered contraband just like guns or

2   drugs.  So if the Court wants to take custody and control,

3   we're happy to do that.

4           THE COURT:  I'll take custody for purposes of this

5   evening.  Give it to my clerk and we will take custody of it

6   for purposes of this evening because I will review it in

7   light of the submissions of the parties and then I'll return

8   it to the government tomorrow morning.

9           MS. RICHMOND:  Understood.

10          THE COURT:  All right.

11          MS. RICHMOND:  Thank you, Your Honor.

12          THE COURT:  Anything else we need to do at this

13  point in time with anyone?

14          MS. RIVERA:  No, Your Honor.

15          MS. RICHMOND:  Not from the government.

16          THE COURT:  Have a very nice day.

17                  *(Pause in the proceedings.)*

18          THE COURT:  Oh, and remember.  It's 5:00 o'clock

19  sharp.  If it's even five minutes late, I'm not going to

20  consider it so make sure it's sent to my clerk by 5:00

21  o'clock.

22          MS. RIVERA:  The Court wants it sent to the clerk

23  or filed via ECF?

24          THE COURT:  Well, let me ask.  Which is easier,

25  Javier?

```
 1              THE CLERK:  ECF, if it's not under seal.  If it's
 2   under seal, then --
 3              THE COURT:  Is it going to be under seal or not?
 4              MS. RICHMOND:  It won't be.
 5              THE COURT:  Won't be.  Okay.  Then ECF
 6   simultaneously.  I don't want to have to wait around for it.
 7              THE CLERK:  Upload the documents and you can see
 8   it.
 9              THE COURT:  All right.  Great.  ECF is fine.
10              Thank you.
11              MS. RIVERA:  Thank you, Your Honor.
12              (At 1:50 p.m. proceedings were concluded.)
13
14                             -oOo-
15
16
17
18
19
20
21
22
23
24
25
```

1                            **CERTIFICATE**

2

3          **I, PAT CUNEO, CSR 1600, hereby certify that**

4   **pursuant to Section 753, Title 28, United States Code, the**

5   **foregoing is a true and correct transcript of the**

6   **stenographically reported proceedings held in the**

7   **above-entitled matter and that the transcript page format is**

8   **in conformance with the regulations of the Judicial**

9   **Conference of the United States.**

10
    Date:  May 30, 2023
11

12

13

14

15                            **/s/**_____

16                            **PAT CUNEO, OFFICIAL REPORTER**
                              **CSR NO. 1600**
17

18

19

20

21

22

23

24

25

**MR. MANI: [21]** 256/14
257/2 268/13 268/16
269/23 272/9 272/11
360/23 363/25 364/19
366/12 368/23 369/18
369/21 372/7 374/11
374/17 374/20 375/6
375/10 375/13
**MS. ALLSOP: [136]**
257/9 258/19 262/25
263/25 264/3 264/6
264/9 264/14 269/17
272/19 272/23 273/2
273/6 276/14 277/14
280/9 280/14 280/18
281/10 281/16 283/18
284/12 286/22 287/12
287/15 288/5 288/13
288/16 288/21 288/25
290/3 290/5 290/18
290/22 291/25 295/18
296/20 298/1 299/3
299/8 299/11 299/18
300/18 302/5 306/12
306/18 307/1 307/3
307/8 307/11 308/6
308/12 308/18 310/25
311/11 311/24 312/4
312/7 312/10 313/2
313/8 313/25 314/6
314/21 315/1 316/25
322/18 324/21 326/23
327/18 328/24 329/1
329/11 329/18 329/24
330/4 330/9 330/14
330/16 330/20 331/5
331/11 333/3 334/6
335/22 336/17 336/24
337/1 337/9 337/12
337/19 343/7 343/14
343/24 344/2 344/5
344/7 345/12 345/18
346/13 346/17 347/17
348/9 348/14 348/17
348/24 349/8 351/3
351/10 352/6 352/12
352/24 354/22 355/3
355/11 355/15 378/2
379/12 379/16 380/19
381/1 383/16 384/11
384/14 384/20 384/23
394/14 394/17 394/19
395/7 395/15 396/15
397/16 397/22 399/25
401/6
**MS. RICHMOND: [47]**
256/11 289/6 289/16
290/1 298/9 308/8
309/14 309/18 323/2
323/4 323/11 355/24
356/3 356/6 360/19
363/21 364/15 366/8

368/17 369/12 372/4
372/12 372/16 372/18
372/23 373/1 373/3
374/9 374/24 375/4
376/1 376/16 377/5
377/20 381/17 381/21
382/5 402/22 403/1
403/3 403/16 404/13
404/22 405/9 405/11
405/15 406/4
**MS. RIVERA: [89]**
257/11 258/21 281/13
283/21 287/1 287/3
287/7 287/10 287/19
289/2 289/7 289/20
290/2 290/20 294/6
296/12 298/6 299/6
300/21 302/23 304/13
304/15 305/8 305/18
306/7 306/14 308/15
308/22 309/23 310/1
310/16 310/20 310/22
313/5 314/3 314/23
315/7 315/19 317/20
319/2 321/22 322/12
323/17 324/4 325/17
325/20 325/24 326/8
326/11 326/21 327/5
328/23 329/4 331/25
333/4 333/17 333/24
334/15 335/6 335/13
335/15 337/16 343/11
345/15 347/6 348/11
351/7 354/25 355/19
377/23 380/22 381/5
381/8 382/9 382/13
384/8 385/2 385/5
386/17 400/1 400/4
400/8 401/5 401/18
401/21 404/17 405/14
405/22 406/11
**SPECIAL AGENT
SCOTT: [1]** 384/22
**THE CLERK: [24]**
256/4 257/6 257/15
257/17 273/7 273/12
311/5 311/8 334/2
337/23 337/25 356/9
356/15 374/4 375/17
375/21 375/23 376/4
376/10 378/5 378/10
401/13 406/1 406/7
**THE COURT: [277]**
**THE JURORS: [1]**
292/12
**THE WITNESS: [6]**
273/16 298/11 355/22
356/18 376/14 378/14
**THE WITNESS:   [18]**
273/11 273/11 273/18
273/18 292/14 292/14
304/18 304/18 346/3
346/3 356/14 356/14
372/10 372/10 376/9

376/9 378/9 378/9

**-**

**-3202 [2]** 362/15
362/24
**-B [1]** 290/25
**-C [1]** 290/25
**-oOo [3]** 256/2 374/2
406/14
**-VZ10 [1]** 364/5

**/**

**/s [1]** 407/15

**1**

**10 [11]** 307/11 307/17
307/19 307/21 308/13
308/17 308/20 311/21
311/25 362/1 364/4
**10:00 [1]** 403/10
**10:45 [2]** 327/9 327/10
**11 [5]** 312/11 312/16
313/3 313/7 398/3
**11:39 [1]** 373/15
**12 [6]** 312/11 313/18
313/19 314/1 314/5
379/21
**12-year-old [1]** 398/4
**13 [12]** 287/8 293/17
312/11 314/12 314/13
314/14 314/22 314/25
377/8 377/12 379/5
398/3
**13th [1]** 282/19
**14 [7]** 256/20 342/16
343/8 343/13 343/15
343/19 379/5
**14th [1]** 315/14
**15 [7]** 278/5 278/11
338/23 342/16 343/8
343/13 343/15
**15-year [1]** 391/3
**15th [2]** 276/4 285/10
**16 [9]** 291/16 291/24
302/2 335/24 342/16
343/9 343/13 343/25
344/3
**1600 [3]** 252/21 407/3
407/16
**17 [11]** 252/19 256/1
266/1 304/9 344/5
344/25 345/5 345/13
345/17 345/19 374/1
**17808 [1]** 278/7
**1782 [1]** 252/24
**17th [2]** 351/19 352/11
**18 [12]** 275/9 305/5
305/16 306/2 344/25
345/7 345/13 345/17
346/14 377/3 377/17
380/15
**19 [7]** 347/19 347/25
348/10 348/13 348/18
348/24 356/25

**1951 [1]** 352/19
**1:00 [6]** 373/8 373/10
373/13 400/20 402/3
402/13
**1:06 [1]** 374/1
**1:50 [1]** 406/12
**1A [4]** 280/11 281/15
281/16 281/19
**1B [3]** 281/16 281/19
284/14
**1C [3]** 281/16 281/19
295/21
**1D [3]** 281/16 281/19
296/23

**2**

**20 [5]** 347/19 347/25
348/10 348/13 349/9
**2000 [2]** 359/19 360/5
**2003 [1]** 360/5
**2004 [1]** 356/25
**2012 [3]** 291/14 292/21
301/16
**2017 [1]** 359/11
**2018 [12]** 265/18 308/5
315/14 316/7 340/13
351/19 352/11 352/19
353/4 357/8 358/3
380/16
**2019 [3]** 274/9 349/4
349/14
**2020 [4]** 267/3 267/15
274/24 279/18
**2021 [8]** 267/16 269/13
276/4 278/5 278/11
285/10 338/23 392/15
**2023 [5]** 252/19 256/1
282/19 374/1 407/10
**20th [2]** 349/4 349/14
**21-338-GW [1]** 252/8
**213-894-1782 [1]**
252/24
**2256 [4]** 385/15 386/8
392/2 392/12
**24 [4]** 350/18 351/4
351/9 352/7
**25 [5]** 350/18 351/4
351/9 352/13 352/24
**251 [1]** 252/17
**26 [3]** 350/18 351/5
351/9
**262 [1]** 254/5
**265 [1]** 254/4
**266 [1]** 254/6
**27 [4]** 350/18 351/5
351/9 351/14
**270 [1]** 254/7
**28 [2]** 384/10 407/4
**29 [4]** 254/8 382/6
382/10 384/10

**3**

**30 [15]** 286/6 286/13
286/20 286/24 287/9

287/10 287/11 288/19
289/8 289/20 290/6
368/6 368/19 368/25
407/10
**300 [1]** 401/25
**30A [4]** 290/7 290/16
290/23 290/25
**31 [8]** 353/23 354/18
354/23 355/2 366/9
366/14 384/12 384/18
**312 [1]** 253/5
**32 [8]** 256/20 297/8
297/9 298/2 298/14
299/4 299/10 355/4
**3202 [2]** 362/15 362/24
**321 [1]** 253/8
**350 [1]** 253/8
**380 [1]** 254/8

**4**

**407 [1]** 252/17
**4311 [1]** 252/23
**4A [6]** 289/24 290/7
290/16 290/22 290/25
292/1
**4B [3]** 289/24 290/22
302/7
**4C [2]** 290/22 317/10
**4th [2]** 352/19 353/4

**5**

**5:00 [9]** 403/6 403/17
404/13 404/15 404/19
404/21 404/23 405/18
405/20
**5th [2]** 316/7 380/16

**6**

**6th [1]** 308/5

**7**

**753 [1]** 407/4
**7:51 [1]** 353/4
**7:51 p.m [1]** 352/20

**8**

**8:00 [3]** 399/15 404/16
404/20
**8:00 a.m [2]** 404/14
404/17
**8:26 [2]** 252/19 256/1

**9**

**90012 [3]** 252/23 253/5
253/9
**9:45 [2]** 403/11 403/11

**A**

**a.m [5]** 252/19 256/1
373/15 404/14 404/17
**able [16]** 276/15
276/23 277/5 277/7
278/19 319/22 321/17
323/13 327/24 336/2

**A**

**able... [6]** 336/21 336/24 337/1 353/19 367/10 404/20
**about [72]** 258/6 258/12 260/16 261/23 261/23 263/16 264/15 269/5 271/25 271/25 273/8 273/24 274/11 274/13 274/21 274/24 285/13 286/15 289/2 291/16 295/8 296/4 302/4 303/12 303/15 304/9 308/4 308/5 309/20 321/12 322/19 322/20 323/5 325/20 329/12 329/13 330/3 332/6 332/14 334/21 336/5 336/6 337/5 355/9 356/11 357/9 360/18 361/4 362/12 367/25 368/1 368/19 370/4 371/4 379/4 382/18 385/25 389/2 389/3 390/3 390/4 390/5 391/4 391/10 391/16 392/7 392/9 392/20 402/18
**above [5]** 300/1 339/22 342/22 343/22 407/7
**above-entitled [1]** 407/7
**absolutely [1]** 398/9
**abuse [4]** 286/12 286/16 310/4 390/17
**access [12]** 267/6 267/14 275/2 275/19 276/7 277/24 278/16 278/25 282/3 284/2 361/15 361/16
**account [1]** 278/16
**accountability [1]** 270/6
**accountable [1]** 271/21
**accurate [2]** 298/24 343/4
**acknowledge [1]** 271/14
**acquire [2]** 278/19 358/5
**acquiring [2]** 357/5 358/13
**acronym [1]** 274/2
**across [4]** 382/17 382/20 392/6 395/22
**acting [1]** 393/3
**active [2]** 346/7 346/12
**activity [6]** 279/5 387/18 387/22 389/1 393/11 398/19
**acts [3]** 270/24 275/5

**275/6**
**actual [5]** 269/25 385/18 385/18 386/5 392/9
**actually [2]** 266/25 279/1 280/22 288/19 289/22 289/23 292/10 309/1 309/20 336/19 354/9 365/18 365/18 367/9 367/11 386/1 386/23 391/6 392/10 396/19 402/2 403/10
**adapter [1]** 296/3 298/15 353/14 354/4 354/6 354/9 354/11 354/12 355/8 355/10
**addition [10]** 260/6 266/13 266/17 311/18 313/13 357/15 383/21 384/3 384/17 401/25
**additional [1]** 324/3
**address [5]** 278/6 278/8 309/23 327/5 396/16
**addressed [1]** 394/10
**addressing [1]** 332/12
**ADITHYA [1]** 253/8
**ADITHYA MANI [1]** 253/8
**adjusting [2]** 348/4 350/23
**admission [2]** 288/19 323/5
**admit [24]** 281/8 281/11 283/19 286/23 288/16 290/6 299/4 300/19 308/13 313/3 314/1 314/22 334/11 343/8 345/13 348/10 351/4 354/23 360/20 363/21 364/15 366/8 368/18 369/13
**admits [1]** 395/9
**admitted [31]** 280/10 283/22 284/13 290/11 295/19 296/21 299/7 300/22 314/24 326/12 326/17 343/12 345/16 348/12 351/8 355/1 355/4 360/25 363/23 364/1 364/17 364/20 366/10 368/20 368/24 369/14 377/7 379/22 383/22 390/10 403/23
**admittedly [1]** 388/7 388/17 388/20
**admitting [2]** 326/13 336/7
**adult [3]** 320/21 331/18 352/2
**advanced [1]** 359/1 359/2 370/12
**affirmative [1]** 281/6
**afford [1]** 370/10

**after [15]** 269/15 271/8 314/14 316/16 349/5 351/20 351/22 359/20 363/17 363/18 365/17 367/12 367/19 367/20 381/25
**afternoon [4]** 375/24 376/22 378/17 378/18
**again [17]** 261/6 267/4 269/19 271/9 316/15 316/21 327/10 327/25 332/1 334/19 348/25 364/13 365/24 374/5 389/6 389/15 393/12
**age [7]** 305/5 305/16 306/2 374/14 375/3 380/13 380/17
**agency [1]** 279/4
**agent [125]** 272/20 273/23 273/25 274/7 274/14 274/16 275/10 275/12 275/13 279/23 281/22 282/1 282/2 282/20 283/5 283/6 283/17 283/25 284/17 284/24 284/25 285/3 285/19 285/22 286/4 286/14 286/21 291/2 292/6 294/4 294/10 297/6 297/25 299/22 300/5 300/17 301/2 302/12 306/22 307/16 307/24 312/15 313/1 313/13 313/24 314/11 314/20 316/19 317/7 317/25 318/25 319/6 320/9 321/14 321/20 322/3 322/16 322/18 323/6 325/2 325/3 325/6 325/10 326/4 326/4 329/19 331/12 331/15 338/4 338/5 338/8 338/21 338/25 342/14 342/25 343/19 344/23 345/10 345/23 346/6 346/13 346/23 346/23 347/16 347/18 347/23 348/8 348/21 349/12 349/15 349/20 349/22 350/6 350/17 351/2 351/13 352/17 353/5 353/6 353/21 354/17 354/20 355/7 355/25 356/21 356/22 356/24 357/2 357/4 360/20 363/19 363/22 364/12 364/17 365/25 366/4 366/10 367/14 368/20 369/15 372/2 382/22 382/22 383/17 405/1
**Agent Parker [4]** 322/16 326/4 356/21 360/20

**Agent Scott [3]** 366/4 367/14 368/20
**Agent Scott's [2]** 366/10 369/15
**agents [2]** 360/13 372/21
**ages [2]** 305/19 374/17
**agree [1]** 324/9
**agreeable [2]** 333/17 333/19
**agreed [1]** 328/12
**aligned [1]** 393/1
**all [142]** 256/7 256/13 257/7 257/12 257/15 257/18 258/10 259/6 260/3 261/4 261/20 262/15 262/21 263/13 263/25 268/10 268/14 272/16 272/21 276/15 281/5 281/7 281/16 281/17 283/20 283/22 285/21 286/3 286/11 286/13 286/25 287/5 288/17 289/21 292/3 296/10 298/4 299/5 300/20 300/22 302/9 304/25 307/6 307/10 307/13 308/10 308/14 308/16 309/11 309/21 310/21 311/3 312/1 312/9 312/12 313/6 314/2 314/24 316/8 316/23 316/24 317/1 317/2 324/13 328/8 331/21 332/1 337/12 337/23 338/1 343/10 343/12 343/16 344/1 345/14 345/16 345/20 347/20 348/12 351/8 355/13 355/17 357/6 360/17 360/24 361/14 363/6 363/9 363/24 365/15 366/13 366/19 366/20 367/20 367/24 368/22 368/24 369/19 369/22 372/5 372/8 375/14 375/16 375/15 375/21 375/24 377/9 377/21 377/24 379/14 379/17 380/20 380/23 381/3 381/15 382/7 382/10 383/13 383/19 384/7 384/24 385/7 389/2 390/24 393/17 393/20 395/2 395/5 395/11 395/16 400/6 401/2 401/8 401/14 401/19 402/8 402/13 402/17 402/19 405/10 406/9
**allow [12]** 310/9 310/11 317/22 324/17 325/19 332/2 333/5 333/13 337/4 347/7

**382/2 399/12**
**allowed [5]** 259/14 259/15 288/9 309/9 323/22
**ALLSOP [4]** 253/3 254/5 264/13 281/15
**almost [4]** 300/3 383/20 387/8 395/3
**alone [3]** 261/16 261/16 293/6
**along [2]** 260/15 260/25
**ALPHABETICAL [1]** 254/18
**already [9]** 256/16 256/22 262/3 320/16 329/19 335/22 341/6 344/15 403/22
**also [63]** 258/6 259/21 264/7 265/9 266/4 266/8 267/2 267/6 270/18 280/21 293/17 293/21 294/16 295/5 296/1 296/6 298/13 299/25 308/7 314/11 315/15 320/24 325/6 327/1 329/23 331/8 331/18 332/16 338/8 338/21 342/24 343/24 349/14 352/11 353/4 353/15 357/22 357/23 358/10 358/14 359/5 359/7 359/10 360/2 362/1 362/7 375/3 380/3 384/1 384/15 384/18 392/1 393/13 397/8 400/9 400/19 400/23 400/24 401/24 402/5 402/20 403/7 404/6
**although [1]** 263/5
**always [1]** 394/5
**am [9]** 277/9 277/19 305/4 309/4 339/2 353/11 355/3 379/1 391/23
**amassed [1]** 267/16
**Amazon [1]** 370/9
**AMERICA [1]** 252/6
**among [4]** 284/7 330/4 331/17 349/19
**amongst [1]** 319/18
**analogy [1]** 366/18
**analysis [2]** 358/14 392/21
**analyst [2]** 274/11 331/12
**analyze [1]** 358/6
**analyzing [1]** 357/5
**Angeles [6]** 252/16 252/23 253/5 253/9 256/1 374/1
**another [18]** 258/3 260/23 266/10 266/17

## A

**another... [14]** 267/2 269/21 279/4 327/20 330/15 330/22 346/6 346/8 353/15 354/12 359/2 362/4 365/14 396/10

**answer [3]** 259/25 304/17 382/3

**answered [1]** 281/6

**anus [1]** 393/8

**any [98]** 256/15 258/6 258/6 258/7 259/3 261/14 262/5 262/13 268/21 270/24 271/1 271/1 271/23 275/22 277/21 280/12 281/12 283/20 284/7 284/11 285/4 285/22 286/25 290/19 293/25 299/5 300/20 308/14 308/21 310/2 313/4 314/2 316/21 319/11 321/4 321/4 321/20 325/10 325/15 325/16 327/12 331/6 332/11 333/5 335/18 336/4 337/13 338/14 339/3 339/12 339/15 339/18 340/3 340/3 340/24 341/2 341/5 342/4 343/10 345/14 347/10 350/10 351/6 354/24 357/16 358/7 358/16 360/22 363/24 364/18 365/20 366/11 367/24 368/22 369/16 371/20 373/12 376/24 378/19 385/11 386/4 386/22 386/25 389/5 389/18 392/5 393/9 393/11 394/8 400/3 400/4 400/14 401/3 401/17 402/10 402/10 404/7 404/10

**anyone [7]** 261/24 270/3 281/24 293/5 327/12 373/12 405/13

**anything [16]** 256/9 257/7 261/22 329/5 334/4 365/11 366/1 371/4 374/7 374/15 374/20 375/15 382/1 384/25 389/17 405/12

**anywhere [3]** 341/6 359/21 399/3

**Apart [1]** 360/12

**apologies [2]** 290/22 373/3

**apologize [6]** 263/5 312/7 331/5 372/18 374/24 396/25

**Apparently [1]** 373/4

**appeals [1]** 396/2

**appear [2]** 304/24 395/23

**APPEARANCES [1]** 253/1

**appearing [1]** 393/10

**appears [2]** 346/8 352/3

**application [7]** 345/5 345/8 345/11 346/9 363/13 363/15 365/14

**applied [2]** 388/11 389/6

**apply [3]** 258/4 269/4 387/2

**applying [1]** 393/16

**approach [9]** 272/21 273/2 298/2 307/9 312/10 325/25 347/18 377/6 379/13

**appropriate [3]** 310/7 333/6 394/11

**approval [1]** 309/10

**approximately [6]** 275/7 275/9 304/8 304/10 316/18 401/25

**April [7]** 265/18 282/19 293/17 316/7 352/19 353/4 380/16

**April 13 [1]** 293/17

**April 13th [1]** 282/19

**April 4th [2]** 352/19 353/4

**April 5th [2]** 316/7 380/16

**are [143]** 256/19 257/24 258/10 259/9 259/19 259/23 260/8 261/23 262/4 262/10 262/11 262/13 263/3 263/20 264/2 264/7 265/17 265/18 268/23 269/1 269/8 270/10 273/8 274/15 275/2 276/22 277/7 277/8 277/17 281/8 281/16 286/10 287/5 287/13 287/22 287/25 288/1 288/3 289/8 289/13 290/10 290/15 292/14 293/21 297/3 297/18 298/24 299/2 299/23 300/11 300/12 304/12 304/20 304/22 304/23 307/19 309/21 310/2 320/12 323/13 323/17 326/11 326/15 326/16 326/21 329/11 329/24 329/25 330/3 330/4 330/8 330/11 330/12 330/18 330/25 331/1 331/3 332/3 334/25 335/1 335/3 337/7 338/25 339/15 340/3 342/20 342/21 343/4

**appear** 343/6 343/12 344/17 345/4 348/2 348/3 350/22 350/23 353/9 356/10 357/4 360/12 361/4 362/11 367/9 367/10 368/7 370/2 370/6 370/7 370/15 370/16 371/1 371/5 371/7 372/13 372/18 372/20 372/21 375/2 375/16 378/21 378/24 379/2 384/9 384/9 384/19 385/11 386/19 387/21 388/9 388/11 389/7 390/6 390/6 392/6 393/16 393/17 395/9 395/16 395/17 396/4 396/5 403/23 404/4

**area [7]** 279/6 360/1 387/6 393/8 398/1 399/3 401/1

**aren't [5]** 325/21 326/21 330/17 331/1 332/8

**argued [1]** 327/23

**argument [12]** 272/6 272/7 272/8 332/19 385/4 385/5 394/2 394/6 394/9 403/18 403/19 403/24

**arguments [5]** 259/9 259/16 328/8 402/5 403/5

**arm [2]** 352/2 352/4

**armoire [1]** 320/5

**around [7]** 342/1 342/5 353/4 370/21 379/6 391/9 406/6

**arrest [2]** 276/3 276/5

**arrested [8]** 276/2 276/6 276/9 276/18 277/3 277/8 277/11 278/4

**arrived [1]** 263/21

**as [164]**

**Asia [1]** 384/2

**ask [47]** 256/9 262/21 264/7 268/7 268/11 271/13 272/17 274/21 276/15 276/19 276/19 277/4 278/22 279/17 280/12 281/8 284/6 286/15 288/3 292/9 295/8 296/5 296/6 300/5 301/9 303/15 309/1 312/4 315/15 317/2 321/12 322/22 327/3 327/9 327/16 331/23 333/8 337/10 373/6 374/7 374/22 381/15 399/12 401/16 402/2 402/3 405/24

**asked [3]** 303/12

**asking [5]** 269/9 269/10 270/18 273/23 334/23

**asks [2]** 259/21 259/24

**assembled [1]** 371/15

**assembly [1]** 372/2

**ASSISTANT [1]** 253/4

**associate [1]** 360/7

**associated [4]** 387/18 387/21 398/18 398/22

**association [1]** 361/2

**assume [2]** 262/9 298/7

**at [140]** 257/22 257/25 258/2 258/7 258/23 260/1 262/12 262/21 263/21 263/25 264/8 268/6 270/12 270/19 271/13 272/2 272/4 272/11 272/19 274/7 274/9 274/10 275/22 276/1 276/14 277/12 278/5 278/11 278/13 280/1 281/10 282/17 283/18 284/20 286/22 287/2 287/4 289/21 291/25 293/17 298/18 298/21 299/3 300/2 300/18 302/5 305/13 308/12 309/3 309/12 311/1 311/12 311/24 313/2 313/25 314/21 319/7 320/9 322/13 322/15 323/20 324/14 324/16 327/9 327/10 328/11 330/24 331/23 332/23 333/9 333/14 334/10 334/12 334/13 334/22 341/11 341/13 341/25 343/7 345/12 346/11 346/12 348/9 351/3 352/19 353/6 354/22 355/15 359/20 360/17 361/9 362/21 368/7 368/19 369/7 369/13 373/8 373/13 373/15 375/8 375/10 377/12 378/2 379/8 381/1 381/23 382/3 385/14 385/22 386/6 386/7 386/23 387/11 387/23 388/20 389/5 389/13 392/8 392/24 394/3 399/7 399/10 400/7 400/14 400/19 400/20 401/19 402/3 402/6 402/13 403/10 403/10 403/11 404/2 404/19 404/19 404/23 405/12 406/7

**attempt [4]** 263/15 267/14 282/3 402/9

**attempting [1]** 263/12

**attended [1]** 357/21

**attention [3]** 344/11 345/24 346/14

**attire [2]** 388/6 388/14

**attorney [6]** 253/2 259/12 259/21 259/24 262/7 263/6

**attorneys [6]** 253/4 259/9 259/10 262/4 263/3 263/22

**audio [5]** 255/4 280/13 280/14 280/21 281/2

**audio-recording [2]** 255/4 280/21

**audiotape [4]** 281/20 284/15 295/22 296/24

**available [3]** 335/23 363/19 370/6

**average [3]** 370/10 370/14 397/18

**aware [8]** 335/5 335/7 336/4 336/13 338/25 355/15 360/13 389/16 406/4

**away [1]** 263/24 367/8

## B

**Bachelor [1]** 359/16

**back [35]** 257/12 269/13 274/14 284/5 284/5 289/9 312/7 327/9 333/23 334/5 337/20 339/23 354/17 360/10 362/21 366/16 368/7 369/7 373/8 373/10 373/13 381/11 381/12 381/19 382/1 385/13 386/23 400/17 400/19 400/20 401/10 402/2 402/3 403/10 403/11

**background [2]** 273/24 398/10

**backpack [23]** 266/16 285/14 295/9 295/11 295/12 295/25 296/7 297/19 297/21 298/17 298/22 298/25 299/15 300/13 319/21 319/24 327/19 329/20 330/1 330/2 331/14 338/6 354/3

**backyard [2]** 339/24 340/7

**bad [1]** 268/23

**badges [1]** 296/2

**based [25]** 277/17 278/18 287/19 292/23 294/13 303/7 318/3 318/21 319/15 319/20 320/9 320/24 322/23 323/23 338/13 341/13 342/10 347/1 347/13 353/9 371/3 392/4 392/18 397/7 399/10

**B**

**basic [2]** 357/22
359/11
**basically [4]** 322/23
341/21 394/6 404/6
**basis [10]** 301/6
303/13 304/14 329/12
329/22 329/24 330/12
330/21 331/2 399/21
**bathroom [48]** 264/24
265/20 265/20 266/3
268/18 268/19 271/7
318/12 318/14 318/14
318/16 318/17 318/20
318/21 318/22 318/23
319/12 319/23 319/23
320/14 320/15 320/15
320/16 320/19 320/20
320/23 320/25 321/7
321/9 331/19 331/19
333/12 335/11 337/7
337/14 338/15 350/12
350/24 353/7 386/4
387/9 388/2 388/18
392/19 398/10 398/21
398/23 398/25
**bathrooms [4]** 320/11
320/18 321/1 321/5
**bathtub [1]** 391/12
**battery [1]** 341/24
**Bay [1]** 360/1
**be [132]** 256/4 257/6
257/17 257/22 258/2
258/3 259/14 259/15
261/5 261/13 261/15
263/12 263/18 264/11
267/23 269/5 270/20
273/9 275/13 276/15
276/23 280/17 281/23
288/6 288/20 289/8
289/10 289/14 289/16
289/20 289/24 290/7
290/7 290/11 290/16
290/16 294/15 304/24
306/10 306/15 306/16
307/3 309/16 310/1
310/4 310/7 310/11
310/14 311/6 311/21
315/24 316/20 323/7
323/13 323/22 324/14
324/17 326/5 326/12
326/12 326/17 327/5
327/24 328/9 328/17
330/6 331/1 331/1
331/4 336/6 337/25
346/3 349/5 352/3
352/19 353/19 353/22
355/21 356/12 360/10
362/11 367/23 371/11
371/12 371/24 374/13
375/23 376/7 378/7
381/25 382/1 383/2
383/8 384/2 385/16

**before [18]** 257/8
263/1 271/5 273/9
274/12 328/9 332/11
334/4 351/20 356/11
359/12 359/20 374/8
376/7 378/7 393/24
402/17 402/20
**begin [2]** 273/23
394/20
**behavior [2]** 385/20
385/24
**behind [4]** 332/22
368/6 369/6 369/6
**beholder [1]** 392/4
**being [17]** 258/16
281/1 289/15 293/2
297/13 302/21 303/4
318/1 325/21 332/3
332/15 367/4 386/11
389/16 391/5 394/25
403/23
**believe [23]** 260/11
260/20 261/8 293/5
298/3 319/12 320/3
328/11 329/14 335/25
336/19 341/14 342/11
347/2 347/5 350/8
351/23 352/1 364/23
372/24 395/8 396/17
398/24
**belonged [9]** 296/7
296/9 296/10 296/16
296/18 296/19 340/8
340/9 340/10
**belongings [3]** 318/21
319/19 320/25
**below [1]** 346/7
**bench [4]** 272/4 287/4
309/3 322/15
**Besides [1]** 295/24
**best [14]** 304/15 306/8
321/22 322/12 325/17
326/14 326/24 328/6
332/1 332/19 332/19
334/8 334/13 385/7
**bestiality [2]** 385/19
385/24
**better [1]** 324/22
**between [1]** 352/21
**beyond [3]** 256/16
374/15 374/20
**binder [10]** 279/25
282/22 283/8 286/6
297/8 298/3 342/16
344/25 350/18 368/4
**birthdates [1]** 305/23
**bit [8]** 274/21 330/7
335/18 354/10 363/6
363/6 373/5 373/9
**black [1]** 277/12
**Black's [1]** 394/21
**block [2]** 264/24
319/18
**blocker [2]** 365/8 365/9

**board [3]** 370/22
370/23 395/22
**boarding [1]** 300/1
**boards [2]** 370/20
371/1
**bodies [7]** 267/10
267/21 279/16 397/9
398/2 398/5 398/8
**body [3]** 271/1 271/1
271/2
**book [3]** 366/21 366/24
367/1
**bookmarked [1]**
286/14
**both [12]** 262/3 287/6
287/7 287/12 310/5
328/17 348/3 348/15
366/6 372/20 399/18
399/23
**boys [1]** 304/23
**break [4]** 327/8 327/13
333/19 373/5
**breaks [2]** 327/11
373/11
**breasts [1]** 398/8
**briefing [1]** 403/17
**briefly [2]** 337/5 354/5
**bring [8]** 257/8 257/12
334/4 337/21 353/20
374/8 375/18 401/9
**bringing [1]** 360/9
**broken [1]** 268/16
**brought [1]** 279/10
**browser [3]** 279/1
279/1 279/2
**building [3]** 372/20
372/22 372/25
**built [1]** 370/5
**built-in [1]** 370/5
**bunch [1]** 297/21
**business [2]** 360/7
392/20
**but [86]** 256/22 259/11
259/16 261/2 261/7
261/14 262/11 263/14
266/22 268/24 269/1
269/9 269/22 270/6
271/11 271/16 271/23
273/10 281/2 287/24
288/13 288/19 289/14
290/6 309/12 309/21
310/2 310/10 310/12
316/20 322/19 323/14
323/15 324/6 324/10
324/22 326/6 328/5
329/16 330/4 330/23
331/3 332/13 332/17
333/13 333/15 334/11
336/7 336/14 341/19
346/9 347/7 356/12
358/14 359/20 367/1
367/4 367/7 376/8
378/8 381/25 382/2
382/10 386/13 386/22

**389/5** 389/13 390/2
390/13 391/5 392/6
393/12 393/16 393/21
394/1 394/9 395/18
395/18 396/3 397/8
397/19 398/5 398/20
399/18 399/20 404/2
**buttocks [1]** 398/8
**buy [1]** 370/8

**C**

**CA [1]** 252/23
**cache [2]** 330/22
331/16
**Cal [1]** 359/17
**calendar [2]** 400/18
401/24
**CALIFORNIA [18]**
252/2 252/16 253/5
253/9 256/1 278/7
278/9 306/1 371/13
371/16 371/25 374/1
383/3 383/5 383/6
383/20 384/6 403/24
**call [3]** 256/7 272/20
378/3
**called [8]** 357/21
358/10 358/10 358/10
359/24 363/14 365/14
382/1
**calls [6]** 317/20 319/2
319/3 347/6 355/24
376/1
**Camarillo [1]** 361/11
**came [3]** 269/14
269/24 368/3
**camera [63]** 265/4
265/6 265/8 265/10
265/19 268/18 319/18
319/25 320/2 321/7
331/7 331/16 332/23
332/25 339/19 339/10
339/18 339/22 339/23
340/3 340/4 341/2
341/8 341/19 341/22
344/8 344/12 344/13
344/17 344/21 345/7
345/25 346/8 347/2
347/11 347/14 348/4
348/5 350/12 350/15
350/24 353/6 354/15
354/15 370/3 370/5
370/5 371/12 371/15
382/25 383/1 383/19
383/23 384/5 387/11
388/10 388/13 389/14
389/17 393/4 397/12
404/9 404/10
**cameras [27]** 264/21
264/22 264/25 321/4
328/19 333/11 337/6
339/3 339/7 339/12
339/24 339/25 340/2
340/6 340/8 340/24

## C

**cameras... [11]** 341/5 342/10 342/11 342/12 365/4 369/25 370/2 370/17 371/5 392/18 392/18
**CAMILLE [1]** 253/3
**can [77]** 258/14 260/8 261/7 261/15 269/21 270/4 276/12 276/16 276/17 276/20 276/22 277/2 277/10 279/23 282/20 283/6 286/4 288/13 291/19 292/6 292/10 292/12 292/13 297/6 297/13 298/13 299/18 299/22 300/5 301/2 301/3 304/17 307/4 312/5 317/13 317/17 317/25 323/24 324/1 324/18 324/18 326/6 326/7 328/7 334/11 342/14 343/20 344/11 344/23 345/23 348/24 350/17 352/4 352/6 353/21 354/5 355/7 362/20 366/19 366/19 367/3 369/5 371/4 380/7 381/9 381/12 384/15 385/16 389/25 390/23 391/2 394/14 395/11 401/9 403/13 403/13 406/7
**can't [5]** 270/16 278/25 289/18 328/17 390/13
**cannot [3]** 307/5 386/25 390/24
**Canyon [1]** 278/7
**capabilities [2]** 265/6 341/15
**capacity [3]** 338/25 346/23 353/5
**capture [3]** 304/7 345/5 392/20
**captured [3]** 331/8 389/19 390/1
**card [32]** 255/20 285/2 285/8 296/2 296/3 298/15 298/16 306/1 319/21 319/24 320/1 327/19 329/19 330/2 331/14 338/6 350/8 353/13 353/14 354/3 354/10 354/11 362/10 365/1 365/1 365/2 365/7 365/10 365/11 365/12 365/16 366/3
**cards [2]** 298/16 299/25
**carries [1]** 391/2
**cars [1]** 399/5
**case [97]** 254/7 258/2 258/5 258/11 259/11

260/12 261/15 261/24 261/24 262/3 262/5 263/15 263/16 264/14 264/16 265/12 266/12 267/7 268/1 268/8 269/4 269/6 270/10 272/15 275/10 275/12 275/12 275/13 275/14 275/16 277/15 282/4 282/6 283/4 283/16 286/14 286/21 293/9 294/23 297/25 300/16 307/24 307/25 310/14 312/22 313/1 313/23 314/20 317/16 324/13 327/12 327/25 330/6 335/18 336/1 336/2 337/2 338/25 342/25 345/10 346/23 346/24 348/7 350/10 350/11 351/1 353/5 354/20 361/2 361/8 369/3 372/13 373/11 375/11 378/25 381/2 381/19 381/25 386/14 387/3 387/23 388/10 389/10 389/10 390/13 390/14 390/14 396/18 399/22 399/22 400/6 401/15 401/25 402/6 402/9 402/10 404/6
**cases [6]** 263/20 274/17 274/20 275/7 275/9 402/1
**casing [1]** 370/21
**catch [1]** 287/8
**categorize [5]** 292/24 302/20 303/3 303/5 303/6
**CATHARINE [1]** 253/3
**cause [5]** 273/8 276/6 356/11 376/7 378/7
**CD [1]** 333/10
**CDs [1]** 330/8
**Cellebrite [2]** 358/11 359/5
**cellphone [3]** 264/23 289/6 370/4
**CENTRAL [7]** 252/2 278/8 371/13 371/16 371/25 383/3 383/5
**certain [13]** 305/2 305/4 306/14 321/18 322/3 327/24 332/24 335/3 336/6 337/7 338/5 396/4 399/2
**certainly [6]** 383/20 390/1 390/1 390/10 393/20 395/3
**CERTIFICATE [1]** 407/1
**certification [6]** 357/23 358/20 359/5 359/7 359/10 359/11

**certifications [7]** 357/23 358/16 358/19 358/25 359/4 359/9 359/12
**certify [1]** 407/3
**cetera [4]** 333/14 333/15 386/5 399/22
**change [6]** 282/17 282/18 283/2 283/13 293/18 341/24
**characteristics [1]** 392/7
**charge [1]** 390/16
**charged [8]** 268/2 282/2 293/8 294/19 303/17 303/20 303/21 392/17
**charges [3]** 269/12 272/14 304/2
**charging [2]** 264/24 319/17
**check [3]** 361/18 362/1 362/7
**chief [6]** 254/7 272/15 335/18 375/11 386/14 387/3
**child [99]** 264/15 265/19 265/24 266/12 266/13 266/15 266/18 266/20 266/25 267/4 267/6 267/12 267/14 267/15 267/17 268/3 269/1 269/25 269/25 270/3 270/7 270/9 271/17 271/19 274/18 274/22 274/23 274/25 275/3 275/3 275/4 275/5 275/7 275/19 275/20 276/7 276/8 276/16 278/20 282/3 284/2 284/7 285/3 285/7 285/19 285/23 286/11 286/16 286/17 291/2 291/8 291/11 292/15 292/24 293/6 293/8 294/1 294/4 294/10 294/17 294/20 295/10 299/16 301/5 301/11 301/18 301/23 302/20 303/3 303/7 303/11 303/21 303/23 304/1 304/4 310/3 310/3 310/13 310/18 330/22 331/20 369/3 369/10 382/14 390/11 390/25 391/1 391/11 391/12 391/14 391/16 391/25 397/8 399/1 402/22 404/24

**children [21]** 264/20 265/13 266/15 267/19 294/1 304/12 304/18 304/21 304/23 376/24

**378/19 378/21 378/22 379/3 379/7 379/8 390/9 391/8 391/19 391/23 397/11
**children's [3]** 264/24 265/20 265/20
**China [1]** 383/25
**chronological [2]** 254/10 263/19
**circuit [8]** 370/20 370/22 370/23 389/10 392/14 392/15 395/10 396/19
**circuits [1]** 360/2
**circumstances [1]** 275/25
**circumstantial [5]** 260/7 261/5 261/12 261/15 261/17
**citations [2]** 399/22 399/22
**citing [1]** 396/18
**clarifies [1]** 397/17
**claw [1]** 368/10
**clear [4]** 267/18 288/6 362/11 395/10
**clearly [1]** 387/14
**clerk [6]** 272/22 337/21 402/18 405/5 405/20 405/22
**clip [7]** 280/9 284/12 288/8 292/2 295/18 296/20 368/18
**clips [14]** 268/18 268/24 269/1 270/10 270/12 270/14 270/19 271/11 271/16 271/18 271/23 272/12 280/5 398/5
**clock [1]** 339/10
**close [2]** 309/5 375/8
**closed [2]** 382/1 400/7
**closely [1]** 387/10
**closing [7]** 259/16 272/6 272/7 309/9 328/12 402/4 402/5
**clothed [4]** 388/16 388/17 388/20 398/12
**clothes [1]** 271/5
**CM [1]** 252/21
**coaching [1]** 389/9
**cocounsel [8]** 298/1 307/8 312/10 313/17 314/11 377/5 379/12 379/19
**Code [1]** 407/4
**Coinbase [1]** 278/16
**Coleman [3]** 378/3 378/4 378/14
**Coleman Kelly [2]** 378/3 378/14
**colleague [5]** 268/6 347/18 347/23 396/17 397/16

**collection [3]** 266/14 266/18 267/15
**collections [1]** 266/21
**college [2]** 316/16 318/5
**colloquy [1]** 287/24
**combination [1]** 261/16
**come [26]** 256/4 257/6 269/21 287/24 322/17 324/1 324/7 324/10 324/11 327/9 332/11 332/11 333/23 334/2 373/8 373/10 374/4 381/18 384/2 400/17 400/19 400/20 402/2 402/3 403/10 403/11
**coming [3]** 323/7 324/6 324/12
**comment [1]** 263/6
**commerce [3]** 382/17 382/21 384/2
**committed [1]** 267/22
**common [1]** 392/9
**common-sense [1]** 392/9
**commonly [2]** 274/2 387/21
**commonplace [1]** 303/9
**company [2]** 359/24 359/25
**compared [1]** 385/23
**compatible [3]** 319/25 320/1 331/15
**completely [2]** 398/4 398/12
**compliance [1]** 361/5
**complies [6]** 301/4 342/17 353/24 362/22 368/9 369/8
**component [3]** 383/1 404/8 404/10
**components [9]** 370/17 370/25 371/5 371/24 382/24 382/25 383/19 403/23 404/5
**comprise [1]** 329/22
**compromised [1]** 334/17
**CompTIA [2]** 359/7 359/10
**computer [18]** 266/19 267/5 284/24 285/16 285/17 291/3 291/5 291/9 292/25 293/9 294/11 301/18 308/7 357/2 357/4 357/22 360/13 365/10
**computer's [1]** 367/6
**Computers [1]** 357/13
**conceal [2]** 265/8 318/4
**concealed [4]** 264/21

## C

concealed... [3] 293/1 293/2 316/15
concede [1] 388/21
concluded [1] 406/12
conclusion [2] 310/5 310/6
conditional [1] 323/5
conditionally [5] 363/22 364/16 366/9 368/20 369/14
conduct [16] 267/5 268/2 268/24 270/22 270/23 271/2 271/12 271/24 272/14 385/11 385/14 385/16 390/4 392/11 392/23 394/22
confer [1] 372/13
conference [3] 323/6 332/12 407/9
conferred [18] 258/18 306/25 307/7 308/11 311/14 312/3 312/6 317/5 324/25 326/20 329/10 352/14 355/14 369/17 369/20 394/18 397/15 397/21
confirm [1] 333/19
confirmed [3] 305/23 305/25 322/8
conformance [1] 407/8
confusing [1] 330/7
confusion [2] 323/20 331/6
connected [3] 346/8 365/7 365/10
connoting [1] 393/9
consent [1] 309/9
consider [3] 259/22 274/25 405/20
considered [4] 261/13 360/10 390/22 405/1
considering [1] 309/4
consistent [1] 268/8
consists [2] 260/2 280/20
constitute [1] 310/13
constitutes [1] 269/20
construing [1] 392/25
consumer [3] 370/10 370/14 371/11
consumer-grade [1] 371/11
contact [2] 262/5 262/14
contain [9] 268/24 271/11 272/13 291/13 325/15 370/17 370/20 392/10 392/13
contained [8] 287/25 295/9 328/21 329/23 330/5 330/12 368/1 383/1

containing [4] 266/25 280/5 291/13 299/16
contains [3] 330/17 370/23 385/15
contents [7] 297/21 325/20 326/13 332/2 332/7 366/22 367/1
continue [1] 338/2
continues [1] 334/7
contraband [1] 405/1
contractor [2] 296/2 299/25
contracts [8] 266/23 291/13 291/17 291/23 291/24 292/16 301/16 301/22
contrary [2] 328/8 328/14
control [3] 258/24 404/25 405/2
controlling [1] 396/18
controls [1] 259/20
convert [1] 392/18
converter [1] 383/23
convicted [3] 277/20 277/23 391/2
conviction [2] 390/16 390/25
convictions [3] 278/1 282/12 397/8
copper [1] 370/24
copy [6] 363/6 367/22 368/16 369/10 394/5 402/20
corner [2] 261/10 316/4
corners [3] 270/19 391/1 392/8
correct [23] 288/21 290/17 294/18 306/11 310/15 316/9 319/10 321/15 322/4 325/4 325/8 332/10 333/2 338/6 338/7 341/10 346/12 349/17 364/24 367/15 382/25 400/8 407/5
correctly [1] 323/16
Cost [1] 371/10
could [20] 302/12 308/6 325/25 333/18 333/19 334/17 341/20 352/12 353/13 353/19 367/23 370/8 370/10 383/11 391/24 392/3 394/1 394/9 396/3 399/13
counsel [35] 256/9 258/18 268/11 269/20 272/2 272/5 288/23 298/7 306/25 307/7 308/11 309/1 311/14 312/3 312/6 317/5 322/13 324/25 326/20

327/16 329/10 334/23 352/14 355/14 369/17 369/20 374/7 381/16 394/18 395/9 397/15 397/21 401/24 402/6 403/5
count [20] 268/3 282/6 284/2 288/9 293/11 293/20 294/19 294/23 295/4 301/6 303/13 314/16 330/21 331/3 382/14 388/19 388/20 388/23 388/24 393/20
Count 3 [4] 314/16 388/19 388/24 393/20
country [2] 278/7 404/5
counts [22] 266/12 268/3 268/4 277/25 287/22 288/9 288/10 303/24 329/12 329/22 329/25 330/12 330/18 330/19 331/2 331/4 388/20 392/18 393/18 393/21 393/22 402/24
couple [5] 259/7 296/1 323/17 331/25 382/23
course [10] 259/12 316/16 317/15 317/16 318/5 335/6 357/21 358/8 360/18 391/15
courses [1] 357/18
court [24] 252/1 256/5 256/22 272/10 273/9 283/13 287/23 290/4 310/24 324/24 333/5 334/16 356/11 374/5 376/7 378/7 386/19 392/25 393/6 396/19 397/17 403/1 405/2 405/22
Court's [2] 287/20 347/17
Courthouse [2] 252/22 253/4
courtroom [12] 257/16 276/10 276/15 276/21 327/14 328/13 337/24 373/14 375/22 381/13 401/12 402/15
courtrooms [1] 309/9
cover [2] 309/20 401/1
covered [1] 265/5
covertly [1] 388/7
coyness [2] 389/1 389/11
CP [2] 390/16 391/20
CR [1] 252/8
create [3] 363/3 365/15 369/2
created [14] 266/1 315/6 315/10 315/13 315/16 316/3 316/6 331/6 351/21 364/8

365/17 367/23 368/16 369/10
creates [1] 363/11
crime [7] 274/19 282/8 282/16 284/1 293/13 294/25 390/17
crimes [12] 267/22 274/22 274/23 274/25 275/1 275/2 275/18 275/19 276/6 277/21 277/23 278/21
criminal [3] 274/17 277/18 279/5
criminalized [1] 392/1
critical [1] 391/6
cropped [2] 387/10 398/5
cross [13] 254/12 254/20 324/18 324/18 326/6 355/18 355/19 355/20 372/6 372/7 377/22 380/21 380/22
cross-examine [1] 326/6
crossed [2] 383/12 390/2
CRR [1] 252/21
CRR-CM [1] 252/21
crude [1] 398/20
crystalize [1] 336/11
CSAM [2] 307/4 329/12
CSR [3] 252/21 407/3 407/16
CUAUHTOMAC [1] 253/6
CUNEO [3] 252/21 407/3 407/16
current [2] 274/14 357/1
currently [1] 357/2
curtail [1] 327/25
custodian [1] 361/9
custodians [1] 361/16
custody [4] 404/25 405/2 405/4 405/5
customers [1] 360/8
cuts [1] 388/15
cybersecurity [2] 358/20 358/23

## D

DAK [1] 309/10
dark [5] 278/17 278/23 278/24 279/18 282/3
data [17] 323/7 323/11 358/5 358/6 358/14 358/15 360/14 363/4 363/7 363/9 363/14 364/12 365/12 365/15 367/4 367/11 367/14
date [17] 276/3 308/4 315/6 315/10 315/13 315/16 315/18 315/22 316/2 316/4 316/5

348/21 349/3 349/13 351/17 352/10 407/10
dated [2] 280/6 280/8
daughter [18] 264/16 265/1 266/14 267/13 268/1 268/4 268/19 311/17 340/19 377/1 377/3 377/16 377/17 379/10 380/6 380/7 380/10 380/16
daughter's [4] 264/23 265/4 265/7 380/13
Dave [1] 284/24
David [3] 331/12 355/25 356/8
David Parker [2] 331/12 355/25
day [3] 252/17 298/19 405/16
days [1] 284/20
DC [2] 392/14 392/15
dealing [1] 392/15
decide [2] 261/18 310/18
deciding [1] 271/16
decision [3] 392/14 397/17 402/10
declined [1] 334/10
deep [7] 291/12 291/22 291/24 293/3 302/2 302/4 318/4
defendant [69] 252/10 253/6 264/25 265/3 265/10 265/13 265/14 265/19 265/24 266/1 266/4 266/11 266/17 266/20 266/24 267/3 267/11 267/22 268/2 275/16 275/23 276/16 277/15 277/17 277/20 278/5 279/7 282/2 282/8 284/1 284/6 284/17 284/25 293/8 293/13 293/25 294/14 294/16 294/19 296/5 296/16 296/25 297/3 301/17 303/17 321/9 321/18 321/21 322/10 329/14 331/7 337/13 338/13 340/21 353/10 378/24 381/23 388/11 389/7 389/8 390/15 392/17 396/1 396/2 396/6 396/70 397/22 398/1
defendant's [55] 264/19 267/8 267/17 267/20 278/11 280/10 281/24 282/12 284/10 284/13 284/20 284/21 284/23 285/9 291/3 291/5 291/9 292/25 293/20 294/11 295/4 295/8 295/11 295/19

**D**

**defendant's... [31]**
295/25 296/21 298/18
298/21 298/22 298/25
319/8 320/4 320/10
321/1 321/15 322/4
327/19 329/1 329/20
330/1 331/13 336/10
338/6 338/22 339/4
339/19 340/4 340/13
340/25 342/1 342/5
349/17 351/24 352/1
395/4
**DEFENDER [1]** 253/7
**defense [41]** 254/8
256/14 257/11 268/11
268/11 288/7 288/23
298/7 327/1 327/3
327/4 327/23 328/5
328/12 331/23 333/18
334/7 334/13 334/25
335/23 335/25 336/5
336/12 336/14 336/18
369/17 381/4 381/15
382/6 384/25 393/25
394/8 395/8 396/22
400/2 400/13 400/14
401/16 401/16 401/19
403/14
**define [1]** 393/7
**defined [1]** 392/1
**definition [10]** 385/14
385/21 386/7 386/11
389/4 391/25 392/22
393/19 394/21 394/24
**definitions [1]** 393/1
**degree [2]** 359/13
359/16
**delete [4]** 322/10
337/13 337/14 338/17
**deleted [41]** 321/18
321/21 322/3 322/8
322/19 322/24 322/25
323/9 323/14 323/25
325/11 325/15 326/4
329/18 331/9 331/11
331/16 331/17 331/18
332/25 333/12 333/16
334/18 335/13 336/15
336/21 336/25 337/7
338/5 338/14 365/19
366/6 366/16 366/17
366/25 367/5 367/11
367/11
**deliberate [1]** 267/11
**deliberately [1]** 265/25
**deliberating [1]** 261/25
**deliberation [1]** 402/6
**deliberations [2]** 258/5
258/25
**demonstrate [2]**
332/23 404/4

**demonstrated [1]**
267/18
**deny [2]** 399/13 400/21
**depict [3]** 335/10
335/11 385/10
**depicted [11]** 280/2
299/23 304/12 304/21
305/2 307/16 350/14
377/13 379/25 388/5
399/20
**depicting [1]** 266/15
**depiction [11]** 298/24
343/4 382/15 387/6
387/17 388/25 389/23
390/20 397/4 397/25
398/17
**DEPUTY [2]** 253/7
253/8
**describe [5]** 292/6
293/2 317/13 317/18
354/6
**described [5]** 295/17
318/1 364/6 367/12
371/4
**describes [1]** 396/22
**description [3]** 255/3
289/6 397/23
**descriptions [2]**
287/25 288/4
**design [1]** 360/1
**designed [3]** 389/23
390/20 397/4
**designs [1]** 360/9
**desire [2]** 381/20
393/10
**detail [1]** 327/6
**detailed [1]** 258/24
**details [1]** 367/25
**detecting [3]** 341/16
341/17 341/20
**detector [15]** 264/23
265/5 265/7 339/9
341/9 341/11 342/8
342/22 343/2 343/5
343/20 344/9 344/14
344/16 348/4
**detectors [3]** 342/4
342/7 342/11
**determination [1]**
399/11
**determine [2]** 263/14
321/17
**devastated [1]** 270/16
**developed [1]** 390/14
**developer [1]** 359/6
**development [1]**
360/11
**device [13]** 285/24
292/7 353/15 354/12
354/13 363/2 363/7
365/3 365/9 368/2
370/3 371/23 372/2
**devices [32]** 270/2
284/21 284/23 284/25

285/4 285/6 285/9
285/20 286/12 294/1
294/5 319/11 321/15
322/4 322/11 323/8
330/5 331/13 335/1
335/8 339/1 339/15
349/17 357/9 357/12
361/18 361/20 362/11
367/13 367/20 383/19
383/24
**devote [2]** 403/20
403/25
**dictionary [2]** 393/1
394/21
**did [127]** 266/24
266/25 268/16 268/20
275/23 275/25 276/3
276/5 279/7 279/9
279/11 279/14 279/17
279/19 279/20 284/6
284/9 284/21 284/22
284/25 285/3 285/5
285/9 285/11 285/12
285/16 285/22 285/25
294/3 294/4 294/10
294/12 294/25 295/1
295/2 295/11 295/24
296/5 296/6 296/8
296/9 296/15 296/17
296/18 298/21 298/23
319/11 319/14 321/1
321/3 321/4 321/14
321/20 322/6 322/10
323/23 324/1 324/7
325/3 325/10 325/13
325/15 326/6 336/18
336/23 337/8 337/12
337/14 338/17 339/5
339/12 339/21 340/24
341/2 341/5 341/11
341/12 342/4 342/7
343/3 344/20 349/25
358/2 358/4 358/7
358/9 359/12 359/14
359/18 359/20 359/22
359/23 360/4 360/6
361/2 361/3 361/8
361/18 361/19 361/20
362/1 362/2 362/7
362/8 363/12 363/17
364/5 364/7 364/12
364/14 365/6 365/13
365/17 365/18 365/20
365/22 366/1 366/4
367/18 367/19 369/4
379/3 379/7 392/24
403/16 403/17 404/16
**didn't [7]** 268/21 287/8
289/17 323/15 327/21
336/13 396/25
**difference [1]** 364/7
**different [6]** 259/19
281/3 323/14 364/8
385/16 385/16

**difficult [7]** 269/5
269/8 269/10 270/11
270/12 270/20 271/14
**digital [23]** 266/5
266/21 336/1 339/10
357/9 358/24 360/12
360/20 361/23 362/4
365/3 365/4 369/25
370/2 370/3 370/3
370/4 370/5 370/17
370/17 371/5 371/5
371/11
**DIRE [2]** 254/12 254/20
**direct [21]** 254/12
254/20 260/6 260/9
260/9 260/21 261/7
261/13 261/16 261/17
262/5 262/14 272/23
273/21 343/20 344/11
345/23 356/19 363/6
376/20 378/15
**directed [1]** 403/19
**directly [1]** 264/12
**disallow [1]** 328/1
**discharged [1]** 269/15
**disciplines [1]** 358/23
**discovery [2]** 336/9
336/19
**discuss [4]** 279/8
327/12 361/5 373/11
**discussed [2]** 369/13
389/6
**discussion [2]** 374/14
400/24
**disguise [1]** 318/6
**Disney [1]** 300/3
**display [1]** 292/1
**displayed [31]** 290/7
292/4 299/13 299/20
300/24 302/10 311/13
312/2 313/11 314/9
315/4 317/11 327/2
343/17 344/4 344/6
345/21 346/2 346/18
348/19 349/1 349/10
351/15 352/8 352/15
352/25 355/5 393/8
394/25 398/3 398/9
**dispute [2]** 386/10
386/10
**distances [1]** 372/19
**distinguish [1]** 329/11
**distraught [1]** 270/15
**distribution [1]** 275/4
**DISTRICT [10]** 252/1
252/2 256/5 278/8
371/3 371/16 371/25
374/5 383/3 383/5
**DIVISION [1]** 252/3
**do [204]**
**document [6]** 280/1
282/24 283/3 283/10
290/10 368/11
**documenting [1]** 357/6

**documents [15]** 255/5
255/6 286/8 286/19
297/9 297/16 297/23
301/22 303/10 336/8
342/18 342/23 345/2
345/9 406/7
**does [14]** 262/23
268/11 275/13 305/19
308/18 310/13 341/18
348/14 363/8 364/10
364/11 391/13 398/6
401/16
**doesn't [12]** 258/15
259/25 324/10 332/2
367/8 383/10 386/14
386/19 387/4 391/18
392/2 393/15
**doing [14]** 306/5 357/7
368/7 389/17 390/6
391/17 392/8 399/21
404/15 404/19
**don't [44]** 256/15
256/24 262/9 262/9
268/24 271/11 271/23
272/13 276/19 288/3
289/4 289/23 289/23
298/6 310/7 322/25
325/25 325/25 327/7
329/5 330/23 333/13
335/7 336/7 373/6
379/5 381/22 382/3
383/10 384/10 385/8
387/20 388/14 388/23
388/24 389/15 389/25
390/23 392/5 392/12
393/12 403/14 404/8
406/6
**done [7]** 324/17 357/10
362/21 365/11 367/12
368/7 369/6
**door [3]** 339/23 339/23
342/22
**doorbell [1]** 339/23
**doorway [1]** 343/22
**Dost [19]** 386/10
386/11 386/11 386/13
386/17 386/18 386/20
386/23 387/2 388/5
388/11 393/13 393/13
393/16 395/8 397/2
397/17 397/24 403/16
**down [8]** 260/4 261/3
261/10 261/21 262/16
341/23 362/21 389/13
**downloaded [2]** 270/1
271/19
**downstairs [2]** 320/14
320/20
**draft [1]** 403/12
**draw [1]** 263/12
**dresser [1]** 320/5
**drive [47]** 255/9 255/10
266/6 266/16 280/5
281/17 301/5 301/9

**D**

**drive... [39]** 301/10
301/12 301/24 302/21
303/4 303/13 303/16
303/18 303/22 305/3
305/14 311/19 313/15
316/9 316/12 321/13
325/4 325/7 325/11
328/25 329/25 330/11
330/13 330/15 330/20
353/20 361/23 362/4
362/15 362/24 363/4
363/10 364/5 364/6
366/20 372/19 384/16
384/20 384/21
**drives [22]** 255/8 285/1
285/8 285/12 285/14
294/17 295/10 295/24
296/11 296/15 297/3
297/4 297/20 299/16
300/12 303/12 319/22
330/1 330/9 330/10
357/13 357/14
**drug [1]** 274/19
**drugs [1]** 405/2
**drying [2]** 271/8
307/21
**duplicate [1]** 363/9
**during [27]** 259/12
264/18 266/10 269/7
275/22 279/7 279/17
281/24 291/6 293/24
294/14 319/7 319/17
320/10 320/24 321/2
321/21 333/18 338/22
339/1 358/8 361/4
363/23 364/17 366/10
368/20 369/14
**duties [16]** 258/12
283/4 283/16 286/21
297/25 300/16 307/24
313/1 313/23 314/20
342/25 345/10 348/7
351/1 354/20 360/7
**Dylan [6]** 318/24
320/17 328/4 329/14
338/18 340/18

**E**

**each [9]** 260/8 285/24
288/9 289/14 290/9
290/10 305/22 340/20
399/14
**earlier [29]** 278/4
282/13 291/2 293/24
294/16 295/9 302/18
302/22 303/11 313/17
314/11 317/17 319/6
320/3 321/13 322/2
325/2 338/4 338/21
341/8 341/25 343/1
344/8 349/15 350/9
351/23 360/18 400/17
404/17

**early [1]** 373/5
**easier [5]** 264/11 333/8
399/19 399/19 405/24
**East [1]** 253/8
**ECF [4]** 405/23 406/1
406/5 406/9
**edification [2]** 287/16
354/5
**educational [1]** 359/13
**effect [1]** 389/18
**efficient [1]** 310/1
**either [8]** 271/1 328/14
341/2 358/13 386/15
388/15 395/11 401/3
**elaborate [1]** 317/25
**Electrical [1]** 359/16
**electronic [1]** 370/24
**electronics [1]** 365/4
**element [4]** 382/14
385/2 385/9 395/14
**elements [2]** 382/10
382/10
**elicit [5]** 326/16 334/17
389/23 390/20 397/4
**eliciting [1]** 336/6
**else [15]** 261/22 268/22
270/12 281/24 293/5
295/24 296/10 341/6
359/21 366/1 375/15
382/2 384/19 384/25
405/12
**Elvis [1]** 372/25
**employed [1]** 274/10
**employment [1]**
273/24
**enabled [1]** 353/15
**EnCase [1]** 358/10
**encourages [1]** 390/7
**encrypted [1]** 278/24
**end [6]** 258/2 258/23
268/6 271/13 272/11
375/10
**ending [3]** 362/15
362/24 364/5
**ends [2]** 302/15 317/16
**enforcement [3]**
269/14 269/24 279/4
**engage [3]** 275/6 389/1
393/11
**engaged [1]** 386/4
**engaging [1]** 388/12
**Engineering [2]** 359/3
359/17
**entered [6]** 257/16
265/2 267/24 337/24
375/22 401/12
**entire [3]** 263/10
288/16 289/12
**entirety [2]** 288/11
387/8
**entitled [1]** 407/7
**entries [2]** 289/14
290/11
**entry [3]** 366/22 366/23

366/25
**equipment [2]** 339/19
340/4
**erotic [1]** 396/7
**especially [2]** 293/3
399/21
**establish [2]** 396/13
404/10
**established [2]** 261/15
393/2
**establishes [1]** 260/11
**establishing [1]**
324/13
**ESTRADA [1]** 253/2
**et [4]** 333/14 333/15
386/5 399/22
**et cetera [4]** 333/14
333/15 386/5 399/22
**even [11]** 276/20
276/23 331/2 386/13
386/22 388/23 388/24
393/13 393/16 402/8
405/19
**evening [3]** 402/12
405/5 405/6
**event [1]** 389/5
**ever [4]** 371/18 371/20
379/8 390/15
**every [3]** 366/22
366/23 370/4
**everybody [2]** 276/21
391/17
**everyday [1]** 264/21
**everything [1]** 367/21
**everywhere [1]** 391/17
**evidence [116]** 255/3
258/1 259/9 259/13
259/17 259/19 259/22
259/23 260/1 260/1
260/7 260/9 260/10
260/21 261/5 261/7
261/13 261/14 261/15
261/16 261/17 261/19
263/4 263/18 263/20
264/19 265/3 265/9
265/12 265/25 266/4
266/8 266/11 267/3
267/14 268/8 269/20
269/21 269/22 278/20
280/10 280/22 281/4
281/19 283/23 284/13
290/25 295/19 296/21
299/10 300/23 304/15
306/8 308/17 313/7
314/5 314/25 321/23
322/12 323/4 325/17
326/14 326/24 328/6
332/1 332/19 333/6
334/8 334/13 336/1
336/1 343/13 345/17
346/24 347/1 347/10
347/13 348/13 351/9
355/2 355/4 357/5
357/5 357/22 358/6

361/2 361/4 361/8
361/9 361/9 361/10
361/12 361/13 361/13
361/14 361/14 361/15
361/17 362/7 363/20
364/2 364/21 366/14
367/17 367/21 368/25
375/8 379/22 382/18
383/22 385/7 387/3
397/7 400/14 401/17
402/9
**evidentiary [4]** 326/14
327/5 332/13 400/9
**exact [1]** 363/9
**exactly [3]** 257/2
354/14 363/8
**examination [6]**
272/24 273/21 338/2
356/19 376/20 378/15
**examinations [1]**
357/9
**examine [3]** 326/6
362/20 368/6
**examined [2]** 382/23
382/24
**examiners [1]** 371/20
**examining [2]** 363/1
383/19
**example [8]** 260/7
260/12 262/2 263/7
289/12 370/9 389/11
396/7
**examples [1]** 292/15
**exceeded [1]** 336/19
**Excel [5]** 286/2 287/12
292/2 302/7 306/13
**except [3]** 332/10
364/7 398/14
**exception [2]** 340/21
398/12
**excerpt [1]** 302/7
**excerpts [1]** 290/7
**exchange [1]** 389/8
**excite [1]** 394/23
**exclusively [1]** 371/12
**excuse [11]** 269/24
303/23 366/2 375/10
381/7 382/19 385/8
385/18 388/23 400/12
400/16
**excused [4]** 355/21
372/9 377/24 380/24
**excuses [1]** 268/21
**executed [1]** 319/7
**execution [1]** 321/2
**exhaustive [1]** 395/9
**exhibit [160]**
**Exhibit 1 [6]** 279/25
281/11 281/17 328/22
328/25 329/1
**Exhibit 10 [4]** 307/11
307/21 311/21 311/25
**Exhibit 11 [1]** 312/16
**Exhibit 12 [4]** 313/18

313/19 314/1 379/21
**Exhibit 13 [6]** 314/12
314/13 314/14 314/22
377/8 377/12
**Exhibit 14 [2]** 343/8
343/19
**Exhibit 16 [2]** 343/25
344/3
**Exhibit 17 [3]** 344/25
345/13 345/19
**Exhibit 18 [1]** 346/14
**Exhibit 19 [5]** 347/19
347/25 348/10 348/18
348/24
**Exhibit 1A [1]** 280/11
**Exhibit 1B [1]** 284/14
**Exhibit 1C [1]** 295/21
**Exhibit 1D [1]** 296/23
**Exhibit 2 [4]** 282/22
283/19 293/22 295/6
**Exhibit 20 [1]** 349/9
**Exhibit 24 [2]** 350/18
352/7
**Exhibit 25 [2]** 352/13
352/24
**Exhibit 27 [1]** 351/14
**Exhibit 3 [1]** 283/7
**Exhibit 30 [2]** 286/13
368/19
**Exhibit 31 [6]** 353/23
354/18 354/23 366/9
384/12 384/18
**Exhibit 32 [4]** 297/9
298/2 298/14 355/4
**Exhibit 4 [7]** 286/6
286/11 286/23 287/8
289/8 290/6 302/8
**Exhibit 4A [1]** 292/1
**Exhibit 4B [1]** 302/7
**Exhibit 4C [1]** 317/10
**Exhibit 5 [4]** 297/14
297/19 299/4 299/12
**Exhibit 6 [3]** 297/20
299/19 299/23
**Exhibit 7 [5]** 300/7
300/19 301/3 362/23
363/22
**Exhibit 8 [3]** 303/16
364/16 364/24
**Exhibit 9 [7]** 306/24
307/9 307/19 308/13
308/19 311/2 311/12
**Exhibit List [1]** 335/16
**Exhibit No. 17 [1]**
345/5
**exhibition [10]** 385/22
385/23 386/1 386/12
392/13 393/5 393/7
394/22 394/24 396/23
**exhibits [28]** 254/25
256/16 256/20 286/19
288/7 288/19 289/13
297/8 307/17 307/23
308/22 312/11 336/7

Case 2:21-cr-00338-GW    Document 216    Filed 06/12/23    Page 165 of 180    Page ID
#:2550

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**E**

exhibits... [15] 336/25
342/16 343/15 351/4
383/21 384/9 384/10
393/10 402/19 402/19
402/21 402/25 403/22
404/3 404/4
**Exhibits 14 [1]** 342/16
**Exhibits 24 [1]** 351/4
exhibits that [1]
403/22
exists [1] 332/15
exited [4] 327/14
373/14 381/13 402/15
experience [6] 292/23
303/7 318/3 357/15
371/3 383/18
expert [4] 360/20
360/21 360/25 384/4
explain [7] 289/25
299/22 317/18 317/23
323/2 323/7 366/17
explanations [1] 258/8
explicit [11] 268/24
270/21 270/23 271/2
271/11 271/24 272/14
385/10 385/14 392/10
392/23
explicitly [1] 393/17
exploitation [4] 274/19
274/22 274/23 275/1
exported [1] 365/23
exposed [2] 398/13
398/15
extensively [1] 392/22
extent [6] 310/2 310/5
327/1 328/5 333/5
334/7
external [10] 285/1
285/2 285/7 297/3
297/20 300/12 319/22
353/20 361/23 362/4
extracted [6] 323/7
349/16 353/10 353/17
353/19 367/22
extraction [4] 360/14
366/2 366/4 366/7
extremely [1] 389/21
392/16
eyes [1] 270/20

**F**

facing [1] 343/23
fact [18] 260/10 260/11
260/21 261/5 261/9
310/18 333/22 335/5
336/11 337/5 381/25
383/11 384/1 384/3
390/7 398/14 400/20
403/21
fact-finder [1] 390/7
factor [8] 386/24 388/5
389/6 389/20 393/14
397/3 397/11 397/19

factors [16] 386/11
386/13 386/17 386/19
386/20 386/23 387/2
388/11 390/6 390/19
393/17 395/8 395/11
395/12 395/12 397/24
facts [2] 269/4 392/16
factually [1] 398/24
fair [4] 289/16 294/13
298/24 343/4
faithfully [1] 269/11
falter [1] 269/9
familiar [6] 277/18
344/16 344/17 353/9
378/24 379/2
familiarity [1] 369/25
family [4] 318/16
319/23 331/8 387/9
family's [1] 268/18
fantasies [1] 398/22
fantasy [1] 399/4
far [6] 341/16 341/17
352/18 353/2 367/21
372/19
fashion [1] 324/18
fast [1] 262/18
father [2] 264/15
268/17
fault [1] 270/16
FBI [1] 274/11
federal [9] 253/7
278/12 278/13 278/19
291/17 291/24 292/16
301/16 301/21
feed [1] 346/11
feel [1] 258/7
fellow [1] 261/25
felt [2] 289/16 383/2
female [3] 281/22
304/24 378/23
few [2] 258/11 301/9
fi [2] 339/10 353/15
Fifteen [1] 379/5
fifth [2] 385/21 389/6
file [16] 288/1 289/18
292/14 302/13 302/15
366/22 366/23 366/24
366/25 367/2 367/5
367/11 367/25 368/2
368/2 368/3
filed [1] 405/23
files [21] 286/3 286/13
291/12 304/4 304/5
318/4 321/18 331/16
331/17 365/19 365/22
365/23 366/6 366/16
366/17 366/20 367/7
367/9 367/22 367/25
369/3
film [2] 362/10 398/21
filmed [1] 389/16
final [4] 258/4 372/2
402/4 403/12
finalize [2] 337/3

403/14
finally [3] 267/8 352/24
389/20
financial [1] 274/20
find [22] 263/17 269/11
270/3 270/4 284/7
284/11 285/3 285/9
285/12 285/16 293/25
294/4 294/10 295/11
295/24 321/4 349/25
365/20 366/16 366/17
383/11 396/7
finder [1] 390/7
fine [6] 257/3 309/22
337/18 375/9 375/12
406/9
finer [2] 326/8 326/10
finger [1] 268/21
finished [2] 316/23
367/20
first [37] 252/22 252/22
259/22 272/18 277/4
279/10 289/2 294/14
301/9 301/10 301/11
301/24 302/13 302/15
302/21 303/4 303/13
304/20 308/19 323/20
324/13 329/6 332/1
332/6 334/21 343/19
345/25 345/25 348/17
351/13 363/1 370/12
380/8 387/5 390/23
395/5 396/16
fitted [2] 341/21 342/12
five [12] 260/16 340/16
357/8 385/15 385/16
397/24 399/14 403/16
403/18 404/21 404/22
405/19
flag [1] 375/7
flash [4] 280/5 281/17
328/25 365/3
fleshed [1] 399/9
flight [1] 300/2
flip [2] 283/6 368/6
floor [2] 285/15 295/12
fly [2] 332/12 403/25
focal [3] 387/5 387/14
397/25
focus [2] 398/7 398/10
focused [1] 392/22
folded [1] 300/1
folder [17] 288/9
291/15 291/17 291/21
292/8 292/18 292/22
292/22 302/1 302/3
302/13 302/13 302/16
316/17 317/9 317/13
318/6
folders [3] 266/8
266/24 293/3
follow [1] 269/11
270/18 278/22 386/19
follow-up [1] 278/22

following [18] 256/3
257/5 263/7 272/4
272/10 284/20 287/4
290/4 309/3 310/24
322/15 324/24 327/15
334/1 360/21 374/3
381/14 402/16
follows [3] 260/14
260/24 280/19
followup [1] 383/7
food [1] 396/7
forceful [1] 385/6
foregoing [1] 407/5
foreign [3] 382/17
382/21 384/1
forensic [32] 319/20
321/14 321/17 321/21
323/8 325/3 331/12
357/2 357/4 357/5
357/6 357/9 358/6
358/11 358/13 358/15
359/6 360/12 360/13
360/20 363/3 363/3
363/5 363/6 363/10
363/13 364/8 365/8
365/14 365/15 367/10
371/20
forensically [1] 358/5
forensics [7] 284/24
358/24 359/1 359/2
365/15 365/19 365/19
form [1] 258/17
formally [1] 309/15
format [2] 304/4 407/7
forms [2] 291/14
301/16
formulate [2] 402/9
403/8
forth [1] 274/20
forward [2] 274/6
301/8
found [21] 269/25
285/19 285/23 292/15
298/25 299/15 301/6
319/21 322/3 329/18
329/20 331/16 339/1
339/15 349/22 350/6
385/14 385/17 389/11
396/19 396/23
foundation [16] 302/25
305/9 305/10 315/7
315/19 315/20 315/23
319/3 319/4 321/22
321/24 323/14 323/16
323/21 324/23 347/8
four [6] 270/19 274/12
358/19 379/3 390/25
392/8
fraud [1] 274/20
free [1] 258/7
frequently [1] 371/1
Friday [1] 287/20
friend [2] 391/7 391/10
friends [7] 264/17

266/14 267/13 268/5
268/19 379/7 391/7
front [10] 279/25
282/22 283/8 287/14
297/8 311/7 339/23
342/16 344/25 399/11
FTK [1] 358/10
Fuji [1] 362/10
fulfilled [1] 335/24
full [3] 366/2 366/3
366/6
fully [2] 352/2 388/16
function [1] 344/20
functional [1] 265/6
341/14 341/16 341/18
341/19
functioned [1] 344/18
further [6] 258/8
317/25 355/15 372/4
377/20 380/19

**G**

GABRIELA [1] 253/7
gallery [3] 307/5 308/8
309/16
Galvan [4] 376/2 376/3
376/14 377/12
garage [1] 339/22
399/5
gave [4] 256/21 367/13
367/22 367/25
gazing [1] 389/13
genders [1] 378/21
general [1] 395/22
generally [6] 290/15
306/5 339/16 358/12
387/18 398/18
genitalia [9] 385/22
385/23 387/14 392/13
393/5 393/8 398/9
398/12 398/15
genitals [2] 387/6
398/1
gentlemen [4] 257/19
259/3 375/25 401/22
GEORGE [2] 252/4
256/6
get [12] 258/14 320/23
329/6 332/7 333/14
356/1 359/18 372/20
372/21 381/12 388/24
402/12
gets [1] 392/14
getting [4] 271/3 271/4
307/20 312/19 312/20
392/6 397/1
GIAC [2] 358/19 358/19
girls [15] 265/2 267/23
270/14 271/3 271/7
304/23 304/25 305/5
305/13 305/16 306/2
306/5 390/6 397/13
398/4
give [17] 258/8 258/12

## G

give... [15] 258/23
260/7 261/19 263/6
263/15 263/22 272/7
273/8 356/11 366/4
373/8 376/7 378/7
399/14 405/5
given [8] 258/16
261/24 333/6 336/18
386/25 390/6 390/23
393/14
giving [3] 258/2 290/12
403/6
gmail.com [1] 252/24
go [12] 264/9 269/13
271/4 327/8 344/7
356/1 367/10 381/11
386/16 400/21 401/23
403/13
God [4] 273/10 356/13
376/8 378/8
goes [6] 354/11 354/12
367/22 389/3 397/2
397/14
going [75] 257/22
259/14 259/15 263/12
268/20 268/25 269/5
269/7 269/8 270/20
270/21 270/24 271/7
271/10 271/13 272/6
272/6 278/22 280/17
284/5 288/11 288/18
288/20 289/8 289/9
289/10 289/13 289/14
289/24 290/11 290/14
290/16 303/15 306/10
306/15 306/16 310/4
310/14 316/19 322/16
322/18 322/20 324/7
324/11 326/5 326/12
326/12 326/16 331/1
336/15 337/3 344/12
366/16 369/24 372/21
377/6 379/19 381/23
381/25 382/1 392/20
393/4 395/17 399/10
400/2 400/10 400/13
400/14 401/22 402/2
403/25 404/16 404/20
405/19 406/3
gone [1] 354/14
good [7] 257/18 356/21
375/24 376/22 378/17
378/18 401/5
got [2] 280/1 324/15
government [109]
256/11 256/21 257/9
258/18 262/22 262/23
272/17 272/17 272/20
281/11 283/19 286/23
288/6 288/7 290/5
291/13 299/4 300/19
302/6 306/25 307/7

308/11 308/13 308/18
309/8 311/14 311/24
312/3 312/6 313/3
314/1 314/22 316/20
316/21 317/5 324/25
326/19 326/20 326/25
327/2 327/16 328/2
328/15 329/6 329/10
329/13 332/18 332/20
333/21 334/8 334/11
334/17 334/23 335/2
335/17 335/21 336/4
336/12 336/14 336/15
336/23 337/4 343/8
345/13 348/10 348/14
351/4 352/14 354/23
355/14 355/23 355/24
360/19 363/21 364/15
366/8 368/17 369/12
372/11 374/9 374/23
376/1 378/1 378/3
380/25 381/2 381/19
383/14 383/21 383/25
384/9 386/9 386/14
393/24 394/4 394/12
394/18 395/1 397/7
397/15 397/20 397/21
401/6 401/14 404/2
404/2 404/25 405/8
405/15
government's [112]
254/7 254/11 255/2
256/16 263/16 272/15
273/1 279/24 280/11
281/11 282/21 283/7
283/19 284/14 286/5
286/23 290/6 292/1
293/22 295/6 295/20
296/22 297/7 297/13
298/2 298/13 299/4
299/12 299/19 299/23
300/7 300/19 301/3
302/7 302/8 303/15
306/24 307/9 307/11
307/17 307/19 308/13
308/19 308/20 311/2
311/12 311/21 311/25
312/11 312/15 313/3
313/17 313/19 314/1
314/12 314/13 314/22
317/10 326/24 327/25
329/7 332/5 332/22
333/1 334/20 335/16
342/15 343/8 343/15
343/19 343/25 344/2
344/24 345/13 345/19
346/14 347/19 347/24
348/10 348/17 349/8
350/18 351/4 351/14
352/6 352/13 352/24
353/23 354/18 354/23
355/3 356/8 362/17
362/23 363/22 364/16
366/9 368/19 369/5

375/11 376/3 377/7
377/12 378/4 379/21
382/22 383/15 383/16
385/7 386/18 387/3
394/13
grade [1] 371/11
grant [2] 399/8 403/14
graphic [2] 385/17
386/2
Great [2] 260/5 406/9
Griffeye [9] 358/11
363/14 363/14 363/18
364/12 365/24 366/1
367/14 367/16
grown [1] 352/2
guess [11] 262/17
289/11 309/20 328/20
330/23 333/1 333/10
334/10 388/19 396/21
403/19
guidance [1] 257/25
guilty [17] 266/11
267/5 268/9 269/12
270/7 271/18 272/14
282/11 282/15 284/1
293/16 293/20 294/13
295/3 295/4 391/13
391/24
gun [1] 274/19
guns [1] 405/1
guy [1] 390/8
guys [8] 272/2 287/2
327/9 333/23 402/17
402/18 403/10 403/11
GW [1] 252/8

## H

had [38] 266/14 266/17
267/16 278/15 278/16
301/17 318/11 321/18
321/21 322/3 322/8
325/11 331/18 334/16
335/25 336/12 338/5
338/8 338/11 340/21
363/12 365/6 372/19
382/20 382/23 382/24
383/12 383/18 383/22
384/1 387/11 387/20
389/12 389/13 392/17
392/19 394/3 394/5
half [2] 274/12 403/20
hallway [2] 262/8
320/14
hand [7] 258/7 350/23
351/24 352/1 356/9
376/5 378/5
handling [1] 402/1
happen [1] 367/8
happened [4] 271/10
271/15 387/20 387/20
happens [2] 387/24
387/25
happy [3] 327/2 327/5
405/3

hard [58] 255/8 255/9
255/10 266/6 266/16
271/5 271/24 285/1
285/8 285/12 285/14
289/17 294/17 295/9
295/24 296/11 296/15
297/4 297/20 299/15
300/12 301/5 301/9
301/10 301/12 301/24
302/21 303/4 303/12
303/13 303/16 303/18
303/22 305/3 305/14
311/19 313/15 316/9
316/12 319/22 321/13
325/4 325/7 325/11
329/25 330/1 330/9
330/10 330/11 330/12
330/15 330/20 353/20
357/13 384/15 384/20
384/21 388/3
hard-pressed [1] 388/3
hardcore [2] 385/17
386/3
hardware [2] 363/11
365/8
has [62] 256/22 263/13
265/13 277/15 277/20
277/22 277/23 279/23
280/10 282/8 282/10
282/20 283/6 284/13
286/4 288/7 289/5
293/13 293/14 293/15
295/19 296/21 297/6
306/23 326/25 327/23
327/24 329/19 331/15
332/5 332/11 334/8
335/25 342/14 344/23
347/23 347/24 349/15
350/4 353/13 361/15
366/22 370/4 377/7
379/20 381/19 384/4
386/9 386/14 390/8
390/10 390/15 390/21
391/25 394/8 395/8
395/10 397/7 397/10
397/16 401/14 402/19
hasn't [1] 332/10
have [161]
having [9] 265/7
324/12 352/2 367/12
377/12 385/7 389/8
390/1 391/14
he [115] 261/4 264/19
264/20 264/22 265/8
266/6 266/7 266/14
266/15 266/18 267/9
267/9 267/10 267/16
267/20 267/21 268/16
268/17 268/18 268/20
268/21 269/14 269/15
269/22 270/6 271/9
271/20 276/12 277/12
277/22 277/23 279/11
279/12 279/14 279/14

279/15 279/15 279/17
279/20 279/20 279/22
279/22 282/5 282/10
282/11 282/15 284/11
285/1 285/5 285/21
285/25 286/2 291/6
293/14 293/15 293/16
294/3 294/12 294/22
294/25 295/1 295/2
295/3 295/17 296/9
296/10 296/17 296/18
296/19 303/20 303/21
321/17 323/7 323/8
323/11 323/23 323/23
324/1 324/1 324/5
324/7 324/8 324/10
326/6 331/9 331/11
331/16 331/18 331/20
332/3 337/14 338/17
340/11 349/25 382/23
382/23 382/24 383/2
383/7 383/7 383/18
383/20 384/4 391/13
391/18 391/18 391/19
391/21 391/22 392/18
397/9 397/9 397/10
398/2 402/19
he's [11] 267/5 271/20
276/13 322/19 324/6
324/7 324/11 326/5
355/25 360/25 375/1
head [4] 260/4 261/21
262/16 389/13
hear [17] 257/25
259/18 264/18 265/3
265/9 266/8 266/10
267/2 267/8 269/7
270/13 281/2 335/20
383/14 393/24 394/12
402/5
heard [6] 260/15
260/25 297/2 334/21
382/18 402/8
hearing [8] 281/3
282/17 282/18 283/2
283/14 289/2 293/18
332/6
hearsay [4] 324/4
324/9 324/14 324/19
held [13] 256/3 257/5
271/20 272/4 287/4
309/3 322/15 327/15
334/1 374/3 381/14
402/16 407/6
hello [2] 262/9 376/23
help [6] 273/10 280/24
356/13 366/18 376/8
378/8
her [53] 263/1 263/13
263/15 263/15 264/16
266/14 267/13 268/5
268/19 272/21 272/22
276/19 276/21 276/22
277/4 287/15 289/4

**H**

**her... [36]** 302/25
305/10 306/1 307/9
310/11 315/20 317/22
317/23 319/4 322/25
323/23 323/24 324/5
324/8 324/18 325/19
325/23 326/2 342/22
343/2 343/5 347/18
363/19 366/5 367/20
367/21 367/22 367/25
376/16 380/7 388/12
389/13 393/8 396/20
398/12 398/14
**here [25]** 265/17
265/18 268/23 288/2
288/4 334/22 335/19
372/14 372/20 373/13
375/16 375/18 384/2
387/3 387/15 388/2
388/6 388/15 388/17
389/15 389/25 390/18
393/12 395/1 397/6
**hereby [1]** 407/3
**Hernandez [2]** 282/1
284/18
**Hey [1]** 390/8
**Hi [1]** 376/22
**hidden [32]** 264/21
264/22 264/25 265/4
265/8 265/19 266/5
266/21 268/18 302/21
303/5 303/6 303/10
317/9 317/14 317/17
317/23 318/2 319/18
321/4 321/7 331/7
339/3 339/9 339/12
340/1 340/24 341/2
341/5 341/8 392/19
393/4
**high [1]** 370/15
**Hillie [4]** 392/14 393/2
393/6 396/18
**him [28]** 275/23 275/25
276/1 276/2 276/2
276/3 276/5 276/6
276/12 276/22 278/2
279/17 284/7 293/25
296/10 296/19 324/12
324/18 326/6 340/10
356/1 379/2 379/4
388/12 391/20 391/22
397/12 398/13
**his [94]** 264/15 264/20
264/20 264/23 264/24
265/1 265/2 265/4
265/7 265/20 265/20
266/6 266/7 266/14
266/16 266/18 267/4
267/12 267/13 267/14
267/18 267/22 268/1
268/1 268/2 268/4
268/18 268/19 269/15

270/1 276/1 277/18
278/5 278/5 278/8
278/13 278/20 278/9
279/10 282/2 282/17
284/7 285/15 285/17
291/6 291/6 291/14
293/8 293/9 294/1
294/13 294/14 295/13
295/14 295/16 295/17
296/1 296/1 296/2
296/4 296/4 297/21
297/22 299/25 300/2
300/3 301/18 320/6
320/11 320/23 321/10
321/21 322/10 330/2
331/8 331/14 331/17
338/18 338/20 340/11
340/18 340/18 340/19
340/21 341/2 346/4
352/5 383/8 383/18
391/11 391/11 392/19
393/8 397/8
**history [1]** 277/18
**hit [1]** 370/12
**hold [3]** 301/2 358/16
359/4
**hollowed [3]** 264/22
341/21 342/12
**hollowed-out [1]**
264/22
**home [35]** 264/19
264/19 265/2 265/21
267/22 268/1 269/23
269/24 276/1 278/5
278/6 278/8 278/11
278/14 284/20 285/9
298/21 318/11 318/14
319/8 320/10 320/11
321/2 338/23 339/4
339/13 339/16 340/13
340/16 341/5 342/1
342/5 352/3 379/8
392/19
**Homeland [4]** 273/25
274/2 274/5 356/22
**homework [1]** 318/5
**Honor [160]**
**HONORABLE [2]**
252/4 256/6
**honorably [1]** 269/15
**hope [2]** 373/1 391/5
**hopefully [2]** 403/9
403/12
**house [2]** 269/14
298/18
**how [90]** 261/18 269/5
271/14 274/7 274/22
275/7 280/7 282/10
282/15 283/3 283/15
285/19 286/19 291/5
291/15 291/17 291/21
291/23 292/23 293/15
295/2 295/16 297/23
300/14 301/11 301/14

301/20 301/23 302/3
303/3 304/8 304/10
305/13 305/19 305/21
305/21 307/23 312/24
313/22 314/19 315/24
316/2 316/11 316/14
316/17 317/18 318/10
318/19 318/25 319/15
320/10 320/22 323/7
323/8 323/25 324/1
324/7 326/6 339/6
340/10 340/12 340/15
342/23 344/17 344/20
345/9 348/6 350/25
353/10 353/12 353/17
354/18 356/24 357/7
357/9 357/25 358/5
358/9 360/16 361/8
366/16 366/17 371/11
379/2 379/4 380/10
388/12 389/9 389/18
396/8
**however [6]** 294/4
326/25 327/20 328/8
396/10 399/6
**HSI [31]** 272/20 274/2
274/5 274/8 274/9
274/10 274/11 284/7
284/21 285/9 285/12
285/16 293/25 295/11
299/15 319/17 321/1
321/4 327/19 339/3
339/12 339/18 340/24
341/2 341/5 357/21
357/25 359/20 360/17
361/10 361/11
**HSI's [1]** 360/13
**huge [2]** 268/25 270/17
**huh [1]** 323/10
**hundred [4]** 266/2
270/8 304/11 357/11
**hundreds [1]** 335/7

**I**

**I'd [6]** 284/5 286/15
300/5 301/9 351/13
366/17
**I'll [31]** 258/2 258/8
274/5 276/19 306/19
310/9 310/11 310/12
312/7 324/17 324/18
325/19 327/7 337/16
347/7 373/8 373/13
382/13 393/23 400/11
400/12 400/12 400/12
400/19 400/19 402/3
402/4 403/7 403/9
405/4 405/7
**I'm [43]** 257/22 263/6
272/6 273/25 274/17
275/12 275/14 278/22
287/7 289/2 299/11
299/19 303/15 306/22
306/23 310/4 317/9

335/9 336/13 343/24
344/2 349/8 356/22
357/2 369/24 381/17
382/9 391/5 391/13
392/5 394/8 394/9
399/8 399/9 401/22
402/1 402/2 403/6
404/15 404/15 404/19
404/20 405/19
**I've [18]** 260/9 261/23
262/2 263/3 269/22
286/21 303/12 305/22
305/25 307/24 310/12
337/4 354/19 371/19
387/23 388/10 389/5
391/4
**ID [3]** 296/2 298/16
299/25
**idea [3]** 328/12 328/14
396/24
**identification [20]**
255/3 279/24 282/21
283/7 286/5 295/20
296/22 297/7 300/7
306/1 306/24 342/15
344/24 347/24 353/23
374/14 374/16 374/17
375/2 379/20
**identified [4]** 277/15
302/18 367/21 367/23
**identify [14]** 276/12
276/16 276/17 276/20
276/22 277/2 277/5
277/7 277/10 298/13
302/12 367/16 380/7
384/9
**identifying [1]** 307/4
**if [92]** 258/6 258/8
259/7 259/18 259/21
259/24 260/11 260/12
260/19 260/20 261/8
262/7 263/6 263/8
264/11 272/5 276/19
276/22 277/4 277/8
280/20 281/2 284/7
289/5 293/3 300/5
308/6 310/7 312/4
319/24 324/10 325/25
330/25 331/1 331/5
332/3 332/18 333/18
333/18 333/19 333/22
336/11 337/2 338/13
339/3 339/18 340/20
348/24 352/6 352/12
353/19 368/10 372/13
373/4 375/18 375/19
376/18 381/20 381/22
381/25 383/9 384/8
384/14 385/22 386/6
386/22 387/19 387/20
387/24 387/25 390/6
390/13 391/18 391/19
391/22 392/5 392/5
393/4 393/16 395/13

395/20 395/24 396/5
400/21 401/2 403/14
403/21 404/6 405/2
405/19 406/1 406/1
**illegal [2]** 392/3 392/3
**image [23]** 314/6 315/2
345/8 352/10 353/3
363/3 363/5 363/6
363/11 363/12 363/14
364/9 365/15 365/17
366/3 389/18 389/19
391/1 391/24 392/3
392/7 393/21 398/11
**imager [3]** 363/3
363/10 364/8
**imagery [1]** 330/5
**images [122]** 266/5
266/19 270/7 270/8
270/22 270/22 271/19
272/12 285/23 288/1
291/8 291/11 293/6
294/1 303/17 304/1
304/12 305/2 305/5
305/14 305/17 306/3
306/9 310/3 316/8
316/11 316/22 317/8
317/14 317/18 318/1
319/13 319/20 321/12
321/20 325/16 325/21
325/22 326/11 326/21
326/25 327/17 327/18
327/24 328/1 328/4
328/7 328/11 328/18
328/19 328/20 328/21
329/13 329/18 329/21
329/24 330/11 330/17
331/1 331/6 331/9
331/11 331/17 332/3
332/3 332/25 333/9
333/11 333/16 334/9
334/11 334/18 334/25
335/2 335/3 335/8
335/10 335/22 336/3
336/15 336/20 337/7
337/13 337/14 338/5
338/9 338/14 338/17
342/25 349/5 349/16
350/14 350/23 351/20
352/4 352/21 353/10
353/13 353/17 353/20
363/16 367/16 370/4
370/15 382/20 383/11
384/20 385/8 385/9
387/7 387/10 388/7
389/12 390/1 390/3
392/9 392/10 394/3
394/7 395/2 398/7
398/10
**immediately [1]** 396/25
**immutable [1]** 392/6
**important [1]** 259/10
**improper [4]** 302/23
302/24 305/9 317/20
**inaccurate [1]** 398/24

**I**

inadvertently [1] 298/3
inappropriate [3]
388/6 388/14 390/2
Incident [1] 359/1
incite [1] 395/3
inclination [1] 393/11
inclined [1] 399/8
include [2] 361/20
379/10
included [2] 328/21
360/8
including [5] 268/1
296/11 358/24 368/2
399/1
Inclusive [1] 252/17
incredibly [2] 371/14
383/8
indecent [2] 394/24
395/3
independent [3]
327/12 373/12 402/10
index [3] 254/10
254/18 367/24
indicate [8] 259/6
263/2 272/5 289/24
317/22 393/25 400/13
400/13
indicated [10] 260/4
260/9 261/21 261/23
262/16 263/3 269/22
310/12 337/4 401/15
indicating [1] 375/1
Indictment [14] 282/4
282/6 284/3 293/9
293/11 293/20 294/20
294/23 295/5 301/6
303/14 303/24 312/21
314/17
indisputable [1]
397/10
individual [2] 276/20
396/6
individuals [6] 325/16
328/3 337/13 338/14
340/20 352/3
industry [1] 359/9
infer [1] 261/7
inflame [1] 328/10
inflammatory [1]
328/16
inform [1] 400/18
information [9] 278/18
278/24 279/5 279/12
287/21 328/16 360/10
368/1 368/3
informed [3] 259/8
336/12 336/14
inherently [1] 398/23
initial [1] 394/20
403/12
initials [2] 304/20
380/8

innocuous [2] 293/4
318/5
inscription [1] 383/24
inside [22] 266/9 296/3
296/7 298/16 298/22
298/25 318/6 319/18
320/5 339/4 339/9
339/13 341/5 341/19
341/23 343/5 344/8
344/16 344/17 354/11
355/10 397/12
Instead [2] 387/8
390/18
Institute [1] 358/21
instruct [3] 259/11
261/14 280/19
instructed [4] 262/3
262/13 334/16 389/13
instructing [1] 388/12
instruction [3] 310/15
386/10 386/18
instructions [19] 254/4
257/21 257/23 257/24
258/3 258/4 258/7
258/13 258/16 258/24
259/1 259/4 400/10
400/21 400/24 401/23
402/5 403/8 403/13
integrated [2] 359/24
360/2
integrity [2] 361/16
365/12
intend [6] 256/24
256/25 332/7 336/7
337/10 375/7
intended [7] 288/6
288/8 288/14 335/17
389/23 390/20 397/4
intending [1] 335/2
intends [1] 394/23
intent [6] 267/6 275/2
275/20 276/7 277/24
284/2
intention [1] 374/23
intentional [1] 267/12
intentionally [1]
265/25
interchangeably [1]
286/17
intercourse [2] 385/19
386/5
interest [9] 265/13
265/14 267/18 279/8
279/10 390/8 391/19
391/23 397/11
interested [2] 279/14
279/15
interesting [1] 399/18
Internet [2] 270/4
278/24
interrupt [1] 381/18
interview [18] 267/9
276/3 279/7 279/17
280/6 280/10 281/25

284/6 284/13 291/6
293/24 294/14 295/17
295/19 296/21 329/1
329/2 340/11
interviewed [7] 276/2
276/9 276/17 277/2
277/8 277/10 278/4
intimate [1] 265/21
invasion [3] 268/25
270/17 271/25
investigated [1] 275/8
investigating [2]
274/23 275/16
investigation [4]
275/22 277/17 278/1
278/19
investigations [5]
274/1 274/3 274/5
303/8 356/23
investigative [1]
275/11
investigator [2] 274/17
275/14
involve [1] 337/8
involved [2] 328/3
388/11
involving [4] 275/2
275/19 276/6 279/5
irrelevant [1] 288/2
is [378]
isn't [3] 297/9 322/18
388/10
issue [10] 260/12
260/19 261/14 271/21
310/12 310/14 324/5
332/14 332/16 375/7
it [224]
it's [61] 261/18 263/8
263/14 265/21 269/1
271/24 280/14 281/17
283/2 289/2 289/6
289/10 289/12 289/13
289/24 289/24 290/22
293/1 293/3 293/3
300/3 305/2 309/18
310/17 314/24 324/10
328/14 332/15 335/18
352/1 354/10 355/1
358/10 359/25 361/16
361/23 363/9 365/3
368/24 384/11 384/11
385/6 385/18 386/2
388/1 388/2 391/20
395/24 396/5 396/24
397/3 397/10 397/17
399/5 399/18 405/1
405/18 405/19 405/20
406/1 406/1
item [10] 313/18
353/22 353/25 361/20
362/1 362/7 362/14
362/23 364/4 364/25
Item 10 [2] 362/1 364/4
Item 6 [3] 361/20

362/14 362/23
Item 8 [2] 362/7 364/25
items [25] 296/6
298/22 298/25 299/22
300/6 300/9 309/5
322/3 322/6 322/8
322/10 322/19 322/24
322/25 325/7 325/10
325/13 325/15 326/3
329/16 330/4 330/19
347/25 350/20 404/3
its [5] 272/18 341/14
381/2 381/19 401/15
itself [3] 280/22 280/23
396/13

**J**

Javier [4] 311/4 375/16
401/9 405/25
jewelry [1] 320/5
job [3] 274/15 291/14
296/4
Johnny [7] 260/13
260/17 260/19 260/21
261/3 261/6 261/11
JUDGE [2] 252/4 256/6
judgment [1] 392/9
Judicial [1] 407/8
July [13] 267/3 267/15
267/16 269/13 274/24
276/4 278/5 278/11
279/18 285/10 338/23
349/4 349/14
July 15 [3] 278/5
278/11 338/23
July 15th [2] 276/4
285/10
July 2020 [4] 267/3
267/15 274/24 279/18
July 2021 [2] 267/16
269/13
July 20th [2] 349/4
349/14
June [1] 274/9
jurors [22] 257/16
257/20 258/10 258/12
260/4 261/21 262/1
262/5 262/14 262/16
281/6 292/9 327/14
337/24 373/14 375/16
375/22 381/13 395/11
395/16 401/12 402/15
jury [65] 252/17 254/4
257/8 257/12 257/15
257/21 257/23 258/3
258/10 258/16 258/17
259/1 259/2 259/4
261/25 264/14 265/17
267/11 268/7 280/9
288/20 289/21 290/8
290/12 297/2 301/3
308/20 310/14 311/7
311/8 313/8 314/7
315/2 317/8 327/2

362/14 362/23
327/8 327/22 328/10
334/5 337/21 337/23
343/20 350/7 366/18
373/6 374/8 375/21
381/7 381/10 381/11
381/11 386/10 386/18
400/10 400/12 400/16
400/16 400/18 400/21
400/23 401/9 401/23
402/4 403/8 403/12
jury's [14] 256/3 257/5
272/10 290/4 310/24
324/24 327/15 334/1
344/11 345/23 354/5
374/3 381/14 402/16
just [96] 256/25 257/24
258/14 259/6 259/6
260/7 264/7 265/10
266/19 272/3 276/15
278/22 279/4 280/13
280/23 281/8 285/12
286/15 288/8 288/14
288/16 288/20 289/6
289/10 289/11 289/13
289/19 289/22 289/23
289/24 290/12 290/14
297/2 297/13 302/13
303/12 308/6 308/8
309/2 309/5 310/1
310/8 310/12 311/7
317/8 318/13 322/22
327/21 328/2 328/14
329/11 330/21 332/9
332/12 333/8 333/18
333/19 336/13 337/3
337/9 339/25 340/6
341/21 343/22 350/7
354/5 355/9 357/8
358/12 361/6 362/11
364/6 364/23 370/4
371/3 372/13 372/21
373/8 374/22 375/6
384/17 386/6 386/14
387/4 389/15 392/2
393/12 393/25 394/9
394/20 398/5 398/25
399/6 399/12 403/2
405/1
Justin [3] 320/21
320/23 340/19
Justin's [1] 321/7

**K**

K-e-l-l-y [1] 378/14
keep [1] 361/13
keeps [1] 404/25
Kelly [14] 376/2 376/3
376/14 378/3 378/4
378/14 378/17 378/19
378/24 379/19 379/25
380/3 380/11 380/14
Kelly Galvan [1]
376/14
kept [4] 266/6 268/18

**K**

**kept...** [2] 270/1 403/1
**kids** [2] 269/15 391/8
**kind** [5] 263/8 280/24
365/5 369/2 372/25
**kinds** [3] 357/12
357/14 358/18
**kitchen** [1] 399/3
**knew** [1] 322/2
**know** [93] 262/2 263/9
271/24 280/25 282/15
285/19 287/13 289/5
291/5 291/8 293/17
295/16 301/11 305/13
305/19 305/21 308/2
310/7 310/19 315/10
315/15 315/22 316/2
316/11 318/7 318/10
318/14 318/17 318/19
318/25 319/15 319/24
320/10 320/22 323/21
323/24 324/7 325/2
325/25 328/12 328/15
331/11 332/20 333/14
335/7 336/6 337/6
338/13 339/3 339/18
340/8 340/10 340/12
340/20 347/2 348/21
349/12 349/22 350/6
351/17 352/10 352/17
353/2 371/20 372/23
379/5 380/10 380/13
381/22 382/3 383/18
386/9 387/11 387/13
387/20 388/7 388/21
390/24 391/5 392/5
393/3 394/1 394/9
395/22 395/23 396/8
396/12 398/1 399/4
399/10 399/19 399/20
403/21
**knowledge** [3] 277/20
341/7 396/12
**knowledgeable** [1]
341/14
**known** [2] 358/10
379/4
**knows** [1] 315/24

**L**

**label** [1] 266/24
**labeled** [7] 291/13
292/16 292/18 292/20
292/21 293/4 317/15
**labeling** [1] 318/4
**lack** [3] 305/8 319/3
321/22
**lacks** [2] 315/7 315/19
**ladies** [4] 257/18 259/3
375/24 401/22
**laid** [1] 323/21
**laptop** [3] 285/1 285/7
292/16
**laptops** [1] 357/13

**large** [1] 363/15
**larger** [1] 354/10
**lascivious** [15] 385/21
385/23 385/25 386/12
392/13 392/25 393/5
393/7 394/22 394/22
395/21 395/24 396/4
396/6 396/23
**lasciviousness** [3]
389/2 389/4 396/13
**last** [16] 273/14 287/20
291/20 292/18 292/20
292/22 302/13 302/16
304/20 323/6 356/16
376/12 376/14 378/12
380/8 396/16
**late** [2] 402/2 405/19
**later** [5] 260/16 261/1
263/14 399/15 400/17
**Laughter** [1] 287/18
**law** [12] 269/2 269/4
269/11 269/13 269/23
279/4 336/4 387/23
390/14 394/7 394/21
396/18
**lay** [12] 302/24 302/25
305/10 315/20 317/20
319/4 321/24 323/15
324/22 347/8 372/13
372/19
**layers** [9] 266/5 266/21
291/17 291/22 291/24
302/2 302/3 302/4
303/8
**layperson** [1] 302/23
**lead** [5] 275/14 278/15
279/3 279/4 293/5
**leading** [2] 294/6
296/12
**learned** [2] 358/5 358/9
**learning** [1] 360/8
**least** [4] 387/23 388/20
389/5 404/2
**leave** [4] 288/11 333/22
402/17 402/20
**left** [1] 298/3
**legal** [2] 310/5 394/6
**lengthier** [1] 373/9
**lenses** [1] 370/20
**let** [56] 256/7 256/9
259/6 260/7 262/21
263/2 264/7 268/11
272/2 272/5 272/17
272/21 272/22 277/14
280/12 280/19 281/8
287/2 288/3 289/4
292/9 293/6 296/5
309/1 315/23 317/2
322/13 322/22 327/3
327/7 327/9 327/16
331/23 333/7 334/24
335/20 337/20 337/21
373/6 374/7 374/22
374/22 375/25 381/11

381/15 383/14 385/13
386/23 393/24 394/12
399/6 399/12 401/9
401/16 404/21 405/24
**let's** [8] 257/12 260/23
337/2 362/14 364/4
364/25 373/8 403/20
**levels** [8] 291/15
291/21 291/23 301/15
301/23 302/1 316/15
316/17
**lewd** [4] 392/25 394/23
395/2 398/20
**lied** [1] 294/14
**life** [1] 262/11
**light** [2] 403/4 405/7
**like** [53] 262/8 263/4
263/8 266/19 269/6
273/23 274/21 278/25
280/25 284/5 285/2
286/15 289/18 292/1
293/4 295/8 300/5
301/9 302/6 315/15
318/5 320/5 321/12
322/3 341/23 342/7
346/14 351/13 354/9
357/18 360/2 365/4
366/17 366/20 366/20
368/2 370/19 370/24
372/25 380/3 381/5
387/13 388/10 390/18
391/16 392/5 393/13
394/20 399/4 403/21
404/12 404/13 405/1
**likes** [8] 267/9 267/10
267/20 267/21 397/9
397/9 398/2 398/2
**limine** [3] 256/17
256/18 256/23
**limited** [2] 361/15
374/14
**limiting** [1] 335/2
**line** [8] 361/20 362/1
362/14 362/23 364/4
364/23 364/25 390/2
**lines** [3] 382/17 382/21
383/12
**list** [8] 256/21 326/22
332/6 332/8 334/21
335/16 336/25 385/15
**litigated** [1] 256/17
**litigation** [2] 256/19
256/23
**little** [9] 274/21 296/3
298/16 330/7 354/10
354/16 356/25 373/5
373/9
**live** [1] 346/11
**livestream** [5] 345/6
346/3 346/7 346/21
348/3
**livestreaming** [2]
344/21 345/24
**living** [4] 269/14

340/12 340/15 340/16
**locate** [15] 279/23
282/20 286/4 297/6
300/6 321/20 323/8
339/12 339/21 340/24
341/2 341/5 342/14
344/23 350/17
**located** [11] 286/12
291/3 303/17 320/4
320/13 327/19 338/5
339/3 339/18 340/4
366/24
**location** [2] 286/3
329/23
**locations** [1] 264/21
**logged** [1] 267/3
**long** [9] 274/7 274/22
302/15 356/24 357/7
357/25 379/4 391/5
404/7
**long-winded** [1] 391/5
**look** [10] 259/7 270/12
270/18 341/11 342/7
362/21 368/7 369/6
369/7 386/22
**looked** [5] 324/16
333/14 353/6 377/12
392/24
**looking** [7] 280/1
341/13 369/6 385/22
386/6 392/8 394/2
**looks** [2] 303/10 354/9
**Los** [6] 252/16 252/23
253/5 253/9 255/21
373/16
**lot** [5] 269/5 391/4
391/7 391/8 399/9
**lower** [1] 276/15
**Luis** [1] 359/17
**lunch** [3] 373/5 373/9
373/13
**luncheon** [1] 373/15
**lust** [2] 394/23 395/4
**LYNDSI** [1] 253/3

**M**

**M.K** [21] 264/17 265/16
266/19 268/5 304/22
312/19 312/21 313/20
315/16 316/3 316/6
316/8 316/11 317/8
318/7 319/1 319/16
349/5 351/20 352/22
380/9
**M.S** [22] 264/16 265/15
266/19 268/4 304/22
305/25 307/20 307/25
311/16 311/17 316/8
316/11 317/8 318/7
318/23 319/1 319/16
320/17 340/19 349/5
351/20 352/21
**M.S.'s** [9] 339/10 341/9
342/8 342/21 343/1

345/24 346/1 346/20
347/2
**made** [15] 331/20
335/23 349/6 363/19
370/22 370/23 371/12
383/19 383/24 383/24
384/5 384/21 384/21
384/23 394/1
**mailed** [1] 382/16
**mainly** [2] 274/18
275/19
**maintain** [1] 361/14
**majority** [2] 371/5
371/7
**make** [23] 259/15
259/16 262/23 263/22
264/2 265/10 268/12
268/21 269/8 272/6
272/7 308/8 310/8
310/10 375/7 381/4
381/5 381/9 389/18
392/2 399/11 402/19
405/20
**makes** [2] 270/16
392/5
**making** [5] 264/7 328/9
334/13 392/9 394/6
**male** [3] 284/17 352/2
378/23
**Malware** [1] 359/3
**man** [1] 268/16
**manager** [1] 360/7
**mandatory** [3] 386/19
391/3 393/17
**MANI** [3] 253/8 254/6
268/15
**manipulating** [2]
350/11 350/15
**manner** [1] 393/9
**manufacture** [2] 360/1
360/2
**manufactured** [8]
371/1 371/6 371/7
371/12 371/24 403/24
404/9 404/11
**manufacturer** [1] 359/6
**many** [19] 275/7
291/15 291/17 291/21
291/23 293/3 301/23
302/3 304/8 304/10
316/17 320/11 339/6
340/12 340/15 357/9
379/9 379/11 383/18
**Maplehurst** [1] 278/7
**March** [3] 265/18 308/5
315/14
**March 14th** [1] 315/14
**March 6th** [1] 308/5
**mark** [1] 292/7
**marked** [16] 279/24
282/21 283/7 286/5
295/20 296/22 297/7
300/6 306/23 342/15
344/24 347/24 353/22

## M

**marked... [3]** 362/17
379/20 403/23
**market [1]** 370/12
**MARTIN [1]** 253/2
**mask [9]** 264/4 272/23
273/16 276/16 276/24
356/4 376/17 376/19
380/3
**masked [1]** 277/8
**masks [1]** 276/22
**masochistic [2]** 385/20
385/24
**mass [1]** 371/1
**mass-manufactured
[1]** 371/1
**master [2]** 320/15
320/19
**masturbation [3]**
270/25 385/19 386/5
**material [2]** 286/12
286/16
**materials [9]** 285/22
286/1 310/4 371/24
382/16 382/19 382/20
383/12 403/21
**mathematical [2]**
386/22 393/18
**Matt [1]** 282/1
**matter [6]** 256/7 256/14
269/21 330/18 394/20
407/7
**Matthew [1]** 284/18
**Maxim [2]** 359/24
360/10
**may [45]** 252/19 256/1
257/17 264/3 272/23
273/2 273/16 287/24
298/1 307/8 309/23
312/4 312/10 316/20
319/11 323/2 329/4
336/6 337/9 337/25
343/14 343/24 345/18
347/17 350/1 351/19
352/11 353/10 353/15
355/11 355/21 355/25
356/4 372/13 374/1
375/23 376/16 377/5
377/9 379/12 381/18
396/7 401/13 403/25
407/10
**May 17th [2]** 351/19
352/11
**maybe [8]** 262/11
309/19 336/10 336/12
336/12 399/4 399/5
403/20
**me [77]** 256/7 256/9
259/6 260/7 262/21
263/2 264/7 268/11
269/24 272/2 272/5
272/17 272/21 280/12
280/19 281/8 281/23

285/21 286/2 287/2
287/14 288/3 289/5
292/9 296/5 303/23
309/1 315/23 317/2
322/13 322/22 327/3
327/9 327/16 331/23
333/7 333/8 334/24
335/20 337/20 337/21
362/21 366/2 368/8
369/7 373/6 374/7
374/22 374/22 375/10
381/7 381/9 381/11
381/15 382/19 383/14
385/8 385/13 385/18
386/23 388/23 391/18
391/20 391/22 393/25
394/12 397/16 399/6
399/7 399/11 399/12
399/15 401/9 401/16
403/7 404/21 405/24
**mean [21]** 275/13
289/7 323/19 324/9
328/24 337/4 341/18
346/11 354/6 363/8
386/1 386/2 391/13
395/14 395/15 395/19
396/4 398/6 398/20
399/3 399/18
**meaning [3]** 265/6
385/9 386/7
**means [3]** 262/2
275/14 305/24
**meant [6]** 318/1 326/16
364/23 386/21 386/21
395/3
**media [2]** 285/2 354/8
**meet [11]** 275/23
275/25 383/10 384/3
385/8 386/15 387/4
387/13 393/15 393/19
397/22
**meeting [1]** 360/8
**members [6]** 264/14
265/17 267/11 268/7
331/8 366/18
**memory [4]** 259/20
350/1 350/4 365/3
**Mendez [2]** 396/19
396/19
**mentioned [2]** 303/11
361/6
**mess [1]** 289/17
**met [3]** 276/1 304/25
352/3
**micro [16]** 353/13
353/14 354/3 354/7
354/8 354/15 354/16
355/8 355/10 362/10
364/25 365/1 365/2
365/7 383/23 384/1
**microchips [3]** 360/3
370/20 370/24
**microphone [1]** 264/12
**Microsoft [1]** 286/2

**middle [3]** 274/12
300/3 344/14
**might [8]** 263/6 264/11
276/23 310/1 384/9
387/13 396/4 396/5
**mind [2]** 373/4 373/6
**mini [6]** 285/2 296/3
298/16 319/21 320/1
354/11
**minimum [1]** 391/3
**minor [38]** 264/16
264/17 265/1 265/16
266/2 267/13 267/13
267/25 268/4 268/5
275/5 275/6 307/20
307/25 311/17 312/19
312/21 315/16 318/23
337/8 339/10 340/19
388/5 388/12 388/16
388/19 389/7 389/9
389/12 390/17 393/3
393/7 393/9 393/10
395/2 396/11 396/20
398/11
**Minor Victim 2 [1]**
312/21
**minor's [1]** 387/6
**minors [8]** 309/6
374/18 386/4 388/9
388/17 388/21 389/16
392/20
**minors' [1]** 398/1
**minute [1]** 394/14
**minutes [8]** 258/11
283/2 283/25 287/23
293/21 295/5 333/23
405/19
**missed [1]** 374/25
**mistaken [1]** 396/17
**mobile [2]** 358/11
359/6
**model [1]** 364/8
**modified [1]** 393/13
**moment [8]** 262/12
308/7 309/2 322/14
346/11 346/12 355/12
369/18
**monitor [1]** 316/20
**monitors [5]** 307/4
309/21 311/6 311/7
317/3
**more [16]** 258/23
274/21 287/15 309/23
310/1 327/6 385/6
385/17 386/3 389/3
389/3 389/7 393/3
394/11 399/20 399/20
**morning [8]** 256/10
256/22 257/18 327/8
356/21 399/16 401/24
405/8
**most [3]** 256/18 265/21
354/9
**mostly [2]** 358/14

388/19
**motion [15]** 254/8
256/18 256/23 375/8
381/4 381/6 381/9
381/16 382/6 382/8
399/8 399/13 400/22
403/15 403/19
**motions [1]** 256/17
**motivated [1]** 267/18
**motivating [1]** 397/11
**move [10]** 281/11
283/19 286/23 290/6
314/1 314/22 351/4
364/4 364/25 369/24
**moved [3]** 353/14
382/20 384/1
**moves [14]** 299/4
300/19 308/13 313/3
343/8 345/13 348/10
354/23 360/19 363/21
364/15 366/8 368/17
369/12
**moving [5]** 261/3 261/9
274/6 301/8 382/9
**MR [2]** 254/6 268/15
**Mr. [44]** 268/16 269/12
269/14 269/23 269/24
270/1 270/6 271/18
272/14 278/15 280/6
285/1 285/14 295/12
297/19 298/17 299/24
300/12 311/17 319/18
319/21 320/19 335/11
339/11 340/9 340/18
344/21 345/6 347/15
348/4 350/16 350/23
352/4 354/3 378/17
378/19 378/24 379/19
379/25 380/3 380/11
380/14 384/18 390/10
**Mr. and [1]** 320/19
**Mr. Kelly [8]** 378/17
378/19 378/24 379/19
379/25 380/3 380/11
380/14
**Mr. Parker [1]** 384/18
**Mr. Stella [12]** 268/16
269/12 270/1 270/6
271/18 272/14 340/9
340/18 347/15 348/4
350/16 390/10
**Mr. Stella's [22]** 269/14
269/23 269/24 278/15
280/6 285/1 285/14
295/12 297/19 298/17
299/24 300/12 311/17
319/18 319/21 335/11
339/11 344/21 345/6
350/23 352/4 354/3
**Mrs [1]** 320/20
**MS [2]** 254/5 264/13
**Ms. [3]** 281/15 376/2
377/12
**Ms. Allsop [1]** 281/15

**Ms. Galvan [1]** 377/12
**Ms. Kelly Galvan [1]**
376/2
**much [12]** 261/18
355/21 372/9 377/25
380/23 385/17 386/3
398/25 399/3 402/14
403/25 403/25
**multi [3]** 289/13 289/14
290/10
**multi-entries [1]**
289/14
**multi-page [2]** 289/13
290/10
**multiple [6]** 290/10
291/12 301/15 303/8
316/15 318/3
**multitude [1]** 346/24
**my [64]** 264/3 268/6
272/22 272/23 273/16
273/19 277/12 282/1
283/4 283/16 286/21
287/19 287/23 289/7
290/22 297/25 298/1
300/16 303/7 307/8
307/24 310/10 312/10
312/25 313/17 313/23
314/11 314/20 318/3
324/10 325/24 326/2
326/5 326/15 332/13
335/10 336/17 341/7
342/25 345/10 347/17
347/23 348/7 350/1
351/1 354/20 356/4
360/7 365/7 373/3
377/5 377/16 379/12
379/19 380/6 381/3
382/24 391/7 392/6
396/17 397/16 402/18
405/5 405/20
**myself [3]** 276/21
361/15 403/4

## N

**N.E [18]** 264/17 265/16
266/20 268/5 304/22
314/14 314/16 315/6
315/10 316/8 316/11
317/8 318/8 319/1
319/16 349/6 351/21
352/22
**naked [6]** 325/16 328/6
331/17 337/13 338/14
397/13
**name [16]** 273/14
273/14 273/19 296/1
296/2 300/1 300/2
300/4 356/16 356/16
366/23 376/12 376/12
376/14 378/12 378/12
**named [2]** 301/16
316/16
**names [2]** 303/9 368/2
**narrow [1]** 320/5

**N**

national [1] 274/18
native [1] 289/17
nature [3] 382/7
395/15 397/2
Navy [1] 269/16
near [1] 292/10
necessarily [5] 263/18
367/8 395/16 398/6
399/20
necessary [1] 288/2
need [19] 256/9 257/7
258/8 263/11 279/1
302/25 305/10 321/24
323/14 324/22 328/6
333/14 334/4 341/24
347/7 374/7 390/24
392/8 405/12
needs [3] 298/7 323/5
399/9
never [7] 334/20
335/15 336/12 336/14
371/19 383/18 384/4
new [5] 256/15 360/10
367/7 367/9 369/24
next [14] 261/4 266/6
285/15 292/7 350/18
355/23 365/13 372/11
372/12 374/13 375/2
375/25 378/1 380/25
nexus [1] 384/15
nice [1] 405/16
nine [2] 291/22 302/4
Ninth [3] 389/10
395/10 396/18
no [83] 252/8 259/5
260/1 261/6 262/19
265/5 268/17 270/24
270/25 270/25 271/2
271/2 281/13 283/21
287/15 288/25 290/20
296/10 298/5 299/6
300/21 308/9 308/15
308/22 309/6 313/5
314/3 314/23 321/6
321/7 321/8 321/11
323/19 323/19 324/6
325/24 328/23 329/5
339/14 341/1 341/4
341/19 342/13 343/11
345/15 346/9 346/10
346/11 348/11 351/7
354/25 355/15 355/19
355/20 360/23 363/25
364/19 364/24 366/12
368/23 369/21 371/22
372/7 375/15 377/20
377/23 380/19 380/22
381/24 385/2 388/8
390/18 391/15 393/18
394/1 395/18 398/13
399/15 401/2 401/6
401/18 405/14 407/16

No. [2] 345/5 345/7
No. 18 [1] 345/7
nobody [2] 261/2
268/17
nodding [3] 260/4
261/21 262/16
non [1] 395/9
non-exhaustive [1]
395/9
none [5] 321/9 385/9
385/9 393/18 395/12
normal [1] 392/20
normally [1] 278/25
North [1] 253/5
Northridge [1] 361/10
not [139] 256/11 259/2
259/9 259/16 259/23
260/2 260/13 260/19
261/13 261/23 262/5
262/12 262/13 263/4
263/13 263/18 263/25
266/24 268/1 268/20
268/25 269/1 269/1
269/9 269/12 269/21
269/22 270/8 270/10
270/21 270/24 271/10
271/21 272/6 272/14
280/23 281/4 284/11
288/2 288/5 288/25
289/8 289/12 289/20
293/25 309/4 309/9
309/12 310/13 310/18
311/6 316/21 321/12
322/20 326/3 326/11
326/12 326/16 326/23
327/12 327/12 327/24
328/3 328/9 328/16
330/25 332/3 332/5
332/9 332/11 332/15
332/20 333/15 334/13
334/19 334/22 336/4
336/13 336/21 337/8
341/7 341/16 346/12
367/2 373/11 373/12
374/9 375/19 381/9
382/1 383/5 383/17
384/15 386/4 386/19
386/21 386/21 387/7
387/15 388/9 389/16
391/5 391/15 391/20
392/3 393/14 393/17
393/20 393/21 393/21
394/8 395/16 395/19
395/21 396/1 396/21
396/24 397/7 397/17
398/5 398/6 398/6
398/10 398/20 398/23
399/8 399/9 399/19
400/4 400/14 402/9
402/10 403/24 403/25
404/20 405/15 405/19
406/1 406/3
note [2] 374/12 375/7
notebook [1] 296/3

noted [1] 393/1
notes [1] 296/4
nothing [14] 257/9
257/11 259/11 269/19
273/10 356/12 372/4
376/8 378/8 387/9
390/3 390/4 390/5
391/16
notified [1] 335/17
now [36] 256/5 258/10
261/12 272/6 273/3
273/8 280/9 284/12
289/21 295/8 295/18
296/20 299/11 299/19
300/5 303/15 307/8
311/24 317/9 321/12
328/5 330/7 343/24
344/2 346/13 349/8
355/3 355/7 356/11
373/4 376/7 377/3
378/7 381/18 381/19
393/23
nowadays [1] 370/4
nude [10] 313/20
327/24 328/1 328/11
388/17 388/18 388/22
396/12 396/20 398/4
nudity [2] 390/24 398/6
number [6] 288/1
361/18 361/24 362/5
367/4 388/16
numerous [1] 371/24

**O**

o'clock [9] 373/8
373/10 373/13 399/15
402/3 402/13 403/10
405/18 405/21
oath [4] 269/3 269/9
269/10 270/18
Obispo [1] 359/17
object [2] 334/7 374/21
objecting [4] 287/6
287/7 310/4 334/20
objection [76] 257/1
269/17 281/12 283/20
286/25 287/19 289/5
290/19 294/6 294/7
296/12 298/5 299/5
299/6 300/20 300/21
302/23 304/13 304/14
305/8 305/18 306/7
306/8 306/19 308/14
308/21 309/7 309/12
309/14 310/10 310/10
313/4 313/5 314/2
314/3 314/23 315/7
315/19 317/20 319/2
321/22 322/12 324/15
324/19 325/17 326/1
327/6 331/23 332/9
334/13 336/11 337/16
343/10 343/11 345/14
345/15 347/6 348/11

351/6 351/7 354/24
354/25 360/22 360/23
363/24 363/25 364/14
364/19 366/11 366/12
368/22 368/23 369/16
369/21 401/2 401/6
objections [7] 256/15
256/19 256/21 256/23
331/25 333/5 401/3
objective [4] 395/6
395/20 395/24 396/25
objects [1] 264/21
obligations [2] 335/24
336/20
obscene [2] 394/24
395/3
obtained [1] 335/1
obviously [7] 259/10
263/9 292/10 331/3
335/3 396/11 400/25
off [9] 271/5 271/8
307/4 307/21 308/8
309/16 309/21 311/9
368/10
offense [2] 391/2 394/1
offer [1] 332/20
offering [1] 384/19
office [4] 309/18
339/11 361/10 361/11
Officer [1] 322/24
Official [2] 252/21
407/16
often [1] 398/21
Oh [9] 258/14 261/23
287/15 291/19 303/23
309/17 329/2 380/4
405/18
okay [53] 256/25 258/9
258/20 260/5 260/22
264/1 280/16 281/12
281/14 281/18 288/12
288/15 288/23 289/1
289/25 290/21 290/24
292/13 302/17 308/24
309/11 309/17 309/19
309/22 310/20 314/4
324/20 329/2 329/16
329/21 330/8 330/10
330/23 331/10 333/22
337/18 350/19 362/16
372/15 374/19 375/5
375/12 375/18 376/19
381/8 382/13 385/4
399/24 400/2 400/9
403/15 404/19 406/5
old [5] 305/13 305/21
377/17 380/10 398/4
older [1] 318/24
oldest [1] 338/18
on [208]
once [2] 363/12 365/6
one [52] 256/14 258/14
263/2 263/8 264/22
264/25 265/20 266/1

268/3 270/11 270/25
282/12 283/15 287/5
288/8 291/19 291/24
292/16 292/18 292/21
296/10 302/15 308/9
309/23 320/14 323/12
323/20 328/9 330/2
330/11 333/9 352/4
354/16 355/11 358/25
359/1 359/2 368/16
369/18 370/8 370/10
371/18 371/19 371/21
372/23 372/24 385/6
387/7 393/21 394/14
396/3 397/25
one's [1] 358/10
ones [4] 266/22 335/3
336/21 362/12
only [16] 268/7 280/24
289/14 291/22 304/20
311/8 361/15 362/11
364/7 375/1 382/18
383/17 387/11 397/7
403/20 404/9
oOo [3] 256/2 374/2
406/14
open [5] 272/10 290/4
310/24 324/24 368/11
opening [13] 254/5
254/6 259/15 262/23
263/1 263/4 263/23
264/2 264/8 264/13
268/12 268/15 269/20
operating [1] 367/6
opinion [3] 302/24
317/21 383/8
opportunity [2] 263/22
272/7
opposed [1] 395/24
opposition [1] 256/17
optimized [1] 363/15
or [110] 259/8 259/19
259/20 260/12 260/19
261/16 261/16 262/7
262/7 262/8 263/5
263/13 263/15 263/19
264/8 268/21 268/21
269/21 271/1 275/4
276/17 276/22 276/22
280/13 284/6 287/6
291/13 292/11 293/4
294/1 304/23 308/4
308/5 309/4 310/3
310/13 310/18 317/22
325/2 326/3 328/16
329/13 332/3 333/5
333/15 333/15 335/7
335/16 340/1 347/10
349/12 351/17 351/20
354/12 354/15 357/23
365/12 366/2 368/18
382/16 382/17 382/21
385/10 385/18 385/19
385/20 385/24 386/3

**O**

or... [42] 386/5 387/6
387/7 387/17 388/6
388/12 388/13 388/17
389/1 389/9 389/17
389/17 389/23 390/16
390/20 392/3 393/8
393/8 393/9 393/9
393/10 394/23 394/24
394/25 395/3 395/6
395/12 395/21 396/1
396/7 396/24 396/25
397/4 398/1 398/18
398/20 403/10 403/17
404/13 405/1 405/23
406/3
oral [2] 375/7 399/21
order [7] 256/4 257/6
263/9 263/19 263/19
334/3 374/5
organization [3]
358/20 358/22 359/8
organized [2] 274/19
366/20
orient [1] 280/25
origins [1] 404/5
ORTEGA [1] 253/6
other [69] 259/7
259/14 259/18 259/24
261/18 263/2 263/19
265/1 266/15 266/20
271/1 276/21 287/8
288/17 288/18 289/12
290/9 297/21 305/23
306/9 307/4 309/19
312/5 316/21 317/2
320/18 320/21 321/1
325/16 326/4 330/4
331/6 331/8 332/11
332/24 333/9 333/10
334/25 335/3 337/6
337/13 338/14 339/3
339/7 339/12 339/18
340/3 340/3 342/4
352/3 352/4 357/16
359/4 368/3 370/24
371/20 385/4 385/5
387/21 389/18 390/16
390/17 391/12 394/3
395/19 396/17 398/13
402/1 404/8
others [1] 316/24
otherwise [3] 259/11
261/14 271/10
our [13] 256/17 256/17
256/19 256/20 256/23
278/18 279/5 284/24
331/12 335/24 336/19
379/3 381/18
out [18] 263/17 264/22
285/17 290/14 298/3
307/20 341/21 342/12
353/20 355/7 361/18

362/1 362/7 365/23
367/2 399/9 404/4
404/5
outside [15] 256/3
257/5 327/15 334/1
339/16 344/12 344/13
371/7 374/3 381/14
383/2 402/16 403/24
404/9 404/11
outsize [1] 386/25
outsized [3] 390/7
390/23 393/14
over [8] 262/6 266/2
304/11 334/22 356/25
357/8 401/23 403/14
overrule [2] 324/19
333/5
overruled [4] 256/22
304/16 306/13 325/19
overtly [1] 396/21
overview [1] 263/15
own [5] 267/8 267/20
268/1 270/20 340/21

**P**

P-a-r-k-e-r [1] 356/18
p.m [8] 352/20 353/4
374/1 403/17 404/13
404/15 404/23 406/12
page [14] 252/17 254/3
259/7 289/13 289/14
290/10 290/10 366/23
367/1 367/3 367/4
367/10 403/21 407/7
pages [9] 290/12
290/13 290/13 367/7
399/14 403/16 403/18
404/21 404/23
parcel [2] 328/20
400/24
parents [3] 270/13
305/22 305/25
Parker [33] 284/24
284/25 285/3 285/19
285/22 294/4 294/10
321/14 321/20 322/3
322/16 322/18 322/24
323/6 325/3 325/6
325/10 326/4 331/12
338/5 338/8 349/15
349/20 349/22 350/6
355/25 356/8 356/18
356/21 360/20 382/22
383/17 384/18
parking [1] 373/4
part [18] 283/4 283/16
286/21 297/25 300/16
307/24 312/25 313/23
314/20 328/20 334/19
342/25 345/10 348/7
351/1 354/19 383/22
400/24
partially [1] 388/17
participants [1] 262/3

particular [11] 281/9
324/17 365/23 382/11
385/1 385/2 386/24
395/25 395/25 396/14
404/7
particularly [4] 287/7
336/8 383/23 398/11
parties [4] 258/15
262/4 334/16 405/7
partner [2] 282/1 284/6
parts [7] 271/1 271/1
271/2 341/20 371/12
383/1 384/5
party [1] 262/7
pass [2] 300/2 300/3
passed [2] 260/16
261/1
passively [1] 393/4
passport [6] 296/1
299/24 361/23 362/14
362/24 364/4
password [1] 291/7
PAT [3] 252/21 407/3
407/16
patcuneo1600 [1]
252/24
path [4] 288/1 302/14
302/15 368/2
paths [1] 292/14
pattern [1] 301/21
Pause [21] 257/14
273/5 297/11 298/10
307/14 308/25 311/10
312/13 317/4 337/22
347/21 350/2 356/7
372/17 373/2 375/20
377/10 379/23 384/13
401/11 405/17
pedophile [1] 397/19
pending [2] 273/8
356/11
people [12] 261/12
262/10 263/5 327/24
328/11 340/12 340/15
340/16 354/9 395/17
396/7 399/4
people's [1] 328/15
per [2] 288/9 333/15
per se [1] 333/15
percent [1] 270/8
perception [1] 259/20
perhaps [5] 385/6
387/11 387/19
Perkins [1] 389/10
permission [13] 299/8
302/6 308/19 313/8
314/6 315/1 343/15
343/25 345/19 346/15
347/17 348/15 351/10
person [18] 275/15
275/23 276/9 276/17
276/24 277/2 277/5
277/7 277/10 304/25
347/5 350/14 377/13

377/15 379/25 380/5
393/9 395/24
personal [2] 266/19
267/4
personally [2] 322/6
371/19
phone [4] 344/22 345/6
345/11 346/4
photo [2] 297/10
332/15
photograph [15]
255/13 255/14 297/19
297/21 298/15 307/22
313/20 314/19 332/18
332/21 346/20 377/13
377/18 379/15 380/1
photographic [3]
347/10 347/13 402/21
photographs [15]
255/7 255/11 255/15
255/16 265/15 298/19
298/24 304/5 326/16
337/6 342/21 343/4
385/10 386/3 398/3
photos [7] 269/25
271/19 324/1 332/8
391/8 391/10 396/11
physical [2] 363/7
384/11
pick [2] 290/14 353/21
picture [11] 263/11
263/12 296/2 299/24
300/1 300/4 314/14
346/1 352/18 391/18
391/20
pictures [1] 332/24
piece [4] 341/23 354/8
363/10 363/13
pieces [2] 263/9
263/13
pinhole [1] 344/13
place [8] 265/21
267/23 278/7 367/7
387/17 398/18 398/21
398/25
placed [8] 264/20
264/22 264/25 265/3
265/8 331/8 353/6
387/12
placement [2] 292/24
302/20
places [3] 265/21
341/6 387/21
plain [2] 386/6 386/7
plainly [1] 389/3
Plaintiff [2] 252/7
253/2
plan [2] 401/3 401/4
planning [1] 400/4
play [9] 259/10 280/9
284/12 295/18 296/20
308/19 311/1 311/12
348/17
playback [1] 309/5

played [6] 281/20
284/15 295/22 296/24
306/15 350/7
playing [3] 306/10
306/16 311/6
plea [9] 282/17 282/18
283/2 283/14 287/24
293/18 293/20 294/13
295/4
plead [2] 294/25 295/2
pleaded [10] 266/11
267/5 270/7 271/18
282/8 282/10 282/15
284/1 287/21 293/15
pleasant [3] 327/13
373/13 402/12
please [55] 256/1
257/6 264/3 269/9
273/13 276/12 277/2
277/10 279/23 282/20
286/4 292/6 297/6
298/13 299/22 300/6
301/2 302/12 312/4
317/13 317/17 317/25
343/14 343/20 343/25
344/11 344/23 345/18
345/23 347/18 348/25
350/17 352/12 353/21
354/6 355/11 356/15
362/20 368/6 368/7
369/5 369/7 373/11
374/4 376/4 376/11
378/11 380/7 394/15
402/8 402/9 402/10
pled [4] 282/11 293/13
293/16 295/3
plenty [1] 402/12
plug [2] 353/19 354/13
plus [1] 359/10
podium [2] 264/8
264/10
point [35] 257/22 258/7
260/1 262/21 268/21
275/22 309/12 323/20
324/14 326/8 326/10
330/24 331/24 332/23
333/1 333/9 334/10
334/12 334/14 355/7
381/23 382/3 387/5
387/14 392/6 394/11
397/25 399/7 399/10
399/11 400/7 400/15
401/20 402/7 405/13
pointed [2] 387/11
387/12
points [3] 399/16
399/18 399/24
policy [1] 309/18
polite [1] 262/20
Poly [1] 359/17
pool [12] 260/13
260/17 260/17 260/20
260/21 261/2 261/2

**P**

**pool... [5]** 261/3 261/4 261/6 261/9 261/11
**population [1]** 399/2
**porn [9]** 267/10 267/20 279/8 279/10 279/14 279/15 279/22 397/9 398/2
**pornography [91]** 264/15 265/19 265/24 266/12 266/13 266/15 266/18 266/21 267/1 267/4 267/6 267/12 267/15 267/16 267/17 268/3 269/1 269/25 269/25 270/4 270/7 270/9 271/17 271/20 275/3 275/3 275/4 275/5 275/7 275/19 275/21 276/7 276/8 276/8 277/24 277/25 278/16 278/20 279/20 282/3 284/2 284/7 285/3 285/7 285/20 285/23 286/17 291/3 291/8 291/11 292/15 292/24 293/6 293/9 294/1 294/5 294/10 294/17 294/20 295/10 299/16 301/5 301/11 301/18 301/23 302/20 303/3 303/8 303/12 303/21 303/23 304/1 304/4 310/3 310/13 310/18 330/22 331/20 369/3 369/11 382/14 390/12 390/25 391/1 391/14 391/25 397/8 399/1 399/1 402/22 404/24
**port [2]** 353/16 353/18
**portable [1]** 365/4
**portion [7]** 288/20 289/11 289/25 327/20 345/24 346/6 400/25
**portions [1]** 287/24
**pose [6]** 387/17 388/6 388/13 389/9 389/17 398/18
**posing [3]** 270/25 388/8 396/22
**position [8]** 329/7 331/22 334/17 357/1 388/13 389/17 399/17 399/23
**positioning [1]** 388/9
**possessed [2]** 294/16 390/11
**possession [12]** 266/12 275/3 275/20 276/7 277/25 293/8 294/20 294/21 303/21 390/16 391/24 392/1

**possessions [1]** 284/8
**potty [1]** 391/11
**potty-training [1]** 391/11
**precedent [1]** 392/25
**precise [1]** 262/12
**prefer [1]** 264/9
**prejudice [1]** 399/13
**preliminary [5]** 254/4 257/21 257/23 258/12 259/4
**prepare [2]** 288/14 320/23
**prepared [1]** 334/9
**presence [3]** 256/3 257/5 272/10 290/4 310/24 320/9 324/24 327/15 327/22 334/1 374/3 381/14 402/16
**present [14]** 281/24 282/17 297/24 298/18 319/7 325/10 338/22 341/25 342/24 380/13 400/3 400/4 400/14 401/17
**presentation [1]** 263/18
**presented [8]** 263/20 323/24 324/8 325/6 325/21 325/23 332/4 332/15
**preserve [2]** 257/1 365/12
**presiding [2]** 252/4 256/6
**pressed [1]** 388/3
**presume [12]** 298/5 309/6 310/14 322/16 333/2 334/25 335/5 379/14 395/19 396/1 399/12 403/4
**presumption [1]** 390/18
**pretrial [4]** 269/17 287/20 323/6 332/11
**pretty [5]** 293/1 372/19 385/17 386/24 399/3
**prevents [1]** 365/9
**previous [1]** 313/20
**previously [8]** 355/4 363/22 364/16 366/9 368/20 369/14 377/7 379/22
**primarily [7]** 318/17 318/19 318/22 318/23 320/17 320/17 320/20
**primary [1]** 274/15
**prior [5]** 261/10 274/10 274/11 394/2 394/10
**privacy [1]** 268/25
**private [2]** 271/1 358/22

**private-sector [1]** 358/22
**probable [1]** 276/6
**probably [2]** 400/17 400/19
**problem [6]** 323/15 323/16 332/17 396/3 396/10 399/7
**problematic [2]** 386/25 389/21
**problems [1]** 323/18
**procedures [2]** 360/13 361/5
**proceedings [25]** 252/14 254/3 257/14 273/5 297/11 298/10 307/14 308/25 311/10 312/13 317/4 337/22 347/21 350/2 356/7 372/17 373/2 375/20 377/10 379/23 384/13 401/11 405/17 406/12 407/6
**process [5]** 323/11 363/14 364/5 364/12 366/1
**processed [4]** 363/18 365/24 366/2 367/13
**processes [1]** 367/12
**produced [14]** 264/15 265/19 265/24 335/23 336/9 370/15 382/15 382/19 382/20 383/2 383/5 383/11 391/14 394/4
**producing [1]** 266/13
**product [2]** 360/10 370/14
**production [9]** 267/12 267/17 268/3 275/4 275/20 276/8 303/23 382/14 392/18
**products [2]** 293/5 359/25
**professional [1]** 359/8
**proffer [2]** 332/18 384/15
**proffered [1]** 386/9
**proffering [1]** 289/15
**program [2]** 323/12 357/22
**programs [3]** 358/7 358/9 358/12
**prominently [1]** 398/9
**prong [1]** 398/16
**prongs [1]** 384/3
**proper [1]** 386/11
**properly [1]** 323/21
**property [3]** 339/16 339/19 340/5
**proposed [2]** 386/18 401/23
**prosecution [1]** 375/25
**protect [2]** 361/16

365/11
**proves [1]** 260/10
**provide [3]** 257/24 285/22 364/12
**provided [9]** 280/22 285/21 286/2 288/7 288/20 291/7 335/16 363/18 399/15
**provides [3]** 279/5 358/23 359/8
**prurient [1]** 397/10
**pubic [3]** 387/6 393/8 398/1
**public [2]** 253/7 274/18
**publish [12]** 299/8 302/6 311/25 313/8 314/6 315/2 343/15 343/25 345/19 346/15 348/15 351/10
**published [1]** 289/21
**publishing [2]** 299/11 299/19
**pull [4]** 348/24 351/13 352/6 352/12
**pullout [1]** 387/25
**purchase [1]** 370/6
**purchased [1]** 278/16
**pure [1]** 280/13
**purportedly [1]** 326/3
**purpose [4]** 265/1 265/6 332/22 375/1
**purposes [19]** 279/24 282/21 283/7 286/5 295/20 296/22 297/7 300/7 306/24 342/15 344/24 347/24 353/23 375/2 379/20 394/7 404/7 405/4 405/6
**pursuance [1]** 396/14
**pursuant [1]** 407/4
**put [8]** 263/11 268/17 323/11 326/4 333/7 334/24 337/3 357/21
**putting [1]** 400/23
**puzzle [1]** 263/14
**puzzles [1]** 263/9

**Q**

**qualify [1]** 360/20
**quality [1]** 370/14
**question [15]** 258/14 259/24 259/25 291/20 296/13 304/17 310/5 315/8 326/16 337/5 382/4 390/19 395/21 396/8 396/16
**questioning [2]** 270/8 284/17
**questions [11]** 258/6 259/3 259/23 260/2 278/22 301/9 310/2 337/9 355/15 377/20 380/19
**quickly [1]** 286/15

**QUIDO [2]** 252/9 277/16
**quite [1]** 330/23
**quote [2]** 328/10 393/7
**quote/unquote [1]** 328/10

**R**

**Rachel [5]** 328/4 329/14 338/18 338/19 340/18
**raise [5]** 258/7 309/14 356/9 376/4 378/5
**raising [1]** 309/12
**rare [4]** 371/11 371/14 383/2 383/8
**rather [4]** 290/12 324/12 397/19 399/21
**rational [1]** 383/10
**ray [2]** 365/14 365/19
**read [10]** 259/1 292/10 292/11 292/12 292/13 337/9 354/12 354/13 387/23 402/4
**reading [1]** 257/23
**ready [6]** 264/2 271/3 271/4 272/18 320/24 400/21
**real [6]** 262/11 304/12 304/18 336/11 385/18 385/18
**reality [1]** 270/5
**really [15]** 268/23 289/18 328/17 354/8 383/4 386/25 388/15 389/2 389/21 389/25 390/21 391/6 392/7 392/14 393/21
**reargue [1]** 256/24
**reason [6]** 262/12 334/19 365/24 371/9 398/13 404/21
**reasoned [1]** 392/22
**reasons [2]** 302/21 309/6
**receipt [1]** 275/4
**receive [3]** 358/7 359/12 361/8
**received [26]** 278/15 281/19 283/23 290/25 299/10 300/23 308/17 313/7 314/5 314/25 343/13 345/6 345/17 348/13 351/9 355/2 357/15 359/11 360/17 361/9 361/10 364/2 364/21 366/6 366/14 368/25
**recent [1]** 256/18
**recently [1]** 391/7
**recess [3]** 257/4 333/25 373/15
**recognize [35]** 276/23 280/2 280/7 282/24

**R**

**recognize... [31]** 283/3
283/10 283/15 286/8
286/19 297/16 297/23
300/9 300/14 300/15
307/16 307/23 312/15
312/24 312/25 313/22
314/19 342/18 342/23
345/2 345/9 347/25
348/6 350/20 350/25
353/25 354/18 354/19
368/13 377/13 379/25
**recognized [2]** 313/18
314/13
**recollection [4]** 287/20
287/23 382/24 383/17
**record [14]** 256/15
273/15 277/14 299/11
299/18 309/15 332/10
356/17 374/12 376/13
378/13 379/21 397/13
400/13
**recorded [4]** 267/9
349/13 349/14 388/8
**recording [9]** 255/4
280/21 280/22 280/23
281/9 281/22 297/2
319/11 396/20
**recover [1]** 367/11
**recovered [1]** 333/16
**Recovery [1]** 357/22
**recreates [1]** 370/3
**RECROSS [2]** 254/12
254/20
**redact [2]** 288/17
289/18
**redacted [4]** 288/14
288/21 288/24 289/10
**REDIRECT [2]** 254/12
254/20
**refer [4]** 260/6 274/5
301/8 303/16
**reference [7]** 297/13
332/23 333/2 336/16
367/24 404/3 404/12
**referenced [7]** 282/13
297/3 312/21 314/16
329/13 330/21 339/25
**referencing [2]** 310/11
367/24
**referred [2]** 360/2
403/22
**referring [1]** 310/3
**reflect [2]** 277/14 284/1
**reflected [2]** 293/21
295/5
**refresh [1]** 350/1
**refreshed [1]** 350/4
**regarding [3]** 274/17
303/17 360/14
**regards [2]** 280/25
404/24
**regular [1]** 278/25

**regulations [1]** 407/8
**related [3]** 278/1
287/21 390/17
**relates [3]** 396/24
397/18 398/16
**relating [1]** 294/20
**relaying [1]** 285/23
**relevance [3]** 331/2
331/4 332/16
**relevant [5]** 286/14
287/22 330/6 331/3
400/25
**rely [1]** 335/17
**remain [2]** 334/2 374/4
**remaining [2]** 288/10
397/24
**remember [4]** 327/11
373/10 402/8 405/18
**reminded [1]** 397/16
**remotely [1]** 344/21
**remove [7]** 264/3
272/23 273/16 356/4
376/16 376/19 380/3
**removed [3]** 333/10
367/1 367/4
**render [1]** 268/7
**repeat [1]** 291/20
**rephrase [4]** 294/8
296/5 296/13 315/8
**reported [3]** 259/2
265/15 407/6
**reporter [4]** 252/21
258/15 264/11 407/16
**reporter's [2]** 252/14
283/13
**reports [1]** 357/6
**request [1]** 316/20
**requested [1]** 309/15
**requesting [1]** 310/6
**require [1]** 371/23
**required [1]** 385/11
**requirements [1]** 360/9
**requires [2]** 336/5
393/3
**research [4]** 327/13
373/12 394/11 402/11
**residence [1]** 278/20
**respect [10]** 287/21
306/8 324/5 326/9
326/11 328/15 332/10
335/9 335/15 397/24
**Respectfully [1]**
384/14
**respond [1]** 262/9
**responded [1]** 257/20
**response [16]** 259/5
262/19 284/10 303/1
319/4 321/25 326/18
327/4 335/20 347/7
359/1 383/15 389/24
390/21 394/13 397/5
**responsibilities [1]**
274/15
**responsibility [2]**

271/20 390/11
**responsible [2]** 275/15
357/4
**rest [2]** 381/2 402/12
**rested [2]** 381/19
401/15
**rests [1]** 401/19
**return [2]** 301/22 405/7
**returns [8]** 291/15
291/21 291/22 292/21
293/4 302/3 302/17
303/10
**Reverse [1]** 359/3
**review [25]** 285/21
319/20 321/14 321/17
322/6 325/3 325/7
325/13 334/11 334/23
336/18 338/13 342/10
347/1 353/9 361/2
361/4 363/19 365/25
366/5 367/20 403/2
403/7 403/13 405/6
**reviewed [24]** 280/8
283/4 283/16 286/21
297/24 300/16 304/1
307/24 312/25 313/23
314/20 322/24 323/12
325/15 338/11 342/25
344/15 345/10 346/24
347/10 348/7 350/10
351/1 354/19
**reviewing [3]** 331/13
341/13 363/15
**reviews [1]** 336/1
**RICHMOND [1]** 253/3
**right [125]** 256/7
256/13 257/7 257/12
257/18 258/10 259/6
262/21 268/10 268/14
268/25 269/4 269/11
270/17 271/4 271/11
271/14 271/22 272/16
272/21 277/12 281/7
283/20 283/22 286/25
287/5 289/21 292/3
292/7 294/2 294/17
295/15 295/16 298/4
299/5 299/9 300/1
300/20 300/22 302/9
306/17 307/6 307/10
307/13 308/10 308/14
308/16 309/11 310/21
311/3 311/19 312/1
312/9 312/12 313/6
314/2 314/24 316/23
317/1 320/7 322/21
331/21 337/12 338/1
341/9 342/2 343/2
343/10 343/12 343/16
343/22 344/1 344/14
345/14 345/16 345/20
347/20 348/12 351/8

355/13 355/17 356/9
360/24 363/24 366/13
367/8 368/22 368/24
369/19 369/22 371/17
372/5 372/8 373/4
375/14 375/24 376/4
377/3 377/9 377/21
377/24 378/5 379/14
379/17 380/10 380/13
380/20 380/23 381/3
381/15 382/7 383/13
384/7 384/24 385/15
391/19 392/14 400/6
401/2 401/8 401/14
401/19 402/17 405/10
406/9
**ring [2]** 339/23 352/5
**ripped [1]** 367/2
**rise [3]** 257/15 337/23
375/21
**RIVERA [1]** 253/7
**roadmap [1]** 263/5
**ROBERT [2]** 252/9
277/16
**Robert Quido Stella [1]**
277/16
**role [1]** 275/11
**roles [1]** 259/10
**room [12]** 252/23
261/25 320/4 341/9
342/21 343/1 343/2
343/5 345/24 346/20
355/25 381/11
**roughly [1]** 266/1
**row [1]** 345/25
**rule [17]** 254/8 304/15
306/8 321/23 322/12
325/17 326/14 326/24
328/6 332/1 332/20
334/8 334/13 335/24
336/4 382/10 389/22
**Rule 29 [1]** 382/10
**ruling [3]** 269/18
287/20 310/10
**runs [2]** 328/8 328/14

**S**

**S-c-o-t-t [1]** 273/20
**sad [1]** 270/5
**sadistic [2]** 385/19
385/24
**Sadly [1]** 270/3
**safe [1]** 267/23
**safety [1]** 274/18
**said [20]** 259/12
269/19 279/22 281/1
284/11 287/23 291/19
296/10 296/19 364/23
374/25 382/23 383/7
383/20 389/21 390/15
391/13 391/15 393/6
404/17
**sake [1]** 328/2
**same [18]** 297/3

298/18 301/21 302/18
305/18 306/7 311/22
331/19 364/5 364/10
364/11 364/23 365/24
369/2 371/15 391/25
394/3 395/16
**sample [4]** 289/15
289/19 289/22 290/15
**samples [1]** 290/14
**San [1]** 359/17
**San Luis Obispo [1]**
359/17
**SANS [3]** 358/20
358/22
**save [1]** 398/14
**saved [23]** 265/15
266/5 266/15 266/18
266/20 291/9 291/11
291/12 301/12 301/14
301/15 301/17 301/18
302/17 303/4 313/14
316/8 316/12 316/14
317/19 318/2 321/13
353/14
**saw [11]** 260/17 261/2
317/8 326/7 333/16
342/7 343/2 345/11
385/10 387/3 393/20
**say [31]** 259/16 260/23
262/8 268/25 275/8
279/14 279/20 289/13
293/1 294/3 294/13
296/9 296/15 296/18
310/12 323/13 327/21
327/21 329/5 354/6
371/4 388/3 389/25
390/8 393/4 395/23
398/23 403/20 404/3
404/8 404/16
**saying [9]** 259/19
281/1 322/23 328/5
330/8 335/9 387/13
394/8 394/9
**says [5]** 267/9 269/22
352/18 393/17 404/6
**scenario [1]** 389/7
**school [2]** 266/9
274/13
**Science [1]** 359/16
**scope [1]** 374/13
**Scott [61]** 272/20
273/1 273/19 273/23
274/14 275/10 279/23
281/22 282/2 282/20
283/6 283/25 286/4
291/2 292/6 297/6
299/22 300/5 301/2
302/12 306/22 307/16
312/15 313/13 314/11
316/19 317/7 317/25
318/25 319/6 320/9
325/2 329/19 331/15
338/4 338/21 342/14
343/19 344/23 345/23

**S**

**Scott... [21]** 346/6
346/13 346/23 347/16
347/18 347/23 348/21
349/12 350/17 351/13
352/17 353/5 353/21
354/17 355/7 363/19
364/13 365/25 366/4
367/14 368/20
**Scott's [4]** 363/23
364/17 366/10 369/15
**screen [32]** 292/4
292/10 299/13 299/20
300/24 302/10 304/7
306/22 306/23 311/9
311/13 312/2 313/11
314/9 315/4 317/11
343/17 344/4 344/6
345/5 345/21 346/2
346/18 348/19 349/1
349/10 351/15 352/8
352/15 352/25 355/5
379/20
**screens [2]** 309/16
312/5
**SD [41]** 255/20 285/2
285/8 296/2 296/3
298/15 298/16 319/21
319/24 320/1 327/19
329/19 330/2 331/14
338/5 350/8 353/13
353/14 354/3 354/6
354/7 354/8 354/9
354/11 354/15 354/16
355/8 355/10 362/10
364/25 365/1 365/2
365/2 365/7 365/10
365/11 365/12 365/16
366/3 383/23 384/1
**se [1]** 333/15
**seal [4]** 269/16 406/1
406/2 406/3
**search [18]** 276/1
278/12 278/13 278/19
284/21 284/25 319/7
319/17 320/10 320/24
321/1 321/2 321/21
338/22 339/1 342/1
342/24 365/19
**searched [3]** 284/23
285/1 365/18
**searching [4]** 279/18
279/21 279/22 297/9
**seat [4]** 273/13 356/15
376/11 378/11
**seated [8]** 256/4 257/6
257/17 334/2 337/25
374/4 375/23 401/13
**second [34]** 253/8
266/16 272/3 292/21
294/19 294/21 303/16
303/18 303/22 305/3
305/14 311/19 313/14

316/9 316/12 321/13
325/4 325/7 325/11
329/25 330/20 332/5
362/20 366/16 372/24
374/21 375/6 381/22
382/22 384/17 384/21
385/9 387/16 398/16
**seconds [2]** 260/16
261/1
**secreting [1]** 397/12
**secretly [1]** 265/14
**Section [5]** 385/15
386/8 392/2 392/12
407/4
**Section 2256 [4]**
385/15 386/8 392/2
392/12
**sector [1]** 358/22
**secured [1]** 365/2
**security [7]** 273/25
274/3 274/5 274/18
339/22 340/2 356/22
**see [38]** 262/7 264/18
265/9 265/12 266/11
267/3 269/7 270/10
270/21 270/23 270/24
271/3 271/7 272/13
276/9 298/7 298/21
301/3 303/8 307/5
319/11 319/22 333/21
336/2 337/1 342/4
352/4 362/17 368/12
373/13 382/2 387/7
387/8 387/15 389/15
398/21 402/13 406/7
**seeing [1]** 342/10
**seek [1]** 288/19
**seeking [2]** 281/8
332/20
**seem [1]** 261/12
**seems [5]** 330/25
333/8 387/24 391/16
399/7
**seen [9]** 318/11 371/18
371/19 371/21 383/19
384/5 385/7 388/10
389/5
**sees [1]** 308/9
**segment [2]** 290/12
399/2
**seized [4]** 297/24
300/16 319/17 354/21
**selection [2]** 368/18
369/13
**semiconductor [1]**
359/25
**send [1]** 391/9
**sends [3]** 391/18
391/19 391/22
**sense [6]** 270/16
330/25 335/23 392/2
392/5 392/9
**sent [3]** 256/20 405/20
405/22

**sentence [1]** 391/3
**separate [3]** 266/14
335/25 340/22
**sequence [1]** 308/22
**serial [2]** 361/24 362/5
**seriously [1]** 261/13
**served [1]** 276/1
**serving [2]** 278/12
278/13
**session [2]** 256/5
374/6
**set [9]** 257/23 258/3
258/4 259/4 347/2
347/14 362/21 402/4
403/12
**setting [5]** 347/11
348/4 387/16 388/4
398/17
**Several [1]** 357/11
**sex [5]** 270/24 275/5
275/6 310/3 390/17
**sex acts [1]** 275/5
**sexual [26]** 265/13
265/14 267/18 286/11
286/16 387/18 387/21
388/25 389/1 389/23
390/3 390/4 390/5
390/8 390/20 391/19
391/23 393/10 393/11
396/21 397/4 397/10
398/18 398/22 398/23
399/4
**sexually [16]** 268/24
270/21 270/23 271/2
271/11 271/24 272/13
385/10 385/14 387/17
387/25 388/1 388/3
392/10 392/23 398/17
**shall [6]** 273/9 356/12
376/6 376/7 378/6
378/7
**shared [3]** 264/20
266/7 321/9
**sharp [1]** 405/19
**she [37]** 263/1 263/13
276/17 276/20 276/22
276/23 289/5 304/17
305/19 308/1 312/23
315/24 322/23 323/12
323/12 323/22 323/24
323/25 326/2 326/3
326/6 326/7 332/3
333/14 333/15 333/16
366/6 367/16 367/18
367/20 367/23 376/16
376/18 377/9 389/13
396/22 398/11
**she's [9]** 263/12 277/4
306/16 322/23 324/15
325/18 325/22 367/21
377/6
**shed [2]** 339/24 340/6
**sheet [3]** 292/2 302/8
336/19

**sheets [1]** 287/12
**shelf [1]** 285/17
**shipped [1]** 382/16
**shot [1]** 398/14
**should [9]** 261/13
268/17 277/4 311/6
323/22 327/23 328/9
353/22 404/3
**shouldn't [2]** 271/9
271/15
**show [22]** 265/12
265/25 266/4 289/4
290/15 298/2 307/9
308/20 312/11 316/19
316/21 327/24 328/3
328/6 328/16 334/9
336/23 347/18 350/11
377/6 379/14 379/19
**showcased [1]** 398/4
**showed [3]** 313/17
314/11 336/20
**shower [5]** 271/4 271/4
271/5 307/21 312/20
**showered [1]** 265/22
**showing [11]** 280/17
306/22 306/23 316/23
317/9 328/1 328/10
344/2 345/25 349/8
355/3
**shown [13]** 267/13
288/23 290/11 326/3
326/12 333/15 338/8
347/23 349/16 349/20
386/14 394/25 395/2
**shows [3]** 289/11
308/7 347/11
**side [11]** 285/15
285/17 295/12 295/14
295/15 295/16 320/6
320/7 396/17 399/14
401/3
**sidebar [8]** 272/3 287/2
309/2 322/13 325/25
328/11 368/19 369/14
**sides [2]** 399/18
399/23
**signed [2]** 280/6 280/8
**significant [1]** 384/3
**similar [1]** 392/16
**similarly [2]** 301/17
302/17
**simply [6]** 301/8 333/8
383/10 385/8 390/3
400/20
**simulated [2]** 385/19
386/5
**simultaneously [1]**
406/6
**since [6]** 274/9 274/24
356/25 357/8 370/12
379/3
**single [1]** 387/7
**sir [2]** 273/18 378/5
**site [1]** 278/17

**sitting [3]** 276/12
277/12 362/18
**six [7]** 316/18 357/21
358/1 360/17 390/6
390/19 395/8
**six-week [1]** 357/21
360/17
**sixth [5]** 386/24 389/20
393/14 397/3 397/18
**slide [1]** 285/17
**slide-out [1]** 285/17
**slot [1]** 353/13
**small [2]** 280/5 292/11
**Smartphone [1]** 359/2
**smartphones [3]**
357/13 365/4 391/17
**smoke [21]** 264/22
265/5 265/7 339/9
341/9 341/11 341/16
341/17 341/20 342/4
342/7 342/8 342/11
342/21 343/2 343/5
343/20 344/9 344/14
344/16 348/3
**smoke-detecting [1]**
341/20
**smuggling [1]** 274/19
**so [157]**
**software [3]** 323/8
323/12 363/13
**soldered [1]** 370/25
**sole [2]** 265/1 265/6
**solely [1]** 392/4
**solemnly [4]** 273/7
356/10 376/8 378/6
**some [23]** 257/24
257/25 258/12 261/12
263/5 266/9 270/13
280/21 287/25 288/8
290/14 306/16 323/4
388/1 388/10 389/8
389/11 390/16 390/17
395/11 396/5 396/7
400/10
**somebody [2]** 347/11
391/2
**somehow [1]** 259/25
**someone [4]** 268/22
278/15 296/9 350/11
**something [23]** 258/11
259/18 262/8 263/14
268/17 269/10 270/12
271/14 281/2 289/18
293/4 318/4 332/14
365/17 367/19 385/25
386/2 386/3 387/13
387/24 394/23 394/25
395/21
**sometimes [3]** 263/5
263/8 263/17
**somewhat [1]** 399/18
**somewhere [1]** 379/5
**son [5]** 318/24 320/21
331/18 335/11 338/18

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**S**

sons [1] 340/18
sons' [1] 341/2
soon [1] 381/12
sorry [3] 291/19 324/4 381/17
sort [23] 258/1 263/4 266/9 288/8 289/17 327/20 330/5 334/16 344/11 355/7 386/4 388/1 389/8 389/8 389/12 389/18 390/16 390/17 392/6 396/8 396/21 397/12 397/18
sought [1] 327/25
sound [3] 260/16 261/1 261/8
Sounds [1] 401/5
space [1] 404/1
speak [2] 264/12 306/20
speaking [2] 326/1 358/12
special [83] 272/20 273/23 273/25 274/7 274/14 274/15 275/10 279/1 279/23 281/22 282/1 282/2 282/20 283/6 283/25 284/17 285/3 285/19 285/22 286/4 291/2 292/6 294/4 294/10 297/6 299/22 300/5 301/2 302/12 306/22 307/16 312/15 313/13 314/11 316/19 317/7 317/25 318/25 319/6 320/9 321/14 321/20 322/2 323/6 325/2 325/3 325/6 325/10 329/19 331/12 331/15 338/4 338/4 338/8 338/21 342/14 343/19 344/23 345/23 346/6 346/13 346/23 347/16 347/18 347/23 348/21 349/12 349/15 349/20 349/22 350/6 350/17 351/13 352/17 353/5 353/21 354/17 355/7 355/25 356/22 356/24 382/22 383/17
specialized [1] 358/23
specific [4] 317/16 322/20 358/7 399/22
specifically [7] 284/23 296/16 320/4 322/20 331/14 336/20 399/20
speculation [3] 319/2 319/3 347/6
spell [4] 273/14 356/16 376/12 378/12
spend [1] 379/8

spent [1] 269/4
splash [3] 260/16 261/1 261/9
spoke [2] 368/18 368/18
spreadsheet [5] 255/19 286/11 286/13 369/2 369/10
spreadsheets [4] 286/2 367/23 368/1 368/16
Spring [1] 253/5
stamps [1] 316/4
stand [8] 269/10 337/21 355/24 362/18 368/4 376/1 377/6 381/23
standalone [1] 357/14
standard [3] 395/5 395/6 395/7
standing [1] 261/3
stands [1] 365/2
start [4] 257/25 327/10 362/14 382/13
starts [1] 263/1
state [9] 273/14 356/16 376/12 378/12 382/17 382/1 383/12 404/4 404/9
stated [4] 279/15 302/22 313/18 314/12
statement [14] 254/5 254/6 259/8 259/15 262/24 263/2 263/4 263/23 264/2 264/8 264/13 268/12 268/15 269/20
statements [3] 259/8 263/3 397/8
STATES [12] 252/1 252/6 253/2 253/4 253/4 256/5 256/8 371/8 374/5 404/11 407/4 407/9
statute [4] 336/5 386/7 396/14 404/7
STELLA [28] 252/9 256/8 268/16 269/12 270/1 270/6 271/18 272/14 277/16 318/24 320/17 320/20 320/21 328/4 329/14 338/18 338/18 338/19 339/13 339/16 340/9 340/18 340/18 340/19 347/15 348/4 350/16 390/10
Stella's [23] 269/14 269/23 269/24 278/15 280/6 285/1 285/14 295/12 297/19 298/17 299/24 300/12 311/17 319/18 319/21 335/11 339/11 344/21 345/6 350/23 352/4 354/3

379/8
Stellas' [2] 318/11 318/14
stenographically [1] 407/6
step [2] 284/5 363/1
stick [1] 269/8
still [21] 265/15 304/5 304/6 304/7 306/9 307/22 311/21 313/20 313/22 314/19 315/6 315/10 315/13 315/16 315/19 316/5 351/17 351/24 367/5 393/21 398/14
still-shot [1] 398/14
stills [11] 266/2 304/10 304/21 306/6 311/18 313/14 316/2 319/1 329/22 350/10 350/11
stipulation [2] 258/14 259/2
stop [4] 315/23 356/9 374/22 376/4
storage [4] 285/2 354/8 363/7 365/3
stored [3] 329/9 330/22 361/12
Street [4] 252/22 252/22 253/5 253/8
structure [8] 288/9 291/15 291/18 291/21 292/18 316/17 317/9 317/13
structures [1] 292/8
study [2] 317/16 358/4
stuff [7] 288/17 324/15 385/17 394/2 394/3 399/9 403/7
subfolder [3] 292/20 301/21 316/16
subfolders [8] 266/6 266/22 291/12 301/15 302/1 303/9 317/15 318/4
subject [1] 330/18
subjective [12] 395/6 395/7 395/13 395/13 395/14 395/15 395/19 395/19 395/25 396/5 396/25 397/2
submissions [1] 405/7
submit [5] 383/25 393/23 395/1 397/20 403/7
submitted [1] 397/7
subsequent [1] 278/18
subset [1] 306/14
substrate [1] 370/23
such [8] 279/1 290/7 303/9 371/23 389/14 390/15 391/1 391/24
suddenly [1] 391/23
sufficiency [1] 394/6

sufficient [3] 384/15 396/13 404/11
suggest [2] 387/9 387/24
suggesting [1] 389/9
suggestive [5] 387/17 387/25 388/1 388/3 398/17
suggestively [1] 270/25
suggests [1] 388/25
suit [1] 277/13
suppose [1] 396/3
supposed [3] 267/23 386/1 386/2
supposedly [2] 322/24 323/25
Supreme [1] 392/24
sure [15] 264/5 265/10 272/25 273/4 297/15 308/8 309/25 310/8 337/11 372/23 373/1 380/4 394/16 402/19 405/20
surprise [1] 335/19
surreptitious [1] 396/20
surreptitiously [1] 388/7
surveil [1] 265/1
surveillance [2] 339/24 340/6
surveillance-type [2] 339/24 340/6
sustain [2] 294/7 306/19
sustained [1] 390/15
swallow [1] 389/22
swam [4] 260/13 260/19 260/21 261/6
swear [5] 272/22 273/7 356/10 376/6 378/6
swimming [3] 260/13 260/18 261/11
swore [1] 269/3
SWORN [4] 273/1 356/8 376/3 378/4
system [1] 367/6

**T**

tab [2] 368/6 369/5
Tab 30 [1] 368/6
table [4] 277/12 334/23 366/22 366/25
tablets [1] 357/13
Taiwan [1] 383/24
take [14] 258/11 284/5 312/7 332/24 341/23 358/2 362/20 368/10 381/23 391/8 400/10 405/2 405/4 405/5
taken [39] 263/24 298/19 304/7 305/6 305/14 305/17 306/3

307/22 308/2 311/19 313/14 318/8 318/10 318/12 318/13 318/15 319/1 319/13 319/16 327/18 328/19 329/8 331/7 332/25 333/10 333/11 337/6 346/20 348/3 348/22 351/18 351/19 352/10 352/18 352/22 353/3 373/15 390/11 396/11
takes [1] 391/21
taking [3] 263/6 271/5 391/11
talk [5] 261/23 262/18 332/14 333/21 402/18
talked [3] 305/22 323/5 360/18
talking [7] 262/12 269/5 329/12 330/3 362/12 391/10 391/10
tall [1] 320/5
tax [11] 291/14 291/15 291/21 291/22 292/21 293/4 301/16 301/22 302/3 302/17 303/9
taxes [1] 266/22
teacher [1] 274/13
teen [6] 267/10 267/20 279/15 279/22 397/9 398/2
tell [10] 258/11 261/22 268/20 271/10 327/7 336/5 341/20 400/16 400/19 400/20
tells [1] 385/25
ten [2] 261/1 333/23
tends [1] 389/6
term [4] 286/15 286/17 317/17 317/18
terms [3] 260/6 278/23 333/4
test [13] 383/4 385/12 386/15 387/4 393/2 393/13 393/15 393/16 395/8 395/20 395/22 397/2 397/18
tested [1] 265/10
testifies [2] 260/14 260/23
testify [14] 322/17

Case 2:21-cr-00338-GW    Document 216    Filed 06/12/23    Page 177 of 180    Page ID
#:2562
{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**T**

testify... **[13]** 322/19
322/20 323/22 323/24
324/1 324/6 324/7
324/10 324/11 325/19
326/7 331/13 332/2
testifying **[6]** 297/4
324/13 325/22 326/5
326/13 384/4
testimony **[28]** 259/22
260/2 260/10 260/20
261/8 264/18 265/9
266/10 267/2 273/8
305/11 317/21 322/23
334/18 336/6 356/10
360/21 360/21 363/23
364/17 366/10 368/21
369/15 374/13 376/6
378/6 383/9 384/18
Thailand **[2]** 384/22
384/23
than **[13]** 276/21 281/3
290/12 324/12 341/6
377/3 377/17 380/17
386/3 393/3 399/15
399/21 400/17
Thank **[47]** 262/20
264/1 264/6 268/13
268/14 273/6 273/12
273/18 281/7 287/3
290/1 290/2 290/3
292/13 298/11 310/22
310/23 311/11 324/21
333/3 333/24 337/19
346/17 355/21 355/22
356/3 356/6 356/15
372/9 372/10 372/16
375/13 376/10 377/25
378/10 380/23 381/21
382/5 382/9 394/17
394/19 400/1 401/21
402/14 405/11 406/10
406/11
Thanks **[3]** 258/20
258/22 298/9
that **[629]**
that's **[49]** 257/3
262/17 269/13 270/5
270/20 271/21 272/7
289/18 292/9 292/10
301/6 303/24 309/15
309/22 311/21 323/16
323/25 324/2 324/16
326/23 330/21 330/21
333/1 333/2 333/17
333/19 337/18 338/7
362/6 363/15 368/16
375/9 375/12 380/6
381/20 382/15 383/9
384/14 385/17 386/6
387/25 388/3 389/2
389/3 391/15 395/18
398/22 401/2 404/21

theater **[1]** 379/3
thee **[1]** 345/4
their **[28]** 256/18 260/4
261/21 262/16 269/15
270/17 271/5 276/16
304/20 305/19 305/22
305/23 305/25 326/13
335/18 336/18 340/21
360/9 381/20 386/14
391/8 391/17 392/20
396/11 398/4 398/6
398/8 398/8
them **[57]** 256/24 258/8
259/20 262/9 262/13
266/9 270/16 270/19
276/22 290/12 290/15
300/14 300/15 300/16
305/2 307/5 308/9
310/17 326/13 327/1
328/10 331/19 334/9
334/11 334/21 334/22
334/23 335/17 336/20
336/23 337/1 337/8
338/11 345/10 348/7
349/25 350/25 351/1
354/19 365/23 365/24
370/25 371/7 372/21
375/18 382/2 386/22
391/8 391/9 399/19
400/19 400/20 403/2
403/13 403/14 403/14
403/17
themselves **[4]** 259/23
306/20 388/9 388/13
then **[40]** 266/5 267/15
268/23 269/11 271/8
272/6 288/10 289/8
289/20 290/23 292/21
300/2 308/20 311/9
323/11 323/16 324/1
324/14 330/24 333/13
337/2 337/16 339/24
354/7 354/12 357/6
359/2 360/9 382/2
383/7 385/21 389/20
391/11 395/20 397/12
400/16 403/13 405/7
406/2 406/5
there **[88]** 256/9 259/25
260/15 260/25 261/2
264/8 265/5 265/8
278/12 280/12 280/20
280/21 281/24 285/7
290/6 290/10 293/7
296/1 299/24 300/15
303/11 304/8 304/9
308/21 309/8 310/2
311/18 313/14 316/17
320/11 320/12 323/17
324/9 324/14 327/20
329/8 330/1 330/8
330/22 331/6 334/18
334/25 335/3 335/4
335/7 336/15 337/5

337/7 339/9 339/22
340/3 340/3 340/15
340/16 341/8 341/19
343/22 344/7 346/6
346/10 346/11 353/16
353/22 354/20 356/9
358/4 360/4 360/6
361/12 362/18 363/24
367/5 368/4 371/4
371/9 376/4 379/6
388/21 388/24 389/11
390/3 392/17 392/21
393/1 393/6 394/10
396/4 398/13
there's **[34]** 259/7
261/6 280/14 293/6
298/5 299/25 309/6
310/14 320/14 323/20
324/4 326/8 330/15
332/14 332/16 346/8
346/9 366/23 368/4
368/10 383/24 385/21
386/21 387/9 388/8
390/3 390/5 390/18
391/16 393/5 393/14
393/18 400/25 401/2
therefore **[4]** 262/7
310/17 383/25 396/1
these **[114]** 257/24
258/6 264/22 264/25
265/22 266/2 266/5
266/8 266/20 266/22
266/24 267/22 269/1
269/12 270/19 271/11
271/16 272/12 272/12
272/14 278/1 285/4
285/9 285/20 286/8
286/19 286/21 287/25
288/1 288/7 294/5
297/3 297/16 297/23
297/25 298/19 298/24
300/9 304/2 304/4
304/5 304/12 304/21
304/23 304/25 305/5
305/5 305/13 305/16
305/16 306/2 306/2
306/8 307/23 309/5
310/3 317/14 317/15
317/18 318/1 318/25
319/12 319/15 323/13
323/25 326/15 326/21
326/25 327/11 328/18
332/8 334/20 335/10
335/16 335/22 336/2
342/18 342/23 342/25
343/4 345/2 345/9
348/6 349/5 349/19
350/20 359/12 367/7
371/1 372/18 373/11
382/19 382/19 383/11
386/3 387/7 387/9
388/7 389/25 390/3
390/5 392/6 392/8
392/16 393/18 395/11

395/11 395/12 397/13
398/3 398/3 398/5
398/10 399/16
they **[100]** 259/16
259/19 260/8 262/4
262/9 262/11 262/13
266/25 269/24 271/5
271/23 272/13 277/8
284/4 286/10 287/13
290/15 291/12 296/9
296/18 296/19 297/18
297/24 299/2 300/11
300/12 300/15 304/22
304/24 305/21 306/4
316/4 316/14 316/15
318/10 318/12 318/13
318/15 320/13 328/15
328/16 328/21 330/18
331/3 332/7 334/10
335/2 335/10 335/13
336/2 336/18 336/21
336/24 337/1 339/5
339/21 340/9 340/10
340/17 342/20 342/21
343/6 343/12 348/2
348/3 349/21 350/8
350/22 350/23 354/20
360/1 360/1 370/6
370/7 370/12 370/13
370/16 370/18 370/20
372/20 379/3 382/2
383/2 383/4 385/11
387/10 388/18 389/9
389/11 389/16 389/16
392/12 392/12 392/24
392/24 392/25 393/6
396/22 397/13 401/15
they're **[29]** 258/16
259/14 259/15 262/12
270/15 270/15 283/22
287/12 287/13 287/17
288/5 300/22 306/15
308/8 330/20 345/16
348/12 351/8 358/13
358/14 359/25 366/20
372/14 372/22 373/4
375/18 382/1 386/21
396/12
they've **[1]** 328/9
thing **[14]** 263/2 263/10
266/1 266/10 267/2
289/12 309/24 364/10
364/11 365/5 371/15
374/21 375/6 393/9
things **[13]** 258/1 259/7
268/2 269/7 270/11
281/1 322/21 357/14
374/11 396/4 396/5
396/7 404/5
think **[52]** 261/12
271/24 287/25 288/3
291/19 308/7 323/17
324/4 326/8 331/5
332/16 332/22 333/6

333/13 333/17 336/10
354/9 357/10 366/19
366/19 367/3 371/14
372/20 375/17 382/21
383/4 383/7 383/9
383/10 385/5 385/24
386/9 386/13 386/24
388/14 388/21 388/23
388/24 389/2 389/10
389/21 389/25 390/6
390/8 390/23 391/6
392/7 392/13 393/13
393/20 399/8 399/17
thinking **[2]** 271/25
391/4
third **[4]** 332/9 382/14
385/8 388/5
this **[227]**
thorough **[1]** 392/21
those **[67]** 258/4 259/4
262/9 263/9 268/1
270/7 270/8 270/12
270/14 270/22 271/19
275/2 276/15 287/24
300/1 301/15 306/17
307/24 321/4 322/6
322/8 322/20 322/25
325/13 328/6 328/19
329/16 330/4 330/17
330/25 331/1 331/9
331/11 331/17 332/3
334/11 335/15 338/8
339/25 340/8 340/20
342/10 342/10 342/11
347/25 349/19 349/22
350/14 357/14 358/12
361/20 362/11 365/22
365/23 367/12 367/22
367/25 383/23 384/3
384/9 384/10 394/7
398/7 402/24 404/3
404/3 404/5
though **[5]** 276/20
276/24 330/11 331/3
402/8
thought **[3]** 328/25
334/12 383/7
thousand **[1]** 263/9
thousand-pieces **[1]**
263/9
thousands **[1]** 335/7
threatens **[1]** 389/22
three **[12]** 264/20
265/22 266/2 267/25
268/3 304/25 320/12
330/5 335/25 362/11
367/13 395/2
through **[21]** 252/17
256/17 256/20 256/20
256/23 267/14 288/10
288/10 297/9 303/24
305/23 329/22 330/12
330/18 330/19 331/2
331/4 337/8 393/21

Case 2:21-cr-00338-GW    Document 216    Filed 06/12/23    Page 178 of 180    Page ID
#:2563

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**T**

**through... [2]** 393/22
402/24
**thumb [1]** 357/14
**thumbnail [4]** 345/8
346/1 346/9 346/10
**thunder [1]** 263/24
**tilting [1]** 389/12
**time [57]** 257/22 260/1
262/21 269/5 272/19
275/22 276/14 281/10
283/18 286/22 288/8
289/2 291/25 297/13
299/3 300/18 302/5
305/13 308/12 311/1
311/12 311/24 313/2
313/25 314/21 316/4
327/25 327/25 332/6
333/9 334/12 334/21
343/7 345/12 348/9
349/12 351/3 352/21
354/22 355/15 378/2
379/8 381/1 381/24
382/3 394/11 399/8
399/10 400/7 400/10
400/15 401/20 402/7
405/13
**times [2]** 379/9 379/11
**timestamp [2]** 352/17
353/2
**tiny [1]** 354/8
**Title [1]** 407/4
**titled [2]** 266/9 266/22
**today [8]** 265/18
276/10 332/7 362/12
370/6 372/20 402/18
403/6
**together [4]** 263/11
326/4 379/3 400/23
**toilet [2]** 387/12 387/12
**told [6]** 291/6 293/25
322/25 323/23 324/5
340/11
**tomorrow [9]** 399/15
400/17 400/18 401/24
402/3 402/13 403/5
403/9 405/8
**too [5]** 262/18 292/11
391/5 403/25 403/25
**took [6]** 269/3 270/6
271/20 289/19 363/1
365/7
**tool [1]** 365/19
**tools [5]** 357/6 358/6
358/11 359/6 367/10
**top [7]** 287/17 292/16
300/2 316/4 353/16
353/18 368/10
**topic [2]** 279/10 369/24
**Tor [1]** 279/2
**totally [1]** 271/9
**towards [1]** 397/3

**towel [2]** 271/8 307/21
**traces [1]** 370/24
**trafficking [1]** 274/20
**training [14]** 292/23
303/7 318/3 357/16
357/22 357/25 358/2
358/7 358/23 359/8
360/12 360/17 371/3
391/11
**transcribe [1]** 258/16
**transcribed [1]** 281/3
**transcript [7]** 252/14
283/13 283/25 293/21
295/5 407/5 407/7
**transcription [6]**
280/13 280/15 280/21
280/23 280/24 281/4
**transform [1]** 390/25
**transformed [1]**
391/24
**transpiring [1]** 333/22
**transported [2]** 361/11
382/17
**traveling [1]** 275/5
**treat [1]** 396/8
**treats [1]** 367/6
**trial [20]** 252/17 257/25
258/23 259/12 264/18
266/10 268/6 269/8
269/12 270/22 271/13
271/16 271/21 271/23
272/11 272/12 309/5
335/18 394/2 394/10
**trier [1]** 383/10
**true [4]** 385/11 385/13
387/19 407/5
**truly [1]** 386/2
**truth [12]** 273/9 273/9
273/10 356/12 356/12
356/13 376/7 376/8
376/8 378/7 378/8
378/8
**try [4]** 268/20 292/7
336/11 403/6
**trying [3]** 263/10 328/2
328/10
**turn [4]** 311/9 317/2
346/14 369/5
**turned [4]** 307/4 308/8
309/16 316/21
**turning [5]** 261/10
271/4 274/14 275/10
354/17
**TVs [1]** 398/21
**twelve [1]** 274/13
**two [45]** 256/19 264/16
264/23 266/11 266/20
267/13 268/4 268/5
277/24 278/22 278/23
285/12 285/14 287/21
292/15 294/17 295/9
295/24 296/11 296/15
297/20 299/25 300/9
300/12 303/12 312/5

320/18 328/11 330/1
330/8 330/10 339/7
340/18 348/6 349/19
349/22 350/6 372/12
372/19 374/11 374/13
375/2 378/20 382/10
392/17
**type [11]** 259/22
261/19 263/19 269/21
279/14 279/20 286/1
339/24 340/6 393/11
395/22
**types [3]** 274/25
275/18 357/16
**typically [2]** 365/3
404/24

**U**

**Uh [1]** 323/10
**Uh-huh [1]** 323/10
**Umm [2]** 297/9 388/14
**unbeknownst [2]**
391/20 391/22
**under [20]** 266/5
266/21 269/1 275/25
301/23 305/5 305/16
306/2 317/13 328/6
334/8 382/10 385/11
386/13 392/1 392/12
393/13 406/1 406/2
406/3
**underlying [2]** 304/2
336/8
**underneath [1]** 387/12
**understand [21]**
256/22 260/3 260/8
261/20 262/15 263/10
272/9 281/5 306/14
322/25 328/18 329/7
330/24 331/21 333/4
366/18 374/12 395/18
397/1 399/17 399/17
**Understandably [1]**
270/15
**understanding [11]**
289/8 324/10 325/24
326/2 326/5 326/15
326/24 332/13 335/10
336/17 381/3
**understood [5]** 334/15
334/25 382/5 404/22
405/9
**undressed [2]** 265/23
312/19
**unfortunately [2]**
267/25 272/13
**unfriendly [1]** 262/10
262/11
**UNITED [12]** 252/1
252/6 253/2 253/4
253/4 256/5 256/8
371/8 374/5 404/11
407/4 407/9
**unless [3]** 259/11

261/14 309/9
**unlikely [1]** 383/20
**unnatural [1]** 388/6
**unnumbered [3]** 367/3
367/7 367/10
**unquote [1]** 328/10
**until [4]** 261/24 262/5
367/9 403/6
**untitled [1]** 292/22
**up [34]** 260/4 261/3
261/9 261/18 261/21
262/16 278/22 279/10
301/2 310/17 332/11
332/11 333/23 347/2
347/11 347/14 348/4
348/24 351/13 352/6
352/12 353/21 353/22
359/25 361/11 361/12
362/18 362/21 368/4
368/7 369/7 385/14
386/23 387/13
**Upload [1]** 406/7
**upon [4]** 318/1 319/15
323/23 399/10
**upstairs [11]** 318/16
318/17 318/19 318/22
318/23 319/23 320/14
331/19 331/19 337/14
338/15
**us [7]** 256/21 291/6
295/17 336/5 340/11
375/25 385/25
**USB [14]** 319/17
319/25 320/1 320/3
331/16 350/11 353/6
353/10 353/16 353/17
354/14 361/23 362/4
397/12
**use [9]** 286/16 317/23
320/23 335/3 336/22
358/6 358/9 365/9
366/17
**used [31]** 265/22 274/2
278/23 286/16 317/17
317/18 318/17 318/19
318/22 318/23 319/12
320/16 320/17 320/19
320/20 323/8 332/24
358/9 358/13 358/13
358/14 363/3 363/13
364/7 364/8 365/3
365/14 365/18 367/16
367/24 383/22
**using [19]** 265/19
267/4 268/19 278/15
292/7 304/20 314/14
331/7 335/11 337/14
353/17 380/7 382/16
382/20 383/11 386/4
388/18 397/13 403/7
**utilized [1]** 289/15
**utilizing [1]** 289/25

**V**

**V-i-c-t-o-r-r-i-a [1]**
273/19
**Vampire [4]** 292/19
292/20 302/16 303/9
**various [1]** 357/23
**vast [1]** 371/7
**vault [3]** 361/12 361/13
361/14
**verdict [3]** 268/7 268/9
403/19
**version [4]** 288/14
288/22 288/24 289/11
**very [14]** 259/10
266/12 300/2 311/22
336/20 355/21 372/9
377/25 380/23 392/21
395/10 402/12 402/14
405/16
**via [2]** 365/8 405/23
**victim [8]** 264/16 268/4
307/25 312/21 314/16
315/16 316/5 398/11
**victims [7]** 264/17
265/16 265/22 266/2
267/25 337/8 395/2
**Victoria [3]** 272/20
273/1 273/19
**Victoria Scott [2]**
272/20 273/19
**video [22]** 255/12
304/7 307/20 307/22
308/2 311/18 311/22
312/19 312/24 313/13
313/14 313/21 315/16
316/2 316/5 347/10
347/13 348/22 349/13
350/9 351/17 402/21
**videos [35]** 255/17
255/18 265/15 266/1
270/1 293/6 304/5
304/8 304/21 306/5
306/9 306/10 306/17
306/20 318/7 318/25
319/15 323/9 323/13
329/8 329/8 329/21
348/3 348/6 348/15
349/16 349/19 349/23
350/7 350/10 363/16
367/17 385/10 386/4
387/7
**view [8]** 267/6 275/3
275/20 276/7 277/24
284/2 345/7 404/20
**viewed [2]** 323/25
334/22 350/9
**viewer [5]** 389/24
390/21 397/5 397/18
397/19
**violates [1]** 332/19
**violation [1]** 326/14
**visible [7]** 297/20
339/22 340/1 340/2

## V

visible... [3]  344/13
346/9 346/10
visual [9]  382/15 387/5
387/16 388/25 389/22
390/19 397/3 397/25
398/17
vociferously [1]
327/23
VOIR [2]  254/11 254/19
VOL [2]  254/12 254/20
255/3
volumes [1]  363/16
volunteered [1]  279/12
VZ10 [1]  364/5

## W

wait [4]  375/19 381/22
384/17 406/6
waived [1]  394/8
walked [1]  342/1
walking [3]  260/15
260/25 342/5
wall [4]  260/15 260/17
260/25 261/1
Walt [1]  300/3
want [30]  258/11
261/22 269/13 289/17
308/8 310/8 327/21
328/15 329/5 329/6
329/6 337/3 376/19
381/7 382/2 387/2
399/14 399/14 399/19
399/23 400/21 402/18
402/20 403/2 403/16
403/17 403/18 403/25
404/20 406/6
wanted [3]  327/21
374/12 375/6
wants [5]  270/3 327/1
376/18 405/2 405/22
warrant [11]  276/1
278/12 278/13 278/20
319/7 319/17 320/10
320/24 321/2 342/1
342/24
was [247]
wasn't [2]  323/21
341/18
water [2]  261/2 261/9
way [18]  263/20 263/20
270/4 301/17 310/2
318/2 333/7 333/8
334/24 335/18 337/3
353/19 353/20 388/15
389/14 390/15 396/21
399/6
ways [1]  385/16
we [127]  256/9 256/15
256/20 256/22 256/24
257/7 260/13 260/23
263/22 268/23 269/4
270/16 271/14 276/1
276/6 278/12 278/15

278/19 279/9 279/19
284/9 284/11 284/22
285/11 288/8 288/11
288/13 288/13 288/25
289/16 289/17 289/19
289/23 289/23 291/25
292/12 292/14 296/8
307/4 308/6 308/8
309/9 309/14 309/15
311/9 311/12 312/4
319/14 319/22 321/3
323/1 323/5 323/14
325/25 327/23 328/6
328/7 328/9 330/3
331/11 333/13 333/19
334/19 334/21 334/22
334/22 335/6 335/24
336/6 336/7 337/3
352/6 352/12 357/4
358/5 358/9 358/9
358/9 361/4 361/14
365/9 366/17 368/18
368/18 369/13 373/1
373/4 374/12 374/12
374/20 375/6 375/7
381/12 382/3 382/18
384/4 384/15 385/10
386/10 386/10 386/22
387/3 387/6 387/8
387/15 388/21 388/24
389/15 389/25 390/8
390/10 392/7 393/12
393/16 393/20 394/9
394/14 396/8 396/11
398/1 398/24 400/9
401/21 402/3 403/13
405/5 405/12
We'd [1]  381/5
we'll [5]  327/10 338/2
373/10 375/19 381/12
we're [24]  268/20
268/25 269/9 269/9
270/8 270/18 271/10
271/13 271/16 271/25
289/14 309/9 316/19
332/6 332/12 334/19
337/3 362/12 385/13
385/22 386/6 393/4
400/4 405/3
we've [2]  335/15 350/7
wearing [3]  276/13
276/22 276/24
web [5]  278/17 278/23
278/24 279/18 282/3
website [1]  267/4
wedding [1]  352/5
Wednesday [3]  252/19
256/1 374/1
week [3]  317/16 357/21
360/17
weeks [1]  358/1
weigh [1]  395/11
weighing [2]  386/22
393/18

weight [5]  261/19
387/1 390/7 390/24
393/14
weird [1]  391/16
well [46]  259/21 268/23
287/17 293/1 298/16
303/5 303/6 306/16
307/11 310/9 322/19
322/22 323/19 323/19
332/9 332/17 332/24
333/7 333/19 334/24
335/20 337/2 357/24
358/11 366/3 366/4
372/2 372/24 381/22
382/13 385/13 386/23
388/19 390/10 391/13
392/22 395/5 395/7
399/4 399/6 400/12
400/19 400/23 400/25
403/2 405/24
well-concealed [1]
293/1
well-hidden [2]  303/5
303/6
well-reasoned [1]
392/22
were [166]
weren't [1]  389/17
West [1]  252/22
WESTERN [3]  252/3
361/23 362/4
wet [1]  261/4
what [179]
what's [17]  270/19
280/2 318/6 326/10
326/18 327/4 331/2
331/23 357/1 362/17
363/1 368/6 380/12
381/16 383/14 385/4
394/12
whatever [3]  259/16
269/22 382/2
whatsoever [1]  388/8
when [44]  257/25
269/3 269/13 269/23
269/23 271/25 276/1
276/2 276/2 279/4
282/18 293/3 297/24
300/15 303/8 305/5
305/16 306/2 308/2
318/1 327/11 331/13
332/14 336/8 336/18
337/13 341/23 342/4
352/18 353/2 354/6
354/20 358/2 359/18
360/4 361/10 362/20
364/8 366/25 368/7
369/6 373/10 391/20
403/8
where [46]  265/21
267/9 273/24 274/10
276/12 285/12 285/16
285/23 291/8 291/11
295/11 318/7 318/10

319/12 320/4 320/13
329/9 329/16 330/22
331/20 339/8 343/20
343/22 344/12 349/22
349/25 350/6 355/8
357/20 359/15 359/23
361/11 361/14 366/24
367/1 370/8 371/4
388/10 389/5 389/7
389/8 389/11 390/15
393/14 394/10 404/3
wherein [2]  276/20
398/25
whether [31]  260/12
260/19 263/13 269/20
271/16 309/4 310/13
310/18 326/3 333/9
333/15 382/15 382/18
382/19 383/4 385/13
387/5 387/16 388/5
388/16 388/25 389/22
390/19 392/10 392/12
395/21 396/1 396/24
397/3 397/25 398/16
which [68]  256/16
258/3 260/11 266/18
280/10 284/2 284/13
285/6 287/5 287/25
289/11 289/25 290/7
292/1 293/21 295/9
295/19 296/21 299/15
301/5 301/25 302/7
303/13 303/16 317/14
318/12 323/5 324/13
329/3 331/14 335/10
336/19 336/20 336/20
336/21 348/22 352/19
353/22 354/11 359/5
359/7 359/11 361/4
362/14 362/23 363/22
364/4 364/16 364/25
366/9 368/3 368/19
369/13 369/14 383/22
384/5 384/9 384/20
391/25 393/16 393/20
395/8 396/21 397/19
398/9 400/10 400/18
405/24
while [4]  284/20
298/21 338/14 397/13
who [37]  260/14
260/23 263/6 264/15
265/2 275/15 279/10
281/1 284/23 296/6
296/15 296/18 304/20
311/16 318/17 318/19
318/22 320/17 323/12
337/14 338/17 338/19
340/8 340/17 347/2
347/5 347/13 350/14
371/20 372/19 377/15
380/5 381/18 391/10
391/12 396/6 399/4
who's [3]  281/22 384/4

391/11
whole [6]  273/9 356/12
368/11 376/8 378/8
398/4
wholly [1]  384/5
why [20]  262/12
265/17 268/23 276/5
276/19 278/11 278/13
289/4 289/19 289/23
289/23 293/2 303/6
309/15 317/18 323/1
327/7 352/1 361/13
371/9
wi [2]  339/10 353/15
wi-fi [2]  339/10 353/15
widely [1]  370/6
wife [9]  264/20 266/7
269/15 321/10 331/18
335/11 338/20 340/18
340/21
will [66]  258/3 258/4
258/23 258/24 263/17
263/18 264/18 265/3
265/9 265/12 265/25
266/4 266/8 266/10
267/2 267/8 268/6
271/3 271/7 276/23
280/9 284/12 289/20
289/20 290/7 290/7
290/16 295/18 296/20
301/8 303/16 306/20
307/3 309/20 310/9
310/11 311/1 311/12
311/24 316/21 317/2
317/22 318/4 318/5
323/7 331/13 333/23
337/4 348/17 368/11
374/13 396/16 399/12
399/14 400/16 400/18
402/4 402/6 402/13
403/4 403/5 403/23
403/11 403/11 405/5
405/6
willing [1]  332/18
willingness [1]  389/1
winded [1]  391/5
Windows [1]  358/25
wish [3]  262/23 268/12
401/16
wishes [1]  381/4
withdraw [1]  337/16
within [2]  278/8 328/21
383/5
without [4]  326/13
396/11 399/13 399/22
witness [46]  254/12
254/20 259/25 260/11
260/13 260/23 262/8
272/18 273/1 273/3
276/16 276/17 277/15
298/2 301/4 302/24
307/3 307/9 310/6
312/11 317/21 332/2
332/14 333/9 337/5

Case 2:21-cr-00338-GW    Document 216    Filed 06/12/23    Page 180 of 180    Page ID
#:2565
{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## W

**witness... [21]** 337/20
337/21 342/17 353/24
355/23 355/25 356/8
362/22 368/9 369/8
372/9 372/11 375/25
376/3 377/6 377/6
377/24 378/1 378/4
380/24 380/25
**witness's [4]** 260/20
261/7 261/10 322/22
**witnesses [13]** 254/10
254/18 259/23 260/2
262/4 372/12 372/13
372/19 374/13 375/2
381/18 400/3 400/5
**won't [3]** 270/22 406/4
406/5
**wonder [1]** 384/8
**word [1]** 317/23
**words [14]** 259/14
259/18 259/24 261/18
267/9 267/20 288/18
289/12 290/9 309/19
333/11 394/3 395/20
404/8
**work [16]** 266/9 273/24
274/22 293/4 302/1
302/13 303/10 316/16
317/15 318/5 320/24
356/21 357/15 359/20
359/23 360/4
**worked [4]** 265/11
274/7 274/9 359/24
**working [2]** 274/10
359/20
**workstation [1]** 365/8
**worried [1]** 309/20
**would [97]** 261/5 264/9
272/20 273/23 274/21
274/25 275/7 276/14
278/25 281/11 281/23
283/19 284/7 284/11
286/23 289/16 290/6
292/1 292/23 293/1
293/2 293/25 294/15
295/8 302/6 302/20
303/3 303/5 303/6
310/7 310/10 311/21
314/1 314/22 315/15
315/23 320/19 321/12
323/13 330/5 331/4
333/5 333/13 336/2
344/12 346/3 346/10
346/13 349/5 351/4
352/19 353/17 354/14
354/15 368/6 371/11
371/14 371/23 374/20
378/3 378/5 379/10
380/3 380/16 381/2
382/2 383/2 383/8
383/25 384/2 387/19
388/2 389/19 390/14

393/6 394/10 394/20
395/1 395/16 395/23
395/25 396/1 397/6
397/20 397/22 398/13
398/24 398/24 399/13
399/14 399/19 399/23
400/6 401/1 402/20
403/20 404/12
**wouldn't [2]** 293/5
324/14
**write [3]** 365/8 365/9
367/7
**writing [2]** 365/10
399/21
**written [5]** 258/3
258/17 258/24 367/9
399/23
**wrong [4]** 271/9
271/15 291/19 390/1
**WU [2]** 252/4 256/6
**www.patcuneo.com
[1]** 252/25
**WX41E34D3202 [1]**
361/24
**WXM1E83NVZ10 [1]**
362/5

## X

**X-ray [2]** 365/14 365/19

## Y

**year [2]** 391/3 398/4
**years [7]** 274/12
274/13 356/25 357/8
377/17 379/5 383/18
**Yep [1]** 379/11
**yes [222]**
**yesterday [2]** 256/21
269/3
**yet [1]** 266/17
**you [593]**
**You'd [1]** 404/13
**you'll [6]** 270/10
270/11 270/13 272/12
289/25 402/5
**you're [25]** 256/25
261/25 262/20 263/10
269/7 270/21 270/24
272/5 280/17 288/18
289/25 290/14 305/2
306/10 309/12 327/11
330/8 341/14 344/16
362/21 369/6 373/11
384/18 394/2 394/5
**you've [8]** 275/8
320/16 341/6 344/15
357/10 361/6 371/3
402/8
**young [6]** 265/1 267/23
390/5 391/8 391/12
397/13
**younger [8]** 267/10
267/21 279/15 377/3
377/17 380/17 397/9

398/2
**your [239]**
**yours [1]** 402/6
**yourself [4]** 280/25
304/2 322/6 403/3

## Z

**zoomed [2]** 343/22
387/10
**zoomed-in [1]** 343/22
**zooming [2]** 270/25
271/2